BORIS FELDMAN, State Bar No. 128838
IGNACIO E. SALCEDA, State Bar No. 164017
DIANE M. WALTERS, State Bar No. 148136
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: boris.feldman@wsgr.com
        isalceda@wsgr.com
        dwalters@wsgr.com

*Attorneys for Defendants Forescout
Technologies, Inc., Michael DeCesare, and
Christopher Harms*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>Defendants. | CASE NO.: 3:20-cv-00076-SI<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO SECURITIES CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, plaintiff Christopher L. Sayce filed the above-captioned securities class action lawsuit on January 2, 2020;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. § 78u-4, which, inter alia, requires the Court to appoint a lead plaintiff;

WHEREAS, on January 2, 2020, the Court entered an Order setting an initial Case Management Conference ("CMC") for April 3, 2020 and setting Rule 26(f), CMC, and ADR deadlines for March 13, 2020 and March 27, 2020 ("January 2, 2020 Order");

WHEREAS, the deadline for filing a motion seeking to be appointed lead plaintiff is March 2, 2020;

WHEREAS, defendants' deadline to respond to the complaint is March 10, 2020;

WHEREAS, if appointed lead plaintiff by the Court, plaintiff anticipates that he will file an amended complaint;

WHEREAS, defendants anticipate that they will file a motion or motions to dismiss;

WHEREAS, in light of the required lead plaintiff proceedings under 15 U.S.C. § 78u-4(a)(3)(B), plaintiff has agreed that defendants need not respond to the complaint pending the appointment of a lead plaintiff and the filing of an amended complaint or designation of an operative complaint; and

WHEREAS, in light of the current procedural posture, and in particular, the fact that a lead plaintiff has not yet been appointed, the parties respectfully request the CMC and related CMC and ADR deadlines be continued as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.      Defendants need not respond to the above-captioned complaint pending the appointment of a lead plaintiff under 15 U.S.C. § 78u-4(a)(3)(B) and the subsequent filing of an amended complaint or designation of an operative complaint by the lead plaintiff.

STIPULATION AND [PROPOSED] ORDER RE
RESPONSE TO COMPLAINT & CONTINUING CMC
CASE NO.: 3:20-cv-00076-SI

1

2.      The CMC is continued pending the appointment of a lead plaintiff and the subsequent filing of an amended complaint or designation of an operative complaint.  Likewise, the deadlines for filing a Joint Case Management Statement or ADR documents under Civil L.R. 16-8 and ADR L.R. 3-5 are continued accordingly.

DATED:  February 14, 2020          Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By:   /s/   Ignacio E. Salceda

Boris Feldman (SBN 128838)
Ignacio E. Salceda (SBN 148136)
Diane M. Walters (SBN 148136)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
isalceda@wsgr.com
dwalters@wsgr.com

*Attorneys for Defendants Forescout Technologies, Inc., Michael DeCesare, and Christopher Harms*

DATED:  February 14, 2020          **POMERANTZ LLP**

By:   /s/   J. Alexander Hood II

Jennifer Pafitti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (650) 493-9300
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
(*pro hac vice* application forthcoming)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 661-1184
pdahlstrom@pomlaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
(*pro hac vice* application forthcoming)
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Attorneys for Plaintiff*

**ATTESTATION**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO SECURITIES CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45 X.B, I hereby attest that J. Alexander Hood II has concurred in this filing.

Dated: February 14, 2020              By: */s/ Ignacio E. Salceda*
                                                      Ignacio E. Salceda
                                                      isalceda@wsgr.com

*Attorney for Defendants Forescout Technologies, Inc., Michael DeCesare, and Christopher Harms*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/19/2020

_____
THE HONORABLE JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE