# EXHIBIT A

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through October 9, 2019**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

90-Day*
Mean Price
$32.0722

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 2/12/2019 | 142 | $37.9100 | ($5,383) | 2/7/2019 | (117) | $30.9200 | $3,618 | | | |
| Account 1 | 2/13/2019 | 178 | $38.0200 | ($6,768) | 2/11/2019 | (43) | $36.5000 | $1,570 | | | |
| Account 1 | 2/19/2019 | 921 | $38.9000 | ($35,827) | 2/14/2019 | (289) | $38.0500 | $10,996 | | | |
| Account 1 | 2/20/2019 | 278 | $38.8200 | ($10,792) | 2/26/2019 | (70) | $40.0600 | $2,804 | | | |
| Account 1 | 2/21/2019 | 215 | $38.7800 | ($8,338) | 3/7/2019 | (15) | $42.3300 | $635 | | | |
| Account 1 | 2/25/2019 | 385 | $38.8700 | ($14,965) | 3/11/2019 | (6) | $42.6100 | $256 | | | |
| Account 1 | 2/27/2019 | 96 | $41.5100 | ($3,985) | 3/15/2019 | (11,870) | $44.2200 | $524,891 | | | |
| Account 1 | 2/28/2019 | 367 | $41.5400 | ($15,245) | 3/25/2019 | (186) | $43.8600 | $8,158 | | | |
| Account 1 | 3/4/2019 | 156 | $42.9500 | ($6,700) | 4/4/2019 | (47) | $40.4300 | $1,900 | | | |
| Account 1 | 3/5/2019 | 252 | $42.0300 | ($10,592) | 4/11/2019 | (27) | $41.4600 | $1,119 | | | |
| Account 1 | 3/6/2019 | 127 | $41.9400 | ($5,326) | 4/18/2019 | (147) | $38.1300 | $5,605 | | | |
| Account 1 | 3/12/2019 | 116 | $42.8900 | ($4,975) | 4/24/2019 | (92) | $40.0400 | $3,684 | | | |
| Account 1 | 3/13/2019 | 212 | $44.0900 | ($9,347) | 5/15/2019 | (42) | $34.8000 | $1,462 | | | |
| Account 1 | 3/14/2019 | 333 | $43.9700 | ($14,642) | 5/20/2019 | (222) | $33.4300 | $7,421 | | | |
| Account 1 | 3/18/2019 | 217 | $44.3200 | ($9,617) | 5/21/2019 | (255) | $33.6900 | $8,591 | | | |
| Account 1 | 3/19/2019 | 116 | $44.6100 | ($5,175) | 5/22/2019 | (17) | $33.2400 | $565 | | | |
| Account 1 | 3/20/2019 | 102 | $45.2300 | ($4,613) | 5/29/2019 | (61) | $32.5300 | $1,984 | | | |
| Account 1 | 3/26/2019 | 84 | $44.4700 | ($3,735) | 6/3/2019 | (72) | $30.2300 | $2,177 | | | |
| Account 1 | 3/27/2019 | 7 | $42.2200 | ($296) | 6/17/2019 | (171) | $32.5500 | $5,566 | | | |
| Account 1 | 3/28/2019 | 165 | $41.8400 | ($6,904) | 6/21/2019 | (492) | $34.3600 | $16,905 | | | |
| Account 1 | 4/1/2019 | 196 | $42.0200 | ($8,236) | 7/8/2019 | (79) | $35.5900 | $2,812 | | | |
| Account 1 | 4/2/2019 | 54 | $42.9000 | ($2,317) | 8/1/2019 | (180) | $36.8200 | $6,628 | | | |
| Account 1 | 4/3/2019 | 325 | $43.5300 | ($14,147) | 8/6/2019 | (114) | $33.5500 | $3,825 | | | |
| Account 1 | 4/8/2019 | 792 | $41.4500 | ($32,828) | 8/13/2019 | (155) | $37.0300 | $5,740 | | | |
| Account 1 | 4/15/2019 | 645 | $39.7400 | ($25,632) | 8/14/2019 | (67) | $35.7800 | $2,397 | | | |
| Account 1 | 4/16/2019 | 136 | $39.6400 | ($5,391) | 8/15/2019 | (417) | $36.4400 | $15,195 | | | |
| Account 1 | 4/17/2019 | 46 | $38.0300 | ($1,749) | 8/19/2019 | (251) | $35.6900 | $8,958 | | | |
| Account 1 | 4/23/2019 | 285 | $39.6300 | ($11,295) | 8/21/2019 | (30) | $36.2500 | $1,088 | | | |
| Account 1 | 4/29/2019 | 30 | $41.7900 | ($1,254) | 8/26/2019 | (27) | $35.1700 | $950 | | | |
| Account 1 | 4/30/2019 | 267 | $42.0400 | ($11,225) | 8/28/2019 | (127) | $33.8400 | $4,298 | | | |
| Account 1 | 5/1/2019 | 339 | $41.2000 | ($13,967) | 9/3/2019 | (276) | $34.9400 | $9,643 | | | |
| Account 1 | 5/2/2019 | 35 | $41.8200 | ($1,464) | 9/9/2019 | (172) | $35.2300 | $6,060 | | | |
| Account 1 | 5/6/2019 | 38 | $43.2200 | ($1,642) | 9/10/2019 | (30) | $35.1100 | $1,053 | | | |
| Account 1 | 5/7/2019 | 210 | $43.1400 | ($9,059) | 9/11/2019 | (91) | $35.8400 | $3,261 | | | |
| Account 1 | 5/13/2019 | 221 | $35.0400 | ($7,744) | 9/18/2019 | (125) | $36.6200 | $4,578 | | | |
| Account 1 | 5/14/2019 | 25 | $35.6000 | ($890) | 9/20/2019 | (2,018) | $37.3000 | $75,271 | | | |
| Account 1 | 5/16/2019 | 140 | $35.6300 | ($4,988) | 9/23/2019 | (175) | $37.4400 | $6,552 | | | |
| Account 1 | 5/23/2019 | 92 | $32.0800 | ($2,951) | 9/25/2019 | (122) | $37.2800 | $4,548 | | | |
| Account 1 | 5/28/2019 | 241 | $33.1500 | ($7,989) | 9/26/2019 | (102) | $37.4900 | $3,824 | | | |
| Account 1 | 5/30/2019 | 36 | $32.6400 | ($1,175) | | | | | | | |
| Account 1 | 6/4/2019 | 152 | $31.5600 | ($4,797) | | | | | | | |
| Account 1 | 6/5/2019 | 194 | $31.5600 | ($6,123) | | | | | | | |
| Account 1 | 6/6/2019 | 51 | $31.5600 | ($1,610) | | | | | | | |
| Account 1 | 6/10/2019 | 263 | $32.4100 | ($8,524) | | | | | | | |
| Account 1 | 6/11/2019 | 167 | $32.0700 | ($5,356) | | | | | | | |

*Avg Closing Prices from October 11, 2019 to January 9, 2020
**Held shares prior to Class Period

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through October 9, 2019**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $32.0722 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 6/12/2019 | 879 | $32.2500 | ($28,348) | | | | | | | |
| Account 1 | 6/13/2019 | 46 | $32.6700 | ($1,503) | | | | | | | |
| Account 1 | 6/19/2019 | 122 | $34.0000 | ($4,148) | | | | | | | |
| Account 1 | 6/20/2019 | 341 | $34.2600 | ($11,683) | | | | | | | |
| Account 1 | 6/24/2019 | 656 | $32.6500 | ($21,418) | | | | | | | |
| Account 1 | 6/25/2019 | 90 | $33.0000 | ($2,970) | | | | | | | |
| Account 1 | 6/26/2019 | 141 | $31.7600 | ($4,478) | | | | | | | |
| Account 1 | 6/27/2019 | 186 | $33.1900 | ($6,173) | | | | | | | |
| Account 1 | 7/1/2019 | 206 | $34.4100 | ($7,088) | | | | | | | |
| Account 1 | 7/2/2019 | 91 | $35.0400 | ($3,189) | | | | | | | |
| Account 1 | 7/3/2019 | 83 | $36.1600 | ($3,001) | | | | | | | |
| Account 1 | 7/9/2019 | 146 | $36.5000 | ($5,329) | | | | | | | |
| Account 1 | 7/10/2019 | 41 | $37.6000 | ($1,542) | | | | | | | |
| Account 1 | 7/11/2019 | 433 | $38.2100 | ($16,545) | | | | | | | |
| Account 1 | 7/15/2019 | 207 | $37.9900 | ($7,864) | | | | | | | |
| Account 1 | 7/17/2019 | 30 | $38.0700 | ($1,142) | | | | | | | |
| Account 1 | 7/18/2019 | 37 | $38.2800 | ($1,416) | | | | | | | |
| Account 1 | 7/22/2019 | 336 | $38.5500 | ($12,953) | | | | | | | |
| Account 1 | 7/23/2019 | 189 | $38.6300 | ($7,301) | | | | | | | |
| Account 1 | 7/24/2019 | 94 | $39.6800 | ($3,730) | | | | | | | |
| Account 1 | 7/25/2019 | 147 | $38.2700 | ($5,626) | | | | | | | |
| Account 1 | 7/29/2019 | 212 | $38.3500 | ($8,130) | | | | | | | |
| Account 1 | 7/30/2019 | 399 | $38.5300 | ($15,373) | | | | | | | |
| Account 1 | 7/31/2019 | 63 | $37.3600 | ($2,354) | | | | | | | |
| Account 1 | 8/5/2019 | 199 | $33.5300 | ($6,672) | | | | | | | |
| Account 1 | 8/7/2019 | 276 | $34.0300 | ($9,392) | | | | | | | |
| Account 1 | 8/8/2019 | 1,810 | $36.5300 | ($66,119) | | | | | | | |
| Account 1 | 8/12/2019 | 34 | $36.8500 | ($1,253) | | | | | | | |
| Account 1 | 8/20/2019 | 108 | $34.7900 | ($3,757) | | | | | | | |
| Account 1 | 8/22/2019 | 13 | $36.5900 | ($476) | | | | | | | |
| Account 1 | 8/29/2019 | 41 | $35.5100 | ($1,456) | | | | | | | |
| Account 1 | 9/4/2019 | 236 | $35.7800 | ($8,444) | | | | | | | |
| Account 1 | 9/5/2019 | 172 | $36.6400 | ($6,302) | | | | | | | |
| Account 1 | 9/12/2019 | 47 | $35.8600 | ($1,685) | | | | | | | |
| Account 1 | 9/16/2019 | 177 | $36.9000 | ($6,531) | | | | | | | |
| Account 1 | 9/19/2019 | 440 | $36.8300 | ($16,205) | | | | | | | |
| Account 1 | 9/24/2019 | 101 | $36.1700 | ($3,653) | | | | | | | |
| Account 1 | 10/2/2019 | 263 | $37.9100 | ($9,970) | | | | | | | |
| Account 1 | 10/3/2019 | 219 | $38.8500 | ($8,508) | | | | | | | |
| Account 1 | 10/7/2019 | 16 | $39.8200 | ($637) | | | | | | | |
| **Account 1**** | | **18,776** | | **($709,945)** | | **(18,799)** | | **$776,587** | **8,609** | **$276,109** | **($37,067)** |

*Avg Closing Prices from October 11, 2019 to January 9, 2020
**Held shares prior to Class Period

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through October 9, 2019**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $32.0722 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | 3/25/2019 | 185 | $43.8600 | ($8,114) | 5/16/2019 | (36) | $35.6300 | $1,283 | | | |
| Account 2 | 3/26/2019 | 139 | $44.4700 | ($6,181) | 6/3/2019 | (1,493) | $32.0300 | $47,821 | | | |
| Account 2 | 3/27/2019 | 304 | $42.2200 | ($12,835) | 8/5/2019 | (71) | $33.5300 | $2,381 | | | |
| Account 2 | 3/28/2019 | 80 | $41.8400 | ($3,347) | 8/12/2019 | (17) | $36.8500 | $626 | | | |
| Account 2 | 4/1/2019 | 243 | $42.0200 | ($10,211) | 8/14/2019 | (8) | $35.7800 | $286 | | | |
| Account 2 | 4/2/2019 | 308 | $42.9000 | ($13,213) | 8/19/2019 | (17) | $35.6900 | $607 | | | |
| Account 2 | 4/3/2019 | 215 | $43.5300 | ($9,359) | 8/20/2019 | (78) | $34.7900 | $2,714 | | | |
| Account 2 | 4/4/2019 | 381 | $40.4300 | ($15,404) | 8/27/2019 | (23) | $33.9400 | $781 | | | |
| Account 2 | 4/8/2019 | 481 | $41.4500 | ($19,937) | 9/5/2019 | (61) | $36.6400 | $2,235 | | | |
| Account 2 | 4/10/2019 | 268 | $41.4400 | ($11,106) | 9/10/2019 | (17) | $35.1100 | $597 | | | |
| Account 2 | 4/11/2019 | 188 | $41.4600 | ($7,794) | 9/12/2019 | (6) | $35.8600 | $215 | | | |
| Account 2 | 4/15/2019 | 434 | $39.7400 | ($17,247) | 9/19/2019 | (35) | $36.8300 | $1,289 | | | |
| Account 2 | 4/16/2019 | 412 | $39.6400 | ($16,332) | 9/24/2019 | (12) | $36.1700 | $434 | | | |
| Account 2 | 4/17/2019 | 322 | $38.0300 | ($12,246) | 9/26/2019 | (24) | $37.4900 | $900 | | | |
| Account 2 | 4/18/2019 | 289 | $38.1300 | ($11,020) | 10/3/2019 | (57) | $38.8500 | $2,214 | | | |
| Account 2 | 4/22/2019 | 192 | $38.7000 | ($7,430) | 10/7/2019 | (93) | $39.8200 | $3,703 | | | |
| Account 2 | 4/23/2019 | 201 | $39.6300 | ($7,966) | | | | | | | |
| Account 2 | 4/24/2019 | 147 | $40.0400 | ($5,886) | | | | | | | |
| Account 2 | 4/29/2019 | 403 | $41.7900 | ($16,841) | | | | | | | |
| Account 2 | 4/30/2019 | 188 | $42.0400 | ($7,904) | | | | | | | |
| Account 2 | 5/1/2019 | 295 | $41.2000 | ($12,154) | | | | | | | |
| Account 2 | 5/2/2019 | 289 | $41.8200 | ($12,086) | | | | | | | |
| Account 2 | 5/6/2019 | 267 | $43.2200 | ($11,540) | | | | | | | |
| Account 2 | 5/7/2019 | 166 | $43.1400 | ($7,161) | | | | | | | |
| Account 2 | 5/13/2019 | 297 | $35.0400 | ($10,407) | | | | | | | |
| Account 2 | 5/14/2019 | 24 | $35.6000 | ($854) | | | | | | | |
| Account 2 | 5/15/2019 | 206 | $34.8000 | ($7,169) | | | | | | | |
| Account 2 | 5/20/2019 | 104 | $33.4300 | ($3,477) | | | | | | | |
| Account 2 | 5/21/2019 | 62 | $33.6900 | ($2,089) | | | | | | | |
| Account 2 | 5/22/2019 | 78 | $33.2400 | ($2,593) | | | | | | | |
| Account 2 | 5/23/2019 | 54 | $32.0800 | ($1,732) | | | | | | | |
| Account 2 | 5/28/2019 | 207 | $33.1500 | ($6,862) | | | | | | | |
| Account 2 | 5/29/2019 | 44 | $32.5300 | ($1,431) | | | | | | | |
| Account 2 | 5/30/2019 | 45 | $32.6400 | ($1,469) | | | | | | | |
| Account 2 | 6/4/2019 | 1 | $31.5600 | ($32) | | | | | | | |
| Account 2 | 6/5/2019 | 43 | $31.5600 | ($1,357) | | | | | | | |
| Account 2 | 6/6/2019 | 84 | $31.5600 | ($2,651) | | | | | | | |
| Account 2 | 6/10/2019 | 26 | $32.4100 | ($843) | | | | | | | |
| Account 2 | 6/11/2019 | 27 | $32.0700 | ($866) | | | | | | | |
| Account 2 | 6/13/2019 | 62 | $32.6700 | ($2,026) | | | | | | | |
| Account 2 | 6/17/2019 | 231 | $32.3100 | ($7,464) | | | | | | | |
| Account 2 | 6/18/2019 | 48 | $33.3000 | ($1,598) | | | | | | | |
| Account 2 | 6/19/2019 | 16 | $34.0000 | ($544) | | | | | | | |
| Account 2 | 6/20/2019 | 41 | $34.2600 | ($1,405) | | | | | | | |
| Account 2 | 6/24/2019 | 23 | $32.6500 | ($751) | | | | | | | |

*Avg Closing Prices from October 11, 2019 to January 9, 2020
**Held shares prior to Class Period

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through October 9, 2019**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $32.0722 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | 6/25/2019 | 40 | $33.0000 | ($1,320) | | | | | | | |
| Account 2 | 6/26/2019 | 6 | $31.7600 | ($191) | | | | | | | |
| Account 2 | 6/27/2019 | 70 | $33.1900 | ($2,323) | | | | | | | |
| Account 2 | 7/1/2019 | 65 | $34.4100 | ($2,237) | | | | | | | |
| Account 2 | 7/2/2019 | 46 | $35.0400 | ($1,612) | | | | | | | |
| Account 2 | 7/3/2019 | 27 | $36.1600 | ($976) | | | | | | | |
| Account 2 | 7/8/2019 | 152 | $35.5900 | ($5,410) | | | | | | | |
| Account 2 | 7/9/2019 | 103 | $36.5000 | ($3,760) | | | | | | | |
| Account 2 | 7/10/2019 | 39 | $37.6000 | ($1,466) | | | | | | | |
| Account 2 | 7/11/2019 | 61 | $38.2100 | ($2,331) | | | | | | | |
| Account 2 | 7/15/2019 | 64 | $37.9900 | ($2,431) | | | | | | | |
| Account 2 | 7/17/2019 | 21 | $38.0700 | ($799) | | | | | | | |
| Account 2 | 7/18/2019 | 52 | $38.2800 | ($1,991) | | | | | | | |
| Account 2 | 7/22/2019 | 31 | $38.5500 | ($1,195) | | | | | | | |
| Account 2 | 7/23/2019 | 156 | $38.6300 | ($6,026) | | | | | | | |
| Account 2 | 7/24/2019 | 62 | $39.6800 | ($2,460) | | | | | | | |
| Account 2 | 7/25/2019 | 9 | $38.2700 | ($344) | | | | | | | |
| Account 2 | 7/29/2019 | 26 | $38.3500 | ($997) | | | | | | | |
| Account 2 | 7/30/2019 | 21 | $38.5300 | ($809) | | | | | | | |
| Account 2 | 7/31/2019 | 19 | $37.3600 | ($710) | | | | | | | |
| Account 2 | 8/1/2019 | 25 | $36.8200 | ($921) | | | | | | | |
| Account 2 | 8/6/2019 | 213 | $33.5500 | ($7,146) | | | | | | | |
| Account 2 | 8/8/2019 | 50 | $36.5300 | ($1,827) | | | | | | | |
| Account 2 | 8/15/2019 | 37 | $36.4400 | ($1,348) | | | | | | | |
| Account 2 | 8/29/2019 | 5 | $35.5100 | ($178) | | | | | | | |
| Account 2 | 9/4/2019 | 36 | $35.7800 | ($1,288) | | | | | | | |
| Account 2 | 9/9/2019 | 5 | $35.2300 | ($176) | | | | | | | |
| Account 2 | 9/11/2019 | 19 | $35.8400 | ($681) | | | | | | | |
| Account 2 | 9/18/2019 | 67 | $36.6200 | ($2,454) | | | | | | | |
| Account 2 | 9/23/2019 | 33 | $37.4400 | ($1,236) | | | | | | | |
| Account 2 | 9/25/2019 | 76 | $37.2800 | ($2,833) | | | | | | | |
| **Account 2** | | **9,756** | | **($380,407)** | | **(2,048)** | | **$68,085** | **7,708** | **$247,212** | **(65,109)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Account 1** | | 18,776 | | ($709,945) | | (18,799) | | $776,587 | 8,609 | | ($37,067) |
| Account 2 | | 9,756 | | ($380,407) | | (2,048) | | $68,085 | 7,708 | | ($65,109) |
| **Meitav** | | **28,532** | | **($1,090,352)** | | **(20,847)** | | **$844,673** | **16,317** | | **($102,176)** |

*Avg Closing Prices from October 11, 2019 to January 9, 2020
**Held shares prior to Class Period