BORIS FELDMAN, State Bar No. 128838
IGNACIO E. SALCEDA, State Bar No. 164017
DIANE M. WALTERS, State Bar No. 148136
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: boris.feldman@wsgr.com
        isalceda@wsgr.com
        dwalters@wsgr.com

*Attorneys for Defendants Forescout
Technologies, Inc., Michael DeCesare, and
Christopher Harms*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>     v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>                                   Defendants. | CASE NO.: 3:20-cv-00076-SI<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' RESPONSE TO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Judge:      Hon. Susan Illston<br>Date:       April 10, 2020<br>Time:       10:00 a.m.<br>Courtroom:  1 – 17th Floor |

Defendants Forescout Technologies, Inc. ("Forescout"), Michael DeCesare, and Christopher Harms (collectively, "Defendants") respectfully submit this Response to Meitav Tachlit Mutual Funds Ltd.'s Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, ECF No. 17.

Defendants decline to take a position at this time on the appointment of lead plaintiff or the proposed lead plaintiff's selection of lead counsel because discovery is stayed under the PSLRA and Defendants consequently do not have an opportunity to conduct discovery into the suitability of any lead plaintiff candidate. Defendants reserve the right to object to the suitability of the lead plaintiff if and when appropriate.

Accordingly, Defendants take no position on the appointment of lead plaintiff or on the selection of lead counsel. However, Defendants do not concede that this action should be certified as a class action or that the proposed lead plaintiff is a proper class representative. Defendants reserve the right to challenge class certification under Federal Rule of Civil Procedure 23.

DATED:  March 16, 2020

**WILSON SONSINI GOODRICH & ROSATI P.C.**

By:  _/s/    Ignacio E. Salceda_

Boris Feldman (SBN 128838)
Ignacio E. Salceda (SBN 164017)
Diane M. Walters (SBN 148136)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
isalceda@wsgr.com
dwalters@wsgr.com

*Attorneys for Defendants Forescout Technologies, Inc., Michael DeCesare, and Christopher Harms*