MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE (*Pro Hac Vice to be submitted*)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX  78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

VINCENT R. CAPPUCCI (*Pro Hac Vice to be submitted*)
vcappucci@entwistle-law.com
BRENDAN J. BRODEUR (*Pro Hac Vice to be submitted*)
bbrodeur@entwistle-law.com
ANDREW M. SHER (*Pro Hac Vice to be submitted*)
asher@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Attorneys for The Arbitrage Fund, Water Island
LevArb Fund, LP, Water Island Diversified Event-
Driven Fund, Water Island Merger Arbitrage
Institutional Comingled Master Fund, LP and
AltShares Merger Arbitrage ETF*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS, <br><br> Defendants. | Case No.  3:20-cv-00076-SI <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Related Case No.: 3:20-cv-03819 |

**INTRODUCTION**

Pursuant to the Northern District of California's Civil Local Rule 3-12, Plaintiffs The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF (collectively, "Plaintiffs") in the *The Arbitrage Fund, et al. v. Forescout Technologies, Inc., et al.*, Case No. 3:20-cv-03819, submit this administrative motion to consider whether *The Arbitrage Fund* should be related to *Christopher L. Sayce v. Forescout Technologies, Inc.,* Case No. 3:20-cv-00076-SI (N.D. Cal. Jan 2, 2020).

Under Local Rule 3-12(a), an action is related to another when: (1) "The actions concern substantially the same parties, property, transaction or event"; and (2) "It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Both of the above-referenced actions involve the same named defendants, Forescout Technologies, Inc., Michael DeCesare and Christopher Harms.  Plaintiffs seek to represent a class of persons or entities who purchased or otherwise acquired the common stock of defendant Forescout during the period from February 6, 2020 through May 15, 2020, inclusive, and were damaged thereby.  Plaintiffs allege defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, based on defendants' misstatements and omissions regarding the February 6, 2020 merger agreement between Forescout and Advent International Corporation.

The *Sayce* action was filed on January 2, 2020, at which time the February 6, 2020 merger agreement had not even been announced.  Pursuant to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), the plaintiff in the *Sayce* action published a notice to investors that a class action had been filed against Forescout "on behalf of a class consisting of investors who purchased or otherwise acquired Forescout securities between February 7, 2019 and October 9, 2019, both dates inclusive" and sought relief under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5.  The *Sayce* PSLRA notice is attached as Exhibit 1 to the Declaration of Marc M. Seltzer.

After the *Sayce* plaintiff published the PSLRA notice, on March 23, 2020, this Court issued an order appointing Meitav Tachlit Mutual Funds Ltd. as lead plaintiff and appointing Pomerantz LLP as lead counsel.  Case No. 3:20-cv-00076-SI, Doc. No. 27.  Subsequently, on May 22, 2020, the lead plaintiff in the *Sayce* action filed an amended complaint.  *Id.*, Doc. No. 31.  The amended complaint expanded the class period, seeking to recover on behalf of "persons or entities, who purchased or otherwise acquired the common stock of Forescout between February 7, 2019 and May 15, 2020, both dates inclusive."  The amended complaint alleges claims on behalf of investors not previously sought to be represented in the action as originally filed based on new alleged conduct occurring after the filing of plaintiff's original complaint and after the end of the original class period.  The claims alleged in the amended complaint also substantially altered the nature of plaintiff's claims in the *Sayce* action.  Indeed, the initial complaint was filed before the merger agreement was even announced and the publication notice only put investors on notice of the pendency of a class action from February 7, 2019 through October 9, 2019.  As such, the prior PSLRA notice did not, and could not, inform purchasers of Forescout stock who made their purchases after the end of the class period described in the notice to investors, much less based on a merger transaction that was announced and events that took place after the appointment. Individuals who could now be considered potential lead plaintiffs would have disregarded the earlier notice.

**CONCLUSION**

Based on the foregoing Notice, Plaintiff submits to the Court to make any appropriate orders pursuant to Civil Local Rule 3-13(d), including relating the actions filed in the Northern District of California.

Dated:  June 10, 2020                          Respectfully submitted,

MARC M. SELTZER
KRYSTA KAUBLE PACHMAN
SUSMAN GODFREY L.L.P.

ANDREW J. ENTWISTLE
VINCENT R. CAPPUCCI
BRENDAN J. BRODEUR
ANDREW M. SHER
ENTWISTLE & CAPPUCCI LLP

By:    */s/ Marc M. Seltzer*
            Marc M. Seltzer
*Attorneys for The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF*