MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE (Pro Hac Vice to be submitted)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX  78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

VINCENT R. CAPPUCCI (Pro Hac Vice to be submitted)
vcappucci@entwistle-law.com
BRENDAN J. BRODEUR (Pro Hac Vice to be submitted)
bbrodeur@entwistle-law.com
ANDREW M. SHER (Pro Hac Vice to be submitted)
asher@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Attorneys for The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS, <br><br> Defendants. | Case No.  3:20-cv-00076-SI <br><br> **DECLARATION OF MARC. M. SELTZER PURSUANT TO CIVIL L.R. 7-11(a) IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Related Case No.: 3:20-cv-03819 |

I, Marc M. Seltzer, declare as follows:

1.  I am an active member of the State Bar of California and a member in good standing of the Bar of this Court. I am a partner at the law firm of Susman Godfrey L.L.P., and one of the attorneys of record for Plaintiffs The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF (collectively, "Plaintiffs") in the matter *The Arbitrage Fund, et al. v. Forescout Technologies, Inc.*, Case No. 3:20-cv-03819. I make this Declaration in Support of this Administrative Motion to Consider Whether Cases Should be Related. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.  Civil Local Rule 3-12 requires that "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). As noted in the Administrative Motion, the following complaints that have been filed in this Court are related within the meaning of the Local Rules:  *Christopher L. Sayce v. Forescout Technologies, Inc.,* Case No. 3:20-cv-00076-SI and *The Arbitrage Fund, et al. v. Forescout Technologies, Inc.*, Case No. 3:20-cv-03819.

3.  Attached as **Exhibit 1** is a true and correct copy of the *Sayce* PSLRA notice, which was published on January 2, 2020.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2020, at Los Angeles, California.

/s/ Marc M. Seltzer
Marc M. Seltzer

\