# EXHIBIT 1

# Pomerantz Law Firm Announces the Filing of a Class Action against Forescout Technologies, Inc. and Certain Officers – FSCT

   Email   Print Friendly   Share

January 02, 2020 18:25 ET | **Source:** Pomerantz LLP

NEW YORK, Jan. 02, 2020 (GLOBE NEWSWIRE) -- Pomerantz LLP announce that a class action lawsuit has been filed against Forescout Technologies, Inc. ("Forescout" or the "Company") (NASDAQ: FSCT) and certain of its officers.   The class action, filed in United States District Court, for the Northern District of California, and docketed under 20-cv-00076, is on behalf of a class consisting of investors who purchased or otherwise acquired Forescout securities between February 7, 2019, and October 9, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Forescout securities during the class period, you have until March 2, 2020 to ask the Court to appoint you as Lead Plaintiff for the class.   A copy of the Complaint can be obtained at **www.pomerantzlaw.com**.    To discuss this action, contact Robert S. Willoughby at **rswilloughby@pomlaw.com** or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

**[Click here for information about joining the class action]**

Forescout was founded in 2000 and is headquartered in San Jose, California.   The Company provides network security products in the Americas, Europe, the Middle East, Africa, the Asia Pacific, and Japan, selling its products and services through distributors and resellers.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.   Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Forescout was experiencing significant volatility with respect to large deals and issues related to the timing and execution of

6/10/2020    Pomerantz Law Firm Announces the Filing of a Class Action against Forescout Technologies, Inc. and Certain Officers – FSCT

Case 3:20-cv-00076-SI   Document 32-2   Filed 06/10/20   Page 3 of 3

deals in the Company's pipeline, especially in Europe, the Middle East, and Africa ("EMEA"); (ii) the foregoing was reasonably likely to have a material negative impact on the Company's financial results; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On October 10, 2019, during pre-market hours, Forescout issued a press release announcing preliminary third quarter 2019 ("3Q19") financial results. That press release lowered 3Q19 revenue guidance to $90.6 million to $91.6 million, compared to prior revenue guidance of $98.8 million to $101.8 million, and market consensus of $100.52 million. In explaining these results, Defendants cited "extended approval cycles which pushed several deals out of the third quarter," which "was most pronounced in EMEA."

On this news, Forescout's stock price fell $14.63 per share, or 37.32%, to close at $24.57 per share on October 10, 2019.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See **www.pomerantzlaw.com**.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
**rswilloughby@pomlaw.com**

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2020 GlobeNewswire, Inc. All Rights Reserved.