MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE (Pro Hac Vice to be submitted)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX  78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

VINCENT R. CAPPUCCI (Pro Hac Vice to be submitted)
vcappucci@entwistle-law.com
BRENDAN J. BRODEUR (Pro Hac Vice to be submitted)
bbrodeur@entwistle-law.com
ANDREW M. SHER (Pro Hac Vice to be submitted)
asher@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Attorneys for The Arbitrage Fund, Water Island
LevArb Fund, LP, Water Island Diversified Event-
Driven Fund, Water Island Merger Arbitrage
Institutional Comingled Master Fund, LP and
AltShares Merger Arbitrage ETF*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS,<br><br>Defendants. | Case No.  3:20-cv-00076-SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Related Case No.:  3:20-cv-03819 |

On June 10, 2020, Plaintiffs The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF in the *The Arbitrage Fund, et al. v. Forescout Technologies, Inc., et al.*, Case No. 3:20-cv-03819, filed an Administrative Motion to Consider Whether Cases Should Be Related under Civil Local Rule 3-12.

Having considered the papers and pleadings on file, the Court GRANTS the Administrative Motion to Consider Whether the Cases Should Be Related and ORDERS that the case be related to *Christopher L. Sayce v. Forescout Technologies, Inc.,* Case No. 3:20-cv-00076-SI (N.D. Cal. Jan. 2, 2020).

IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE

ORDER REGARDING ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED