IGNACIO E. SALCEDA, State Bar No. 164017
BORIS FELDMAN, State Bar No. 128838
DIANE M. WALTERS, State Bar No. 148136
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  boris.feldman@wsgr.com
        isalceda@wsgr.com
        dwalters@wsgr.com

*Attorneys for Defendants Forescout
Technologies, Inc., Michael DeCesare, and
Christopher Harms*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.:  3:20-cv-00076-SI <br><br> **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Under Local Rule 7-3(b), Defendants Forescout Technologies, Inc., Michael DeCesare, and Christopher Harms hereby provide notice that they do not oppose the Administrative Motion to Consider Whether Cases Should be Related filed by The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF on June 10, 2020. *See* Dkt. 32. For the reasons stated in the Administrative Motion, Defendants agree that Case No. 3:20-cv-03819 and Case No. 3:20-cv-00076-SI should be related.

DATED: June 15, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _/s/   Ignacio E. Salceda_

Ignacio E. Salceda (SBN 164017)
Boris Feldman (SBN 128838)
Diane M. Walters (SBN 148136)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
isalceda@wsgr.com
dwalters@wsgr.com

*Attorneys for Defendants Forescout Technologies, Inc., Michael DeCesare, and Christopher Harms*

DEFS' STATEMENT OF NON-OPPOSITION          1
CASE: 3:20-CV-00076-SI