**POMERANTZ LLP**

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.: 20-CV-00076-SI <br><br> **CLASS ACTION** <br><br> **LEAD PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Local Rule 7-3(b), Lead Plaintiff Meitav Tachlit Mutual Funds Ltd. ("Lead Plaintiff") agrees that Case No. 3:20-cv-03819-YGR and Case No. 3:20-cv-00076-SI are indeed related, and does not oppose the Administrative Motion on this basis. However, the Court should disregard the extraneous arguments made in the Administrative Motion and the exhibits attached to the Administrative Motion. As non-parties, the plaintiffs in Case No. 3:20-cv-03819-YGR lack standing to seek any relief from the Court unless the Court consolidates both cases or allows the non-party plaintiffs to intervene in this Action. *See Sudunagunta v. NantKwest, Inc., et al.*, CV 16-01947-MWF-JEM, ECF No. 73 at 1-2 (C.D. Cal. Oct. 7, 2016) (refusing to consider non-party's arguments in a related securities action in the absence of consolidation or the non-party's successful intervention in the case).

Dated: June 15, 2020                      **POMERANTZ LLP**

By:  /s/ *Omar Jafri*

Patrick V. Dahlstrom
Omar Jafri
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: pdahlstrom@pomlaw.com
          ojafri@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com


*Attorneys for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  June 15, 2020

POMERANTZ LLP

By: */s/ Omar Jafri*

Omar Jafri

*Lead Counsel for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.*