**POMERANTZ LLP**

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.: 20-CV-00076-SI <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION TO CONSOLIDATE A RELATED ACTION AND VACATE NOTICE AND LEAD PLAINTIFF DEADLINE** <br><br> Date: July 24, 2020 <br> Time: 10:00 A.M. <br> Place: Courtroom 1, 17th Floor <br> Judge: Hon. Susan Illston |

NOTICE OF MOTION TO CONSOLIDATE AND VACATE
NOTICE
CASE NO.: 20-CV-00076-SI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** as soon as the matter may be heard in the courtroom of the Honorable Susan Illston, United States District Judge for the Northern District of California, located at the San Francisco Courthouse, Courtroom 1 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Lead Plaintiff Meitav Tachlit Mutual Funds Ltd. will and hereby does move the Court for an order to consolidate the Related Action with this matter, and vacate the Notice and purported Lead Plaintiff deadline in the Related Action.  This motion is made, in part, pursuant to Rule 42(a), because both actions allege the same factual events and name similar defendants.  Furthermore, both actions assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act.  In addition, this motion seeks to vacate the notice disseminated in the Related Action because the PSLRA lead plaintiff process has already concluded and republication of the notice for a duplicative action is not required.

This motion is based on this notice of motion and motion, the concurrently filed brief in support of the motion, the arguments of counsel, all pleadings and papers on file in this action, and such other further written and oral argument as may be presented to the Court at the hearing on this motion or before the Court's decision.

Dated:  June 15, 2020                     **POMERANTZ LLP**


By:  /s/ *Omar Jafri*

Patrick V. Dahlstrom
Omar Jafri
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: pdahlstrom@pomlaw.com
            ojafri@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com


*Attorneys for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.*

NOTICE OF MOTION TO CONSOLIDATE AND VACATE NOTICE
CASE NO.: 20-CV-00076-SI

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  June 15, 2020

**POMERANTZ LLP**

By: _/s/ Omar Jafri_

Omar Jafri

_Lead Counsel for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd._

NOTICE OF MOTION TO CONSOLIDATE AND VACATE NOTICE
CASE NO.: 20-CV-00076-SI
-3-