**POMERANTZ LLP**

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, )<br><br>Defendants. ) | CASE NO.: 20-CV-00076-SI<br><br>**CLASS ACTION**<br><br>**PROPOSED ORDER TO CONSOLIDATE CASES AND VACATE NOTICE AND LEAD PLAINTIFF DEADLINE** |

PROPOSED ORDER
CASE NO.: 20-CV-00076-SI

**IT IS HEREBY ORDERED** that Case No. 3:20-cv-03819-YGR and Case No. 3:20-cv-00076-SI are **CONSOLIDATED**, and the Notice and Lead Plaintiff Deadline in Case No. 3:20-cv-03819-YGR is **VACATED**.

**SO ORDERED**.

Dated:_____, 2020

_____

**HONORABLE SUSAN ILLSTON**

UNITED STATES DISTRICT JUDGE

.