**POMERANTZ LLP**

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, )<br><br>Defendants. ) | CASE NO.: 20-CV-00076-SI<br><br>**CLASS ACTION**<br><br>**DECLARATION IN SUPPORT OF MOTION TO CONSOLIDATE A RELATED ACTION AND VACATE NOTICE AND LEAD PLAINTIFF DEADLINE** |

DECLARATION IN SUPPORT OF MOTION TO
CONSOLIDATE AND VACATE NOTICE
CASE NO.: 20-CV-00076-SI

I, Omar Jafri, declare as follows:

1.      I am an attorney with Pomerantz LLP, and represent Lead Plaintiff Meitav Tachlit Mutual Funds Ltd.  I am over eighteen years of age and have personal knowledge of the facts and, if called as a witness, I would testify competently regarding those facts.

2.      Attached as Exhibit A to this Declaration is a true and correct copy of the notice issued by counsel in the Related Action.

I declare that the foregoing is true and correct.

Dated:  June 15, 2020                              **POMERANTZ LLP**


By:  */s/ Omar Jafri*

Omar Jafri
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: ojafri@pomlaw.com

DECLARATION IN SUPPORT OF MOTION TO
CONSOLIDATE AND VACATE NOTICE
CASE NO.: 20-CV-00076-SI                                    -1-