# Exhibit A



# Entwistle & Cappucci LLP Announces Securities Class Action Filed on Behalf of Persons or Entities That Traded Common Stock of Forescout Technologies, Inc. During the Period February 6, 2020 Through May 15, 2020, Inclusive

June 11, 2020 10:37 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Entwistle & Cappucci LLP ("Entwistle & Cappucci") and Susman Godfrey L.L.P. ("Susman Godfrey") today announced that they have filed a securities class action lawsuit on behalf of persons or entities that purchased or otherwise acquired common stock of Forescout Technologies, Inc. (NYSE: FSCT) ("Forescout" or the "Company") during the period February 6, 2020 through May 15, 2020, inclusive (the "Class Period"), and who thereby sustained damages (the "Class"). The case was filed in the United States District Court for the Northern District of California, Case No. 3:20-cv-03819 against Forescout and related defendants (collectively, "Defendants").

The class action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. The complaint alleges that Defendants made materially false and misleading statements and omissions of material facts regarding the significant and disproportionate decline in Forescout's financial performance and the related risk Forescout's planned acquisition by Advent International Corp. would not close. As a result, Class members that purchased Forescout common stock during the Class Period did so at artificially inflated prices. In this action, Plaintiffs seek, among other things, an award of damages and prejudgment interest, to Plaintiffs and other Class members.

If you wish to serve as a lead plaintiff in this matter, you must file a motion with the Court no later than 60 days from today, or by Monday, August 10, 2020. Any member of the proposed Class may move the Court to serve as a lead plaintiff in this matter through counsel of their choice, or they may choose to do nothing and remain a member of the Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact: Andrew J. Entwistle, Esq. of Entwistle & Cappucci at (212) 894-7200 or via e-mail at aentwistle@entwistle-law.com; or Robert N. Cappucci, Esq. of Entwistle & Cappucci at (212) 894-7200 or via e-mail at rcappucci@entwistle-law.com.

**About Entwistle & Cappucci**

Entwistle & Cappucci is a national law firm providing exceptional legal representation to clients globally in the most complex and challenging legal matters. Our practice encompasses all areas of litigation, including securities, antitrust, corporate transactions, general corporate and commercial, creditor's rights and bankruptcy, corporate governance and fiduciary duty, government affairs, insurance, investigations and white collar defense. Our clients include public and private corporations, major hedge funds, public pension funds, governmental entities, leading institutional investors, domestic and foreign financial services companies, emerging business enterprises and individual entrepreneurs.

**About Susman Godfrey**

For more than 30 years, Susman Godfrey has focused its nationally recognized practice on just one thing: high-stakes commercial litigation. It is one of the nation's leading law firms, with offices in Houston, Seattle, Los Angeles and New York. For more information, visit www.susmangodfrey.com.

Contacts

Entwistle & Cappucci LLP

Robert N. Cappucci, Esq. (rcappucci@entwistle-law.com)

299 Park Avenue, 20th Floor

New York, New York 10171

Telephone: (212) 894-7200

Facsimile: (212) 894-7272

www.entwistle-law.com