MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE (*Pro Hac Vice*)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX  78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

VINCENT R. CAPPUCCI (*Pro Hac Vice*)
vcappucci@entwistle-law.com
BRENDAN J. BRODEUR (*Pro Hac Vice*)
bbrodeur@entwistle-law.com
ANDREW M. SHER (*Pro Hac Vice*)
asher@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Attorneys for Plaintiffs The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ARBITRAGE FUND, WATER ISLAND LEVARB FUND, LP, WATER ISLAND DIVERSIFIED EVENT-DRIVEN FUND, WATER ISLAND MERGER ARBITRAGE INSTITUTIONAL COMINGLED MASTER FUND LP, AND ALTSHARES MERGER ARBITRAGE ETF on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS,<br><br>Defendants. | Case No.  3:20-cv-00076-SI<br><br>**[PROPOSED] ORDER DENYING MOTION TO CONSOLIDATE CASES AND VACATE NOTICE AND LEAD PLAINTIFF DEADLINE**<br><br>DATE: July 24, 2020<br>TIME:  10:00 am<br>Courtroom 1, 17th Flr., Judge Susan Illston<br><br> Related Case No.: 3:20-cv-03819 |

Case No.  3:20-cv-00076-SI
[PROPOSED] ORDER DENYING MOT. TO CONSOL. & VACATE NOTICE & LEAD PLTF. DEADLINE
7392484v1/016829

WHEREAS, on June 15, 2020, Meitav Tachlit Mutual Fund Ltd. ("Meitav Tachlit") filed a motion to consolidate a related action and vacate notice and lead plaintiff deadline (Doc. No. 35);

WHEREAS, on June 29, 2020, Plaintiffs The Arbitrage Fund, Water Island LevArb Fund, LP, Water Island Diversified Event-Driven Fund, Water Island Merger Arbitrage Institutional Comingled Master Fund, LP and AltShares Merger Arbitrage ETF filed their opposition to Meitav Tachlit's motion to consolidate a related action and vacate notice and lead plaintiff deadline (Doc. No. 35);

Having considered the papers and pleadings on file, the Court orders as follows:  Meitav Tachlit's amended complaint (Doc. No. 31) is hereby STRICKEN.  Case No. 3:20-cv-03819-SI and Case No. 3:20-cv-00076-SI are NOT CONSOLIDATED.  The motion to vacate the PSLRA notice and lead plaintiff deadline is DENIED.

IT IS SO ORDERED.


Dated:  _____


_____
Susan Illston
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING MOT. TO CONSOL. & VACATE NOTICE & LEAD PLTF. DEADLINE
7392484v1/016829