**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER L. SAYCE, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE and CHRISTOPHER HARMS,<br><br>Defendants. | Case No. 3:20-cv-00076-SI<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL** |

Having considered all motions for appointment as Lead Plaintiff in the above-captioned action, and with good cause appearing,

**IT IS HEREBY ORDERED THAT**:

Having considered the application by Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Multi-Strategy 2 (hereinafter collectively referred to as the "Glazer Funds") seeking appointment as Lead Plaintiff and approval of their selection of Lead Counsel, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), and for good cause shown, the Court hereby enters the following Order:

1.    The Court hereby finds that the Glazer Funds are the "most adequate plaintiff" and satisfies the requirements of Section 21D of the Exchange Act. The Court hereby **APPOINTS** the Glazer Funds as Lead Plaintiff in the above-captioned consolidated class action.

2.    The Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act, has selected the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel. This Court **APPROVES** the selection, and hereby **APPOINTS** Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE