MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

P. RYAN BURNINGHAM (*Pro Hac Vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3800
Facsimile: (206) 516-3883

ANDREW J. ENTWISTLE (*Pro Hac Vice*)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

VINCENT R. CAPPUCCI (*Pro Hac Vice*)
vcappucci@entwistle-law.com
BRENDAN J. BRODEUR (*Pro Hac Vice*)
bbrodeur@entwistle-law.com
ANDREW M. SHER (*Pro Hac Vice*)
asher@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

CHRISTOPHER J. KELLER
(*Pro Hac Vice* forthcoming)
ckeller@labaton.com
FRANCIS P. McCONVILLE
(*Pro Hac Vice* forthcoming)
fmcconville@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for the Arbitrage Plaintiffs and Proposed Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS,<br><br>Defendants. | Case No. 3:20-CV-00076-SI<br><br>**[PROPOSED] ORDER GRANTING ARBITRAGE PLAINTIFFS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

**WHEREAS**, on September 28, 2020, The Arbitrage Fund; Water Island Levarb Fund, LP; Water Island Diversified Event-Driven Fund; Water Island Merger Arbitrage Institutional Comingled Master Fund LP; and Altshares Merger Arbitrage ETF; together with S. Muoio & Co. LLC and Amethyst Arbitrage International Master Fund (collectively, the "Arbitrage Plaintiffs") timely filed their Motion for Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel; and

**WHEREAS**, the Court, having considered the Arbitrage Plaintiffs' Motion for Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel, the Memorandum of Points and Authorities in Support thereof, and the accompanying Declaration of Marc M. Seltzer and related filings; and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The Arbitrage Plaintiffs' Motion for Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel is **GRANTED**;

The Arbitrage Plaintiffs are **APPOINTED** as Lead Plaintiffs for a proposed class consisting of all persons or entities who purchased or otherwise acquired the common stock of defendant Forescout Technologies, Inc. during the period from February 7, 2019, through May 15, 2020, inclusive, and were damaged thereby; and the Arbitrage Plaintiffs' selection of Susman Godfrey L.L.P., Entwistle & Cappucci LLP and Labaton Sucharow LLP to serve as Co-Lead Counsel for Lead Plaintiffs and the Class is **APPROVED**.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Susan Illston
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00076
[PROPOSED] ORDER GRANTING APPOINTMENT OF LEAD PLAINTIFFS AND COUNSEL