**ABRAHAM, FRUCHTER**
 **& TWERSKY, LLP**
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
TAKEO A. KELLAR (SBN 234470)
TKellar@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582

*Counsel for Movant the Glazer Funds*
*and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, on behalf of themselves and all other similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE and CHRISTOPHER HARMS,<br><br>   Defendants. | Case No. 3:20-cv-00076-SI<br><br>**DECLARATION OF IAN D. BERG IN SUPPORT OF THE MOTION OF THE GLAZER FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: October 30, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Susan Illston<br>Courtroom: 1, 17th Floor |

DECLARATION OF IAN D. BERG
Case No. 3:20-cv-00076-SI

I, Ian D. Berg, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP, representing proposed lead plaintiff Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Multi-Strategy 2 (hereinafter collectively referred to as the "Glazer Funds"). I submit this declaration in support of the Glazer Funds' motion for appointment as Lead Plaintiff and approval of their selection of Lead Counsel in the above captioned consolidated securities class action.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the Form 8-K of Forescout Technologies, Inc. ("Forescout"), dated August 14, 2020, as filed with the U.S. Securities and Exchange Commission on August 17, 2020.

3.    Attached hereto as **Exhibit B** is a true and correct copy of a press release published on July 29, 2020, on *PRNewswire*, announcing the pendency of the lawsuit against Defendants and designating September 28, 2020, as the deadline by which to move the Court for appointment as lead plaintiff.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the Certification of the Glazer Funds, setting forth their transactions in the Forescout common stock during the period of February 7, 2019 through May 15, 2020, inclusive (the "Class Period").

5.    Attached hereto as **Exhibit D** are charts setting forth the Glazer Funds' transactions and losses in Forescout common stock during the Class Period.

6.    Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of September 2020.

/s/    *Ian D. Berg*
IAN D. BERG

DECLARATION OF IAN D. BERG                                                    - 1 -
Case No. 3:20-cv-0076-SI

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 28, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/      *Ian D. Berg*
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582