# EXHIBIT C

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

Paul J. Glazer, as managing member of Glazer Capital, LLC, which is the investment manager of Glazer Capital Management, L.P. ("GCM"), Glazer Enhanced Fund L.P., ("GEF"), Glazer Enhanced Offshore Fund, Ltd. ("GEOF") and Highmark Multi-Strategy 2 ("HMK") (collectively referred to herein as the "Glazer Funds"), having the authority to provide this certification and to initiate and pursue litigation on behalf of the Glazer Funds on an individual or representative basis, hereby certifies as follows:

1.      I have reviewed the Class Action Complaint filed in *The Arbitrage Fund, et al. v. Forescout Technologies, Inc., et al.*, 4:20-cv-03819-SI (N.D. Cal.), and the Amended Complaint for Violations of the Securities Laws filed in *Sayce v. Forescout Technologies, Inc., et al.* 4:20-cv-00076-SI (N.D. Cal.), and have authorized Abraham, Fruchter & Twersky, LLP to file a similar complaint and to move for the appointment of the Glazer Funds as lead plaintiff in that action.

2.      I have personal knowledge of the investments made by the Glazer Funds in my role as manager of these funds and none of these funds purchased the securities that are the subject of this action at the direction of counsel or in order to participate in this action.

3.      The Glazer Funds are willing to serve as representative parties on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      All of the transactions of the Glazer Funds in Forescout Technologies, Inc. common stock during the class period set forth in the complaints are set forth on Schedule A attached hereto.

5.      The Glazer Funds have not sought to serve as a class representative in any case brought under a provision of the federal securities laws within the last three years, but note that the Glazer Funds served as lead plaintiff in *Godinez v. Alere Inc., et al.,* Civil Action No. 1:16-cv-10766-PBS (D. Mass).

6.      The Glazer Funds will not accept any payment for serving as class representative beyond their pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on September _24_ , 2020.

_____
PAUL J. GLAZER

## SCHEDULE A

| Portfolio | Security | Trade Date | Transaction Type | Quantity | Share Price ($) |
|---|---|---|---|---|---|
| GCM | Common Stock | 02/06/2020 | Buy | 146 | 33.2330 |
| GCM | Common Stock | 02/07/2020 | Buy | 106 | 33.1520 |
| GCM | Common Stock | 02/10/2020 | Buy | 267 | 33.0780 |
| GCM | Common Stock | 02/11/2020 | Buy | 46 | 33.0150 |
| GCM | Common Stock | 02/24/2020 | Buy | 32 | 32.8820 |
| GCM | Common Stock | 02/25/2020 | Buy | 183 | 32.8300 |
| GCM | Common Stock | 02/27/2020 | Buy | 4 | 32.7000 |
| GCM | Common Stock | 03/03/2020 | Buy | 204 | 32.4830 |
| GCM | Common Stock | 03/05/2020 | Buy | 42 | 32.4750 |
| GCM | Common Stock | 03/06/2020 | Buy | 4 | 32.2500 |
| GCM | Common Stock | 03/09/2020 | Buy | 4 | 31.5000 |
| GCM | Common Stock | 03/12/2020 | Buy | 4 | 30.5000 |
| GCM | Common Stock | 03/31/2020 | Sell | (32) | 30.9790 |
| GCM | Common Stock | 03/31/2020 | Buy | 72 | 30.8990 |
| GCM | Common Stock | 04/01/2020 | Buy | 21 | 30.3110 |
| GCM | Common Stock | 04/23/2020 | Buy | 101 | 32.0230 |
| GCM | Common Stock | 04/24/2020 | Buy | 20 | 32.0000 |
| GCM | Common Stock | 04/24/2020 | Buy | 182 | 31.7840 |
| GCM | Common Stock | 04/30/2020 | Buy | 62 | 31.5960 |
| GCM | Common Stock | 05/01/2020 | Sell | (38) | 31.9010 |
| GCM | Common Stock | 05/04/2020 | Sell | (68) | 31.8800 |
| GCM | Common Stock | 05/04/2020 | Sell | (123) | 31.8070 |
| GCM | Common Stock | 05/06/2020 | Sell | (95) | 32.1500 |
| GCM | Common Stock | 05/07/2020 | Sell | (19) | 32.2250 |
| GCM | Common Stock | 05/08/2020 | Buy | 191 | 32.2210 |
| GCM | Common Stock | 05/08/2020 | Buy | 190 | 32.2250 |
| GCM | Common Stock | 05/11/2020 | Buy | 191 | 31.4350 |
| GCM | Common Stock | 05/12/2020 | Buy | 76 | 30.3590 |
| GCM | Common Stock | 05/12/2020 | Buy | 58 | 31.0730 |
| GCM | Common Stock | 05/12/2020 | Buy | 133 | 30.0760 |
| GCM | Common Stock | 05/13/2020 | Buy | 4 | 30.0000 |
| GCM | Common Stock | 05/14/2020 | Buy | 8 | 29.8750 |
| GCM | Common Stock | 05/15/2020 | Buy | 83 | 29.4400 |
| GCM | Common Stock | 05/15/2020 | Buy | 38 | 29.3420 |

**SCHEDULE A**

| Portfolio | Security | Trade Date | Transaction Type | Quantity | Share Price ($) |
|---|---|---|---|---|---|
| GCM | Common Stock | 05/15/2020 | Sell | (4) | 31.0000 |
| GCM | Common Stock | 05/18/2020 | Sell | (1,270) | 22.7200 |
| GCM | Common Stock | 05/19/2020 | Sell | (823) | 21.5160 |
| | | | | | |
| GEF | Common Stock | 02/06/2020 | Buy | 9,484 | 33.2330 |
| GEF | Common Stock | 02/07/2020 | Buy | 6,971 | 33.1520 |
| GEF | Common Stock | 02/10/2020 | Buy | 17,399 | 33.0780 |
| GEF | Common Stock | 02/11/2020 | Buy | 2,952 | 33.0150 |
| GEF | Common Stock | 02/24/2020 | Buy | 2,090 | 32.8820 |
| GEF | Common Stock | 02/25/2020 | Buy | 11,940 | 32.8300 |
| GEF | Common Stock | 02/27/2020 | Buy | 270 | 32.7000 |
| GEF | Common Stock | 02/28/2020 | Buy | 997 | 32.2500 |
| GEF | Common Stock | 03/03/2020 | Buy | 13,956 | 32.4830 |
| GEF | Common Stock | 03/05/2020 | Buy | 2,755 | 32.4750 |
| GEF | Common Stock | 03/06/2020 | Buy | 276 | 32.2500 |
| GEF | Common Stock | 03/09/2020 | Buy | 276 | 31.5000 |
| GEF | Common Stock | 03/12/2020 | Buy | 275 | 30.5000 |
| GEF | Common Stock | 03/31/2020 | Sell | (3,725) | 30.9790 |
| GEF | Common Stock | 03/31/2020 | Buy | 4,236 | 30.8990 |
| GEF | Common Stock | 04/01/2020 | Buy | 1,311 | 30.3110 |
| GEF | Common Stock | 04/23/2020 | Buy | 6,557 | 32.0230 |
| GEF | Common Stock | 04/24/2020 | Buy | 1,311 | 32.0000 |
| GEF | Common Stock | 04/24/2020 | Buy | 11,801 | 31.7840 |
| GEF | Common Stock | 04/30/2020 | Buy | 11,908 | 31.5960 |
| GEF | Common Stock | 05/01/2020 | Sell | (2,677) | 31.9010 |
| GEF | Common Stock | 05/04/2020 | Sell | (4,754) | 31.8800 |
| GEF | Common Stock | 05/04/2020 | Sell | (8,626) | 31.8070 |
| GEF | Common Stock | 05/06/2020 | Sell | (6,692) | 32.1500 |
| GEF | Common Stock | 05/07/2020 | Sell | (1,338) | 32.2250 |
| GEF | Common Stock | 05/08/2020 | Buy | 13,382 | 32.2210 |
| GEF | Common Stock | 05/08/2020 | Buy | 13,382 | 32.2250 |
| GEF | Common Stock | 05/11/2020 | Buy | 13,382 | 31.4350 |
| GEF | Common Stock | 05/12/2020 | Buy | 5,352 | 30.3590 |
| GEF | Common Stock | 05/12/2020 | Buy | 4,015 | 31.0730 |

## SCHEDULE A

| Portfolio | Security | Trade Date | Transaction Type | Quantity | Share Price ($) |
|---|---|---|---|---|---|
| GEF | Common Stock | 05/12/2020 | Buy | 9,367 | 30.0760 |
| GEF | Common Stock | 05/13/2020 | Buy | 268 | 30.0000 |
| GEF | Common Stock | 05/14/2020 | Buy | 535 | 29.8750 |
| GEF | Common Stock | 05/15/2020 | Buy | 5,807 | 29.4400 |
| GEF | Common Stock | 05/15/2020 | Buy | 2,677 | 29.3420 |
| GEF | Common Stock | 05/15/2020 | Sell | (267) | 31.0000 |
| GEF | Common Stock | 05/18/2020 | Sell | (89,124) | 22.7200 |
| GEF | Common Stock | 05/19/2020 | Sell | (57,702) | 21.5160 |
| | | | | | |
| GEOF | Common Stock | 02/06/2020 | Buy | 20,810 | 33.2330 |
| GEOF | Common Stock | 02/07/2020 | Buy | 15,299 | 33.1520 |
| GEOF | Common Stock | 02/10/2020 | Buy | 38,182 | 33.0780 |
| GEOF | Common Stock | 02/11/2020 | Buy | 6,477 | 33.0150 |
| GEOF | Common Stock | 02/24/2020 | Buy | 4,586 | 32.8820 |
| GEOF | Common Stock | 02/25/2020 | Buy | 26,199 | 32.8300 |
| GEOF | Common Stock | 02/27/2020 | Buy | 596 | 32.7000 |
| GEOF | Common Stock | 03/03/2020 | Buy | 29,339 | 32.4830 |
| GEOF | Common Stock | 03/05/2020 | Buy | 5,902 | 32.4750 |
| GEOF | Common Stock | 03/06/2020 | Buy | 590 | 32.2500 |
| GEOF | Common Stock | 03/09/2020 | Buy | 590 | 31.5000 |
| GEOF | Common Stock | 03/12/2020 | Buy | 591 | 30.5000 |
| GEOF | Common Stock | 03/31/2020 | Buy | 11,911 | 30.8990 |
| GEOF | Common Stock | 04/01/2020 | Buy | 3,010 | 30.3110 |
| GEOF | Common Stock | 04/23/2020 | Buy | 15,053 | 32.0230 |
| GEOF | Common Stock | 04/24/2020 | Buy | 3,011 | 32.0000 |
| GEOF | Common Stock | 04/24/2020 | Buy | 27,097 | 31.7840 |
| GEOF | Common Stock | 04/30/2020 | Buy | 20,539 | 31.5960 |
| GEOF | Common Stock | 05/01/2020 | Sell | (5,967) | 31.9010 |
| GEOF | Common Stock | 05/04/2020 | Sell | (10,604) | 31.8800 |
| GEOF | Common Stock | 05/04/2020 | Sell | (19,238) | 31.8070 |
| GEOF | Common Stock | 05/06/2020 | Sell | (14,920) | 32.1500 |
| GEOF | Common Stock | 05/07/2020 | Sell | (2,984) | 32.2250 |
| GEOF | Common Stock | 05/08/2020 | Buy | 29,841 | 32.2210 |
| GEOF | Common Stock | 05/08/2020 | Buy | 29,843 | 32.2250 |

**SCHEDULE A**

| Portfolio | Security | Trade Date | Transaction Type | Quantity | Share Price ($) |
|---|---|---|---|---|---|
| GEOF | Common Stock | 05/11/2020 | Buy | 29,842 | 31.4350 |
| GEOF | Common Stock | 05/12/2020 | Buy | 11,938 | 30.3590 |
| GEOF | Common Stock | 05/12/2020 | Buy | 8,951 | 31.0730 |
| GEOF | Common Stock | 05/12/2020 | Buy | 20,890 | 30.0760 |
| GEOF | Common Stock | 05/13/2020 | Buy | 597 | 30.0000 |
| GEOF | Common Stock | 05/14/2020 | Buy | 1,193 | 29.8750 |
| GEOF | Common Stock | 05/15/2020 | Buy | 12,952 | 29.4400 |
| GEOF | Common Stock | 05/15/2020 | Buy | 5,968 | 29.3420 |
| GEOF | Common Stock | 05/15/2020 | Sell | (597) | 31.0000 |
| GEOF | Common Stock | 05/18/2020 | Sell | (198,748) | 22.7200 |
| GEOF | Common Stock | 05/19/2020 | Sell | (128,679) | 21.5160 |
|  |  |  |  |  |  |
| HMK | Common Stock | 02/06/2020 | Buy | 4,576 | 33.2330 |
| HMK | Common Stock | 02/07/2020 | Buy | 3,364 | 33.1520 |
| HMK | Common Stock | 02/10/2020 | Buy | 8,396 | 33.0780 |
| HMK | Common Stock | 02/11/2020 | Buy | 1,425 | 33.0150 |
| HMK | Common Stock | 02/24/2020 | Buy | 1,009 | 32.8820 |
| HMK | Common Stock | 02/25/2020 | Buy | 5,761 | 32.8300 |
| HMK | Common Stock | 02/27/2020 | Buy | 130 | 32.7000 |
| HMK | Common Stock | 02/28/2020 | Buy | 3 | 32.2500 |
| HMK | Common Stock | 03/03/2020 | Buy | 6,501 | 32.4830 |
| HMK | Common Stock | 03/05/2020 | Buy | 1,301 | 32.4750 |
| HMK | Common Stock | 03/06/2020 | Buy | 130 | 32.2500 |
| HMK | Common Stock | 03/09/2020 | Buy | 130 | 31.5000 |
| HMK | Common Stock | 03/12/2020 | Buy | 130 | 30.5000 |
| HMK | Common Stock | 03/31/2020 | Sell | (243) | 30.9790 |
| HMK | Common Stock | 03/31/2020 | Buy | 2,578 | 30.8990 |
| HMK | Common Stock | 04/01/2020 | Buy | 658 | 30.3110 |
| HMK | Common Stock | 04/23/2020 | Buy | 3,289 | 32.0230 |
| HMK | Common Stock | 04/24/2020 | Buy | 658 | 32.0000 |
| HMK | Common Stock | 04/24/2020 | Buy | 5,920 | 31.7840 |
| HMK | Common Stock | 04/30/2020 | Buy | 4,991 | 31.5960 |
| HMK | Common Stock | 05/01/2020 | Sell | (1,318) | 31.9010 |
| HMK | Common Stock | 05/04/2020 | Sell | (2,339) | 31.8800 |

## SCHEDULE A

| Portfolio | Security | Trade Date | Transaction Type | Quantity | Share Price ($) |
|---|---|---|---|---|---|
| HMK | Common Stock | 05/04/2020 | Sell | (4,245) | 31.8070 |
| HMK | Common Stock | 05/06/2020 | Sell | (3,293) | 32.1500 |
| HMK | Common Stock | 05/07/2020 | Sell | (659) | 32.2250 |
| HMK | Common Stock | 05/08/2020 | Buy | 6,586 | 32.2210 |
| HMK | Common Stock | 05/08/2020 | Buy | 6,585 | 32.2250 |
| HMK | Common Stock | 05/11/2020 | Buy | 6,585 | 31.4350 |
| HMK | Common Stock | 05/12/2020 | Buy | 2,634 | 30.3590 |
| HMK | Common Stock | 05/12/2020 | Buy | 1,976 | 31.0730 |
| HMK | Common Stock | 05/12/2020 | Buy | 4,610 | 30.0760 |
| HMK | Common Stock | 05/13/2020 | Buy | 131 | 30.0000 |
| HMK | Common Stock | 05/14/2020 | Buy | 264 | 29.8750 |
| HMK | Common Stock | 05/15/2020 | Buy | 2,858 | 29.4400 |
| HMK | Common Stock | 05/15/2020 | Buy | 1,317 | 29.3420 |
| HMK | Common Stock | 05/15/2020 | Sell | (132) | 31.0000 |
| HMK | Common Stock | 05/18/2020 | Sell | (43,858) | 22.7200 |
| HMK | Common Stock | 05/19/2020 | Sell | (28,396) | 21.5160 |