# EXHIBIT D

## LOSS CHARTS

**Entities**:  Glazer Funds
**Security**: Forescout Technologies, Inc. Common Stock
**Period**:    February 7, 2019 Through May 15, 2020

| Portfolio | Trade Date | Transaction | Quantity | Share Price ($)* | Amount ($) |
|---|---|---|---|---|---|
| **GLAZER CAPITAL MANAGEMENT, L.P. ("GCM")** | | | | | |
| **GCM** | **Begin Class Period Balance** | | **0** | | |
| GCM | 02/06/2020 | Buy | 146 | 33.2330 | ($4,852.02) |
| GCM | 02/07/2020 | Buy | 106 | 33.1520 | ($3,514.11) |
| GCM | 02/10/2020 | Buy | 267 | 33.0780 | ($8,831.83) |
| GCM | 02/11/2020 | Buy | 46 | 33.0150 | ($1,518.69) |
| GCM | 02/24/2020 | Buy | 32 | 32.8820 | ($1,052.22) |
| GCM | 02/25/2020 | Buy | 183 | 32.8300 | ($6,007.89) |
| GCM | 02/27/2020 | Buy | 4 | 32.7000 | ($130.80) |
| GCM | 03/03/2020 | Buy | 204 | 32.4830 | ($6,626.53) |
| GCM | 03/05/2020 | Buy | 42 | 32.4750 | ($1,363.95) |
| GCM | 03/06/2020 | Buy | 4 | 32.2500 | ($129.00) |
| GCM | 03/09/2020 | Buy | 4 | 31.5000 | ($126.00) |
| GCM | 03/12/2020 | Buy | 4 | 30.5000 | ($122.00) |
| GCM | 03/31/2020 | Sell | (32) | 30.9790 | $991.33 |
| GCM | 03/31/2020 | Buy | 72 | 30.8990 | ($2,224.73) |
| GCM | 04/01/2020 | Buy | 21 | 30.3110 | ($636.53) |
| GCM | 04/23/2020 | Buy | 101 | 32.0230 | ($3,234.32) |
| GCM | 04/24/2020 | Buy | 20 | 32.0000 | ($640.00) |
| GCM | 04/24/2020 | Buy | 182 | 31.7840 | ($5,784.69) |
| GCM | 04/30/2020 | Buy | 62 | 31.5960 | ($1,958.95) |
| GCM | 05/01/2020 | Sell | (38) | 31.9010 | $1,212.24 |
| GCM | 05/04/2020 | Sell | (68) | 31.8800 | $2,167.84 |
| GCM | 05/04/2020 | Sell | (123) | 31.8070 | $3,912.26 |
| GCM | 05/06/2020 | Sell | (95) | 32.1500 | $3,054.25 |
| GCM | 05/07/2020 | Sell | (19) | 32.2250 | $612.28 |
| GCM | 05/08/2020 | Buy | 191 | 32.2210 | ($6,154.21) |
| GCM | 05/08/2020 | Buy | 190 | 32.2250 | ($6,122.75) |
| GCM | 05/11/2020 | Buy | 191 | 31.4350 | ($6,004.09) |

*\* Post Class Sales are priced at the greater of the Actual Sale Price and the Average Closing Price of Forescout Common Stock during the Post Class Period up to the Actual Sale Date.*

## LOSS CHARTS

**Entities**:  Glazer Funds
**Security**:  Forescout Technologies, Inc. Common Stock
**Period**:    February 7, 2019 Through May 15, 2020

| Portfolio | Trade Date | Transaction | Quantity | Share Price ($)* | Amount ($) |
|---|---|---|---|---|---|
| GCM | 05/12/2020 | Buy | 76 | 30.3590 | ($2,307.28) |
| GCM | 05/12/2020 | Buy | 58 | 31.0730 | ($1,802.23) |
| GCM | 05/12/2020 | Buy | 133 | 30.0760 | ($4,000.11) |
| GCM | 05/13/2020 | Buy | 4 | 30.0000 | ($120.00) |
| GCM | 05/14/2020 | Buy | 8 | 29.8750 | ($239.00) |
| GCM | 05/15/2020 | Buy | 83 | 29.4400 | ($2,443.52) |
| GCM | 05/15/2020 | Buy | 38 | 29.3420 | ($1,115.00) |
| GCM | 05/15/2020 | Sell | (4) | 31.0000 | $124.00 |
| **GCM** | **End Class Period Balance (Net Shares Purchased)** | | **2,093** | | |
| GCM | 05/18/2020 | Sell | (1,270) | 22.7200 | $28,854.40 |
| GCM | 05/19/2020 | Sell | (823) | 21.7500 | $17,900.25 |
| **GCM** | **Unsold Shares as of 08/13/2020** | | **0** | 25.0015 | $0.00 |
| | | | **Total Shares Purchased** | **Net Funds Expended** | **Loss Suffered** |
| **GCM** | **TOTALS** | | **2,472** | **($66,988.26)** | **($20,233.61)** |
| | | | | | |
| **GLAZER ENHANCED FUND L.P. ("GEF")** | | | | | |
| GEF | **Begin Class Period Balance** | | **0** | | |
| GEF | 02/06/2020 | Buy | 9,484 | 33.2330 | ($315,181.77) |
| GEF | 02/07/2020 | Buy | 6,971 | 33.1520 | ($231,102.59) |
| GEF | 02/10/2020 | Buy | 17,399 | 33.0780 | ($575,524.12) |
| GEF | 02/11/2020 | Buy | 2,952 | 33.0150 | ($97,460.28) |
| GEF | 02/24/2020 | Buy | 2,090 | 32.8820 | ($68,723.38) |
| GEF | 02/25/2020 | Buy | 11,940 | 32.8300 | ($391,990.20) |
| GEF | 02/27/2020 | Buy | 270 | 32.7000 | ($8,829.00) |
| GEF | 02/28/2020 | Buy | 997 | 32.2500 | ($32,153.25) |
| GEF | 03/03/2020 | Buy | 13,956 | 32.4830 | ($453,332.75) |
| GEF | 03/05/2020 | Buy | 2,755 | 32.4750 | ($89,468.63) |
| GEF | 03/06/2020 | Buy | 276 | 32.2500 | ($8,901.00) |
| GEF | 03/09/2020 | Buy | 276 | 31.5000 | ($8,694.00) |

*\* Post Class Sales are priced at the greater of the Actual Sale Price and the Average Closing Price of Forescout Common Stock during the Post Class Period up to the Actual Sale Date.*

## LOSS CHARTS

**Entities**:  Glazer Funds
**Security**: Forescout Technologies, Inc. Common Stock
**Period**:    February 7, 2019 Through May 15, 2020

| Portfolio | Trade Date | Transaction | Quantity | Share Price ($)* | Amount ($) |
|---|---|---|---|---|---|
| GEF | 03/12/2020 | Buy | 275 | 30.5000 | ($8,387.50) |
| GEF | 03/31/2020 | Sell | (3,725) | 30.9790 | $115,396.78 |
| GEF | 03/31/2020 | Buy | 4,236 | 30.8990 | ($130,888.16) |
| GEF | 04/01/2020 | Buy | 1,311 | 30.3110 | ($39,737.72) |
| GEF | 04/23/2020 | Buy | 6,557 | 32.0230 | ($209,974.81) |
| GEF | 04/24/2020 | Buy | 1,311 | 32.0000 | ($41,952.00) |
| GEF | 04/24/2020 | Buy | 11,801 | 31.7840 | ($375,082.98) |
| GEF | 04/30/2020 | Buy | 11,908 | 31.5960 | ($376,245.17) |
| GEF | 05/01/2020 | Sell | (2,677) | 31.9010 | $85,398.98 |
| GEF | 05/04/2020 | Sell | (4,754) | 31.8800 | $151,557.52 |
| GEF | 05/04/2020 | Sell | (8,626) | 31.8070 | $274,367.18 |
| GEF | 05/06/2020 | Sell | (6,692) | 32.1500 | $215,147.80 |
| GEF | 05/07/2020 | Sell | (1,338) | 32.2250 | $43,117.05 |
| GEF | 05/08/2020 | Buy | 13,382 | 32.2210 | ($431,181.42) |
| GEF | 05/08/2020 | Buy | 13,382 | 32.2250 | ($431,234.95) |
| GEF | 05/11/2020 | Buy | 13,382 | 31.4350 | ($420,663.17) |
| GEF | 05/12/2020 | Buy | 5,352 | 30.3590 | ($162,481.37) |
| GEF | 05/12/2020 | Buy | 4,015 | 31.0730 | ($124,758.10) |
| GEF | 05/12/2020 | Buy | 9,367 | 30.0760 | ($281,721.89) |
| GEF | 05/13/2020 | Buy | 268 | 30.0000 | ($8,040.00) |
| GEF | 05/14/2020 | Buy | 535 | 29.8750 | ($15,983.13) |
| GEF | 05/15/2020 | Buy | 5,807 | 29.4400 | ($170,958.08) |
| GEF | 05/15/2020 | Buy | 2,677 | 29.3420 | ($78,548.53) |
| GEF | 05/15/2020 | Sell | (267) | 31.0000 | $8,277.00 |
| **GEF** | **End Class Period Balance (Net Shares Purchased)** | | **146,853** | | |
| GEF | 05/18/2020 | Sell | (89,124) | 22.7200 | $2,024,897.28 |
| GEF | 05/19/2020 | Sell | (57,702) | 21.7500 | $1,255,018.50 |
| **GEF** | **Unsold Shares as of 08/13/2020** | | 27 | 25.0015 | $675.04 |
| | | | **Total Shares Purchased** | **Net Funds Expended** | **Loss Suffered** |
| **GEF** | **TOTALS** | | **174,932** | **($4,695,937.65)** | **($1,415,346.83)** |

*\* Post Class Sales are priced at the greater of the Actual Sale Price and the Average Closing Price of Forescout Common Stock during the Post Class Period up to the Actual Sale Date.*

## LOSS CHARTS

**Entities**:  Glazer Funds
**Security**: Forescout Technologies, Inc. Common Stock
**Period**:    February 7, 2019 Through May 15, 2020

| Portfolio | Trade Date | Transaction | Quantity | Share Price ($)* | Amount ($) |
|---|---|---|---|---|---|
| **GLAZER ENHANCED OFFSHORE FUND, LTD. ("GEOF")** | | | | | |
| GEOF | **Begin Class Period Balance** | | **0** | | |
| GEOF | 02/06/2020 | Buy | 20,810 | 33.2330 | ($691,578.73) |
| GEOF | 02/07/2020 | Buy | 15,299 | 33.1520 | ($507,192.45) |
| GEOF | 02/10/2020 | Buy | 38,182 | 33.0780 | ($1,262,984.20) |
| GEOF | 02/11/2020 | Buy | 6,477 | 33.0150 | ($213,838.16) |
| GEOF | 02/24/2020 | Buy | 4,586 | 32.8820 | ($150,796.85) |
| GEOF | 02/25/2020 | Buy | 26,199 | 32.8300 | ($860,113.17) |
| GEOF | 02/27/2020 | Buy | 596 | 32.7000 | ($19,489.20) |
| GEOF | 03/03/2020 | Buy | 29,339 | 32.4830 | ($953,018.74) |
| GEOF | 03/05/2020 | Buy | 5,902 | 32.4750 | ($191,667.45) |
| GEOF | 03/06/2020 | Buy | 590 | 32.2500 | ($19,027.50) |
| GEOF | 03/09/2020 | Buy | 590 | 31.5000 | ($18,585.00) |
| GEOF | 03/12/2020 | Buy | 591 | 30.5000 | ($18,025.50) |
| GEOF | 03/31/2020 | Buy | 11,911 | 30.8990 | ($368,037.99) |
| GEOF | 04/01/2020 | Buy | 3,010 | 30.3110 | ($91,236.11) |
| GEOF | 04/23/2020 | Buy | 15,053 | 32.0230 | ($482,042.22) |
| GEOF | 04/24/2020 | Buy | 3,011 | 32.0000 | ($96,352.00) |
| GEOF | 04/24/2020 | Buy | 27,097 | 31.7840 | ($861,251.05) |
| GEOF | 04/30/2020 | Buy | 20,539 | 31.5960 | ($648,950.24) |
| GEOF | 05/01/2020 | Sell | (5,967) | 31.9010 | $190,353.27 |
| GEOF | 05/04/2020 | Sell | (10,604) | 31.8800 | $338,055.52 |
| GEOF | 05/04/2020 | Sell | (19,238) | 31.8070 | $611,903.07 |
| GEOF | 05/06/2020 | Sell | (14,920) | 32.1500 | $479,678.00 |
| GEOF | 05/07/2020 | Sell | (2,984) | 32.2250 | $96,159.40 |
| GEOF | 05/08/2020 | Buy | 29,841 | 32.2210 | ($961,506.86) |
| GEOF | 05/08/2020 | Buy | 29,843 | 32.2250 | ($961,690.68) |
| GEOF | 05/11/2020 | Buy | 29,842 | 31.4350 | ($938,083.27) |
| GEOF | 05/12/2020 | Buy | 11,938 | 30.3590 | ($362,425.74) |
| GEOF | 05/12/2020 | Buy | 8,951 | 31.0730 | ($278,134.42) |
| GEOF | 05/12/2020 | Buy | 20,890 | 30.0760 | ($628,287.64) |

*Post Class Sales are priced at the greater of the Actual Sale Price and the Average Closing Price of Forescout Common Stock during the Post Class Period up to the Actual Sale Date.*

## LOSS CHARTS

**Entities**:  Glazer Funds
**Security**:  Forescout Technologies, Inc. Common Stock
**Period**:    February 7, 2019 Through May 15, 2020

| Portfolio | Trade Date | Transaction | Quantity | Share Price ($)* | Amount ($) |
|---|---|---|---|---|---|
| GEOF | 05/13/2020 | Buy | 597 | 30.0000 | ($17,910.00) |
| GEOF | 05/14/2020 | Buy | 1,193 | 29.8750 | ($35,640.88) |
| GEOF | 05/15/2020 | Buy | 12,952 | 29.4400 | ($381,306.88) |
| GEOF | 05/15/2020 | Buy | 5,968 | 29.3420 | ($175,113.06) |
| GEOF | 05/15/2020 | Sell | (597) | 31.0000 | $18,507.00 |
| GEOF | **End Class Period Balance (Net Purchases)** | | **327,487** | | |
| GEOF | 05/18/2020 | Sell | (198,748) | 22.7200 | $4,515,554.56 |
| GEOF | 05/19/2020 | Sell | (128,679) | 21.7500 | $2,798,768.25 |
| GEOF | **Unsold Shares as of 08/13/2020** | | **60** | 25.0015 | $1,500.09 |
| | | | **Total Shares Purchased** | **Net Funds Expended** | **Loss Suffered** |
| **GEOF** | **TOTALS** | | **381,797** | **($10,459,629.72)** | **($3,143,806.82)** |
| | | | | | |
| **HIGHMARK MULTI-STRATEGY 2 ("HMK")** | | | | | |
| HMK | **Begin Class Period Balance** | | **0** | | |
| HMK | 02/06/2020 | Buy | 4,576 | 33.2330 | ($152,074.21) |
| HMK | 02/07/2020 | Buy | 3,364 | 33.1520 | ($111,523.33) |
| HMK | 02/10/2020 | Buy | 8,396 | 33.0780 | ($277,722.89) |
| HMK | 02/11/2020 | Buy | 1,425 | 33.0150 | ($47,046.38) |
| HMK | 02/24/2020 | Buy | 1,009 | 32.8820 | ($33,177.94) |
| HMK | 02/25/2020 | Buy | 5,761 | 32.8300 | ($189,133.63) |
| HMK | 02/27/2020 | Buy | 130 | 32.7000 | ($4,251.00) |
| HMK | 02/28/2020 | Buy | 3 | 32.2500 | ($96.75) |
| HMK | 03/03/2020 | Buy | 6,501 | 32.4830 | ($211,171.98) |
| HMK | 03/05/2020 | Buy | 1,301 | 32.4750 | ($42,249.98) |
| HMK | 03/06/2020 | Buy | 130 | 32.2500 | ($4,192.50) |
| HMK | 03/09/2020 | Buy | 130 | 31.5000 | ($4,095.00) |
| HMK | 03/12/2020 | Buy | 130 | 30.5000 | ($3,965.00) |
| HMK | 03/31/2020 | Sell | (243) | 30.9790 | $7,527.90 |
| HMK | 03/31/2020 | Buy | 2,578 | 30.8990 | ($79,657.62) |

*\* Post Class Sales are priced at the greater of the Actual Sale Price and the Average Closing Price of Forescout Common Stock during the Post Class Period up to the Actual Sale Date.*

## LOSS CHARTS

**Entities**:  Glazer Funds
**Security**:  Forescout Technologies, Inc. Common Stock
**Period**:    February 7, 2019 Through May 15, 2020

| Portfolio | Trade Date | Transaction | Quantity | Share Price ($)* | Amount ($) |
|---|---|---|---|---|---|
| HMK | 04/01/2020 | Buy | 658 | 30.3110 | ($19,944.64) |
| HMK | 04/23/2020 | Buy | 3,289 | 32.0230 | ($105,323.65) |
| HMK | 04/24/2020 | Buy | 658 | 32.0000 | ($21,056.00) |
| HMK | 04/24/2020 | Buy | 5,920 | 31.7840 | ($188,161.28) |
| HMK | 04/30/2020 | Buy | 4,991 | 31.5960 | ($157,695.64) |
| HMK | 05/01/2020 | Sell | (1,318) | 31.9010 | $42,045.52 |
| HMK | 05/04/2020 | Sell | (2,339) | 31.8800 | $74,567.32 |
| HMK | 05/04/2020 | Sell | (4,245) | 31.8070 | $135,020.72 |
| HMK | 05/06/2020 | Sell | (3,293) | 32.1500 | $105,869.95 |
| HMK | 05/07/2020 | Sell | (659) | 32.2250 | $21,236.28 |
| HMK | 05/08/2020 | Buy | 6,586 | 32.2210 | ($212,207.51) |
| HMK | 05/08/2020 | Buy | 6,585 | 32.2250 | ($212,201.63) |
| HMK | 05/11/2020 | Buy | 6,585 | 31.4350 | ($206,999.48) |
| HMK | 05/12/2020 | Buy | 2,634 | 30.3590 | ($79,965.61) |
| HMK | 05/12/2020 | Buy | 1,976 | 31.0730 | ($61,400.25) |
| HMK | 05/12/2020 | Buy | 4,610 | 30.0760 | ($138,650.36) |
| HMK | 05/13/2020 | Buy | 131 | 30.0000 | ($3,930.00) |
| HMK | 05/14/2020 | Buy | 264 | 29.8750 | ($7,887.00) |
| HMK | 05/15/2020 | Buy | 2,858 | 29.4400 | ($84,139.52) |
| HMK | 05/15/2020 | Buy | 1,317 | 29.3420 | ($38,643.41) |
| HMK | 05/15/2020 | Sell | (132) | 31.0000 | $4,092.00 |
| **HMK** | **End Class Period Balance (Net Shares Purchased)** | | **72,267** | | |
| HMK | 05/18/2020 | Sell | (43,858) | 22.7200 | $996,453.76 |
| HMK | 05/19/2020 | Sell | (28,396) | 21.7500 | $617,613.00 |
| **HMK** | **Unsold Shares as of 08/13/2020** | | 13 | 25.0015 | $325.02 |
| | | | **Total Shares Purchased** | **Net Funds Expended** | **Loss Suffered** |
| **HMK** | **TOTALS** | | **84,496** | **($2,308,204.48)** | **($693,812.70)** |

*Post Class Sales are priced at the greater of the Actual Sale Price and the Average Closing Price of Forescout Common Stock during the Post Class Period up to the Actual Sale Date.*

## LOSS CHARTS

**Entities**:  Glazer Funds
**Security**:  Forescout Technologies, Inc. Common Stock
**Period**:    February 7, 2019 Through May 15, 2020

| CONSOLIDATED TOTALS | | | | |
|---|---|---|---|---|
| **Portfolio** | **Total Shares Purchased** | **Net Shares Purchased** | **Total Net Funds Expended** | **Total Loss Suffered** |
| GCM | 2,472 | 2,093 | ($66,988.26) | ($20,233.61) |
| GEF | 174,932 | 146,853 | ($4,695,937.65) | ($1,415,346.83) |
| GEOF | 381,797 | 327,487 | ($10,459,629.72) | ($3,143,806.82) |
| HMK | 84,496 | 72,267 | ($2,308,204.48) | ($693,812.70) |
| | | | | |
| **GLAZER FUNDS TOTAL** | **643,697** | **548,700** | **($17,530,760.10)** | **($5,273,199.96)** |

*\* Post Class Sales are priced at the greater of the Actual Sale Price and the Average Closing Price of Forescout Common Stock during the Post Class Period up to the Actual Sale Date.*