UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 3:20-cv-00076-SI |
| Plaintiffs, | CLASS ACTION |
| vs. | [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| FORESCOUT TECHNOLOGIES, INC., et al., | |
| Defendants. | |

4831-9126-9068.v1

Having considered Donald R. Levin's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Mr. Levin is appointed as Lead Plaintiff; and

3.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Mr. Levin's selection of Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP are approved and appointed as Lead Counsel. As Lead Counsel, Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    the briefing and argument of any and all motions;

(b)    the preparation and filing of all pleadings;

(c)    the conduct of any and all discovery proceedings;

(d)    settlement negotiations with counsel for defendants;

(e)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

(f)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: _____    _____
                                 THE HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL - 3:20-cv-00076-SI      - 1 -
4831-9126-9068.v1