ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

JOHNSON FISTEL, LLP
FRANK J. JOHNSON (174882)
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FORESCOUT TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-00076-SI <br><br> CLASS ACTION <br><br> DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:  November 6, 2020 <br> TIME:  10:00 a.m. <br> CTRM:  1, 17th Floor |

4813-3260-2828.v1

I, DANIELLE S. MYERS, declare as follows:

1.      I am an attorney licensed to practice before all the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Ronald R. Levin in the above-captioned action.  I make this declaration in support of Mr. Levin's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of action published on *PRNewswire* on July 29, 2020;

Exhibit B:      Mr. Levin's Certification;

Exhibit C:      Mr. Levin's loss estimate; and

Exhibit D:      Mr. Levin's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 28, 2020.

s/ Danielle S. Myers

DANIELLE S. MYERS

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL -
3:20-cv-00076-SI
4813-3260-2828.v1

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 28, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

4813-3260-2828.v1

# Mailing Information for a Case 3:20-cv-00076-SI Sayce v. Forescout Technologies, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ian David Berg**
  iberg@aftlaw.com,tkellar@aftlaw.com

- **Brendan J. Brodeur**
  bbrodeur@entwistle-law.com

- **Paul Ryan Burningham**
  rburningham@susmangodfrey.com,ryan-burningham-9802@ecf.pacerpro.com,jgrounds@susmangodfrey.com,ecf-009165bc539e@ecf.pacerpro.com

- **Vincent Roger Cappucci**
  vcappucci@entwistle-law.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Andrew J. Entwistle**
  aentwistle@entwistle-law.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **Omar Jafri**
  ojafri@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomla

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Andrew Mitchell Sher**
  asher@entwistle-law.com

- **Diane Marie Walters**
  dwalters@wsgr.com,vshreve@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)