# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

DONALD R. LEVIN declares:

1.    I have reviewed a complaint filed and adopt its allegations. I have authorized the filing of a motion for appointment as lead plaintiff.

2.    The security that is the subject of this action was not acquired at the direction of counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    The following transaction(s) were made during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    I have not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this  22  day of September, 2020.

DocuSigned by:

*Donald R. Levin*

FA951C2467064CF...

DONALD R. LEVIN

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 5 | $35.08 |
| 05/13/2019 | 100 | $35.04 |
| 05/13/2019 | 500 | $35.01 |
| 05/13/2019 | 304 | $35.03 |
| 05/13/2019 | 300 | $35.09 |
| 05/13/2019 | 400 | $35.09 |
| 05/13/2019 | 400 | $35.12 |
| 05/13/2019 | 300 | $35.13 |
| 05/13/2019 | 200 | $35.09 |
| 05/13/2019 | 200 | $35.09 |
| 05/13/2019 | 300 | $35.13 |
| 05/13/2019 | 500 | $35.13 |
| 05/13/2019 | 400 | $35.22 |
| 05/13/2019 | 300 | $35.22 |
| 05/13/2019 | 200 | $35.22 |
| 05/13/2019 | 300 | $35.12 |
| 05/13/2019 | 300 | $35.12 |
| 05/13/2019 | 300 | $35.10 |
| 05/13/2019 | 400 | $35.12 |
| 05/13/2019 | 200 | $35.12 |
| 05/13/2019 | 200 | $35.15 |
| 05/13/2019 | 269 | $35.15 |
| 05/13/2019 | 477 | $35.17 |
| 05/13/2019 | 300 | $35.13 |
| 05/13/2019 | 200 | $35.14 |
| 05/13/2019 | 300 | $35.15 |
| 05/13/2019 | 200 | $35.13 |
| 05/13/2019 | 200 | $35.13 |
| 05/13/2019 | 600 | $35.15 |
| 05/13/2019 | 300 | $35.11 |
| 05/13/2019 | 200 | $35.11 |
| 05/13/2019 | 1,047 | $35.11 |
| 05/13/2019 | 200 | $35.05 |
| 05/13/2019 | 700 | $35.10 |
| 05/13/2019 | 200 | $35.11 |
| 05/13/2019 | 200 | $35.08 |
| 05/13/2019 | 210 | $35.12 |
| 05/13/2019 | 500 | $35.15 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 600 | $35.17 |
| 05/13/2019 | 300 | $35.12 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 400 | $35.23 |
| 05/13/2019 | 500 | $35.23 |

DocuSign Envelope ID: 1E302EEB-3BD8-4E81-8100-702636ACBDA2

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 400 | $35.27 |
| 05/13/2019 | 500 | $35.27 |
| 05/13/2019 | 400 | $35.26 |
| 05/13/2019 | 500 | $35.26 |
| 05/13/2019 | 500 | $35.26 |
| 05/13/2019 | 400 | $35.25 |
| 05/13/2019 | 700 | $35.23 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 300 | $35.23 |
| 05/13/2019 | 200 | $35.23 |
| 05/13/2019 | 400 | $35.28 |
| 05/13/2019 | 500 | $35.28 |
| 05/13/2019 | 400 | $35.26 |
| 05/13/2019 | 500 | $35.35 |
| 05/13/2019 | 500 | $35.37 |
| 05/13/2019 | 400 | $35.26 |
| 05/13/2019 | 600 | $35.27 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 200 | $35.20 |
| 05/13/2019 | 253 | $35.19 |
| 05/13/2019 | 270 | $35.18 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 900 | $35.21 |
| 05/13/2019 | 300 | $35.20 |
| 05/13/2019 | 300 | $35.18 |
| 05/13/2019 | 300 | $35.16 |
| 05/13/2019 | 300 | $35.17 |
| 05/13/2019 | 200 | $35.05 |
| 05/13/2019 | 400 | $35.13 |
| 05/13/2019 | 300 | $35.15 |
| 05/13/2019 | 200 | $35.17 |
| 05/13/2019 | 800 | $35.20 |
| 05/13/2019 | 203 | $35.18 |
| 05/13/2019 | 300 | $35.19 |
| 05/13/2019 | 300 | $35.20 |
| 05/13/2019 | 200 | $35.20 |
| 05/13/2019 | 900 | $35.20 |
| 05/13/2019 | 500 | $35.21 |
| 05/13/2019 | 900 | $35.20 |
| 05/13/2019 | 500 | $35.17 |
| 05/13/2019 | 400 | $35.17 |
| 05/13/2019 | 200 | $35.18 |
| 05/13/2019 | 500 | $35.19 |
| 05/13/2019 | 200 | $35.14 |
| 05/13/2019 | 500 | $35.24 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 341 | $35.24 |
| 05/13/2019 | 359 | $35.22 |
| 05/13/2019 | 241 | $35.17 |
| 05/13/2019 | 200 | $35.12 |
| 05/13/2019 | 300 | $35.10 |
| 05/13/2019 | 900 | $35.13 |
| 05/13/2019 | 400 | $35.19 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 376 | $35.20 |
| 05/13/2019 | 1,300 | $35.21 |
| 05/13/2019 | 400 | $35.18 |
| 05/13/2019 | 200 | $35.14 |
| 05/13/2019 | 400 | $35.19 |
| 05/13/2019 | 234 | $35.16 |
| 05/13/2019 | 266 | $35.16 |
| 05/13/2019 | 400 | $35.16 |
| 05/13/2019 | 300 | $35.19 |
| 05/13/2019 | 200 | $35.19 |
| 05/13/2019 | 400 | $35.20 |
| 05/13/2019 | 500 | $35.20 |
| 05/13/2019 | 400 | $35.20 |
| 05/13/2019 | 800 | $35.20 |
| 05/13/2019 | 200 | $35.20 |
| 05/13/2019 | 200 | $35.15 |
| 05/13/2019 | 200 | $35.15 |
| 05/13/2019 | 200 | $35.17 |
| 05/13/2019 | 300 | $35.17 |
| 05/13/2019 | 400 | $35.18 |
| 05/13/2019 | 500 | $35.22 |
| 05/13/2019 | 400 | $35.21 |
| 05/13/2019 | 600 | $35.22 |
| 05/13/2019 | 300 | $35.21 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 500 | $35.26 |
| 05/13/2019 | 200 | $35.24 |
| 05/13/2019 | 200 | $35.25 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 400 | $35.23 |
| 05/13/2019 | 500 | $35.28 |
| 05/13/2019 | 400 | $35.28 |
| 05/13/2019 | 500 | $35.30 |
| 05/13/2019 | 1,600 | $35.28 |
| 05/13/2019 | 300 | $35.23 |
| 05/13/2019 | 200 | $35.27 |
| 05/13/2019 | 200 | $35.27 |
| 05/13/2019 | 400 | $35.27 |
| 05/13/2019 | 500 | $35.33 |
| 05/13/2019 | 500 | $35.30 |
| 05/13/2019 | 400 | $35.32 |
| 05/13/2019 | 500 | $35.31 |
| 05/13/2019 | 400 | $35.32 |
| 05/13/2019 | 500 | $35.33 |
| 05/13/2019 | 400 | $35.36 |
| 05/13/2019 | 1,700 | $35.30 |
| 05/13/2019 | 400 | $35.30 |
| 05/13/2019 | 200 | $35.30 |
| 05/13/2019 | 500 | $35.35 |
| 05/13/2019 | 400 | $35.35 |
| 05/13/2019 | 500 | $35.36 |
| 05/13/2019 | 600 | $35.30 |
| 05/13/2019 | 300 | $35.29 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 1,600 | $35.25 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 499 | $35.20 |
| 05/13/2019 | 1,101 | $35.20 |
| 05/13/2019 | 200 | $35.09 |
| 05/13/2019 | 500 | $35.12 |
| 05/13/2019 | 300 | $35.16 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 400 | $35.16 |
| 05/13/2019 | 300 | $35.19 |
| 05/13/2019 | 200 | $35.11 |
| 05/13/2019 | 300 | $35.24 |
| 05/13/2019 | 200 | $35.24 |
| 05/13/2019 | 1,800 | $35.24 |
| 05/13/2019 | 200 | $35.17 |
| 05/13/2019 | 200 | $35.11 |
| 05/13/2019 | 300 | $35.19 |
| 05/13/2019 | 200 | $35.19 |
| 05/13/2019 | 400 | $35.19 |
| 05/13/2019 | 500 | $35.26 |
| 05/13/2019 | 500 | $35.26 |
| 05/13/2019 | 400 | $35.27 |
| 05/13/2019 | 261 | $35.26 |
| 05/13/2019 | 439 | $35.20 |
| 05/13/2019 | 200 | $35.20 |
| 05/13/2019 | 500 | $35.16 |
| 05/13/2019 | 400 | $35.26 |
| 05/13/2019 | 1,000 | $35.25 |
| 05/13/2019 | 400 | $35.27 |
| 05/13/2019 | 500 | $35.27 |
| 05/13/2019 | 400 | $35.30 |
| 05/13/2019 | 700 | $35.28 |
| 05/13/2019 | 400 | $35.23 |
| 05/13/2019 | 200 | $35.23 |
| 05/13/2019 | 600 | $35.23 |
| 05/13/2019 | 400 | $35.22 |
| 05/13/2019 | 600 | $35.22 |
| 05/13/2019 | 300 | $35.16 |
| 05/13/2019 | 1,400 | $35.22 |
| 05/13/2019 | 1,500 | $35.20 |
| 05/13/2019 | 300 | $35.09 |
| 05/13/2019 | 300 | $35.16 |
| 05/13/2019 | 300 | $35.15 |
| 05/13/2019 | 300 | $35.15 |
| 05/13/2019 | 800 | $35.18 |
| 05/13/2019 | 400 | $35.17 |
| 05/13/2019 | 600 | $35.16 |
| 05/13/2019 | 1,694 | $35.16 |
| 05/13/2019 | 200 | $35.06 |
| 05/13/2019 | 200 | $35.06 |
| 05/13/2019 | 300 | $35.08 |
| 05/13/2019 | 100 | $35.11 |
| 05/13/2019 | 2,900 | $35.11 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 100 | $35.16 |
| 05/13/2019 | 100 | $34.95 |
| 05/13/2019 | 300 | $34.97 |
| 05/13/2019 | 874 | $34.97 |
| 05/13/2019 | 200 | $34.97 |
| 05/13/2019 | 200 | $34.90 |
| 05/13/2019 | 400 | $34.90 |
| 05/13/2019 | 200 | $34.84 |
| 05/13/2019 | 400 | $34.85 |
| 05/13/2019 | 300 | $34.86 |
| 05/13/2019 | 600 | $34.85 |
| 05/13/2019 | 100 | $34.85 |
| 05/13/2019 | 833 | $34.86 |
| 05/13/2019 | 1,867 | $34.87 |
| 05/13/2019 | 100 | $34.85 |
| 05/13/2019 | 200 | $34.87 |
| 05/13/2019 | 1 | $34.78 |
| 05/13/2019 | 31 | $34.83 |
| 05/13/2019 | 69 | $34.83 |
| 05/13/2019 | 200 | $34.86 |
| 05/13/2019 | 200 | $34.73 |
| 05/13/2019 | 200 | $34.69 |
| 05/13/2019 | 200 | $34.75 |
| 05/13/2019 | 200 | $34.75 |
| 05/13/2019 | 700 | $34.71 |
| 05/13/2019 | 300 | $34.66 |
| 05/13/2019 | 400 | $34.88 |
| 05/13/2019 | 1,300 | $34.97 |
| 05/13/2019 | 200 | $34.92 |
| 05/13/2019 | 300 | $34.91 |
| 05/13/2019 | 2,068 | $34.94 |
| 05/13/2019 | 500 | $34.93 |
| 05/13/2019 | 200 | $34.92 |
| 05/13/2019 | 500 | $34.92 |
| 05/13/2019 | 200 | $35.06 |
| 05/13/2019 | 200 | $35.06 |
| 05/13/2019 | 600 | $35.05 |
| 05/13/2019 | 300 | $35.15 |
| 05/13/2019 | 2,800 | $35.15 |
| 05/13/2019 | 200 | $35.17 |
| 05/13/2019 | 200 | $35.17 |
| 05/13/2019 | 461 | $35.19 |
| 05/13/2019 | 439 | $35.17 |
| 05/13/2019 | 200 | $35.17 |
| 05/13/2019 | 300 | $35.17 |
| 05/13/2019 | 500 | $35.08 |
| 05/13/2019 | 400 | $35.09 |
| 05/13/2019 | 500 | $35.09 |
| 05/13/2019 | 300 | $35.16 |
| 05/13/2019 | 200 | $35.11 |
| 05/13/2019 | 200 | $35.04 |
| 05/13/2019 | 200 | $35.04 |
| 05/13/2019 | 200 | $35.25 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 200 | $35.25 |
| 05/13/2019 | 300 | $35.26 |
| 05/13/2019 | 300 | $35.26 |
| 05/13/2019 | 200 | $35.15 |
| 05/13/2019 | 209 | $35.15 |
| 05/13/2019 | 200 | $35.22 |
| 05/13/2019 | 200 | $35.22 |
| 05/13/2019 | 500 | $35.23 |
| 05/13/2019 | 500 | $35.17 |
| 05/13/2019 | 200 | $35.17 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 400 | $35.23 |
| 05/13/2019 | 1,000 | $35.23 |
| 05/13/2019 | 200 | $35.22 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 200 | $35.19 |
| 05/13/2019 | 200 | $35.19 |
| 05/13/2019 | 200 | $35.15 |
| 05/13/2019 | 300 | $35.18 |
| 05/13/2019 | 700 | $35.17 |
| 05/13/2019 | 200 | $35.13 |
| 05/13/2019 | 300 | $35.27 |
| 05/13/2019 | 200 | $35.27 |
| 05/13/2019 | 400 | $35.37 |
| 05/13/2019 | 400 | $35.35 |
| 05/13/2019 | 300 | $35.30 |
| 05/13/2019 | 200 | $35.30 |
| 05/13/2019 | 200 | $35.30 |
| 05/13/2019 | 200 | $35.30 |
| 05/13/2019 | 200 | $35.30 |
| 05/13/2019 | 200 | $35.30 |
| 05/13/2019 | 200 | $35.31 |
| 05/13/2019 | 400 | $35.21 |
| 05/13/2019 | 1,700 | $35.22 |
| 05/13/2019 | 200 | $35.12 |
| 05/13/2019 | 400 | $35.35 |
| 05/13/2019 | 473 | $35.30 |
| 05/13/2019 | 500 | $35.22 |
| 05/13/2019 | 200 | $35.24 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 600 | $35.19 |
| 05/13/2019 | 300 | $35.05 |
| 05/13/2019 | 200 | $35.16 |
| 05/13/2019 | 300 | $35.16 |
| 05/13/2019 | 800 | $35.20 |
| 05/13/2019 | 200 | $35.12 |
| 05/13/2019 | 300 | $35.21 |
| 05/13/2019 | 300 | $35.21 |
| 05/13/2019 | 200 | $35.21 |
| 05/13/2019 | 500 | $35.19 |
| 05/13/2019 | 2,000 | $35.13 |
| 05/13/2019 | 200 | $35.15 |
| 05/13/2019 | 200 | $35.19 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 200 | $35.20 |
| 05/13/2019 | 700 | $35.26 |
| 05/13/2019 | 200 | $35.33 |
| 05/13/2019 | 200 | $35.31 |
| 05/13/2019 | 200 | $35.45 |
| 05/13/2019 | 200 | $35.41 |
| 05/13/2019 | 200 | $35.41 |
| 05/13/2019 | 200 | $35.48 |
| 05/13/2019 | 500 | $35.56 |
| 05/13/2019 | 500 | $35.59 |
| 05/13/2019 | 400 | $35.59 |
| 05/13/2019 | 500 | $35.72 |
| 05/13/2019 | 400 | $35.66 |
| 05/13/2019 | 500 | $35.66 |
| 05/13/2019 | 1,200 | $35.74 |
| 05/13/2019 | 2,900 | $35.74 |
| 05/13/2019 | 100 | $35.75 |
| 05/13/2019 | 200 | $35.76 |
| 05/13/2019 | 100 | $35.83 |
| 05/13/2019 | 200 | $35.94 |
| 05/13/2019 | 75 | $35.89 |
| 05/13/2019 | 25 | $35.89 |
| 05/13/2019 | 93 | $35.91 |
| 05/13/2019 | 7 | $35.91 |
| 05/13/2019 | 200 | $35.91 |
| 05/13/2019 | 300 | $35.91 |
| 05/13/2019 | 300 | $35.91 |
| 05/13/2019 | 45 | $36.01 |
| 05/13/2019 | 55 | $36.01 |
| 05/13/2019 | 226 | $36.03 |
| 05/13/2019 | 54 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 46 | $36.10 |
| 05/13/2019 | 100 | $36.09 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 100 | $36.09 |
| 05/13/2019 | 100 | $36.09 |
| 05/13/2019 | 200 | $36.08 |
| 05/13/2019 | 179 | $36.08 |
| 05/13/2019 | 78 | $36.07 |
| 05/13/2019 | 21 | $36.08 |
| 05/13/2019 | 45 | $36.07 |
| 05/13/2019 | 5 | $36.07 |
| 05/13/2019 | 117 | $36.07 |
| 05/13/2019 | 58 | $36.07 |
| 05/13/2019 | 62 | $36.07 |
| 05/13/2019 | 35 | $36.07 |
| 05/13/2019 | 95 | $36.06 |
| 05/13/2019 | 100 | $36.06 |
| 05/13/2019 | 5 | $36.06 |
| 05/13/2019 | 200 | $36.07 |
| 05/13/2019 | 200 | $36.06 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 90 | $36.05 |
| 05/13/2019 | 100 | $36.05 |
| 05/13/2019 | 10 | $36.05 |
| 05/13/2019 | 100 | $36.05 |
| 05/13/2019 | 100 | $35.94 |
| 05/13/2019 | 99 | $35.94 |
| 05/13/2019 | 1 | $35.94 |
| 05/13/2019 | 100 | $35.96 |
| 05/13/2019 | 200 | $36.02 |
| 05/13/2019 | 100 | $36.04 |
| 05/13/2019 | 100 | $36.08 |
| 05/13/2019 | 14 | $36.08 |
| 05/13/2019 | 86 | $36.08 |
| 05/13/2019 | 100 | $36.07 |
| 05/13/2019 | 100 | $36.07 |
| 05/13/2019 | 200 | $36.07 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 96 | $36.10 |
| 05/13/2019 | 9 | $36.10 |
| 05/13/2019 | 72 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 28 | $36.10 |
| 05/13/2019 | 91 | $36.10 |
| 05/13/2019 | 24 | $36.10 |
| 05/13/2019 | 4 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 76 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 20 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 80 | $36.10 |
| 05/13/2019 | 96 | $36.10 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 4 | $36.10 |
| 05/13/2019 | 200 | $36.07 |
| 05/13/2019 | 1 | $36.03 |
| 05/13/2019 | 24 | $36.03 |
| 05/13/2019 | 24 | $36.03 |
| 05/13/2019 | 99 | $36.03 |
| 05/13/2019 | 99 | $36.01 |
| 05/13/2019 | 1 | $36.01 |
| 05/13/2019 | 52 | $36.03 |
| 05/13/2019 | 98 | $36.01 |
| 05/13/2019 | 2 | $36.01 |
| 05/13/2019 | 100 | $36.10 |
| 05/13/2019 | 300 | $36.09 |
| 05/13/2019 | 73 | $36.10 |
| 05/13/2019 | 99 | $36.10 |
| 05/13/2019 | 1 | $36.10 |
| 05/13/2019 | 75 | $36.10 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2019 | 27 | $36.10 |
| 05/13/2019 | 25 | $36.10 |
| 05/13/2019 | 200 | $35.89 |

Prices listed are rounded to two decimal places.