# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Donald R. Levin** | 05/13/2019 | 5 | $35.08 | $175.40 | 06/16/2020 | 87 | $22.90 | $1,992.51 | |
| | 05/13/2019 | 100 | $35.04 | $3,503.99 | 06/16/2020 | 300 | $22.90 | $6,870.72 | |
| | 05/13/2019 | 500 | $35.01 | $17,502.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 304 | $35.03 | $10,650.61 | 06/16/2020 | 200 | $22.90 | $4,580.48 | |
| | 05/13/2019 | 300 | $35.09 | $10,525.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 | |
| | 05/13/2019 | 400 | $35.09 | $14,037.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 400 | $35.12 | $14,047.96 | 06/16/2020 | 223 | $22.90 | $5,107.24 | |
| | 05/13/2019 | 300 | $35.13 | $10,537.50 | 06/16/2020 | 322 | $22.90 | $7,374.57 | |
| | 05/13/2019 | 200 | $35.09 | $7,017.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 200 | $35.09 | $7,017.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 | |
| | 05/13/2019 | 300 | $35.13 | $10,539.00 | 06/16/2020 | 257 | $22.90 | $5,885.92 | |
| | 05/13/2019 | 500 | $35.13 | $17,565.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 400 | $35.22 | $14,086.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 300 | $35.22 | $10,564.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 | |
| | 05/13/2019 | 200 | $35.22 | $7,043.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 300 | $35.12 | $10,535.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 300 | $35.12 | $10,535.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 300 | $35.10 | $10,531.47 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 400 | $35.12 | $14,047.96 | 06/16/2020 | 33 | $22.90 | $755.78 | |
| | 05/13/2019 | 200 | $35.12 | $7,023.98 | 06/16/2020 | 12 | $22.90 | $274.83 | |
| | 05/13/2019 | 200 | $35.15 | $7,029.00 | 06/16/2020 | 4 | $22.90 | $91.61 | |
| | 05/13/2019 | 269 | $35.15 | $9,454.01 | 06/16/2020 | 84 | $22.90 | $1,923.80 | |
| | 05/13/2019 | 477 | $35.17 | $16,778.43 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 300 | $35.13 | $10,537.50 | 06/16/2020 | 10 | $22.90 | $229.02 | |
| | 05/13/2019 | 200 | $35.14 | $7,028.00 | 06/16/2020 | 90 | $22.90 | $2,061.22 | |
| | 05/13/2019 | 300 | $35.15 | $10,544.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 200 | $35.13 | $7,026.00 | 06/16/2020 | 397 | $22.90 | $9,092.25 | |
| | 05/13/2019 | 200 | $35.13 | $7,026.00 | 06/16/2020 | 259 | $22.90 | $5,931.72 | |
| | 05/13/2019 | 600 | $35.15 | $21,089.94 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 300 | $35.11 | $10,532.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 200 | $35.11 | $7,021.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 1,047 | $35.11 | $36,760.07 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 200 | $35.05 | $7,009.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 700 | $35.10 | $24,570.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 200 | $35.11 | $7,021.98 | 06/16/2020 | 87 | $22.90 | $1,992.51 | |
| | 05/13/2019 | 200 | $35.08 | $7,015.98 | 06/16/2020 | 13 | $22.90 | $297.73 | |
| | 05/13/2019 | 210 | $35.12 | $7,374.15 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 500 | $35.15 | $17,574.95 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 200 | $35.16 | $7,032.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 200 | $35.16 | $7,032.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 600 | $35.17 | $21,104.94 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 300 | $35.12 | $10,535.97 | 06/16/2020 | 56 | $22.90 | $1,282.53 | |
| | 05/13/2019 | 500 | $35.23 | $17,612.50 | 06/16/2020 | 44 | $22.90 | $1,007.71 | |
| | 05/13/2019 | 500 | $35.23 | $17,612.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 400 | $35.23 | $14,090.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 500 | $35.23 | $17,614.95 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 400 | $35.27 | $14,109.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 500 | $35.27 | $17,637.45 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 400 | $35.26 | $14,102.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 | |
| | 05/13/2019 | 500 | $35.26 | $17,629.95 | 06/16/2020 | 60 | $22.90 | $1,374.14 | |

| 05/13/2019 | 500 | $35.26 | $17,629.95 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.25 | $14,100.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 700 | $35.23 | $24,664.43 | 06/16/2020 | 2 | $22.90 | $45.80 |
| 05/13/2019 | 200 | $35.16 | $7,031.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.23 | $10,568.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.23 | $7,045.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.28 | $14,112.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.28 | $17,640.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.26 | $14,103.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.35 | $17,675.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.37 | $17,682.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.26 | $14,103.96 | 06/16/2020 | 24 | $22.90 | $549.66 |
| 05/13/2019 | 600 | $35.27 | $21,162.00 | 06/16/2020 | 2 | $22.90 | $45.80 |
| 05/13/2019 | 500 | $35.23 | $17,617.45 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 200 | $35.20 | $7,040.98 | 06/16/2020 | 73 | $22.90 | $1,671.88 |
| 05/13/2019 | 253 | $35.19 | $8,903.04 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 270 | $35.18 | $9,498.57 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.23 | $17,612.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 900 | $35.21 | $31,689.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.20 | $10,558.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.18 | $10,553.97 | 06/16/2020 | 90 | $22.90 | $2,061.22 |
| 05/13/2019 | 300 | $35.16 | $10,547.97 | 06/16/2020 | 10 | $22.90 | $229.02 |
| 05/13/2019 | 300 | $35.17 | $10,551.00 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 200 | $35.05 | $7,009.98 | 06/16/2020 | 99 | $22.90 | $2,267.34 |
| 05/13/2019 | 400 | $35.13 | $14,053.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.15 | $10,544.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.17 | $7,034.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 800 | $35.20 | $28,163.92 | 06/16/2020 | 2 | $22.90 | $45.80 |
| 05/13/2019 | 203 | $35.18 | $7,141.52 | 06/16/2020 | 98 | $22.90 | $2,244.44 |
| 05/13/2019 | 300 | $35.19 | $10,556.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.20 | $10,558.50 | 06/16/2020 | 10 | $22.90 | $229.02 |
| 05/13/2019 | 200 | $35.20 | $7,039.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 900 | $35.20 | $31,680.00 | 06/16/2020 | 90 | $22.90 | $2,061.22 |
| 05/13/2019 | 500 | $35.21 | $17,605.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 900 | $35.20 | $31,680.00 | 06/16/2020 | 50 | $22.90 | $1,145.12 |
| 05/13/2019 | 500 | $35.17 | $17,587.45 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.17 | $14,068.00 | 06/16/2020 | 50 | $22.90 | $1,145.12 |
| 05/13/2019 | 200 | $35.18 | $7,035.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.19 | $17,592.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.14 | $7,028.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.24 | $17,622.45 | 06/16/2020 | 19 | $22.90 | $435.15 |
| 05/13/2019 | 500 | $35.23 | $17,614.95 | 06/16/2020 | 49 | $22.90 | $1,122.22 |
| 05/13/2019 | 341 | $35.24 | $12,018.51 | 06/16/2020 | 6 | $22.90 | $137.41 |
| 05/13/2019 | 359 | $35.22 | $12,642.19 | 06/16/2020 | 9 | $22.90 | $206.12 |
| 05/13/2019 | 241 | $35.17 | $8,475.97 | 06/16/2020 | 9 | $22.90 | $206.12 |
| 05/13/2019 | 200 | $35.12 | $7,023.98 | 06/16/2020 | 8 | $22.90 | $183.22 |
| 05/13/2019 | 300 | $35.10 | $10,531.47 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 900 | $35.13 | $31,612.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.19 | $14,074.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 376 | $35.20 | $13,233.32 | 06/16/2020 | 16 | $22.90 | $366.44 |
| 05/13/2019 | 1,300 | $35.21 | $45,773.00 | 06/16/2020 | 84 | $22.90 | $1,923.80 |
| 05/13/2019 | 400 | $35.18 | $14,071.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |

Movant's Purchases and Losses | Case 3:20-cv-00076-SI Document 78-3 Filed 09/28/20 Page 4 of 10 | Forescout Technologies

Class Period: 02/07/2019 - 05/15/2020

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/2019 | 200 | $35.14 | $7,028.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.19 | $14,075.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 234 | $35.16 | $8,226.27 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 266 | $35.16 | $9,351.23 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.16 | $14,063.96 | 06/16/2020 | 96 | $22.90 | $2,198.63 |
| 05/13/2019 | 300 | $35.19 | $10,556.97 | 06/16/2020 | 4 | $22.90 | $91.61 |
| 05/13/2019 | 200 | $35.19 | $7,037.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.20 | $14,080.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.20 | $17,602.45 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.20 | $14,080.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 800 | $35.20 | $28,160.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.20 | $7,040.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.15 | $7,029.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.15 | $7,029.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.17 | $7,034.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.17 | $10,552.47 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.18 | $14,071.96 | 06/16/2020 | 236 | $22.90 | $5,404.97 |
| 05/13/2019 | 500 | $35.22 | $17,607.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.21 | $14,084.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 600 | $35.22 | $21,129.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.21 | $10,563.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.23 | $17,614.95 | 06/16/2020 | 9,000 | $22.90 | $206,121.60 |
| 05/13/2019 | 500 | $35.26 | $17,627.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.24 | $7,048.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.25 | $7,050.00 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 500 | $35.23 | $17,612.50 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 400 | $35.23 | $14,093.96 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 500 | $35.28 | $17,642.45 | 06/16/2020 | 4,500 | $22.90 | $103,060.80 |
| 05/13/2019 | 400 | $35.28 | $14,113.96 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 500 | $35.30 | $17,647.50 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 1,600 | $35.28 | $56,455.84 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.23 | $10,570.47 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.27 | $7,054.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.27 | $7,054.98 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 400 | $35.27 | $14,109.96 | 06/16/2020 | 1,300 | $22.90 | $29,773.12 |
| 05/13/2019 | 500 | $35.33 | $17,662.50 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 500 | $35.30 | $17,647.50 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 400 | $35.32 | $14,128.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.31 | $17,655.00 | 06/16/2020 | 700 | $22.90 | $16,031.68 |
| 05/13/2019 | 400 | $35.32 | $14,128.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.33 | $17,662.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.36 | $14,143.96 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 1,700 | $35.30 | $60,001.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.30 | $14,118.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.30 | $7,059.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.35 | $17,675.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.35 | $14,141.96 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.36 | $17,679.95 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 600 | $35.30 | $21,179.94 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.29 | $10,586.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 1,600 | $35.25 | $56,400.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.16 | $7,031.98 | 06/16/2020 | 300 | $22.90 | $6,870.72 |

| 05/13/2019 | 499 | $35.20 | $17,564.80 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
|---|---|---|---|---|---|---|---|
| 05/13/2019 | 1,101 | $35.20 | $38,755.20 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 200 | $35.09 | $7,018.00 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 500 | $35.12 | $17,559.95 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 300 | $35.16 | $10,549.47 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 200 | $35.16 | $7,032.98 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 400 | $35.16 | $14,065.96 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 300 | $35.19 | $10,555.50 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 200 | $35.11 | $7,021.98 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 300 | $35.24 | $10,572.00 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 200 | $35.24 | $7,048.00 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 1,800 | $35.24 | $63,432.00 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 200 | $35.17 | $7,034.98 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 200 | $35.11 | $7,021.98 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 300 | $35.19 | $10,555.50 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 200 | $35.19 | $7,037.00 | 06/16/2020 | 800 | $22.90 | $18,321.92 |
| 05/13/2019 | 400 | $35.19 | $14,074.00 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 500 | $35.26 | $17,627.50 | 06/16/2020 | 600 | $22.90 | $13,741.44 |
| 05/13/2019 | 500 | $35.26 | $17,627.50 | 06/16/2020 | 600 | $22.90 | $13,741.44 |
| 05/13/2019 | 400 | $35.27 | $14,106.00 | 06/16/2020 | 600 | $22.90 | $13,741.44 |
| 05/13/2019 | 261 | $35.26 | $9,202.83 | 06/16/2020 | 600 | $22.90 | $13,741.44 |
| 05/13/2019 | 439 | $35.20 | $15,450.61 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 200 | $35.20 | $7,040.00 | 06/16/2020 | 700 | $22.90 | $16,031.68 |
| 05/13/2019 | 500 | $35.16 | $17,579.95 | 06/16/2020 | 700 | $22.90 | $16,031.68 |
| 05/13/2019 | 400 | $35.26 | $14,102.00 | 06/16/2020 | 700 | $22.90 | $16,031.68 |
| 05/13/2019 | 1,000 | $35.25 | $35,250.00 | 06/16/2020 | 4,500 | $22.90 | $103,060.80 |
| 05/13/2019 | 400 | $35.27 | $14,108.00 | 06/16/2020 | 2,800 | $22.90 | $64,126.72 |
| 05/13/2019 | 500 | $35.27 | $17,637.45 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.30 | $14,118.00 | 06/16/2020 | 60 | $22.90 | $1,374.14 |
| 05/13/2019 | 700 | $35.28 | $24,696.00 | 06/16/2020 | 40 | $22.90 | $916.10 |
| 05/13/2019 | 400 | $35.23 | $14,090.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.23 | $7,045.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 600 | $35.23 | $21,137.94 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.22 | $14,087.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 600 | $35.22 | $21,129.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.16 | $10,546.50 | 06/16/2020 | 98 | $22.90 | $2,244.44 |
| 05/13/2019 | 1,400 | $35.22 | $49,301.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1,500 | $35.20 | $52,807.35 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.09 | $10,527.00 | 06/16/2020 | 2 | $22.90 | $45.80 |
| 05/13/2019 | 300 | $35.16 | $10,549.47 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.15 | $10,544.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.15 | $10,544.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 800 | $35.18 | $28,143.92 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.17 | $14,069.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 600 | $35.16 | $21,093.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1,694 | $35.16 | $59,560.87 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.06 | $7,012.98 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 200 | $35.06 | $7,012.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.08 | $10,523.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $35.11 | $3,510.99 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 2,900 | $35.11 | $101,818.71 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $35.16 | $3,515.99 | 06/16/2020 | 200 | $22.90 | $4,580.48 |

| 05/13/2019 | 100 | $34.95 | $3,495.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $34.97 | $10,490.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 874 | $34.97 | $30,563.69 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $34.97 | $6,993.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $34.90 | $6,979.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $34.90 | $13,959.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $34.84 | $6,968.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $34.85 | $13,941.96 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $34.86 | $10,457.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 600 | $34.85 | $20,912.94 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 100 | $34.85 | $3,485.00 | 06/16/2020 | 97 | $22.90 | $2,221.53 |
| 05/13/2019 | 833 | $34.86 | $29,038.30 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1,867 | $34.87 | $65,102.10 | 06/16/2020 | 3 | $22.90 | $68.71 |
| 05/13/2019 | 100 | $34.85 | $3,485.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $34.87 | $6,973.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1 | $34.78 | $34.78 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 31 | $34.83 | $1,079.73 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 69 | $34.83 | $2,403.26 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $34.86 | $6,971.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $34.73 | $6,945.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $34.69 | $6,937.98 | 06/16/2020 | 22 | $22.90 | $503.85 |
| 05/13/2019 | 200 | $34.75 | $6,950.00 | 06/16/2020 | 78 | $22.90 | $1,786.39 |
| 05/13/2019 | 200 | $34.75 | $6,950.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 700 | $34.71 | $24,297.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $34.66 | $10,397.97 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $34.88 | $13,952.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1,300 | $34.97 | $45,454.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $34.92 | $6,984.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $34.91 | $10,474.47 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 2,068 | $34.94 | $72,245.58 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 500 | $34.93 | $17,464.95 | 06/16/2020 | 60 | $22.90 | $1,374.14 |
| 05/13/2019 | 200 | $34.92 | $6,984.98 | 06/16/2020 | 40 | $22.90 | $916.10 |
| 05/13/2019 | 500 | $34.92 | $17,462.45 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.06 | $7,012.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.06 | $7,012.98 | 06/16/2020 | 90 | $22.90 | $2,061.22 |
| 05/13/2019 | 600 | $35.05 | $21,027.00 | 06/16/2020 | 10 | $22.90 | $229.02 |
| 05/13/2019 | 300 | $35.15 | $10,543.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 2,800 | $35.15 | $98,406.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.17 | $7,034.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.17 | $7,034.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 461 | $35.19 | $16,222.54 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 439 | $35.17 | $15,441.78 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.17 | $7,034.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.17 | $10,552.47 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.08 | $17,537.50 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 400 | $35.09 | $14,034.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.09 | $17,542.50 | 06/16/2020 | 162 | $22.90 | $3,710.19 |
| 05/13/2019 | 300 | $35.16 | $10,547.97 | 06/16/2020 | 700 | $22.90 | $16,031.68 |
| 05/13/2019 | 200 | $35.11 | $7,021.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.04 | $7,007.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.04 | $7,007.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.25 | $7,050.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/13/2019 | 200 | $35.25 | $7,050.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.26 | $10,577.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.26 | $10,577.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.15 | $7,029.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 209 | $35.15 | $7,346.33 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.22 | $7,043.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.22 | $7,043.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.23 | $17,614.95 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.17 | $17,585.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.17 | $7,034.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.16 | $7,032.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.23 | $14,091.96 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 1,000 | $35.23 | $35,229.90 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.22 | $7,043.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.16 | $7,031.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.19 | $7,037.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.19 | $7,037.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.15 | $7,029.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.18 | $10,553.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 700 | $35.17 | $24,622.43 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.13 | $7,026.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.27 | $10,581.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.27 | $7,054.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.37 | $14,147.96 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.35 | $14,140.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.30 | $10,588.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.30 | $7,059.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.30 | $7,059.98 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 200 | $35.30 | $7,059.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.30 | $7,059.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.30 | $7,059.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.31 | $7,062.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.21 | $14,084.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 1,700 | $35.22 | $59,873.83 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.12 | $7,023.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 400 | $35.35 | $14,140.00 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 473 | $35.30 | $16,694.54 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.22 | $17,607.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.24 | $7,048.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.16 | $7,031.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 600 | $35.19 | $21,111.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.05 | $10,514.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.16 | $7,032.98 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 300 | $35.16 | $10,549.47 | 06/16/2020 | 383 | $22.90 | $8,771.62 |
| 05/13/2019 | 800 | $35.20 | $28,163.92 | 06/16/2020 | 10,000 | $22.90 | $229,024.00 |
| 05/13/2019 | 200 | $35.12 | $7,023.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 300 | $35.21 | $10,563.00 | 06/16/2020 | 438 | $22.90 | $10,031.25 |
| 05/13/2019 | 300 | $35.21 | $10,563.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.21 | $7,042.00 | 06/16/2020 | 76 | $22.90 | $1,740.58 |
| 05/13/2019 | 500 | $35.19 | $17,592.50 | 06/16/2020 | 24 | $22.90 | $549.66 |
| 05/13/2019 | 2,000 | $35.13 | $70,260.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.15 | $7,029.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/13/2019 | 200 | $35.19 | $7,037.00 | 06/16/2020 | 391 | $22.90 | $8,954.84 |
| 05/13/2019 | 200 | $35.20 | $7,040.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 700 | $35.26 | $24,678.50 | 06/16/2020 | 96 | $22.90 | $2,198.63 |
| 05/13/2019 | 200 | $35.33 | $7,065.98 | 06/16/2020 | 104 | $22.90 | $2,381.85 |
| 05/13/2019 | 200 | $35.31 | $7,062.98 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 200 | $35.45 | $7,090.00 | 06/16/2020 | 89 | $22.90 | $2,038.31 |
| 05/13/2019 | 200 | $35.41 | $7,081.00 | 06/16/2020 | 11 | $22.90 | $251.93 |
| 05/13/2019 | 200 | $35.41 | $7,081.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.48 | $7,096.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.56 | $17,782.45 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.59 | $17,795.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 400 | $35.59 | $14,236.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 500 | $35.72 | $17,857.50 | 06/16/2020 | 500 | $22.90 | $11,451.20 |
| 05/13/2019 | 400 | $35.66 | $14,263.96 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 500 | $35.66 | $17,829.95 | 06/16/2020 | 11 | $22.90 | $251.93 |
| 05/13/2019 | 1,200 | $35.74 | $42,893.88 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 2,900 | $35.74 | $103,646.00 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 100 | $35.75 | $3,575.00 | 06/16/2020 | 98 | $22.90 | $2,244.44 |
| 05/13/2019 | 200 | $35.76 | $7,151.98 | 06/16/2020 | 2 | $22.90 | $45.80 |
| 05/13/2019 | 100 | $35.83 | $3,582.99 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.94 | $7,187.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 75 | $35.89 | $2,691.75 | 06/16/2020 | 14 | $22.90 | $320.63 |
| 05/13/2019 | 25 | $35.89 | $897.25 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 93 | $35.91 | $3,339.62 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 7 | $35.91 | $251.37 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.91 | $7,181.98 | 06/16/2020 | 59 | $22.90 | $1,351.24 |
| 05/13/2019 | 300 | $35.91 | $10,774.47 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $35.91 | $10,774.47 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 45 | $36.01 | $1,620.45 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 55 | $36.01 | $1,980.54 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 226 | $36.03 | $8,142.78 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 54 | $36.10 | $1,949.40 | 06/16/2020 | 154 | $22.90 | $3,526.97 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 46 | $22.90 | $1,053.51 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 46 | $36.10 | $1,660.60 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.09 | $3,609.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.09 | $3,609.00 | 06/16/2020 | 49 | $22.90 | $1,122.22 |
| 05/13/2019 | 100 | $36.09 | $3,609.00 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 200 | $36.08 | $7,215.98 | 06/16/2020 | 50 | $22.90 | $1,145.12 |
| 05/13/2019 | 179 | $36.08 | $6,458.30 | 06/16/2020 | 48 | $22.90 | $1,099.32 |
| 05/13/2019 | 78 | $36.07 | $2,813.46 | 06/16/2020 | 250 | $22.90 | $5,725.60 |
| 05/13/2019 | 21 | $36.08 | $757.68 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 45 | $36.07 | $1,623.15 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 5 | $36.07 | $180.35 | 06/16/2020 | 99 | $22.90 | $2,267.34 |
| 05/13/2019 | 117 | $36.07 | $4,220.19 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 58 | $36.07 | $2,092.06 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 62 | $36.07 | $2,236.34 | 06/16/2020 | 99 | $22.90 | $2,267.34 |
| 05/13/2019 | 35 | $36.07 | $1,262.45 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 95 | $36.06 | $3,425.70 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.06 | $3,606.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 5 | $36.06 | $180.30 | 06/16/2020 | 100 | $22.90 | $2,290.24 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/2019 | 200 | $36.07 | $7,214.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $36.06 | $7,212.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 90 | $36.05 | $3,244.49 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.05 | $3,604.99 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 10 | $36.05 | $360.50 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 100 | $36.05 | $3,604.99 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $35.94 | $3,593.99 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 99 | $35.94 | $3,558.05 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1 | $35.94 | $35.94 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $35.96 | $3,596.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $36.02 | $7,204.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.04 | $3,603.99 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 100 | $36.08 | $3,607.99 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 14 | $36.08 | $505.12 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 86 | $36.08 | $3,102.87 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 100 | $36.07 | $3,607.00 | 06/16/2020 | 186 | $22.90 | $4,259.85 |
| 05/13/2019 | 100 | $36.07 | $3,607.00 | 06/16/2020 | 14 | $22.90 | $320.63 |
| 05/13/2019 | 200 | $36.07 | $7,214.00 | 06/16/2020 | 102 | $22.90 | $2,336.04 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 98 | $22.90 | $2,244.44 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 96 | $36.10 | $3,465.60 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 9 | $36.10 | $324.90 | 06/16/2020 | 99 | $22.90 | $2,267.34 |
| 05/13/2019 | 72 | $36.10 | $2,599.20 | 06/16/2020 | 1 | $22.90 | $22.90 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 28 | $36.10 | $1,010.80 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 91 | $36.10 | $3,285.10 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 24 | $36.10 | $866.40 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 4 | $36.10 | $144.40 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 261 | $22.90 | $5,977.53 |
| 05/13/2019 | 76 | $36.10 | $2,743.60 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 20 | $36.10 | $722.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 80 | $36.10 | $2,888.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 96 | $36.10 | $3,465.60 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 4 | $36.10 | $144.40 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $36.07 | $7,214.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1 | $36.03 | $36.03 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 24 | $36.03 | $864.72 | 06/16/2020 | 12 | $22.90 | $274.83 |
| 05/13/2019 | 24 | $36.03 | $864.72 | 06/16/2020 | 88 | $22.90 | $2,015.41 |
| 05/13/2019 | 99 | $36.03 | $3,566.97 | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| 05/13/2019 | 99 | $36.01 | $3,564.98 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1 | $36.01 | $36.01 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 52 | $36.03 | $1,873.56 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 98 | $36.01 | $3,528.97 | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| 05/13/2019 | 2 | $36.01 | $72.02 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 100 | $36.10 | $3,610.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 300 | $36.09 | $10,825.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 73 | $36.10 | $2,635.30 | 06/16/2020 | 100 | $22.90 | $2,290.24 |

Class Period: 02/07/2019 - 05/15/2020

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/2019 | 99 | $36.10 | $3,573.90 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 1 | $36.10 | $36.10 | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| 05/13/2019 | 75 | $36.10 | $2,707.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 27 | $36.10 | $974.70 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 25 | $36.10 | $902.50 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| 05/13/2019 | 200 | $35.89 | $7,178.00 | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| | | | | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| | | | | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| | | | | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| | | | | 06/16/2020 | 400 | $22.90 | $9,160.96 |
| | | | | 06/16/2020 | 100 | $22.90 | $2,290.24 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 495 | $22.90 | $11,336.69 |
| | | | | 06/16/2020 | 300 | $22.90 | $6,870.72 |
| | | | | 06/16/2020 | 110 | $22.90 | $2,519.26 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 200 | $22.90 | $4,580.48 |
| | | | | 06/16/2020 | 48,100 | $22.90 | $1,101,605.44 |

| **Movant's Total** | **150,000** | | **$5,286,291.38** | | **150,000** | | **$3,435,360.00** | **($1,850,931.38)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
will be used depending on which value is higher.

Prices listed are rounded to two decimal places.