# EXHIBIT D

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)                          JOHNSON FISTEL, LLP
655 West Broadway, Suite 1900                    FRANK J. JOHNSON (174882)
San Diego, CA  92101                             655 West Broadway, Suite 1400
Telephone:  619/231-1058                         San Diego, CA  92101
619/231-7423 (fax)                               Telephone:  619/230-0063
dmyers@rgrdlaw.com                               619/255-1856 (fax)
malbert@rgrdlaw.com                             frankj@johnsonfistel.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FORESCOUT TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-03819-SI <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF DONALD R. LEVIN IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

Cases\4822-1976-4684.v1-9/24/20

DocuSign Envelope ID: 1E802EEB-BBD8-4E81-8100-D02836ACBDA2

I, Donald R. Levin, submit this declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1. I reside in Highland Park, Illinois and have invested regularly in the stock market for over 30 years.

2. The Levin DRL Enterprises Trust u/a/d 6/15/93 transacted in Forescout securities during the Class Period.  Alan Berry as Trustee for the Levin DRL Enterprises Trust u/a/d 6/15/93 assigned me all rights, title, and interest in the claims at issue in this litigation.  *See* Exhibit 1 attached hereto.

3. I have been in business for over 50 years and am the founder of DRL Enterprises, Inc., which has had holdings over time in many industries.  I am also the founder of the Chicago Wolves, a team in the American Hockey League, and have served as the team's Chairman of the Board since the franchise's inception.

4. As a result of my business career and entrepreneurship, I have held significant supervisory, management, oversight, and leadership responsibilities.  I also have experience hiring and overseeing attorneys.

5. I have discussed serving as lead plaintiff with my counsel and am aware that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was enacted by Congress to encourage investors with a significant financial interest to lead securities class actions.  I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

6. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial if necessary, and authorize any potential settlement on behalf of the class.  I am willing to perform all these duties on behalf of the class members.

7. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for

serving as a representative party beyond my pro-rata share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

8.    I am aware that I have the right to select counsel as part of the lead plaintiff process.  As part of my due diligence processes, I considered several law firms that published press releases regarding the lead plaintiff opportunity in this case.  Based on their experience prosecuting securities cases, I have selected Johnson Fistel, LLP and Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24 day of September, 2019, at Highland Park, Illinois.

DocuSigned by:

*Donald R. Levin*
FA951C2467064CF...
DONALD R. LEVIN

DECLARATION OF DONALD R. LEVIN - 3:20-cv-03819-SI                    - 2 -
Cases\4822-1976-4684.v1-9/24/20

# EXHIBIT 1

<u>Assignment</u>

Alan Berry as Trustee for the Levin DRL Enterprises Trust u/a/d 6/15/93 ("Assignor") hereby assigns, transfers and sets over to Donald R. Levin all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the state and/or federal securities laws of the United States of America, including breach of fiduciary duty claims, in connection with the Forescout Technologies securities litigation. Further, the Assignor hereby appoints Donald R. Levin as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Donald R. Levin agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Donald R. Levin.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of September, 2020.

Alan Berry as Trustee for the Levin DRL
Enterprises Trust u/a/d 6/15/93

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of September, 2020.

Donald R. Levin