POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:20-cv-00076-SI <br><br> DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MEITAV TACHLIT MUTUAL FUNDS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL <br><br> <u>CLASS ACTION</u> <br><br> Date:  November 6, 2020 <br> Time:  10:00 a.m. <br> Judge:  Hon. Susan Illston <br> Courtroom:  1 – 17th Floor |

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD
COUNSEL - 3:20-cv-00076-SI

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Meitav Tachlit Mutual Funds Ltd. ("Meitav" or "Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Meitav's motion for appointment as Lead Plaintiff for the Class and approval of Meitav's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Meitav in this litigation;

Exhibit B:    Press release published over *PR Newswire* on July 29, 2020;

Exhibit C:    Shareholder Certification executed on behalf of Meitav; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 28, 2020 at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 3:20-cv-00076-SI

PROOF OF SERVICE

I hereby certify that on September 28, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 3:20-cv-00076-SI