# Exhibit A

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through May 15, 2020**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Purchase Shares | Price | Amount | Sales Date | Sold Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 39,217 | | | | | |
| Account 1 | 2/12/2019 | 142 | $37.9100 | ($5,383) | 2/7/2019 | (117) | $30.9200 | $3,618 | | | |
| Account 1 | 2/13/2019 | 178 | $38.0200 | ($6,768) | 2/11/2019 | (43) | $36.5000 | $1,570 | | | |
| Account 1 | 2/19/2019 | 921 | $38.9000 | ($35,827) | 2/14/2019 | (289) | $38.0500 | $10,996 | | | |
| Account 1 | 2/20/2019 | 278 | $38.8200 | ($10,792) | 2/26/2019 | (70) | $40.0600 | $2,804 | | | |
| Account 1 | 2/21/2019 | 215 | $38.7800 | ($8,338) | 3/7/2019 | (15) | $42.3300 | $635 | | | |
| Account 1 | 2/25/2019 | 385 | $38.8700 | ($14,965) | 3/11/2019 | (6) | $42.6100 | $256 | | | |
| Account 1 | 2/27/2019 | 96 | $41.5100 | ($3,985) | 3/15/2019 | (11,870) | $44.2200 | $524,891 | | | |
| Account 1 | 2/28/2019 | 367 | $41.5400 | ($15,245) | 3/25/2019 | (186) | $43.8600 | $8,158 | | | |
| Account 1 | 3/4/2019 | 156 | $42.9500 | ($6,700) | 4/4/2019 | (47) | $40.4300 | $1,900 | | | |
| Account 1 | 3/5/2019 | 252 | $42.0300 | ($10,592) | 4/11/2019 | (27) | $41.4600 | $1,119 | | | |
| Account 1 | 3/6/2019 | 127 | $41.9400 | ($5,326) | 4/18/2019 | (147) | $38.1300 | $5,605 | | | |
| Account 1 | 3/12/2019 | 116 | $42.8900 | ($4,975) | 4/24/2019 | (92) | $40.0400 | $3,684 | | | |
| Account 1 | 3/13/2019 | 212 | $44.0900 | ($9,347) | 5/15/2019 | (42) | $34.8000 | $1,462 | | | |
| Account 1 | 3/14/2019 | 333 | $43.9700 | ($14,642) | 5/20/2019 | (222) | $33.4300 | $7,421 | | | |
| Account 1 | 3/18/2019 | 217 | $44.3200 | ($9,617) | 5/21/2019 | (255) | $33.6900 | $8,591 | | | |
| Account 1 | 3/19/2019 | 116 | $44.6100 | ($5,175) | 5/22/2019 | (17) | $33.2400 | $565 | | | |
| Account 1 | 3/20/2019 | 102 | $45.2300 | ($4,613) | 5/29/2019 | (61) | $32.5300 | $1,984 | | | |
| Account 1 | 3/26/2019 | 84 | $44.4700 | ($3,735) | 6/3/2019 | (72) | $30.2300 | $2,177 | | | |
| Account 1 | 3/27/2019 | 7 | $42.2200 | ($296) | 6/17/2019 | (171) | $32.5500 | $5,566 | | | |
| Account 1 | 3/28/2019 | 165 | $41.8400 | ($6,904) | 6/21/2019 | (492) | $34.3600 | $16,905 | | | |
| Account 1 | 4/1/2019 | 196 | $42.0200 | ($8,236) | 7/8/2019 | (79) | $35.5900 | $2,812 | | | |
| Account 1 | 4/2/2019 | 54 | $42.9000 | ($2,317) | 8/1/2019 | (180) | $36.8200 | $6,628 | | | |
| Account 1 | 4/3/2019 | 325 | $43.5300 | ($14,147) | 8/6/2019 | (114) | $33.5500 | $3,825 | | | |
| Account 1 | 4/8/2019 | 792 | $41.4500 | ($32,828) | 8/13/2019 | (155) | $37.0300 | $5,740 | | | |
| Account 1 | 4/15/2019 | 645 | $39.7400 | ($25,632) | 8/14/2019 | (67) | $35.7800 | $2,397 | | | |
| Account 1 | 4/16/2019 | 136 | $39.6400 | ($5,391) | 8/15/2019 | (417) | $36.4400 | $15,195 | | | |
| Account 1 | 4/17/2019 | 46 | $38.0300 | ($1,749) | 8/19/2019 | (251) | $35.6900 | $8,958 | | | |
| Account 1 | 4/23/2019 | 285 | $39.6300 | ($11,295) | 8/21/2019 | (30) | $36.2500 | $1,088 | | | |
| Account 1 | 4/29/2019 | 30 | $41.7900 | ($1,254) | 8/26/2019 | (27) | $35.1700 | $950 | | | |
| Account 1 | 4/30/2019 | 267 | $42.0400 | ($11,225) | 8/28/2019 | (127) | $33.8400 | $4,298 | | | |
| Account 1 | 5/1/2019 | 339 | $41.2000 | ($13,967) | 9/3/2019 | (276) | $34.9400 | $9,643 | | | |
| Account 1 | 5/2/2019 | 35 | $41.8200 | ($1,464) | 9/9/2019 | (172) | $35.2300 | $6,060 | | | |
| Account 1 | 5/6/2019 | 38 | $43.2200 | ($1,642) | 9/10/2019 | (30) | $35.1100 | $1,053 | | | |
| Account 1 | 5/7/2019 | 210 | $43.1400 | ($9,059) | 9/11/2019 | (91) | $35.8400 | $3,261 | | | |
| Account 1 | 5/13/2019 | 221 | $35.0400 | ($7,744) | 9/18/2019 | (125) | $36.6200 | $4,578 | | | |
| Account 1 | 5/14/2019 | 25 | $35.6000 | ($890) | 9/20/2019 | (2,018) | $37.3000 | $75,271 | | | |
| Account 1 | 5/16/2019 | 140 | $35.6300 | ($4,988) | 9/23/2019 | (175) | $37.4400 | $6,552 | | | |
| Account 1 | 5/23/2019 | 92 | $32.0800 | ($2,951) | 9/25/2019 | (122) | $37.2800 | $4,548 | | | |
| Account 1 | 5/28/2019 | 241 | $33.1500 | ($7,989) | 9/26/2019 | (102) | $37.4900 | $3,824 | | | |
| Account 1 | 5/30/2019 | 36 | $32.6400 | ($1,175) | 10/10/2019 | (152) | $24.5650 | $3,734 | | | |
| Account 1 | 6/4/2019 | 152 | $31.5600 | ($4,797) | 10/15/2019 | (227) | $26.1350 | $5,933 | | | |
| Account 1 | 6/5/2019 | 194 | $31.5600 | ($6,123) | 10/16/2019 | (110) | $26.1700 | $2,879 | | | |
| Account 1 | 6/6/2019 | 51 | $31.5600 | ($1,610) | 10/22/2019 | (103) | $28.7600 | $2,962 | | | |
| Account 1 | 6/10/2019 | 263 | $32.4100 | ($8,524) | 10/28/2019 | (295) | $30.4100 | $8,971 | | | |
| Account 1 | 6/11/2019 | 167 | $32.0700 | ($5,356) | 10/29/2019 | (21) | $30.4700 | $640 | | | |

*Avg Closing Prices from May 16 to August 17

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through May 15, 2020**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Purchase Shares | Price | Amount | Sales Date | Sold Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 6/12/2019 | 879 | $32.2500 | ($28,348) | 10/30/2019 | (45) | $31.6800 | $1,426 | | | |
| Account 1 | 6/13/2019 | 46 | $32.6700 | ($1,503) | 11/11/2019 | (163) | $32.5200 | $5,301 | | | |
| Account 1 | 6/19/2019 | 122 | $34.0000 | ($4,148) | 11/12/2019 | (32) | $33.6200 | $1,076 | | | |
| Account 1 | 6/20/2019 | 341 | $34.2600 | ($11,683) | 11/20/2019 | (242) | $35.4700 | $8,584 | | | |
| Account 1 | 6/24/2019 | 656 | $32.6500 | ($21,418) | 11/25/2019 | (111) | $35.6800 | $3,960 | | | |
| Account 1 | 6/25/2019 | 90 | $33.0000 | ($2,970) | 11/27/2019 | (119) | $36.1700 | $4,304 | | | |
| Account 1 | 6/26/2019 | 141 | $31.7600 | ($4,478) | 12/2/2019 | (3) | $35.0000 | $105 | | | |
| Account 1 | 6/27/2019 | 186 | $33.1900 | ($6,173) | 12/9/2019 | (76) | $33.1700 | $2,521 | | | |
| Account 1 | 7/1/2019 | 206 | $34.4100 | ($7,088) | 12/11/2019 | (161) | $33.5300 | $5,398 | | | |
| Account 1 | 7/2/2019 | 91 | $35.0400 | ($3,189) | 12/12/2019 | (930) | $34.1900 | $31,797 | | | |
| Account 1 | 7/3/2019 | 83 | $36.1600 | ($3,001) | 12/16/2019 | (131) | $34.9900 | $4,584 | | | |
| Account 1 | 7/9/2019 | 146 | $36.5000 | ($5,329) | 12/17/2019 | (27) | $34.4050 | $929 | | | |
| Account 1 | 7/10/2019 | 41 | $37.6000 | ($1,542) | 12/18/2019 | (80) | $33.8200 | $2,706 | | | |
| Account 1 | 7/11/2019 | 433 | $38.2100 | ($16,545) | 12/24/2019 | (22) | $33.0800 | $728 | | | |
| Account 1 | 7/15/2019 | 207 | $37.9900 | ($7,864) | 12/26/2019 | (44) | $32.7300 | $1,440 | | | |
| Account 1 | 7/17/2019 | 30 | $38.0700 | ($1,142) | 1/6/2020 | (439) | $32.8550 | $14,423 | | | |
| Account 1 | 7/18/2019 | 37 | $38.2800 | ($1,416) | 1/23/2020 | (124) | $31.3100 | $3,882 | | | |
| Account 1 | 7/22/2019 | 336 | $38.5500 | ($12,953) | 1/27/2020 | (316) | $28.7200 | $9,076 | | | |
| Account 1 | 7/23/2019 | 189 | $38.6300 | ($7,301) | 2/3/2020 | (456) | $28.5000 | $12,996 | | | |
| Account 1 | 7/24/2019 | 94 | $39.6800 | ($3,730) | 2/4/2020 | (127) | $28.2000 | $3,581 | | | |
| Account 1 | 7/25/2019 | 147 | $38.2700 | ($5,626) | 2/10/2020 | (61) | $33.1100 | $2,020 | | | |
| Account 1 | 7/29/2019 | 212 | $38.3500 | ($8,130) | 2/13/2020 | (67) | $33.1300 | $2,220 | | | |
| Account 1 | 7/30/2019 | 399 | $38.5300 | ($15,373) | 2/18/2020 | (38) | $33.0150 | $1,255 | | | |
| Account 1 | 7/31/2019 | 63 | $37.3600 | ($2,354) | 2/24/2020 | (283) | $32.9100 | $9,314 | | | |
| Account 1 | 8/5/2019 | 199 | $33.5300 | ($6,672) | 2/25/2020 | (86) | $32.8800 | $2,828 | | | |
| Account 1 | 8/7/2019 | 276 | $34.0300 | ($9,392) | 2/26/2020 | (506) | $32.7900 | $16,592 | | | |
| Account 1 | 8/8/2019 | 1,810 | $36.5300 | ($66,119) | 2/27/2020 | (322) | $32.4900 | $10,462 | | | |
| Account 1 | 8/12/2019 | 34 | $36.8500 | ($1,253) | 3/3/2020 | (425) | $32.4800 | $13,804 | | | |
| Account 1 | 8/20/2019 | 108 | $34.7900 | ($3,757) | 3/4/2020 | (441) | $32.6400 | $14,394 | | | |
| Account 1 | 8/22/2019 | 13 | $36.5900 | ($476) | 3/5/2020 | (993) | $32.4600 | $32,233 | | | |
| Account 1 | 8/29/2019 | 41 | $35.5100 | ($1,456) | 3/9/2020 | (1,647) | $30.5100 | $50,250 | | | |
| Account 1 | 9/4/2019 | 236 | $35.7800 | ($8,444) | 3/9/2020 | (1,647) | $30.5516 | $50,318 | | | |
| Account 1 | 9/5/2019 | 172 | $36.6400 | ($6,302) | 3/11/2020 | (1,235) | $31.3500 | $38,717 | | | |
| Account 1 | 9/12/2019 | 47 | $35.8600 | ($1,685) | 3/12/2020 | (1,724) | $29.6400 | $51,099 | | | |
| Account 1 | 9/16/2019 | 177 | $36.9000 | ($6,531) | 3/16/2020 | (1,941) | $25.9600 | $50,388 | | | |
| Account 1 | 9/19/2019 | 440 | $36.8300 | ($16,205) | 3/17/2020 | (1,294) | $25.5400 | $33,049 | | | |
| Account 1 | 9/24/2019 | 101 | $36.1700 | ($3,653) | 3/23/2020 | (280) | $28.5000 | $7,980 | | | |
| Account 1 | 10/2/2019 | 263 | $37.9100 | ($9,970) | 3/25/2020 | (375) | $30.8100 | $11,554 | | | |
| Account 1 | 10/3/2019 | 219 | $38.8500 | ($8,508) | 4/1/2020 | (370) | $30.6200 | $11,329 | | | |
| Account 1 | 10/7/2019 | 16 | $39.8200 | ($637) | 4/2/2020 | (17,050) | $31.2000 | $531,960 | | | |
| Account 1 | 10/23/2019 | 113 | $29.5600 | ($3,340) | 4/3/2020 | (17,050) | $31.5500 | $537,928 | | | |
| Account 1 | 10/24/2019 | 92 | $30.2900 | ($2,787) | | | | | | | |
| Account 1 | 10/31/2019 | 85 | $30.7600 | ($2,615) | | | | | | | |
| Account 1 | 11/4/2019 | 97 | $30.3300 | ($2,942) | | | | | | | |
| Account 1 | 11/5/2019 | 210 | $29.9100 | ($6,281) | | | | | | | |
| Account 1 | 11/6/2019 | 161 | $29.4400 | ($4,740) | | | | | | | |

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through May 15, 2020**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Purchase Shares | Price | Amount | Sales Date | Sold Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 11/7/2019 | 27 | $29.9100 | ($808) | | | | | | | |
| Account 1 | 11/13/2019 | 49 | $33.5800 | ($1,645) | | | | | | | |
| Account 1 | 11/14/2019 | 177 | $33.5200 | ($5,933) | | | | | | | |
| Account 1 | 11/18/2019 | 202 | $33.8800 | ($6,844) | | | | | | | |
| Account 1 | 11/19/2019 | 54 | $35.2700 | ($1,905) | | | | | | | |
| Account 1 | 11/21/2019 | 246 | $35.0300 | ($8,617) | | | | | | | |
| Account 1 | 11/26/2019 | 30 | $35.2200 | ($1,057) | | | | | | | |
| Account 1 | 12/3/2019 | 1,891 | $35.4300 | ($66,998) | | | | | | | |
| Account 1 | 12/4/2019 | 153 | $34.5400 | ($5,285) | | | | | | | |
| Account 1 | 12/5/2019 | 237 | $34.2400 | ($8,115) | | | | | | | |
| Account 1 | 12/10/2019 | 66 | $33.6000 | ($2,218) | | | | | | | |
| Account 1 | 12/19/2019 | 126 | $33.5500 | ($4,227) | | | | | | | |
| Account 1 | 12/20/2019 | 2,181 | $33.6200 | ($73,325) | | | | | | | |
| Account 1 | 12/23/2019 | 183 | $32.6000 | ($5,966) | | | | | | | |
| Account 1 | 12/30/2019 | 77 | $32.6900 | ($2,517) | | | | | | | |
| Account 1 | 12/31/2019 | 45 | $32.8000 | ($1,476) | | | | | | | |
| Account 1 | 1/2/2020 | 329 | $33.0200 | ($10,864) | | | | | | | |
| Account 1 | 1/7/2020 | 174 | $32.0500 | ($5,577) | | | | | | | |
| Account 1 | 1/8/2020 | 193 | $31.7900 | ($6,135) | | | | | | | |
| Account 1 | 1/9/2020 | 139 | $32.7150 | ($4,547) | | | | | | | |
| Account 1 | 1/13/2020 | 30 | $33.1700 | ($995) | | | | | | | |
| Account 1 | 1/14/2020 | 198 | $32.9100 | ($6,516) | | | | | | | |
| Account 1 | 1/15/2020 | 300 | $33.6400 | ($10,092) | | | | | | | |
| Account 1 | 1/16/2020 | 202 | $33.5400 | ($6,775) | | | | | | | |
| Account 1 | 1/21/2020 | 1,751 | $31.9750 | ($55,988) | | | | | | | |
| Account 1 | 1/22/2020 | 164 | $31.7900 | ($5,214) | | | | | | | |
| Account 1 | 1/30/2020 | 77 | $29.6700 | ($2,285) | | | | | | | |
| Account 1 | 2/5/2020 | 68 | $27.9800 | ($1,903) | | | | | | | |
| Account 1 | 2/6/2020 | 225 | $33.2800 | ($7,488) | | | | | | | |
| Account 1 | 2/11/2020 | 61 | $32.9800 | ($2,012) | | | | | | | |
| Account 1 | 2/12/2020 | 74 | $33.0000 | ($2,442) | | | | | | | |
| Account 1 | 2/20/2020 | 39 | $33.0400 | ($1,289) | | | | | | | |
| Account 1 | 3/18/2020 | 77 | $23.2900 | ($1,793) | | | | | | | |
| Account 1 | 3/19/2020 | 1,160 | $27.5400 | ($31,946) | | | | | | | |
| Account 1 | 3/24/2020 | 537 | $29.9500 | ($16,083) | | | | | | | |
| Account 1 | 3/26/2020 | 412 | $31.2100 | ($12,859) | | | | | | | |
| Account 1 | 3/30/2020 | 124 | $31.2500 | ($3,875) | | | | | | | |
| Account 1 | 3/31/2020 | 361 | $31.5900 | ($11,404) | | | | | | | |
| **Account 1** | | **31,973** | | **($1,137,665)** | | **(71,190)** | | **$2,400,215** | **31,973** | **($134,140)** | **($77,489)** |
| | | | | | PreClass | 1,677 | | | | | |
| Account 2 | 3/25/2019 | 185 | $43.8600 | ($8,114) | 5/16/2019 | (36) | $35.6300 | $1,283 | | | |
| Account 2 | 3/26/2019 | 139 | $44.4700 | ($6,181) | 6/3/2019 | (1,493) | $32.0300 | $47,821 | | | |
| Account 2 | 3/27/2019 | 304 | $42.2200 | ($12,835) | 8/5/2019 | (71) | $33.5300 | $2,381 | | | |
| Account 2 | 3/28/2019 | 80 | $41.8400 | ($3,347) | 8/12/2019 | (17) | $36.8500 | $626 | | | |
| Account 2 | 4/1/2019 | 243 | $42.0200 | ($10,211) | 8/14/2019 | (8) | $35.7800 | $286 | | | |

*Avg Closing Prices from May 16 to August 17

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through May 15, 2020**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Purchase Shares | Price | Amount | Sales Date | Sold Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | 4/2/2019 | 308 | $42.9000 | ($13,213) | 8/19/2019 | (17) | $35.6900 | $607 | | | |
| Account 2 | 4/3/2019 | 215 | $43.5300 | ($9,359) | 8/20/2019 | (78) | $34.7900 | $2,714 | | | |
| Account 2 | 4/4/2019 | 381 | $40.4300 | ($15,404) | 8/27/2019 | (23) | $33.9400 | $781 | | | |
| Account 2 | 4/8/2019 | 481 | $41.4500 | ($19,937) | 9/5/2019 | (61) | $36.6400 | $2,235 | | | |
| Account 2 | 4/10/2019 | 268 | $41.4400 | ($11,106) | 9/10/2019 | (17) | $35.1100 | $597 | | | |
| Account 2 | 4/11/2019 | 188 | $41.4600 | ($7,794) | 9/12/2019 | (6) | $35.8600 | $215 | | | |
| Account 2 | 4/15/2019 | 434 | $39.7400 | ($17,247) | 9/19/2019 | (35) | $36.8300 | $1,289 | | | |
| Account 2 | 4/16/2019 | 412 | $39.6400 | ($16,332) | 9/24/2019 | (12) | $36.1700 | $434 | | | |
| Account 2 | 4/17/2019 | 322 | $38.0300 | ($12,246) | 9/26/2019 | (24) | $37.4900 | $900 | | | |
| Account 2 | 4/18/2019 | 289 | $38.1300 | ($11,020) | 10/3/2019 | (57) | $38.8500 | $2,214 | | | |
| Account 2 | 4/22/2019 | 192 | $38.7000 | ($7,430) | 10/7/2019 | (93) | $39.8200 | $3,703 | | | |
| Account 2 | 4/23/2019 | 201 | $39.6300 | ($7,966) | 10/10/2019 | (27) | $24.5650 | $663 | | | |
| Account 2 | 4/24/2019 | 147 | $40.0400 | ($5,886) | 10/15/2019 | (25) | $26.1350 | $653 | | | |
| Account 2 | 4/29/2019 | 403 | $41.7900 | ($16,841) | 10/16/2019 | (26) | $26.1700 | $680 | | | |
| Account 2 | 4/30/2019 | 188 | $42.0400 | ($7,904) | 10/17/2019 | (12) | $26.1900 | $314 | | | |
| Account 2 | 5/1/2019 | 295 | $41.2000 | ($12,154) | 10/22/2019 | (97) | $28.7600 | $2,790 | | | |
| Account 2 | 5/2/2019 | 289 | $41.8200 | ($12,086) | 10/23/2019 | (25) | $29.5600 | $739 | | | |
| Account 2 | 5/6/2019 | 267 | $43.2200 | ($11,540) | 10/24/2019 | (43) | $30.2900 | $1,302 | | | |
| Account 2 | 5/7/2019 | 166 | $43.1400 | ($7,161) | 10/28/2019 | (72) | $30.4100 | $2,190 | | | |
| Account 2 | 5/13/2019 | 297 | $35.0400 | ($10,407) | 10/29/2019 | (95) | $30.4700 | $2,895 | | | |
| Account 2 | 5/14/2019 | 24 | $35.6000 | ($854) | 11/4/2019 | (31) | $30.3300 | $940 | | | |
| Account 2 | 5/15/2019 | 206 | $34.8000 | ($7,169) | 11/5/2019 | (21) | $29.9100 | $628 | | | |
| Account 2 | 5/20/2019 | 104 | $33.4300 | ($3,477) | 11/7/2019 | (129) | $29.9100 | $3,858 | | | |
| Account 2 | 5/21/2019 | 62 | $33.6900 | ($2,089) | 11/11/2019 | (30) | $32.5200 | $976 | | | |
| Account 2 | 5/22/2019 | 78 | $33.2400 | ($2,593) | 11/12/2019 | (67) | $33.6200 | $2,253 | | | |
| Account 2 | 5/23/2019 | 54 | $32.0800 | ($1,732) | 11/14/2019 | (19) | $33.5200 | $637 | | | |
| Account 2 | 5/28/2019 | 207 | $33.1500 | ($6,862) | 11/19/2019 | (26) | $35.2700 | $917 | | | |
| Account 2 | 5/29/2019 | 44 | $32.5300 | ($1,431) | 11/25/2019 | (25) | $35.6800 | $892 | | | |
| Account 2 | 5/30/2019 | 45 | $32.6400 | ($1,469) | 11/26/2019 | (7) | $35.2200 | $247 | | | |
| Account 2 | 6/4/2019 | 1 | $31.5600 | ($32) | 11/27/2019 | (23) | $36.1700 | $832 | | | |
| Account 2 | 6/5/2019 | 43 | $31.5600 | ($1,357) | 12/2/2019 | (194) | $35.0000 | $6,790 | | | |
| Account 2 | 6/6/2019 | 84 | $31.5600 | ($2,651) | 12/3/2019 | (54) | $35.4300 | $1,913 | | | |
| Account 2 | 6/10/2019 | 26 | $32.4100 | ($843) | 12/5/2019 | (65) | $34.2400 | $2,226 | | | |
| Account 2 | 6/11/2019 | 27 | $32.0700 | ($866) | 12/9/2019 | (44) | $33.1700 | $1,459 | | | |
| Account 2 | 6/13/2019 | 62 | $32.6700 | ($2,026) | 12/16/2019 | (8) | $34.9900 | $280 | | | |
| Account 2 | 6/17/2019 | 231 | $32.3100 | ($7,464) | 12/17/2019 | (47) | $34.4050 | $1,617 | | | |
| Account 2 | 6/18/2019 | 48 | $33.3000 | ($1,598) | 1/15/2020 | (43) | $33.6400 | $1,447 | | | |
| Account 2 | 6/19/2019 | 16 | $34.0000 | ($544) | 1/16/2020 | (10) | $33.5400 | $335 | | | |
| Account 2 | 6/20/2019 | 41 | $34.2600 | ($1,405) | 1/23/2020 | (21) | $31.3100 | $658 | | | |
| Account 2 | 6/24/2019 | 23 | $32.6500 | ($751) | 1/27/2020 | (68) | $28.7200 | $1,953 | | | |
| Account 2 | 6/25/2019 | 40 | $33.0000 | ($1,320) | 2/3/2020 | (125) | $28.5000 | $3,563 | | | |
| Account 2 | 6/26/2019 | 6 | $31.7600 | ($191) | 2/18/2020 | (29) | $33.0150 | $957 | | | |
| Account 2 | 6/27/2019 | 70 | $33.1900 | ($2,323) | 2/24/2020 | (148) | $32.9100 | $4,871 | | | |
| Account 2 | 7/1/2019 | 65 | $34.4100 | ($2,237) | 2/25/2020 | (56) | $32.8800 | $1,841 | | | |
| Account 2 | 7/2/2019 | 46 | $35.0400 | ($1,612) | 2/27/2020 | (194) | $32.4900 | $6,303 | | | |
| Account 2 | 7/3/2019 | 27 | $36.1600 | ($976) | 3/3/2020 | (105) | $32.4800 | $3,410 | | | |

*Avg Closing Prices from May 16 to August 17

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through May 15, 2020**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Purchase Shares | Price | Amount | Sales Date | Sold Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | 7/8/2019 | 152 | $35.5900 | ($5,410) | 3/4/2020 | (22) | $32.6400 | $718 | | | |
| Account 2 | 7/9/2019 | 103 | $36.5000 | ($3,760) | 3/5/2020 | (113) | $32.4600 | $3,668 | | | |
| Account 2 | 7/10/2019 | 39 | $37.6000 | ($1,466) | 3/9/2020 | (454) | $30.5100 | $13,852 | | | |
| Account 2 | 7/11/2019 | 61 | $38.2100 | ($2,331) | 3/11/2020 | (148) | $31.3500 | $4,640 | | | |
| Account 2 | 7/15/2019 | 64 | $37.9900 | ($2,431) | 3/12/2020 | (251) | $29.6400 | $7,440 | | | |
| Account 2 | 7/17/2019 | 21 | $38.0700 | ($799) | 3/16/2020 | (129) | $25.9600 | $3,349 | | | |
| Account 2 | 7/18/2019 | 52 | $38.2800 | ($1,991) | 3/17/2020 | (76) | $25.5400 | $1,941 | | | |
| Account 2 | 7/22/2019 | 31 | $38.5500 | ($1,195) | 3/18/2020 | (27) | $23.2900 | $629 | | | |
| Account 2 | 7/23/2019 | 156 | $38.6300 | ($6,026) | 3/19/2020 | (78) | $27.5400 | $2,148 | | | |
| Account 2 | 7/24/2019 | 62 | $39.6800 | ($2,460) | 3/23/2020 | (53) | $28.5000 | $1,511 | | | |
| Account 2 | 7/25/2019 | 9 | $38.2700 | ($344) | 5/4/2020 | (38) | $31.7700 | $1,207 | | | |
| Account 2 | 7/29/2019 | 26 | $38.3500 | ($997) | 5/18/2020 | (174) | $22.5700 | $3,927 | | | |
| Account 2 | 7/30/2019 | 21 | $38.5300 | ($809) | 5/29/2020 | (8,187) | $22.7089 | $185,918 | | | |
| Account 2 | 7/31/2019 | 19 | $37.3600 | ($710) | | | | | | | |
| Account 2 | 8/1/2019 | 25 | $36.8200 | ($921) | | | | | | | |
| Account 2 | 8/6/2019 | 213 | $33.5500 | ($7,146) | | | | | | | |
| Account 2 | 8/8/2019 | 50 | $36.5300 | ($1,827) | | | | | | | |
| Account 2 | 8/15/2019 | 37 | $36.4400 | ($1,348) | | | | | | | |
| Account 2 | 8/29/2019 | 5 | $35.5100 | ($178) | | | | | | | |
| Account 2 | 9/4/2019 | 36 | $35.7800 | ($1,288) | | | | | | | |
| Account 2 | 9/9/2019 | 5 | $35.2300 | ($176) | | | | | | | |
| Account 2 | 9/11/2019 | 19 | $35.8400 | ($681) | | | | | | | |
| Account 2 | 9/18/2019 | 67 | $36.6200 | ($2,454) | | | | | | | |
| Account 2 | 9/23/2019 | 33 | $37.4400 | ($1,236) | | | | | | | |
| Account 2 | 9/25/2019 | 76 | $37.2800 | ($2,833) | | | | | | | |
| Account 2 | 10/10/2019 | 434 | $39.2000 | ($17,013) | | | | | | | |
| Account 2 | 11/6/2019 | 27 | $29.4400 | ($795) | | | | | | | |
| Account 2 | 11/18/2019 | 15 | $33.8800 | ($508) | | | | | | | |
| Account 2 | 11/21/2019 | 74 | $35.0300 | ($2,592) | | | | | | | |
| Account 2 | 12/4/2019 | 22 | $34.5400 | ($760) | | | | | | | |
| Account 2 | 12/10/2019 | 25 | $33.6000 | ($840) | | | | | | | |
| Account 2 | 12/18/2019 | 22 | $33.8200 | ($744) | | | | | | | |
| Account 2 | 12/19/2019 | 270 | $33.5500 | ($9,059) | | | | | | | |
| Account 2 | 12/23/2019 | 17 | $32.6000 | ($554) | | | | | | | |
| Account 2 | 12/24/2019 | 192 | $33.0800 | ($6,351) | | | | | | | |
| Account 2 | 12/26/2019 | 27 | $32.7300 | ($884) | | | | | | | |
| Account 2 | 1/6/2020 | 254 | $32.8550 | ($8,345) | | | | | | | |
| Account 2 | 1/7/2020 | 68 | $32.0500 | ($2,179) | | | | | | | |
| Account 2 | 1/8/2020 | 23 | $31.7900 | ($731) | | | | | | | |
| Account 2 | 1/9/2020 | 10 | $32.7150 | ($327) | | | | | | | |
| Account 2 | 1/13/2020 | 31 | $33.1700 | ($1,028) | | | | | | | |
| Account 2 | 1/14/2020 | 16 | $32.9100 | ($527) | | | | | | | |
| Account 2 | 1/21/2020 | 67 | $31.9750 | ($2,142) | | | | | | | |
| Account 2 | 1/22/2020 | 65 | $31.7900 | ($2,066) | | | | | | | |
| Account 2 | 1/28/2020 | 15 | $29.9000 | ($449) | | | | | | | |
| Account 2 | 1/29/2020 | 20 | $29.7400 | ($595) | | | | | | | |

*Avg Closing Prices from May 16 to August 17

**Forescout Technologies, Inc. (FSCT)**
**Class Period: February 7, 2019 through May 15, 2020**
**Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

| Plaintiff | Purchase Date | Purchase Shares | Price | Amount | Sales Date | Sold Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | 2/10/2020 | 18 | $33.1100 | ($596) | | | | | | | |
| Account 2 | 2/11/2020 | 22 | $32.9800 | ($726) | | | | | | | |
| Account 2 | 2/12/2020 | 22 | $33.0000 | ($726) | | | | | | | |
| Account 2 | 3/25/2020 | 45 | $30.8100 | ($1,386) | | | | | | | |
| Account 2 | 4/2/2020 | 12 | $31.2000 | ($374) | | | | | | | |
| Account 2 | 4/7/2020 | 25 | $31.9800 | ($800) | | | | | | | |
| Account 2 | 4/13/2020 | 27 | $31.7500 | ($857) | | | | | | | |
| Account 2 | 4/16/2020 | 51 | $32.2500 | ($1,645) | | | | | | | |
| Account 2 | 4/20/2020 | 31 | $32.4800 | ($1,007) | | | | | | | |
| Account 2 | 4/21/2020 | 10 | $32.3500 | ($324) | | | | | | | |
| Account 2 | 4/22/2020 | 41 | $32.5100 | ($1,333) | | | | | | | |
| Account 2 | 4/23/2020 | 107 | $32.1500 | ($3,440) | | | | | | | |
| Account 2 | 4/27/2020 | 50 | $31.9500 | ($1,598) | | | | | | | |
| Account 2 | 5/5/2020 | 49 | $31.9200 | ($1,564) | | | | | | | |
| Account 2 | 5/11/2020 | 112 | $32.0900 | ($3,594) | | | | | | | |
| Account 2 | 5/12/2020 | 19 | $30.5000 | ($580) | | | | | | | |
| Account 2 | 5/13/2020 | 41 | $30.1600 | ($1,237) | | | | | | | |
| **Account 2** | | **12,132** | | **($460,682)** | | **(13,809)** | | **$363,061** | **8,361** | **($151,842)** | **($119,968)** |
| | | | | | | | | | | | |
| **Account 3** | **3/23/2020** | **200** | **$27.6500** | **($5,530)** | **3/25/2020** | **(200)** | **$31.0000** | **$6,200** | **200** | **$670** | **$670** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Account 1 | | 31,973 | | ($1,137,665) | | (71,190) | | $2,400,215 | 31,973 | ($134,140) | ($77,489) |
| Account 2 | | 12,132 | | ($460,682) | | (13,809) | | $363,061 | 8,361 | ($151,842) | ($119,968) |
| Account 3 | | 200 | | ($5,530) | | (200) | | $6,200 | 200 | $670 | $670 |
| **Meitav** | | **44,305** | | **($1,603,877)** | | **(85,199)** | | **$2,769,475** | **40,534** | **($285,312)** | **($196,787)** |

*Avg Closing Prices from May 16 to August 17                    Page 6 of 6