# Exhibit C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, __Rafi Niv_____, on behalf of Meitav Tachlit Mutual Funds Ltd. ("Meitav"), with authority to bind Meitav and to enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Forescout Technologies, Inc. ("Forescout" or the "Company") and authorize the filing of a motion on behalf of Meitav for appointment as lead plaintiff.

3.     Meitav did not purchase or acquire Forescout securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     Meitav is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Forescout securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     To the best of my current knowledge, the attached sheet lists all of Meitav's transactions in Forescout securities during the Class Period.

6.     During the three-year period preceding the date on which this Certification is signed, Meitav has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Sayce v. Forescout Technologies, Inc. et al.*, 3:20-cv-00076 (N.D. Cal.); and

- *Banes v. Modany et al.*, 1:14-cv-01599 (S.D. Ind.).

7.    Meitav agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed  8.11. 2020
(Date)

(Signature)

Rafi; Niv
(Type or Print Name)
On behalf of
Meitav Tachlit Mutual Funds Ltd.

**Forescout Technologies, Inc. (FSCT)**          **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

**List of Purchases and Sales**

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| Purchase | 2/12/2019 | 142 | $37.9100 |
| Purchase | 2/13/2019 | 178 | $38.0200 |
| Purchase | 2/19/2019 | 921 | $38.9000 |
| Purchase | 2/20/2019 | 278 | $38.8200 |
| Purchase | 2/21/2019 | 215 | $38.7800 |
| Purchase | 2/25/2019 | 385 | $38.8700 |
| Purchase | 2/27/2019 | 96 | $41.5100 |
| Purchase | 2/28/2019 | 367 | $41.5400 |
| Purchase | 3/4/2019 | 156 | $42.9500 |
| Purchase | 3/5/2019 | 252 | $42.0300 |
| Purchase | 3/6/2019 | 127 | $41.9400 |
| Purchase | 3/12/2019 | 116 | $42.8900 |
| Purchase | 3/13/2019 | 212 | $44.0900 |
| Purchase | 3/14/2019 | 333 | $43.9700 |
| Purchase | 3/18/2019 | 217 | $44.3200 |
| Purchase | 3/19/2019 | 116 | $44.6100 |
| Purchase | 3/20/2019 | 102 | $45.2300 |
| Purchase | 3/26/2019 | 84 | $44.4700 |
| Purchase | 3/27/2019 | 7 | $42.2200 |
| Purchase | 3/28/2019 | 165 | $41.8400 |
| Purchase | 4/1/2019 | 196 | $42.0200 |
| Purchase | 4/2/2019 | 54 | $42.9000 |
| Purchase | 4/3/2019 | 325 | $43.5300 |
| Purchase | 4/8/2019 | 792 | $41.4500 |
| Purchase | 4/15/2019 | 645 | $39.7400 |
| Purchase | 4/16/2019 | 136 | $39.6400 |
| Purchase | 4/17/2019 | 46 | $38.0300 |
| Purchase | 4/23/2019 | 285 | $39.6300 |
| Purchase | 4/29/2019 | 30 | $41.7900 |
| Purchase | 4/30/2019 | 267 | $42.0400 |
| Purchase | 5/1/2019 | 339 | $41.2000 |
| Purchase | 5/2/2019 | 35 | $41.8200 |
| Purchase | 5/6/2019 | 38 | $43.2200 |
| Purchase | 5/7/2019 | 210 | $43.1400 |
| Purchase | 5/13/2019 | 221 | $35.0400 |
| Purchase | 5/14/2019 | 25 | $35.6000 |
| Purchase | 5/16/2019 | 140 | $35.6300 |
| Purchase | 5/23/2019 | 92 | $32.0800 |
| Purchase | 5/28/2019 | 241 | $33.1500 |
| Purchase | 5/30/2019 | 36 | $32.6400 |
| Purchase | 6/4/2019 | 152 | $31.5600 |
| Purchase | 6/5/2019 | 194 | $31.5600 |
| Purchase | 6/6/2019 | 51 | $31.5600 |
| Purchase | 6/10/2019 | 263 | $32.4100 |
| Purchase | 6/11/2019 | 167 | $32.0700 |
| Purchase | 6/12/2019 | 879 | $32.2500 |
| Purchase | 6/13/2019 | 46 | $32.6700 |
| Purchase | 6/19/2019 | 122 | $34.0000 |
| Purchase | 6/20/2019 | 341 | $34.2600 |

**Forescout Technologies, Inc. (FSCT)**                    **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

### List of Purchases and Sales

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/24/2019 | 656 | $32.6500 |
| Purchase | 6/25/2019 | 90 | $33.0000 |
| Purchase | 6/26/2019 | 141 | $31.7600 |
| Purchase | 6/27/2019 | 186 | $33.1900 |
| Purchase | 7/1/2019 | 206 | $34.4100 |
| Purchase | 7/2/2019 | 91 | $35.0400 |
| Purchase | 7/3/2019 | 83 | $36.1600 |
| Purchase | 7/9/2019 | 146 | $36.5000 |
| Purchase | 7/10/2019 | 41 | $37.6000 |
| Purchase | 7/11/2019 | 433 | $38.2100 |
| Purchase | 7/15/2019 | 207 | $37.9900 |
| Purchase | 7/17/2019 | 30 | $38.0700 |
| Purchase | 7/18/2019 | 37 | $38.2800 |
| Purchase | 7/22/2019 | 336 | $38.5500 |
| Purchase | 7/23/2019 | 189 | $38.6300 |
| Purchase | 7/24/2019 | 94 | $39.6800 |
| Purchase | 7/25/2019 | 147 | $38.2700 |
| Purchase | 7/29/2019 | 212 | $38.3500 |
| Purchase | 7/30/2019 | 399 | $38.5300 |
| Purchase | 7/31/2019 | 63 | $37.3600 |
| Purchase | 8/5/2019 | 199 | $33.5300 |
| Purchase | 8/7/2019 | 276 | $34.0300 |
| Purchase | 8/8/2019 | 1,810 | $36.5300 |
| Purchase | 8/12/2019 | 34 | $36.8500 |
| Purchase | 8/20/2019 | 108 | $34.7900 |
| Purchase | 8/22/2019 | 13 | $36.5900 |
| Purchase | 8/29/2019 | 41 | $35.5100 |
| Purchase | 9/4/2019 | 236 | $35.7800 |
| Purchase | 9/5/2019 | 172 | $36.6400 |
| Purchase | 9/12/2019 | 47 | $35.8600 |
| Purchase | 9/16/2019 | 177 | $36.9000 |
| Purchase | 9/19/2019 | 440 | $36.8300 |
| Purchase | 9/24/2019 | 101 | $36.1700 |
| Purchase | 10/2/2019 | 263 | $37.9100 |
| Purchase | 10/3/2019 | 219 | $38.8500 |
| Purchase | 10/7/2019 | 16 | $39.8200 |
| Purchase | 10/23/2019 | 113 | $29.5600 |
| Purchase | 10/24/2019 | 92 | $30.2900 |
| Purchase | 10/31/2019 | 85 | $30.7600 |
| Purchase | 11/4/2019 | 97 | $30.3300 |
| Purchase | 11/5/2019 | 210 | $29.9100 |
| Purchase | 11/6/2019 | 161 | $29.4400 |
| Purchase | 11/7/2019 | 27 | $29.9100 |
| Purchase | 11/13/2019 | 49 | $33.5800 |
| Purchase | 11/14/2019 | 177 | $33.5200 |
| Purchase | 11/18/2019 | 202 | $33.8800 |
| Purchase | 11/19/2019 | 54 | $35.2700 |
| Purchase | 11/21/2019 | 246 | $35.0300 |
| Purchase | 11/26/2019 | 30 | $35.2200 |
| Purchase | 12/3/2019 | 1,891 | $35.4300 |

**Forescout Technologies, Inc. (FSCT)**                    **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

**List of Purchases and Sales**

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/4/2019 | 153 | $34.5400 |
| Purchase | 12/5/2019 | 237 | $34.2400 |
| Purchase | 12/10/2019 | 66 | $33.6000 |
| Purchase | 12/19/2019 | 126 | $33.5500 |
| Purchase | 12/20/2019 | 2,181 | $33.6200 |
| Purchase | 12/23/2019 | 183 | $32.6000 |
| Purchase | 12/30/2019 | 77 | $32.6900 |
| Purchase | 12/31/2019 | 45 | $32.8000 |
| Purchase | 1/2/2020 | 329 | $33.0200 |
| Purchase | 1/7/2020 | 174 | $32.0500 |
| Purchase | 1/8/2020 | 193 | $31.7900 |
| Purchase | 1/9/2020 | 139 | $32.7150 |
| Purchase | 1/13/2020 | 30 | $33.1700 |
| Purchase | 1/14/2020 | 198 | $32.9100 |
| Purchase | 1/15/2020 | 300 | $33.6400 |
| Purchase | 1/16/2020 | 202 | $33.5400 |
| Purchase | 1/21/2020 | 1,751 | $31.9750 |
| Purchase | 1/22/2020 | 164 | $31.7900 |
| Purchase | 1/30/2020 | 77 | $29.6700 |
| Purchase | 2/5/2020 | 68 | $27.9800 |
| Purchase | 2/6/2020 | 225 | $33.2800 |
| Purchase | 2/11/2020 | 61 | $32.9800 |
| Purchase | 2/12/2020 | 74 | $33.0000 |
| Purchase | 2/20/2020 | 39 | $33.0400 |
| Purchase | 3/18/2020 | 77 | $23.2900 |
| Purchase | 3/19/2020 | 1,160 | $27.5400 |
| Purchase | 3/24/2020 | 537 | $29.9500 |
| Purchase | 3/26/2020 | 412 | $31.2100 |
| Purchase | 3/30/2020 | 124 | $31.2500 |
| Purchase | 3/31/2020 | 361 | $31.5900 |
| Sale | 2/7/2019 | (117) | $30.9200 |
| Sale | 2/11/2019 | (43) | $36.5000 |
| Sale | 2/14/2019 | (289) | $38.0500 |
| Sale | 2/26/2019 | (70) | $40.0600 |
| Sale | 3/7/2019 | (15) | $42.3300 |
| Sale | 3/11/2019 | (6) | $42.6100 |
| Sale | 3/15/2019 | (11,870) | $44.2200 |
| Sale | 3/25/2019 | (186) | $43.8600 |
| Sale | 4/4/2019 | (47) | $40.4300 |
| Sale | 4/11/2019 | (27) | $41.4600 |
| Sale | 4/18/2019 | (147) | $38.1300 |
| Sale | 4/24/2019 | (92) | $40.0400 |
| Sale | 5/15/2019 | (42) | $34.8000 |
| Sale | 5/20/2019 | (222) | $33.4300 |
| Sale | 5/21/2019 | (255) | $33.6900 |
| Sale | 5/22/2019 | (17) | $33.2400 |
| Sale | 5/29/2019 | (61) | $32.5300 |
| Sale | 6/3/2019 | (72) | $30.2300 |
| Sale | 6/17/2019 | (171) | $32.5500 |
| Sale | 6/21/2019 | (492) | $34.3600 |

**Forescout Technologies, Inc. (FSCT)**                    **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

### List of Purchases and Sales

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 7/8/2019 | (79) | $35.5900 |
| Sale | 8/1/2019 | (180) | $36.8200 |
| Sale | 8/6/2019 | (114) | $33.5500 |
| Sale | 8/13/2019 | (155) | $37.0300 |
| Sale | 8/14/2019 | (67) | $35.7800 |
| Sale | 8/15/2019 | (417) | $36.4400 |
| Sale | 8/19/2019 | (251) | $35.6900 |
| Sale | 8/21/2019 | (30) | $36.2500 |
| Sale | 8/26/2019 | (27) | $35.1700 |
| Sale | 8/28/2019 | (127) | $33.8400 |
| Sale | 9/3/2019 | (276) | $34.9400 |
| Sale | 9/9/2019 | (172) | $35.2300 |
| Sale | 9/10/2019 | (30) | $35.1100 |
| Sale | 9/11/2019 | (91) | $35.8400 |
| Sale | 9/18/2019 | (125) | $36.6200 |
| Sale | 9/20/2019 | (2,018) | $37.3000 |
| Sale | 9/23/2019 | (175) | $37.4400 |
| Sale | 9/25/2019 | (122) | $37.2800 |
| Sale | 9/26/2019 | (102) | $37.4900 |
| Sale | 10/10/2019 | (152) | $24.5650 |
| Sale | 10/15/2019 | (227) | $26.1350 |
| Sale | 10/16/2019 | (110) | $26.1700 |
| Sale | 10/22/2019 | (103) | $28.7600 |
| Sale | 10/28/2019 | (295) | $30.4100 |
| Sale | 10/29/2019 | (21) | $30.4700 |
| Sale | 10/30/2019 | (45) | $31.6800 |
| Sale | 11/11/2019 | (163) | $32.5200 |
| Sale | 11/12/2019 | (32) | $33.6200 |
| Sale | 11/20/2019 | (242) | $35.4700 |
| Sale | 11/25/2019 | (111) | $35.6800 |
| Sale | 11/27/2019 | (119) | $36.1700 |
| Sale | 12/2/2019 | (3) | $35.0000 |
| Sale | 12/9/2019 | (76) | $33.1700 |
| Sale | 12/11/2019 | (161) | $33.5300 |
| Sale | 12/12/2019 | (930) | $34.1900 |
| Sale | 12/16/2019 | (131) | $34.9900 |
| Sale | 12/17/2019 | (27) | $34.4050 |
| Sale | 12/18/2019 | (80) | $33.8200 |
| Sale | 12/24/2019 | (22) | $33.0800 |
| Sale | 12/26/2019 | (44) | $32.7300 |
| Sale | 1/6/2020 | (439) | $32.8550 |
| Sale | 1/23/2020 | (124) | $31.3100 |
| Sale | 1/27/2020 | (316) | $28.7200 |
| Sale | 2/3/2020 | (456) | $28.5000 |
| Sale | 2/4/2020 | (127) | $28.2000 |
| Sale | 2/10/2020 | (61) | $33.1100 |
| Sale | 2/13/2020 | (67) | $33.1300 |
| Sale | 2/18/2020 | (38) | $33.0150 |
| Sale | 2/24/2020 | (283) | $32.9100 |
| Sale | 2/25/2020 | (86) | $32.8800 |

**Forescout Technologies, Inc. (FSCT)**          **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

### List of Purchases and Sales

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 2/26/2020 | (506) | $32.7900 |
| Sale | 2/27/2020 | (322) | $32.4900 |
| Sale | 3/3/2020 | (425) | $32.4800 |
| Sale | 3/4/2020 | (441) | $32.6400 |
| Sale | 3/5/2020 | (993) | $32.4600 |
| Sale | 3/9/2020 | (1,647) | $30.5100 |
| Sale | 3/9/2020 | (1,647) | $30.5516 |
| Sale | 3/11/2020 | (1,235) | $31.3500 |
| Sale | 3/12/2020 | (1,724) | $29.6400 |
| Sale | 3/16/2020 | (1,941) | $25.9600 |
| Sale | 3/17/2020 | (1,294) | $25.5400 |
| Sale | 3/23/2020 | (280) | $28.5000 |
| Sale | 3/25/2020 | (375) | $30.8100 |
| Sale | 4/1/2020 | (370) | $30.6200 |
| Sale | 4/2/2020 | (17,050) | $31.2000 |
| Sale | 4/3/2020 | (17,050) | $31.5500 |
| | | | |
| Account 2 | | | |
| Purchase | 3/25/2019 | 185 | $43.8600 |
| Purchase | 3/26/2019 | 139 | $44.4700 |
| Purchase | 3/27/2019 | 304 | $42.2200 |
| Purchase | 3/28/2019 | 80 | $41.8400 |
| Purchase | 4/1/2019 | 243 | $42.0200 |
| Purchase | 4/2/2019 | 308 | $42.9000 |
| Purchase | 4/3/2019 | 215 | $43.5300 |
| Purchase | 4/4/2019 | 381 | $40.4300 |
| Purchase | 4/8/2019 | 481 | $41.4500 |
| Purchase | 4/10/2019 | 268 | $41.4400 |
| Purchase | 4/11/2019 | 188 | $41.4600 |
| Purchase | 4/15/2019 | 434 | $39.7400 |
| Purchase | 4/16/2019 | 412 | $39.6400 |
| Purchase | 4/17/2019 | 322 | $38.0300 |
| Purchase | 4/18/2019 | 289 | $38.1300 |
| Purchase | 4/22/2019 | 192 | $38.7000 |
| Purchase | 4/23/2019 | 201 | $39.6300 |
| Purchase | 4/24/2019 | 147 | $40.0400 |
| Purchase | 4/29/2019 | 403 | $41.7900 |
| Purchase | 4/30/2019 | 188 | $42.0400 |
| Purchase | 5/1/2019 | 295 | $41.2000 |
| Purchase | 5/2/2019 | 289 | $41.8200 |
| Purchase | 5/6/2019 | 267 | $43.2200 |
| Purchase | 5/7/2019 | 166 | $43.1400 |
| Purchase | 5/13/2019 | 297 | $35.0400 |
| Purchase | 5/14/2019 | 24 | $35.6000 |
| Purchase | 5/15/2019 | 206 | $34.8000 |
| Purchase | 5/20/2019 | 104 | $33.4300 |
| Purchase | 5/21/2019 | 62 | $33.6900 |
| Purchase | 5/22/2019 | 78 | $33.2400 |
| Purchase | 5/23/2019 | 54 | $32.0800 |
| Purchase | 5/28/2019 | 207 | $33.1500 |

**Forescout Technologies, Inc. (FSCT)**            **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

### List of Purchases and Sales

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 5/29/2019 | 44 | $32.5300 |
| Purchase | 5/30/2019 | 45 | $32.6400 |
| Purchase | 6/4/2019 | 1 | $31.5600 |
| Purchase | 6/5/2019 | 43 | $31.5600 |
| Purchase | 6/6/2019 | 84 | $31.5600 |
| Purchase | 6/10/2019 | 26 | $32.4100 |
| Purchase | 6/11/2019 | 27 | $32.0700 |
| Purchase | 6/13/2019 | 62 | $32.6700 |
| Purchase | 6/17/2019 | 231 | $32.3100 |
| Purchase | 6/18/2019 | 48 | $33.3000 |
| Purchase | 6/19/2019 | 16 | $34.0000 |
| Purchase | 6/20/2019 | 41 | $34.2600 |
| Purchase | 6/24/2019 | 23 | $32.6500 |
| Purchase | 6/25/2019 | 40 | $33.0000 |
| Purchase | 6/26/2019 | 6 | $31.7600 |
| Purchase | 6/27/2019 | 70 | $33.1900 |
| Purchase | 7/1/2019 | 65 | $34.4100 |
| Purchase | 7/2/2019 | 46 | $35.0400 |
| Purchase | 7/3/2019 | 27 | $36.1600 |
| Purchase | 7/8/2019 | 152 | $35.5900 |
| Purchase | 7/9/2019 | 103 | $36.5000 |
| Purchase | 7/10/2019 | 39 | $37.6000 |
| Purchase | 7/11/2019 | 61 | $38.2100 |
| Purchase | 7/15/2019 | 64 | $37.9900 |
| Purchase | 7/17/2019 | 21 | $38.0700 |
| Purchase | 7/18/2019 | 52 | $38.2800 |
| Purchase | 7/22/2019 | 31 | $38.5500 |
| Purchase | 7/23/2019 | 156 | $38.6300 |
| Purchase | 7/24/2019 | 62 | $39.6800 |
| Purchase | 7/25/2019 | 9 | $38.2700 |
| Purchase | 7/29/2019 | 26 | $38.3500 |
| Purchase | 7/30/2019 | 21 | $38.5300 |
| Purchase | 7/31/2019 | 19 | $37.3600 |
| Purchase | 8/1/2019 | 25 | $36.8200 |
| Purchase | 8/6/2019 | 213 | $33.5500 |
| Purchase | 8/8/2019 | 50 | $36.5300 |
| Purchase | 8/15/2019 | 37 | $36.4400 |
| Purchase | 8/29/2019 | 5 | $35.5100 |
| Purchase | 9/4/2019 | 36 | $35.7800 |
| Purchase | 9/9/2019 | 5 | $35.2300 |
| Purchase | 9/11/2019 | 19 | $35.8400 |
| Purchase | 9/18/2019 | 67 | $36.6200 |
| Purchase | 9/23/2019 | 33 | $37.4400 |
| Purchase | 9/25/2019 | 76 | $37.2800 |
| Purchase | 10/10/2019 | 434 | $39.2000 |
| Purchase | 11/6/2019 | 27 | $29.4400 |
| Purchase | 11/18/2019 | 15 | $33.8800 |
| Purchase | 11/21/2019 | 74 | $35.0300 |
| Purchase | 12/4/2019 | 22 | $34.5400 |
| Purchase | 12/10/2019 | 25 | $33.6000 |

**Forescout Technologies, Inc. (FSCT)**          **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

### List of Purchases and Sales

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/18/2019 | 22 | $33.8200 |
| Purchase | 12/19/2019 | 270 | $33.5500 |
| Purchase | 12/23/2019 | 17 | $32.6000 |
| Purchase | 12/24/2019 | 192 | $33.0800 |
| Purchase | 12/26/2019 | 27 | $32.7300 |
| Purchase | 1/6/2020 | 254 | $32.8550 |
| Purchase | 1/7/2020 | 68 | $32.0500 |
| Purchase | 1/8/2020 | 23 | $31.7900 |
| Purchase | 1/9/2020 | 10 | $32.7150 |
| Purchase | 1/13/2020 | 31 | $33.1700 |
| Purchase | 1/14/2020 | 16 | $32.9100 |
| Purchase | 1/21/2020 | 67 | $31.9750 |
| Purchase | 1/22/2020 | 65 | $31.7900 |
| Purchase | 1/28/2020 | 15 | $29.9000 |
| Purchase | 1/29/2020 | 20 | $29.7400 |
| Purchase | 2/10/2020 | 18 | $33.1100 |
| Purchase | 2/11/2020 | 22 | $32.9800 |
| Purchase | 2/12/2020 | 22 | $33.0000 |
| Purchase | 3/25/2020 | 45 | $30.8100 |
| Purchase | 4/2/2020 | 12 | $31.2000 |
| Purchase | 4/7/2020 | 25 | $31.9800 |
| Purchase | 4/13/2020 | 27 | $31.7500 |
| Purchase | 4/16/2020 | 51 | $32.2500 |
| Purchase | 4/20/2020 | 31 | $32.4800 |
| Purchase | 4/21/2020 | 10 | $32.3500 |
| Purchase | 4/22/2020 | 41 | $32.5100 |
| Purchase | 4/23/2020 | 107 | $32.1500 |
| Purchase | 4/27/2020 | 50 | $31.9500 |
| Purchase | 5/5/2020 | 49 | $31.9200 |
| Purchase | 5/11/2020 | 112 | $32.0900 |
| Purchase | 5/12/2020 | 19 | $30.5000 |
| Purchase | 5/13/2020 | 41 | $30.1600 |
| Sale | 5/16/2019 | (36) | $35.6300 |
| Sale | 6/3/2019 | (1,493) | $32.0300 |
| Sale | 8/5/2019 | (71) | $33.5300 |
| Sale | 8/12/2019 | (17) | $36.8500 |
| Sale | 8/14/2019 | (8) | $35.7800 |
| Sale | 8/19/2019 | (17) | $35.6900 |
| Sale | 8/20/2019 | (78) | $34.7900 |
| Sale | 8/27/2019 | (23) | $33.9400 |
| Sale | 9/5/2019 | (61) | $36.6400 |
| Sale | 9/10/2019 | (17) | $35.1100 |
| Sale | 9/12/2019 | (6) | $35.8600 |
| Sale | 9/19/2019 | (35) | $36.8300 |
| Sale | 9/24/2019 | (12) | $36.1700 |
| Sale | 9/26/2019 | (24) | $37.4900 |
| Sale | 10/3/2019 | (57) | $38.8500 |
| Sale | 10/7/2019 | (93) | $39.8200 |
| Sale | 10/10/2019 | (27) | $24.5650 |
| Sale | 10/15/2019 | (25) | $26.1350 |

**Forescout Technologies, Inc. (FSCT)**                    **Meitav Tachlit Mutual Funds Ltd. ("Meitav")**

### List of Purchases and Sales

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 10/16/2019 | (26) | $26.1700 |
| Sale | 10/17/2019 | (12) | $26.1900 |
| Sale | 10/22/2019 | (97) | $28.7600 |
| Sale | 10/23/2019 | (25) | $29.5600 |
| Sale | 10/24/2019 | (43) | $30.2900 |
| Sale | 10/28/2019 | (72) | $30.4100 |
| Sale | 10/29/2019 | (95) | $30.4700 |
| Sale | 11/4/2019 | (31) | $30.3300 |
| Sale | 11/5/2019 | (21) | $29.9100 |
| Sale | 11/7/2019 | (129) | $29.9100 |
| Sale | 11/11/2019 | (30) | $32.5200 |
| Sale | 11/12/2019 | (67) | $33.6200 |
| Sale | 11/14/2019 | (19) | $33.5200 |
| Sale | 11/19/2019 | (26) | $35.2700 |
| Sale | 11/25/2019 | (25) | $35.6800 |
| Sale | 11/26/2019 | (7) | $35.2200 |
| Sale | 11/27/2019 | (23) | $36.1700 |
| Sale | 12/2/2019 | (194) | $35.0000 |
| Sale | 12/3/2019 | (54) | $35.4300 |
| Sale | 12/5/2019 | (65) | $34.2400 |
| Sale | 12/9/2019 | (44) | $33.1700 |
| Sale | 12/16/2019 | (8) | $34.9900 |
| Sale | 12/17/2019 | (47) | $34.4050 |
| Sale | 1/15/2020 | (43) | $33.6400 |
| Sale | 1/16/2020 | (10) | $33.5400 |
| Sale | 1/23/2020 | (21) | $31.3100 |
| Sale | 1/27/2020 | (68) | $28.7200 |
| Sale | 2/3/2020 | (125) | $28.5000 |
| Sale | 2/18/2020 | (29) | $33.0150 |
| Sale | 2/24/2020 | (148) | $32.9100 |
| Sale | 2/25/2020 | (56) | $32.8800 |
| Sale | 2/27/2020 | (194) | $32.4900 |
| Sale | 3/3/2020 | (105) | $32.4800 |
| Sale | 3/4/2020 | (22) | $32.6400 |
| Sale | 3/5/2020 | (113) | $32.4600 |
| Sale | 3/9/2020 | (454) | $30.5100 |
| Sale | 3/11/2020 | (148) | $31.3500 |
| Sale | 3/12/2020 | (251) | $29.6400 |
| Sale | 3/16/2020 | (129) | $25.9600 |
| Sale | 3/17/2020 | (76) | $25.5400 |
| Sale | 3/18/2020 | (27) | $23.2900 |
| Sale | 3/19/2020 | (78) | $27.5400 |
| Sale | 3/23/2020 | (53) | $28.5000 |
| Sale | 5/4/2020 | (38) | $31.7700 |
| | | | |
| Account 3 | | | |
| Purchase | 3/23/2020 | 200 | $27.6500 |
| Sale | 3/25/2020 | (200) | $31.0000 |