MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

P. RYAN BURNINGHAM (*Pro Hac Vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3800
Facsimile: (206) 516-3883

ANDREW J. ENTWISTLE (*Pro Hac Vice*)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

VINCENT R. CAPPUCCI (*Pro Hac Vice*)
vcappucci@entwistle-law.com
BRENDAN J. BRODEUR (*Pro Hac Vice*)
bbrodeur@entwistle-law.com
ANDREW M. SHER (*Pro Hac Vice*)
asher@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

CHRISTOPHER J. KELLER
(*Pro Hac Vice* forthcoming)
ckeller@labaton.com
FRANCIS P. McCONVILLE
(*Pro Hac Vice* forthcoming)
fmcconville@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for the Arbitrage Plaintiffs and Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS, <br><br> Defendants. | Case No. 3:20-CV-00076-SI <br><br> **DECLARATION OF MARC M. SELTZER** <br><br> DATE: Friday, November 6, 2020 <br> TIME: 10:00 a.m. <br> Courtroom 1, 17th Floor |

I, Marc M. Seltzer, declare as follows:

1.    I am an active member of the State Bar of California and a member of the bar of this Court.  I am a partner of the law firm Susman Godfrey L.L.P., counsel to The Arbitrage Fund; Water Island Levarb Fund, LP; Water Island Diversified Event-Driven Fund; Water Island Merger Arbitrage Institutional Comingled Master Fund LP; and Altshares Merger Arbitrage ETF (the "Water Island Funds"); together with S. Muoio & Co. LLC and Amethyst Arbitrage International Master Fund (with the Water Island Funds, the "Arbitrage Plaintiffs") in this action.  I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2.    I make this declaration in support of the Arbitrage Plaintiffs' Memorandum in Support of Motion for Appointment of Lead Plaintiffs and in Opposition to Competing Motions.

3.    Attached hereto as **Exhibit 1** is a table showing the four movants' estimated losses and damages, as well as their total shares purchased and funds expended during the Class Period.

4.    Attached hereto as **Exhibit 2** is a table showing the four movants' estimated losses and damages, as well as their total shares purchased and funds expended during the Class Period, excluding losses, damages, shares purchased, and funds expended corresponding to purchases made after Spruce Point Capital Management issued a report on April 30, 2020, which revealed substantial facts undermining Forescout's prior misrepresentations regarding its financial performance.

5.    Attached hereto as **Exhibit 3** is a table showing the four movants' estimated losses, damages, shares purchased, and funds expended corresponding to purchases made after Spruce Point Capital Management issued a report on April 30, 2020, which revealed substantial facts undermining Forescout's prior misrepresentations regarding its financial performance.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of a May 12, 2020 report by Spruce Point Capital Management, which includes the April 30, 2020 Spruce Point report, which revealed substantial facts undermining Forescout's prior misrepresentations regarding its financial performance.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of October, 2020, at Los Angeles, California.

/s/ Marc M. Seltzer
Marc M. Seltzer