# EXHIBIT 1

# Estimated Losses and Damages (Entire Class Period)

**Estimated Losses and Damages**
**ForeScout Technologies Inc. Common Stock (CUSIP: 34553D101)**
**Class Period: February 7, 2019 - May 15, 2020**

| Movant | Shares Purchased During CP | Net Shares Purchased During CP | Funds Expended During CP | Net Funds Expended During CP | FIFO Actual Losses (1) | FIFO Dura Losses (2) | LIFO Actual Losses (1) | LIFO Dura Losses (2) |
|---|---|---|---|---|---|---|---|---|
| S. Muoio & Co. LLC | 92,784 | 82,784 | $ 2,971,823.72 | $ 2,650,573.72 | $ (575,612.47) | $ (540,479.75) | $ (575,612.47) | $ (540,479.75) |
| AED | 244,131 | - | $ 7,819,672.82 | $ 44,785.25 | $ (44,785.25) | $ - | $ (44,785.25) | $ - |
| ARB | 1,673,333 | - | $ 53,554,316.31 | $ 399,893.67 | $ (399,893.67) | $ - | $ (399,893.67) | $ - |
| ARBETF | 7,061 | 7,061 | $ 221,454.17 | $ 221,454.17 | $ (46,510.41) | $ (44,744.40) | $ (44,471.89) | $ (44,070.14) |
| LEV | 19,105 | 13,800 | $ 615,241.51 | $ 447,600.64 | $ (148,614.99) | $ (95,910.00) | $ (126,909.40) | $ (95,910.00) |
| MACO | 143,108 | - | $ 4,557,804.55 | $ 12,053.18 | $ (12,053.18) | $ - | $ (12,053.18) | $ - |
| Amethyst Arbitrage International Master Fund | 329,073 | 300,136 | $ 10,623,094.61 | $ 9,689,993.58 | $ (2,167,156.20) | $ (2,069,484.94) | $ (2,167,156.20) | $ (2,076,471.70) |
| **Total Arbitrage Plaintiffs** | **2,508,595** | **403,781** | **$ 80,363,407.69** | **$ 13,466,354.21** | **$ (3,394,626.17)** | **$ (2,750,619.08)** | **$ (3,370,882.06)** | **$ (2,756,931.59)** |
| GCM | 2,472 | 2,093 | $ 79,062.45 | $ 66,988.26 | $ (20,233.61) | $ (14,546.35) | $ (20,233.61) | $ (13,243.87) |
| GEF | 174,932 | 146,853 | $ 5,589,199.95 | $ 4,695,937.65 | $ (1,415,345.12) | $ (1,020,558.83) | $ (1,415,345.12) | $ (1,018,476.09) |
| GEOF | 381,797 | 327,487 | $ 12,194,285.97 | $ 10,459,629.72 | $ (3,143,803.02) | $ (2,275,880.16) | $ (3,143,803.02) | $ (2,271,235.50) |
| HMK | 84,496 | 72,267 | $ 2,698,564.15 | $ 2,308,204.48 | $ (693,811.88) | $ (502,222.18) | $ (693,811.88) | $ (501,196.69) |
| **Total Glazer Fund Plaintiffs** | **643,697** | **548,700** | **$ 20,561,112.53** | **$ 17,530,760.10** | **$ (5,273,193.63)** | **$ (3,813,207.52)** | **$ (5,273,193.63)** | **$ (3,804,152.15)** |
| **Total Donald R Levin** | **150,000** | **150,000** | **$ 5,286,291.39** | **$ 5,286,291.39** | **$ (1,850,931.39)** | **$ (1,039,720.00)** | **$ (1,850,931.39)** | **$ (1,039,720.00)** |
| Account 1 | 31,973 | (39,217) | $ 1,137,665.43 | $ (1,262,549.25) | $ (134,140.33) | $ - | $ (77,489.23) | $ - |
| Account 2 | 12,132 | 6,684 | $ 460,681.60 | $ 287,465.67 | $ (151,841.89) | $ (58,103.04) | $ (135,703.55) | $ (46,453.80) |
| Account 3 | 200 | - | $ 5,530.00 | $ (670.00) | $ 670.00 | $ - | $ 670.00 | $ - |
| **Total Meitav Tachlit MF Plaintiffs** | **44,305** | **(32,533)** | **$ 1,603,877.03** | **$ (975,753.59)** | **$ (285,312.22)** | **$ (58,103.04)** | **$ (212,522.78)** | **$ (46,453.80)** |

| | |
|---|---|
| Lookback Period Beginning | 5/18/2020 |
| Lookback Period Ending | 8/14/2020 |
| Days in Lookback Period | 89 |
| Lookback Period Average Closing Price | $ 25.0648 |

(1)  For shares sold during "Lookback Period", sale price is set to greater of actual sale price or average closing price from beginning of "Lookback Period" through date of sale.

(2)  On each FIFO or LIFO matched transaction, calculated as minimum of (a) actual loss as calculated in Note (1) or (b) difference in purchase vs sale estimated price inflation.
Total Dura Losses may be greater than Total Actual Losses because actual gain, if any, on FIFO or LIFO matched transaction, is set to zero for that matched transaction.

**Dura Losses: Alleged Disclosure Dates**

| Effective Date | Closing Price | Price Decline | Cumulative Price Decline |
|---|---|---|---|
| 5/18/2020 | $ 22.57 | $ (6.95) | $ (6.95) |