# EXHIBIT 4





# Full Legal Disclaimer

This research presentation expresses our research opinions. You should assume that as of the publication date of any presentation, report or letter, Spruce Point Capital Management LLC (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our subscribers and clients has a short position in all stocks (and are long/short combinations of puts and calls on the stock) covered herein, including without limitation Forescout Technologies, Inc. ("FSCT"), and therefore stand to realize significant gains in the event that the price of its stock declines. Following publication of any presentation, report or letter, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation. All expressions of opinion are subject to change without notice, and Spruce Point Capital Management does not undertake to update this report or any information contained herein. Spruce Point Capital Management, subscribers and/or consultants shall have no obligation to inform any investor or viewer of this report about their historical, current, and future trading activities.

This research presentation expresses our research opinions, which we have based upon interpretation of certain facts and observations, all of which are based upon publicly available information, and all of which are set out in this research presentation. Any investment involves substantial risks, including complete loss of capital. Any forecasts or estimates are for illustrative purpose only and should not be taken as limitations of the maximum possible loss or gain. Any information contained in this report may include forward looking statements, expectations, pro forma analyses, estimates, and projections. You should assume these types of statements, expectations, pro forma analyses, estimates, and projections may turn out to be incorrect for reasons beyond Spruce Point Capital Management LLC's control. This is not investment or accounting advice nor should it be construed as such. Use of Spruce Point Capital Management LLC's research is at your own risk. You should do your own research and due diligence, with assistance from professional financial, legal and tax experts, before making any investment decision with respect to securities covered herein. All figures assumed to be in US Dollars, unless specified otherwise.

To the best of our ability and belief, as of the date hereof, all information contained herein is accurate and reliable and does not omit to state material facts necessary to make the statements herein not misleading, and all information has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer, or to any other person or entity that was breached by the transmission of information to Spruce Point Capital Management LLC. However, Spruce Point Capital Management LLC recognizes that there may be non-public information in the possession of FSCT or other insiders of FSCT that has not been publicly disclosed by FSCT. Therefore, such information contained herein is presented "as is," without warranty of any kind – whether express or implied. Spruce Point Capital Management LLC makes no other representations, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. You should assume all statements made are our opinions, unless sourced as facts where practical.

This report's estimated fundamental value only represents a best efforts estimate of the potential fundamental valuation of a specific security, and is not expressed as, or implied as, assessments of the quality of a security, a summary of past performance, or an actionable investment strategy for an investor. This is not an offer to sell or a solicitation of an offer to Buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. under the securities laws of such jurisdiction. Spruce Point Capital Management LLC is registered as an investment advisor with the SEC. Spruce Point Capital Management LLC is not registered as a broker/dealer or accounting firm.

**All rights reserved. This document may not be reproduced or disseminated in whole or in part without the prior written consent of Spruce Point Capital Management LLC.**



May 12, 2020


Bryan Taylor
Advent International
San Francisco, CA


Dear Bryan,

You will recall that, on April 30th, Spruce Point Capital Management ("Spruce Point" or "we") published the results of our forensic review of the public filings related to your pending acquisition of Forescout Technologies ("Forescout," "FSCT," or "the Company"), and strongly recommended that you consider revisiting the terms of the deal or terminating the transaction entirely. Critical to our recommendation was our finding that, prior to agreeing to the deal, Forescout had prepared financial projections suggesting that the Company expected revenue to decline by 18% year-over-year in Q1 FY20. This projection, which management prepared with the specific intention of announcing to the public as its Q1 revenue guidance, was ultimately disclosed later in the proxy following the cancellation of its Q4 FY19 conference call. As far as we can tell, it was also never disclosed to you during the due diligence process. **We believe that Forescout's newly-released Q1 results, which largely affirm the more pessimistic "Illustrative Guidance" revenue projection, and which discloses a restructuring and credit revolver drawdown event (both which may violate a deal covenant) provide stronger justification for renegotiating or terminating the deal. We strongly encourage you to revisit the acquisition on this basis.**

In particular, Forescout announced yesterday that it recorded total revenue of just $57.2M in Q1 FY20, down over 24% versus Q1 FY19. This stands in stark contrast to management's "Target Plan" and "Alternate Plan" – both disclosed to prospective acquirers during the diligence process, per the proxy – which projected full-year FY20 sales growth of 15.5% and 14.6%, respectively. It also stands in contrast to the average sell-side analyst estimate of $78.1M for Forescout's Q1 sales, implying expected growth of 3.4%. The Company's actual Q1 sales results are even worse than the $62.0M Q1 revenue forecast prepared in anticipation of its Q4 FY19 conference call. **Spruce Point concludes that this unannounced Q1 guidance – which, again, was never issued to the public as initially intended, and which appears never to have been disclosed to prospective buyers – was in fact a directionally better measure of Forescout's realized Q1 performance.**

Spruce Point
Capital Management



In its press release and 10-Q issued yesterday afternoon, Forescout management attributed its disappointing Q1 performance to A) *"the effect of the COVID-19 pandemic on large-size deals and new perpetual licenses,"* and B) *"customer uncertainty related to our pending transaction with Advent International Corporation."* We note, however, that the pandemic did not have a serious effect on the U.S. economy until the beginning of March *at the earliest*, and, indeed, that the first shelter-in-place order issued in the U.S. did not take effect until March 19. Accordingly, we strongly doubt that the pandemic could have had such a powerful effect on Forescout's Q1 performance, particularly as <u>over 50% of the Company's revenue is tied to (relatively new) subscriptions and, as such, is recurring</u>. Furthermore, with management's preliminary Q1 guidance so close to the Company's actual performance for the quarter, we question whether either the pandemic or the deal announcement – both of which occurred *after* its preliminary guidance was prepared in late January 2020 (per the proxy) – could in fact be responsible for Forescout's disappointing growth. **<u>Therefore, we believe that neither of management's stated reasons for its overwhelming revenue contraction offer a robust justification for its lackluster performance.</u>**



Spruce Point
Capital Management

From these observations, we arrive at three deeply worrying conclusions:

1. Given the relative precision of Forescout's preliminary Q1 guidance to its actual Q1 performance, and given management's failure to provide a credible "non-fundamental" explanation for its poor results, **we believe that the Company's 24% revenue contraction reflects a breakdown of its top-line growth trajectory attributable to fundamental, business-specific developments are highly likely to have been visible prior to A) the onset of the pandemic in the U.S. and B) the deal announcement.**

   If this is indeed the case, and while we are not lawyers and urge you to seek independent counsel, **we believe that the observed decline in Company performance may represent a Company Material Adverse Effect as defined in the merger agreement, the occurrence of which could give you legal grounds to terminate the deal.**

2. Given that management had foreseen a significant downturn in Forescout's Q1 revenue prior to both A) the onset of the pandemic and B) the deal announcement, yet appears to have failed to disclose this projection during the diligence process, **we remain concerned that Forescout executives may have been aware of the emergence of dramatic, Company-altering headwinds which it never divulged to prospective acquirers, including you.**

   **Failure to disclose such devastating, yet realistic projections certainly calls management's credibility into question and gives Advent a basis for reevaluation of the transaction price and conditions.**

3. **If Forescout's financial outlook was as promising as indicated by the optimistic projections shared during the diligence process, why did the Company announce a restructuring in Q1 2020, and draw down $16m on its credit facility while maintaining $98m of cash and equivalents at year end – enough to bridge its gap to expected Q2 2020 closing?** The Company did not state in its 10-Q that these actions were approved by the Parent, and as such, we worry that Forescout may have violated a Forbearance Covenant in Article V, Section 5.2.



Spruce Point continues to pursue all avenues of diligence available to us in our ongoing evaluation of the health of Forescout's business. In particular, under the Freedom of Information Act ("FOIA"), we have submitted requests to major government customers for documents and correspondence relating the status of their relationships with Forescout. We encourage you to conduct similar diligence as the merger deadline approaches. Even then, we believe that the evidence already known to the public may itself both suggest, and justify, that terminating or renegotiating the acquisition is in your best interest as a fiduciary for public pension funds.

For full disclosure, funds managed by Spruce Point Capital Management hold a short position in Forescout and stand to benefit in the event its share price declines. If you have any questions, please don't hesitate to contact me.

Sincerely,

Ben Axler
Managing Partner
Spruce Point Capital Management, LLC



## *Observations From Q1 2020 Results*

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

# SPRUCE POINT
## CAPITAL MANAGEMENT

*Revenues Decline Way Worse Than Expected; Explanation Is Unsatisfactory*

**Spruce Point observes that Forescout's revenues declined materially more than "Illustrative Guidance" that was formulated in late January 2020, a time period before the deal was announced on February 6th, 2020 and the WHO declared a pandemic on March 11th, 2020. As a result, we express extreme skepticism with management's explanation for its poor performance.**

**From Forescout's 10-Q**: *"The decrease in license revenue primarily resulted from the economic slowdown caused by the global impact of the COVID-19 pandemic, as well as customer uncertainty related to the Merger."*

| $ in mm | Consensus | Q1 Illustrative Guidance Formed Late January And Buried In Proxy | Actual Q1 Results |
|---|---|---|---|
| **Total Revenue** | **$78.1** | **$62.0** | **$57.2** |
| *% Growth* | *3.4%* | *-18.0%* | *-24.3%* |

Source: Forescout 10-Q, proxy and Bloomberg consensus

4



# New Risk Factor About The Transaction Not Being Consummated Just Added

## Forward Risks: Q1 2020 Earnings
### May 12, 2020

**Forward Looking Statements**

This press release contains forward-looking statements that involve risks and uncertainties, including statements regarding the effects of the COVID-19 pandemic on our business, customers and markets, demand for our products, and market opportunity; the benefits of our solution to customers; our pending transaction with Advent, and the Company's prospects. These forward-looking statements involve risks and uncertainties. If any of these risks or uncertainties materialize, or if any of our assumptions prove incorrect, our actual results could differ materially from the results expressed or implied by these forward-looking statements. These risks and uncertainties include risks associated with: the COVID-19 pandemic and related public health measures on our business, customers, markets and the worldwide economy; our pending transaction with Advent, including the risk that the conditions to the closing of the transaction are not satisfied or that the transaction is not consummated; potential litigation relating to the transaction; uncertainties as to the timing of the consummation of the transaction and the ability of each party to consummate the transaction; risks that the proposed transaction disrupts our current plans and operations; the evolution of the cyberthreat landscape facing enterprises in the United States and other countries; our plans to attract new customers, retain existing customers and increase our annual revenue; the development and delivery of new products; our plans and expectations regarding software-as-a-service offerings; our ability to execute on, integrate, and realize the benefits of any acquisition; fluctuations in our quarterly results of operations and other operating measures; increasing competition; new integrations to the Forescout platform; general economic, market and business conditions; and the risks described in the other filings we make with the Securities and Exchange Commission from time to time, including the risks described under the headings "Risk Factors" and "Management Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K, which was filed with the Securities and Exchange Commission (SEC) on February 28, 2020, as amended by Amendment No. 1 on Form 10-K/A to our Annual Report on Form 10-K, which was filed the SEC on April 29, 2020, and which should be read in conjunction with our financial results and forward-looking statements, and is available on the SEC filings section of the Investor Relations page of our website at https://investors.Forescout.com. Additional information will also be set forth in our Quarterly Report on Form 10-Q for the quarter ended March 31, 2020 filed on or about the date hereof. All forward-looking statements in this press release are based on information available to us as of the date hereof, and we do not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made, except as required by law.

## Forward Risks: Shareholder Vote Approval
### April 23, 2020

**Forward-Looking Statements**

This press release contains forward-looking statements that involve risks and uncertainties, including statements regarding the pending acquisition of Forescout by Advent International, including the expected timing of the closing of the transaction. These forward-looking statements involve risks and uncertainties. If any of these risks or uncertainties materialize, or if any of our assumptions prove incorrect, Forescout's actual results could differ materially from the results expressed or implied by these forward-looking statements. These risks and uncertainties include risks associated with: the risk that the conditions to the closing of the transaction are not satisfied; potential litigation relating to the transaction; uncertainties as to the timing of the consummation of the transaction and the ability of each party to consummate the transaction; risks that the proposed transaction disrupts the current plans and operations of Forescout; and the risks described in the filings that Forescout makes with the Securities and Exchange Commission from time to time, including the risks described under the headings "Risk Factors" and "Management Discussion and Analysis of Financial Condition and Results of Operations" in Forescout's Annual Report on Form 10-K, which was filed with the Securities and Exchange Commission on February 28, 2020, and which should be read in conjunction with Forescout's financial results and forward-looking statements, and is available on the SEC filings section of the Investor Relations page of Forescout's website at https://investors.Forescout.com. All forward-looking statements in this press release are based on information available to Forescout as of the date hereof, and Forescout does not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made, except as required by law.

**Why Are More Risk Factors Being Described At The 11th Hour Ahead Of A Promoted May 18th Closing Date By Forescout? These Are Non-Pandemic Risks And Might Allow Advent To Claim A Material Adverse Change**

# Evidence To Suggest Forescout Violated A Deal Covenant

Upon close scrutiny of Forescout's $2.5m surprise restructuring charge and plan initiated in Q1 2020, we see the potential that it violated a Forbearance Covenant of the merger document. There is no mention that approval was obtained from Advent.

**From Forescout's 10-Q**: *"In the first quarter of fiscal year 2020, the Company initiated a restructuring plan (the "Q1 2020 Restructuring Plan") as part of the Company's effort to realign its cost structure in both its go-to-market and engineering organizations. The Q1 2020 Restructuring Plan included reduction in force of approximately 90 employees within the sales, marketing, and engineering functions and was largely completed by March 31, 2020 with no material future costs expected to be incurred."*

## ARTICLE V
## INTERIM OPERATIONS OF THE COMPANY

5.1  *Affirmative Obligations.*    Except (a) as expressly contemplated by this Agreement; (b) as set forth in Section 5.1 or Section 5.2 of the Company Disclosure Letter; (c) as contemplated by Section 5.2; or (d) as approved by Parent (which approval will not be unreasonably withheld, conditioned or delayed), during the Pre-Closing Period, the Company will, and will cause each of its Subsidiaries to, (i) use its respective reasonable best efforts to maintain its existence in good standing pursuant to applicable Law; (ii) subject to the restrictions and exceptions set forth in Section 5.2 or elsewhere in this Agreement, conduct its business and operations in the ordinary course of business; and (iii) use its respective reasonable best efforts to (a) preserve intact its material assets, properties, Contracts and business organizations; (b) keep available the services of its current officers and key employees; and (c) preserve the current relationships with material customers, suppliers, distributors, lessors, licensors, licensees, creditors, contractors and other Persons with whom the Company or any of its Subsidiaries has business relations, in each case solely to the extent that (A) the Company has not, as of the date of this Agreement, already notified such third Person of its intent to terminate those relationships and (B) provided notice thereof to Parent prior to the date of this Agreement.

5.2  *Forbearance Covenants.*    Except (A) as set forth in Section 5.2 of the Company Disclosure Letter; (B) as approved by Parent (which approval will not be unreasonably withheld, conditioned or delayed); or (C) as expressly contemplated by the terms of this Agreement, during the Pre-Closing Period, the Company will not, and will not permit any of its Subsidiaries, to:

(a)  amend or otherwise change the Charter, the Bylaws or any similar organizational document;

(b)  propose or adopt a plan of complete or partial liquidation, dissolution, merger, consolidation, restructuring, recapitalization or other reorganization;

6



# *Did Forescout Violate Another Deal Covenant?*

Why would Forescout draw down on its credit facility, and incur financing costs, if it had $98m of cash and equivalents as of Dec 31, 2019, and it had a reasonable expectation of closing the transaction with Advent in Q2 2020. The merger agreement lists debt incurrence in the Forbearance Covenants. Specifically the debt would have to be *"in the ordinary course of business consistent with past practices"*. However, Forescout has never had to draw on its credit facility before as a public company, so the practice does not appear to be consistent with past practices. There is no mention that approval was obtained from Advent.

*"Further, during the three months ended March 31, 2020, we elected to drawdown on the revolving credit facility available to us in light of the macro-economic conditions and its potential impact on credit market availability in the future."*

*"In addition, during the first quarter of fiscal 2020, we borrowed $16.0 million under our revolving credit facility as a precautionary measure to provide additional liquidity in light of global economic uncertainty and financial market conditions caused by COVID-19. The amount borrowed has been gradually paid down and will be fully paid upon consummation of the Merger."*

5.2    *Forbearance Covenants.*   Except (A) as set forth in Section 5.2 of the Company Disclosure Letter; (B) as approved by Parent (which approval will not be unreasonably withheld, conditioned or delayed); or (C) as expressly contemplated by the terms of this Agreement, during the Pre-Closing Period, the Company will not, and will not permit any of its Subsidiaries, to:

(h)   (i) incur, assume, suffer or modify the terms of any Indebtedness or issue any debt securities, except (A) short-term debt incurred to fund operations of the business in the ordinary course of business consistent with past practice; (B) for loans or advances between Subsidiaries of the Company or between the Company and Subsidiaries; and (C) revolving Indebtedness incurred pursuant to the Credit Agreement to fund operations of the business in the ordinary course of business consistent with past practice; (ii) assume, guarantee, endorse or otherwise become liable or responsible (whether directly, contingently or otherwise) for the obligations of any other Person, except with respect to obligations of wholly owned Subsidiaries of the Company; (iii) make any loans, advances or capital contributions to, or investments in, any other Person, except for

# Do Negative Hardware Margins Suggest Declining Competitive Position, Desperation To Hit Numbers or Channel Stuffing?

Spruce Point observes that Forescout's gross margin on its hardware products plummeted into negative territory for the first time in Q1 FY20. Management attributed this downward trend to *"one off negotiations"* on *"deeply discounted"* deals. However, in light of the competitive struggles which the Company appears to be having in the marketplace, we wonder if such *"deep discounting"* on hardware products represents, a new normal for Forescout, or at worst evidence to suggest desperation to hit numbers or channel stuffing? If so, we believe that Forescout's growth potential and profitability profile have fundamentally turned for the worse. <u>This could represent a material adverse effect per the language of the merger agreement with Advent?</u>

### FSCT: Average Margin on Hardware Sold Separately

| | Q1 FY17 | Q2 FY17 | Q3 FY17 | Q4 FY17 | FY17 | Q1 FY18 | Q2 FY18 | Q3 FY18 | Q4 FY18 | FY18 | Q1 FY19 | Q2 FY19 | Q3 FY19 | Q4 FY19 | FY19 | Q1 FY20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hardware Margin | 22% | 23% | 26% | - | 27% | 23% | 25% | 25% | - | 24% | 24% | 25% | 13% | - | 26% | -8% |

### FSCT: Q1 FY20 10-Q

Margin on our Software Products was approximately 94% and 98% for the three months ended March 31, 2020 and 2019, respectively. Margin on our Hardware Products varies. The average margin on hardware sold separately for use with our Software Products was approximately (8)% and 24% for the three months ended March 31, 2020 and 2019, respectively. The negative margin on hardware sold separately for use with our Software Products primarily reflects two large deals that were deeply discounted as a result of one off negotiations. Margin on appliances, which are the hardware appliances that are embedded with our software, varies. The average margin on our high-end appliances was approximately 71% and 84%, and the average margin on our low-end appliances was approximately 26% and 42%, for the three months ended March 31, 2020 and 2019, respectively.

Source: Forescout 10-Q

8



April 30, 2020

Bryan Taylor
Advent International
San Francisco, CA

Dear Bryan,

First off, congratulations on your recent appointment as head of technology investing at Advent International, and for the successful closing of your $2 billion technology fund focused on "disruptive" businesses. It is an impressive vote of confidence to receive an investment from the Los Angeles City Employees' Retirement System and Virginia Retirement System, among others reported by the press. With great investment power comes even greater investment responsibility. As a fiduciary for the funds of many hard-working public employees, we trust that you are upholding your duties to seek the best investment returns with the lowest risk possible in this highly uncertain and complex period.

Spruce Point Capital Management ("Spruce Point" or "we") has recently conducted a deep forensic review of the public proxy filings with the Securities and Exchange Commission ("SEC") related to your $1.8 billion acquisition of Forescout Technologies, Inc. ("Forescout" or "FSCT") announced on Feb 6, 2020. We are concerned that Forescout may not have given complete, timely, or realistic access to information with respect to its financial projections, thus leading to an inflated $33 per share purchase price. Forescout had been dubbed a dinosaur IPO, and throughout its life as a public company, failed to hit its financial targets. Upon reading the proxy, it appears that Forescout was eager to complete a transaction prior to its Q4 2019 earnings call. At that time, Forescout was set to issue 2020 "Illustrative Guidance" that would have exposed a serious decline in financial expectations, resetting annual revenue guidance from $386m to $355m, or 8% below plan. Surely, this information would have been a blow to its share price. For context, in Q3 FY19, revised sales guidance resulted in a 37% price drop.

Now bear in mind, this dramatic financial revision was contemplated before the WHO declared COVID-19 a pandemic, and lock down measures spread to the Americas, where Forescout has customer concentration. **In today's environment, it's likely that Forescout's financial projections would be even materially worse, as many public companies have retracted financial guidance and Forescout's growth would likely come from small and medium sized businesses that have taken the brunt of the pain.** We do not blame Advent for its inability to see the full-scale impact that COVID-19 has had on the world, or its ill-timed acquisition. However, Advent does have the ability, and a fiduciary duty, to rethink what this means to the valuation ascribed, and share price paid, to acquire Forescout.

It is our belief and request that Advent should consider revising its offer lower or abandoning the transaction outright. In this environment, other companies are terminating deals given the



changing state of world affairs. Forescout's management, venture capitalists, and index shareholders stand to reap significant financial gain from Forescout's inability to achieve its financial goals. This comes at the direct expense of Advent investors. Forescout is unprofitable and appears to be growing much slower than industry peers. On the basis of the Alternative Plan – the last forecast believed to be provided to prospective buyers, per the timeline in the proxy – Advent is offering 4.7x FY20E sales for Forescout. However, on the basis of the Illustrative Guidance, is offering 5.1x FY20E sales. Reducing the deal price to the initial 4.7x on the basis of the (4) Illustrative Guidance would put FSCT shares at $30.39, or 8% below the current deal price. However, share values fall to just ~$26.00 – over 21% below the deal price – if we instead value FSCT shares at 4.7x pandemic-adjusted (15% haircut) FY20 sales guidance. We conclude that, conservatively taking into account the effect of the pandemic, Advent likely paid close to 20% above what it would have intended to pay had it (A) been given clear access to management's Illustrative Guidance and (B) waited just several weeks to observe the effect of the pandemic on the economy.

The precedent (pre-COVID19) software transactions cited in the deal proxy carry a median NTM revenue multiple of 4.7x. However, Spruce Point questions whether these transactions are now relevant to a post-COVID19 Forescout, a chronically-unprofitable player in a pressured vertical of the cybersecurity space. Other, closer comps appear to suggest a lower multiple. <u>In particular, on April 9, 2020 Investcorp Technology Partners acquired German cybersecurity company Avira for $180M. While German financial filings reveal that, like Forescout, Avira has been growing at a relatively modest single-digit rate through the recent past, they also show that it has been consistently profitable over the same period. Even then, it was acquired for a modest revenue multiple of just ~2.2x – considerably lower than Forescout's 4.7x purchase price (on Target Plan), despite its own projected Q1 contraction and continued failure to turn a profit</u>. Spruce Point believes that Forescout should be valued closer to slower-growing peers like Avira. On our pandemic adjusted sales numbers, and assuming a generous 3x sales multiple, we could realistically see Forescout shares 50%-60% lower than your $33 offer price.

**We hope you carefully evaluate our opinions about Forescout.** In these difficult financial times, increased consideration and scrutiny should be given to how capital is allocated between have and have nots. We feel strongly that Forescout's management, VCs, and index owners should not benefit at the expense of hard-working employees of public pension funds.

For full disclosure, funds managed by Spruce Point Capital Management hold a short position in Forescout and stand to benefit in the event its share price declines.

Sincerely,

Ben Axler

Managing Partner
Spruce Point Capital Management, LLC



# *Why Advent Should Cut Its Purchase Price or Abandon The Forescout Deal*

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# *Executive Summary*

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

**SPRUCE POINT**
CAPITAL MANAGEMENT

# Spruce Point Believes Advent Must Revise The FSCT Deal Price 35%-50% Lower, Or Walk Away

On Feb 6, 2020 Forescout Technologies, Inc. ("FSCT" or "the Company") announced its purchase by Advent International for $33/share in a $1.8bn deal. We believe investors ascribe too high a probability that it is a done deal. Upon conducting a forensic analysis of deal proxy statements, we observe that some financial forecasts reviewed by Forescout internally may not have been shared with prospective acquirers – and that some of these forecasts were materially worse than those known to be disclosed to buyers. Whether or not this represents a breach of reps and warranties, we believe it should serve as grounds for Advent to negotiate a lower share price. Advent's interest in revisiting the terms should be high given that the deal was struck just weeks prior to the WHO declaring COVID-19 a pandemic, which we believe dramatically alters the financial outlook for Forescout, a negative EBITDA business which was already under growth pressures and missing its guidance. Importantly, with the onset of the pandemic, Spruce Point estimates that it is likely in Advent's interest to walk away from the deal – even after taking into account its $112M termination fee. We believe Advent substantially overpaid, underscored by Investcorp's recent purchase of Avira in early April. Avira, a profitable cybersecurity company, was acquired at a revenue multiple >50% less than Forescout's. We believe that Advent can, and should, use this as leverage to renegotiate the deal price lower by 35%-50%. In our opinion, Advent, a steward of public pension capital, must negotiate a lower deal price more reflective of Forescout's ominous outlook, rather than unjustly enriching management with a $100m payday, and early VCs for having created limited / no value as a public company.

**Was Forescout's Complete Financial Outlook Shared With Prospective Buyers?:** Upon a close forensic analysis of the deal proxy statement, Spruce Point believes that some financial forecasts prepared by management may not have been shared with prospective buyers. In particular, forecasts which projected FY20 sales 8%-9% lower than the Company's primary "Target Plan" were prepared and analyzed internally at various points through the acquisition timeline, but appear not to have been submitted to potential acquirers. In each case, these internal financial forecasts appear to have represented plausible outcomes for Company performance based on management's best knowledge of the state of the business at the time, and, accordingly, should have been shared alongside its more optimistic forecasts. One of these forecasts was management's preliminary Q1 and full-year FY20 revenue guidance which it planned to (but did not) share on its Feb 6, 2020 (Q4 FY19 earnings) – a call which was cancelled upon the morning's deal announcement. With the Q1'20 guide a full 20% below consensus Q1 estimates and suggesting year-over-year contraction, the announcement could have dealt a crushing blow to the stock, possibly altering the course of any acquisition talks. With Advent – a financial buyer – having shown a relatively high level of sensitivity to forecast adjustments over the course of the negotiation, Spruce Point believes that the later disclosure of this guidance revision lower in the deal proxy may serve as motivation for the firm to walk away from the deal, or at least demand renegotiation.

**A Busted Dinosaur IPO Under Greater Pressures Remarketing Debt Capital In A Highly Discriminating Environment:** It took Forescout 17 years to IPO, giving analysts reason to dub it a "dinosaur" IPO. As a public company, we believe FSCT created little/no value for shareholders, and was showing signs of fundamental strain even prior to the onset of the COVID-19 pandemic: a disappointing Q3 FY19 preannouncement sent shares tumbling down ~37% as top-line growth decelerated to single-digit levels for the first time in years. Spruce Point finds evidence of widespread dissatisfaction among its employee base, notably the front-line sales force which has shown significant turnover. The product itself has also received increasingly unfavorable reviews through the past several years as the competitive landscape has grown more crowded. Based on our primary due diligence, we learned that competitors are bundling more solutions, and cyber deals for small and medium sized businesses are being delayed, leading to pricing pressure. With a large percentage of its customers tied to government spending where margin upside is generally limited, a history of negative EBITDA and free cash flow, and an uncertain SaaS transition, investors should be worried about $400m of debt capital needed to fund the transaction during a newly disclosed "remarketing" period.

**A Favorable Cost / Benefit Analysis Gives Advent Leverage To Demand New Terms:** Spruce Point estimates that, given (1) Advent's potentially incomplete view into Forescout's financials during the negotiation process, and (2) pandemic-related developments which we believe erodes the Company's outlook going forward, a conservative reevaluation of the deal featuring NO multiple compression could see Advent value FSCT more than 20% below the $33/share deal price. Despite facing a $112M termination fee, a straight-forward cost/benefit analysis reveals that, at the current terms, Advent would do better to walk away from the deal rather than complete it. We believe that, in a more realistic scenario in which Forescout's projections are revised downward, and the multiple compressed, FSCT shares should be valued between $17-$22 regardless of whether the deal is renegotiated or annulled completely, yielding 35%-50% downside to the $33 price.

4



*A Busted Dinosaur IPO: Forescout Management Appears To Have Created Little, If Any, Value*

**Even in the midst of one of the strongest bull markets on record, favoring technology companies, FSCT shares appreciated little since the Company went public in late 2017. Spruce Point believes that this reflects management's failure to create meaningful value in recent years, combined with top-line headwinds which, we believe, will continue to plague the Company – particularly against the backdrop of an unprecedented economic environment.**

### ForeScout Technologies prices IoT security IPO at $22

Katie Roof @katie_roof / 10:38 pm EDT • October 26, 2017    💬 Comment

"While earlier investors like Accel, Amadeus, and Meritech will be big winners upon IPO, Wellington won't make a killing," said Atish Davda, CEO at EquityZen. Davda is a shareholder through secondary transactions. He also called ForeScout a "dinosaur" for going public at 17 years old. *Source*

**Oct 2019**

**Forescout preannounces disappointing Q3 FY19**

**Feb 2020**

**Buyout announced**

*Source: Bloomberg*

**Nov 2018**

**Forescout acquires SecurityMatters for $113M, creating little value**

**Oct 2019**

**Corvex Management and Jericho Capital announce activist stake**



# Big Guidance Miss Likely Would Have Been Material To The Stock – And To The Deal Price?

When management announced the deal on Feb 6, it also cancelled its earnings call scheduled for later that day. It instead released its Q4 results immediately upon announcing the deal, disclosing a sales figure which came in 4% below Q4 guidance and consensus estimates of $95M. However, management chose not to disclose the guidance that it planned to issue on the call – figures that <u>would have disappointed Q1 and full-year FY20 consensus by 21% and 6%, respectively, and which would have revealed management's expectation that Q1 sales would have <i>contracted</i> year-over-year</u>. Prior to Q3 FY19, an earnings preannouncement which saw management cut its Q3 sales estimate by 9% sent the stock tumbling by nearly 40% in a single day. What might a >20% Q1 guidance miss have done to the stock had the deal not been completed prior to the call?

## Q3 FY19 Guidance Revision Sent Stock Tumbling Just Under 40%...

## …So What Would Have Happened On Another Top-Line Guidance Miss?

**Q3 FY19 Preannouncement**

Initial Consensus, Sales: $102.0M
Revised Sales Estimate: $91.1M
Disappointment: -10.7%
Stock Price Response: -37.3%

**FY20 Q1 / Full-Year Guide**

Consensus, Sales: $78.1M / $377.4M
Illustrative Guide: $62.0M / $355.0M
Miss (Unannounced): -20.6% / -5.9%
Stock Price Response: ???

*Source: Yahoo! Finance*

*Source: Bloomberg*

If conscious of the full extent of the revenue headwinds of which management appeared to be aware, would Advent have still been willing to purchase Forescout for $33 per share, just one quarter after the stock fell as low as ~$25 after a posting a top-line miss similar to what it would have posted on the Q4 call?



## Review The Deal: Advent Must Carry Out Its Fiduciary Duty To Investors

**Spruce Point believes that Advent has a duty to its investor base to reevaluate the deal in light of potentially new financial forecasts and the rapidly-evolving economic environment. This duty is only magnified by the fact that Advent's largest investors in its latest fund include a host of public investment boards and pension systems, many of which could face increasing strain as the pandemic continues to wreak havoc on financial markets. If this deal no longer makes financial sense in light of new developments, Advent should consider renegotiating or backing out.**

June 06, 2019 01:00 AM

### Advent International raises $17.5 billion for ninth global PE fund

JAMES COMTOIS

Advent International closed its latest fund — Advent Global Private Equity IX — at $17.5 billion, the fund's hard cap, Advent spokeswoman Kerry Golds confirmed in an email.

The fund was oversubscribed, above its $16 billion fundraising target, and closed after six months of fundraising. The firm's previous fund, Advent GPE VIII, raised $13 billion in 2016 and also was oversubscribed.

The fund will make the same strategy as Advent's eight previous GPE funds, investing in buyouts, recapitalizations and growth equity transactions, primarily in Europe and North America, although it may make some select investments in Asia and Latin America.

Investors in the fund include the $128.1 billion Washington State Investment Board, Olympia; the $94 billion Minnesota State Board of Investment, St. Paul; Oregon Investment Council, Tigard, on behalf of the $74.5 billion Oregon Public Employees Retirement System, Salem; the $55.8 billion Los Angeles County Employees Retirement Association, Pasadena, Calif.; the $50.8 billion Tennessee Consolidated Retirement System, Nashville; the $29.1 billion Texas County & District Retirement System, Austin; the $24.5 billion New Mexico State Investment Council, Santa Fe; the $15.6 billion Ohio Police & Fire Pension Fund, Columbus; the $14.5 billion Maine Public Employees Retirement System, Augusta; the Providence-based Rhode Island State Investment Commission on behalf of the $8.1 billion Rhode Island Employees' Retirement System, Providence; and University of Houston System on behalf of its $683 million endowment.

*Source*

### Advent eyes disruptive, high-growth businesses with debut tech fund

*The global giant has raised $2bn for Advent Global Technology with the majority of capital coming from existing LPs.*

By **Adam Le** - 19 September 2019

*Source*

*With its sales growth rate plunging, front-line sales people departing, and diversified competition bundling services and discounting, is Forescout disruptive or being disrupted?*

Around half the capital for Advent Tech came from North American LPs with Europe and Asia-Pacific at roughly 20 percent each and 14 percent form the Middle East. Public pension funds were the largest LP type at 29 percent of capital. Funds of funds accounted for 13 percent of capital.

Investors who committed to the fund include Virginia Retirement System with $20 million and Los Angeles City Employees' Retirement System with $15 million, according to *PEI* data.

*The savings of hard-working public employees put at risk by a low-quality deal?*

**SPRUCE POINT**
CAPITAL MANAGEMENT

## Deals Are Being Cancelled In Response To The Pandemic – Is The Forescout Deal Next?

There is no shame in modifying a bad deal. Spruce Point notes that the COVID-19 pandemic has already begun to wreak havoc on M&A: announced deals, both large and small, have cancelled unilaterally or consensually due to the effects of the crisis. We believe that Advent's planned acquisition of Forescout – announced just weeks before the pandemic took hold in the US – could be the next casualty.

### L Brands Announces Receipt of Notice From Sycamore Partners Purporting to Terminate Pending Sale of 55% Interest in Victoria's Secret

April 22, 2020

COLUMBUS, Ohio, April 22, 2020 (GLOBE NEWSWIRE) -- L Brands, Inc. (NYSE: LB) today announced that Sycamore Partners delivered a notice on April 22, 2020 purporting to terminate the Feb. 20, 2020 transaction agreement ("Transaction Agreement") relating to the sale of a 55% interest in Victoria's Secret Lingerie, Victoria's Secret Beauty and PINK (collectively, Victoria's Secret) announced on  Feb. 20, 2020.  Sycamore Partners also filed a lawsuit in the Court of Chancery of the State of Delaware on April 22, 2020 seeking a declaratory judgment that its termination of the Transaction Agreement is valid.  L Brands believes that Sycamore Partners' purported termination of the Transaction Agreement is invalid.  L Brands will vigorously defend the lawsuit and pursue all legal remedies to enforce its contractual rights, including the right of specific performance.  L Brands intends to continue working towards closing the transactions contemplated by the Transaction Agreement.

### Boeing terminates $4.2 billion deal with Embraer

**New York (CNN Business)** – Boeing has terminated its $4.2 billion deal with Brazilian aircraft maker Embraer, the American company announced Saturday. The deal would have given Boeing a bigger stake in the market for smaller jets and help the company develop airplanes more cheaply.

Embraer responded Saturday in a press release that it will "pursue all remedies against Boeing for the damages incurred." It called Boeing's decision a wrongful termination.

### Woodward and Hexcel Announce Mutual Termination of Merger Agreement

April 06, 2020 07:30 AM Eastern Daylight Time

FORT COLLINS, Colo. & STAMFORD, Conn.--(BUSINESS WIRE)--Woodward, Inc. (NASDAQ: WWD) and Hexcel Corporation (NYSE: HXL) today announced that the companies have mutually agreed to terminate their merger agreement, previously announced on January 12, 2020, under which the parties had agreed to combine in an all-stock merger of equals.

The termination was approved by the Boards of Directors of both companies and is in response to the increasing impact on both the aerospace and industrial sectors, and global markets broadly, resulting from the health crisis caused by the coronavirus (COVID-19) pandemic. The pandemic has resulted in a need for each company to focus on its respective businesses and has impacted the companies' ability to realize the benefits of the merger during these unprecedented times.

In a joint statement, Tom Gendron, Chairman, Chief Executive Officer and President of Woodward, and Nick Stanage, Chairman, Chief Executive Officer and President of Hexcel, said, "While we both believed from the outset, and continue to believe, in the benefits of a combined Woodward and Hexcel, we mutually concluded after careful consideration that given the significant uncertainty in the market, it would not be prudent to continue to pursue the combination and integration of our companies in a merger of equals. Although we are disappointed with this outcome, we are confident this is the right decision for our customers, our shareholders, and our employees as it allows each of us to dedicate our focus and resources toward ensuring Woodward and Hexcel each remain strong and closely connected with our customers and supply chains during these unparalleled times. We continue to be hopeful that our two companies will find opportunities to collaborate on next-generation platforms in the future for the benefit of our customers."

Neither party will be required to pay the other a termination fee as a result of the mutual decision to terminate the agreement.

Apr 16, 2020 -

### Stein Mart and Kingswood Announce Mutual Termination of Merger Agreement

JACKSONVILLE, Fla. and LOS ANGELES, April 16, 2020 (GLOBE NEWSWIRE) -- Stein Mart, Inc. (NASDAQ: SMRT) ("Stein Mart") and Kingswood Capital Management, L.P. ("Kingswood") today announced that the parties have mutually agreed to terminate their merger agreement, previously announced on January 31, 2020, under which an affiliate of Kingswood was to acquire all of the outstanding common stock of Stein Mart not already beneficially owned by affiliates of Jay Stein, Stein Mart's former CEO and current Chairman of the Board of Directors, and related investors.

 PDF Version

The termination was approved by the Stein Mart Board of Directors (other than Mr. Stein) acting on the recommendation of the Special Committee of independent directors that oversaw negotiation of the merger agreement, and is in response to the unpredictable economic conditions resulting from the global health crisis caused by the coronavirus (COVID-19) pandemic, uncertainty regarding Stein Mart's ability to satisfy the conditions to closing, and the substantial expense to Stein Mart of soliciting shareholder approval for a transaction which is unlikely to close.

In a joint statement, Richard L. Sisisky, Stein Mart Board member and Chairman of the Special Committee, and Alex Wolf, Managing Partner of Kingswood, said, "While we both believed in the benefits of the proposed transaction, we have mutually concluded after careful consideration that given the current environment and significant uncertainty, it would not be prudent to continue to pursue the transaction."

Neither party will be required to pay the other a termination fee as a result of the mutual decision to terminate the agreement.



# Why Does Management Get To Walk Away With $100m For Its Failures?

**Despite having created little to no value, in our opinion, as a public company (including missing financial targets and spending $110m on a revenue-less venture SecurityMatters with no clear evidence that it succeeded), Forescout insiders are in line for a hefty payday – cashing out nearly $100m. Why does management get to walk away with so much money, while Advent and its sponsors – reportedly largely state employee pension funds – are left paying richly for an ostensibly struggling business with no clear financial visibility in the midst of a pandemic?**

| Name | Shares Held Directly[1] Number of Shares (#) | Shares Held Directly[1] Value of Shares ($) | In-the-Money Forescout Options[2] Number of Shares Subject to Vested Portion (#) | In-the-Money Forescout Options[2] Value of Shares Subject to Vested Portion ($) | Forescout RSUs and Forescout PSUs[3] Number of Shares (#) | Forescout RSUs and Forescout PSUs[3] Value ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| Michael DeCesare | 355,316 | 11,725,428 | 505,964 | 11,990,977 | 296,954 | 9,799,482 | 33,515,887 |
| Christopher Harms[4] | 121,311 | 4,003,263 | 22,212 | 513,541 | 134,295 | 4,431,735 | 8,948,539 |
| Pedro Abreu | 17,289 | 570,537 | 142,340 | 3,410,023 | 96,602 | 3,187,866 | 7,168,426 |
| Darren J. Milliken | 327 | 10,791 | 63,870 | 1,505,477 | 37,073 | 1,223,409 | 2,739,677 |
| Theresia Gouw[5] | 90,873 | 2,998,809 | — | — | 4,885 | 161,205 | 3,160,014 |
| James Beer | 13,233 | 436,689 | — | — | 29,885 | 986,205 | 1,422,894 |
| David DeWalt | 437,863 | 14,449,479 | — | — | 55,435 | 1,829,355 | 16,278,834 |
| T. Kent Elliott[6] | 30,835 | 1,017,555 | — | — | — | — | 1,017,555 |
| Elizabeth Hackenson | — | — | — | — | 13,833 | 456,489 | 456,489 |
| Mark Jensen | — | — | 95,139 | 2,537,111 | 4,885 | 161,205 | 2,698,316 |
| Rami Kalish[7] | — | — | — | — | — | — | — |
| Kathy McElligott | — | — | — | — | 13,833 | 456,489 | 456,489 |
| Enrique Salem[8] | 317,873 | 10,489,809 | — | — | 4,885 | 161,205 | 10,651,014 |
| Hezy Yeshurun[9] | 320,942 | 10,591,086 | — | — | 4,885 | 161,205 | 10,752,291 |

Note: All insiders based on $33/share
Source: Proxy

*Golden Parachute Compensation*

The following table sets forth the information required by Item 402(t) of Regulation S-K regarding certain compensation for each of Forescout's named executive officers that is based on, or that otherwise relates to, the merger. This compensation is referred to as "golden parachute" compensation by the applicable SEC disclosure rules, and in this section such term is used to describe the merger-related compensation payable to Forescout's named executive officers. Forescout's "named executive officers" for purposes of the disclosure in this proxy statement are Messrs. DeCesare, Harms, Abreu and Milliken. For additional details regarding the terms of the payments quantified below, see the sections of this proxy statement captioned "—Interests of Forescout's Directors and Executive Officers in the Merger—Treatment of Equity-Based Awards" and "—Interests of Forescout's Directors and Executive Officers in the Merger—Employment Agreements."

The amounts in the table are estimated using the following assumptions and such additional assumptions as may be set forth in the footnotes to the table:

- that the effective time of the merger will occur on May 1, 2020 (which is the assumed closing date of the merger solely for purposes of this proxy statement, including this golden parachute compensation disclosure);

- that the named executive officer will have a qualifying termination of his employment at the effective time of the merger that results in severance benefits becoming payable to him under his employment agreement; and

- that the equity awards that are outstanding as of May 1, 2020, are the equity awards that Forescout has granted to the named executive officer through March 20, 2020.

The amounts reported below are estimates based on these and other assumptions that may or may not actually occur or be accurate on the relevant date. Accordingly, the ultimate values to be received by a named executive officer in connection with the merger may differ from the amounts set forth below. Forescout's named executive officers will not receive pension, non-qualified deferred compensation or tax reimbursements in connection with the merger. As required by applicable SEC rules, all amounts below that are determined using the per share value of our common stock have been calculated based on the per share merger consideration.

| Name | Cash ($)[1] | Equity ($)[2] | Perquisites/ Benefits ($)[3] | Total ($)[4] |
|---|---|---|---|---|
| Michael DeCesare | 1,000,000 | 9,799,482 | 28,831 | 10,828,313 |
| Christopher Harms | 725,000 | 4,431,735 | 28,831 | 5,185,566 |
| Pedro Abreu | 750,000 | 3,187,866 | 28,831 | 3,966,697 |
| Darren J. Milliken | 495,175 | 1,223,409 | 9,190 | 1,727,774 |

**SPRUCE POINT**
CAPITAL MANAGEMENT

# Enriching Management And Financial Interests At The Expense Of The Public

In an unprecedented period akin to a depression where the disparity between have and have-nots is widening, Spruce Point believes that the proposed Forescout deal unjustly enriches management and long-time VCs stuck in dinosaur investment, while putting public employee pension dollars at risk. We believe that Advent has a duty to review the terms of the deal in light of Forescout's struggles and the ongoing pandemic.

| Potential Winners Of The Deal | Potential Losers Of The Deal |
|---|---|
| Advent (via portfolio fees) | Advent investors / public pension funds / hard-working U.S. citizens |
| Venture capital firms with a stake in Forescout > 10yrs | Debt investors |
| Activists and Index / ETF funds | Forescout employees jumping ship |
| Management (via excessive golden parachute pay day) | Forescout customers during transition of business/ownership |
| Lawyers collecting fees | |
| Morgan Stanley (advisor/fairness opinion fees) | |

**SPRUCE POINT**
CAPITAL MANAGEMENT

## Change (And Inconsistent) Language Suggests Rising Financing Risk?

Does a subtle change (and inconsistency) in the transaction details discussed in Forescout's deal-related press releases suggest that financing for the deal may be at risk? On Feb 6th and March 9th the Company claimed that the deal was expected to close in Q2 FY20 "subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals." On Apr 23rd, the deal was indeed approved by a shareholder vote, with over 99% voting in favor of the transaction. However, the press release now says the completion of the deal is conditional upon "a customary debt marketing period." whereas the transcript says "remarketing period". Why did management choose to highlight this condition only now? Does remarketing the financing suggest it is at risk now with the onset of the COVID-19 pandemic?

### FSCT: Acquisition Press Release (Feb 6, 2020)

The transaction is expected to close in the second calendar quarter of 2020, subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

*Source*

### FSCT: Expiration Go Shop Release (March 9, 2020)

The transaction is expected to close in the second calendar quarter of 2020, subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

*Source*

### FSCT: Acquisition Press Release (Apr 23, 2020)

Forescout continues to expect the transaction to close in the second calendar quarter of 2020 following the completion of a customary debt "marketing period" by Advent. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

*Source*

### FSCT: Special Meeting of Stockholders (Apr 23, 2020)

"Based on the preliminary report of Inspector of Elections, stockholders voted to adopt the merger agreement and voted to approve the compensation that will or may become payable to Forescout -- by Forescout to its named executive officers. The Inspector of Elections will execute a certificate as to the results of the voting, and that certificate will be filed with the minutes of this meeting. As we have sufficient votes to approve the adoption of the merger agreement, the proposal of the proxy to adjourn this meeting to a later date to solicit additional proxies is rendered moot, and will not be presented for a vote. The final tabulation of these votes will appear in the Form 8-K to be filed with the Securities and Exchange Commission. *We currently expect the merger to be consummated on or around May 18, 2020, after buyer's remarketing period ends.*"

*- Darren Milliken, General Counsel – Forescout Technologies*

**Remarketing or marketing period?**

**Has the financing for the deal originally announced on Feb 6 fallen through or become less certain?**

11



*Did Management Fail To Disclose A Weak Financial Outlook To Prospective Acquirers?*

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

# SPRUCE POINT
## CAPITAL MANAGEMENT

# Were All Financial Forecasts Prepared By Management Provided To Prospective Buyers?

In the acquisition timeline provided in the proxy statement issued following the deal's announcement, Forescout discusses its preparation of four different sets of long-term financial forecasts at various points through late 2019 and early 2020. Its (1) "Target Plan" and (2) "Preliminary Alternate Plan" were completed in Nov 2019 – towards the beginning of the acquisition timeline, and in the normal course of management's internal financial reviews. Its (3) "Alternate Plan" was later completed in early Feb 2020 on updated information regarding its sales and expense outlook, in conjunction with the (4) "Illustrative Guidance" which management expected to release on its planned Feb 6, 2020 earnings call for Q4 FY19. After a close analysis of the provided deal timeline and the contents of each of the forecasts disclosed, Spruce Point questions whether potential buyers were provided all of management's forecasts – each of which differed materially from the others – and, therefore, whether they were made fully aware of management's financial outlook.

## FSCT: Deal Proxy Statement

On November 19 and November 20, 2019, the Forescout Board held a regularly scheduled meeting. Forescout's historical practice is for Forescout management to review an early draft of Forescout's operating plan with the Forescout Board in November of each year, with the operating plan finalized following the completion of Forescout's fiscal year. Consistent with that practice, during a portion of this meeting, which was attended by members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley, members of Forescout management reviewed with the Forescout Board preliminary drafts of the Target Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts") and the Preliminary Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"). Forescout management also described the process of preparing the Target Plan and the Preliminary Alternate Plan (including their present "tops-down" nature), as well as the additional work to be undertaken to finalize Forescout's operating plan for further review by the Forescout Board. For additional information on the Target Plan and the Preliminary Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The Forescout Board approved Morgan Stanley providing the Target Plan to potential acquirers in order to assist the potential acquirers with their valuation work. Morgan Stanley subsequently provided this information. The representatives of Morgan Stanley also provided an update on the status of the ongoing process relating to the potential sale of Forescout, including as to the status of each potential acquirer's interest in an acquisition of Forescout.

On January 27, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley described recent conversations with representatives of Financial A. During these conversations, the representatives of Financial A stated that, as a result of Forescout's preliminary results for the fourth quarter of 2019, Financial A (1) was not going to make a revised acquisition proposal because its updated view of valuation for Forescout would likely be below $30.00 per share; and (2) believed that Forescout should proceed with its scheduled earnings announcement on February 6, 2020, after which the parties could potentially resume discussions regarding an acquisition. In view of these conversations with Financial A and the lack of engagement by Financial B, the Strategic Committee believed that only Advent and Financial C were still considering a potential acquisition of Forescout prior to the public announcement of Forescout's results for the fourth quarter of 2019. The members of Forescout management further described their evolving understanding of the trends that impacted Forescout's results for the fourth quarter of 2019 and the negative impact that those trends were likely to have on Forescout's expected results for 2020. They also again reviewed Forescout's sales pipeline for 2020 (which continued to be impacted by greater weakness than originally anticipated). The members of Forescout management described their current expectations for Forescout's public guidance for the first quarter and full year of 2020, respectively, which guidance included the information contained in the Illustrative Guidance (as defined under the section of this proxy statement captioned "—Financial Forecasts"); such guidance would be released, in the absence of a sale of Forescout, in connection with Forescout's results for the fourth quarter of 2019. Together with the Strategic Committee, the members of Forescout management reviewed a draft of the Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"), including its "bottoms-up" nature. For additional information on the Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The members of Forescout management also described the potential negative impact that Forescout's results for the fourth quarter of 2019 and expected financial guidance for 2020 could have, individually and collectively, on Forescout's stock price. The Strategic Committee approved the use of the (1) Alternate Plan (in lieu of the Preliminary Alternate Plan), (2) Target Plan and (3) Illustrative Guidance for purposes of Morgan Stanley's financial analysis of Forescout. The Strategic Committee instructed Morgan Stanley to provide the Alternate Plan to Advent and Financial C. Morgan Stanley subsequently provided this information.

### Nov 2019
**Management had prepared a (1) Target Plan and (2) Preliminary Alternative Plan, but submitted only the (1) Target Plan to potential acquirers?**

### Jan 2020
**Management prepared an amended (3) Alternative Plan and (4) Illustrative Guidance, but submitted only the (3) Alternative Plan to potential acquirers?**

Spruce Point believes that any failure by management to disclose its full financial outlook to prospective buyers could, at the very least, provide sufficient grounds for Advent to ask Forescout to renegotiate the deal price. At worst, it could represent a potential breach of Forescout's representations and warranties, and thus give Advent a chance to exit the deal without paying an exit fee.



# Low-End Forecast Of Financial Outcomes Not Provided To Prospective Buyers?

In Nov 2019, management completed its (1) "Target Plan" and (2) "Preliminary Alternate Plan" in the course of its regular preparation of internal financial forecasts. Both were formed a "tops-down" basis, without the "bottoms-up" analyses of Forescout's sales pipeline and anticipated expenses which would be completed only in Jan 2020. Management claims that the two plans "were prepared to illustrate *to the Forescout Board* the degree of variability" in the Company's prospective sales and expenses. However, Spruce Point notes that, at the time, *only the (1) "Target Plan" was provided to potential acquirers*, according the deal proxy. If, per its (2) "Preliminary Alternate Plan," management believed that sales could plausibly be close to 10% *lower* than its Target Plan forecast in FY20 and beyond, and if it believed that EBIT could remain close to zero through FY22, why was this not explicitly communicated to potential acquirers?

**(1) Target Plan**

**(Nov 2019)**

*Disclosed To Buyers*

**(2) Preliminary Alternative Plan**

**(Nov 2019)**

*NOT Disclosed To Buyers?*

**Management Discussion**

| (Dollars in millions)[1] | 2019E | Target Plan | | | | Extrapolations | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
| Revenue | $ 342 | $ 389 | $ 442 | $ 505 | $ 616 | $ 732 | $ 846 | $ 952 | $ 1,041 | $ 1,105 | $ 1,138 |
| Non-GAAP EBIT[2] | $ (36) | $ 13 | $ 34 | $ 46 | $ 88 | $ 121 | $ 158 | $ 199 | $ 240 | $ 280 | $ 313 |
| Depreciation | $ 12 | $ 13 | $ 16 | $ 21 | $ 26 | $ 29 | $ 33 | $ 34 | $ 36 | $ 35 | $ 34 |
| EBITDA[3] | $ (24) | $ 26 | $ 50 | $ 67 | $ 114 | $ 150 | $ 191 | $ 233 | $ 276 | $ 315 | $ 347 |
| Stock-based compensation | $ (54) | $ (50) | $ (51) | $ (53) | $ (55) | $ (55) | $ (55) | $ (55) | $ (55) | $ (55) | $ (55) |
| Taxes | $ 0 | $ 0 | $ 0 | $ 0 | $ (8) | $ (16) | $ (26) | $ (36) | $ (46) | $ (56) | $ (64) |
| Change in deferred revenue | $ 26 | $ 26 | $ 140 | $ 180 | $ 161 | $ 155 | $ 139 | $ 116 | $ 87 | $ 56 | $ 25 |
| Change in net working capital | $ (3) | $ (33) | $ (63) | $ (30) | $ (35) | $ (37) | $ (36) | $ (33) | $ (28) | $ (20) | $ (10) |
| Capital expenditures | $ (8) | $ (12) | $ (18) | $ (24) | $ (32) | $ (35) | $ (38) | $ (39) | $ (39) | $ (37) | $ (34) |
| Unlevered free cash flow[4] | $ (63) | $ (43) | $ 58 | $ 140 | $ 145 | $ 161 | $ 175 | $ 186 | $ 195 | $ 202 | $ 208 |

Preliminary Alternate Plan

The following table summarizes the Preliminary Alternate Plan for fiscal years 2019 through 2023. The Preliminary Alternate Plan was not extrapolated.

| (Dollars in millions)[1] | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Revenue | $ 342 | $ 356 | $ 394 | $ 446 | $ 538 |
| Non-GAAP EBIT[2] | $ (36) | $ (11) | $ (1) | $ 2 | $ 31 |

**Difference In Forecasts**

| | FY20 | FY21 | FY22 | FY23 |
|---|---|---|---|---|
| **Sales** | -8.5% | -10.9% | -11.7% | -12.7% |
| **EBIT** | -184.6% | -102.9% | -95.7% | -64.8% |

- These operating plans were prepared by Forescout management in November 2019 on a tops-down basis. Neither the Target Plan nor the Preliminary Alternate Plan reflected (1) a bottoms-up analysis of Forescout's sales pipeline (which was in process as of November 2019 and would not be completed until January 2020); (2) a bottoms-up expense analysis (which was in process as of November 2019 and would not be completed until January 2020); or (3) Forescout's results for the fourth quarter of 2019. The Target Plan and the Preliminary Alternate Plan were prepared to illustrate to the Forescout Board the degree of variability of the factors described in the preceding sentence.

- Forescout management generally characterized (1) the Target Plan as reflecting the resumption of customer sales transactions with bookings of $10 million or more to levels experienced in 2017 and 2018 but not in 2019; and (2) the Preliminary Alternate Plan as reflecting the absence of such customer sales transactions.

- The Forescout Board reviewed the Target Plan and the Preliminary Alternate Plan in November 2019, and they were shared with Morgan Stanley on November 20, 2019, and the Target Plan was subsequently provided to the potential acquirers.

- The Forescout Board approved providing the Target Plan to potential acquirers in order to assist the potential acquirers with their valuation work.

- Morgan Stanley prepared extrapolations of the Target Plan for fiscal years 2024 through 2029 based upon the guidance and direction of Forescout management.

**Why was only the more optimistic (1) Target Plan provided to prospective acquirers when the less optimistic (2) Preliminary Alternative Plan represented plausible variability in Forescout's future results?**

14


**SPRUCE POINT**
CAPITAL MANAGEMENT

## *Amended Low-End Forecast Provided To Prospective Buyers Differed From Internal Low-End Forecast?*

In Jan 2020, after performing a "bottoms-up" analysis of the Company's sales pipeline and anticipated expenses, management prepared an amended (3) "Alternate Plan" reflecting the updated data, in addition to (4) "Illustrative Guidance" which it planned to release to investors on its Feb 6, 2020 Q4 FY19 earnings call. While projecting out-year sales between 6%-11% below those outlined in the (1) "Target Plan" – which, at this point, remained unchanged – the (3) "Alternate Plan" outlined a FY20 revenue estimate of $386M, close to the (1) "Target Plan's" $389M estimate. Why, then, was management preparing to issue FY20 guidance of $355M, $34M (close to 10%) below the (1) "Target Plan" estimate? How could management justify an (3) "Alternate Plan" revenue estimate so far above a guide which should have been informed by the same data? And why does it appear that, per the acquisition timeline, the (4) "Illustrative Guidance" was never provided to potential buyers?

**(2) *Preliminary* Alternative Plan**

**(Nov 2019)**

*NOT Disclosed To Buyers?*

Preliminary Alternate Plan

The following table summarizes the Preliminary Alternate Plan for fiscal years 2019 through 2023. The Preliminary Alternate Plan was not extrapolated.

| (Dollars in millions)(1) | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Revenue | $ 342 | $ 356 | $ 394 | $ 446 | $ 538 |
| Non-GAAP EBIT(2) | $ (36) | $ (11) | $ (1) | $ 2 | $ 31 |

*Amended in Jan 2020 based on bottoms-up sales and expense analysis*

**(3) Alternative Plan**

**(Jan 2020)**

*Disclosed To Buyers*

| (Dollars in millions)(1) | Alternate Plan | | | | | Extrapolations | | | | | |
| | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 337 | $ 386 | $ 417 | $ 464 | $ 549 | $ 635 | $ 718 | $ 794 | $ 858 | $ 905 | $ 933 |
| Non-GAAP EBIT(2) | $ (38) | $ 4 | $ 20 | $ 33 | $ 64 | $ 91 | $ 122 | $ 156 | $ 191 | $ 225 | $ 256 |
| Depreciation | $ 12 | $ 13 | $ 16 | $ 20 | $ 26 | $ 25 | $ 27 | $ 28 | $ 29 | $ 29 | $ 28 |
| EBITDA(3) | $ (26) | $ 17 | $ 36 | $ 53 | $ 90 | $ 116 | $ 149 | $ 184 | $ 220 | $ 254 | $ 284 |
| Stock-based compensation | $ (55) | $ (56) | $ (57) | $ (58) | $ (58) | $ (58) | $ (58) | $ (58) | $ (58) | $ (58) | $ (58) |
| Taxes | $ 0 | $ 0 | $ 0 | $ 0 | $ (1) | $ (8) | $ (16) | $ (24) | $ (33) | $ (42) | $ (50) |
| Change in deferred revenue | $ 16 | $ 36 | $ 129 | $ 175 | $ 172 | $ 157 | $ 134 | $ 106 | $ 75 | $ 46 | $ 20 |
| Change in net working capital | $ 13 | $ (66) | $ (50) | $ (35) | $ (34) | $ (27) | $ (26) | $ (24) | $ (20) | $ (15) | $ (9) |
| Capital expenditures | $ (8) | $ (12) | $ (18) | $ (24) | $ (32) | $ (31) | $ (32) | $ (33) | $ (32) | $ (30) | $ (28) |
| Unlevered free cash flow(4) | $ (60) | $ (81) | $ 40 | $ 110 | $ 137 | $ 149 | $ 151 | $ 151 | $ 152 | $ 154 | $ 160 |

**Difference In Jan 2020 Forecasts**

| Forecast | FY20 Sales Estimate |
|---|---|
| (3) Alternative Plan | $386.0M |
| (4) Illustrative Guidance | $355.0M |
| % Difference | -8.0% |

Why was the (3) Alternative Plan so different from management's (4) Illustrative Guidance when supposedly both informed by the same bottoms-up analysis?

Why does it seem that only the (3) Alternative Plan was given to potential buyers?

**(4) Illustrative Guidance**

**(Jan 2020)**

*NOT Disclosed To Buyers?*

results for the fourth quarter of 2019. The members of Forescout management further described their evolving understanding of the trends that impacted Forescout's results for the fourth quarter of 2019 and the negative impact that those trends were likely to have on Forescout's expected results for 2020. They also again reviewed Forescout's sales pipeline for 2020 (which continued to be impacted by greater weakness than originally anticipated). The members of Forescout management described their current expectations for Forescout's public guidance for the first quarter and full year of 2020, respectively, which guidance included the information contained in the Illustrative Guidance (as defined under the section of this proxy statement captioned "—Financial Forecasts"); such guidance would be released, in the absence of a sale of Forescout, in connection with Forescout's results for the fourth quarter of 2019. Together with the Strategic Committee, the members of Forescout management reviewed a draft of the Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"), including its "bottoms-up" nature. For additional information on the Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The members of Forescout management also described the potential negative impact that Forescout's results for the fourth quarter of 2019 and expected financial guidance for 2020 could have, individually and collectively, on Forescout's stock price. The Strategic Committee approved the use of the (1) Alternate Plan (in lieu of the Preliminary Alternate Plan), (2) Target Plan and (3) Illustrative Guidance for purposes of Morgan Stanley's financial analysis of Forescout. The Strategic Committee instructed Morgan Stanley to provide the Alternate Plan to Advent and Financial C. Morgan Stanley subsequently provided this information.

In late January 2020, Forescout management also provided Morgan Stanley with an illustrative revenue guidance amount of $62 million and $355 million for the first quarter and all of 2020, respectively. We refer to this as the "Illustrative Guidance." The Illustrative Guidance represented preliminary, but not finalized, revenue guidance that Forescout management shared with the Strategic Committee and Morgan Stanley.

15



# Language In Acquisition Timeline Appears To Suggest That Not All Forecasts Were Disclosed

**Upon a close review of the text of the provided acquisition timeline, Spruce Point concludes that, per the deal proxy, it appears that neither the (2) "Preliminary Alternate Plan" nor the (4) "Illustrative Guidance" was ever provided directly to potential acquirers.**

## Nov 19-20

**(1) Target Plan** and **(2) Prelim. Alternative Plan** BOTH prepared

**ONLY (1) Target Plan** provided to prospective buyers

On November 19 and November 20, 2019, the Forescout Board held a regularly scheduled meeting. Forescout's historical practice is for Forescout management to review an early draft of Forescout's operating plan with the Forescout Board in November of each year, with the operating plan finalized following the completion of Forescout's fiscal year. Consistent with that practice, during a portion of this meeting, which was attended by members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley, members of Forescout management reviewed with the Forescout Board preliminary drafts of the Target Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts") and the Preliminary Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"). Forescout management also described the process of preparing the Target Plan and the Preliminary Alternate Plan (including their present "tops-down" nature), as well as the additional work to be undertaken to finalize Forescout's operating plan for further review by the Forescout Board. For additional information on the Target Plan and the Preliminary Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The Forescout Board approved Morgan Stanley providing the Target Plan to potential acquirers in order to assist the potential acquirers with their valuation work. Morgan Stanley subsequently provided this information. The representatives of Morgan Stanley also provided an update on the status of the ongoing process relating to the potential sale of Forescout, including as to the status of each potential acquirer's interest in an acquisition of Forescout.

## Jan 3-6

**Mgmt. discusses poor preliminary Q4 results and '20 pipeline** internally

**ONLY preliminary Q4 results** provided to prospective buyers

On January 3, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. Members of Forescout management reviewed Forescout's preliminary results for the fourth quarter of 2019. These results reflected revenue below Forescout's public guidance due to, among other things, continued sales weakness and a greater than expected shift away from perpetual licenses and toward term-based licenses. The Strategic Committee discussed how this revenue shortfall (and the related failure to achieve Forescout's public guidance) was likely to negatively impact Forescout's stock price and could potentially impact the amount that a potential acquirer was willing to pay to acquire Forescout. The representatives of Morgan Stanley provided an update on the status of the ongoing process relating to the potential sale of Forescout, including that no

On January 6, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. Members of Forescout management further reviewed Forescout's preliminary results for the fourth quarter of 2019 as well as forecasts of Forescout's sales pipeline for 2020 The Strategic Committee instructed Morgan Stanley to provide a summary of these preliminary results to Advent, Financial A, Financial B, Financial C, Strategic B and Strategic C. Morgan Stanley subsequently provided this information.

## Jan 24

**Mgmt. concludes that it will not meet the (1) Target Plan** OR the lower **(2) Prelim. Alternative Plan** in '20

On January 24, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley provided an update on the ongoing process relating to the status of the potential sale of Forescout, including that Financial A did not appear to be contemplating an acquisition of Forescout as it had decreased its level of activity in support of an acquisition. Members of Forescout management described their evolving understanding of the trends that impacted Forescout's results for the fourth quarter of 2019 and the negative impact that those trends were likely to have on Forescout's results for 2020 and beyond. They also discussed Forescout's sales pipeline for 2020, which reflected greater weakness than originally anticipated. Although members of Forescout management expressed their belief that the 2020 financial results contemplated by the Target Plan were still achievable, they informed the Strategic Committee that it was likely that Forescout's 2020 financial results would be below the estimates in the Target Plan and the Preliminary Alternate Plan.

## Jan 27

**Mgmt. prepares (3) Alternative Plan** and **(4) Illustrative Guidance**

**ONLY (3) Alternative Plan** is provided to prospective buyers

results for the fourth quarter of 2019. The members of Forescout management further described their evolving understanding of the trends that impacted Forescout's results for the fourth quarter of 2019 and the negative impact that those trends were likely to have on Forescout's expected results for 2020. They also again reviewed Forescout's sales pipeline for 2020 (which continued to be impacted by greater weakness than originally anticipated). The members of Forescout management described their current expectations for Forescout's public guidance for the first quarter and full year of 2020, respectively, which guidance included the information contained in the Illustrative Guidance (as defined under the section of this proxy statement captioned "—Financial Forecasts"); such guidance would be released, in the absence of a sale of Forescout, in connection with Forescout's results for the fourth quarter of 2019. Together with the Strategic Committee, the members of Forescout management reviewed a draft of the Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"), including its "bottoms-up" nature. For additional information on the Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The members of Forescout management also described the potential negative impact that Forescout's results for the fourth quarter of 2019 and expected financial guidance for 2020 could have, individually and collectively, on Forescout's stock price. The Strategic Committee approved the use of the (1) Alternate Plan (in lieu of the Preliminary Alternate Plan), (2) Target Plan and (3) Illustrative Guidance for purposes of Morgan Stanley's financial analysis of Forescout. The Strategic Committee instructed Morgan Stanley to provide the Alternate Plan to Advent and Financial C. Morgan Stanley subsequently provided this information.



## Summary: Not All Financial Information Provided To Prospective Buyers?

Spruce Point finds that, if the details provided by the proxy's acquisition timeline are complete, prospective buyers may not have been given internal financial forecasts which differed materially from the forecasts provided to them.

| Date | Forecasts Prepared By / Information Available To Management | Forecasts / Information Provided To Potential Buyers? | Difference In Financial Forecast (Selected Items) | Commentary |
|---|---|---|---|---|
| Nov 19-20, 2019 | • (1) Target Plan<br>• (2) Preliminary Alternative Plan | • (1) Target Plan<br>• ~~(2) Preliminary Alternative Plan~~ | • FY20 Sales: $33M (9%)<br>• FY20 EBIT: $24M (185%)<br><br>• FY23 Sales: $78M (13%)<br>• FY23 EBIT: $57M (65%) | • If the (2) Preliminary Alternative Plan was "prepared to illustrate to the Forescout board the degree of variability" in Forescout's sales pipeline and future expenses, why was it not provided to prospective buyers alongside the more optimistic (1) Target Plan? |
| Jan 3-6, 2020 | • Preliminary Q4 FY19 Results<br>• FY20 Sales Pipeline Forecast | • Preliminary Q4 FY19 Results<br>• ~~FY20 Sales Pipeline Forecast~~ | • N/A | • Why were prospective buyers not given a "bottoms-up" view into Forescout's forward sales outlook after being given only a "tops-down" forecast (the (1) Target Plan) in Nov 2019, particularly since this pipeline forecast later informed a lower (3) Alternative Plan? |
| Jan 24-27, 2020 | • (3) Alternative Plan<br>• (4) Illustrative Guidance | • (3) Alternative Plan<br>• ~~(4) Illustrative Guidance~~ | • FY20 Sales: $31M (8%) | • How could two FY20 sales forecasts supposedly based on the same internal information vary so significantly? If both were plausible, why was only the more optimistic (3) Alternative Plan provided to prospective buyers? |

17

## SPRUCE POINT
### CAPITAL MANAGEMENT

# If The "Alternative Plan" Elicited Revised Offers, What Would Disclosing Guidance Have Done?

Given the details provided in the acquisition timeline, it seems reasonable to believe that the (2) "Preliminary Alternative Plan" was indeed never provided to prospective acquirers. When the (3) "Alternative Plan" – a more optimistic forecast than the (2) "Preliminary Alternative Plan," but less optimistic than the (1) "Target Plan" – was purportedly provided to the remaining prospective buyers, both immediately revised their offers downwards in response: "Financial C" from $34-$35 per share to "a couple of dollars" lower, and Advent from $38-$41 to $32. It seems unlikely that these offers would have been revised downward in response to the (3) "Alternative Plan" had "Financial C" and Advent both been privy to the more pessimistic (2) "Preliminary Alternative Plan" beforehand. As the deal timeline also appears to suggest that the even more negative (4) "Illustrative Guidance" was never provided to the prospective buyers, it seems reasonable to believe that they were never made aware of these estimates during the diligence process.

### Jan 27
**(3) Alternative Plan ONLY is provided to buyers, NOT (4) Illustrative Guidance**

including its "bottoms-up" nature. For additional information on the Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The members of Forescout management also described the potential negative impact that Forescout's results for the fourth quarter of 2019 and expected financial guidance for 2020 could have, individually and collectively, on Forescout's stock price. The Strategic Committee approved the use of the (1) Alternate Plan (in lieu of the Preliminary Alternate Plan), (2) Target Plan and (3) Illustrative Guidance for purposes of Morgan Stanley's financial analysis of Forescout. The Strategic Committee instructed Morgan Stanley to provide the Alternate Plan to Advent and Financial C. Morgan Stanley subsequently provided this information.

### Jan 31
**Buyers require time to review (3) Alternative Plan**

Also on January 31, 2019, representatives of each of Advent and Financial C separately informed Morgan Stanley that they required more time to make their final proposal given work that they and their financing sources needed to do to review and analyze the Alternate Plan. As such, the Strategic Committee, in consultation with Morgan Stanley, agreed to move the deadline for final acquisition proposals to February 3, 2020.

### Feb 3
**Both remaining prospective buyers revise offers downward in response to (3) Alternative Plan**

On February 3, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley described recent conversations with representatives of Financial C. During these conversations, the representatives of Financial C expressed Financial C's (1) continued interest in acquiring Forescout; (2) need to reduce its per share price proposal (which was previously $34.00 to $35.00 in cash per share of common stock) by "a couple of dollars" per share in view of the information contained in the Alternate Plan; and (3) need for additional time to complete its work. At this point, a revised proposal had not yet been received from Advent.

Later on February 3, 2020, Advent provided a revised proposal to acquire Forescout for $32.00 per share of common stock in cash. This proposal was accompanied by a revised draft of the merger agreement and drafts of the equity commitment letter and limited guarantee. Among other things, Advent's proposed revisions to the draft merger agreement included the removal of the "go-shop" provision but accepted Forescout's proposal related to the amount of the termination fee payable by Forescout in order to accept a superior acquisition proposal from a third party after entry into the merger agreement with Advent.

**If they were indeed never made aware of the (4) "Illustrative Guidance," by how much more might have the prospective buyers revised their offers downwards had this guide been disclosed?**

18

# Big Guidance Miss Likely Would Have Been Material To The Stock – And To The Deal Price?

**SPRUCE POINT** CAPITAL MANAGEMENT

When management announced the deal on Feb 6, it also cancelled its earnings call scheduled for later that day. It instead released its Q4 results immediately upon announcing the deal, disclosing a sales figure which came in 4% below Q4 guidance and consensus estimates of $95M. However, management chose not to disclose the guidance that it planned to issue on the call – figures that <u>would have disappointed Q1 and full-year FY20 consensus by 21% and 6%, respectively, and which would have revealed management's expectation that Q1 sales would have</u> <u>*contracted*</u> <u>year-over-year</u>. Prior to Q3 FY19, an earnings preannouncement which saw management cut its Q3 sales estimate by 9% sent the stock tumbling by nearly 40% in a single day. What might a >20% Q1 guidance miss have done to the stock had the deal not been completed prior to the call?

## Q3 FY19 Guidance Revision Sent Stock Tumbling Just Under 40%...

**Q3 FY19 Preannouncement**

Initial Consensus, Sales: $102.0M
Revised Sales Estimate: $91.1M
Disappointment: -10.7%
Stock Price Response: -37.3%

*Source: Yahoo! Finance*

## …So What Would Have Happened On Another Top-Line Guidance Miss?



**FY20 Q1 / Full-Year Guide**

Consensus, Sales: $78.1M / $377.4M
Illustrative Guide: $62.0M / $355.0M
Miss (Unannounced): -20.6% / -5.9%
Stock Price Response: ???

*Source: Bloomberg*

If conscious of the full extent of the revenue headwinds of which management appeared to be aware, would Advent have still been willing to purchase Forescout for $33 per share, just one quarter after the stock fell as low as ~$25 after a posting a top-line miss similar to what it would have posted on the Q4 call?

# SPRUCE POINT
### CAPITAL MANAGEMENT

## If Not A Breach Of Duties, At Least Leverage To Renegotiate Deal Price Downwards?

According to the proxy, the forecasts provided by management "reflected the best currently available estimates and judgments" on the business and "presented, to Forescout management's knowledge, the expected future financial performance of Forescout within the parameters and under the assumptions specified in preparing the Forecasts." However, press releases regularly released by management in conjunction with earnings announcements, which themselves included forward guidance, stated that "All forward-looking statements in this press release are based on information available to us as of the date hereof…." **How could management's (4) Illustrative Guidance have varied so heavily from its (1) Target Plan and (3) Alternate Plan in its FY20 sales estimate, particularly when both the (3) Alternate Plan and (4) Illustrative Guidance were both prepared with the benefit of a full view into the FY20 pipeline as of late January 2020? Did management violate its representations and warranties by failing to provide buyers a full view into internal financial estimates?** If nothing else, Spruce Point believes that, if management did in fact fail to provide material internal estimates, Advent – a financial buyer – may have sufficient leverage to demand that the deal price be renegotiated, particularly amidst a radically weakened economic environment.

### FSCT: Definitive Proxy Statement (Mar 23, 2020)

The Forecasts were prepared by, and are the responsibility of, Forescout management. In the opinion of Forescout management, the Forecasts (1) were prepared on a reasonable basis; (2) reflected the best currently available estimates and judgments; and (3) presented, to Forescout management's knowledge, the expected future financial performance of Forescout within the parameters and under the assumptions specified in preparing the Forecasts. Because the Forecasts reflect estimates and judgments, they are susceptible to sensitivities and assumptions, as well as multiple interpretations based on actual experience and business developments. The Forecasts also cover multiple years, and such information by its nature becomes less predictive with each succeeding year. The Forecasts will be affected by Forescout's ability to achieve its strategic goals, objectives and targets over the applicable periods. The Forecasts reflect assumptions as to certain business decisions that are subject to change. The Forecasts cannot, therefore, be considered a guarantee of future operating results, and should not be relied on as such.

| Forecasts Provided To Prospective Buyers | FY20 Sales Estimate |
|---|---|
| (1) Target Plan (Nov 2019) | $389.0M |
| (3) Alternative Plan (Jan 2020) | $386.0M |

*How could these numbers vary so significantly when supposedly informed by the same bottoms-up sales pipeline and expense analysis as of Jan 2020?*

**Spruce Point believes that these discrepancies may give Advent motivation (and justification) to renegotiate the terms of the deal**

### FSCT: Q3 FY19 Earnings Press Release (Nov 6, 2019)
*Representative Disclosure Regarding Forward Guidance*

Report on Form 10-Q for the quarter ended September 30, 2019. All forward-looking statements in this press release are based on information available to us as of the date hereof, and we do not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made, except as required by law.

| Planned Guidance For Q4 FY19 Earnings Call | FY20 Sales Estimate |
|---|---|
| (4) Illustrative Guidance (Jan 2020) | $355.0M |



*Is It Still In Advent's Interest To Close The Deal?*

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

# SPRUCE POINT
## CAPITAL MANAGEMENT

## Is An Acquisition Conceived In A Pre-Pandemic Environment Still As Palatable Today?

After exploring a sale of the business as early as Oct 2019, management announced its deal with Advent on Feb 6, 2020 – just weeks before the COVID-19 pandemic radically transformed the world's economic outlook. It's no secret to those who have been following the Company since at least Q3 FY19 that Forescout had already been struggling to meet expectations of late. **Spruce Point believes that the overwhelming macroeconomic events which have transpired since the deal was announced could render the business even less appealing at the current juncture, encouraging the buyers to pressure Forescout into renegotiating the deal, or even compelling them to walk away outright.**

**Feb 6, 2020: Forescout Acquisition Announcement**

### Forescout to be Acquired by Advent International in $1.9 Billion Transaction

February 6, 2020

- *Forescout Shareholders to Receive $33.00 per Share in Cash*

- *Advent will be joined by Crosspoint Capital Partners; combined team will be led by experienced cybersecurity software investors and executives Bryan Taylor and Greg Clark*

- *Advent and Crosspoint Capital will help Forescout build on its success in the device visibility and control market and further its leadership in IoT cybersecurity*

SAN JOSE, Calif., Feb. 06, 2020 (GLOBE NEWSWIRE) -- Forescout Technologies, Inc. (NASDAQ:FSCT, "Forescout"), the leader in device visibility and control, today announced that it has entered into a definitive agreement under which Advent International ("Advent"), one of the largest and most experienced global private equity investors, will acquire all outstanding shares of Forescout common stock for $33.00 per share in an all-cash transaction valued at $1.9 billion. Advent will be joined by Crosspoint Capital Partners ("Crosspoint Capital"), a private equity investment firm focused on the cybersecurity and privacy industries, as a co-investor and advisor.     *Source*

**Mar 13, 2020: HHS Expects Shortages, Healthcare System Strain**

*PanCAP Adapted*
## U.S. Government
## COVID-19 Response Plan

**March 13, 2020**



UNCLASSIFIED // FOR OFFICIAL USE ONLY // NOT FOR PUBLIC DISTRIBUTION OR RELEASE

1. Universal susceptibility and exposure will significantly degrade the timelines and efficiency of response efforts.
2. A pandemic will last 18 months or longer and could include multiple waves of illness.
3. The spread and severity of COVID-19 will be difficult to forecast and characterize.
4. Increasing COVID-19 suspected or confirmed cases in the U.S. will result in increased hospitalizations among at-risk individuals, straining the healthcare system.
5. States will request federal assistance when requirements exceed state, local, tribal, and territorial (SLTT) capabilities to respond to COVID-19. This may include requests for assistance of HHS through the HHS Region based on the scope of assistance available through an emergency supplemental appropriation and may include additional assistance under the Stafford Act.
6. Supply chain and transportation impacts due to ongoing COVID-19 outbreak will likely result in significant shortages for government, private sector, and individual U.S. consumers.
7. As the federal response to COVID-19 evolves beyond a public health and medical response, additional federal departments and agencies will be required to respond to the outbreak and secondary impacts, thereby increasing the need for coordination to ensure a unified, complete, and synchronized federal response.     *Source*

22

**SPRUCE POINT**
CAPITAL MANAGEMENT

## *All Signs Suggest That Fundamental Headwinds Were Not Improving*

While the deal announcement spared management from having to disclose its poor Q1 and full-year FY20 guidance, its Q4 FY19 numbers came in well below Street expectations across the board. After management already disappointed investors with its negative Q3 FY19 earnings preannouncement, we believe that the market would have responded very negatively to Forescout's Q4 results had they not been released alongside the buyout announcement, particularly had management been forced to announce its forward guidance as well. We acknowledge that prospective buyers were forewarned about Forescout's Q4 difficulties during the diligence process, but we wonder whether they were fully aware of the extent to which the Company would fall below consensus estimates.

### FSCT: Q3 FY19 Preannouncement

| ($, Millions, except per share figures and percentages) | Revenue, Total | Revenue Growth, YoY | Billings | Billings Growth, YoY | Operating Income | EBIT Margin | EPS |
|---|---|---|---|---|---|---|---|
| Actual | $91 | 8% | N/A | N/A | ($2) | -4% | N/A |
| Consensus | $100 | 13% | N/A | N/A | $3 | -2% | N/A |
| Beat / Miss | -9% | - | N/A | N/A | -167% | - | N/A |

**Stock Price Response**

**-37%**

### FSCT: Q4 FY19 Earnings Results

| ($, Millions, except per share figures and percentages) | Revenue, Total | Revenue Growth, YoY | Billings | Billings Growth, YoY | Operating Income | EBIT Margin | EPS |
|---|---|---|---|---|---|---|---|
| Actual | $91 | 8% | $102 | 9% | ($4) | -4% | ($0.09) |
| Consensus | $95 | 13% | $108 | 15% | ($2) | -2% | ($0.06) |
| Beat / Miss | -4% | - | -6% | - | -100% | - | -50% |

**Stock Price Response**

**???**

On January 3, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. Members of Forescout management reviewed Forescout's preliminary results for the fourth quarter of 2019. These results reflected revenue below Forescout's public guidance due to, among other things, continued sales weakness and a greater than expected shift away from perpetual licenses and toward term-based licenses. The Strategic Committee discussed how this revenue shortfall (and the related failure to achieve Forescout's public guidance) was likely to negatively impact Forescout's stock price and could potentially impact the amount that a potential acquirer was willing to pay to acquire Forescout. The representatives of Morgan Stanley provided an update on the status of the ongoing process relating to the potential sale of Forescout, including that no

*Management was aware that its Q4 results would likely depress offer prices*

Further, in light of Advent's decision to revise its offer downwards in response to its Q4 forewarning, we believe that the likely consequences of the ongoing pandemic for the business would only make Advent more reluctant to follow through with its final offer of $33 per share.

23



# Was Management In A Rush To Complete The Deal Before Announcing Q4 Results?

The acquisition timeline provided in the deal proxy highlights that management was focused on completing the deal prior to its Q4 earnings call, going so far as to prioritize financial acquirers over strategic acquirers who were not prepared to announce a deal prior to the earnings release. With Company growth quickly decelerating at the time, with management still on the heels of a disappointing Q3 preannouncement, and with prospective buyers actively cutting their offers in response to lower Company forecasts, Spruce Point wonders whether management was looking to secure a deal before any further disappointing announcements could depress the stock – particularly given its poor FY20 guidance, which, again, appears not to have been disclosed to potential acquirers.

**Dec 18, 2019**
Management prioritizes completing deal before disclosure of Q4 results

Morgan Stanley to contact additional potential acquirers about their interest in an acquisition of Forescout. The Strategic Committee expressed its desire to announce any sale of Forescout at the same time as the public announcement of Forescout's results for the fourth quarter of 2019 (which was expected to occur in early February 2020). Morgan Stanley subsequently informed those parties still considering an acquisition of Forescout of this timing.

**Jan 3, 2020**
Poor preliminary Q4 results discussed internally

On January 3, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. Members of Forescout management reviewed Forescout's preliminary results for the fourth quarter of 2019. These results reflected revenue below Forescout's public guidance due to, among other things, continued sales weakness and a greater than expected shift away from perpetual licenses and toward term-based licenses. The Strategic Committee discussed how this revenue shortfall (and the related failure to achieve Forescout's public guidance) was likely to negatively impact Forescout's stock price and could potentially impact the amount that a potential acquirer was willing to pay to acquire Forescout. The representatives of Morgan Stanley provided an update on the status of the ongoing process relating to the potential sale of Forescout, including that no

**Jan 24, 2020**
Poor FY20 sales pipeline discussed internally

On January 24, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley provided an update on the ongoing process relating to the status of the potential sale of Forescout, including that Financial A did not appear to be contemplating an acquisition of Forescout as it had decreased its level of activity in support of an acquisition. Members of Forescout management described their evolving understanding of the trends that impacted Forescout's results for the fourth quarter of 2019 and the negative impact that those trends were likely to have on Forescout's results for 2020 and beyond. They also discussed Forescout's sales pipeline for 2020, which reflected greater weakness than originally anticipated. Although members of Forescout management expressed their belief that the 2020 financial results contemplated by the Target Plan were still achievable, they informed the Strategic Committee that it was likely that Forescout's 2020 financial results would be below the estimates in the Target Plan and the Preliminary Alternate Plan.

**Jan 27, 2020**
Management prioritizes financial acquirers which were prepared to agree to terms prior to Q4 earnings call

On January 27, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley described recent conversations with representatives of Financial A. During these conversations, the representatives of Financial A stated that, as a result of Forescout's preliminary results for the fourth quarter of 2019, Financial A (1) was not going to make a revised acquisition proposal because its updated view of valuation for Forescout would likely be below $30.00 per share; and (2) believed that Forescout should proceed with its scheduled earnings announcement on

February 6, 2020, after which the parties could potentially resume discussions regarding an acquisition. In view of these conversations with Financial A and the lack of engagement by Financial B, the Strategic Committee believed that only Advent and Financial C were still considering a potential acquisition of Forescout prior to the public announcement of Forescout's results for the fourth quarter of 2019. The members of Forescout management further described their evolving understanding of the trends that impacted Forescout's results for the fourth

**Feb 3, 2020**
Remaining financial acquirers reduce offer prices in response to lower (3) Alternative Plan

On February 3, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley described recent conversations with representatives of Financial C. During these conversations, the representatives of Financial C expressed Financial C's (1) continued interest in acquiring Forescout; (2) need to reduce its per share price proposal (which was previously $34.00 to $35.00 in cash per share of common stock) by "a couple of dollars" per share in view of the information contained in the Alternate Plan; and (3) need for additional time to complete its work. At this point, a revised proposal had not yet been received from Advent.

Later on February 3, 2020, Advent provided a revised proposal to acquire Forescout for $32.00 per share of common stock in cash. This proposal was accompanied by a revised draft of

If management is in fact desperate to secure a deal, it is perhaps even more likely that the Company would entertain a demand by Advent to renegotiate the terms, lest it be forced to find a new acquirer amidst unprecedented economic uncertainty as a recently-failed take-out target

# SPRUCE POINT
## CAPITAL MANAGEMENT

# Missing The Boat On Critical Industry Developments

An expert we spoke to gave his opinion that Forescout is being left behind as the focus on cybersecurity shifts to the cloud. As both public and private sector organizations increasingly rely on cloud platforms like Amazon AWS and Microsoft Azure, Forescout's solution – which experts describe as primarily "on-premise" and for end-use devices – is becoming less and less critical to customers' approach to cybersecurity. Meanwhile, the expert told us that competitors such as Tanium provide more comprehensive, cloud-friendly solutions which can be sold in bundles to satisfy a broader swath of customers' cybersecurity needs. Product bundling leads to pricing pressure. Spruce Point believes that the recent deceleration in Forescout's growth is largely a product of the Company's failure to keep pace with industry trends, which will continue to weigh on performance going forward.

## Forescout Losing Its Industry Positioning With The Shift To The Cloud…

*"It was about 2010 that this whole cybersecurity thing came in. Everybody stamped their webpage that they had something to do with cyber. So that whole process gained a lot of momentum. **Now, it's starting to wane from a general perspective. And Forescout, because they are 95% cyber, is going to take a bigger hit. It's still important, and it's still critical, but I think this shift into digitalization, and obviously cloud, and so on – the dollars, and the sizzle if you will, is shifting away.** Now I have my DNC, I have my firewall – I have all of this stuff. I'm OK now. **And Forescout ends up being – it's just nice to have, instead of a must-have.** Now I'm just securing all of the inputs. And I'm like, 'That would be great, but my core is secure, my edge is secure, my network is secure, **all of this cloud stuff – I'm just going to have Amazon and everybody else do that.' That whole shift is going to hit Forescout much harder** because Forescout is generally a cybersecurity business. And it's, even more, it's just in the end-user devices. So to summarize, as [the space] shifted down, it caused more disruption to Forescout than it would otherwise."*

 *- Cybersecurity Expert, Former Forescout Employee*

*"They're mostly on-campus, they're mostly on-prem. And **as I shift to the cloud, a lot of those security requirements go away – not go away, but shift away from who's responsible, now to the cloud provider**…. **[Forescout] will get hurt and they don't shift more to the cloud."***

 *- Cybersecurity Expert, Former Forescout Employee*

## …And Other Players Can Provide More Comprehensive Offerings

*"And [end-point is] almost the last thing you're going to build out when you build out your whole security approach. You get the core and go out and make sure that your network and everything is secure. Then you can say, 'Oh my gosh, I got printers, I got cameras, I've got all this end-point stuff and it would be great to know, what's their compliance?' **But the device is only one little piece. Tanium is going to come in and offer a dozen different services, and end-point security is just one of them. Because [Forescout] doesn't offer a whole bunch of stuff, I may get all this other services from a Tanium, where Forescout just doesn't play."***

 *- Cybersecurity Expert, Former Forescout Employee*



**SPRUCE POINT**
CAPITAL MANAGEMENT

# Field Research Indicates Faster Growing Upstarts Are Winning Business, Gaining Share

Industry experts indicate that the 30%+ annual growth that Forescout enjoyed from 2016-18 was driven largely by its success among government agencies and large corporate customers. This market, they report, is now largely saturated – the major culprit behind the Company's recent top-line deceleration. Further growth will require Forescout to appeal to smaller customers and to expand its presence internationally. However, one expert told us that Forescout is "five years behind the curve" in critical foreign markets, and that newer startups – many of which have effectively "reverse-engineered" elements of Forescout's cybersecurity services, and which are ahead of Forescout in offering a SaaS-enabled solution – are dominating among smaller and mid-size businesses. These experts believe that the continued economic slowdown triggered by the COVID-19 pandemic will only exacerbate sector pricing pressure and drive more customers to lower-cost players.



*"Forescout did a good job of winning contracts with government agencies and large civilian enterprises… But __most of the runway with government customers and Fortune 500 companies is now saturated__. Forescout has to figure out international to get its growth rate back up, and it is going to have to go down market for new customers. __It has to simplify its sales pitch for smaller customers with less comprehensive needs.__"*

 *- Cybersecurity Expert, Former Forescout Employee (paraphrased)*

*"There is __a lot of reverse engineering going on among competitors and startups.__ They might not all offer as complete of a solution as Forescout, but __they are cheaper and can be enough to meet down-market customers' needs.__"*

 *- Cybersecurity Expert, Former Forescout Employee (paraphrased)*

**Spruce Point believes that Forescout will have trouble reaccelerating its top-line growth rate as it attempts to win smaller, more price-sensitive mid-level customers with less comprehensive cybersecurity needs – particularly as the ongoing pandemic pressures budgets across the global economy.**

*Source: LinkedIn*



# *Product Losing Traction?*

Spruce Point observes that Forescout's technology appears to be losing favor among customers. As recently as 2014, the Company was listed among the "leaders" in network access control by Gartner. However, it scores far worse in industry overviews published more recently. In particular, Forrester rated it among the weakest options in the "Zero Trust eXtended Ecosystem Platform Providers Space" in Q4 2019. We believe that Forescout's observed financial headwinds are reflected in, and a product of, the Company's declining perception among customers and seemingly low employee morale, all of which create an image of a business which is under considerable pressure – to say nothing of the potential consequences of the ongoing pandemic.

**Gartner:**
**Magic Quadrant for Network Access Control (Dec 2014)**

**Forrester Wave:**
**Zero Trust eXtended Ecosystem Platform Providers Space (Q4 2019)**

**Dec 2014**
**From among the best…**

**Q4 2019**
**…to among the worst**



# Employee Anecdotes: Technology Behind The Times, Poor Management

**Company reviews by former employees suggest that Forescout's technology is lacking, and, most notably, that management is political and weak. Recent reviews are almost universally negative. Spruce Point believes that this color is particularly revealing given the Company's recent struggles and public disappointments.**

---

March 4, 2020 — Helpful (11)

**"A lot of Show on the Outside. A whole lot of Nothing inside."**

Current Employee - Engineer in San Jose, CA

Doesn't Recommend     Neutral Outlook     Disapproves of CEO

I have been working at Forescout Technologies full-time for more than a year

**Pros**
Good and Supportive people in Engineering.

**Cons**
Terrible management. Continuous restructuring and shuffling with limited/no explanation. Stocks going down and not meeting goals lead to company being re-acquired. Very little clarity between upper-management and engineering teams in SJ about projects and direction.

Also tons of politics.

**Advice to Management**
A lot of hoopla regarding "Values". Put them to action. Do make sure "Everyone Matters".

---

January 31, 2020 — Helpful (10)

**"Jack of all trades, master of none technology with arrogant leaders."**

Engineer in Nashville, TN

Negative Outlook     Disapproves of CEO

I worked at Forescout Technologies

**Pros**
Peer support
Team mentality
Work life balance

**Cons**
Incomplete technology that does a little bit of everything but masters none. Integrations are hard, expensive and generally not worth it for the little value you get. Leadership are always chasing the shiny object.

**Advice to Management**
Focus, focus, focus!
Stop trying to be everything to all technologies.
Get rid of the arrogance and learn some humility.

---

February 24, 2020 — Helpful (10)

**"Sinking ship"**

Negative Outlook     No opinion of CEO

I worked at Forescout Technologies

**Pros**
- New building but mostly half filled 95% of the time
- Food served in the building, cheap prices
- Plenty of parking
- Own laptop to work from home

**Cons**
Too many to name but for starters
- Silo team
- Some teams don't help their own team members
- Minimal training, you figure out things yourself

**Advice to Management**
Good luck

---

January 27, 2020 — Helpful (9)

**""Toxic""**

Former Employee - Software Engineer in San Jose, CA

Negative Outlook     Disapproves of CEO

I worked at Forescout Technologies full-time for more than a year

**Pros**
People are nice here. They play hard. Work life balance is extraordinary.

**Cons**
Power is highly controlled by Tel Aviv even though HQ is at San Jose. There is no innovations in San Jose office. Management is really political.

**Advice to Management**
Too late. They never change.

---

January 22, 2020 — Helpful (10)

**"Stay away if you can"**

Former Employee - Software Engineer

Doesn't Recommend     Negative Outlook     No opinion of CEO

I worked at Forescout Technologies full-time for more than a year

**Pros**
Good health insurance plans. Good work life balance. Upscale office building. Competitive salary.

**Cons**
Aging product and slow execution. The engineering team in San Jose is dying after a new leader was hired in early 2019. Promising projects are constantly being transferred out. Good engineers have no choice but to leave because of bad management.

---

October 21, 2019 — Helpful (11)

**"Stay away from this mess"**

Current Employee - SDR in San Jose, CA

Doesn't Recommend     Negative Outlook     Disapproves of CEO

I have been working at Forescout Technologies full-time for less than a year

**Pros**
The building itself is nice. No one is ever at work so its all to yourself.

**Cons**
Wow too many to list. In my opinion, this place is ran by folks who really don't care about the well being of their subordinates. I would really take the time to read the past reviews before applying to ForeScout. What a disappointment.

**Advice to Management**
Put new toilet paper in the bathroom

---



December 13, 2019 — Helpful (9)

**"Stay away. Seriously"**

Former Employee - Sales in San Jose, CA

Doesn't Recommend     Negative Outlook     Approves of CEO

I worked at Forescout Technologies full-time for less than a year

Other things to note, since I joined:

- Stock price dropped in half
- Several C-level executives have left over the last year
- HALF of inside sales has quit, including 2/3 of the managers

**Advice to Management**
Hire more qualified lower-level managers, fix the company

**!!!**



# Steady Exodus Of Staff, Particularly Among Sales Force

Spruce Point observes that Forescout appears to have experienced higher-than-average employee departures of late, particularly among its sales staff – confirming employee anecdotes that we've heard elsewhere. Hiring, meanwhile, appears to have slowed to a trickle through the past several months. We believe that reaccelerating its pace of top-line growth will be very difficult for Forescout with high turnover among its sales force and slowed hiring.

## Forescout: LinkedIn Hiring Trends

**Total employee count**
Based on LinkedIn data.

1,157
total employees

▼ 7%  6m growth   ● 0%  1y growth   ▲ 28%  2y growth

2,000
1,000

Apr 2018   Oct 2018   Apr 2019   Oct 2019   Apr 2020

**New hires**
Based on LinkedIn data. Excludes subsidiaries.

● Senior management

80
40

Apr 2018   Oct 2018   Apr 2019   Oct 2019   Apr 2020

**Employee distribution and headcount growth by function**
Based on LinkedIn data.

Functions ∨

Functional distribution    Headcount growth    6m    1y

1,157
April 2020

● Information Technology    ▼ 6%    ▲ 5%
● Engineering    ▲ 4%    ▲ 10%
● Sales    ▼ 19%    ▼ 15%
● Business Development    ● 0%    ▲ 11%

## Forescout: Recent Sales Force Departures

**Experience**

Group Vice President, NA East Region
C3.ai · Full-time
Feb 2020 – Present · 3 mos
Greater Chicago Area

Vice President of Sales, Central Region
Forescout Technologies Inc.
Nov 2015 – Feb 2020 · 4 yrs 4 mos
Canada, North Central District, Midwest District and TOLA District

Responsible for ForeScout's revenue across Canada and the following three districts:
North Central District (IL, WI, IN, OH, MI, KY)
Midwest District (MN, MO, IA, ND, SD, KS, NE)
South Central District (TX, OK, LA, AR)

2016 - President Club Recipient
2017 - President Club Recipient
2019 - President Club Recipient

see less

**Experience**

Vice President and General Manager, International Sales
ZeroFOX · Full-time
Feb 2020 – Present · 3 mos
London, United Kingdom

ZeroFOX, the market leader in social media & digital protection, safeguards modern organizations from dynamic security, brand and physical risks across social, mobile, web and collaboration platforms.

Using diverse data sources and artificial intelligence-based analysis, the ZeroFOX Platform identifies and remediates targeted phishing attacks, credential compromise, data exfiltration, brand hijacking, executive and location threats and more.

...see more

Vice President Sales - OT & Industrial
ForeScout Technologies Inc.
Jan 2019 – Feb 2020 · 1 yr 2 mos
London, United Kingdom

Protecting the connected services of the information technology (IT) and operational technology (OT) systems that keep critical infrastructure running 24/7 ...

See - Control - Orchestrate

ForeScout Acquires
SecurityMatters -...

Vice President Global Sales
SecurityMatters - a ForeScout Company
May 2017 – Feb 2020 · 2 yrs 10 mos
London, United Kingdom

SecurityMatters is now a ForeScout Company

Industrial cyber resilience made simple!

...see more

**Experience**

Chief Revenue Officer (CRO)
Sisense · Full-time
Oct 2019 – Present · 7 mos
Greater New York City Area

ForeScout Technologies Inc.
4 yrs 2 mos

SVP Worldwide Sales
Jan 2017 – Oct 2019 · 2 yrs 10 mos
New York

SVP Worldwide Commercial Sales
Jan 2016 – Jan 2017 · 1 yr 1 mo
New York

Vice President, Americas
Sep 2015 – Jan 2016 · 5 mos

ForeScout Appoints
Security Industry Leade...

Show fewer roles ∧

**Experience**

General Manager - Federal and Global Aerospace
C3.ai
Jan 2020 – Present · 4 mos
Washington, District Of Columbia

SVP - Americas Sales
Forescout Technologies Inc.
Jul 2012 – Dec 2019 · 7 yrs 6 mos
Arlington, VA

Jan 2018 - Senior Vice President, Americas Sales
Jan 2016 - Dec 2017 - Senior Vice President, US Public Sector
Aug 2012 - Dec 2015 - Regional Vice President, US Federal

## Sales Force Attrition Reflected In Changes To Language In 10-K

**SPRUCE POINT**
CAPITAL MANAGEMENT

Spruce Point observes that, despite management claiming that it was looking to *grow* its sales headcount, recent changes to Forescout's 10-K appear to reveal emerging challenges in sales force retention, confirming the evidence which we have found elsewhere. These changes also suggest that its sales force may have been growing less productive overall.

**FSCT: 2018 10-K**

*Sales*

We deploy a direct-touch channel-fulfilled strategy. Our customer acquisition sales cycle is typically nine to 24 months, depending on the industry and size and scope of deployment. Our expansion sales cycle is typically three to 12 months, as our customers buy more licenses to cover the additional devices that enter their network after their initial purchase and as we expand into other parts of their network, generally into their other campus environments or beyond campus and into OT, data center and cloud. We have a direct field sales team and a dedicated team focused on managing relationships with our channel partners and working with our channel partners to support our end-customers. We expect to continue to grow our sales headcount in areas of highest demand for our solution. Generally, our sales representatives become more productive the longer they are with us, with limited productivity in their first few quarters as they learn to sell our products and participate in field training, but with increasing productivity as they acquire accounts and as those accounts begin their expansion purchases for additional devices, additional parts of their network and orchestration capabilities. Our sales representatives' annual productivity historical trends indicate, as a cohort, that their productivity in their second full year is more than double their productivity in their first full year and that their productivity in years after their second full year are more than 50% higher than their productivity in their second year. As of December 31, 2018, 50% of our sales representatives have been with us for more than two years, up from 35% as of December 31, 2017. For the year ended December 31, 2018, each of the sales representatives' annual cohorts are producing at levels at or better than in their prior year.

**FSCT: 2019 10-K (Filed Feb 28th After Deal Announcement)**

*Sales*

We deploy a direct-touch channel-fulfilled strategy. Our customer acquisition sales cycle is typically nine to 24 months, depending on the industry and size and scope of deployment. Our expansion sales cycle is typically three to 12 months, as our customers buy more licenses to cover the additional devices that enter their network after their initial purchase and as we expand into other parts of their network, generally into their other campus environments or beyond campus and into OT, data center and cloud. We have a direct field sales team and a dedicated team focused on managing relationships with our channel partners and working with our channel partners to support our end-customers. We expect to continue to grow our sales headcount in areas of highest demand for our solution. Generally, our sales representatives become more productive the longer they are with us, with limited productivity in their first few quarters as they learn to sell our products and participate in field training, but with increasing productivity as they acquire accounts and as those accounts begin their expansion purchases for additional devices, additional parts of their network and orchestration capabilities. As of December 31, 2019, 38% of our sales representatives have been with us for more than two years, down from 50% as of December 31, 2018.

**No longer quantify productivity**

30

## SPRUCE POINT
CAPITAL MANAGEMENT

# Pandemic Puts Customers At Risk And Encourages Cost Cutting

As the COVID-19 pandemic continues with no clear end in sight, businesses of all sizes are being put at risk, yet continue to face political and social pressure to refrain from layoffs to whatever extent possible. Spruce Point believes that, while a portion of Forescout's customer base will be seriously financially impaired, even customers who aren't will take the opportunity to review and cut unnecessary service costs in an effort to spare labor and spending on mission-critical items. Software like Forescout's – increasingly a laggard in its own industry – could be a prime candidate for replacement or removal as companies look to cut expenses amidst the crisis. Meanwhile, many prospective customers in the FY20 pipeline are likely to defer any new spending on software such as Forescout's.

**Companies that have annual contracts with Salesforce, Oracle, and other software vendors are trying to renegotiate payment terms — and it shows just how much pressure CIOs are under to cut costs during the coronavirus pandemic**

Joe Williams Mar 31, 2020, 2:50 PM

**Coronavirus Concerns Prompt Cost Cuts**

By Jim Milliot, with reporting by the PW staff | Apr 03, 2020

KORN FERRY

**LATEST NEWS**

## The Coronavirus Cost Pinch

As the outbreak spreads, some leaders are stuck with costs but no revenues. How firms can use "tactical takeouts," to trim expenses.

**Flatten your business curve: 5 ways to continue to cut costs and maintain presence**

## Cancel capital improvement projects

Planned capital improvement projects should be cancelled or delayed. Companies can also negotiate new terms with contractors, who would undoubtedly rather be paid for a job done in the future than lose the job altogether.

*"Across the board, [customers] are just trying to get by – not cut back employees, etc…. **Nobody's going to add anything. Its just not going to happen.**"*

*- Cybersecurity Expert, Former Forescout Relationship Manager*

31



# Outsized Exposure To Industries Undergoing Change And Experiencing New Pressures

**Forescout highlights that well over 50% of its total sales are attributable to financial services and government customers. Our research suggests that its exposure to the public sector is particularly high – and that new developments and evolving priorities in this space may be contributing to Forescout's slowing growth. Meanwhile, Spruce Point notes that the financial sector bears particularly high risk to the economic consequences of the pandemic, which will likely pressure spending on IT and business services among financial institutions.**

**FSCT: 2019 Investor Day Presentation**





*"What should be of concern is that – **10 to 15, maybe 20% of the worldwide business is public sector, but at Forescout, that was much higher. If you disrupt that – as you know, it's not linear.** To me, as an employee, I was concerned that they were reaching so top-heavy on public sector as a part of the entire business…. **If federal now misses, it's going to have an impact on the whole company…. That could be one of the reasons that we see the overall down-trend in the business.**"*

 **- Cybersecurity Expert, Former Forescout Employee**

# Deal Financing Could Encourage Renegotiation Of Terms

Perhaps putting the deal at even greater risk is the fact that it is being supported by $400M of debt financing from Owl Rock Capital. A significant change in Company forecasts – whether due to the evolving economic environment or otherwise – could strongly deter Advent from participating in a heavily-levered deal for a business under such pressure. Indeed, the acquisition timeline appears to indicate that learning of the more pessimistic (3) Alternative Plan was alone sufficient to force prospective buyers to review their offers and financing sources.

**FSCT: Definitive Proxy Statement (Mar 23, 2020)**

**Jan 27**

Mgmt. prepares **(3) Alternative Plan** and **(4) Illustrative Guidance**

**(3) Alternative Plan** is provided to prospective buyers

results for the fourth quarter of 2019. The members of Forescout management further described their evolving understanding of the trends that impacted Forescout's results for the fourth quarter of 2019 and the negative impact that those trends were likely to have on Forescout's expected results for 2020. They also again reviewed Forescout's sales pipeline for 2020 (which continued to be impacted by greater weakness than originally anticipated). The members of Forescout management described their current expectations for Forescout's public guidance for the first quarter and full year of 2020, respectively, which guidance included the information contained in the Illustrative Guidance (as defined under the section of this proxy statement captioned "—Financial Forecasts"); such guidance would be released, in the absence of a sale of Forescout, in connection with Forescout's results for the fourth quarter of 2019. Together with the Strategic Committee, the members of Forescout management reviewed a draft of the Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"), including its "bottoms-up" nature. For additional information on the Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The members of Forescout management also described the potential negative impact that Forescout's results for the fourth quarter of 2019 and expected financial guidance for 2020 could have, individually and collectively, on Forescout's stock price. The Strategic Committee approved the use of the (1) Alternate Plan (in lieu of the Preliminary Alternate Plan), (2) Target Plan and (3) Illustrative Guidance for purposes of Morgan Stanley's financial analysis of Forescout. The Strategic Committee instructed Morgan Stanley to provide the Alternate Plan to Advent and Financial C. Morgan Stanley subsequently provided this information.

**Jan 31**

Prospective buyers notify management that they **must review offers and deal structure in light of lower forecast**

Also on January 31, 2019, representatives of each of Advent and Financial C separately informed Morgan Stanley that they required more time to make their final proposal given work that they and their financing sources needed to do to review and analyze the Alternate Plan. As such, the Strategic Committee, in consultation with Morgan Stanley, agreed to move the deadline for final acquisition proposals to February 3, 2020.

**Feb 3**

Remaining financial acquirers **reduce offer prices in response to lower (3) Alternative Plan**

On February 3, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley described recent conversations with representatives of Financial C. During these conversations, the representatives of Financial C expressed Financial C's (1) continued interest in acquiring Forescout; (2) need to reduce its per share price proposal (which was previously $34.00 to $35.00 in cash per share of common stock) by "a couple of dollars" per share in view of the information contained in the Alternate Plan; and (3) need for additional time to complete its work. At this point, a revised proposal had not yet been received from Advent.

Later on February 3, 2020, Advent provided a revised proposal to acquire Forescout for $32.00 per share of common stock in cash. This proposal was accompanied by a revised draft of the merger agreement and drafts of the equity commitment letter and limited guarantee. Among other things, Advent's proposed revisions to the draft merger agreement included the removal of the "go-shop" provision but accepted Forescout's proposal related to the amount of the termination fee payable by Forescout in order to accept a superior acquisition proposal from a third party after entry into the merger agreement with Advent.

33

## Change (And Inconsistent) Language Suggests Rising Financing Risk?

**SPRUCE POINT**
CAPITAL MANAGEMENT

Does a subtle change (and inconsistency) in the transaction details discussed in Forescout's deal-related press releases suggest that financing for the deal may be at risk? On Feb 6th an March 9th the Company claimed that the deal was expected to close in Q2 FY20 "subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals." On Apr 23rd , the deal was indeed approved by a shareholder vote, with over 99% voting in favor of the transaction. However, the press release now says the completion of the deal is conditional upon "a customary debt marketing period." whereas the transcript says "remarketing period". Why did management choose to highlight this condition only now? Does remarketing the financing suggest it is at risk now with the onset of the COVID-19 pandemic?

**FSCT: Acquisition Press Release (Feb 6, 2020)**

The transaction is expected to close in the second calendar quarter of 2020, subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

*Source*

**FSCT: Expiration Go Shop Release (March 9, 2020)**

The transaction is expected to close in the second calendar quarter of 2020, subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

*Source*

**FSCT: Acquisition Press Release (Apr 23, 2020)**

Forescout continues to expect the transaction to close in the second calendar quarter of 2020 following the completion of a customary debt "marketing period" by Advent. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

*Source*

**FSCT: Special Meeting of Stockholders (Apr 23, 2020)**

"Based on the preliminary report of Inspector of Elections, stockholders voted to adopt the merger agreement and voted to approve the compensation that will or may become payable to Forescout -- by Forescout to its named executive officers. The Inspector of Elections will execute a certificate as to the results of the voting, and that certificate will be filed with the minutes of this meeting. As we have sufficient votes to approve the adoption of the merger agreement, the proposal of the proxy to adjourn this meeting to a later date to solicit additional proxies is rendered moot, and will not be presented for a vote. The final tabulation of these votes will appear in the Form 8-K to be filed with the Securities and Exchange Commission. *We currently expect the merger to be consummated on or around May 18, 2020, after buyer's remarketing period ends.*"

*- Darren Milliken, General Counsel – Forescout Technologies*

**Remarketing or marketing period?**

**Has the financing for the deal originally announced on Feb 6 fallen through or become less certain?**

34



*Reevaluating The Deal*

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# Can The (Unreleased) Guidance Even Be Trusted?

> Management's (4) Illustrative Guidance – which was intended for the Q4 FY19 earnings call, but which was never ultimately released outside of the deal proxy statement – forecasts Q1 FY20 sales of $62M and full-year FY20 sales of $355M. It should be noted that, while this would imply full-year revenue *growth* of 5.4%, it would imply Q1 revenue *contraction* of a whopping 18%. Did management really expect to grow sales so fast in Q2-Q4 that it would be able to recover from nearly 20% Q1 contraction to achieve mid-single digit growth for the year? Given management's recent history of missing sales estimates by up to double-digit percentages, <u>it is entirely plausible that management's full-year sales guidance of $355M is aggressive</u>. Extrapolating the anticipated Q1 18% sales contraction throughout the year would suggest that full-year FY20 sales could be as low as $276M – and this is *before* taking into account the potential effects of the pandemic on business performance.

## FSCT: Illustrative Guidance

| ($M, except %s) | Q1 FY18 | Q2 FY18 | Q3 FY18 | Q4 FY18 | FY18 | Q1 FY19 | Q2 FY19 | Q3 FY19 | Q4 FY19 | FY19 | Q1 FY20E | Q2 FY20E | Q3 FY20E | Q4 FY20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $59.7 | $67.6 | $85.6 | $84.7 | $297.7 | $75.6 | $78.3 | $91.6 | $91.3 | $336.8 | $62.0 | - | - | - | $355.0 |
| *Growth, YoY* | *41.5%* | *35.2%* | *23.5%* | *34.7%* | *32.6%* | *26.6%* | *15.8%* | *7.0%* | *7.8%* | *13.2%* | *-18.0%* | *-* | *-* | *-* | *5.4%* |

## FSCT Growth Projection: Incremental Sales Over FY18

| ($M, except %s) | Q1 FY18 | Q2 FY18 | Q3 FY18 | Q4 FY18 | FY18 | Q1 FY19 | Q2 FY19 | Q3 FY19 | Q4 FY19 | FY19 | Q1 FY20E | Q2 FY20E | Q3 FY20E | Q4 FY20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $59.7 | $67.6 | $85.6 | $84.7 | $297.7 | $75.6 | $78.3 | $91.6 | $91.3 | $336.8 | $62.0 | $69.9 | $87.9 | $87.0 | $306.9 |
| *Incremental v. '18* | *-* | *-* | *-* | *-* | *-* | *$15.9* | *$10.7* | *$6.0* | *$6.6* | *$39.1* | *$2.3* | *$2.3* | *$2.3* | *$2.3* | *$9.2* |

**Spruce Point Estimate**

## FSCT Growth Projection: Extrapolating Q1 FY20 Growth Rate

| ($M, except %s) | Q1 FY18 | Q2 FY18 | Q3 FY18 | Q4 FY18 | FY18 | Q1 FY19 | Q2 FY19 | Q3 FY19 | Q4 FY19 | FY19 | Q1 FY20E | Q2 FY20E | Q3 FY20E | Q4 FY20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $59.7 | $67.6 | $85.6 | $84.7 | $297.7 | $75.6 | $78.3 | $91.6 | $91.3 | $336.8 | $62.0 | $64.2 | $75.1 | $74.9 | $276.2 |
| *Growth, YoY* | *41.5%* | *35.2%* | *23.5%* | *34.7%* | *32.6%* | *26.6%* | *15.8%* | *7.0%* | *7.8%* | *13.2%* | *-18.0%* | *-18.0%* | *-18.0%* | *-18.0%* | *-18.0%* |

**Spruce Point Estimate**

# Economic Fallout Of Pandemic Brings Even More Downside Risk

Spruce Point estimates that, across Forescout's purported peer group, sell-side estimates for full-year sales have been revised downward by anywhere between 10%-20% in light of the ongoing pandemic. We believe that, should the economic consequences of the pandemic grow increasingly severe – a distinct possibility as unemployment grows more severe by the week – the pandemic could pose even greater downside risk to Forescout's full-year sales. However, following industry practice, we believe that whichever FY20 sales forecast investors use to evaluate the deal must be adjusted downward by at least ~15% to account for the likely impact of the pandemic, since each of these forecasts predates the onset of COVID-19 in the United States.

| ($M, except %s) | (1) Target Plan | (3) Alternative Plan | (4) Illustrative Guidance | Spruce Point Projection: Extrapolating Incremental Two-Year Sales From Q1 Guidance | Spruce Point Projection: Extrapolating Implied Growth From Q1 Guidance |
|---|---|---|---|---|---|
| Revenue, FY20E | $389.0 | $386.0 | $355.0 | $306.9 | $276.3 |
| Pandemic Adjustment | -15% | -15% | -15% | -15% | -15% |
| Revenue, FY20E, with Pandemic Adjustment | $330.7 | $328.1 | $301.8 | $260.9 | $234.9 |
| Growth, YoY | -1.8% | -2.6% | -10.4% | -22.5% | -30.3% |

# SPRUCE POINT
### CAPITAL MANAGEMENT

## Suggested Comps Are All Superior To Forescout

Morgan Stanley, which advised Forescout on the deal, provides a list of suggested comps in its financial analysis of the deal contained within the proxy. Spruce Point believes that each of the comps provided is superior to Forescout: none of the companies provided on the list has *both* as low margins *and* as limited growth as Forescout. Accordingly, we believe that the Company should be valued at a material discount to the peer group provided in the proxy.

| ($M, except for multiples and %s) | Ticker | Enterprise Value[1] | Revenue Growth (Consensus)[1] | EBITDA Margin (Consensus)[1] | EV/Sales, FY20 (Oct 18, 2019)[2] | EV/Sales, FY20 (Current)[1] |
|---|---|---|---|---|---|---|
| Cyberark Software Ltd | CYBR | $3,163 | 10.4% | 20.0% | 10.0x | 6.6x |
| FireEye Inc | FEYE | $2,589 | 0.9% | 10.0% | 4.3x | 2.9x |
| Fortinet Inc | FTNT | $15,475 | 14.9% | 26.5% | 7.8x | 6.2x |
| Palo Alto Networks Inc | PANW | $15,475 | 14.9% | 26.5% | 6.5x | 6.2x |
| Qualys Inc | QLYS | $3,723 | 10.8% | 42.7% | 8.9x | 10.4x |
| Rapid7 Inc | RPD | $2,334 | 18.1% | 4.1% | 8.7x | 6.1x |
| SailPoint Technologies Holdings | SAIL | $1,570 | 6.7% | 4.0% | 7.0x | 5.0x |
| Splunk Inc | SPLK | $22,603 | 8.0% | 3.7% | 9.6x | 8.8x |
| Tenable Holdings Inc | TENB | $2,450 | 21.1% | -4.4% | 6.3x | 4.7x |
| Varonis Systems Inc | VRNS | $2,130 | 1.8% | -7.6% | 9.7x | 8.2x |
| Box Inc | BOX | $2,700 | 10.3% | 15.8% | 3.5x | 3.5x |
| Talend SA | TLND | $830 | 10.0% | -13.0% | 4.1x | 3.0x |
| Workiva Inc | WK | $1,590 | 14.0% | -10.0% | 6.7x | 4.7x |
| Zuora Inc | ZUO | $1,159 | 9.3% | -6.2% | 5.6x | 3.8x |
| **MEDIAN** | - | **$2,519** | 10.4% | 4.1% | 6.9x | 5.5x |
| **Forescout Technologies Inc – Illustrative Guidance[3]** | FSCT | $1,566 | 5.4% | -3.0% | N/A | 4.4x |
| **Forescout Technologies Inc – Pandemic-Adj.[4]** | FSCT | $1,566 | -10.4% | N/A | N/A | 5.2x |

**Why should FSCT shares be valued on par with a peer group which is *both* more profitable *and* is projected to grow more than twice as fast (even *before* taking COVID-19 into account)?**

1. Source: Bloomberg April 29, 2020
2. As enumerated in the deal proxy
3. Using estimates provided in (4) Illustrative Guidance
4. Using estimates from Spruce Point's *"Pandemic-Adjusted" (4) Illustrative Guidance*

38



# More Recent, Profitable, Cybersecurity Deal Priced At A Sales Multiple Half of Forescout's

The precedent (pre-COVID19) software transactions cited in the deal proxy carry a median NTM revenue multiple of 4.7x. However, Spruce Point questions whether these transactions are now relevant to a post-COVID19 Forescout, a chronically-unprofitable player in a pressured vertical of the cybersecurity space. Other, closer comps appear to suggest a lower multiple. In particular, on April 9, 2020 Investcorp Technology Partners acquired German cybersecurity company Avira for $180M. While German financial filings reveal that, like Forescout, Avira has been growing at a relatively modest single-digit rate through the recent past, they also show that it has been consistently profitable over the same period. Even then, it was acquired for a modest revenue multiple of just ~2.2x – considerably lower than Forescout's 4.7x purchase price (on Target Plan), despite its own projected Q1 contraction and continued failure to turn a profit. Spruce Point believes that Forescout should be valued closer to slower-growing peers like Avira, and perhaps deserves a discount for its consistent unprofitability.

## Investcorp acquires Germany's leading cybersecurity company, Avira

9 Apr 2020

**Recent Post COVID19 pandemic**

Investcorp Technology Partners, a leading European technology investor, today announces that it has agreed to acquire Avira Holding GmbH & Co KG and ALV GmbH & Co KG ("Avira") for US $180 million.

Avira is a German headquartered, multinational cybersecurity software solutions firm serving the OEM (Original Equipment Manufacturer) and Consumer end markets, with over 500 million endpoints protected globally. Over its 30+ year history, the Company has developed particular strengths in Anti-Malware, Threat Intelligence and IoT solutions. Its software provides next generation security for users' online identity, finances, and private data, protecting against viruses, malware, ransomware and other threats.

*Source*

**Revenue Growth: 1% with the filing calling for "slight" growth in 2019**

**Profitable**

### Consolidated income statement

| | 1.1.2018 - 31.12.2018 EUR | 1.1.2017 - 31.12.2017 EUR |
|---|---|---|
| 1. Revenue | 69,472,620.32 | 68,752,960.49 |
| 2. other operating income | 1,688,229.15 | 1,504,614.52 |
| 3. Cost of materials | 3,516,621.05 | 3,418,764.22 |
| a) Expenses for raw, auxiliary and operating materials and for purchased goods | 734,003.72 | 1,148,347.13 |
| b) Expenses for purchased services | 2,782,617.33 | 2,270,417.09 |
| 4. Personnel expenses | 33,184,345.34 | 32,680,944.57 |
| a) Wages and salaries | 29,340,254.54 | 28,137,418.80 |
| b) Social security contributions and expenses for pensions and support | 3,844,090.80 | 4,543,525.77 |
| of that for pensions | 17,447.79 | 39,246.72 |
| 5. Depreciation | 3,029,799.05 | 3,267,601.75 |
| a) intangible fixed assets and property, plant and equipment | 3,029,799.05 | 3,267,601.75 |
| 6. other operating expenses | 25,321,946.85 | 27,705,954.97 |
| 7. other interest and similar income | 61,995.49 | 14,766.08 |
| 8. Depreciation on financial assets and on securities held as current assets | 0.00 | 303,019.60 |
| 9. Interest and similar expenses | 328,103.47 | 417,574.79 |
| 10. Taxes on income and earnings | 515,620.00 | 843,889.22 |
| 11. Earnings after taxes | 5,326,409.20 | 1,634,591.97 |
| 12. other taxes | 78,057.66 | 83,404.01 |
| 13. Net income | 5,248,351.54 | 1,551,187.96 |

*Source: Bundesanzeiger*

**Avira Acquisition Analysis**

| ($, Millions, except percentages) | FY17 | FY18 | FY19 (Est)[1] | FY20 (Est)[1] |
|---|---|---|---|---|
| Actual Sales (US$) | $74.3 | $82.0 | $83.0 | $84.0 |
| Growth (local currency) | - | 1.0% | 1.0% | 1.0% |
| Acquisition EV / Sales Multiple | N/A | 2.2x | 2.2x | 2.4x |

*1. Spruce Point Estimates*

**How can Forescout justify a 4.7x NTM EV / Sales multiple with projected sales contraction in Q1 FY20 and continued unprofitability?**

SPRUCE POINT CAPITAL MANAGEMENT


**SPRUCE POINT**
CAPITAL MANAGEMENT

## Reassessing Valuation In Light Of New Forecasts And Effect Of Pandemic

On the basis of the (3) Alternative Plan – the last forecast believed to be provided to prospective buyers, per the timeline in the proxy – Advent is paying 4.7x FY20E sales for Forescout. However, on the basis of the (4) Illustrative Guidance, it is paying 5.0x FY20E sales. Reducing the deal price to the initial 4.7x on the basis of the (4) Illustrative Guidance would put FSCT shares at $30.39, or 8% below the current deal price. However, share values fall to just ~$26.00 – over 21% below the deal price – if we instead value FSCT shares at 4.7x pandemic-adjusted FY20 sales guidance. We conclude that, conservatively taking into account the effect of the pandemic, Advent likely paid close to 20% above what it would have intended to pay had it (A) had access to management's Illustrative Guidance and (B) waited just several weeks to observe the effect of the pandemic on the economy.

| ($M, except share values) | Valuation[1] |
|---|---|
| **(A) Price per Share** | $33.00 |
| **(B) Shares Outstanding, RSUs, and PSUs** | 54.8 |
| **(C) Net Proceeds per Option @ $33 Buyout** | $21.45 |
| **(D) Options** | 2.8 |
| **Equity Value ([(A) x (B)] + [(C) x (D)])** | $1,868.1 |
| **Debt** | $8.2 |
| **Operating Lease Liabilities** | $38.0 |
| **Less: Cash and Equivalents** | ($98.2) |
| **Net Debt** | ($52.0) |
| **Enterprise Value** | $1,816.1 |

| ($M, except multiples) | (1) Target Plan | (3) Alternative Plan | (4) Illustrative Guidance | Spruce Point Projection: Extrapolating Incremental Two-Year Sales From Q1 Guidance | Spruce Point Projection: Extrapolating Implied Growth From Q1 Guidance |
|---|---|---|---|---|---|
| **Sales, FY20E** | $389.0 | $386.0 | $355.0 | $306.9 | $276.3 |
| **EV/Sales Multiple** | 4.7x | 4.7x | 5.1x | 5.9x | 6.6x |
| **Sales, FY20E, with Pandemic Adj.** | $330.7 | $328.1 | $301.8 | $260.9 | $234.9 |
| **EV/Sales Multiple** | 5.5x | 5.5x | 6.0x | 7.0x | 7.7x |

1. Based on share count, RSU and PSU count, option count, and weighted-average option strike price as of 10-K (Feb 14), the latest date for which all info is available

**Revaluation**
**Deal EV / Sales Multiple (4.7x) on FY20E Sales According to Illustrative Guidance**

| ($M, except share values & percents) | Valuation |
|---|---|
| **Sales, FY20E** | $355.0 |
| **Purchase Multiple** | 4.7x |
| **Enterprise Value** | $1,668.5 |
| **Less (Plus): Net Debt (Cash)** | ($52.0) |
| **Equity Value** | $1,720.5 |
| **Shares Outstanding, RSUs, and PSUs[2]** | 56.6 |
| **Price per Share** | $30.39 |
| **Discount to Deal Price** | -8.1% |

**Revaluation**
**Deal EV / Sales Multiple (4.7x) on FY20E Sales According to Pandemic-Adjusted Illustrative Guidance**

| ($M, except share values & percents) | Valuation |
|---|---|
| **Sales, FY20E (Spruce Pt. Estimate)** | $301.8 |
| **Purchase Multiple** | 4.7x |
| **Enterprise Value** | $1,418.2 |
| **Less (Plus): Net Debt (Cash)** | ($52.0) |
| **Equity Value** | $1,470.5 |
| **Shares Outstanding, RSUs, and PSUs[2]** | 56.6 |
| **Price per Share** | $25.98 |
| **Discount to Deal Price** | -21.2% |

2. Options based on treasury stock method



# It Makes Sense For Advent To Walk From The Deal

> The preceding analysis leads us to a startling conclusion: **even taking the deal-break fee of $111.7M into account, it could make sense for Advent to break off the deal rather than follow through under the agreed-upon terms**. Not only does this analysis open an avenue for Advent to walk away, but, in so doing, it gives Advent leverage to demand that Forescout agree to renegotiate the deal, significantly raising the probability that the acquisition is not culminated under the current terms. Note that the disparity between Advent's valuation under the existing agreement and any amended valuation could be even larger, given the magnitude of the change in Forescout's growth trajectory per its unannounced guidance.

## FSCT Valuation Per Existing Agreement

| ($M, except share values) | Valuation[1] |
|---|---|
| **(A)** Price per Share | $33.00 |
| **(B)** Shares Outstanding, RSUs, and PSUs | 54.8 |
| **(C)** Net Proceeds per Option @ $33 Buyout | $21.45 |
| **(D)** Options | 2.8 |
| Equity Value  ([(A) x (B)] + [(C) x (D)]) | $1,868.1 |
| Debt | $8.2 |
| Operating Lease Liabilities | $38.0 |
| Less: Cash and Equivalents | ($98.2) |
| Net Debt (Cash) | ($52.0) |
| Enterprise Value | $1,816.1 |

## FSCT Valuation With Forecast Adjustments

| ($M, except share values & percents) | Valuation |
|---|---|
| Sales, FY20E (Spruce Pt. Estimate) | $301.8 |
| Purchase Multiple | 4.7x |
| Enterprise Value | $1,418.2 |
| Less (Plus): Net Debt (Cash) | ($52.0) |
| Less: Option Proceeds | ($59.9) |
| Equity Value | $1,410.4 |
| Shares Outstanding, RSUs, and PSUs[2] | 56.6 |
| Price per Share | $25.97 |
| Discount to Deal Price | -21.2% |

## Advent: Deal Break Cost / Benefit Analysis

| ($M) | |
|---|---|
| **(A)** Enterprise Value, Initial | $1,816.1 |
| **(B)** Enterprise Value, with Adjustments | $1,418.2 |
| **(C)** Deal-Break Benefit, Gross  ((A) - (B)) | $397.9 |
| **(D)** Deal-Break Fee[3] | $111.7 |
| **Deal-Break Benefit , Net ((C) - (D))** | **$286.2** |

> As it is conceivably in Advent's best interest to walk from the deal, we believe that Advent should use this as leverage renegotiate the price. Either way, **we believe that there is a meaningful probability that the deal will not be completed under the existing terms, whether by means of a complete break or a renegotiation.** Given Forescout's apparent rush to get the deal done, we would not be surprised to see the Company concede to renegotiated terms, and encourage Advent to pursue this alternative.

1. Based on share count, RSU and PSU count, option count, and weighted-average option strike price as of 10-K (Feb 14), the latest date for which all necessary information is available
2. Options based on treasury stock method
3. We assume no tax impact since FSCT has $379m existing NOLs

41

# FSCT Shares Have Significant Downside In A Deal-Break Scenario

**SPRUCE POINT**
CAPITAL MANAGEMENT

Valuing FSCT shares at a more conservative multiple – below that of its purported peer group – and taking into account (A) management's unreleased guidance and (B) the potential impact of the pandemic on sales, Spruce Point believes that FSCT shares are worth 50%-60% less than the $33 price set by the merger agreement. Taking into account the fact that the Company stands to receive a termination fee of $111.7M in the case of a broken deal – which would presumably be factored into any renegotiation – FSCT shares still face 35-50% downside to the $33 deal price, depending on the severity of the top-line projections used to value the Company.

| ($M, except share values and percentages) | (4) Illustrative Guidance | Spruce Point Projection: Extrapolating Incremental Two-Year Sales From Q1 Guidance | Spruce Point Projection: Extrapolating Implied Growth From Q1 Guidance |
|---|---|---|---|
| **Deal-Agnostic Valuation** | | | |
| Sales, FY20E, with Pandemic Adj. | $301.8 | $260.9 | $234.9 |
| EV/Sales Multiple | 3.0x | 3.0x | 3.0x |
| Enterprise Value | $905.4 | $782.6 | $704.6 |
| Less (Plus): Net Debt (Cash) | ($52.0) | ($52.0) | ($52.0) |
| Equity Value | $957.4 | $834.6 | $756.6 |
| Pro Forma Dil. Shares Outstanding[1] | 56.6 | 56.6 | 56.6 |
| Price per Share | $16.92 | $14.75 | $13.37 |
| Discount to Deal Price | -49% | -55% | -60% |
| **Complete Valuation** | | | |
| Deal-Break Fee (to Forescout)[2] | $111.7 | $111.7 | $111.7 |
| Equity Value, Adj. | $1,068.9 | $946.3 | $868.3 |
| Pro Forma Dil. Shares Outstanding[3] | 50.2 | 50.2 | 50.2 |
| Price per Share | $21.30 | $18.85 | $17.30 |
| Discount to Deal Price | -35% | -43% | -48% |

1. Based on share count and option count as of Mar 23 proxy statement. Based on weighted-average option strike price as of 10-K (Feb 14), the latest date for which it is available.
2. We assume no tax impact since FSCT has $379m existing NOLs

42