**ABRAHAM, FRUCHTER**
   **& TWERSKY, LLP**
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
TAKEO A. KELLAR (SBN 234470)
TKellar@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582

JEFFREY S. ABRAHAM
(Admitted *Pro Hac Vice*)
JAbraham@aftlaw.com
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

*Counsel for Movant the Glazer Funds*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE and CHRISTOPHER HARMS,<br><br>Defendants. | Case No. 3:20-cv-00076-SI<br><br>**DECLARATION OF JEFFREY S. ABRAHAM IN SUPPORT OF THE GLAZER FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: November 6, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Susan Illston<br>Courtroom: 1, 17th Floor |

DECLARATION OF JEFFREY S. ABRAHAM
Case No. 3:20-cv-00076-SI

I, Jeffrey S. Abraham, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a Partner with the law firm of Abraham, Fruchter & Twersky, LLP, representing proposed lead plaintiff Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Multi-Strategy 2 (hereinafter collectively referred to as the "Glazer Funds"). I have been admitted *pro hac vice* to appear in this action. I submit this declaration in support of the Glazer Funds' motion for appointment as Lead Plaintiff and approval of their selection of Lead Counsel in the above captioned consolidated securities class action.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a press release issued by Spruce Point Capital Management's ("Spruce Point") on April 30, 2020.

3.    Attached hereto as **Exhibit B** is a true and correct copy of a compendium consisting of Spruce Point's Twitter Disclaimer and tweets issued over the course of approximately 4.5 hours by Spruce Point beginning at 10:08 a.m. on April 30, 2020, and continuing into May 1, 2020.

4.    Attached hereto as **Exhibit C** is a true and correct copy of a chart listing the market prices of Forescout Technologies, Inc. ("Forescout") common stock from April 30, 2020, through May 1, 2020, which was retrieved from a Bloomberg terminal.

5.    Attached hereto as **Exhibit D** is a true and correct copy of a chart summarizing the trading in Forescout common stock throughout the day on April 30, 2020 which was created from the data contained in Exhibit C. A red line marks 10:08 a.m., the time that Spruce Point began Tweeting.

6.    The Glazer Funds did not trade in options on Forescout common stock or other similar "exotic securities" and, instead, the Glazer Funds' trading was limited to common stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 20th day of October 2020.

/s/    *Jeffrey S. Abraham*
JEFFREY S. ABRAHAM

DECLARATION OF JEFFREY S. ABRAHAM
Case No. 3:20-cv-00076-SI