# EXHIBIT B

Twitter Disclaimer | Spruce Point Capital Management

SIGNUP FOR UPDATES

## Spruce Point Capital Management | Twitter Disclaimer

Spruce Point Capital Management, LLC operates a Twitter account at www.twitter.com/sprucepointcap ("Twitter Account"). Please read this legal disclaimer in full prior to reading any content on our Twitter Account.

Nothing in the Twitter Account may be considered as an offer or solicitation to purchase or sell products or services, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. The purpose of our Twitter Account is solely to share and discuss investment ideas.

Use of Spruce Point's tweets, posts or communications ("Communications" or "Communicate") referencing any publicly traded security is at your own risk. To the best of our ability and belief, as of the date hereof, all information contained herein is accurate and reliable and does not omit to state material facts necessary to make the statements herein not misleading, and all information has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer, or to any other person or entity that was breached by the transmission of information to Spruce Point Capital Management LLC. However, Spruce Point Capital Management LLC recognizes that there may be non-public information in the possession of companies we Communicate about.  Or other insiders of companies we Communicate about that has not been publicly disclosed by

Copyright ©2020 | Spruce Point Capital Management, LLC | All Rights Reserved | Legal Disclaimer | Privacy Policy

Twitter Disclaimer | Spruce Point Capital Management

presented "as is," without warranty of any kind – whether express or implied. Spruce Point Capital Management LLC makes no other representations, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use.

Prior to making any investment or hiring any investment manager you should consult with professional financial, legal and tax advisors to assist in due diligence as may be appropriate and determining the appropriateness of the risk associated with a particular investment.

You should assume that as of the Communication date, Spruce Point Capital Management LLC (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our subscribers and clients has a short position in all stocks (and/or are long puts/short call options of the stock) covered herein, and therefore stand to realize significant gains in the event that the price of its stock declines. Following publication of any presentation, report or letter, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation.   All expressions of opinion are subject to change without notice, and Spruce Point does not undertake to update this Communication or any information contained herein.  Spruce Point Capital Management LLC, subscribers and/or consultants shall have no obligation to inform any investor or viewer of this Communication about their historical, current, and future trading activities.

Users of the Twitter Account ("Users") shall not use the Twitter Account at any time for any purpose that is unlawful or prohibited and shall comply with any applicable local, state, national or international laws or regulations when using the Twitter Account.

Spruce Point Capital Management LLC and the terms, logos and marks included on the Twitter Account that identify Spruce Point Capital Management LLC services and products are proprietary materials.

Case 3:20-cv-00076-SI    Document 108-2    Filed 10/20/20    Page 4 of 34

Copyright in the pages and in the screens of the Twitter Account, and in the information and material therein, is proprietary material owned by Spruce Point Capital Management LLC unless otherwise indicated.

If any provision in these Terms of Use is held to be invalid or unenforceable, then the remaining provisions shall continue in full force and effect.

10/19/2020 Spruce Point Capital on Twitter: "Spruce Pt is short $FSCT Forescout Technologies + believes Advent must renegotiate its offer price lo…

Case 3:20-cv-00076-SI Document 102-2 Filed 10/20/20 Page 5 of 34



Twitter

# Explore

⚙ Settings

← Tweet

**Spruce Point Capital**
@sprucepointcap ⌄

Spruce Pt is short $FSCT Forescout Technologies + believes Advent must renegotiate its offer price lower or consider terminating the transaction in light of recently disclosed "Illustrative Guidance" + Post COVID-19 impacts. We believe they could negotiate a 35-50% lower price

10:08 AM · Apr 30, 2020 · Twitter Web App

**2** Retweets     **2** Quote Tweets     **5** Likes

💬          ⟲          ♡          ⬆

**Stocktipster** @ArbStocktipster · Apr 30          ⌄
Replying to @sprucepointcap
I fully understand that there is little to do during a quarantine but this!!! If you feel feverish: call a doctor, drink lots of liquid and rest. Dont do this. Quite embarrasing. PR stunt to juice returns. Why didnt you write to blackstone for tge?

💬          ⟲          ♡          ⬆

**Stocktipster** @ArbStocktipster · Apr 30          ⌄
Replying to @sprucepointcap
The thing I cant get over this letter is hindsight wisdom. If you had waited for covid you wouldve gotten a better price. Also the randomness of the numbers 50% off like if this were a storage wars container. And lastly, im not an investor with advent but please make me some $$$

💬          ⟲          ♡          ⬆

**SG** @srg444 · Apr 30          ⌄
Replying to @sprucepointcap
This is so misguided re thesis but smartly guided re: risk/reward

💬          ⟲          ♡          ⬆

Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

Politics · Trending
**Schiff**
47.3K Tweets

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is listen to scientists"
4,504 Tweets

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service     Privacy Policy
Ads info     More ⌄     © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     S



Twitter

# Explore

Settings

←   **Tweet**

Search Twitter

**New to Twitter?**

Sign up now to get your own per…

**Sign up**

**Spruce Point Capital**
@sprucepointcap

In our view, Advent must revise or walk away from $FSCT. They are in a position of leverage here. NO ONE wanted to buy this EBITDA negative, money losing business at the price Advent offered #bearish



Spruce Point Believes Advent Must Revise The FSCT Deal Price 35%-50% Lower, Or Walk Away

10:16 AM · Apr 30, 2020 · Twitter Web App

**2** Retweets    **3** Likes

💬     ⟲     ♡     ⬆

**Relevant people**



**Spruce Point Capit…**
@sprucepointcap

Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is
listen to scientists"
4,555 Tweets

Politics · Trending
**Schiff**
47.3K Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt…

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S…



Twitter

\#   **Explore**

⚙   **Settings**

←   **Tweet**



**Spruce Point Capital**
@sprucepointcap     ⌄

$FSCT dubbed a "Dinosaur IPO": absent multiple expansion and them blowing $113m on a revenue-less company, it's not clear management created any value with continued guidance misses



10:20 AM · Apr 30, 2020 · Twitter Web App

**1** Retweet    **5** Likes

💬      ⟲      ♡      ⬆

🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own pers

**Sign up**

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**Schiff**
47.3K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is
listen to scientists"
4,555 Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 8 of 34



# Twitter

## Explore

## Settings

← **Tweet**

**Spruce Point Capital**
@sprucepointcap

By no means is $FSCT a done #deal. Has lots of #risk. Look carefully at the language they've used about closing conditions. Recently using inconsistent language around "marketing" and "remarketing" of $400m in debt. Any lenders eager for negative EBITDA credit in this env't?

SPRUCE POINT CAPITAL MANAGEMENT

### Change (And Inconsistent) Language Suggests Rising Financing Risk?

Does a subtle change (and inconsistency) in the transaction details discussed in Forescout's deal-related press releases suggest that financing for the deal may be at risk? On Feb 6th and March 9th the Company claimed that the deal was expected to close in Q2 FY20 "subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals." On Apr 23rd, the deal was indeed approved by a shareholder vote, with over 99% voting in favor of the transaction. However, the press release now says the completion of the deal is conditional upon "a customary debt marketing period," whereas the transcript says "remarketing period". Why did management choose to highlight this condition only now? Does remarketing the financing suggest it is at risk now with the onset of the COVID-19 pandemic?

**FSCT: Acquisition Press Release (Feb 6, 2020)**

The transaction is expected to close in the second calendar quarter of 2020, subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

**FSCT: Expiration Go Shop Release (March 9, 2020)**

The transaction is expected to close in the second calendar quarter of 2020, subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

**FSCT: Acquisition Press Release (Apr 23, 2020)**

Forescout continues to expect the transaction to close in the second calendar quarter of 2020 following the completion of a customary debt "marketing period" by Advent. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

**FSCT: Special Meeting of Stockholders (Apr 23, 2020)**

"Based on the preliminary report of Inspector of Elections, stockholders voted to adopt the merger agreement and voted to approve the compensation that will or may become payable to Forescout to its named executive officers. The Inspector of Elections will execute a certificate as to the results of the voting, and that certificate will be filed with the minutes of this meeting. As we have sufficient votes to approve the adoption of the merger agreement, the proposal of the proxy to adjourn this meeting to a later date to solicit additional proxies is rendered moot, and will not be presented for a vote. The final tabulation of these votes will appear in the Form 8-K to be filed with the Securities and Exchange Commission. We currently expect the merger to be consummated on or around May 18, 2020, after buyer's remarketing period ends."

- Darren Milliken, General Counsel – Forescout Technologies

**Remarketing or marketing period?**
*Has the financing for the deal originally announced on Feb 6 fallen through or become less certain?*

11

10:22 AM · Apr 30, 2020 · Twitter Web App

**3** Likes

💬    ⟲    ♡    ↥

**Stocktipster** @ArbStocktipster · Apr 30
Replying to @sprucepointcap
I agree nothing has changed in the markets since Feb. 6 so why would anyone have to remarket debt? Same rates and liquidity

💬    ⟲    ♡    ↥

---

🔍 Search Twitter

### New to Twitter?

Sign up now to get your own per...

**Sign up**

### Relevant people

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician I
Specialize in Forens
Invest @ Your Own
Disclaimer

### What's happening

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is listen to scientists"
4,555 Tweets

Politics · Trending
**Schiff**
47.8K Tweets

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

### Don't miss what's happening
People on Twitter are the first to know.

**Log in**





Explore

Settings

**Tweet**

**Spruce Point Capital**
@sprucepointcap

Last time $FSCT surprised investors with a pre-announce guidance revision in Q3 2019, the stock imploded 37%. From our forensic work, it appears to us mgmt was racing to announce a deal in Feb before issuing even WORSE guidance. #skeptic #bearish

10:28 AM · Apr 30, 2020 · Twitter Web App

**Search Twitter**

**New to Twitter?**
Sign up now to get your own pers…

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is
listen to scientists"
4,605 Tweets

Politics · Trending
**Schiff**
47.3K Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Case 3:20-cv-00076-SI   Document 103-2   Filed 10/20/20   Page 10 of 34



Twitter

\# Explore

⚙ Settings

← **Tweet**



**Spruce Point Capital**
@sprucepointcap

Advent is managing money for #public #pension funds - hard-working public employees during a #depression. There is an enormous transfer of wealth happening to $FSCT insiders here for suspect value creation. Advent must renegotiate the deal or abandon it.

10:33 AM · Apr 30, 2020 · Twitter Web App

**1** Quote Tweet    **1** Like

💬    ⟲    ♡    ⬆



🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own pers

**Sign up**

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician E
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**Schiff**
47.8K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is
listen to scientists"
4,605 Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**   S

10/19/2020     Spruce Point Capital on Twitter: "There is no shame in terminating a busted deal in this tough environment, especially a bad one. $112…

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 11 of 34

Twitter

# Explore

Settings

← **Tweet**

**Spruce Point Capital**
@sprucepointcap

There is no shame in terminating a busted deal in this tough environment, especially a bad one. $112m termination fee is a drop in the bucket for Advent to do the right thing. First $LB $SMRT $HXL / $WWD - now $BA and hopefully $FSCT



10:36 AM · Apr 30, 2020 · Twitter Web App

**1** Retweet    **2** Likes

**Stocktipster** @ArbStocktipster · Apr 30
Replying to @sprucepointcap
Yeah and it wouldnt reflect bad on their due diligence process. Because thats what the investors pay Advent for and to develop and improve the deal. This guys have a focus on operational transformation for the companies they buy.

Show more replies

🔍   Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is listen to scientists"
4,605 Tweets

Politics · Trending
**Schiff**
47.8K Tweets

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ∨   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

10/19/2020   Spruce Point Capital on Twitter: "$FSCT management laughing to the bank with its $100m pay day - #gold #parachute - it's disgraceful i…

Case 3:20-cv-00076-SI  Document 102-2  Filed 10/30/20  Page 12 of 34



# Twitter

### Explore

### Settings

**Tweet**

**Spruce Point Capital**
@sprucepointcap

$FSCT management laughing to the bank with its $100m pay day - #gold #parachute - it's disgraceful in our opinion, that during a #depression they walk away without having to issue their "illustrative guidance" which would have exposed their #failure



10:38 AM · Apr 30, 2020 · Twitter Web App

**2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
A doctor from India is winn
hearts with this dance vide
COVID-19 patients

K-pop · Trending
#통블답장
10.9K Tweets

Politics · Trending
he'll listen to the scientists
Trump argues that if Biden is
listen to scientists"
4,605 Tweets

Politics · Trending
Schiff
47.8K Tweets

US elections · LIVE
New York: Election news ar
updates

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S

Case 3:20-cv-00076-SI   Document 103-2   Filed 10/20/20   Page 13 of 34



Twitter

# Explore

⚙ Settings

← **Tweet**



**TD Ameritrade Network** ✔
@TDANetwork

Time to short $FSCT? 🧐

@sprucepointcap's Ben Axler breaks down the red flags of Advent International's purchase of Forescout:



Ben Axler's Case to Short Forescout
🔗 tdameritradenetwork.com

10:53 AM · Apr 30, 2020 · Twitter for Advertisers

**4** Retweets   **4** Likes

💬         ⟲         ♡         ⬆

🔍 Search Twitter



**New to Twitter?**

Sign up now to get your own pers

**Sign up**

**Relevant people**

**TD Ameritrade Net**
@TDANetwork
An informed investo
investor. Real-time i
strategy from indust
endorsements. Imp

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician I
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**Schiff**
47.8K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is
listen to scientists"
4,605 Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**

 Twitter

# Explore

⚙ Settings

← **Tweet**

 **Spruce Point Capital**
@sprucepointcap ⌄

It's time to stop the enormously diverging #wealth gap in #America - @BernieSanders @ewarren - as evidence by Advent acquiring $FSCT - why do the #banks #management #VentureCapitalists #privateequity firms always win, when everyone else gets #screwed Just our opinion



11:01 AM · Apr 30, 2020 · Twitter Web App

**5** Likes

💬     ⟲     ♡     ↑

 **Rob's Educated Guesses** @RobEducated · Apr 30
Replying to @sprucepointcap @BernieSanders and @ewarren
Seems like you might not care about that topic other than shorting that stock imho

💬     ⟲     ♡     ↑

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

 **Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**Bernie Sanders** ✓
@BernieSanders
U.S. Senator for Ver

**Elizabeth Warren** ✓
@ewarren
U.S. Senator, former
mom (Amelia, Alex,
grandmother, and G
Official campaign ac

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.9K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is
listen to scientists"
4,663 Tweets

Politics · Trending
**Schiff**
48.3K Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S

Case 3:20-cv-00076-SI   Document 108-2   Filed 10/20/20   Page 15 of 34



Twitter

#   Explore

⚙   Settings

←   **Tweet**

**Spruce Point Capital**
@sprucepointcap

#Information rules on #WallStreet. Who knew what and when is critical to this $FSCT deal timeline. "Target Plan" , "Preliminary Alternative Plan", "Illustrative Guidance" - looks like all smoke and mirrors from the sausage factory in this terrible deal #skeptic #bearish

SPRUCE POINT CAPITAL MANAGEMENT

**Were All Financial Forecasts Prepared By Management Provided To Prospective Buyers?**

In the acquisition timeline provided in the proxy statement issued following the deal's announcement, Forescout discusses its preparation of four different sets of long-term financial forecasts at various points through late 2019 and early 2020. Its (1) Target Plan" and (2) "Preliminary Alternate Plan" were completed in Nov 2019 – towards the beginning of the acquisition timeline, and in the normal course of management's internal financial reviews. Its (3) "Alternate Plan" was later completed in early Feb 2020 on updated information regarding its sales and expense outlook, in conjunction with the (4) "Illustrative Guidance" which management expected to release on its planned Feb 6, 2020 earnings call for Q4 FY19. After a close analysis of the provided deal timeline and the contents of each of the forecasts disclosed, Spruce Point questions whether potential buyers were provided all of management's forecasts – each of which differed materially from the others – and, therefore, whether they were made fully aware of management's financial outlook.

**FSCT: Deal Proxy Statement**

On November 19 and November 20, 2019, the Forescout Board held a regularly scheduled meeting. Forescout's historical practice is for Forescout management to review an early draft of Forescout's operating plan with the Forescout Board in November of each year, with the operating plan finalized following the completion of Forescout's fiscal year. Consistent with that practice, during a portion of this meeting, which was attended by members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley, members of Forescout management reviewed with the Forescout Board preliminary drafts of the Target Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts") and the Preliminary Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"). Forescout management also described the process of preparing the Target Plan and the Preliminary Alternate Plan (including their present "tops-down" nature), as well as the additional work to be undertaken to finalize Forescout's operating plan for further review by the Forescout Board. For additional information on the Target Plan and the Preliminary Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The Forescout Board approved Morgan Stanley providing the Target Plan to potential acquirers in order to assist the potential acquirers with their valuation work. Morgan Stanley subsequently provided this information. The representatives of Morgan Stanley also provided an update on the status of the ongoing process relating to the potential sale of Forescout, including as to the status of each potential acquirer's interest in an acquisition of Forescout.

On January 27, 2020, the Strategic Committee met, with members of Forescout management and representatives of each of Wilson Sonsini and Morgan Stanley in attendance. The representatives of Morgan Stanley described recent conversations with representatives of Financial A. During these conversations, the representatives of Financial A stated that, as a result of Forescout's preliminary results for the fourth quarter of 2019, Financial A (1) was not going to make a revised acquisition proposal because its updated view of valuation for Forescout would likely be below $30.00 per share; and (2) believed that Forescout should proceed with its scheduled earnings announcement on February 6, 2020, after which the parties could potentially resume discussions regarding an acquisition. In view of these conversations with Financial A and the lack of engagement by Financial B, the Strategic Committee believed that only Advent and Financial C were still considering a potential acquisition of Forescout prior to the public announcement of Forescout's results for the fourth quarter of 2019. The members of Forescout management further described their evolving understanding of the trends that impacted Forescout's results for the fourth quarter of 2019 and the negative impact that those trends were likely to have on Forescout's expected results for 2020. They also again reviewed Forescout's sales pipeline for 2020 (which continued to be impacted by greater weakness than originally anticipated). The members of Forescout management described their current expectations for Forescout's public guidance for the first quarter and full year of 2020, respectively, which guidance included the information contained in the Illustrative Guidance (as defined under the section of this proxy statement captioned "—Financial Forecasts"); such guidance would be released, in the absence of a sale of Forescout, in connection with Forescout's results for the fourth quarter of 2019. Together with the Strategic Committee, the members of Forescout management reviewed a draft of the Alternate Plan (as defined under the section of this proxy statement captioned "—Financial Forecasts"), including its "bottoms-up" nature. For additional information on the Alternate Plan, see the section of this proxy statement captioned "—Financial Forecasts." The members of Forescout management also described the potential negative impact that Forescout's results for the fourth quarter of 2019 and expected financial guidance for 2020 could have, individually and collectively, on Forescout's stock price. The Strategic Committee approved the use of the (1) Alternate Plan (in lieu of the Preliminary Alternate Plan), (2) Target Plan and (3) Illustrative Guidance for purposes of Morgan Stanley's financial analysis of Forescout. The Strategic Committee instructed Morgan Stanley to provide the Alternate Plan to Advent and Financial C. Morgan Stanley subsequently provided this information.

**Nov 2019**
Management had prepared a (1) Target Plan and (2) Preliminary Alternative Plan, but submitted only the (1) Target Plan to potential acquirers?

**Jan 2020**
Management prepared an amended (3) Alternative Plan and (4) Illustrative Guidance, but submitted only the (3) Alternative Plan to potential acquirers?

Spruce Point believes that any failure by management to disclose its full financial outlook to prospective buyers could, at the very least, provide sufficient grounds for Advent to ask Forescout to renegotiate the deal price. At worst, it could represent a potential breach of Forescout's representations and warranties, and thus give Advent a chance to exit the deal without paying an exit fee.

13

11:04 AM · Apr 30, 2020 · Twitter Web App

**2** Likes

💬    🔁    ♡    ⬆

**New to Twitter?**
Sign up now to get your own pers

**Sign up**

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
48.7K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is listen to scientists"
4,724 Tweets

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 16 of 34



Twitter

# Explore

⚙ Settings

← **Tweet**



**Spruce Point Capital**
@sprucepointcap

Doesn't it look #shady #odd #sketchy that the"Preliminary Alternative Plan" with lower numbers was not explicitly stated in the proxy to have been shared with buyers. Gives off the perception and potential that $FSCT may have been hiding something #skeptic #bearish



11:09 AM · Apr 30, 2020 · Twitter Web App

**4** Likes

💬     ⟲     ♡     ⬆

🔍 Search Twitter



**New to Twitter?**

Sign up now to get your own pers

**Sign up**

**Relevant people**

**Spruce Point Capit**
@sprucepointcap

Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
47.6K Tweets

Politics · Trending
**Ratcliffe**
71.1K Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitte

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**   S

Case 3:20-cv-00076-SI    Document 102-3    Filed 10/20/20    Page 17 of 34



Twitter

# Explore

⚙ Settings

← **Tweet**

**Spruce Point Capital**
@sprucepointcap

I cannot stress this slide enough. Did $FSCT mean "marketing" or "remarketing" of the debt"? They can't get the story straight? Remarketing gives me the feel that lenders are struggling committing to a negative EBITDA business with sales potentially negative during a #depression



11:18 AM · Apr 30, 2020 · Twitter Web App

**1** Quote Tweet    **2** Likes

💬     ⟲     ♡     ⬆

🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own pers

**Sign up**



**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
48.7K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is listen to scientists"
4,724 Tweets

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 18 of 34

Twitter

# Explore

⚙ Settings

← Tweet

**Spruce Point Capital**
@sprucepointcap

The language in the $FSCT proxy statement doesn't make it clear if the"Preliminary Alternative Plan" or the "Illustrative Guidance" was provided to potential acquirers



11:45 AM · Apr 30, 2020 · Twitter Web App

**2** Likes

## New to Twitter?

Sign up now to get your own pers…

Sign up

## Relevant people

**Spruce Point Capit…**
@sprucepointcap

Activist Inv Manage
Trained Statistician E
Specialize in Forens
Invest @ Your Own
Disclaimer

## What's happening

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
48.7K Tweets

Politics · Trending
**he'll listen to the scientists**
Trump argues that if Biden is
listen to scientists"
4,778 Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service　Privacy Policy
Ads info　More ⌄　© 2020 Twitt…

## Don't miss what's happening

People on Twitter are the first to know.

Log in　S…

10/19/2020
Spruce Point Capital on Twitter: "If the "Alternative Plan" elicited revised offers lower for $FSCT, what would clear disclosure of much w…

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/30   Page 19 of 34

Twitter

# Explore

Settings

## Tweet

**Spruce Point Capital**
@sprucepointcap

If the "Alternative Plan" elicited revised offers lower for $FSCT, what would clear disclosure of much weaker "Alternative Guidance"  have done to offers...



12:08 PM · Apr 30, 2020 · Twitter Web App

**2** Likes

## New to Twitter?

Sign up now to get your own pers

Sign up

## Relevant people

**Spruce Point Capit**
@sprucepointcap

Activist Inv Manage
Trained Statistician E
Specialize in Forens
Invest @ Your Own
Disclaimer

## What's happening

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

Politics · Trending
**He'll Listen To The Scientist**
Trump argues that if Biden is
listen to scientists"
4,778 Tweets

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
48K Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ∨   © 2020 Twitte

## Don't miss what's happening

People on Twitter are the first to know.

Log in



### Tweet

**Spruce Point Capital**
@sprucepointcap

How could these forecasts vary so significantly when supposedly informed by the same bottoms up sales pipeline and expense analysis in Jan 2020. Things that make you go "Hmm" #skeptic

12:10 PM · Apr 30, 2020 · Twitter Web App

**1** Like

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap

Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is win
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
47.6K Tweets

K-pop · Trending
**minghao**
K-pop's SEVENTEEN makes a
Home Run, the lead single fr
studio album Semicolon
41.2K Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S

Case 3:20-cv-00076-SI   Document 108-3   Filed 10/20/20   Page 21 of 34



# Tweet

**Spruce Point Capital**
@sprucepointcap

Trends were NOT going in $FSCT's favor into the announcement of this deal, and we will show why there are multiple signs they have gotten worse. Last pre-announce in Q32019 sent the stock plunging 37% and this time around we suspect it would have been worse #bearish



12:16 PM · Apr 30, 2020 · Twitter Web App

**1** Retweet    **1** Like

Explore

Settings

Search Twitter

New to Twitter?

Sign up now to get your own pers

Sign up

Relevant people

**Spruce Point Capit**
@sprucepointcap

Activist Inv Manage
Trained Statistician I
Specialize in Forens
Invest @ Your Own
Disclaimer

What's happening

COVID-19 · 1 hour ago
A doctor from India is winr hearts with this dance vide COVID-19 patients

K-pop · Trending
#통블답장
10.6K Tweets

Politics · Trending
Schiff
47.6K Tweets

Politics · Trending
Ratcliffe
71.7K Tweets

US elections · LIVE
New York: Election news ar updates

Show more

Terms of Service   Privacy Policy
Ads info   More   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Case 3:20-cv-00076-SI Document 102-8 Filed 10/20/20 Page 22 of 34



12:39 PM · Apr 30, 2020 · Twitter Web App

**1** Like



Explore

Settings

← **Tweet**



Search Twitter

**New to Twitter?**
Sign up now to get your own pers…

Sign up

**Spruce Point Capital**
@sprucepointcap

Field research suggests multiple new startups like Armis/Claroty/Dragos/Tanium that are gaining share with ready made SaaS solutions that are cheaper + good enough to get the job done to avoid $FSCT more expensive solution. We've heard some may have "reverse-engineered" $FSCT's



12:50 PM · Apr 30, 2020 · Twitter Web App

**1** Retweet    **1** Like

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician E
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
A doctor from India is winn
hearts with this dance vide
COVID-19 patients

K-pop · Trending
#통블답장
10.6K Tweets

Politics · Trending
**Schiff**
47.6K Tweets

Politics · Trending
**Ratcliffe**
71.1K Tweets

US elections · LIVE
New York: Election news ar
updates

Show more

Terms of Service    Privacy Policy
Ads info    More ⌄    © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S

Case 3:20-cv-00076-SI Document 102-2 Filed 10/20/20 Page 24 of 34



# Twitter

\# Explore

⚙ Settings

← **Tweet**

 **Spruce Point Capital**
@sprucepointcap ⌄

Never good when industry thought leaders like Forrester have you on the outskirts of the grid as barely a contender in the industry. And remind me again why was a premium paid to acquire $FSCT?



1:06 PM · Apr 30, 2020 · Twitter Web App

**1** Retweet    **1** Like

💬    ⟲    ♡    ⬆

**Stocktipster** @ArbStocktipster · Apr 30
Replying to @sprucepointcap
This fund doesnt know the control premium buyers pay. I would interview this guys thoroughly before putting any money in them. Bet new issue concession in bonds is as foreign as acqusition premium

💬    ⟲    ♡    ⬆

🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own pers

**Sign up**

**Relevant people**

 **Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.7K Tweets

Politics · Trending
**Schiff**
48.5K Tweets

Politics · Trending
**Ratcliffe**
71.7K Tweets

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Case 3:20-cv-00076-SI    Document 102-2    Filed 10/20/20    Page 25 of 34



# Explore

## Settings

Q Search Twitter

**Spruce Point Capital**
@sprucepointcap

The recent Glassdoor reviews about $FSCT are insightful "Sinking Ship" "Stay Away From This Mess" "A Lot of Show on the Outside. A while lot of Noting Inside" - can't wait to see what lenders are eager for credit exposure to this.

**New to Twitter?**

Sign up now to get your own per

**Sign up**



**Relevant people**

**Spruce Point Capit**
@sprucepointcap

Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

1:13 PM · Apr 30, 2020 · Twitter Web App

**3** Likes

&#x1f4ac;     &#x21bb;     &#x2661;     &#x1f4e4;

**ASY** @doumenzi · Apr 30
Replying to @sprucepointcap
which must be why those guys keep selling shares

&#x1f4ac;     &#x21bb;     &#x2661; 1     &#x1f4e4;

**Stocktipster** @ArbStocktipster · Apr 30
Replying to @sprucepointcap
Cant wait till risk department interviews $fsct hr department.

&#x1f4ac;     &#x21bb;     &#x2661;     &#x1f4e4;

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.7K Tweets

Politics · Trending
**Schiff**
48.5K Tweets

Trending in United States
**Tropical Depression 27**
Trending with #Epsilon, Bermuda

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S

Case 3:20-cv-00076-SI    Document 102-2    Filed 10/20/20    Page 26 of 34

Twitter

# Explore

⚙ Settings

← **Tweet**

**Spruce Point Capital**
@sprucepointcap

When front line sales people are running for the exit door, it's probably a good indication that there ain't much to sell $FSCT #bearish #negative



Spruce Point Capital Management — Steady Exodus Of Staff, Particularly Among Sales Force

1:17 PM · Apr 30, 2020 · Twitter Web App

**5** Likes

💬   🔁   ♡   ⬆

**Stocktipster** @ArbStocktipster · Apr 30
Replying to @sprucepointcap
Strange that people trade their jobs for a better one. Something is cooking here. Keep an eye out

💬 1   🔁   ♡   ⬆

**trendwhizo** @trendwhizo · May 2
B2B SaaS sales headcounts are usually volatile!
+
When a PE firm acquires, sales folks jump out as:
1. Equity has limited upside
2.  Incentive structure may change drastically

just sayin… @linkedin intel is not the best indicator other than story-telling.

#SaturdayThoughts

💬   🔁   ♡   ⬆

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own pers

**Sign up**

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician E
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn
hearts with this dance vide
COVID-19 patients**

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
48.5K Tweets

Politics · Trending
**Ratcliffe**
72.2K Tweets

US elections · LIVE
**New York: Election news a
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S

10/19/2020

Spruce Point Capital on Twitter: "Nice subtle word change made in the recent $FSCT 10-K filed AFTER the deal was announced. Again…

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 27 of 34

Tweet

**Spruce Point Capital**
@sprucepointcap

Nice subtle word change made in the recent $FSCT 10-K filed AFTER the deal was announced. Again, was Advent made aware that there were troubles brewing with Forescout's sales force productivity claims? #skeptic #bearish



1:37 PM · Apr 30, 2020 · Twitter Web App

**1** Like

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
A doctor from India is winn
hearts with this dance vide
COVID-19 patients

K-pop · Trending
**#통블답장**
10.6K Tweets

Politics · Trending
**Schiff**
48K Tweets

Politics · Trending
**Ratcliffe**
72.2K Tweets

US elections · LIVE
**New York: Election news ar
updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S



Twitter

Explore

Settings

**Tweet**

**Spruce Point Capital**
@sprucepointcap

Seems a little odd that Advent wouldn't confirm the closing date of May 18th that $FSCT shareholders were trying to tout from last week. Hardly appears to be an acquisition where both parties are on the same page #risk

**Advent's ForeScout Purchase Set to Close on or Before May 18 (1)**
By Joshua Fineman

(Bloomberg) -- (Adds Advent no comment in 3rd bullet.)

FSCT US Equity
Graphic Dashboard

- Advent International Corp.'s purchase of ForeScout Technologies is expected to close on or before May 18, according to a person who heard FSCT's holder vote today.
- Deal closing on or before May 18 due to "marketing period"
- Advent spokesperson declined to comment on the situation
- FSCT fell as much as 2.8%, most intraday since April 1

Price 2D
$31.54

1:50 PM · Apr 30, 2020 · Twitter Web App

**3** Likes

**Stocktipster** @ArbStocktipster · Apr 30
Replying to @sprucepointcap
Seems a little odd that someone with a fund doesnt know that PEs seldom have anything to say to rumours and speculations. Think tge

Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.7K Tweets

Politics · Trending
**Schiff**
48.5K Tweets

Trending in United States
**#WhenItsAllBeenSaidAndD**

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 29 of 34



### Tweet

**Explore**

**Settings**

**Spruce Point Capital**
@sprucepointcap

Out-sized exposure to public gov't and financial services a concern raised by a $FSCT former employee we interviewed. Gov't contracts tend to be short term renewable and margin-capped. We think $FSCT already tapped out growth in these markets #bearish







2:05 PM · Apr 30, 2020 · Twitter Web App

**1** Retweet    **2** Likes

**MarkETR** @mdsmaldon · Apr 30
Replying to @sprucepointcap
I'm not M&A expert and don't know the mindset of Advent, but (in our data) after a dismal 2H - spend on ForeScout is accelerating for 2020 driven by expanding Adoptions and less Negativity.



1     1

**Lucid Capital** @LucidCap · Apr 30
Also there is no Magic Quadrant for NAC since 2018 where $FSCT was a leader (top right quadrant). So @sprucepointcap deliberately misleads when comparing 2014 NAC Gartner MQ to Forrester's zero-trust report which



Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winn hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.7K Tweets

Politics · Trending
**Schiff**
48.5K Tweets

Trending in United States
**Tropical Depression 27**
Trending with #Epsilon, Bermuda

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 30 of 34

Twitter

# Explore

Settings

Search Twitter

**Stocktipster** @ArbStocktipster · Apr 30
Replying to @sprucepointcap
Cybersecurity expert turned securities expert!!!

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

https://twitter.com/sprucepointcap/status/1255921331692077056

10/19/2020 Spruce Point Capital on Twitter: "Here's where it gets interesting. If you really look carefully at the Q1 2020 guidance that $FSCT was pr…

Case 3:20-cv-00076-SI Document 102-2 Filed 10/20/20 Page 31 of 34



Explore

Settings

← **Tweet**

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Spruce Point Capital**
@sprucepointcap

Here's where it gets interesting. If you really look carefully at the Q1 2020 guidance that $FSCT was prepared (but didn't) issue on Feb 6th, the extrapolation was VERY bad, implying revenue contraction of 18% - and this is pre COVID-19 in the Americas!



2:10 PM · Apr 30, 2020 · Twitter Web App

**1** Retweet   **3** Likes

Show more replies

**Relevant people**



**Spruce Point Capit**
@sprucepointcap

Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winr hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.7K Tweets

Politics · Trending
**Schiff**
48.5K Tweets

Trending in United States
**Tropical Depression 27**
Trending with #Epsilon, Bermuda

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in



Case 3:20-cv-00076-SI    Document 108-2     Filed 10/20/20     Page 33 of 34

![Twitter logo]
# Explore
⚙ Settings

← **Tweet**

**Spruce Point Capital**
@sprucepointcap

A wrinkle in the Advent / $FSCT deal is the May 18th date $FSCT claims it will close no later than. We think $FSCT will have to report Q1'20 earnings BEFORE this date. It is a large accelerated filer. We expect the results to be BAD, maybe gives Advent more reason to balk

**Advent's ForeScout Purchase Set to Close on or Before May 18 (1)**
By Joshua Fineman

FSCT US Equity
Graphic Dashboard

(Bloomberg) -- (Adds Advent no comment in 3rd bullet.)

• Advent International Corp.'s purchase of ForeScout Technologies is expected to close on or before May 18, according to a person who heard FSCT's holder vote today.
• Deal closing on or before May 18 due to "marketing period"
• Advent spokesperson declined to comment on the situation
• FSCT fell as much as 2.8%, most intraday since April 1

Price 2D
$31.54

10:06 AM · May 1, 2020 · Twitter Web App

**1** Retweet    **4** Likes

💬     ⟲     ♡     ⬆

**SG** @srg444 · May 1
Replying to @sprucepointcap
again, why do you think Advent doesn't know this. And why do you think lenders--particularly non-security bank loan lenders--haven't wall crossed and dont know this. Bad numbers doesn't equal reason to balk if conditions met

💬     ⟲     ♡ 1     ⬆

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**Spruce Point Capit**
@sprucepointcap
Activist Inv Manage
Trained Statistician
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
A doctor from India is winn
hearts with this dance vide
COVID-19 patients

K-pop · Trending
#통블답장
10.7K Tweets

Politics · Trending
Schiff
49.4K Tweets

Politics · Trending
Ratcliffe
73.5K Tweets

US elections · LIVE
New York: Election news an
updates

Show more

Terms of Service    Privacy Policy
Ads info    More ⌄    © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   

Case 3:20-cv-00076-SI   Document 102-2   Filed 10/20/20   Page 34 of 34



## Tweet

**Spruce Point Capital**
@sprucepointcap

In our view, you can toss out $MS "fairness opinion" as it fails to capture post #COVID19 valuations. Advent paying >5x sales for $FSCT; a recent PE deal in the space (for another mature cyber co that is profitable) cleared at 2.2x sales; more evidence Advent overpaid



10:16 AM · May 1, 2020 · Twitter Web App

**1** Retweet    **3** Likes

Show more replies

### Explore

### Settings

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Relevant people**



**Spruce Point Capit**
@sprucepointcap

Activist Inv Manage
Trained Statistician I
Specialize in Forens
Invest @ Your Own
Disclaimer

**What's happening**

COVID-19 · 1 hour ago
**A doctor from India is winr hearts with this dance vide COVID-19 patients**

K-pop · Trending
**#통블답장**
10.7K Tweets

Politics · Trending
**Schiff**
50K Tweets

Trending in United States
**#WhenItsAllBeenSaidAndD**

US elections · LIVE
**New York: Election news ar updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S