# EXHIBIT D



FSCT Trading - April 30, 2020