MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE (*Pro Hac Vice*)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

CHRISTOPHER J. KELLER
(*Pro Hac Vice* forthcoming)
ckeller@labaton.com
FRANCIS P. McCONVILLE
(*Pro Hac Vice* forthcoming)
fmcconville@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

VINCENT R. CAPPUCCI (*Pro Hac Vice*)
vcappucci@entwistle-law.com
BRENDAN J. BRODEUR (*Pro Hac Vice*)
bbrodeur@entwistle-law.com
ANDREW M. SHER (*Pro Hac Vice*)
asher@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Attorneys for the Arbitrage Plaintiffs and Proposed Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS,<br><br>Defendants. | Case No. 3:20-CV-00076-SI<br><br>**DECLARATION OF MARC M. SELTZER IN SUPPORT OF THE ARBITRAGE PLAINTIFFS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND IN OPPOSITION TO COMPETING MOTIONS**<br><br>DATE: Friday, November 6, 2020<br>TIME: 10:00 a.m.<br>Courtroom 1, 17th Floor |

Case No. 3:20-cv-00076
DECLARATION OF MARC M. SELTZER

I, Marc M. Seltzer, declare as follows:

1.      I am an active member of the State Bar of California and a member of the bar of this Court.  I am a partner of the law firm Susman Godfrey L.L.P., counsel to The Arbitrage Fund; Water Island Levarb Fund, LP; Water Island Diversified Event-Driven Fund; Water Island Merger Arbitrage Institutional Comingled Master Fund LP; and Altshares Merger Arbitrage ETF (the "Water Island Funds"); together with S. Muoio & Co. LLC and Amethyst Arbitrage International Master Fund (with the Water Island Funds, the "Arbitrage Plaintiffs") in this Action.  I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2.      I make this declaration in support of the Arbitrage Plaintiffs' Reply Memorandum in Support of Motion for Appointment as Lead Plaintiffs and in Opposition to Competing Motions.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an article titled "Viacom's New Lead Independent Director Pledges Close Eye on Strategy," from *The Fiscal Times*, dated March 17, 2016.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the agenda from the Investment Management Institute 12th Annual Alternative Investment Consultants Summit.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the consolidated financial statements of Meitav Dash Investments, Ltd. as of December 31, 2019.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a tweet from @sprucepointcap dated April 30, 2020.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a tweet from @sprucepointcap dated April 30, 2020.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of October, 2020, at Los Angeles, California.

*/s/ Marc M. Seltzer*
Marc M. Seltzer