# Exhibit 2

**Sign Up Now!**
**Receive $200 Discount off Registration fee**



**Investment Management Institute**

*Co-Host:*  Hedge Fund Association



# 12ᵀᴴ ANNUAL
# Alternative investment
# Consultants summit

**February 22, 2018 – The Stamford Hilton Hotel**
**One First Stamford Place, Stamford, CT 06902**

Hear from institutional investors, consultants and family offices on developing new business opportunities, plus getting into searches.  Learn the keys to building relationships and trust for gaining the edge on other managers.

### Roster of Speakers

| | | |
|---|---|---|
| Kamp Consulting Solutions | Connor Clark & Lunn Invst. Mgmt. | Willis Towers Watson |
| CapTrust Financial Advisors | PwC Asset & Wealth Management | Manager Analysis Services, LLC |
| United Church Funds | Lowery Asset Consulting | Collins Capital |
| CTC/myCFO | Sandpointe, LLC | Fund Evaluation Group |
| Eagle View Asset Management | NorthCoast Asset Management | Lyxor Asset Management |
| Equinox Partners | The Culinary Institute of America | Cliffwater LLC |
| Segal Marco | Episcopal Diocese of New York | Pension Consulting Alliance |
| Newport Capital Advisers | WindowRock Capital Partners LLC | SM Investors, L.P. |
| DiMeo Schneider & Associates, LLC | SCA Compliance & Consulting Group LLC | UN Consulting |



Investment Management Institute

**12th Annual Alternative Investment Consultants Summit**
February 22, 2018 – The Stamford Hilton Hotel

8:00 AM      **Registration Opens With Continental Breakfast**

8:15 AM      **WELCOME WITH OPENING REMARKS**

*Speaker:*      Russ Mason
President
***Investment Management Institute***

8:30 AM      **KEEPING INVESTORS SAFE & SUSTAINABLE IN THESE UNCERTAIN ABLE TIMES**

*Speakers:*      Jeff Kowalczyk, AIF
Senior Investment Consultant
***Lowery Asset Consulting***

Daniel Schreck
Partner
***Equinox Partners***

9:15 AM      **ALTERNATIVE INVESTMENT WHICH ARE WINNING OVER INSTITUTIONS**

*Speakers:*      Daniel J. Kraninger
President & CEO
***NorthCoast Asset Management***

Sal Muoio
CIO
***SM Investors, L.P.***

Nathanael Benzaken
CEO
***Lyxor Asset Management***

10:00 AM      **WHERE E&F'S ARE MOVING INTO ALTERNATIVE; THE NEW ASSET ALLOCATION ALTERNATIVE MODEL**

*Speakers:*      John Trammell
President
***Episcopal Diocese of New York***

John N. Daly
Trustee Emeritus and Member of the Investment Committee
***The Culinary Institute of America***

Don G. Hart
President
*United Church Funds*

**10:45 AM**    **MID MORNING BREAK**

**11:00 AM**    **HEDGE FUND STRATEGIES TO PROTECT ASSETS IN DOWNTURN MARKETS**

*Speakers:*    Doug Smith, CFA
Senior Investment Consultant, Hedge Fund Manager Research
*Willis Towers Watson*

Andy Parrillo
Founder & President
*Newport Capital Advisers LLC*

Anthony Novara, CFA
Senior Research Analyst
*DiMeo Schneider & Associates, LLC*

Martin Gerber
President  & CIO
*Connor Clark & Lunn Investment Management*

**12:00 AM**    **WHY FAMILIES AND FAMILY OFFICE CONTINUE TO INVEST IN ALTERNATIVES**

*Speakers:*    Neal Berger
Founder & President, CEO
*Eagle View Asset Management*

Dorothy Weaver
Chairman
*Collins Capital*

**12:45 PM**    **LUNCHEON WITH DELEGATES**

**1:30 PM**    **WINNING OVER CONSULTANTS IN A COMPETITIVE ENVIRONMENT**

*Speakers:*    Ernest Liebre
Senior Vice President& Financial Advisor
*CapTrust Financial Advisors*

David Sancewich
Principal
*Pension Consultant Alliance*

**2:15 PM**    **GAINING THE EDGE THROUGH RISK MANAGEMENT**

*Speakers:*    Chris Cutler, CFA
Managing Director

*Manager Analysis Service, LLC*

Sidney Wigfall, JD/Esq.
Founding-Managing Partner, Consultant &Managing Corporate Counsel
*SCA Compliance & Consulting Group (LLC)*

2:45 PM          **AFTERNOON BREAK**

3:00 PM          **THE NEW SALES CYCLE FOR ALTERNATIVES**

*Speakers:*      Frank W. Salomone
Director, Risk Management
*Segal Marco Advisors*

Sean McChesney
Vice President, Hedged Strategies
*Fund Evaluation Group*

3:45 PM          **EMERGING MANAGER STRATEGIES WHICH ARE CAPITIVIATING INSTITUTIONS**

*Speakers*:      Alex Hammond
Managing Director
*Sandpointe, LLC*

Jeffrey Pettiford
Managing Director & Partner
*Windowrock Capital Partners LC*

4:15 PM          **ALTERNATIVE MANAGERS STANDING OUT IN A CROWDED MARKET**

*Speakers:*      John Siciliano
Managing Director
*PwC Asset & Wealth Management*

Jim Neill, CFA
Director
*Willis Towers Watson*

Christopher Solarz, CFA, CPA, CAIA
Managing Director
*Cliffwater LLC*

5:00 PM          **COCKTAIL RECEPTION**