**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** November 6, 2020 | **Time:** 42 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs/Movants:**
Jeremy Lieberman (Meitav Tachlit Mutual Funds)
Shawn A. Williams (Donald R. Levin)
Marc M. Seltzer, Andrew J. Entwistle, Francis P. McConville, Krysta Kauble Pachman (The Arbitrage Fund; Water Island LevArb Fund, LP; Water Island Diversified Event-Driven Fund; Water Island Merger Arbitrage Institutional Comingled Master Fund, LP; AltShares Merger Arbitrage ETF, S. Muoio & Co. LLC and Amethyst Arbitrage International Master Fund)
Jeffrey S. Abraham (Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Multi-Strategy 2)
**Attorney for Defendant:** Diane Walters, Ignacio Salceda

| **Deputy Clerk:** Esther Chung | **Court Reporter:** Debra Pas |
|---|---|

<u>**PROCEEDINGS**</u>

<u>Motions to Appoint as Lead Plaintiff and Lead Counsel (Dkts. 63, 64, 76 and 81) – held via Zoom webinar.</u>

<u>**SUMMARY**</u>

The Court notified counsel of its oral tentative ruling to appoint as co-lead Plaintiffs of both Meitav Tachlit Mutual Funds and the Glazer Capital Management Group.  Arguments were presented regarding opposition to the Court's tentative proposal and also regarding changing the designation for the co-lead plaintiffs and lead-counsel.  The Court indicated that it anticipates that any firm that is appointed to be lead counsel will actively undertake to ensure that less experienced and underrepresented groups of lawyers would be given a significant opportunity to argue motions.

The Motions are taken under submission.  Order to be issued.