IGNACIO E. SALCEDA, State Bar No. 164017
DIANE M. WALTERS, State Bar No. 148136
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: isalceda@wsgr.com
       dwalters@wsgr.com

Attorneys for Defendants
Forescout Technologies, Inc., Michael
DeCesare, and Christopher Harms

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>Defendants. | CASE NO.: 3:20-cv-00076-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

1       WHEREAS, on July 22, 2020, the Court entered an Order to Consolidate Cases and
2  Republish PSLRA Notice (Dkt. No. 55);
3       WHEREAS, on November 19, 2020, the Court issued an Order Appointing Co-Lead
4  Plaintiffs Glazer Funds and Meitav; Approving Selection of Co-Lead Counsel (Dkt. No. 115);
5       WHEREAS, pursuant to the Court's November 19, 2020 Order, Co-Lead Plaintiffs filed
6  an amended consolidated complaint ("Complaint") on December 18, 2020;
7       WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), the last day for
8  Defendants to respond to the Complaint is January 4, 2021;
9       WHEREAS, the parties have met and conferred regarding the time to file Defendants'
10  motion to dismiss the Complaint, subject to Court approval, as set forth below;
11       WHEREAS, in conferring regarding the proposed deadline to move to dismiss, the
12  parties have considered, among other factors: (1) past experience with these types of lawsuits;
13  (2) affording the parties sufficient time to formulate their arguments to be submitted to the Court;
14  and (3) the intervening holidays;
15       WHEREAS, the proposed deadline to move to dismiss does not affect any existing
16  deadlines set by Court order;
17       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
18  the undersigned, subject to Court approval, as follows:
19       (1)   Defendants shall file their motion to dismiss the Complaint no later than February
20   16, 2021;
21       (2)   Co-lead plaintiffs shall file their opposition no later than March 18, 2021;
22       (3)   Defendants shall file their reply no later than April 8, 2021.

Dated:  December 31, 2020           WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By: /s/   Ignacio E. Salceda
                                          Ignacio E. Salceda

                                    *Attorneys for Defendants*

| | | |
|---|---|---|
| 1 | Dated: December 31, 2020 | ABRAHAM, FRUCHTER & TWERSKY, LLP |
| 2 | | /s/ Jeffrey S. Abraham |
| | | Jeffrey S. Abraham |
| 3 | | (admitted *Pro Hac Vice*) |
| | | JAbraham@aftlaw.com |
| 4 | | One Penn Plaza, Suite 2805 |
| | | New York, NY 10119 |
| 5 | | Telephone: (212) 279-5050 |
| 6 | | - And - |
| 7 | Dated: December 31, 2020 | POMERANTZ LLP |
| 8 | | /s/ Omar Jafri |
| | | Omar Jafri |
| 9 | | ojafri@pomlaw.com |
| | | Ten South La Salle Street, Suite 3505 |
| 10 | | Chicago, Illinois 60603 |
| | | Telephone: (312) 377-1181 |
| 11 | | |
| 12 | | *Attorneys for Co-Lead Plaintiffs* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: December 31, 2020                               */s/ Ignacio E. Salceda*
                                                                            Ignacio E. Salceda