# EXHIBIT 6



| | |
|---|---|
| **Company:** | FORESCOUT TECHNOLOGIES, INC |
| **Document:** | DEF 14A · 04/16/2019 |
| **Section:** | Entire Document |
| **File Number:** | 001-38253 |
| **Pages:** | 56 |

6/30/2020 11:05:02 AM

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

## SCHEDULE 14A

**PROXY STATEMENT PURSUANT TO SECTION 14(a) OF THE SECURITIES EXCHANGE ACT OF 1934**

_____

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material under §240.14a-2

# FORESCOUT TECHNOLOGIES, INC.
**(Name of Registrant as Specified In Its Charter)**

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(4) and 0-11.

(1)      Title of each class of securities to which transaction applies:

_____

(2)      Aggregate number of securities to which transaction applies:

_____

(3)      Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

_____

(4)      Proposed maximum aggregate value of transaction:

_____

(5)      Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)      Amount Previously Paid:

_____

(2)      Form, Schedule or Registration Statement No.:

_____

(3)      Filing Party:

_____

(4)   Date Filed:

_____

**NOTICE OF 2019 ANNUAL MEETING OF STOCKHOLDERS**

**TO BE HELD AT 8:00 A.M. PACIFIC TIME, ON WEDNESDAY, MAY 29, 2019**

**To the Stockholders of Forescout Technologies, Inc.:**

You are cordially invited to attend the 2019 annual meeting of stockholders and any postponements, adjournments or continuations thereof (the "Annual Meeting") of Forescout Technologies, Inc., a Delaware corporation ("Forescout", "we", or the "Company"), which will be held as a virtual meeting on **Wednesday, May 29, 2019 at 8:00 a.m. Pacific Time.** You can attend the Annual Meeting via a live interactive webcast on the internet at http://www.virtualshareholdermeeting.com/FSCT2019 where you will be able to listen to the meeting live, submit questions (before and during the meeting) and vote online.

We are holding the virtual Annual Meeting for the following purposes, as more fully described in the accompanying proxy statement (the "Proxy Statement"):

1.  To elect one Class II director to serve until our 2022 annual meeting of stockholders and until such director's successor is duly elected and qualified, with two vacancies for Class II directors remaining;

2.  To approve, on an advisory basis, the compensation of our named executive officers;

3.  To approve, on an advisory basis, the frequency of holding future stockholder advisory votes on the compensation of our named executive officers;

4.  To ratify the appointment of Ernst & Young LLP as our independent registered public accounting firm for our fiscal year ending December 31, 2019; and

5.  To transact such other business that may properly come before the Annual Meeting or any adjournments or postponements thereof.

The virtual Annual Meeting will begin promptly at 8:00 a.m. and on-line check-in will begin at 7:55 a.m. Pacific Time. Only holders of record and beneficial owners of shares of our common stock at the close of business on April 1, 2019, the record date, are entitled to notice of, to attend, and to vote at the Annual Meeting. Further information regarding voting rights and the matters to be voted upon is presented in the accompanying Proxy Statement.

We expect to make available to our stockholders a Notice of Internet Availability of Proxy Materials (the "Notice") on or about April 16, 2019, and this Notice will contain instructions on how to access our Proxy Statement and our annual report. The Notice provides instructions on how to vote via the Internet or by telephone and includes instructions on how to receive a paper copy of our proxy materials by mail. The accompanying Proxy Statement and our Annual Report on Form 10-K for the year ended December 31, 2018 (the "annual report") can be accessed directly at the following Internet address: http://www.proxyvote.com. All you have to do is enter the control number located on your proxy card.

**YOUR VOTE IS IMPORTANT. Whether or not you plan to attend the virtual Annual Meeting, we urge you to submit your vote via the Internet, telephone or mail as soon as possible to ensure your shares are represented. For additional instructions on voting by telephone or the Internet, please refer to your proxy card. The accompanying Proxy Statement explains proxy voting and the matters to be voted on in more detail.**

We appreciate your continued support of Forescout.

Very truly yours,

*Michael DeCesare*

Michael DeCesare
President and Chief Executive Officer
190 West Tasman Drive
San Jose, California, 95134
April 16, 2019

## TABLE OF CONTENTS

| | Page |
|---|---|
| **Questions and Answers Regarding this Solicitation and Voting at the Annual Meeting** | 1 |
| **Proposal No. 1 Election of Directors** | 8 |
| **Board of Directors and Corporate Governance** | 9 |
| Composition of the Board | 9 |
| Director Nominee - Class II Director | 9 |
| Continuing Directors - Class I and III Directors | 10 |
| Non-Continuing Directors | 12 |
| Director Independence | 12 |
| Board Oversight of Risk | 12 |
| Board of Directors Leadership | 13 |
| Board of Directors Meetings and Committees | 13 |
| Audit Committee | 13 |
| Compensation Committee | 14 |
| Nominating and Corporate Governance Committee | 14 |
| Compensation Committee Interlocks and Insider Participation | 15 |
| Considerations in Evaluating Director Nominees | 15 |
| Stockholder Recommendations for Nominations to the Board of Directors | 15 |
| Communications with the Board of Directors | 16 |
| Corporate Governance Guidelines and Code of Business Conduct and Ethics | 16 |
| **Compensation of Non-Employee Directors** | 17 |
| Cash Compensation | 17 |
| Equity Compensation | 17 |
| Fiscal 2018 Director Compensation | 18 |
| Director Stock Ownership Guidelines | 19 |
| **Proposal No. 2 Advisory Vote of the Compensation of our Named Executive Officers** | 20 |
| **Proposal No. 3 Advisory Vote on the Frequency of Stockholder Advisory Votes on the Compensation of our Named Executive Officers** | 21 |
| **Executive Officers** | 22 |
| **Compensation Discussion and Analysis** | 23 |
| Executive Compensation | 23 |
| Executive Compensation Philosophy, Objectives, and Design | 23 |
| Compensation Program Design | 23 |
| Compensation-Setting Process | 24 |
| Role of our Compensation Committee | 24 |
| Role of Management | 25 |
| Role of Compensation Consultant | 25 |
| Competitive Positioning | 25 |
| Components of Compensation Program and Fiscal 2018 Executive Compensation | 26 |
| Base Salary | 27 |
| Fiscal 2018 Base Salaries | 27 |
| Annual Cash Bonuses | 28 |
| Fiscal 2018 Target Annual Cash Bonus Opportunities | 28 |
| Fiscal 2018 Company Bonus Plan | 28 |

| | |
|---|---|
| Fiscal 2018 Company Bonus Plan Payouts | 30 |
| Fiscal 2018 Equity Compensation and Recent Fiscal 2019 Equity Compensation Decisions | 30 |
| Employee Benefits | 31 |
| Employment Agreements | 32 |
| Post-Employment Compensation | 32 |
| Other Compensation Policies | 32 |
| Stock Ownership Guidelines | 32 |
| Stock Trading Practices; Hedging and Pledging Policy | 32 |
| Tax and Accounting Considerations | 33 |
| Deductibility of Executive Compensation | 33 |
| Taxation of "Parachute" Payments | 33 |
| Accounting for Share-Based Compensation | 33 |
| Named Executive Officer Employment Arrangements and Potential Payments upon Termination or Change in Control | 33 |
| Chief Executive Officer | 34 |
| Other Named Executive Officers | 35 |
| 2017 Equity Incentive Plan | 36 |
| 2000 Stock Option and Incentive Plan | 36 |
| 2017 Employee Stock Purchase Plan | 37 |
| Compensation Risk Assessment | 37 |
| **Compensation Committee Report** | 38 |
| **Compensation Tables** | 39 |
| Summary Compensation Table for Fiscal 2018, 2017, and 2016 | 39 |
| Grants of Plan-Based Awards for Fiscal 2018 | 40 |
| Outstanding Equity Awards at Fiscal 2018 Year-End | 41 |
| Option Exercising and Stock Vested in Fiscal 2018 | 43 |
| Pension Benefits and Nonqualified Deferred Compensation | 43 |
| Potential Payments Upon Termination or Change in Control | 43 |
| **Chief Executive Officer Pay Ratio** | 45 |
| **Equity Compensation Plan Information** | 46 |
| **Security Ownership of Certain Beneficial Ownership and Management** | 47 |
| **Certain Related Party Transactions** | 50 |
| Employment Arrangement with an Immediate Family Member of Our Chair | 50 |
| Policies and Procedures for Related Party Transactions | 50 |
| **Proposal No. 4- Ratification of Appointment of Independent Registered Public Accounting Firm** | 51 |
| **Audit Committee Report** | 53 |
| **Other Matters** | 54 |
| Section 16(a) Beneficial Ownership Reporting Compliance | 54 |
| Fiscal 2018 Annual Report and SEC Filings | 54 |
| Company Website | 55 |

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth certain information with respect to the beneficial ownership of our common stock as of April 1, 2019 for:

- each of our directors;
- each of our named executive officers;
- all of our current directors and executive officers as a group; and
- each person, or group of affiliated persons, known by us to beneficially own more than 5% of our common stock.

We have determined beneficial ownership in accordance with the rules of the SEC, and the information is not necessarily indicative of beneficial ownership for any other purpose. Except as indicated by the footnotes below, we believe, based on information furnished to us, that the persons and entities named in the table below have sole voting and sole dispositive power with respect to all shares of common stock that they beneficially owned, subject to applicable community property laws.

We have based our calculation of percentage ownership of our common stock on 45,137,086 shares of our common stock outstanding on April 1, 2019. We have deemed shares of our capital stock subject to stock options that are currently exercisable or exercisable within 60 days of April 1, 2019 to be outstanding and to be beneficially owned by the person holding the stock option for the purpose of computing the percentage ownership of that person. We have deemed shares of our common stock subject to RSUs for which the service condition has been satisfied or would be satisfied within 60 days of April 1, 2019 to be outstanding and to be beneficially owned by the person holding the RSUs for the purpose of computing the percentage ownership of that person. However, we did not deem these shares subject to stock options or RSUs outstanding for the purpose of computing the percentage ownership of any other person.

Unless otherwise indicated, the address of each beneficial owner listed in the table below is c/o Forescout Technologies, Inc., 190 West Tasman Drive, San Jose, California 95134.

| Name of Beneficial Owner+ | Number of Shares Beneficially Owned | Percentage of Shares Beneficially Owned |
| --- | --- | --- |
| **5% Stockholders:** | | |
| Entities affiliated with Amadeus Capital[1] | 4,165,226 | 9.2% |
| Entities affiliated with Pitango[2] | 3,024,313 | 6.7% |
| **Executive Officers and Directors:** | | |
| Michael DeCesare[3] | 1,026,130 | 2.3% |
| Pedro Abreu[4] | 197,682 | * |
| Christopher Harms[5] | 220,763 | * |
| Darren J. Milliken[6] | 124,852 | * |
| Yehezkel Yeshurun[7] | 365,672 | * |
| David G. DeWalt[8] | 554,115 | 1.2% |
| James Beer[9] | 23,660 | * |
| T. Kent Elliott[10] | 117,550 | * |
| Theresia Gouw[11] | 90,873 | * |
| Mark Jensen[12] | 97,152 | * |
| Rami Kalish[13] | 3,024,313 | 6.7% |
| Enrique Salem[14] | 363,873 | * |
| All current directors and executive officers as a group (12 persons)[15] | 6,206,635 | 13.8% |

\*    Represents beneficial ownership of less than one percent (1%).

\+    Options to purchase shares of our capital stock included in this table are generally early exercisable, and to the extent such shares are unvested as of a given date, such shares will remain subject to a right of repurchase held by us.

47

(1) Consists of 1,486,688 shares of Common Stock held of record by Amadeus II 'A' ("Amadeus A"), 991,124 shares of Common Stock held of record by Amadeus II 'B' ("Amadeus B"), 693,779 shares of Common Stock held of record by Amadeus II 'C' ("Amadeus C"), 33,025 shares of Common Stock held of record by Amadeus II 'D' GmbH & Co KG ("Amadeus D"), 99,088 shares of Common Stock held of record by Amadeus II Affiliates Fund L.P. ("Affiliates Fund"), 403,896 shares of Common Stock held of record by Amadeus IV Velocity Fund L.P. ("Velocity Fund"), and 457,626 shares of Common Stock held of record by Amadeus EII L.P. ("Amadeus EII"), except that (i) Amadeus II General Partner LP ("Amadeus II GP"), the general partner of each of Amadeus A, Amadeus B, Amadeus C, Amadeus D and Affiliates Fund, may be deemed to have sole power to vote the shares owned by each such fund, (ii) Amadeus IV Velocity GP LP ("Velocity GP"), the general partner of Velocity Fund, may be deemed to have sole power to vote the shares owned by Velocity Fund, (iii) Amadeus EII General Partner LP ("Amadeus EII GP"), the general partner of Amadeus EII, may be deemed to have sole power to vote the shares owned by Amadeus EII, (iv) each of Amadeus General Partner LTD ("Amadeus GP LTD") and Amadeus Capital GP LLP ("Amadeus Capital GP," and together with Amadeus GP LTD, the "Amadeus Intermediate General Partners"), the general partners of each of Amadeus II GP, Velocity GP and Amadeus EII GP (the "Direct General Partners"), may be deemed to have sole power to vote these shares, (v) Amadeus Limited, the manager of each of Amadeus A, Amadeus B, Amadeus C, Amadeus D, Affiliates Fund, Velocity Fund and Amadeus EII (the "Funds") and the Direct General Partners, has sole voting power with respect to such shares, and (vi) the directors of Amadeus Limited have delegated their voting power with respect to shares held by the Funds managed by Amadeus Limited to a committee comprised of Anne Glover, Hermann Hauser, Andrea Traversone, Richard Anton and Mikael Johnsson (the "Committee Members"), who each may be deemed to have shared power to vote such shares. Amadeus EI General Partner LP ("Amadeus EI GP") is the general partner of Amadeus EI; and Amadeus EII General Partner LP ("Amadeus EII GP" and together with each of Amadeus II GP, Amadeus Velocity GP, and Amadeus EI GP, the "Amadeus Direct General Partners") is the general partner of Amadeus EII. Amadeus General Partner LTD ("Amadeus GP LTD") and Amadeus Capital GP LLP ("Amadeus Capital GP") are the general partners of each of the Amadeus Direct General Partners. Amadeus Capital Partners Limited ("Amadeus Limited") and Amadeus GP LTD are the partners of Amadeus Capital GP, Amadeus Limited is the manager of each of the Amadeus Funds, have sole voting and dispositive power with respect to the shares held by the Amadeus Funds. Each of Anne Glover, Hermann Hauser, Andrea Traversone, and Alex van Someren are the directors of Amadeus Limited (the "Amadeus Directors"). The Amadeus Directors have delegated their shared voting and dispositive power with respect to the shares held by each of the Amadeus Funds to a committee comprised of Ms. Glover, Mr. Hauser, Ms. Traversone, Richard Anton, and Mikael Johnsson (the "Amadeus Committee"). Each of the members of the Amadeus Committee share voting and dispositive power with respect to the shares held by the Amadeus Funds. The address for each of Amadeus A, Amadeus B, Amadeus C, Velocity Fund, Amadeus EI, Amadeus EII, Amadeus Capital GP, Amadeus Limited, and each of the Amadeus Directors is c/o Amadeus Capital, Suite 1, 2nd Floor, 2 Quayside, Cambridge, England CB5 8AB. The address for Amadeus D is c/o PE Concepts Verwaltungs GmbH, Möhlstr. 23 c/o BLLW, 81675 Munich, Germany. The address for Affiliates Fund is c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, New Castle County, Delaware, 19801. The address for each of Amadeus II GP, Amadeus Velocity GP, Amadeus EI GP, Amadeus EII GP, and Amadeus GP LTD is c/o Amadeus Capital, 50 Lothian Road, Festival Square, Edinburgh, Scotland EH3 9WJ.

(2) Consists of (i) 1,883,299 shares held of record by Pitango Venture Capital Fund III (USA) L.P.; (ii) 174,158 shares held of record by Pitango Venture Capital Fund III (USA) Non-Q L.P.; (iii) 509,238 shares held of record by Pitango Venture Capital Fund III (Israeli Investors) L.P.; (iv) 42,227 shares held of record by Pitango Principals Fund III (USA) L.P.; (v) 282,849 shares held of record by Pitango Parallel Investor Fund III (USA) L.P (collectively, the "Pitango Entities"); and (vi) 132,542 shares held of record by Pitango Venture Capital Fund III Trusts 2000 Ltd. ("Pitango Trusts"). Pitango VC Fund III GP ("GP"), the sole general partner of the Pitango Entities, has sole voting and dispositive power with respect to the shares held by the Pitango Entities. The partners of the GP are eight private companies (the "Principal Funds") that are each owned by one of the following individuals: Rami Beracha, Bruce Crocker, Isaac Hillel, Rami Kalish, Aaron Mankovski, Chemi Peres, Isaac Shrem, and Zeev Binman, respectively (the "Principals"), share voting and dispositive power with respect to the shares held by GP. The Principals, managing members of Pitango Trusts, share voting and dispositive power with respect to the shares held by Pitango Trusts. The address for the above listed entities is 11 HaMenofim Street, Building B, Herzeliya 4672562, Israel.

(3) Consists of (i) 359,345 shares held of record by Mr. DeCesare; (ii) 613,777 shares subject to options exercisable within 60 days of April 1, 2019, 612,058 of which are fully vested as of such date; and (iii) 53,008 shares of common stock issuable upon the vesting of RSUs within 60 days of April 1, 2019.

(4) Consists of (i) 458 shares held of record by Mr. Abreu; (ii) 186,429 shares subject to options exercisable within 60 days of April 1, 2019, 180,147 of which are fully vested as of such date; and (iii) 10,795 shares of common stock issuable upon the vesting of RSUs within 60 days of April 1, 2019.

(5) Consists of (i) 5,461 shares held of record by Mr. Harms; (ii) 109,962 shares held of record by Harms Family Trust Dated April 20, 2006, for which Mr. Harms and Cassandra R. Harms serve as Trustees; (iii) 83,751 shares subject to options exercisable within 60 days of April 1, 2019, 80,001 of which are fully vested as of such date; and (iv) 21,589 shares of common stock issuable upon the vesting of RSUs within 60 days of April 1, 2019.

(6) Consists of (i) 4,679 shares held of record by Mr. Milliken; (ii) 114,776 shares subject to options exercisable within 60 days of April 1, 2019, 111,526 of which are fully vested as of such date; and (iii) 5,397 shares of common stock issuable upon the vesting of RSUs within 60 days of April 1, 2019.

48

(7)     Consists of (i) 327,386 shares held of record by the Yeshurun Family Trust; and (ii) 38,286 shares subject to options exercisable within 60 days of April 1, 2019, 35,041 of which are fully vested as of such date.

(8)     Consists of (i) 554,115 shares held of record by Mr. DeWalt, of which 20,989 were issued upon early exercise of stock options and remained subject to further vesting within 60 days of April 1, 2019.

(9)     Consists of 23,660 shares held of record by Mr. Beer.

(10)    Consists of (i) 115,835 shares held of record by Mr. Elliott; and (ii) 1,715 shares subject to options exercisable within 60 days of April 30, 2019, none of which are fully vested as of such date.

(11)    Consists of 90,873 shares held of record by the SGLG Living Trust dated 12/11/12, for which Ms. Gouw serves as Trustee.

(12)    Consists of 97,152 shares held by Mr. Jensen which are subject to options exercisable within 60 days of April 1, 2019, 95,177 of which are fully vested as of such date.

(13)    Consists of the shares listed in footnote 2 above, which are held by the Pitango Entities. Mr. Kalish is one of the Principals of the Principal Funds, which shares voting and dispositive power with respect to the shares held by GP, which has sole voting and dispositive power with respect to the shares held by the Pitango Entities. Mr. Kalish specifically disclaims beneficial ownership with respect to all of the shares over which he shares voting and dispositive power.

(14)    Consists of (i) 238,873 shares held of record by Mr. Salem, of which 2,408 were issued upon early exercise of stock options and remained subject to further vesting within 60 days of April 1, 2019; and (ii) 125,000 shares held of record by Enrique Salem 2017 Guarantor Retained Annuity Trust, for which Mr. Salem serves as Trustee.

(15)    Consists of (i) 6,206,635 shares beneficially owned by our current officers and directors, of which 23,397 shares may be repurchased by us at the original purchase price as of April 1, 2019; (ii) 1,135,886 shares subject to options exercisable within 60 days of April 1, 2019, of which 1,113,950 shares are fully vested; and (iii) 90,789 shares of common stock issuable upon the vesting of RSUs within 60 days of April 1, 2019.