# EXHIBIT 11

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

.

FINAL

Bloomberg Transcript

# KeyBanc Capital Markets Technology Leadership Forum

## Company Participants

- Christopher Harms, Chief Financial Officer

## Other Participants

- Rob Owens, Analyst
- Unidentified Participant

## Presentation

### Rob Owens  {BIO 1506629 <GO>}

Hello. Good morning. I'm Rob Owens with KeyBanc Capital Markets, and I run our security and infrastructure software group. Pleased to welcome our next company, Forescout. With us from the Company hiding in the front row, Nate Pollack, who is VP of Investor Relations; and with me to my left the CFO, Chris Harms.

So Chris, welcome.

### Christopher Harms  {BIO 17684926 <GO>}

Thanks, Rob.

## Questions And Answers

### Q - Rob Owens  {BIO 1506629 <GO>}

I guess first question, what is with you in Q2s? There is --

### A - Christopher Harms  {BIO 17684926 <GO>}

We like to make it as complicated as we can

### Q - Rob Owens  {BIO 1506629 <GO>}

Absolutely.

### A - Christopher Harms  {BIO 17684926 <GO>}

(multiple speakers) for you.

### Q - Rob Owens  {BIO 1506629 <GO>}

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

And it's not a lack of big deals had happened in Q2. It's just I think some of the accounting confusion that can happen in and around these. And obviously you guys have seen very strong demand trends. Q1 was a little bit of a step back just in terms of how you expected budget cycles to play out this year. So maybe just going back to first half of the year relative to Q1, kind of what you saw, how the guidance was pushed, but raised with confidence in just what that landscape looked like, and then Q2 with term-based licenses.

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes.

### Q - Rob Owens   {BIO 1506629 <GO>}

So it's good thing that the CFO here.

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes. There were several indicators that took shape in the first half of the year. And it's against the backdrop that -- look, we're -- we do large deals, seven digit deals are a core part of our DNA. We've done $5 million, we do $10 million plus deals. While we haven't done any $5 million or $10 million in the first half of the year, big deals is an integral part of our business.

And from an investment community perspective, we know that, that gives you a little bit of pause. And then what we try to do is talk about that our guidance, they're going to be certain quarters where the level of execution, the level of kind of portfolio deal closures will be higher than lower, and that'll be reflected in the beat that comes across. Sometimes quarters will be real big beats or sometimes they'll be modest. And in Q1, the performance was good modest beat over the guidance. So it was a good indicator

The next indicator to the year was a little bit of a headwind. As I was laying out how I saw the year playing out, there were -- in the portfolio of deals, there were some that I saw that had a fairly good likelihood for closing in Q2. And as I was trying to help Rob and others shape the cyclical view for the year, I was giving those an appropriate level of weight based on what I was seeing at beginning of the year. And as we entered into Q2, the headwinds on those were that they were going to shift they were more likely for the back half of the year than Q2.

And so when we guided the Q2 number, it was below the consensus and was viewed as a headwind. Now, in those deals, we tried to be transparent with what we were seeing. We hadn't lost those deals. In some cases, those deals were getting deferred for very positive reasons. And one of those was reflective of the CIOs increasingly being responsible beyond these traditional IT part of their network and into the OT part of the network. And because we're really the only platform solution for device visibility and control, that cuts across the IT into the OT space. These CIOs, were taking a little bit longer to evaluate what their initial bite at the apple was going to be with us, or whether it was going to be just into the IT space, and if it goes into the OT, how big. And so while that spoke to larger deals, it put more deal complexity in the CIOs were taking a little bit longer to pull that trigger.

FINAL

Bloomberg Transcript

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

FINAL

Bloomberg Transcript

And so we share that insight going into the Q2 guide. But held our full year guidance in fact, we raised the full year guidance at that time by the Q1 beat, because we still had great visibility into the rest of the year and still the confidence we have about how deals were taking shape. But recognize it was viewed as a headwind. We also at that same time in early April introduced the first versions of our term-based licensing to our traditional single offering, a perpetual with one to three years of maintenance. And got that out into the field and in the guide that was taking shape for Q2.

I didn't have the same level of insight about how the customers preferences would be between one year TBL three year TBL, and the traditional perpetual. And so one of the really positive things that took shape during the second half of the year was that our customers did very much response to the one year TBL offering. And the level of deals that closed in Q2 that had one year TBL was higher than I expected, and it was very kind of positive customer base. So our recurring revenue rate jumped from the kind of 40% level of total revenue up to 44%. It was very positive.

And then the second positive indicator is the level of deals in the portfolio that we had much higher close rate than what our traditional kind of portfolio deals have been. So two very positive things take shape in Q2 that customers more rapidly adopting the TBL version that we saw. We saw an acceleration of deals happening faster. We saw acceleration of kind of the deal size taking shape. And we saw a lot of $1 million to $2 million deals take shape in Q2. We also in Q2 saw the pipeline even -- grow even stronger for the second half of the year. So we had three very positive trends that got baked into the Q2 results, and very positive into how we -- we're trying to shape the Q3 guidance in the second half of the year.

And so against that moving parts, the headline for the quarter at a GAAP reported revenue was a 16% year-over-year growth on total and a 13% on license. So at face value we've seen a very modest performance, but when you unpacked the level of deals that accepted -- that selected one year TBL, when you unpacked the level of deal closure that we would have had on a pro forma basis had they adopted perpetual plus the three years of maintenance, you would have seen a huge beat for the quarter.

And then we also, against the backdrop of those one year TBLs, look, it did surprised me the degree of customers selected that against the backdrop of rolling it out in April, guiding in May. And so there was a lesson for Mike and I. So we spent a lot of our July time frame really diving into the field to shape how Q3 was taking shape, how Q4 was taking shape, so that we could reflect that additional insight and give you an appropriate level of guidance, which the Q3 was still very solid, consistent with how I guided at the beginning of the year. To the sell side, I felt really good about Q4, but chose not to take the Q2 be into it. A little bit of an offset by the TBL, but the investment community appreciated. A little bit of a conservatism that's built into the Q4 number reflective of the TBL. And all of that is what got rolled into the earnings call last Wednesday as have been addressed by follow-up calls, Thursday and Friday, and starting this morning and continuing through today.

**Q - Rob Owens**  {BIO 1506629 <GO>}

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

So why TBL now, why transition the portfolio in a term-based license?

### A - Christopher Harms   {BIO 17684926 <GO>}

From a customer perspective, wanted to give them options. So the arc to our model has been historically buying it in widgets, and last year, we at least allowed a customer to buy a centralized licensing, which we call the flex licensing, where they could buy a single license for 100,000, 200,000, 500,000, 1 million device network, and then they could determine how to allocate those licenses across their network. And then as they wanted to scale up, they could always re-balance that because they're central.

Giving them choice is about how to do it versus having to be a much more network specific purchasing before that. 2019, we're giving them additional options. In addition, with traditional capex model, giving them the opex model, and giving them within that opex model, both a one year flavor and a three year flavor. And as part of that evolution looking forward, looking to bring some of the new products to market, the first one being eye segment, generally available back half of this year, really in Q4. That being our first true SaaS based cloud delivered product.

So customers, well, in that case, won't have an option about how to buy that. It'll be a subscription only Forescout hosted cloud environment solution. And -- yes, you'll have perpetual, you'll have the capex, you'll have the opex, you'll have our first SaaS products, and ultimately we'll take our core products. We'll take eyeSight, we'll take eyeControl, we'll take the eyeExtend modules. And we'll roll those into a Forescout cloud hosted environment, and be able to give mid-market customers options for more of a SaaS hosted offering.

So that's the trajectory we've been communicating to the Street. This was in Q2. The next step on that journey and we look forward to continuing to be transparent about how those next steps takes shape as we go forward.

### Q - Rob Owens   {BIO 1506629 <GO>}

Okay. Right. But just to be clear, this is not a SaaS transition model like we've seen in other vendors. You do very large deals in certain circumstances that are perpetual. But now we look at about 44% of your revenue that's recurring.

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes.

### Q - Rob Owens   {BIO 1506629 <GO>}

And that's 41%, that's just traditional maintenance on those big deals.

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes. And expect --

FINAL

Bloomberg Transcript

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

## Q - Rob Owens   {BIO 1506629 <GO>}

And 3% that's your [ph] licensed components around TBL.

## A - Christopher Harms   {BIO 17684926 <GO>}

-- exactly, yes. And expect that trajectory to continue. One of the questions I naturally get is, well, what is your target for 2020? What is your target for 2019?

## Q - Rob Owens   {BIO 1506629 <GO>}

You're answering them?

## A - Christopher Harms   {BIO 17684926 <GO>}

And I -- no. What I'm trying to say is, look, we just rolled it out in April. And while I've taken lessons from companies that have come before us about how TBL adoption impacted, the fact that we do seven digit deals routinely, I wanted to see how our customers responded to an opex model in conjunction. I wanted 2019 to be a little bit of Petri dish, so we can have our own data sets to determine how we wanted to shape 2020.

What I've conveyed is, as we start to get into the 2020 guidance in February, starting to give some measurements about how we think those rates will take shape into 2020. But as relates to 2019, I want to address this in the rear-view mirror.

## Q - Rob Owens   {BIO 1506629 <GO>}

Give us the rough work back between TBL and perpetual license, if you could?

## A - Christopher Harms   {BIO 17684926 <GO>}

At a broad level from a pricing standpoint, we're at the -- into the spectrum as close to two or three year break even than those are at a five year break even. Clearly, -- well, that gives us flexibility to adjust that pricing, determining really how customers respond to it. The most Forescout friendly is the three year TBL. The next is one year TBL and having three of those consecutively. And those are approximately is kind of a three year break even.

In terms of how we're taking those TBLs and reporting it, I took what I saw was the most insightful about how we approach it. So our P&L is broken out licence. And then the next line item is subscription. And in licenses, just license value. It's the perpetual license value and it's the license value within those term-based licensing. And tried to make it clear and I've disaggregated that revenue. The subscription line item is true ratable recurring revenue. Today, it's 100% is our maintenance. When we bring the first SaaS products to market, then I'll start disaggregating that for you, so you can see how the SaaS part of our business starts to grow as well.

And then a third line item for us is product services, which really runs at less than 5%. It's there to help sell software. It's relatively nominal part of our business. But yes, break even, roughly three. How we're reporting and trying to communicate it is really true license

FINAL

Bloomberg Transcript

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

element, give you a sense of what's a non-recurring and what's a recurring portion to that. And then the subscription is a purely ratable recurring revenue stream comprised of maintenance and future SaaS products.

## Q - Rob Owens   {BIO 1506629 <GO>}

Okay, cool. Is the market getting more confused around the concept of visibility, especially relative to endpoints, because some of the endpoint players are now talking visibility, you always had, the end players talking visibility, and it's -- you know, there's a lot of ways to skin a cat and security over and after 20 years.

## A - Christopher Harms   {BIO 17684926 <GO>}

Yes.

## Q - Rob Owens   {BIO 1506629 <GO>}

I mean, there's different approaches to fundamentally solve the same problem, right. I think this is one thing the industry struggles with. But when we get to this concept of visibility, what are you seeing in terms of competition?

## A - Christopher Harms   {BIO 17684926 <GO>}

Yes. Well, let's hit with device ability, and as you hit a point, look, just segmenting what that means, clearly, laptops, the endpoints are a fundamental part of the footprint. And you've got CrowdStrike and other really targeting, locking down those devices and securing them. But then you've got other traditional IT products that are in the network. You've got servers, you've got IP printers, you've got the data center itself that all need to get secured, okay.

Within the campus IT environment, you've also got the IoT, the Internet of Things, you've got the video cameras, you've got the Voice over IP, they're all access points under the network which require a different approach. You've got to move out into the payloads that are getting moved into to Amazon and Microsoft, and how the CIO needs visibility to that and those are secured as part of their network.

And then out into the operational technology space or the industrial IoT, the manufacturing, the utility, the distribution centers, all increasingly part of the preview of responsibility by the CIO. And all of those have -- having to be holistically secured that it's not enough to take $100 million of my security budget and put it into endpoint security if I left the rest of my access points completely unsecured, that is the risk management of that CIO, about how they're covering the entire footprint.

And then when you move beyond just the devices themselves, it is the segmentation of those devices, right. The role that we play today is a level of segmentation because we put into logical groupings, physical and other geographic. These are devices in these footprints, these are devices that are our laptops, these are devices that are Voice over IP, level segmentation. But now it's the segmenting my network because I want a level of application visibility of which devices are talking to which devices.

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

And so in that complexity of security, yes, there are a lot of players who are playing very distinct roles. Acknowledging some of those are a little bit of an overlap, but it's recognizing that it is a footprint of coverage that has to happen. Our role in device visibility and control sets the foundational understanding of what is on my device in real time and putting some swim lane about how those devices should work. The market has evolved into now that I've got, and I want to be able to segment my network, right, which is now get me back to the competitive side, which is the interesting.

So you've got Cisco moving out with its TrustSec technology out of the data center trying to solve into the campus environment. You've got Palo Alto with virtual firewalls trying to move from the north-south traffic into the east-west, traffic of setting virtual firewalls. You've got the traditional competitive landscape going on in the data center with VMware competing with Illumio and others. All of them geared towards segmenting the network in a traditional IT environment.

And now you're bringing the additional complexity of the OT environment, and the segmentation that your IT and your OT are working together, what with that fundamentally requires, what are the devices on my network, what's the fundamental control. And then once I understand those devices and I can logically in real time assess them, I want to be able to understand how they're communicating with other parts of the network and segmentation. All of that competitive landscape is the next big forefront of challenges, let alone just the competitive landscape that exists within device visibility and control, which you kind of alluded to.

### Q - Rob Owens   {BIO 1506629 <GO>}

So what is the largest network you guys in terms -- are monitoring in terms of devices at this point?

### A - Christopher Harms   {BIO 17684926 <GO>}

One is almost up to 2 million devices.

### Q - Rob Owens   {BIO 1506629 <GO>}

2 million devices.

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes.

### Q - Rob Owens   {BIO 1506629 <GO>}

And I know you've had a lot of great anecdotes over the years, just in terms of the -- how many devices you have, we think it's 500,000.

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes.

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

FINAL

### Q - Rob Owens {BIO 1506629 <GO>}

And they put your technology in, it's 1.2 million.

### A - Christopher Harms {BIO 17684926 <GO>}

Yes.

### Q - Rob Owens {BIO 1506629 <GO>}

Compliance wise GDPR, things of that nature, CCPA that's going to play into understanding where devices are and who has access to one?

### A - Christopher Harms {BIO 17684926 <GO>}

Yes. Now, there's several initiatives, mandates, tailwinds that are out there and you see it in the EU, GDPR, you see it in the US, on the US fed side, with CDM on the civilian can probably connect on the DoD, you got the mis-standards that are out there, all tailwinds towards a basic compliance hygiene, what are the devices on my network. What are they? And what are they doing and what are they communicating with?

And it's such a foundational element to security, that again, 10 years ago probably wasn't as meaningful. Can we -- it wasn't as meaningful. You had a -- you had five operating systems. You predominantly had laptops. You'd locked those down with agents. The risk management to the rest of your networks was pretty de minimis. That's just not the environment we're in today.

### Q - Rob Owens {BIO 1506629 <GO>}

How hard is it to do this agent-less?

### A - Christopher Harms {BIO 17684926 <GO>}

Yes.

### Q - Rob Owens {BIO 1506629 <GO>}

Or in combination with agents?

### A - Christopher Harms {BIO 17684926 <GO>}

Yes. We're an agent-less based technology, for me to say anything other than it's extremely hard to be.

### Q - Rob Owens {BIO 1506629 <GO>}

That's part of the secret sauce. Also the library recognition, right?

### A - Christopher Harms {BIO 17684926 <GO>}

Yes. No. Absolutely, yes. The proliferation of IoT devices in the campus environment, the massive footprint that already exist into the OT network that now organizations

Bloomberg Transcript

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

FINAL

Bloomberg Transcript

predominantly the CIO are being forced to solve for, that you can't get an agent on to that aren't in a traditional five OSs. That is a fundamentally different challenge to solving than if I can get a piece of software onto a device. Understanding all the fingerprints of devices that are out there and then be able to collect those dots, even we'll do it in more than just a SPAN port kind of visibility when the customer is not necessarily going to give you a SPAN port capability, being able to do it through a kind of a holistic view of different methodologies. It's the challenge of collecting those dots and it's the challenge of then connecting those dots. And that's a big part of the IP.

### Q - Rob Owens   {BIO 1506629 <GO>}

So you mentioned a couple of federal programs in there that I think we should touch on given it's Q3.

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes.

### Q - Rob Owens   {BIO 1506629 <GO>}

And given I pay attention, you're tracking some massive deals that are CDM related, not which you'll speak to that. But talk about what the CDM program is and why Forescout is key player within this?

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes. In the most simple terms, the CDM mandate is, what are the devices on your network and do you have control over them. That's just fairly well with our device visibility and control. That also matches really well with kind of the security automation that the eyeExtend portfolio has. Most of those are advanced control capabilities. That's what the mandate is in CDM.

Interestingly enough, the mandate within to Comply-to-Connect initiative is fundamentally what are the devices on your network and do you have control over them. The only difference really between those two programs in substantive level is CDM is much larger into its duration. It's been centrally funded. Comply-to-Connect is much earlier in its stage. And while it hasn't been centrally funded in 2019, as we started to see in 2018, and it has continued for us in 2019, those organizations are reprogramming dollars to make dollars available to solve for what devices are on your network and do you have control over them.

### Q - Rob Owens   {BIO 1506629 <GO>}

And to be clear, Comply-to-Connect is a DoD initiative?

### A - Christopher Harms   {BIO 17684926 <GO>}

Correct.

### Q - Rob Owens   {BIO 1506629 <GO>}

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

So there isn't typically dark pools of money anyways, and things can get allocated --

## A - Christopher Harms  {BIO 17684926 <GO>}

Absolutely.

## Q - Rob Owens  {BIO 1506629 <GO>}

Left or right. In CDM, there is a lot of CDM money did through DHS, Department of Homeland and Security, I know that's being made available here in the September quarter.

## A - Christopher Harms  {BIO 17684926 <GO>}

Yes.

## Q - Rob Owens  {BIO 1506629 <GO>}

As you put together your guidance relative to all these moving parts and thinking about federal, have you seen any of your federal customers looking to move a term-based license or is it more of a traditional capex model?

## A - Christopher Harms  {BIO 17684926 <GO>}

So interestingly enough. Some of those existing customers who purchased one year TBL as part of expanding their footprint were within the US fed space in Q2. So we are definitely -- a big part of what we were doing in July was assessing the upside downside to kind of headwind and drag on revenue to that same level of adoption taking shape in Q3 and Q4 across both the commercial and the US fed side.

## Q - Rob Owens  {BIO 1506629 <GO>}

Okay. Any questions from the floor? Sure.

## Q - Unidentified Participant

(Question inaudible)

## A - Christopher Harms  {BIO 17684926 <GO>}

Yes. Within the DoD, almost -- I'll say, all of the military arms already have Forescout at some level. And now it is a matter of rapidly expanding across their entire network. Within the -- what I would call the support organizations within the DoD side, those two they're -- 50% of those have Forescout already at some level and are continuing to expand those.

## Q - Unidentified Participant

(Question inaudible)

## A - Christopher Harms  {BIO 17684926 <GO>}

Bloomberg Transcript

FINAL

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

Yes. I -- look, this is I have a -- I have an approach of trying to be very transparent with the investment community. On the topic of the US fed, I'm trying to back off and be a little bit less transparent, not because I don't want to, but the patriot envy is saying, I publicly should not be signaling the level of exposure the DoD and others have, and the degree of ramp it's taking shape there. So trying to back off a little bit of my --

## Q - Rob Owens   {BIO 1506629 <GO>}

Yes.

## Q - Unidentified Participant

(Technical difficulty) Qualys made a deal of that pushing asset discovery, inventory, could you talk about how that impacts you or where there is (inaudible)

## A - Christopher Harms   {BIO 17684926 <GO>}

Yes. The asset value prop, the Philips talking about, today with Forescout, it's a combination of Forescout products and ServiceNow products, where you're taking best-in-class device visibility from Forescout, you're taking best-in-class kind of asset CMDB functionality from ServiceNow, and through our extended module, those two products work together in real time. And that's what Qualys trying to compete with.

As it relates to the technology that enables that, Qualys, who can rely very much on their traditional agent-based approach, they're going to rely very much on their vulnerability management scan insights to come. And the third leg of that stool is interrogating the network. It's the agent-less based approach. That third leg of the stool, that is the agent-less technology that Forescout talks about. That's just really hard to do.

And Philips should be put to evidence for you, it's really hard to do because he initially targeted that product for GA Q2, Q3 of last year, and it was Q4 and it was Q1, still in beta, looking to be released GA Q3, it's hard to do. But yes, that is the role within his offering -- their offering collectively that aligns with where Forescout placed.

## Q - Rob Owens   {BIO 1506629 <GO>}

And extending proposition because it has to be done real time.

## A - Christopher Harms   {BIO 17684926 <GO>}

Absolutely.

## Q - Rob Owens   {BIO 1506629 <GO>}

And VM is traditionally not a real time type of technology. It's a press the button once a quarter, once a month, maybe once a week as he already told the network traffic. And so if you're looking at the CMDB and especially ServiceNow, and you have big integrations with ServiceNow and some big customers who to purchase that technology.

FINAL

Bloomberg Transcript

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

FINAL

Bloomberg Transcript

### A - Christopher Harms   {BIO 17684926 <GO>}

Absolutely.

### Q - Rob Owens   {BIO 1506629 <GO>}

You need another devices there to be able to render support for the device itself, and so becomes one of a real time proposition. Maybe that -- for a last question, talk about extended modules and your integrations to ServiceNow and others, and how to extend the platform?

### A - Christopher Harms   {BIO 17684926 <GO>}

Yes. We've got a portfolio of over 20 different extended modules catering across nine to 10 different use case. Real time asset management to the extended module ServiceNow is one of those. I would say seven or eight of the others, CounterACT [ph] has advanced compliance type of capabilities, one of which is the integration to the VM players, right. So it's Qualys, Rapid7, and Tenable, where you're doing a just in time scan of a mobility device when it comes back on to a network, right, advanced control through automation.

Some of those are the enhanced threat detection than others. That part of our business was lose 24% of our license revenue last year. We've been guiding this year, it'll be around 16% to 20% of our license revenue. While that's a down year-over-year as a percent of revenue, the 2018 included a really large deal that we didn't look to replicate in 2018. That the security, automation, the unique value props, that the extended modules provide by allowing Forescout's products, by doing what is best with the other security products and what they do best, and allowing those two products to work more effectively, not just sharing information, but actually taking real time action by each of them working together is a really unique value product, that we can bring to the table because of the role that we play in seeing 100% of devices on a network, so they're where we're deployed.

### Q - Rob Owens   {BIO 1506629 <GO>}

Right.

### A - Christopher Harms   {BIO 17684926 <GO>}

It's an exciting spot for us. And we see it's a kind of long term, easily kind of getting up to 40%, 50% of our revenue. The security, automation and the unique role of those can play still meaningful.

### Q - Rob Owens   {BIO 1506629 <GO>}

All right. Chris, thank you.

### A - Christopher Harms   {BIO 17684926 <GO>}

Rob, appreciate it, as always.

Company Name: ForeScout Technologies Inc
Company Ticker: FSCT US Equity
Date: 2019-08-13

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2020, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript