# EXHIBIT 17



| | |
|---|---|
| **Company:** | FORESCOUT TECHNOLOGIES, INC |
| **Document:** | 8-K (Items: 2.02, 9.01) · 05/11/2020 |
| **Section:** | Entire Document |
| **File Number:** | 001-38253 |
| **Pages:** | 3 |

6/30/2020 11:04:59 AM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K
**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of**
**The Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported):**
**May 11, 2020**

# FORESCOUT TECHNOLOGIES, INC.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-38253 | 51-0406800 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**190 West Tasman Drive**
**San Jose, California 95134**
**(Address of principal executive offices, including zip code)**
**(408) 213-3191**
**(Registrant's telephone number, including area code)**
**Not Applicable**
**(Former name or former address, if changed since last report.)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | FSCT | The NASDAQ Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

**Item 2.02 Results of Operations and Financial Condition.**

On May 11, 2020, Forescout Technologies, Inc. issued a press release announcing its financial results for the first quarter ended March 31, 2020. A copy of the press release is furnished herewith as Exhibit 99.1 and is incorporated herein by reference.

The information set forth under this Item 2.02 and in the accompanying Exhibit 99.1 shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release dated May 11, 2020 (regarding financial results for the first quarter ended March 31, 2020) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**FORESCOUT TECHNOLOGIES, INC.**

Date: May 11, 2020    By:    /s/ Darren J. Milliken

Darren J. Milliken
Senior Vice President, General Counsel, Corporate Secretary and Chief Compliance Officer



Exhibit 99.1

**Investor Relations Contact:**
Michelle Spolver
408-721-5884
michelle.spolver@forescout.com

**Media Relations Contact:**
Katie Beck
650-314-8705
katie.beck@forescout.com

### Forescout Technologies Reports First Quarter 2020 Financial Results

- *Total Revenue of $57.2 million, compared to $75.6 million in the first quarter of 2019*

**SAN JOSE, Calif., May 11, 2020** - Forescout Technologies, Inc. (NASDAQ:FSCT), the leader in device visibility and control, today announced results for its first quarter ended March 31, 2020.

"In March, the severity of the COVID-19 pandemic sharply escalated around the world, causing some customers to delay purchasing decisions in order to prioritize employee health and safety and business continuity planning," said Michael DeCesare, CEO and President of Forescout Technologies. "As organizations have shifted to remote workforces, their network footprint has evolved but the need for visibility and control of all devices on the network remains imperative, regardless of whether devices reside within the confines of corporate offices or in remote, work from home environments. Forescout's platform is uniquely positioned to help enterprises in today's perimeter-less world and defend against increasingly sophisticated cyber threats. We look forward to completing our pending transaction with Advent International Corporation, which will position us for long-term success as we execute on our large and growing market opportunity."

**First Quarter 2020 Financial Highlights**

- Revenue: Total revenue was $57.2 million, a decrease of 24% over the first quarter of 2019, primarily due to the effect of the COVID-19 pandemic on large-size deals and new perpetual licenses, as well as customer uncertainty related to our pending transaction with Advent International Corporation (Advent).

o          License revenue was $14.8 million, a decrease of 61% over the first quarter of 2019

o          Subscription revenue was $37.5 million, an increase of 11% over the first quarter of 2019

o          Professional Services revenue was $4.8 million, an increase of 18% over the first quarter of 2019

- Gross Profit: GAAP gross profit was $37.6 million, or 66% of total revenue, compared to $56.6 million in the first quarter of 2019, or 75% of total revenue. Non-GAAP gross profit was $39.2 million, or 69% of total revenue, compared to $58.0 million in the first quarter of 2019, or 77% of total revenue.

- Operating Loss: GAAP operating loss was $60.0 million, or 105% of total revenue, compared to a loss of $34.1 million in the first quarter of 2019, or 45% of total revenue. Non-GAAP operating loss was $31.4 million, or 55% of total revenue, compared to $17.8 million in the first quarter of 2019, or 24% of total revenue.

- Net Loss: GAAP net loss was $61.2 million, or $1.26 per share, compared to $34.3 million in the first quarter of 2019, or $0.78 per share. Non-GAAP net loss was $32.5 million, or $0.67 per share, based on 48.6 million weighted average diluted shares outstanding, compared to a net loss of $18.2 million in the first quarter of 2019, or $0.41 per share, based on 44.2 million weighted average diluted shares outstanding.

- Cash Flow: Net cash used in operating activities was $14.5 million, or 25% of total revenue, compared to net cash provided by operating activities of $6.4 million in the first quarter of 2019, or 9% of total revenue. Free cash flow was negative $15.3 million, or (27)% of total revenue, compared to positive $4.9 million in the first quarter of 2019, or 6% of total revenue.

A reconciliation of GAAP to non-GAAP financial measures is provided in the financial statement tables included in this press release. An explanation of these measures is also included under the heading "Non-GAAP Financial Measures."



**Transaction with Advent**

On February 6, 2020, Forescout announced that it has entered into an agreement to be acquired by entities affiliated with Advent for $1.9 billion in cash, or $33.00 per share. Advent has partnered with Crosspoint Capital Partners, a private equity investment firm focused on the cybersecurity and privacy industries, as a co-investor and advisor. The transaction was approved by Forescout shareholders on April 23, 2020. Upon completion of the transaction, Forescout will become a private company and its common stock will no longer be listed on any public market.

In light of the pending transaction with Advent, Forescout will not hold a conference call or provide forward looking guidance.

**About Forescout**

Forescout Technologies, Inc. provides security at first sight. Our company delivers device visibility and control to enable enterprises and government agencies to gain complete situational awareness of their environment and orchestrate action. Learn more at www.Forescout.com.

*©2020 Forescout Technologies, Inc. All rights reserved. Forescout Technologies, Inc. is a Delaware corporation. A list of our trademarks and patents can be found at https://www.Forescout.com/company/legal/intellectual-property-patents-trademarks. Other brands, products, or service names may be trademarks or service marks of their respective owners.*

**FSCT - F**

**Forward Looking Statements**

This press release contains forward-looking statements that involve risks and uncertainties, including statements regarding the effects of the COVID-19 pandemic on our business, customers and markets, demand for our products, and market opportunity; the benefits of our solution to customers; our pending transaction with Advent, and the Company's prospects. These forward-looking statements involve risks and uncertainties. If any of these risks or uncertainties materialize, or if any of our assumptions prove incorrect, our actual results could differ materially from the results expressed or implied by these forward-looking statements. These risks and uncertainties include risks associated with: the COVID-19 pandemic and related public health measures on our business, customers, markets and the worldwide economy; our pending transaction with Advent, including the risk that the conditions to the closing of the transaction are not satisfied or that the transaction is not consummated; potential litigation relating to the transaction; uncertainties as to the timing of the consummation of the transaction and the ability of each party to consummate the transaction; risks that the proposed transaction disrupts our current plans and operations; the evolution of the cyberthreat landscape facing enterprises in the United States and other countries; our plans to attract new customers, retain existing customers and increase our annual revenue; the development and delivery of new products; our plans and expectations regarding software-as-a-service offerings; our ability to execute on, integrate, and realize the benefits of any acquisition; fluctuations in our quarterly results of operations and other operating measures; increasing competition; new integrations to the Forescout platform; general economic, market and business conditions; and the risks described in the other filings we make with the Securities and Exchange Commission from time to time, including the risks described under the headings "Risk Factors" and "Management Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K, which was filed with the Securities and Exchange Commission (SEC) on February 28, 2020, as amended by Amendment No. 1 on Form 10-K/A to our Annual Report on Form 10-K, which was filed the SEC on April 29, 2020, and which should be read in conjunction with our financial results and forward-looking statements, and is available on the SEC filings section of the Investor Relations page of our website at https://investors.Forescout.com. Additional information will also be set forth in our Quarterly Report on Form 10-Q for the quarter ended March 31, 2020 filed on or about the date hereof. All forward-looking statements in this press release are based on information available to us as of the date hereof, and we do not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made, except as required by law.



**Non-GAAP Financial Measures**

Forescout has provided in this press release financial information that has not been prepared in accordance with generally accepted accounting principles in the United States (GAAP). Forescout uses these non-GAAP financial measures internally in analyzing its financial results and believes that use of these non-GAAP financial measures is useful to investors as an additional tool to evaluate ongoing operating results and trends and in comparing Forescout's financial results with other companies in its industry, many of which present similar non-GAAP financial measures.

Non-GAAP financial measures are not meant to be considered in isolation or as a substitute for comparable GAAP financial measures and should be read only in conjunction with Forescout's condensed consolidated financial statements prepared in accordance with GAAP. A reconciliation of Forescout's historical non-GAAP financial measures to the most directly comparable GAAP measures has been provided in the financial statement tables included in this press release, and investors are encouraged to review the reconciliation.

Non-GAAP Gross Profit. Forescout defines non-GAAP gross profit as gross profit plus stock-based compensation expense, acquisition-related expenses, and amortization of acquired intangible assets.

Non-GAAP Operating Expense. Forescout defines non-GAAP operating expense as operating expense excluding stock-based compensation expense, acquisition-related expenses, amortization of acquired intangible assets, merger-related expenses, and restructuring expenses.

Non-GAAP Operating Loss. Forescout defines non-GAAP operating loss as operating loss excluding stock-based compensation expense, acquisition-related expenses, amortization of acquired intangible assets, merger-related expenses, and restructuring expenses.

Non-GAAP Net Loss. Forescout defines non-GAAP net loss as net loss excluding stock-based compensation expense, acquisition-related expenses, amortization of acquired intangible assets, merger-related expenses, restructuring expenses, and tax effect of non-GAAP adjustments.

Non-GAAP Net Loss Per Share. Forescout defines non-GAAP net loss per share as non-GAAP net loss divided by the weighted average diluted shares outstanding.

Free Cash Flow. Forescout defines free cash flow as net cash provided by operating activities less purchases of property and equipment. Forescout defines free cash flow margin as free cash flow as a percentage of total revenue. Forescout considers free cash flow and free cash flow margin to be profitability and liquidity measures that provide useful information to management and investors about the amount of cash generated by the business that, after the purchases of property and equipment, can be used for strategic opportunities, including investing in our business, making strategic acquisitions, and strengthening our balance sheet.

**FORESCOUT TECHNOLOGIES, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited, in thousands)**

| | March 31, 2020 | December 31, 2019 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 83,795 | $ 69,030 |
| Marketable securities | 16,126 | 29,181 |
| Accounts receivable | 39,650 | 84,168 |
| Inventory | 377 | 372 |
| Deferred commissions - current | 12,854 | 12,843 |
| Prepaid expenses and other current assets | 12,867 | 17,024 |
| Total current assets | 165,669 | 212,618 |
| Deferred commissions - non-current | 21,294 | 23,036 |
| Property and equipment, net | 22,618 | 23,835 |
| Operating lease right-of-use assets | 28,326 | 29,626 |
| Restricted cash - non-current | 1,530 | 1,555 |
| Intangible assets, net | 18,353 | 19,367 |
| Goodwill | 98,018 | 98,018 |
| Other assets | 7,460 | 8,172 |
| Total assets | $ 363,268 | $ 416,227 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 6,377 | $ 10,692 |
| Accrued compensation | 26,881 | 34,007 |
| Accrued expenses | 15,397 | 16,279 |
| Deferred revenue - current | 111,402 | 112,232 |
| Notes payable - current | 6,402 | 8,248 |
| Revolving credit facility | 16,000 | - |
| Operating lease liabilities - current | 5,704 | 5,840 |
| Total current liabilities | 188,163 | 187,298 |
| Deferred revenue - non-current | 68,438 | 75,366 |
| Operating lease liabilities - non-current | 30,333 | 32,125 |
| Other liabilities | 23,705 | 23,893 |
| Total liabilities | 310,639 | 318,682 |
| | | |
| Stockholders' equity: | | |
| Common stock | 49 | 48 |
| Additional paid-in capital | 744,299 | 727,922 |
| Accumulated other comprehensive loss | (688) | (633) |
| Accumulated deficit | (691,031) | (629,792) |
| Total stockholders' equity | 52,629 | 97,545 |
| Total liabilities and stockholders' equity | $ 363,268 | $ 416,227 |

**FORESCOUT TECHNOLOGIES, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited, in thousands, except per share amounts)**

| | Three Months Ended March 31, | |
|---|---|---|
| | 2020 | 2019 |
| Revenue: | | |
| License | $ 14,799 | $ 37,680 |
| Subscription | 37,526 | 33,799 |
| Professional services | 4,828 | 4,089 |
| Total revenue | 57,153 | 75,568 |
| Cost of revenue: | | |
| License | 5,419 | 7,607 |
| Subscription | 7,013 | 5,207 |
| Professional services | 7,165 | 6,186 |
| Total cost of revenue | 19,597 | 19,000 |
| Total gross profit | 37,556 | 56,568 |
| Operating expenses: | | |
| Research and development | 23,246 | 18,497 |
| Sales and marketing | 47,288 | 55,923 |
| General and administrative | 24,481 | 16,213 |
| Restructuring | 2,512 | - |
| Total operating expenses | 97,527 | 90,633 |
| Loss from operations | (59,971) | (34,065) |
| Interest expense | (235) | (93) |
| Other (expense) income, net | (601) | 617 |
| Loss before income taxes | (60,807) | (33,541) |
| Income tax provision | 432 | 711 |
| Net loss | $ (61,239) | $ (34,252) |
| Net loss per share, basic and diluted | $ (1.26) | $ (0.78) |
| Weighted-average shares used to compute net loss per share, basic and diluted | 48,593 | 44,196 |

**FORESCOUT TECHNOLOGIES, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited, in thousands)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (61,239) | $ (34,252) |
| **Adjustments to reconcile net loss to net cash (used in) provided by operating activities** | | |
| Stock-based compensation | 13,858 | 13,828 |
| Depreciation and amortization | 3,056 | 2,845 |
| Other | 358 | (15) |
| **Changes in operating assets and liabilities** | | |
| Accounts receivable | 44,518 | 22,227 |
| Inventory | (196) | 253 |
| Deferred commissions | 1,731 | 1,520 |
| Prepaid expenses and other current assets | 4,168 | (203) |
| Other assets | 328 | 385 |
| Accounts payable | (4,274) | (2,705) |
| Accrued compensation | (7,126) | (4,512) |
| Accrued expenses | (1,715) | 549 |
| Deferred revenue | (7,758) | 6,559 |
| Other liabilities | (172) | (40) |
| **Net cash (used in) provided by operating activities** | (14,463) | 6,439 |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (823) | (1,589) |
| Purchases of marketable securities | - | (37,651) |
| Proceeds from maturities of marketable securities | 13,000 | 29,123 |
| **Net cash provided by (used in) investing activities** | 12,177 | (10,117) |
| **Cash flows from financing activities:** | | |
| Proceeds from revolving credit facility | 16,000 | - |
| Repayments of notes payable | (1,875) | (1,875) |
| Proceeds from sales of shares through employee equity incentive plans | 5,207 | 12,173 |
| Payment related to shares withheld for taxes on vesting of restricted stock units | (2,319) | (2,764) |
| Others | 13 | - |
| **Net cash provided by financing activities** | 17,026 | 7,534 |
| Effect of exchange rate changes on cash and cash equivalents | - | (70) |
| **Net change in cash, cash equivalents, and restricted cash for period** | 14,740 | 3,786 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 71,591 | 69,012 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 86,331 | $ 72,798 |

**FORESCOUT TECHNOLOGIES, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP MEASURES**
**(Unaudited, in thousands, except per share amounts)**

| | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | **2020** | | **2019** |
| GAAP gross profit | $ | 37,556 | $ | 56,568 |
| Add: | | | | |
| Stock-based compensation expense | | 1,162 | | 927 |
| Acquisition-related expenses | | - | | 14 |
| Amortization of acquired intangible assets | | 471 | | 467 |
| Non-GAAP gross profit | $ | 39,189 | $ | 57,976 |
| | | | | |
| GAAP operating expense | $ | 97,527 | $ | 90,633 |
| Less: | | | | |
| Stock-based compensation expense | | 12,696 | | 12,901 |
| Acquisition-related expenses | | 775 | | 1,624 |
| Amortization of acquired intangible assets | | 544 | | 304 |
| Merger-related expenses | | 10,421 | | - |
| Restructuring expenses | | 2,512 | | - |
| Non-GAAP operating expense | $ | 70,579 | $ | 75,804 |
| | | | | |
| GAAP operating loss | $ | (59,971) | $ | (34,065) |
| Add: | | | | |
| Stock-based compensation expense | | 13,858 | | 13,828 |
| Acquisition-related expenses | | 775 | | 1,638 |
| Amortization of acquired intangible assets | | 1,015 | | 771 |
| Merger-related expenses | | 10,421 | | - |
| Restructuring expenses | | 2,512 | | - |
| Non-GAAP operating loss | $ | (31,390) | $ | (17,828) |
| | | | | |
| GAAP net loss | $ | (61,239) | $ | (34,252) |
| Add: | | | | |
| Stock-based compensation expense | | 13,858 | | 13,828 |
| Acquisition-related expenses | | 775 | | 1,638 |
| Amortization of acquired intangible assets | | 1,015 | | 771 |
| Merger-related expenses | | 10,421 | | - |
| Restructuring expenses | | 2,512 | | - |
| Tax effect of non-GAAP adjustments | | 154 | | (145) |
| Non-GAAP net loss | $ | (32,504) | $ | (18,160) |
| Non-GAAP net loss per share, diluted | $ | (0.67) | $ | (0.41) |
| Weighted-average shares used in per share calculation for GAAP and non-GAAP, diluted | | 48,593 | | 44,196 |
| | | | | |
| Net cash (used in) provided by operating activities | $ | (14,463) | $ | 6,439 |
| Less: | | | | |
| Net purchases of property and equipment | | 823 | | 1,589 |

| | | | | |
|---|---|---|---|---|
| Free cash flow (non-GAAP) | $ | (15,286) | $ | 4,850 |
| Net cash provided by (used in) investing activities | $ | 12,177 | $ | (10,117) |
| Net cash provided by financing activities | $ | 17,026 | $ | 7,534 |
| Free cash flow margin (non-GAAP) | | (27)% | | 6% |