# EXHIBIT 18



| | |
|---|---|
| **Company:** | FORESCOUT TECHNOLOGIES, INC |
| **Document:** | 10-Q (Q1 2020) · 05/11/2020 |
| **Section:** | Entire Document |
| **File Number:** | 001-38253 |
| **Pages:** | 36 |

5/27/2020 3:01:59 PM

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

--------------

# FORM 10-Q

--------------

**(Mark One)**

☒     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended March 31, 2020**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
**Commission File Number 001-38253**

--------------

# FORESCOUT TECHNOLOGIES, INC.

**(Exact name of registrant as specified in its charter)**

--------------

| **Delaware** | **51-0406800** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**190 West Tasman Drive**

**San Jose   California   95134**

(Address of principal executive offices, including zip code)

**(408) 213-3191**

(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | FSCT | The NASDAQ Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | | ☒ Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | | ☐ Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |
| | | If an emerging growth company, indicate by checkmark if the registrant has not elected to use the extended transition period for complying with any new or revised financial accounting standards providing pursuant to Section 7(a)(2)(B) of the Securities Act | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The number of shares outstanding of the registrant's common stock as of May 1, 2020 was 49,264,795.

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| | PART I - FINANCIAL INFORMATION | 6 |
| Item 1. | Financial Statements | 6 |
| | Condensed Consolidated Balance Sheets as of March 31,2020 and December 31, 2019 | 6 |
| | Condensed Consolidated Statements of Operations for the Three Months Ended March 31, 2020 and 2019 | 7 |
| | Condensed Consolidated Statements of Comprehensive Loss for the Three Months Ended March 31, 2020 and 2019 | 8 |
| | Condensed Consolidated Statements of Stockholders' Equity for the Three Months Ended March 31, 2020 and 2019 | 9 |
| | Condensed Consolidated Statements of Cash Flows for the Three Months Ended March 31, 2020 and 2019 | 10 |
| | Notes to Condensed Consolidated Financial Statements | 11 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 19 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 32 |
| Item 4. | Controls and Procedures | 32 |
| | PART II - OTHER INFORMATION | 34 |
| Item 1. | Legal Proceedings | 34 |
| Item 1A. | Risk Factors | 34 |
| Item 6. | Exhibits | 35 |
| | Signatures | |

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which statements involve substantial risks and uncertainties. Forward-looking statements generally relate to future events or our future financial or operating performance. In some cases, you can identify forward-looking statements because they contain words such as "may," "will," "should," "would," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these words or other similar terms or expressions that concern our expectations, strategy, plans or intentions. Forward-looking statements contained in this Quarterly Report on Form 10-Q include, but are not limited to, statements about:

- the merger agreement and our proposed acquisition by entities affiliated with Advent International Corporation ("Advent");

- the effect of the COVID-19 pandemic and related actions by individuals, governments, and private industry on our business, markets, and the economy

- the evolution of the cyberthreat landscape facing enterprises in the United States and other countries;

- developments and trends in the domestic and international markets for network security products and related services;

- our expectations regarding the size of our target market;

- our ability to educate prospective end-customers about our technical capabilities and the use and benefits of our products, and to achieve increased market acceptance of our solution;

- our beliefs and objectives regarding our prospects and our future results of operations and financial condition;

- the effects of increased competition in our target markets and our ability to compete effectively;

- our business plan and our ability to manage our growth effectively;

- our investment in our sales force and our expectations concerning the productivity and efficiency of our expanding sales force as our sales representatives become more seasoned;

- our growth strategy to maintain and extend our technology leadership, expand and diversify our end-customer base, deepen our existing end-customer relationships, and attract and retain highly skilled security professionals;

- our ability to enhance our existing products and technologies and develop or acquire new products and technologies;

- our plans to attract new end-customers, retain existing end-customers, and increase our annual revenue;

- our expectations concerning renewal rates of Software Products subscription contracts and support and maintenance contracts (collectively known as "term contracts") with end-customers;

- our plans to expand our international operations;

3

- our expectations regarding future acquisitions of, or investments in, complementary companies, services, or technologies;

- our ability to continue to generate a significant portion of our revenue from public sector customers;

- the effects on our business of evolving information security and data privacy laws and regulations, government export or import controls and any failure to comply with the U.S. Foreign Corrupt Practices Act and similar laws;

- our ability to maintain, protect, and enhance our brand and intellectual property;

- fluctuations in our quarterly results of operations and other operating measures (including developments and volatility arising from COVID-19 and customer uncertainty related to the acquisition);

- our expectations regarding changes in our cost of revenue, gross margins, and operating costs and expenses;

- our expectations regarding the portions of our revenue represented by license revenue, subscription revenue, and professional services revenue;

- our expectations concerning the impact on our results of operations of development of our distribution programs and sales through our channel partners;

- our expectations of material future costs related to restructuring plans;

- the impact on our revenue, gross margin, and profitability of future investments in the enhancement of Forescout eyeSight, Forescout eyeControl, Forescout eyeExtend, SilentDefense, and SilentDefense Command Center, and expansion of our sales and marketing programs;

- the impact of the Tax Cuts and Jobs Act on our business;

- our ability to successfully acquire and integrate companies and assets;

- sufficiency of our existing liquidity sources to meet our cash needs; and

- our potential use of foreign exchange forward contracts to hedge our foreign currency risk and our general use of our foreign currency.

We caution you that the foregoing list may not contain all of the forward-looking statements made in this Quarterly Report on Form 10-Q.

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Quarterly Report on Form 10-Q primarily on our current expectations and projections about future events and trends that we believe may affect our business, financial condition, operating results, cash flows, or prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including, but not limited to, those described in the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q and, in particular, the risks discussed in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and in Part II, Item 1A of this Quarterly Report on Form 10-Q and those discussed in other documents we file with the SEC. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Quarterly Report on Form 10-Q. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

4

The forward-looking statements made in this Quarterly Report on Form 10-Q relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Quarterly Report on Form 10-Q to reflect events or circumstances after the date of this Quarterly Report on Form 10-Q or to reflect new information, or the occurrence of unanticipated events, except as required by law. We may not actually achieve the plans, intentions, or expectations disclosed in our forward-looking statements. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures, or investments we may make.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our (1) unaudited condensed consolidated financial statements and related notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and (2) audited consolidated financial statements and notes thereto and "Management's Discussion and Analysis of Financial Condition and Results of Operations" for the year ended December 31, 2019 included in our Annual Report on Form 10-K for the year ended December 31, 2019. This discussion contains forward-looking statements based upon current plans, expectations and beliefs that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q. See the section titled "Special Note Regarding Forward-Looking Statements."*

*Unless expressly indicated or the context requires otherwise, the terms "Forescout," "we," "us," and "our" in this document refer to Forescout Technologies, Inc., a Delaware corporation, and, where appropriate, its wholly owned subsidiaries.*

**Overview**

We offer our solution across two product groups: (i) products for visibility and control capabilities, and (ii) products for orchestration capabilities. Our products for visibility and control capabilities consist of eyeSight, eyeSegment, eyeControl, and SilentDefense. Our eyeSight, eyeSegment, and eyeControl products provide for visibility and control capabilities across the extended enterprise, from campus to data center to hybrid cloud to OT devices, while our SilentDefense product provides for visibility and control capabilities deeper within the OT portion of the network. Our products for orchestration capabilities are comprised of our portfolio of our eyeExtend family of products.

We offer our solution across two product types: (i) software products and (ii) hardware products. Our software products include eyeSight, eyeSegment, eyeControl, eyeExtend, SilentDefense, and SilentDefense Command Center ("Software Products"). Our hardware products include hardware that is sold separately for use with our Software Products and appliances that are embedded with our software ("Hardware Products").

We also offer our solution across license types and increments. Our Software Products are sold with a perpetual license or a subscription license. Customers can purchase in license increments of 100 devices, with hardware sold separately based on customer deployment requirements. Customers can manage their own deployments of our products in varying options capable of scaling and managing deployments of up to 2,000,000 devices under a single console. Customers can purchase our SilentDefense products in license increments that are on a per sensor basis.

**Proposed Merger**

On February 6, 2020, we entered into an Agreement and Plan of Merger ("Merger Agreement") with Ferrari Group Holdings, L.P., a Delaware limited partnership ("Parent"), and Ferrari Merger Sub, Inc. ("Merger Sub"), a Delaware corporation and a wholly owned subsidiary of Parent. Parent and Merger Sub are affiliates of Advent.

The Merger Agreement provides that, subject to the terms and conditions set forth in the Merger Agreement, Merger Sub will merge with and into Forescout (the "Merger"), with Forescout surviving the Merger and becoming a wholly-owned indirect subsidiary of Parent. Under the Merger Agreement, at the effective time of the Merger, each issued and outstanding share of our common stock (except for certain shares specified in the Merger Agreement) will be canceled and automatically converted into the right to receive cash in an amount equal to $33.00, without interest.

Consummation of the Merger is subject to the satisfaction or waiver of customary closing conditions, including (1) approval of the Merger Agreement by our stockholders; (2) the absence of any law or order restraining, enjoining or otherwise prohibiting the Merger; and (3) the expiration or termination of the waiting period under the United States Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, and clearance under the antitrust laws of certain non-United States jurisdictions. On February 24, 2020, the U.S. Federal Trade Commission granted early termination of the waiting period under the HSR Act. On April 23, 2020, our stockholders approved the Merger Agreement. The Merger is expected to close in the second fiscal quarter of 2020. Upon consummation of the Merger, our common stock will no longer be listed on any public market.

**Impact of COVID-19 on our Results of Operations**

In March 2020, the World Health Organization declared the outbreak of COVID-19 a pandemic, which continues to spread throughout the U.S. and the world and has resulted in authorities implementing numerous measures to contain the virus, including travel restrictions, quarantines, shelter-in-place orders, and business limitations and shutdowns.

The broader impact of COVID-19 on our results of operations and overall financial performance remains uncertain as the extent and duration of the impact from COVID-19 continue to evolve and additional information becomes available and will impact our business and consolidated results of operations and may impact our financial condition in the future. Our operations have been impacted by office closures globally and restrictions on employee travel and in-person meetings; however, we have generally been able to deliver our products and services remotely. To support the health and well-being of our employees, customers, partners and communities, a vast majority of our employees are working remotely as of March 15, 2020. The economic uncertainty from the COVID-19 pandemic has also impacted our customers and their available budgets to spend on our products and services, which has resulted in an unfavorable impact on our revenue growth and gross margin in the first quarter of 2020 and which may also delay the timing of future sales. We will continue to evaluate the nature and extent of the impact of COVID-19 to our business. In addition, during the first quarter of fiscal 2020, we borrowed $16.0 million under our revolving credit facility as a precautionary measure to provide additional liquidity in light of global economic uncertainty and financial market conditions caused by COVID-19. The amount borrowed has been gradually paid down and will be fully paid upon consummation of the Merger. See section titled "Risk Factors" for further discussion of the possible impact of COVID-19 on our business.

*First Quarter 2020 Financial Highlights*

Since our inception through March 31, 2020, we have sold to nearly 3,800 end-customers in nearly 100 countries, including 26% of the Global 2000. For the three months ended March 31, 2020 and 2019, we sold to 9% and 8% of the Global 2000, respectively. Our end-customers represent a broad range of industries, including government, financial services, healthcare, technology, manufacturing, energy, services, retail, entertainment, and education.

The following table summarizes our key financial highlights for the periods presented in dollars and as a percentage of our total revenue.

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | **2020** | | **2019** | |
| | **(Dollars in thousands)** | | | |
| Total revenue | $ | 57,153 | $ | 75,568 |
| Total revenue year-over-year percentage growth | | (24)% | | 27% |
| Gross margin | | 66% | | 75% |
| Loss from operations | $ | (59,971) | $ | (34,065) |
| Loss from operations as a percentage of total revenue | | (105)% | | (45)% |
| Net loss | $ | (61,239) | $ | (34,252) |
| Net cash (used in) provided by operating activities | $ | (14,463) | $ | 6,439 |

**Continued Retention and Sales to Existing End-Customers**

We believe the net-recurring revenue retention rate over the trailing 12 month period on our subscription revenue and on the annualized value of our subscription license revenue is an important metric to measure our ability to retain and increase sales to our existing end-customers. We calculate the net-recurring revenue retention rate using the following formula:

$$X = (A + B + C)/(B + D)$$

where:

X = net-recurring revenue retention rate

A = annualized value of term contracts renewed over the trailing 12 month period

B = trailing 12 month annualized value of term contracts not subject to renewal because the scheduled expiration date of the multi-year contract falls outside of the 12 month period under measurement

C = trailing 12 month annualized value of new term contracts from end-customers that have been end customers for more than one year

D = 12 months annualized value of term contracts scheduled to terminate or renew during the 12 month period under measurement

We believe this metric is an indication of the continuing value we provide to our end-customers because it shows the renewal rate of their support and maintenance contracts and Software Products subscription contracts. Our net-recurring revenue retention rate as of March 31, 2020 and December 31, 2019 were 121% and 122%, respectively. The 100 basis point decrease primarily reflects the decreased adoption of new Software Products subscription contracts from end-customers that have been end-customers for more than one year for the twelve months ended March 31, 2020. A net retention rate over 100% indicates that our products are expanding within our end-customer base, whereas a rate less than 100% indicates that our products are constricting within our end-customer base. Additionally, this calculation includes all changes to the annualized value of the recurring revenue from term contracts used in the calculation, which includes scheduled expiration periods, stub periods, changes in pricing, additional products purchased, lost end-customers, early renewals, and decreases in the number of devices licensed to be managed by our license under contract. This metric does not take into account perpetual license revenue or professional services revenue. The annualized value of our contracts is a legal and contractual determination made by assessing the contractual terms with our end-customers. The annualized value of our term contracts is not determined by reference to historical revenue, deferred revenue, or any other GAAP financial measure over any period.

**Recurring Revenue Rate**

We are focused on providing our customers with more licensing and delivery options from which to purchase our products. In the last 24 months, we introduced centralized licensing options as an alternative to our legacy options of licensing by individual units of physical and virtual appliances. We introduced Software Products subscription contracts in the first quarter of 2019 and began deriving revenue from these Software Products subscription contracts in the second quarter of 2019. In the future, we intend to offer our Software Products, in addition to our current on-premise offerings, in a form that also includes critical functionality being delivered from our cloud hosted facilities.

Included in our license revenue is the value allocated to license within our Software Products subscription contracts, which is recognized at the time of transfer of control, which is generally upon delivery of access to software downloads or shipment, provided that all other revenue recognition criteria have been met or upon commencement of a renewed term contract.

Included in our subscription revenue is the value allocated to support and maintenance within our Software Products subscription contracts and revenue derived from support and maintenance contracts. Subscription revenue is recognized ratably over the term of the contract.

We believe this metric is an important metric in understanding the impact of customer buying preferences for the varying Software Products options upon our reported revenue. We calculate the recurring revenue rate as a subscription revenue plus the portion of license revenue that is derived from the value allocated to license within our Software Products subscription contracts, collectively, as a percent of total revenue, as measured over the trailing 12 month period. We calculate the recurring revenue rate using the following formula:

$X = (A + B)/C$

where:

X = recurring revenue rate

A = subscription revenue over the trailing 12 month period

B = value allocated to license revenue within our Software Products subscription contracts over the trailing 12 month period

C = total revenue

Our recurring revenue rate as of March 31, 2020 and December 31, 2019 were 53% and 49%, respectively. The 400 basis point increase primarily reflects the increased adoption of new subscription contracts in the three months ended March 31, 2020. The numerator does not take into account perpetual license revenue or professional services revenue. The numerator does include the value allocated to license within our Software Products subscription contracts for all contract durations. Those contract durations that are greater than 12 months will raise the recurring revenue rate for the first 12 months of the contract duration and will lower the recurring revenue rate for the balance of the contract duration after the first 12 months relative to the annualized value of such Software Products subscription contracts.

**Results of Operations**

The following tables summarize our results of operations for the periods presented in dollars and as a percentage of our total revenue. The period-to-period comparison of results is not necessarily indicative of results for future periods.

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2020 | 2019 |
|  | (In thousands) | |
| **Condensed Consolidated Statements of Operations Data:** | | |
| Revenue: | | |
| License | $ 14,799 | $ 37,680 |
| Subscription | 37,526 | 33,799 |
| Professional services | 4,828 | 4,089 |
| Total revenue | 57,153 | 75,568 |
| Cost of revenue: | | |
| License [(1)] | 5,419 | 7,607 |
| Subscription [(1)] | 7,013 | 5,207 |
| Professional services [(1)] | 7,165 | 6,186 |
| Total cost of revenue | 19,597 | 19,000 |
| Total gross profit | 37,556 | 56,568 |
| Operating expenses: | | |
| Research and development [(1)] | 23,246 | 18,497 |
| Sales and marketing [(1)] | 47,288 | 55,923 |
| General and administrative [(1)] | 24,481 | 16,213 |
| Restructuring | 2,512 | - |
| Total operating expenses | 97,527 | 90,633 |
| Loss from operations | (59,971) | (34,065) |
| Interest expense | (235) | (93) |
| Other (expense) income, net | (601) | 617 |
| Loss before income taxes | (60,807) | (33,541) |
| Income tax provision | 432 | 711 |
| Net loss | $ (61,239) | $ (34,252) |

———————————————
(1) Includes stock-based compensation expense as follows:

|  | Three Months Ended March 31, | |
|  | 2020 | 2019 |
|  | (In thousands) | |
| **Cost of revenue:** | | |
| License | $ 122 | $ 83 |
| Subscription | 524 | 443 |
| Professional services | 516 | 401 |
| Research and development | 3,683 | 3,078 |
| Sales and marketing | 5,804 | 6,486 |
| General and administrative | 3,209 | 3,337 |
| Total | $ 13,858 | $ 13,828 |

|  | Three Months Ended March 31, | |
|  | 2020 | 2019 |
|  | (As a percentage of total revenue) | |
| **Condensed Consolidated Statements of Operations Data:** | | |
| Revenue: | | |
| License | 26% | 50% |
| Subscription | 66 | 45 |
| Professional services | 8 | 5 |
| Total revenue | 100 | 100 |
| Cost of revenue: | | |
| License | 9 | 10 |
| Subscription | 12 | 7 |
| Professional services | 13 | 8 |
| Total cost of revenue | 34 | 25 |
| Total gross profit | 66 | 75 |
| Operating expenses: | | |
| Research and development | 41 | 25 |
| Sales and marketing | 83 | 74 |
| General and administrative | 43 | 21 |
| Restructuring | 4 | - |
| Total operating expenses | 171 | 120 |
| Loss from operations | (105) | (45) |
| Interest expense | - | - |
| Other (expense) income, net | (1) | 1 |
| Loss before income taxes | (106) | (44) |
| Income tax provision | 1 | 1 |
| Net loss | (107)% | (45)% |

24

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**FORESCOUT TECHNOLOGIES, INC.**

Dated: May 11, 2020

By: /s/ Darren J. Milliken

Darren J. Milliken

Senior Vice President, General Counsel, Corporate Secretary and Corporate Compliance Officer

Dated: May 11, 2020

By: /s/ Christopher Harms

Christopher Harms

Chief Financial Officer

Principal Financial Officer

37