**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

**ABRAHAM, FRUCHTER
& TWERSKY, LLP**
Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Email: TKellar@aftlaw.com

*Attorneys for Co-Lead Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.:  3:20-cv-00076-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> Judge:            Hon. Susan Illston <br> Complaint File:   December 18, 2020 <br> Trial Date:       None set |

STIPULATION AND [PROPOSED] ORDER RE CO-LEAD
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:20-CV-00076-SI

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Tachlit Mutual Funds Ltd. ("Co-Lead Plaintiffs") and Defendants Forescout Technologies Inc. ("Forescout"), Michael DeCesare ("DeCesare"), and Christopher Harms ("Harms", with DeCesare the "Individual Defendants" and with Forescout and DeCesare "Defendants" and collectively, with Co-Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, on December 18, 2020, pursuant to the Court's Order dated November 19, 2020 (ECF No. 115), Co-Lead Plaintiffs filed a Consolidated Amended Complaint for Violations of the Securities Laws (the "Amended Complaint") (ECF No. 116);

WHEREAS, on January 5, 2021, the Court entered an order setting a schedule for a motion to dismiss the Complaint as follows: (i) Defendants shall file their motion to dismiss the Amended Complaint no later than January 29, 2021; (ii) Co-Lead Plaintiffs shall file their opposition no later than February 19, 2021; and (iii) Defendants shall file their reply no later than March 5, 2021 (ECF No. 118);

WHEREAS, on January 29, 2021, Defendant Forescout and the Individual Defendants filed two separate motions to dismiss the Amended Complaint (ECF Nos. 127 & 129, respectively);

WHEREAS, Co-Lead Plaintiffs wish to file a single consolidated brief in opposition to Defendants' motions to dismiss the Amended Complaint not to exceed 45 pages, rather than file separate opposition briefs to the two pending motions, in order to save judicial and Party resources;

WHEREAS, a 45-page consolidated brief in opposition to the motions to dismiss would be in excess of the page limit set under Local Civil Rules 7-3(a) and 7-4(b);

WHEREAS, Defendants do not oppose Co-Lead Plaintiffs' request to file a consolidated opposition not to exceed 45 pages in length; and

WHEREAS, Defendants reserve their rights to file separate reply briefs in response to Co-Lead Plaintiffs' consolidated opposition.

NOW, THEREFORE, IT IS HEREBY STIPULTATED AND AGREED by and between the undersigned Parties, subject to the Court's approval, that:

1.    Co-Lead Plaintiffs shall be permitted to file a single consolidated opposition brief to Defendants' motions to dismiss the Amended Complaint not to exceed 45 pages.

2.    This Order is without prejudice to Forescout's and the Individual Defendants' right to file separate reply briefs in response to Co-Lead Plaintiffs' consolidated opposition.

Dated:  February 4, 2021                     ABRAHAM, FRUCHTER & TWERSKY, LLP

                                             /s/    Jeffrey S. Abraham
                                             Jeffrey S. Abraham
                                             (admitted *Pro Hac Vice*)
                                             JAbraham@aftlaw.com
                                             One Penn Plaza, Suite 2805
                                             New York, NY 10119
                                             Telephone: (212) 279-5050

                                                        - And -

Dated:  February 4, 2021                     POMERANTZ LLP

                                             /s/    Omar Jafri
                                             Omar Jafri
                                             ojafri@pomlaw.com
                                             Ten South La Salle Street, Suite 3505
                                             Chicago, Illinois 60603
                                             Telephone: (312) 377-1181

                                             *Attorneys for Co-Lead Plaintiffs*

Dated:  February 4, 2021                     WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation

                                             /s/    Ignacio E. Salceda
                                             Ignacio E. Salceda
                                             isalceda@wsgr.com
                                             650 Page Mill Road
                                             Palo Alto, CA 94304
                                             Telephone: (650) 320-4908

                                             *Attorneys for Defendants Michael DeCesare*
                                             *and Christopher Harms*

Dated: February 4, 2021                    ROPES & GRAY LLP

                                           /s/    Anne Johnson Palmer
                                           Anne Johnson Palmer
                                           Anne.JohnsonPalmer@ropesgray.com
                                           3 Embarcadero Center
                                           San Francisco, CA 94111
                                           Telephone: (415) 315-6337

                                           *Attorneys for Defendant Forescout Technologies Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 4, 2021                    _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Jeffrey S. Abraham, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: February 4, 2021                                  /s/   Jeffrey S. Abraham
                                                               Jeffrey S. Abraham

STIPULATION AND [PROPOSED] ORDER RE CO-LEAD
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:20-CV-00076-SI                         -5-