**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** March 19, 2021 | **Time:** 59 minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:**
Omar Jafri, Patrick V. Dahlstrom, Jeffrey S. Abraham (Meitav Tachlit Mutual Funds and Glazer)
**Attorney for Defendant:**
C. Thomas Brown, Anne Johnson Palmer (Forescout)
Ignacio Salceda, Diane Walters (DeCesare, Harms)

**Deputy Clerk:** Esther Chung                  **Court Reporter:** Ruth Levine Ekhaus

**PROCEEDINGS**

Motions to Dismiss (Dkt. 127, 129) – held via Zoom webinar.

**SUMMARY**

The parties provided their oral arguments and rebuttals.  The Motions are taken under submission, an Order to be issued.