**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Email: TKellar@aftlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Attorneys for Co-Lead Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.:  3:20-cv-00076-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS** <br><br> Judge: Hon. Susan Illston |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Tachlit Mutual Funds Ltd. ("Co-Lead Plaintiffs") and Defendants Forescout Technologies Inc. ("Forescout"), Michael DeCesare ("DeCesare"), and Christopher Harms ("Harms", with DeCesare the "Individual Defendants" and with Forescout and DeCesare "Defendants" and collectively, with Co-Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, on March 25, 2021, the Court granted Defendants' Motions to Dismiss the Consolidated Amended Complaint for Violations of the Securities Laws with Leave to Amend (ECF No. 139);

WHEREAS, the Court's March 25, 2021 Order did not specify a deadline for filing a Second Consolidated Amended Complaint ("SAC");

WHEREAS, Co-Lead Plaintiffs' Counsel is currently on a pre-planned international vacation that began on March 25, 2021, and will not return to the country until April 9, 2021;

WHEREAS, Co-Lead Plaintiffs' Counsel further has a *pro bono* criminal trial scheduled to start at 8:00 a.m. on April 21, 2021 in the matter of *People of the State of Illinois v. Celia Garcia*, 19 DV 889, pending in the Circuit Court of the Eighteenth Judicial District, County of DuPage, Illinois;

WHEREAS, Co-Lead Plaintiffs' Counsel's personal and professional scheduling conflicts as well as disruptions caused by the pandemic induced quarantine requirements for international travelers, and religious observances and holidays require additional time to prepare the SAC;

WHEREAS, Co-Lead Plaintiffs request 45 days from the day of the Court's March 25, 2021 Order to file the SAC or on or before May 10, 2021;

WHEREAS, Defendants do not object to Co-Lead Plaintiffs' request for 45 additional days from the day of the Court's March 25, 2021 Order to file the SAC;

WHEREAS, if the Court grants Co-Lead Plaintiffs' request to file the SAC on or before May 10, 2021, Defendants request 45 days to file their Motions to Dismiss or on or before June 24, 2021;

WHEREAS, if Defendants are allowed to file their Motions to Dismiss on or before June 24, 2021, Co-Lead Plaintiffs shall file their responses within 30 days or on or before July 26, 2021, and Defendants shall then file any replies within 15 days or on or before August 10, 2021;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Parties, subject to the Court's approval, that:

1.    Co-Lead Plaintiffs shall file the SAC on or before May 10, 2021.

2.    Defendants shall file any Motions to Dismiss the SAC on or before June 24, 2021.

3.    Co-Lead Plaintiffs shall respond to any Motions to Dismiss the SAC on or before July 26, 2021.

4.    Defendants shall file any replies in support of the Motions to Dismiss on or before August 10, 2021.

Dated:  April 5, 2021          **POMERANTZ LLP**[1]

*/s/ Omar Jafri*
Omar Jafri
ojafri@pomlaw.com
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

- And -

Dated:  April 5, 2021          **ABRAHAM, FRUCHTER & TWERSKY, LLP**

*/s/ Jeffrey S. Abraham*
Jeffrey S. Abraham
(admitted *Pro Hac Vice*)
JAbraham@aftlaw.com
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050

*Attorneys for Co-Lead Plaintiffs*

[1] Orly Guy and Eitan Lavie, who are Of Counsel to Pomerantz LLP and admitted to practice in Israel, also provide advice to Meitav Tachlit Mutual Funds Ltd. in connection with this matter.

Dated:  April 5, 2021          **WILSON SONSINI GOODRICH & ROSATI**
                                           **Professional Corporation**


                                           */s/ Ignacio E. Salceda*
                                           Ignacio E. Salceda
                                           isalceda@wsgr.com
                                           650 Page Mill Road
                                           Palo Alto, CA 94304
                                           Telephone: (650) 320-4908

                                           *Attorneys for Defendants Michael DeCesare*
                                           *and Christopher Harms*

Dated:  April 5, 2021          **ROPES & GRAY LLP**


                                           */s/ Anne Johnson Palmer*
                                           Anne Johnson Palmer
                                           Anne.JohnsonPalmer@ropesgray.com
                                           3 Embarcadero Center
                                           San Francisco, CA 94111
                                           Telephone: (415) 315-6337

                                           *Attorneys for Defendant Forescout Technologies*
                                           *Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  April 5, 2021                      _____
                                           THE HONORABLE SUSAN ILLSTON
                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND
BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:20-CV-00076-SI                          -3-

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Omar Jafri, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: April 5, 2021                          */s/ Omar Jafri*
                                                         Omar Jafri