Anne Johnson Palmer (CSB #302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Anne.JohnsonPalmer@ropesgray.com

Charles D. Zagnoli (admitted *pro hac vice*)
ROPES & GRAY LLP
191 N. Wacker Dr., 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Charles.Zagnoli@ropesgray.com

Peter L. Welsh (admitted *pro hac vice*)
C. Thomas Brown (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
Peter.Welsh@ropesgray.com
Thomas.Brown@ropesgray.com

*Attorneys for Defendant*
*Forescout Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>　　　　　*Defendants*. | CASE NO.:  3:20-cv-00076-SI<br><br>CLASS ACTION [PROPOSED]<br><br>**DECLARATION OF CHARLES D. ZAGNOLI SUPPORTING DEFENDANTS' MOTIONS TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Date:  August 27, 2021<br>Time: 10:00 A.M.<br>Dept.: Courtroom 1, 17th Floor<br><br>Before:  Hon. Susan Illston |

I, Charles D. Zagnoli, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of Illinois.  I was admitted to practice *pro hac vice* in the Northern District of California on January 22, 2021.  I am an associate at the law firm of Ropes & Gray LLP, counsel for Defendant Forescout Technologies, Inc. ("Forescout") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.    Attached as **Exhibit 1**[1] is a true and correct copy of Forescout's press release dated February 7, 2019, filed with the United States Securities and Exchange Commission ("SEC") as Exhibit 99.1 to SEC Form 8-K on February 7, 2019.

3.    Attached as **Exhibit 2** is a true and correct copy of S&P Global's transcript of Forescout's FQ4 2018 Earnings Call dated February 7, 2019.

4.    Attached as **Exhibit 3** is a true and correct copy of excerpts from Forescout's Form 10-K for the fiscal year 2018, filed with the SEC on March 1, 2019.

5.    Attached as **Exhibit 4** is a true and correct copy of S&P Global's transcript of Forescout's Analyst / Investor Day dated March 4, 2019.

6.    Attached as **Exhibit 5** is a true and correct copy of the March 4, 2019 Forescout Analyst / Investor Day presentation, publicly available at http://investors.forescout.com/static-files/f3897392-fe50-404f-afe3-71ee03ca87ef.

7.    Attached as **Exhibit 6** is a true and correct copy of excerpts from Forescout's Form DEF 14A, filed with the SEC on April 16, 2019.

8.    Attached as **Exhibit 7** is a true and correct copy of Forescout's press release dated May 9, 2019, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on May 9, 2019.

9.    Attached as **Exhibit 8** is a true and correct copy of S&P Global's transcript of Forescout's FQ1 2019 Earnings Call dated May 9, 2019.

10.    Attached as **Exhibit 9** is a true and correct copy of Forescout's press release dated August 7, 2019, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on August 7, 2019.

---

[1] For the Court's and parties' convenience, the exhibits covered by this Declaration bear the same numbers used in the declaration supporting Forescout's prior motion to dismiss.

11.     Attached as **Exhibit 10** is a true and correct copy of S&P Global's transcript of Forescout's FQ2 2019 Earnings Call dated August 7, 2019.

12.     Attached as **Exhibit 11** is a true and correct copy of Bloomberg's transcript of the KeyBanc Capital Markets Technology Leadership Forum, dated August 13, 2019.

13.     Attached as **Exhibit 12** is a true and correct copy of Forescout's press release dated October 10, 2019, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on October 10, 2019.

14.     Attached as **Exhibit 13** is a true and correct copy of Forescout's press release dated November 6, 2019, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on November 6, 2019.

15.     Attached as **Exhibit 14** is a true and correct copy of Forescout's press release dated February 6, 2020, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on February 6, 2020.

16.     Attached as **Exhibit 15** is a true and correct copy of excerpts from Forescout's Form 10-K for the fiscal year 2019, filed with the SEC on February 28, 2020.

17.     Attached as **Exhibit 16** is a true and correct copy of Forescout's Form DEFM 14A, filed with the SEC on March 24, 2020.

18.     Attached as **Exhibit 17** is a true and correct copy of Forescout's press release dated May 11, 2020, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on May 11, 2020.

19.     Attached as **Exhibit 18** is a true and correct copy of excerpts of Forescout's Form 10-Q for the first quarter of fiscal year 2020, filed with the SEC on May 11, 2020.

20.     Attached as **Exhibit 19** is a true and correct copy of Forescout's press release dated May 20, 2020, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on May 20, 2020.

21.     Attached as **Exhibit 20** is a true and correct copy of Forms 4 for Michael DeCesare, filed with the SEC during the period of February 20, 2019 to December 17, 2019.

22.     Attached as **Exhibit 21** is a true and correct copy of Forms 4 for Christopher Harms, filed with the SEC during the period of February 20, 2019 to April 15, 2020.

23.     Attached as **Exhibit 22** is a true and correct copy of excerpts from Forescout's S-1/A, filed with the SEC on March 19, 2018.

24.     Attached as **Exhibit 23** is a true and correct copy of an amendment to Forescout's Form 10-K for the fiscal year 2019, filed with the SEC on April 29, 2020.

25.    Attached as **Exhibit 24** is a true and correct copy of Forescout's press release dated May 18, 2020, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on May 18, 2020.

26.    Attached as **Exhibit 25** is a true and correct copy of Forescout's press release dated July 15, 2020, filed with the SEC as Exhibit 99.1 to Forescout's Schedule to Tender Offer Statement on July 15, 2020.

27.    Attached as **Exhibit 26** is a true and correct copy of Forescout's press release dated August 17, 2020, filed with the SEC as Exhibit (a)(1)(I) to Forescout's Schedule to Tender Offer Statement on August 17, 2020.

28.    Attached as **Exhibit 27** is a true and correct copy of excerpts of Forescout's Schedule 14A Preliminary Proxy Statement filed with the SEC on March 3, 2020.

29.    Attached as **Exhibit 28** is a true and correct copy of S&P Global's transcript of Forescout's special meeting of stockholders dated April 23, 2020.[2]

30.    Attached as **Exhibit 29** is a true and correct copy of Forescout's press release dated April 23, 2020, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on April 24, 2020.

31.    Attached as **Exhibit 30** is a true and correct copy of Forescout's Schedule 14D-9 Solicitation / Recommendation Statement filed with the SEC on July 20, 2020.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge, the foregoing is true and correct.

Executed this 24th day of June, 2021, in Chicago, Illinois.

*/s/ Charles D. Zagnoli*
    Charles D. Zagnoli

*Attorney for Defendant*
*Forescout Technologies, Inc.*

---

[2] The Second Consolidated Amended Complaint purports to provide a hyperlink to this document. *See* ¶ 145.  The link provided by Plaintiffs no longer functions, likely because the website appears to archive materials for only one year.  Defendants thus provide a copy of the transcript contained in S&P Global's online database.