# EXHIBIT 2

**S&P Global**
Market Intelligence

# ForeScout Technologies, Inc.

# NasdaqGM:FSCT

# FQ4 2018 Earnings Call Transcripts

## Thursday, February 07, 2019 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** |
| **EPS Normalized** | (0.25) | (0.01) | NM | (0.34) | (0.66) | (0.42) | NM | (0.39) |
| **Revenue (mm)** | 77.84 | 84.73 | ▲8.85 | 71.95 | 290.67 | 297.65 | ▲2.40 | 348.60 |

Currency: USD
Consensus as of  Feb-04-2019 10:12 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** |
| **FQ1 2018** | (0.45) | (0.38) | NM |
| **FQ2 2018** | (0.37) | (0.18) | NM |
| **FQ3 2018** | (0.11) | 0.10 | NM |
| **FQ4 2018** | (0.25) | (0.01) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ......................................................................... | 3 |
| Presentation | ......................................................................... | 4 |
| Question and Answer | ......................................................................... | 10 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Christopher Harms**
*Chief Financial Officer*

**Michael P. DeCesare**
*CEO, President & Director*

**Michelle Spolver**
*Chief Communications Officer &
Senior VP*

**ANALYSTS**

**Alexander Henderson**
*Needham & Company, LLC,
Research Division*

**Fatima Aslam Boolani**
*UBS Investment Bank, Research
Division*

**Jonathan Blake Ruykhaver**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Joshua Alexander Tilton**
*Joh. Berenberg, Gossler & Co. KG,
Research Division*

**Melissa A. Franchi**
*Morgan Stanley, Research Division*

**Michael Edward Casado**
*KeyBanc Capital Markets Inc.,
Research Division*

**Sterling Auty**
*JP Morgan Chase & Co, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Q4 2018 ForeScout Technologies Earnings Conference Call. [Operator Instructions] As a reminder, this conference call is being recorded. I would now like to introduce your host for today's conference, Ms. Michelle Spolver, Chief Communications Officer. Ma'am, you may begin.

**Michelle Spolver**
*Chief Communications Officer & Senior VP*

Thank you, operator, and thank you all for joining us on today's conference call to discuss our financial results for the fourth quarter and full year 2018 and provide guidance for the first quarter and full year 2019. This call is being broadcast live over the Internet and can be accessed from the Investor Relations section of our website at www.investors.forescout.com.

A few minutes ago, we issued a press release announcing our financial results for the fourth quarter and full year of 2018 as well as guidance for the first quarter and full year 2019. The release can be found on our Investor Relations website, along with supplemental financial information that accompanies today's remarks.

Before we begin, let me remind you that we'll make forward-looking statements during this call, including statements related to ForeScout's guidance and expectations for the first quarter and full year 2019; the market for our products, including business growth factors and customer demand for our products, our products and services releases; our competitive position, changes in the threat landscape and the security industry; the ramping of our sales organization; and our growth, profitability and the impact of the SecurityMatters acquisition on our market and company. These forward-looking statements involve risks and uncertainties, some of which are beyond our control, which could cause actual results to differ materially from those anticipated by these statements. These forward-looking statements apply only as of today, and we undertake no obligation to update these statements in the future. For a detailed description of risks and uncertainties, please refer to our SEC filings as well as our earnings release. Copies of these documents may be obtained from the SEC or by visiting the Investor Relations section of our website.

Additionally, certain non-GAAP financial measures will be discussed on this call. We've provided reconciliations of these non-GAAP financial measures against the most directly comparable GAAP financial measures in the Investor Relations section of our website as well as in our earnings release.

Before I turn things over to Mike, I want to highlight that today's -- during today's call, we will be sharing certain business and financial metrics that we may provide on an annual but not quarterly basis, which can also be found in the supplemental financial information also posted on our Investor Relations website.

Lastly, I'd like to mention that we'll be attending the Morgan Stanley Technology Conference on Tuesday, February 26, and hosting our first Analyst Day on Monday, March 4, in San Francisco. Additional details and registration information can be found on the Events page of our Investor Relations website.

And now let me hand things over to Mike to discuss our business and provide a review of our fourth quarter and full year 2018 performance. Mike?

**Michael P. DeCesare**
*CEO, President & Director*

Thanks, Michelle, and thanks to everyone for joining us on the call today. 2018 was our first full year as a public company, and we finished it strong. As I'll share in a few minutes, ForeScout had a fantastic fourth quarter across the board as we executed exceptionally well on market opportunity and need for device visibility and control. We again exceeded all our guided metrics, capping off a very successful 2018, in which we made significant strides expanding our footprint into new geographies, vertical markets and customers.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

FORESCOUT TECHNOLOGIES, INC. FQ4 2018 EARNINGS CALL | FEB 07, 2019

We landed more than 500 net new logos in 2018, bringing our total customer count to nearly 3,300. Even more impressive, we added over 60 new Global 2000 customers across a variety of industries, driving our penetration rate in the Global 2000 to 21%, up from 18% at the end of 2017. We now account 6 of the top 10 financial service companies, 5 of the top 10 manufacturing companies, 11 of 14 civilian cabinets within the U.S. federal government and numerous large health care companies as customers that are standardizing on ForeScout for device visibility and control. Also evident of our expanding footprint, we added more than 13 million devices under management in 2018, increasing our total number of device license sold to approximately 65 million, of which 5 million were added in the fourth quarter. All of this helps fuel our long-term growth.

Security begins by understanding with confidence what is on the network. This means having visibility into every single user credential that has logged in, knowing what applications each of those users is entitled to, and also identifying every single device the moment they connect to the network and constantly thereafter. The latter is where ForeScout plays. According to Gartner September 2018 report on IoT trends, they estimate that by 2023, the average CIO will be responsible for more than 3x the number of end points they manage in 2018. The vast majority of this growth is not coming from traditional managed devices, like laptops and smartphones, but from IoT and OT devices which can't support agents and, thus, can go easily undetected and unmanaged. This tailwind plays very much into ForeScout's favor as customers need an agent-less solution and a single, scalable platform that can provide a unified view of all their devices across campus, data center, cloud and operational technology networks.

Let me now briefly touch on some financial highlights in the fourth quarter and from the full year 2018. Revenue in the fourth quarter grew 35% year-over-year to $84.7 million, bringing our full year revenue to $298 million, an increase of 33% year-over-year. This far exceeded the guidance that we set last February as a result of strong sales execution, healthy market demand and sales productivity gains from our prior go-to-market investment. On the bottom line, we achieved positive non-GAAP operating income for the second consecutive quarter as we continued to demonstrate the leverage in our operating model and benefits from increased sales of our software products. And lastly, I am proud to say that we ended 2018 free cash flow positive, finishing the fourth quarter with $5 million and the year with $6 million in free cash flow generated. Criss will discuss our financials in more detail, but I'm very pleased with the combination of our 33% full year revenue growth, positive free cash flow, ability to achieve non-GAAP operating profitability for the second consecutive quarter. This demonstrates that we are executing well and hitting our stride.

Q4 was marked by the largest quarter ever for customer additions with more than 200 net new logos. We had a number of exciting marquee customer wins across a mix of verticals, continued traction in our international markets, and broad adoption of ForeScout's platform for device visibility, control and orchestration. The momentum we're having on both the land-and-expand side would not be possible without the investments we made to grow our sales force, which is maturing and ramping nicely. As we previously shared, at the end of 2016, only 14% of our sales reps had been with ForeScout for more than 2 years. This number increased to approximately 35% at the end of 2017 and to approximately 50% at the end of 2018. From a productivity perspective, our 2018, 2017 and 2016 cohorts are producing at or better than we expected, which is helping to drive momentum in our business.

Let me now highlight some of the more significant wins in the fourth quarter. In the federal government, we executed exceptionally well in a challenging political and budgetary environment. Our largest deal of the quarter was with a civilian agency that expanded its already large ForeScout deployment to include roughly 700,000 new devices, bringing the total number of devices under management with us to around 1.5 million. Our integration and our orchestration with Splunk was also an important part of this win. In addition to our CounterACT product, they purchased our Extended Module for Splunk to enhance and enforce controls for these devices. This is one of the first deals tied to Phase 3 of the U.S. government's Continuous Diagnostics and Mitigation, or CDM, program. As a reminder, Phase 3 is focused on mitigation of threats and moving from device visibility to control mode.

On the new customer front, we landed our first deal with the U.S. Department of Defense Comply-to-Connect framework, in which we will be initially managing visibility for 250,000 devices. ForeScout is a foundational component of Comply-to-Connect framework to achieve better cyber hygiene and see 100%

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

of the devices and systems connected to the network. We are still in the very early stages of this large market opportunity. While Comply-to-Connect is a government mandate, it's not yet become a funded program of record. However, as demonstrated in cases such as this particular deal, government customers understand the importance of complete device visibility and control and are allocating budget to Comply-to-Connect, that Comply-to-Connect framework advances centralized DoD funding.

We also landed a top 10 U.S. bank which chose ForeScout to secure an inventory more than 250,000 devices across their network. This customer had attempted to use a legacy network competitor's product, but it failed to both scale and effectively interoperate with its existing infrastructure. ForeScout's orchestration solutions were a key factor in winning this deal, which, in addition to our CounterACT products, included 5 extended modules. Among the orchestration use cases is our Extended Module for ServiceNow. ForeScout is enabling deep device visibility value that marries well with ServiceNow's CMDB to enable a single source of truth for all devices on the network.

We also continued to grow our footprint in the health care vertical. During the quarter, we landed a U.S. Fortune 10 health care giant, purchased ForeScout platform of CounterACT, several extended modules to solve the device visibility and control challenges it was experiencing as a result of multiple acquisitions and divestitures over the years. Despite being a long-time user of our primary network competitor, it will -- they will be deploying ForeScout for visibility, control and orchestration for nearly 250,000 devices across their campus.

Government, financial services and health care are our largest verticals, but we are continuing to make traction into other verticals as well, like retail, technology, manufacturing and energy. For example, in the fourth quarter, we closed a deal with one of the largest industrial manufacturing companies in the planet. In this competitive win, this European-based company chose ForeScout CounterACT products for device visibility as well as control across 1 million campus wired and wireless devices. Our ability to run a very large scale and work in highly complex environment is key to the selection process. Additionally, the customer purchased the Extended Module for Qualys. In this use case, ForeScout enables real-time vulnerability management by identifying the device the second it joins the network and triggers a real-time scan from Qualys. If the device has known vulnerabilities, ForeScout then takes action by blocking it until it's patched.

And finally, we made headway into the telecommunications vertical with a new win in APJ with one of Australia's largest companies. ForeScout was selected to provide device visibility across more than 200,000 devices in their campus wired and wireless networks. We won because we were agent-less, demonstrated a rapid time to value with ease of deployment. Also important was that we seamlessly operate with their existing network and security solution, among those was CrowdStrike, in which case they purchased our extended module for EDR orchestration.

These are just some examples of the traction that we're making and landing and expanding across verticals around the world and how highly strategic ForeScout is to our customers. To demonstrate our scale, our largest deployment now spans nearly 3 million devices, which, to our knowledge, is far greater than any other vendor in our space. Additionally, the power of the ForeScout platform is evident of new and existing customers utilizing our extended modules to better leverage their existing IT and security tools and automate more actions. This is not just an add-on sale but rather a very key reason on why we are winning deals. To put numbers behind my words, revenue from orchestration accounted for 24% of total product revenue in 2018, up from 9% in 2017. Approximately 1/3 of our product deals during the year included at least 1 extended module, up from 1/4 in 2017. Also, approximately 27% of our entire customer base has purchased at least 1 extended module -- orchestration module, up from 23% last year. Based on our knowledge, we believe we are one of the largest orchestration vendors in the space and there is significant growth ahead.

Before turning the call over to Criss, I'd like to provide an update on SecurityMatters and feedback we've been receiving from customers. Prior to the acquisition, ForeScout was making traction in the OT space and winning deal, but the technology from SecurityMatters provides us the ability to speak even deeper into the OT network stack or specialized devices, like controllers and sensors. Combining technology, ForeScout has the most comprehensive OT solution in the industry. We believe that we are now the largest

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

player in this market and the only vendor that can provide deep visibility and control across the extended higher enterprise, from campus to data center, to cloud, operational technology. Feedback from customers has been overwhelmingly positive, and we are seeing accelerated pipeline in the OT area of our business with both new and existing customers. Customers are understanding that securing OT environment begins with achieving both full visibility across their entire network into layers of the OT stack. Many that had been using us in the campus and data center are extending ForeScout into their OT networks as well.

Later this month, we will be announcing our next major product release that will provide even further differentiation across our product suite and help drive momentum for us in 2019 and beyond. I could not be more excited about this. Among other things, we will be delivering a complete IT to OT solution, which fully integrates SecurityMatters technology with ForeScout to cover all layers of the OT stack and integrates with all major OT infrastructure providers. Our new release will also provide comprehensive visibility for multi-cloud infrastructure with support for both Azure and AWS.

Lastly, we're adding significant advancements to our network segmentation solution to automate segmentation controls across firewalls as well as virtual, cloud and SDN environment. As our customers design and define their next-generation network, segmentation is an important part of the solution. I'm excited to showcase the results of our recent R&D efforts and I'm really proud of the work that this team has produced.

With that said, let me now turn the call over to our Chief Financial Officer, Criss Harms, to discuss detailed financial results for the fourth quarter and full year 2018 as well as our guidance for the first quarter and full year 2019. Criss?

## Christopher Harms
*Chief Financial Officer*

Thanks, Mike. Thank you for joining us on the call today. Following Mike's remarks, let me dive deeper into ForeScout's fourth quarter and the full year 2018 financial results and our outlook for the first quarter and full year 2019. Again, by reminding you, except for the revenue results, which are GAAP, all financials we will speak about are non-GAAP, unless stated otherwise. As Michelle mentioned at the start this call, non-GAAP, GAAP reconciliations of these financials can be found in our earnings press release and supplemental financial information, both located on our Investor Relations website.

As Mike shared, we had a very strong fourth quarter across all key metrics. We're pleased with what we accomplished in the year; total revenue for Q4 2018, $84.7 million, an increase of 35% on a year-over-year basis; product revenue for Q4 2018, $47.5 million, an increase of 36% on a year-over-year basis. Product revenue growth continues to be driven by uptake of our software products, which comprised 81% of Q4 product revenue; our hardware products, 19%; maintenance and professional services revenue, $37.3 million, an increase of 33% year-over-year.

Looking at Q4 revenue mix by region. Geographic mix of revenue was Americas at 66% of total revenue compared to 68% Q4 2017. EMEA was 24% and APJ was 10%, compared to 22% and 10% in Q4 2017, respectively. We continued strength in regions outside the U.S. this quarter as we realized positive returns on our international sales and marketing investments, leading to geographic diversification and new customer acquisitions.

Our gross margin for Q4 2018 was 81%, an increase of approximately 400 basis points year-over-year and an increase of approximately 300 basis points sequentially. Product margin was 86%, an increase of approximately 600 basis points year-over-year and an increase of approximately 300 basis points sequentially. We've seen continued strength in product margins. We benefit from the tailwind of increasing role of extended modules in our product revenue mix and customers deploying CounterACT in virtual environments that don't require any hardware provided by ForeScout. Our combined maintenance and professional services margin for Q4 2018 was 74%, an increase of approximately 100 basis points year-over-year and up 200 basis points sequentially. The year-over-year services margin improvement was a result of the growing efficiencies in our customer support organization and the scaling of our prior investments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Total operating expenses for Q4 2018 were $68.2 million, an increase of 33% year-over-year. Looking at the components of OpEx, sales and marketing expense for Q4 2018 was $43.3 million or 51% of revenue, an increase of 34% year-over-year, reflecting continuing investments in our direct and channel selling resources as well as sales engineering and sales enablement teams. Our research and development expense was $14.4 million or 17% of revenue, an increase of 35% year-over-year, reflecting continuing investments of our development teams. General and administrative expense was $10.6 million or 12% of revenue, an increase of 23% year-over-year, reflecting additional investments in infrastructure related to being a public company.

Operating income for Q4 2018 was $0.2 million compared to a loss of $3.1 million in Q4 2017. We've achieved 2 consecutive quarters of positive operating profit, demonstrating the operating leverage capabilities in our model, driven by outperformance on the top line as well as improvements in sales productivity, product margins.

Net loss was $0.4 million compared to a net loss of $3.6 million in Q4 2017. Net loss per share for Q4 2018 was $0.01 compared to net loss per share of $0.13 in Q4 2017.

We ended the fourth quarter with total deferred revenue of $172 million, an increase of $9 million sequentially. The combination of revenue plus sequential change in deferred revenue provided Q4 billings of $94 million.

From a cash perspective, we finished the fourth quarter with cash, cash equivalents and investments of $115 million. As a reminder, we completed the acquisition of SecurityMatters in the fourth quarter, which resulted in net usage of $105.4 million in cash. Free cash flow in the fourth quarter was positive, $5.2 million compared to negative $7.4 million in Q4 2017. Free cash flow margin was 6% compared to negative 12% in Q4 2017.

Let me now share our results for the full year 2018. Total revenue grew 33% to $298 million. Product revenue increased 30% to $163 million, and maintenance and professional services revenue grew 36% to $135 million. We saw strong execution across all geographies throughout the year, with both EMEA and APJ representing larger contributions for 2018 revenue mix. The Americas represented 75% total revenue in 2018 compared to 77% in fiscal year 2017. EMEA was 17% and APJ was 8% compared to 16% and 7% last year, respectively.

As evidenced by the customer examples Mike highlighted earlier, while we were landing new deals that are increasing our vertical mix diversification, specific momentum in health care, retail, technology, manufacturing and energy verticals, our historical sales focus in financial services and government markets both continues to generate our largest results. Collectively, financial services and government represented 61% of 2018 revenue compared to 57% in 2017. It's important to note that we had several very large federal deals during the year and grew our state and local and our international government business, both of which contributed to the strong government [Audio Gap]. For the year, the number of large deals over $1 million was relatively consistent with 2017. However, aggregate dollar value of these deals continued to increase, reflecting our critical role in these customers' security strategy.

Our gross margin for the full year was approximately 78%, up 300 basis points year-over-year. Product margin was approximately 83%, services margin was 73%, up approximately 200 and 600 basis points, respectively. As we discussed in prior calls, we are seeing 2 trends that are driving our product margin improvement. The first trend is the increasing role of our extended modules and revenue mix. In 2018, extended modules increased to 24% of the product revenue mix, up from 9% in 2017. The second trend is towards CounterACT being used in virtual deployments and not requiring hardware being provided by ForeScout. In 2018, the portion of CounterACT license being used in virtual environments increased to 23%, all CounterACT licenses, up from 15% in 2017. Collectively, the mix of CounterACT software being deployed in a virtual environment plus extended modules represented 42% of our product revenue in 2018, up from 23% in 2017.

Our operating loss for the full year 2018 was $16 million or 5% of revenue compared to a loss of $35 million or 15% of revenue last year. Net loss per share for the full year 2018 was $0.42 compared to $3.28 in 2017.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Free cash flow for the full year was positive $6 million or 2% of revenue compared to negative $7 million in 2017. We achieved annual positive free cash flow, a full year ahead of the stated goal of achieving this in 2019.

We remain very pleased with the ongoing year-over-year improvements we're seeing in both our operating margin and free cash flow margin, which were up 1,000 basis points and 500 basis points year-over-year, respectively. We believe these improvements reflect well on our path towards sustained profitability as we continue to balance growing revenue at scale while continuing to invest to capitalize on our substantial market opportunity.

Now I'll finish up with our guidance for the first quarter and full year 2019. For the first quarter of 2019, we expect total revenue to be in the range of $71.9 million to $74.9 million, representing year-over-year growth of 23% at the midpoint. We expect operating loss in the range of $18.7 million to $17.7 million. For loss per share, we expect to be in the range of $0.45 to $0.43 on approximately 43.7 million weighted shares outstanding.

For the full year, we expect total revenue to be in the range of $363 million to $373 million, representing year-over-year growth of 24% at the midpoint. We expect operating loss in the range of $16 million to $12 million and loss per share in the range of $0.45 to $0.37 based on approximately 44.5 million weighted shares outstanding.

Before turning the call back over to Mike, I want to provide some color around our outlook for 2019. On the revenue seasonality for the year, we anticipate our 2019 quarterly seasonality, all of that of a more traditional enterprise software company, whereby Q4 revenues will be larger than our Q3 revenues, which is reflective of our increasing pipeline and commercial business.

From a product revenue mix perspective, though we don't specifically quantitatively guide to this, I want to remind you that our 2018 product revenue mix was highly impacted by the very large extended modules deal that we recognized in the second quarter of 2018. While we anticipate continued strong adoption of our extended modules in 2019, we do not expect a deal of similar impact and, thus, expect extended modules to account for a smaller portion of total product revenue in 2019 and our CounterACT product comprise a larger portion.

In terms of operating expenses, I'll remind you -- excuse me, a reminder that will be absorbing the expenses of SecurityMatters, which are approximately $4 million each quarter of 2019. Additionally, the RSA Conference is being held in Q1 this year, whereas it was held in Q2 last year. As a result, associated marketing expense will occur in the first quarter of 2019.

Lastly, on free cash flow, we achieved positive free cash flow in 2018, 1 year ahead of our prior guidance. We are maintaining our guidance of annual free cash flow positive in 2019 and beyond. And in terms of the trajectory for 2019, we expect a modest improvement over 2018.

Now let me turn the call over to Mike for some closing comments.

**Michael P. DeCesare**
*CEO, President & Director*

Thanks, Criss. 2018 was a tremendous year for ForeScout. We are really just getting started. The market opportunity for device visibility and control is massive and growing quickly. Though others are making claims and even using similar words, we believe only ForeScout can do complete device visibility and control at scale. We've proven it with numerous customers, with more than 1 million devices under management across highly complex environments. We are confident that our unified IT to OT platform has competitive differentiation and are excited about the substantial market opportunity ahead.
Thank you again for everyone joining us on the call today and for your continued support from our investors, employees, customers and partners. We look forward to seeing many of you at our Analyst Day on March 4, where we'll be sharing more of our strategy and long-term vision, and we'll now open the call up for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Sterling Auty with JPMorgan.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

I wanted to dive into -- obviously, one of the big questions over the last couple of months is that given the percentage of business that you have -- and obviously, we know September is the big quarter, but can you kind of talk to us about what you're seeing in your fed business and how do you kind of factor that into your guidance?

**Michael P. DeCesare**
*CEO, President & Director*

So the pipeline for our federal business is really strong. As I had mentioned in my prepared remarks, we saw large, strategic transactions in both the civilian side of the U.S. government against CDM contract as well as in the DoD side of the business against the Comply-to-Connect contract. And although it was a somewhat tumultuous environment to navigate through, I'm really proud of the job that our team did for us in the fourth quarter. I feel great about the results.

**Christopher Harms**
*Chief Financial Officer*

Yes. In terms of the guidance, Sterling, we've got the tailwinds of the program, as Mike just alluded, but we're -- we're balancing the kind of volatility that continues to play as we're setting the basis for our guidance. [ To see the matters ], look, we're actually expecting a stronger Q4 than Q3, reflecting the emerging strength of our commercial business, which we try to give you some guidance to in our -- in the call around prepared remarks.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Makes sense. And then one follow-up. On the partnership side, specifically companies like ServiceNow, just wondering how the evolution of some of those partnerships have gone with some of the third-party connections that you've got. And are you starting to see an increased traction with maybe those companies starting to bring you into opportunities rather than the other way around?

**Michael P. DeCesare**
*CEO, President & Director*

So we're obviously pleased with the results. As we mentioned, 24% of revenue we see is a really strong year and we're really psyched on the results that we've seen. Kind of -- you mentioned ServiceNow. Kind of the bigger ones for us are ServiceNow, Palo Alto, Splunk, Tenable. Those are the ones that we see the most traction with. We are definitely getting into situations now where we're being brought into deals from some of those vendors versus it being the other way, but they are still predominantly technology relationships, meaning that we are selling into their installed base for customers that use our CounterACT product and their product.

**Operator**

Our next question comes from Melissa Franchi with Morgan Stanley.

**Melissa A. Franchi**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I wanted to dig a little bit more into SecurityMatters. It sounds like the initial customer feedback has been pretty positive, and you did note accelerating pipeline as we are moving into 2019. So I'm just wondering. I know as a stand-alone, SecurityMatters was not significant in terms of revenue, but just thinking about guidance and expectations for growth next year. What are you -- what should we expect in terms of SecurityMatters? And how much scale do you think you can achieve over the next year?

**Michael P. DeCesare**
*CEO, President & Director*

So I'll take this. I think that when we get to our Analyst Day, our intention is to give you a little bit more color around this, but we would try to guide you guys to be thinking more about our overall OT business and simply what we're doing in SecurityMatters versus kind of the base ForeScout CounterACT business because most of the customers that will be buying these products must -- will be buying both. It is -- ForeScout already played a significant role in the part of the OT world, where there was an IP address that we could get visibility into. And SecurityMatters takes us deeper into that stack by letting us have that similar level of visibility into the rest of the OT stack. So we see those things as being highly complementary towards each other. Criss, do you have any comment that you want to add?

**Christopher Harms**
*Chief Financial Officer*

Yes. Melissa, I can give you a little more. Look, the top line is definitely built into our overall guidance, which we shared with you, and we wanted to -- we want to give you a little bit more color on the expense side on how to model that. That's why we gave you kind of the $4 million a quarter to add on to your existing models because remember, we punted on giving you more visibility at the last call. And the point that Mike made is that look, our OT business is already strong. The ability to have the entire OT stack really completes that whole product. We will drive a lot of the pipeline that we were already building to a faster closure and we weaved that into our guidance for the year.

**Melissa A. Franchi**
*Morgan Stanley, Research Division*

Okay. That's helpful. And then just one follow-up question I think for you, Criss, or maybe Mike. But just looking at the net recurring retention rate, on an annual basis, it did downtick relative to '17. Is there a good explanation for that? And then thinking about how that should trend in 2019 with, like, ramping OT and SecurityMatters, could that metric stabilize or even perhaps improve?

**Christopher Harms**
*Chief Financial Officer*

Yes. So I'll start with anything north of 100%, I feel great about. Remember, the mechanics of it is measuring the annualized maintenance value just of our existing customers, both what they maintained plus how they expand it. One of the double edges to that sword is when more of our product revenue in the current period comes from new customers. There -- that doesn't help that number. It keeps the denominator the same, but it doesn't contribute to the numerator. So just remember on the mathematics. In terms of where I see in '19, I think it will continue to be well north of 100%. Will it tick back up north of 120%? That will be a function of how the kind of new customer versus expansion sales takes shape in '19. That is the one nuance to that metric.

**Michael P. DeCesare**
*CEO, President & Director*

And let me just add one data point on there, too. It's we do absolutely believe that a substantial portion of our kind of historical campus customers will be buying our OT product from us now. So we do have expectations that, that will be a contributing factor to this over time. It's a great second product for us to sell into many of these customers.

**Operator**

And our next question comes from Rob Owens with KeyBanc Capital Markets.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Michael Edward Casado**
*KeyBanc Capital Markets Inc., Research Division*

This is Mike Casado on for Rob Owens. Given the improving sales or productivity, the growing international contribution and the extended module traction you've seen in 2018, how are you guys thinking about your investment priorities or the composition of your planned spend for 2019 as compared to your plan for 2018?

**Michael P. DeCesare**
*CEO, President & Director*

So I would describe '19 as steady state. I think what Criss and I have been able to kind of work our way into is what we believe to be an appropriate percentage of expense on sales and marketing versus R&D, versus G&A. And we are committed to growing those buckets at a lower level than the top line of the company, but I don't feel like we think we have any areas that are in, like, dire need of investment at this stage now. With that said, recognizing that with all the growth that we have kind of invested on both the sales and marketing side, there are still material parts of the world that we don't even have a single sales team in yet. So as we continue to see strength internationally -- you've seen the international results we posted, there's opportunity for us to continue to double down there. So kind of inside the sales and marketing budget, it would be more expansion into new geographies.

**Michael Edward Casado**
*KeyBanc Capital Markets Inc., Research Division*

Understood, Mike. That's very helpful. And I know you touched on this in Sterling's question, but in the event that the federal government does shut down again and for an extended period of time, at what point would that friction start to inhibit your opportunity with CDM? How many months out into another shutdown would you expect to see pressure along the opportunity?

**Michael P. DeCesare**
*CEO, President & Director*

So if the U.S. government shuts down for an extended period of time, it could have an impact into many industries, not just the government industry on its own. We are very fortunate in our government business in that we're -- kind of the majority of the sales that we make are into government-mandated congressional projects, right. So being foundational technologies in both CDM and C2C or Comply-to-Connect, that's a much safer place to be and if you're trying to sell to the U.S. government with no kind of baseline that you're trying to sell in behind. So our team also in the U.S. federal is very, very strong and is showing, quarter after quarter, year after year, an ability to navigate what has now been a few years of very tumultuous political environments here and still be very successful. So with that said, we have certainly taken that into consideration as we've set guidance. We maintain our approach of our guidance being our kind of minimal level of financial commitment here, and we do recognize the percentage of our business that is tied to the U.S. government and we feel that we've taken that into consideration appropriately.

**Operator**

Our next question comes from Fatima Boolani with UBS.

**Fatima Aslam Boolani**
*UBS Investment Bank, Research Division*

Mike, I just wanted to ask you about your enterprise business and to what extent the flexible licensing program that was launched within version 8 of the product and to what extent that has really pushed the envelope within the commercial/enterprise momentum?

**Michael P. DeCesare**
*CEO, President & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. It has sped up sales cycles because now we can go into an organization that might know they have at least a couple of hundred thousand devices but don't know exactly how many of those are in campus or data center or cloud or OT and have the flexibility to deploy our product. And until they get to a couple of hundred thousand devices, they don't have to buy any more product from us. So it definitely gets us into the mode of customers deploying our product quicker. The vast majority of the deals that we did in the fourth quarter were under flex licensing, and Criss and I both expect that trend to continue because it gives customers so much more flexibility. Remember, that's based on years of effort of kind of separating the hardware from the software and being able to really sell it as a software product. So we're really pleased with the results and we think it gives us a lot of flexibility, no pun intended, as we kind of move into 2019.

**Fatima Aslam Boolani**
*UBS Investment Bank, Research Division*

And actually, just part and parcel to that question, I know historically, your customers haven't necessarily pulled you into the direction of wanting a cloud-based service from you. But as you move into different verticals that diversify your end market exposure, to what extent is potentially a "ForeScout as a service type" offering becoming more top of mind or imminent to addressing even broader swathe of customers? And then I have a quick follow-up for Criss, if I may.

**Michael P. DeCesare**
*CEO, President & Director*

So I'll kind of answer that 2 ways. I mean, the first is that when we give customers visibility into every device that is connected to their network, the heterogeneity of our product that allows us to run with kind of Cisco and Juniper also allows us to run with Azure and AWS. So we are seeing an increasing percentage of our customers that when they're in this hybrid cloud environment, where they still have substantial servers in their data center but now they're deploying large portions of that up into a public cloud, giving them visibility into those cloud-based assets in the same depth -- dashboard that we give them visibility of the physical and virtual assets is a very powerful part of the value prop and drives kind of the device count up in many of our customers. So in -- selling for devices that are already in the cloud is definitely a big part of that value prop. Delivering ForeScout as a service for customers, that's certainly one of the products that we have had kind of in -- that we've been working on. I don't think, quite frankly, that we see many of the large government or financial service companies that will probably be very interested in deploying our console or our policy engine up in the cloud because that's something that they value dearly and would like to have more control of in a campus environment. And we definitely acknowledge that, that will open a part of the market to us that maybe is a little bit more difficult for us to sell into today. So we're working on that.

**Christopher Harms**
*Chief Financial Officer*

I'll add the one point, Fatima, without taking too much of the oxygen out of the room for the Analyst Day on March 4, but we will -- the next step for us will be bringing incremental products to market that are SaaS delivered. And we'll give you more insight into that. So not a delivery of CounterACT from the cloud, which was Mike alluded to, but the next step being for us, the incremental, really replicating what Palo Alto did of bringing incremental offerings to the market in a cloud-delivered, SaaS-based ratable revenue business.

**Fatima Aslam Boolani**
*UBS Investment Bank, Research Division*

That's very helpful. And Criss, just very quickly for you. Just bearing in mind some of your comments around the million-dollar deal volume and those deal sizes in and of themselves becoming larger, but at same time, I did notice your average deal size come down year-on-year. So I was just hoping if you could reconcile those 2 in that commentary. And that's it for me.

**Christopher Harms**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, yes, absolutely. So the average annual deal size was impacted by the success we had in APJ and EMEA in getting some net new logos that had smaller initial deal sizes, just the volume of new customers and transaction we brought to the market, whereas the million dollars is really focused at the high end, Global 2000, large health care and the government, where the quantity of those deals stayed consistent but the aggregate value of those deals increased year-over-year.

**Operator**

[Operator Instructions] Our next question comes from Alex Henderson with Needham.

**Alexander Henderson**
*Needham & Company, LLC, Research Division*

I was hoping you could talk a little bit more about Comply-to-Connect and the CDM program. I mean, I think you described them as potentially $300 million to $500 million programs each. Obviously, if we're only 40% into the CDM program, there's a lot of that still left to go over the 5-year stretch of it. Is there any chance -- do you think that over the next, say, 12 to 18 months, we'll see a period where we're both ramping CDM and be in the early phases of ramp on the Comply-to-Connect, resulting in pretty outsized growth rates in that government vertical?

**Christopher Harms**
*Chief Financial Officer*

I think that upside is definitely implicit in how you're looking at our outlook. The one thing you said, Alex, that I wanted to clarify is we've definitely have represented the $300 million to $500 million for CDM. We don't have a good sense yet of Comply-to-Connect because it hasn't been DoD centrally funded. Our estimates are it could be of the same size, but I don't want to -- I don't want you to take that as definitive. We'll wait till we see the centralized DoD funding. Mike, do you want to...

**Michael P. DeCesare**
*CEO, President & Director*

Let me just add a bit color for you on this, too. So let's take them one at a time. So CDM is a congressional mandate that then got full funding over the last couple of years. And as we mentioned to you, we're a couple of years, 2.5 years into a 5-year window. At the end of that 5-year window, every civilian agency is expected to be compliant. So what we're really excited about is, whereas we saw the majority of those agencies buy Phase 1 from us over the last couple of years, we saw a very material transaction this quarter for us, which was in the add-on phase, into the CDM Phase 3, which moves them from that visibility to control mode, which gives us a lot of confidence as the other agencies begin to move into that mode as well for us. So that was a very exciting expansion for us into one of our stronger customers. Comply-to-Connect is in the very early innings. It's a congressional mandate. It needs to be completed. We're into the first of the 5 years, but it has not been centrally funded yet. So we do expect that when this gets centrally funded that we could see some similar results to what we've seen from CDM historically, but recognize that we're seeing some of these DoD agencies that are now buying our product with different money because they want to be compliant even before it becomes funded. So there is no doubt that -- we certainly hope that we get to a place where both of those are firing on all cylinders, but we have significant headroom in both of those and that's very exciting for us.

**Alexander Henderson**
*Needham & Company, LLC, Research Division*

Just a follow-up on that last comment. So the -- it sounds like your orchestration products would be substantially increased as we move into the Phase 3 portion of the CDM program. Is that, therefore, going to drive larger deal sizes, higher margins, other nice metrics for you?

**Michael P. DeCesare**
*CEO, President & Director*

We've seen similar success in the CDM. Recognizing that CDM is where we've seen more of the historical business. We've seen some very strong success on selling orchestration into many of those same

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

organizations. Just recognize that even though they're all part of the same congressional mandate, many of them have different cyber tools underneath that. So one division might need our connection into ServiceNow or somebody else might need our connection into Splunk because they don't all have the same base systems underneath. But we've seen very similar results in the U.S. government to what we've seen in the commercial part of the business with the -- where we said -- as I said -- we said it's 24% of total revenue in 2018. And you can expect to see substantially kind of similar contributions from that U.S. government vertical versus rest of world.

**Alexander Henderson**
*Needham & Company, LLC, Research Division*

One last thing and then I'll cede the floor. Could you just go over the metric you said on the sales productivity number? I just didn't catch it when you went -- you gave it earlier.

**Michael P. DeCesare**
*CEO, President & Director*

What I said was at the end of 2016, what we are declaring as tenured is a sales rep that has been with ForeScout for more than 2 years and in their territory so that we know that they kind of had the time to build things up. That number was 14% at the end of 2016, 35% at the end of 2017, and over 50% at the end of 2018. So we believe that's trending in the right direction.

**Operator**

Our next question comes from Jonathan Ruykhaver with Robert W. Baird.

**Jonathan Blake Ruykhaver**
*Robert W. Baird & Co. Incorporated, Research Division*

The success with the extended module has clearly paid dividends in terms of driving broader value proposition. And I'm kind of wondering, do you see a similar opportunity over time to extend that functionality into IoT and OT environments?

**Michael P. DeCesare**
*CEO, President & Director*

So the answer is yes. I would kind of challenge back a little bit that our current orchestration modules already play a significant role in the world of IoT. So I'll just give you one example, which is our module to ServiceNow. At the same time when the device first connects to the network, at the same time that our CounterACT product is looking at that device and analyzing 1,000-plus attributes that we might analyze off that device to decide and determine what that device is, we can import that data over into ServiceNow and override the CMDB so that, that stays very current, another big major problem that organizations are embarking in. Because we're agent-less in our CounterACT product and can play the same role for a security camera or an HVAC controller or some IoT devices as we can on managed assets, we now give ServiceNow our customers the ability to import IoT devices into the ServiceNow CMDB as well. So the orchestration modules since they're also priced on a per device basis, are absolutely benefiting from the same IoT tailwinds that our CounterACT business is. What you can expect from us over time is for us to begin to release extended modules into the OT market. There's a different set of products that customers are presenting to us in those environments, and they expect similar functionality. So we see a pretty awesome opportunity to be able to continue to drive that orchestration business over OT as well. That's one of the reasons. Not that you asked but that's -- it's one of the reasons that we're so excited about the 13 million devices and 5 million of those in the fourth quarter that were added in 2018 is all of those are devices that we can come back in and sell these add-on products inclusive of our extended modules on top of.

**Jonathan Blake Ruykhaver**
*Robert W. Baird & Co. Incorporated, Research Division*

So just to be clear, that use case around IoT and the extended modules, is that happening today? Or is that expected in the future?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael P. DeCesare**
*CEO, President & Director*

The ServiceNow use case that I explained to you?

**Jonathan Blake Ruykhaver**
*Robert W. Baird & Co. Incorporated, Research Division*

Yes, yes, yes.

**Michael P. DeCesare**
*CEO, President & Director*

It's happening today. Customers don't just want -- the CMDB, theoretically, should be the source of everything that is allowed on the network. Customers don't simply want that to be populated with Windows and Linux. Security cameras might not be as complicated, but knowing how many security cameras you have, what version of the firmware they have, does it have a version of the XP operating system embedded, very valuable attributes. So we are seeing customers -- we've seen very strong success for ServiceNow in a very short period of time because we can populate that CMDB with both managed and the unmanaged assets.

**Jonathan Blake Ruykhaver**
*Robert W. Baird & Co. Incorporated, Research Division*

Right, great. And when you look at the expansion opportunity, how do you see the mix between CounterACT and extended modules playing out over time? Does orchestration become the easier sales motion? Or is the need for additional coverage with CounterACT equally important?

**Christopher Harms**
*Chief Financial Officer*

Oh, I think there's such a combined solution set for visibility and control. When you think of vast majority of the orchestration use cases or some element of control, there is tied together. I was thinking about it just from a modeling perspective, kind of '19 and beyond, try to give you a little color that '19, we expect to be consistent with how we did in 2018. Don't expect the same kind of growth that we saw from '17 to '18. And then longer term, we've discussed we could see, from a product perspective, 50% of the revenue coming out of that core device visibility that we call CounterACT today and 50% coming from the vast array of extended modules, which we're really playing in all these different use cases, but that's being a longer term.

**Operator**

[Operator Instructions] Our next question comes from Josh Tilton with Berenberg.

**Joshua Alexander Tilton**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

Just continuing on the sales force productivity. Is there a different go-to-market strategy for landing a customer on the OT side versus the traditional IT side. And if so, is more ramping due to take place on the OT side?

**Michael P. DeCesare**
*CEO, President & Director*

So the consistent motion is that it is an enterprise-level sell. Gartner listed about 35% of clients today. The CIO has responsibility for both security on the IT and the OT side, and they see that number rising to 70% in the next couple of years. Well, that is very consistent with the trend that we are seeing out there. Every time a company goes through a bridge that's on the OT side, it's very natural to turn to your CIO and ask that individual to take over responsibility for cyber, whereas that might have been under the GM or plant manager, something that led that prior. So the fact that we sell to the CIO and the CISO, the Chief Information Security Officer, today is a very good trend for us when being able to cross-sell to the OT

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

space. Secondly is customers, when they want a single pane of glass that shows them everything that's on their network, would like that single pane of glass to include both the OT and IT side because then, we give them visibility into what is communicating between those different network segments. So there's also a functional reason that customers will have interest in that, but we have a lot of optimism on this. We really believe that the majority of our historical installed base of 3,300 clients is going to have interest in our OT offerings as well, and we see that as pretty massive expansion opportunity.

**Joshua Alexander Tilton**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

Okay. That's helpful. And then maybe for the OT opportunity and also somewhat related to IoT. Are you seeing a situation where a company will have a smart manufacturing initiative and then they'll bring in an IoT platform to connect all their factory assets and then bring ForeScout in to provide visibility and control? Is that the direction that we're headed in?

**Michael P. DeCesare**
*CEO, President & Director*

What I see more is organizations that have decade-old infrastructures in their OT space and didn't think of it as a threat vector historically and, based on WannaCry and some of the other more recent breaches, are in a panic mode, trying to figure out how they're going to get security into that part of their business. So smart manufacturing, I can't tell you that's a factor for us pro or con, but I see many more customers that are -- that have more antiquated systems with older, kind of older embedded versions of XP and other operating systems that come from manufacturers, like Siemens and GE and others. And our solution is just very well suited to help make sense of that without making them replace a bunch of their OT infrastructure.

**Joshua Alexander Tilton**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

So just to touch on what you said. It's more, you'd say, a catch-up mode now? I think you referenced panic mode.

**Michael P. DeCesare**
*CEO, President & Director*

It's a catch-up mode, yes. That would probably be a better choice of words. It's -- when you look at a lot these industrial control systems, when you look at something like WannaCry, it's -- those organizations didn't think that they had an OT device that had an embedded version of the XP operating system, but the reality is the way that a lot of these OT manufacturers themselves build their products, they're on multi-year release cycles. They don't get new versions of the software. So when something attacks that part of the environment, the typical way an IT that you'd respond is you'd go to Microsoft or whoever and you'd say, "Come out with a new patch on your product that patches that vulnerability." That's not as realistic in the OT world. So the fact that we're agent-less and that we don't require real estate on those devices themselves makes us a really good fit, and most of those organizations are not interested in forklift-type upgrades to their OT infrastructure in order to be able to get security into that part of the business. Makes sense?

**Joshua Alexander Tilton**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

That's helpful, yes.

**Operator**

Thank you. And I am showing no further questions at this time. I'd like to turn the call back over to the speakers for any closing remarks.

**Michelle Spolver**
*Chief Communications Officer & Senior VP*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you and thank you, everybody, for joining us on today's call. We are pleased to walk you through our strong fourth quarter and full year 2018 results. We look forward to engaging with you in the coming quarter, whether that be at conferences, our Analyst Day, RSA or otherwise. We'll be speaking with several of you in the coming hours. For those we aren't, please feel free to reach out to me. I'm happy to answer any further questions. Have a good day. Goodbye.

**Operator**

Ladies and gentlemen, thank you for your participation in today's conference. This does conclude your program, and you may all disconnect. Everyone, have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.