# EXHIBIT 4

**S&P Global**
Market Intelligence

# Forescout Technologies, Inc.

# NasdaqGM:FSCT

# Analyst/Investor Day

**Monday, March 04, 2019 9:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants                                 ..................................................................                        3

Presentation                                     ..................................................................                        4

Question and Answer                              ..................................................................                       23

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Brian Gumbel**
*Senior Vice President of Worldwide
Sales*

**Christopher Harms**
*Chief Financial Officer*

**Michael P. DeCesare**
*CEO, President & Director*

**Michelle Spolver**
*Chief Communications Officer*

**Pedro Abreu**
*Chief Strategy and Product Officer*

**Rob Greer**
*Chief Technology Officer*

**ANALYSTS**

**Fatima Aslam Boolani**
*UBS Investment Bank, Research
Division*

**Melissa A. Franchi**
*Morgan Stanley, Research Division*

**Robbie David Owens**
*KeyBanc Capital Markets Inc.,
Research Division*

**Srinivas Nandury**
*Summit Insights Group, L.L.C*

**Sterling Auty**
*JP Morgan Chase & Co, Research
Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Michelle Spolver**
*Chief Communications Officer*

And we begin. Thank you, everyone, for joining us today as we kickoff a very

[Audio Gap]

trends, financial metrics and key drivers of those metrics. These forward-looking statements involve risks and uncertainties, some of which are beyond our control, which could cause actual results to differ materially from those anticipated by these statements. These forward-looking statements supply only as of today, and we undertake no obligation to update these statements in the future. For a detailed description of risks and uncertainties, please refer to our SEC filings as well as our annual report, Form 10-K filed with the SEC on March 1, 2019. Copies of these documents may be obtained by the SEC or by visiting the Investor Relations section of our website.

Additionally, certain non-GAAP financial measures will be presented. We have provided reconciliations of these non-GAAP financial measures against the most directly comparable GAAP financial measures in the Investor Relations section of our website as well as in our other SEC filings.

And now, I'm going to turn the session over to Mike DeCesare.

**Michael P. DeCesare**
*CEO, President & Director*

Thank you very much. Good afternoon, everybody. Appreciate you guys spending time with us. We know there are a lot of different competing priorities this week in this city with RSA, so we appreciate you guys giving us a few hours here and look forward to having a chance to expose some of our management team that you might not see on a normal basis.

So I want to start off by giving you a bit of a recap. We just finished our first full year as a public company, so I thought it'd be good to kind of contrast when we first started speaking to this population to where we are today. You're going to hear about this later on from Pedro, but as we go into our own addressable market, when 2016 saw that as 1.6 billion devices, and Pedro will uncompact this for you a little bit on what we can that slice of the market that has grown to $2.2 billion by the end of 2018. One of the trends you're going to hear me and us continue to talk about is this explosion of devices. We like to, kind of, keep you up to date on what we see those numbers deem.

We were very happy to finish the year at 65 million devices under management. As you can see that's up from about 37 million, 2 years ago. When we talk about land and expand, the land part of this is very directly tied to the number of devices that we have under management, so we have a statistic that we track very closely on our own.

We finished this last year at $298 million in revenue, 33% growth. My view that puts us anything as above 30%, we're absolutely pleased with. View ourselves as being in the fastest growing cohort of security companies.

And this next statistic I want to spend a couple of minutes and make sure that you understand, which is our expansion factor. So it talks about the, maintenance-to-maintenance aspect of when customers first purchase our product until, kind of, what they've spent with us on a life-to-date basis. And I'll go through this in a bit more depth. And we're very pleased that we finished 2018 free cash flow positive. For those that have followed us for a number of years, we've run this company pretty darn close to flat 5 of the last 8 years, 6 of the last 8 years, so for us to see sustainable free cash flow positive is a very, very important step in the company's history.

So 3 trends that I want to spend a couple of minutes with you on that we think are big tailwinds for our business. The first is the explosion of devices. We are seeing more new devices come online in 2019 per

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

quarter than we saw in the first 10 years of the Internet combined. It's a big, big driver in our business. You'll hear us talk about agentless and heterogeneous in the way that we, kind of, do the things that we do from a technical perspective. A lot of this is fueled by this growth. 10 years ago, a CIO would be responsible for a number of endpoints and would substantially be able to control what devices came on their network. 10 years later, those same CIOs are now having to let everything connect to the network and then try to make sense of those retroactively. So this device growth is a -- it's a big driver for us.

Gartner reports that, by 2023, the average CIO will have over 3x the number of endpoints under management that they did in 2018. That is a big tailwind for us since we license our product by everything connected towards the network.

The second driver that we're seeing in our business is this interconnectivity. Really, with WannaCry, a year, 1.5 years ago was the kind of the first high-profile breach that went after the OT part of the world, but when a company goes through a breach that affects something as strategic as your production lines, you hurt companies like Maersk and FedEx actually reporting the impact of WannaCry on their financials. What's the first thing in those companies -- that those companies do? They typically turn to their IT leader, their CIO and ask that individual to pick up responsibility for the OT part of their business. This is a very important part for us because we are seeing the same economic buyer that we've been selling to for many years that is picking up responsibility for trying to secure the OT or the operational technology part of their business. Big, big driver for us.

That interconnectivity also means that those same organizations now want to be able to have a better handle on your guest network and whether it's speaking to your campus network, whether that's speaking to the cloud infrastructure, whether that's speaking to the OT parts of the network, we're seeing a lot of this come under 1 single leadership team. Again, Gartner talks about the fact that by 2021, 70% of IT executives will have responsible for the operational technology side of cybersecurity up from 35% today.

And the third trend is really the willingness to automate. For those that have followed us for a long period of time, you'll know that we started off in this space called Network Access Control. It's not what our product is known for today, but it's where we started from. And those that had experience with Network Access Control wasn't always positive because what they were trying to do -- the way the technology worked was to allow the cybersecurity product to actually automate on its own. If a device comes online and that device is not compliant with your own policy, are you willing to let that product, our product, take action against that device? There's lots of companies that still have the hangover from 10, 15 years ago, where, god forbid, that we take our CEO's laptop offline so they wouldn't be willing to turn on automation for any part of their business for fear that you might block something that you shouldn't. We are seeing that change in space. Again, Gartner is predicting that by 2021, 70% of large enterprises will be willing to automate up from 5% today. We are absolutely seeing all 3 of these trends unfolding right in front of us.

So let me make the connection for you now and how do those trends affect ForeScout's business? First, we look at the number of connected devices online. 10 years ago, we made the decision to go agentless. And just give me 30 seconds on this one to try and make sure that we kind of make the case for you guys. But the way that the entire cybersecurity, the vast majority of the cybersecurity industry grew up was with this agent-based architecture. Back when companies had UNIX servers and Windows laptops for their employees and BlackBerrys for their employees, and that was fundamentally it. It was reasonable that industries like SIM and Antivirus and DLP and encryption and now the EDR industry, all grew up in an architecture that assumed you could get a little bit of software on every single device that you want to interact with. Well, the reality is, is where the growth is coming from in 2019 is not devices that are open, not devices that you can put an agent on. The example I use that everybody is always familiar with is your house. You buy a Nest thermostat, you put it on the wall, you hit menu, pair and you put it on your home network. It sits on the same network as your work laptop, but you can't install antivirus on that Google thermostat, you can't install any other products. It was never designed to be an open operating system that third-party products could run on top of.

One of the big trends that ForeScout has benefited from is we made the decision 10 years ago to abandon the agent, we still have one, it's called 802.1X, it's just most of our customers don't use it. But we challenged ourselves to be all agentless to let every device, whether it's wired or wireless, connect to the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

network, and then very briefly, be able to interrogate that device and to be able to tell if that device is compliant or not. That agentless approach for us is what's really been paying dividends for us over the course of the last few years. On average, when we come into a company and plug our product in, in even a small part of that company's infrastructure, we find over 30% more devices on that company's network than they thought they had before our product was installed.

The second thing that we did was we went with the multivariate approach. So many of the technologies that you might talk to companies here at RSA, if they have any agentless capabilities, they will require SPAN port traffic. There are companies that have oppositions to even turning SPAN port traffic on. So if a company will not turn SPAN port traffic on, those technologies will not be able to work. We have -- we do quite well in big government, big financial services, big healthcare, a lot of our customers, as we'll show here, are going to be across those bigger companies, in the more heavily kind of regulated industries that are out there. The reason that we've been successful is that we have over 20 different techniques that we use, some passive and some active, all off the network infrastructure and we turn those into intelligence about what's on the network. And we can -- if a company doesn't want to turn SPAN port traffic on, we don't require SPAN port traffic. There's trade-offs, you don't get as much device visibility if you don't turn some of these things on, but that multivariate approach has served us quite well.

As interconnectivity has started to come into play, our approach towards being heterogeneous has been very critical to the company. We compete most directly with a very small piece of HP through the Aruba acquisition or Cisco, and both of those technologies are, in a way, they're only tied into that company's network infrastructure. If you want to use Cisco's product, you have to have Cisco infrastructure. If you want to use Aruba's product, you have to have Aruba's infrastructure. We, very early on, recognized there was an opportunity to run in companies that had both Juniper and Cisco. And what that's enabled us to do over the last few years is to move to other parts of the network. So we now have the same way for the same technology to work in a campus environment as the cloud. We integrate through AWS and Azure. We give that same customer that has used our products for years the ability to see every cloud asset that's on their network in addition to the physical and virtual assets as well. It's enabled us to move into the OT world. As recently as a couple of weeks ago, we announced 8.1 of our product. You're going to hear a lot about that today. One of the major things inside that product release was the fact that we support the Belden infrastructure. The Hirschmann switch line from Belden has the same -- similar market share in the OT world as a network provider as Cisco has in the campus world. So the ability for us in the heterogeneous environment is to plug into any network infrastructure: Cloud, OT, campus, data center, to be able to take all of those as inputs and translate that in real time into a picture of what's on the network. And we do it at scale. We support over 2 million devices. You're going to see this in the presentation today. We think it's one of the big things that we have going for us against, the rest of the competitive landscape as we have our top-20 customers have spent between $10 million and $85 million with ForeScout's big implementations, very referenceable implementations, gives the other biggest companies in the world the opportunity to really be able to feel more comfortable.

And then the third piece is around automation. Because we started off as a Network Access Control player where one of the few products in the cybersecurity world that can actually take action on a device without having to have a human being be in the middle of that loop. Network Access Control, the ability for us to block noncompliant devices, is a big part of the strategy. And then the company has been quite a large player in the world of orchestration. If you listen to our end-of-year earnings call on $298 million, 19% of total revenue was in the orchestration space. We believe that makes us one of the larger players in orchestration by comparable to any other metric against the other players that you guys might take. And each of those orchestration use cases, we are typically sharing data with a product that can take action on its own where we are -- if it doesn't have that visibility or we are taking action on behalf of a product that is not able to actually block things on its own.

So let me just step back from this, give you kind of some of the numbers here. This is going to show you all the customers that have spent over -- have over 200,000 devices under management with us. As you can see, we have [ 53 million ] in 2018. These are large-scale deployments. We recognize fully that you sit in front a lot of vendors and they throw similar logos up in front of you. There is a very big difference between having a large major organization having this level of implementations. Our product typically gets into visibility mode in less than 90 days, so at hundreds of thousands of devices, it's a very quick

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to implement product, but we believe that this is going to pay a pretty dividend for us. As we go out and look at our concentrations in governments and financial services and healthcare and you're seeing new industries now popping up here for the first time, you get the 800-pound gorillas in those industries that has a very big impact for a company like us on the ability to convince the rest of the companies in that industry to go with our technology. So we back it up with scale. We have -- a lot of organizations that have major deployments, we have many that have many larger than this.

When we talk about our expansion opportunity inside these organizations. So you can see our top-20 customers here range between $10 million and $88 million. You all can also see what year they first purchased. What their expansion factor with us is. Those that kind of knew us many years ago, they thought of us as a Network Access Control vendor, start to realize this business has a lot more to it. Multiples that we're seeing on expansion opportunity inside of these organizations is very impressive. We've also tried to break out a little bit more detail for you today, and we've shown you where the deployment of our product CounterACT sits inside the campus world. What percentage of these top 20-customers use us in the data center and cloud. What percentage of these top-20 customers use us into the OT space. And then not only what percentage use us in the orchestration or extended modules, but we try to actually give you the number of extended modules. If you recall, on our earnings call, we've told you 27% of all of our customers have purchased at least 1 extended module. This gives you a flavor for how big this opportunity base could be for us. So it's very common for us to have campus. Obviously, most of our customers do start with campus, but we're seeing that we had an increasing rate customers willing to moving us over into the data center, the cloud, the OT spaces as well.

So there'll be no questions today around go-to market, so I'll try to give you a little bit of this and then Brian can dig into a detail if you guys have questions towards the end.

First is, we've shared this with you is, at the end of 2016, 14% of our sales organization was what we called tenured, that is a arbitrary definition for us. We have chosen that to be 2 years in your territory. We think it's about 2 years when a reps in the same territory, not just with the company, but in their territories, that's when they start to really get -- come into the pipeline, everything else that we need flowing. That rose to 35% at the end of 2017 and 50% at the end of 2018. I don't ever expect this to get to 100%. We're obviously hiring like crazy and not everybody works out. So there's going to be a good kind of critical mass that we get to, but we still think there is upside above and beyond the 50% for sure.

The new stat we wanted to share with you is where we are on pipeline. So this shows you what the total pipeline would be as a multiple of our internal bookings plan, which, no, we are not disclosing to you, but it gives you a sense of how big that multiple could be at the start of the year. So it was 3.8% start of 2016; 3.4% at the end of '17; and then 4.2 million (sic) [ 4.2% ] as we go into 2019. So it's given us increased visibility, which is, you'd expect as reps are longer and the marketing team is getting going, we get kind of better visibility into pipeline. This is something that we certainly track on a very, very consistent basis.

The third piece we get a lot of questions on is really around indirect leverages, are we seeing leverage from the channel? Now for us, the channel comes in 2 flavors, it comes in the traditional bars -- actually 3 flavors. It comes in the traditional bars like Optiv and the others that you guys probably spent time with. It also comes from the SIs. We have a very active set of relationships with Tier 1 SIs around the world as well. And it also comes with that orchestration business, we don't go to market with everybody, but out of our 26 vendors that we have in the 9 categories across orchestration, they are a subset of those that we actually go to market with and share pipeline with and generate pipeline for each other. And it shows you what that leverage is. So we're quite happy that this grew from 8% to 19%. To me, in a perfect world, not saying this is our -- it's our model, but about 1/3 of the business we would desire to be in a place where about 1/3 of the business came from the channel, about 1/3 of the business came from the efforts of our own direct sales force and about 1/3 of the business comes from our own marketing efforts. We're not quite there yet, but we have shown good, strong progress there. So we are quite pleased with how our sales organization is ramping and maturing.

So talking about the land. Gave you little bit of perspective on the expand opportunity, tried to uncompact the sales productivity side. And I'm sure you guys have a few questions around that. We'll do our best to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

answer those at the end of this session here today. But I want to shift my focus a little bit here towards the strategy of the company and the product and kind of where we're going with things. For those of you that have followed us for a period of time, the product, formerly known as CounterACT, has been split into 2 products, eyeSight and eyeControl. So when you look at ForeScout's value proposition of discovering the devices, the first thing that we play for almost every company that we do business with is they install our product and it answers any question that nobody else in IT is going to be able to answer for that organization, which is across the extended enterprise at campus, and data center and cloud and OT, what's on my network? And I know that sounds very basic to you, but obviously, if major corporations knew they had bad things plugged in, they would stop those bad things from being plugged in. But the reality is, the volume of devices that is coming online in incorporations around the planet is making that question more and more challenging for executives on a year-over-year basis. We split the products for 2 reasons: first, because we believe that a certain subset of our customers would rather buy eyeSight, which is our visibility product first, and only when they want to turn on enforcement capabilities downstream will they buy eyeControl. The second is, because as you're going to hear we interfaced with a lot of other segmentation technologies and some organizations might want to block devices that might be in one part of their business, but they might want to be in visibility mode on another part of their business. So we felt this has gave our customers more capabilities to be able to purchase from us in the way that they want to buy.

Before you can ask, if a customer buys the bundle of both eyeSight, eyeControl, there is no price change the way we sold our products historically, but if customers want to buy on an individualized basis, it would actually cost that customer more. The upside for us as we go through time.

We are coming out with a new product at the end of this year, which we call eyeSegment, which is one of the most strategic things that we believe we are going to have inside the company's history over an extended period of time.

In the world of network segmentation, we have been a big player in this space for the last few years. It's very common to use our product where the first thing that a customer wants to do is gain visibility into what's on their network. The second thing a customer wants to do is actually not block stuff, but it's to segment devices correctly. If you sit down with Cisco or HP, they're going to talk to you about things like TrustSec from Cisco or ACI, their data center product, where that is their segmentation product. They're going to try and convince customers that the way you should have -- not have this giant flat network, is by segmenting your network up into little -- individual zones, then you should do that at the switch level. If you were sitting here with VMware, they would be talking to you about the exact same technical problem, but they believe that it should be solved through the virtual container. If you sit down with Palo Alto or any of the firewall vendors, they're making a very active play in trying to get firewalls used inside the enterprise the way that firewalls have traditionally been used around the perimeter. And if you meet with companies like Illumio or vArmour or some of the startups in this space, they would approach that same problem, but through the actual software instead.

Every one of them is trying to solve the same thing, which is, I don't want the device to be able to come through any point in my network and then move laterally and have impact on other parts of my network. We see ourselves as being a very major player in this transformation because what we bring to the table through our customers is eyeSight, which is, we already know complete situational awareness of all the devices that are on that network. So it sounds easy when you take a demo of one of these products and if you had 5 servers, you'd be able to understand it pretty well. But if you're a major organization like many of the folks that you guys work for and you had 25,000 servers inside one application trying to figure out where to draw that ring and what should go inside the ring and what should go outside the ring is a very challenging value proposition for those organizations.

ForeScout brings that situational awareness of the devices. So our intention similar to the way that we're heterogenous and our support for Cisco and Juniper and AWS and Azure and Belden, all the network infrastructures is also to stay Switzerland and be agnostic to the different segmentation technologies. The way we see this working is, we don't care if a customer has Cisco in the U.S. and Juniper someplace else, we don't care if they're 50% up in the cloud or 1% up in the cloud, we will integrate with all of the different network segmentation technologies that I just mentioned, most of those are already in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

place today. And then what we're going to put on top of that is the visualization layer and that's what the eyeSegment product is. So eyeSight, if a customer has 1 million devices, eyeSight is going to be the dashboard that shows them what those devices are by device type. You have 75,000 Windows machines, you have 25,000 security cameras, you have this and this and this and this, eyeSegment is going to take those same million devices and they're going to show that same customer those devices by network segment. We have customers that we're in conversations and they're like, now this part of the network is air gapped off from this other part of the network and we can look at this product and realize that's not true. There is 5 things that are communicating between your production network and your IT network right now. These individual switch ports are the ones that are communicating. The receptivity from our customers on this has been pretty strong. Again, we can expect to see the GA version of this at the very end of 2019, but we believe that the transformation, the way that people are going to get comfortable with eyeControl, which is the last part of our value prop, actually letting our product block things that are not compliant is going to somewhat come through this generation of visibility, first through eyeSight, the ability to segment those devices through our current products as well as eyeSegment really enhances that. And then once they have devices in the appropriate network rings, we believe that customers will be much more willing to turn things on and actually block devices that are not compliant.

We back all this up with eyeExtend. As I mentioned earlier, orchestration, our version of orchestration, which is called eyeExtend, generated 19% of total revenue, that's up from 9% a year ago. So we're quite pleased with the traction that we've seen in this important area of the business. We expect to extend this value proposition across each of these areas. There is different orchestration partners that might be in the control space or the network segmentation space than from the visibility part of that market.

Currently, we have 26 different vendors that span 9 different categories, I could be off by 1 or so, but it's 26 over 9 different categories. What we also see is us expanding our value proposition from being a campus play to being across all of the different parts of the network. It's the same product, the same product that we sell, eyeSight and eyeControl. Plugs into your campus infrastructure and your data center and your cloud and the OT side concurrently. We have customers that are running in production environments today that have inputs from all of those different network rings into 1 management console. That's why that 2 million scale number that we threw out earlier is so important to us is when you start throwing not just managed assets like Windows and Linux into the equation, but all those unmanaged assets, IoT, OT, all these different use cases. These numbers can get quite large, especially for major companies out there. We believe that we are the only vendor in this space that can satisfy the needs of the biggest companies on the planet, which is why you see so much of our focus going into those organizations. We're very proud of our 21% of the Global 2000, but we also acknowledge, that means 79% of the Global 2000 doesn't use our product set yet. That's why a lot of the energy goes into the focus on that as we believe that we can take down a good fair chunk of that part of the market.

So with that said, I want to get a chance to give you guys some exposure today to some of the executive team that maybe you don't see as frequently as you do Michelle and Chris and I. Pedro is going to get up and kind of talk you through the total addressable market with a lens towards a competitive landscape. And then we've got Rob and Brian and Chris that are going to close things out with our product, our sales and then our financials as well. So with that said, Pedro?

**Pedro Abreu**
*Chief Strategy and Product Officer*

Thank you. So good afternoon, everyone. So I might give you a good sense of how the business is hitting its stride and got you a picture of what are those tailwinds that are really propelling our growth. What I want to do today is actually talk about how big this market is, so you can understand where the expansion opportunity, where we can go. Before I can paint a picture of the market, you kind of need to name it. So ForeScout is the market leader in device visibility and control for the extended enterprise. The problem that customers are trying to solve with this is getting an understanding of all the devices that are connected to their networks and then based on what they understand that device to be, how it's behaving and how its security posture is, they want to be able to then define and control the behavior those devices have on the network. This is an important and strategic point that companies are trying to resolve today, but this is not a new problem. Reality is, in a world of managed devices, so managed

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

devices are the devices that IT corporations use to give or still give to their employees. Think of it as PCs, servers, laptops, phones, tablets. All those devices in the world where the IT [ cared ] primarily by those devices, companies spend tens of billions of dollars in solutions trying to solve this problem. You see some of them here. Starting with Network Access Control, endpoint management, endpoint protection, vulnerability management, IT asset management and there could be others in here. Reality is in the tens of billions.

Now in a world where you can put an agent in those devices and a lot of these technologies are agent based. In a world that you can put an agent on a device, you can get visibility to that device. The moment you can install a piece of software, you can start managing it. But the challenge of that approach is you're only getting visibility to the known devices. These are the devices that you already know that you have, that's the only way you could have access to that device and actually install something in it and give it to your employee. So that's the first issue with an agent-based technology.

The second one is that a lot of these agents break and we know that if you've been in the industry, you know that these agents, at any point in time, at anywhere between 10% to 20% of these agents break, and they're not connected to the server, they are old, so companies lose visibility to those devices that they supposedly know that they have but they cannot see them. In fact, one of the big use cases for ForeScout is that we help companies validate that all their managed devices have all these technologies deployed and deployed and working correctly. So agent-based technologies even for managed devices have gaps in them. And if you look at it, a lot of these are -- even Network Access Control, the traditional Network Access Control technologies, where we've come from that space and a lot of competitors are based on an agent-based technology. You need an agent on the device before you can authenticate to the network. You also need a network to recognize that technology. So you become a dependency between the network equipment and the software you're deploying in your devices. And only one to all those things come together, can you actually get visibility to it?

Now, how do they get around some of these technologies? You see the vulnerability management technologies, asset management to take a different approach. They do the periodic scans of your network, so if I don't -- cannot put an agent on a device, I'm going to try to discover them by scanning the network once in a while. And that's once in a while that's the issue. These technologies tend to be very heavy on the network and very burdensome. So most companies, even the top -- the best companies in the world will only scan their networks probably every 2 weeks. And that's best in class. Most companies do it every month. And then, you are faced with the next challenge, which is when you tell them to scan your network you actually need to tell every segment of the network you want to scan. And we're talking to big banks, larger corporations that have deployments across the world, they might have made acquisitions. That starts with the -- that's the first problem, they actually don't know all the networks that they have and all the network segments. And so what you see is, they scan periodically, they miss the real-time nature of these devices, but at the end, they actually miss big parts of their network and that's where typically the attack factor starts becoming obvious. Because the attackers will discover that better than you do.

But still, in a world where you only cared about managed devices, companies who are able to cobble together between all these different types of tools to figure out and get good enough visibility for them, but the problem has changed. In a world with the trends that Mike described, no longer managed devices are enough. You need to be able to get visibility to all your devices no matter where they're connected. And you need to do it at a scale that you've never seen before. We're talking about hundreds of thousands and millions of devices in a single company. And now all of these devices are not just connected to your network, they're connected to each other.

You're seeing devices connecting to the OT environment, connecting to a cloud back into your campus environment. So it's no longer a file of solutions are sufficient to address this problem. What you need? You need a new approach. And when I talk to CISOs when we're starting a process of sale cycle with companies, I tend to ask the question, how do you solve this problem today? And there's a customer I met just a couple of months ago actually described how every week, they basically pulled a bunch of these tools. They used SolarWinds. They use their antivirus solutions to try and get understanding what devices they have. They even actually went to the switches and collected data directly from the switches to understand any new devices connected to that network. And then on a weekly basis, they would have

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a team meeting with a bunch of IT staff around the table and they would go 1 by 1. You know what this device is? Who owns it? Should it be in my network? And that's just not to say -- -- it's simply not sustainable anymore. In a world that we're connecting devices instantly on the hundreds of thousands, and then they are connected for just a small period of time, those solutions no longer work. Too much manual work, too long in between the periods and the companies cannot react, and what they're getting is all data. So you need a new solution. And that's what we call device visibility and control. It needs to be agentless, cannot be dependent on an agent. You don't need to know the device that you have before you get visibility to them. It needs to be heterogenous, connected -- whenever that's connected, in your physical or your virtual network, on-prem, on the cloud, on your IT or OT networks, needs to work in all of those. It needs to scale up to millions of devices and soon enough, there will be tens of millions of devices. We used to not be dependent on a single method to collect this information. We see a lot of companies talking about agentless these days, that means that they have access to SPAN port. If any complex organization, some of you are living in some of those, you try to get all the traffic from all this that you collect into a SPAN port would be impossible. Your IT department would not allow it. And finally, visibility by itself is not sufficient. If you would only know what you have, but you cannot immediately take action. You would natively take actions through your product or orchestrate through others, you're going to be leaving the organization with reports that you have to react. And by the time you react, the information has changed. Now we're not the only one seeing this. If you look at the marketplace, especially if you look at the marketing of the marketplace, you're seeing huge amounts of companies acknowledging that this is the real market. They're not just shifting a little bit of their marketing and adding a new feature to their market, they're actually identifying this as the core solution on the problem they're going after.

Now it's been flattering to see so many of these, in terms of marketing, to look like what we've brought to market. But the reality is, the tough part is to change that technology. When you architect your solution to be agent-based and you want to move to agentless, it's a whole new architecture. It's not a tweak or a feature, it's a completely new architecture. And if you actually have seen, there have been a number of companies that have tried, many have failed and several are still struggling to actually bring those to market. But as we've been doing agentless for over 10 years, this is how we architected the product from scratch, so we did it the right way. It requires understanding all types of infrastructure, both the old ones that no longer anyone cares about, but exist in company's environments and the future ones that everybody's starting to deploy. But that's not the only thing. The -- most of these technologies are visibility-only technologies. To move them to become actual -- to be able to take action is even harder. In fact, most of these companies don't even attempt. It simply leaves the customers with alerts. The customers would report. And it's up to the customer to then figuring out how they're going to react to it and how to take automated action. And in a world that the data changes almost instantaneously, that's no longer sufficient.

Now this is an emerging market. We're seeing a lot of vendors already getting a lot of spend from this space, a lot of vendors shifting their marketing to adapt to this new market. The question is how big it is, that's the purpose of this presentation. I'd like to show you Gartner. But most vendors Gartner, IDC tend to look backwards. So the only way to look forward and looking to where the buck is going is by doing a bottoms-up analysis. So we fundamentally did our own total addressable market analysis. We've started it by basically collecting data from all the analysts in the market around the devices and then married that data with our own analysis based on the insights of our 3,000 customers. So this is the math slide. So walk -- I'll walk through this slowly. But this is at the time of the IPO. This is the data we shared roughly 1.5 years ago. We started with all devices connected in the world. There's roughly 12 billion connected devices in the world. A majority of them are actually in segments of the markets that are not relevant to us. Consumer, SMB and some vertical applications we don't focus. But of those that are connected to large enterprises and governments, which are the segments we're focused on, there's 1.8 billion devices. So that's the first pie. The second one is then looking at this, where are these devices connected to? And at the time of the -- our IPO, OT and cloud were not relevant to us. We're just too early in that phases of the innovation cycle, so we eliminated those 2 parts of that pie and left us with 1.2 billion devices. And then we multiplied by an ASP to get to 10 billion. As I trust you all can do math in the room, you know how to get to the ASP we use here. Now we do not publish our actual ASP. So we use here $8, but this is a discounted number versus what we had as our ASP at the time of the IPO and the ASP that we have today. We decided to take a conservative approach and use a discounted ASP to assess as the market

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

starts adopting more and more of this as the ASP could go down. Reality is, over the last 1.5 years, our ASP actually went up. So we haven't seen yet pricing pressure to let us drop -- have to drop the ASP. The second question I typically get when we talk about this is, are companies willing to pay the same ASP when you get into IoT versus what you've paid -- what they're willing to pay in IT traditional devices? And so we -- actually, the answer is yes. Meaning, the ASP we're using here is based on that mix. We actually look at our customers. Currently, we have our device cloud where roughly 1/3 of our customers share on a daily basis what devices that they have in their network. And we actually see on the data that 50% of those devices on the network are IT and 50% are IoT, which is exactly the mix that -- what's the markets and the Gartners or the IDCs of the world are predicting the mix to be. And this is -- the ASP we've used, our internal ASP is based on that mix of having a 50-50. So we believe that this already reflects the future where customers are spending and having 50-50 mix between IoT and IT.

Now we could debate if this market, $10 billion, is really whenever all customers adopt this technology and we could debate how fast customers are going to adopt this technology. What we cannot debate is that this TAM is going to keep growing as more and more devices show up in the world. In fact, there's 3 vectors that we see extension to our TAM. The first one is just totally in our favor, which is new devices are showing up in the world. We don't need to innovate anything, we don't need to deliver anything, just the product works, just more devices are showing up in the organization. The second one is through innovation, going into new markets. This is what we've done over the last 2 years to get into the cloud in the OT environment. This means that now there's a lot of devices already in those environments that have certainly become addressable to us. And the third vector of growth is to the renew offerings. And orchestration, we've already mentioned several times, that's one that we've invested heavily over the last 3, 4 years, that now we're comfortable enough that it's mature enough we can add to our TAM. But we're going to continue innovating, and you will hear from Rob next talking to some of our innovation plans. And that's going to be how we continue addressing and increasing the ASP in our solutions.

So let me touch this -- a couple of these, and I'll start with OT. So the OT market has been new to us over the last couple of years. We started this when our -- one of our top customers and biggest customer actually decided to deploy our technology into their OT environment first. Those 380 sites across the U.S. and they did -- where they did all their logistics and distribution. So it was a massive deal for us and opened our eyes into the space. Reality is the space is massive. In fact, 60% of the Global 2000's businesses depends on OT technologies and OT business models. It's energy companies, transportation, logistics, manufacturing. But the reality is, OT is not limited to those types of industries that you associate with industrial systems. The reality is every industry has an OT need. In fact, today, some of the early adopters of these technologies are actually in banking and technology. What they're primarily concerned then, looking to protect, is their buildings and their data centers. One of the banks that I was talking to, they actually see the attack to their data centers through their cooling and power generation systems as one of their core vectors of threat they haven't addressed yet. And so some of these vectors and verticals that we've been very strong on are some of the early adoptions for us. So this is a trend that's helping us quite a bit. But this environment is different than most in IT. You -- when you put some device in place into this market, it's intended to stay in place for 10 years and plus more. These environments tend to be very sensitive. This is where you run your operations. Traditional security tools have been rejected in this environment because they tend to be requiring an agent or they're active in nature and that disrupted the operation. In fact, a lot of these plant managers would refuse to put any of these technologies with the fear they would disrupt, then jeopardize their operations or safety.

In fact, the biggest driver of spend in this industry is because of operations and safety. They're realizing with WannaCry that the risk of one -- of cyber threat is not necessarily just the stealing of information and IT, it's actually bringing the operations down. And WannaCry proved that in the billions of dollars in losses. The reality is now boards are asking how connected are we, the reality is they're realizing that this year, among large enterprises and governments, we estimate to have in excess of 800 million devices connected, and it's growing at 30%. And while the market's still early on, our early assessment of what we're seeing is that companies are willing to spend more money on -- to protect these devices than they are the IT devices because these devices are connected directly to their bottom line. Their ability to not just secure them, but also improve their operational rigor around how they're deployed actually has an impact in terms of profit. And so we're seeing a huge amount of spend in this space. We believe with the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

investments that we made in our own technology and the acquisition of SecurityMatters a few months ago gives us a unique vendor on the marketplace can address this issue all the way from IT to OT and bringing these networks together.

The second space of expansion is what I meant -- mentioned is the ASP. And now, for us, it's a -- on the ASP, you recall since the IPO, we've added in excess of 20 million devices to our installed base. And as I mentioned before, we've actually not seen pressure in our ASP among that core product that we sell. There was CounterACT and now renamed into eyeSight and eyeControl. So before we add eyeExtend on top of this, our ASP has stayed flat and up as -- for over the last 1.5 years as we've grown. But now that orchestration and eyeExtend are a relevant part of our business, we now see the impact this is having. 30 -- over 1/3 of our transactions now include extended module. 27% of our customers have one. And you've seen it on the slide, the majority of our top 20 customers already bought 3 of these or more and they continue buying. They understand it's important. This is now 19% of our revenue, 24% of our product revenue. And so it's material to our ASP. And so we've seen an increase of 25% to our ASP as a result of this offering.

So bringing it all together. Mentioned the TAM 2 years ago, 2017, [ Allen's ] painted the picture of the TAM in 2019. Same math starting with all the devices in the world. We now are at 18 billion growth over the 12 billion, that's total devices. Of those, 2.7 billion are in enterprise -- large enterprises and in governments. Because of the innovation we've done into OT and cloud, now all of these are addressable. So our addressable set of devices went from 1.2 billion to 2.7 billion devices. Our ASP, we kept the core base the same and we increased it by 25% to account for the orchestration business and that brings it down to 27 billion. Now what this means is, it's a substantial increase in a matter of 2 years, kind of, trying to simplify the math here, think of it as there's 3 factors that added to this. We started with the 10 billion, we grew the devices we already tracked back then in a couple of years by 35%. We then added another 67% of devices from these new vectors that we're attacking with OT and cloud. And then we added 25% to our ASP. The result is $27 billion in marketplace -- in TAM today because we're not starting from 0. Like I started in the beginning of my presentation, there's tens of billions of dollars being spent primarily focused on the very subset of these devices. The reality is there is a lot of vendors who recognize this TAM exists, it's not just us. We're not the only vendor going after this. But we're uniquely positioned to win in this market. We have the top vendors. The top companies in the world those that are seeing this problem first, those are willing to be the early adopters have chosen ForeScout to be their solution in this space. We are only scratching the surface even with those customers. We see our expansion into those 21% of the Global 2000 as a big part of our growth, but we're not satisfied with that. We're going to go after all 100% of those Global 2000. And that's how we're going to win.

Now we're going to win because we have the best technology, and no one better to describe the technology than, Rob Greer, our CTO and walk through what we've done in the past and in the future.

**Rob Greer**
*Chief Technology Officer*

Thank you, Pedro.

So as Pedro mentioned, my name is Rob Greer, I'm the Chief Technology Officer here at ForeScout. Now you've heard a little bit about our products today, but I'm going to remind you because some of you are maybe early on covering ForeScout, so you might see a little repetition. I think it's a good thing. We have been calling our product for -- CounterACT for a number of years now. And moving forward as you look at our products, we really want you to understand that eyeSight and eyeControl equal CounterACT, so I'm going to spend some time today going in depth on advancements we're making with CounterACT -- or the former CounterACT, eyeSight and eyeControl as well as where we're going with eyeExtend and what we have done over the last 2 years to really enrich our capabilities across the extended enterprise.

We're also going to spend some more time on eyeSegment. I'm sure many of you are interested in what Mike had previewed to you earlier, and we'll go into some more detail. And if there's some questions afterwards, we'll have a Q&A to go into that detail.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So let's get going with eyeSight. So eyeSight foundationally does 3 things: It allows our customers to automatically or agentlessly discover devices that connect to their enterprise network. Number two, once it recognizes upon connect that device is there, it wants to classify it. Is it a HVAC system? Is it a PC? Is it a mobile device? Very important to be able to identify what that device is. A lot of companies, when they don't know what the device is, they tend to white list it because they can't put traditional controls on it. So number 2 is classification. The third is assessments. So once you know what the device is, you want to be able to make sure you're using the appropriate mechanisms to assess its security posture. So the way you might assess a PC is going to be different from the way you'd assess an MRI system, for example. And so what ForeScout's done over the past few years is we've taken many of the approaches we've built from our inception being a campus-focused vendor and started to expand the number of techniques that we can apply agentlessly. And so whether it's a passive inspection or you're sitting on the network and listening or it's an active interrogation, we know what to do since the customer has the best outcome because you don't want to interfere with health care devices or industrial control plants, that sort of thing. One of the elements I want to double-click on, as Mike had mentioned, many of our competitors out there, they started with this agent-based approach which is limiting them to take that same technology and apply it in data center and cloud. That's why you see many of the bigger technology firms have different products for different vectors. Well, ForeScout's been able to, over the last 2 years, take a lot of the capabilities we've done in the campus and apply those same techniques or outcomes in Azure, AWS. We just recently announced was 8.1 support for Cisco's ACI, which is getting a lot of adoption, data center as well as in the campus.

And then with our OT franchise, we're really trying to understand what are the different protocols that are being used. So for those that are not technical, protocols are like different languages. So what we've -- one of the jobs that our engineering team does is try to understand what's talking on that network. And the more protocols we understand, the better we can classify the types of devices and understand the behaviors that are going on. So over the last few years, we've really invested heavily in expanding that protocol library, and that's something that's never going to end. Medical health -- health care, for example, they've had DICOM forever, HL7. You're going to see more and more secure protocols come out with some of these more newer OT deployments. And that's a big area of innovation that you'll see from us.

When you think about our business model, one of the things that we're really proud of is the way our customers can now buy us as a software product. We've been packaged predominantly in the past more of an appliance form factor. Now you can buy a pool of licenses and deploy them not only in the campus but across the entire extended enterprise. And so that simplicity has made it really easy for our customers to -- as they get more and more needs to get more visibility or more devices show up in the network, they can manage that. And so it's changed also our sales motion. Our sales motion has gotten a lot simpler for Brian and the rest of the organization.

Also, they can buy the way they want to buy. CapEx dollars are perpetual and now we've just introduced the ability to buy via subscription or term-based licensing. And so those are very big levers for us to improve the way in which customers can consume our products. Now what makes us unique and I want to reiterate is not only do we provide these capabilities, but we do it at scale and it's not just on a data sheet. We actually have real customers, which you'll hear from today that are deploying us in sometimes upwards of 1 million devices, okay?

So where are we headed in the future within eyeSight? And eyeSight is our foundational product. I want to reinforce that. You can't buy any other product from ForeScout if you don't have that layer of device visibility. And so when we think about eyeSight, we also think about, well, what are the things that we need to catch as the market evolves? So when it comes to the data that our customers are giving us today via device cloud, which earlier we've referenced, we have 1/3 of our customers sharing information with us about their profiles. So we had 8 million -- close to 8 million devices in our device cloud. But what more can we do with that data? What other data feeds can we take and provide more value back to the customer? Some of that will be new monetization offerings that we could deliver from our -- from a cloud, for example, content. And some of that content, we believe, would be verticalized. So if you're a financial services organization and focusing on [ servings, actually ], or PCI versus if you're an OT manufacturer and you want us to provide very specific information about how to deal with oil and gas. So as we grow

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and grow our install base, we want to provide more value back, so data is becoming much more critical. Those 3,300-plus customers, we want to get as much of that data and give that back to our customers in a form of new capabilities. Now customers are -- in fact, very large customers are also migrating from physical data centers that they run and they're putting most of their stuff, in many cases, in AWS or Azure and some even in Google Cloud. And so we're going to be looking at how we can deploy eyeSight as a native into those environments. So for example, if you don't have a data center today and all you have is Azure or AWS, we want to give them the ability to put eyeSight in their cloud so that they can still provide discovery classification, assessment and control inside their remote offices and their headquarters, et cetera.

So once you have eyeSight -- you have to have eyeSight in order to get any value beyond anything else I'm talking about is eyeControl. Now think of eyeControl as predominantly the ability to take action. A lot of our customers, they use ForeScout to do Network Access Control. But if you really look under the covers, they're using our product to do segmentation as well. And you can almost think of Network Access Control as a reaction to the environment or a segmentation's more proactive. And so compliance as well as preventing the east-west movement of a bad actor getting on a device, on a flat network, those are 2 major use cases today that eyeControl delivers. And what we've done similar to eyeSight is we've had to evolve what we support to be more relevant in these other vectors. And the campus, for example, although it's traditionally been something we've been very successful in, it's also evolving, there's software-defined networking like TrustSec or you hear about Cisco's G&A center and their vision there. We're a big proponent of making things easier for our customers and so we've added support for TrustSec, we've added support for Cisco G&A center. When you think about the data center NSX, VMware NSX which is a great way and which controls micro segmentation at data centers. So if we can share our device context and they believe it, you'll be able to take more automated action. As Mike said earlier, customers really want to automate, sometimes they have no choice, and we need to give them that confidence, and eyeSight provides the confidence to go take those controls. Specifically to Azure, I want to mention AWS is something we've had for a few years. As far as device discovery, classification, assessment and control, we've also added Azure. And as we move forward, you're going to see us look at Google Cloud. Google Cloud is a little bit -- I would call it #3 in the priority order of most of our customers, but let's be honest, Google is absolutely a player when it comes to infrastructure-as-a-service. So as we move forward, you're going to see us make investments in that area. Now one of the things that people need to understand about control is not just this one-and-done activity. If you connect to the network and your posture is assessed and you're okay, and then an hour later, your device could be in a different state, one of the things that we do is continuously monitor that device. So if the policies you have are triggered by something that you don't like, we can take action even post connect. So that is something that a lot of companies don't recognize, it's not green forever. A device can actually -- could get compromised and it could be something that would invalidate your compliance or put you more at risk.

We also see a future where we're going to do much more with Cisco with their strategy around ACI. So today, we provide eyeSight support for ACI. We're going to add controls for ACI. Cisco, although they have a small product that competes with us, generally speaking, they're more of a partner to us than they are a competitor. And almost every one of our customers is looking for the 2 companies to do more and more technical integration. So I'd expect to see more and more of us -- engagements where we're working closely together.

All right. Those are the core components that you guys know most about. Our ability to see and our ability to control now called eyeSight, eyeControl. So with respect to our eyeExtend portfolio, what is that? Well, the first thing that we do is we look across the industry and our customers and say, "What technologies do you rely on the most to do your work?" And we work with these vendors to get bidirectional value that the customer would get when the 2 products are brought together. So 1 plus 1 equals 3 kind of scenario where we're sharing information bidirectionally, where we are able to create workflows that will be used in an automated way. And then ideally, we're speeding up activities in the event of, let's say, incident response, for example. And so over the last 3-plus years, we have built a portfolio of world class integrations that not only do we support, but if you call these vendors, they're going to pick up the phone and they're going to say, "Oh, yes, I know you -- ForeScout has this integration. Let me work with you to figure it out." So this isn't just a volume game, it's a quality game. And why is this important? Well,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

customers are looking for the ability to automate things because they don't have enough people. Number two, they want their other tools to benefit from data that ForeScout has, specifically device visibility context. And a lot of times, they want us to take action because no one else can take action. For example, if there is an agent that's been compromised, they're probably not going to use that control technology of that compromised agent to take action, they're going to need a technology that is agnostic and off the network, and that's ForeScout.

Now if we don't have an integration, we offer an open integration module. What is that? It's customer -- the customer has the ability to create their own integrations in the case that we're not going to build it out of the box, and that's called our open integration module. So right now, if you think about this particular capability, we feel like we're in a position of strength. Obviously, 19% of our revenue already suggests that, but we're already embedded with device visibility, it makes logical sense to just add a license and be able to turn on more automation and controls in that environment.

So where are we headed beyond that? Many of our customers are adopting 0-trust model of security. Many of you probably hear -- you follow Optiv, follow Symantec made an acquisition around a software defined-perimeter company called Luminate. You're hearing about CASB vendors. Customers, in many cases, have devices that never touched their network. And so we see opportunities for us to share device context with those particular companies as well as us benefit from their visibility to provide a single view across connected and unconnected devices or managed and unmanaged devices. So expect to see more capabilities built in those areas. But let's be clear, the 20-plus integrations we have here have huge road maps behind them, and it's something that we're constantly putting more and more development effort around.

All right. So the last product area I want to talk about is around eyeSegment.

eyeSegment. As Mike mentioned, we've been in the segmentation space for a long time. But what is missing in the market today is the ability to actually see what devices are communicating between one another. So you have devices throughout your organization, who's communicating with who and under what applications or ports and technology terms? Secondly, if I knew what is connected to what, do I -- what should I create as far as network segments or zones? I want to be able to plan that out because in the event of a device being compromised, you want to make sure that device isn't in a zone that can connect with another zone that you aren't intending for it to connect to. So number two is plan that out. Again, at this point, all I'm talking about is visualization and to be able to see what's going on. And then the third is to then orchestrate those controls, leveraging like eyeControl from ForeScout or eyeExtend modules. So I'm going to kind of walk you through the product at a high level so you'll get what it will be and we're expecting this, as Mike mentioned, later in the year -- late in the year. And so far, we're getting great input from our early adopter customers. So let me walk you through. If you can see the visual behind me, eyeSight will tell the customer what the devices are. So in this case, you've got a traditional device with an IoT device with an OT device, okay? Now what customers are looking for is for ForeScout to look at the data flows that are going on between those devices and provide information about who's communicating to what? And so we need a cloud for that. You need -- there's so much data that you need to look at and then analyze. We bring that data to our cloud and then we provide insights so that they can then create a segmentation policy. And so what you have here is the ability for the customer once they see the data for them to -- within this matrix get a view of what is going on and then they can go and design their policies for segmentation. And that segmentation policy can then be sent to the various integrations we already have. We have them with Check Point. We have it with Palo Alto. We have it with NSX. We have it with ACI. We have it with AWS. We have it with Azure. We're going to add more. Over time, we will add Illumio and vArmour and others. But the whole point is you can create your segmentation of a design in 1 place and then push that policy so these have a consistent framework, so then on the other end, you end up with segmented traffic. And the reason why companies today struggle so much with segmentation is they're afraid that if they put those policies in place, they're going to break the business. All of a sudden, you can't get orders out at the end of a quarter. All of sudden, the factory floors don't work. And so segmentation is something that everyone -- I traveled the world and talked to CIOs, CISOs, top thing on their mind is segmentation. You might hear micro segmentation. They love one of their tools they bought, but they can't take it and bring it across their entire network, that's what

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ForeScout's promise is with eyeSegment. And I'll tell you what, I'm really excited about this innovation and I think it's really going to make a big difference to the industry as well as to ForeScout.

All right. So it's very important for me to summarize. You guys have heard a lot, so I want to summarize how we look at our competitive moat today because I -- a lot of these words get used over and over again in the industry. So when you hear agentless, agentless is in a check box you just put on a data sheet. It really requires dozens of techniques, and those techniques grow. And as new technology changes, you have to be very flexible. And we have dozens of techniques and we think about should it be used passively, should it be used actively, under what conditions. And this is a competitive moat that's not easy for someone or something to go and just check the box and get done. So be careful when you're reading that literature, it's not all created equal.

Heterogeneity, this is just as important. There's not many companies that their lives are to integrate with everybody. We are Switzerland when it comes to the different types of network infrastructure, security infrastructure, et cetera, that is our lifeblood. A lot of companies out there, they have other franchise businesses, switching, storage, firewalls, you name it. This is our business. And we have 3,300 customers and 65 million devices, we're in a position of strength, we've got to continue to invest there because these technologies keep changing. And these big companies just don't throw out their old infrastructure, they keep their old infrastructure while they're migrating to new. So you got to support both of them, you can't just go straight to the new, not in large enterprises.

And then lastly, unique data. And all of you in the room are probably most interested in this one because we feel this is the tip of the iceberg for us. Our journey to cloud services that we want to deliver to our customers starts with unique data that we're already starting to capture frankly. Our customers benefit from our device cloud today because they get more frequent updates on autoclassifying their devices. But what if we started to take that eyeSegment data and start to bring back other types of services around behavioral analytics of -- certain printers in the financial services sector are being attacked a certain way, make sure you segment it this way versus that way, that's what your peers are doing. So we see lots of opportunity around device intelligence as we move forward. So data is our friend.

So I'll summarize by where we're going directionally here. Obviously, eyeSegment, something that we're working on actively right now. It's the beginning of many offerings that will be thinking cloud first. Many of you have been around for a long time, there used to be a time where you dedicate servers before you virtualize them, now you virtualize and then you have to justify dedicated servers, similar with us. As we think about new offerings, we're going think cloud first and then if that doesn't make sense, then we're not going to deliver cloud first, but it's the principle that we're now at a point where more and more value that we can bring to our customers involves content-rich services that leverage that data. Zero Trust is something that many of you have heard, BeyondCorp, some of these concepts, the reality is many companies as they start to embrace new technologies have to have options for not trusting anything on the other end of that network. So how will we help customers deal with that problem? We think because we're agentless, we have an advantage. A lot of solutions out there today are agent-based that are trying to deal with this problem, we see opportunity there. With partnerships through our extend -- eyeExtend products as well as natively. Verticalized in our IoT and OT use cases, I talked about that earlier, so I won't repeat that. And then, obviously, orchestration's big for us, and you will see us focused on quality, not quantity, here. We have a great library, and we have a great road map for all those vendors. And so our focus right now is to make those as successful as possible.

So with that, pass it on to you, Michelle.

**Michelle Spolver**
*Chief Communications Officer*

Feel free to pass along.

**Christopher Harms**
*Chief Financial Officer*

Is the mic working?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

It's a little bit slow. Here we go, all right. Try to pull some of the threads together. Kind of begin with a recap of information you have, but can you hit some of the themes? Or not? Right. Great sales execution in 2018; finished the year with 33% year-over-year growth; $298 million revenue.

On the gross margin side, kind of hitting the 3 themes, right. Customers increasingly deploying us in a virtual environment, not requiring hardware from us, contributing to the margin improvements we see. The role the extended modules played and 24% of our product revenue coming from extended modules contributing.

And the third facet, we talked about the large investments we made into the support organization in 2016 and the economies of scale that continued through '17 and '18, all contributing to the gross margin improvements we saw all the way culminating to 78% in 2018.

The gross margin improvement on product support coupled with the improved sales execution, obviously, lead to the improvement in profitability. And for us, the free cash flow, hitting the positive trend a year ahead of what we have committed to you, or kind of recapping the key elements to 2018.

Recognizing that when we came out of the IPO, we talked about the maturing sales organization. We talked about our confidence that the sales team, the productivity levels, we had high expectations, would continue to perform the way they had historically, but we wanted to be a little bit more conservative as a recently IPOed company.

So all of that kind of came to fruition through 2018 and as that sales execution continued to deliver, we continue to improve our guidance communications to you, finally finishing the year at 33% year-over-year growth.

Inclusive in that was letting a significant portion of that drop to the improved operating profit or an operating loss being the smaller number. And the rest of it being reinvested back into the sales and marketing to drive kind of sales capacity in the future years. So really recapping information you have or really driving home a couple of the themes, I hope you really internalize that were kind of related to our performance in 2018, and how we're positioned heading into 2019. Shifting away from information you already had to information and I know you're looking to get some insight to.

When we talk about where our revenue base comes, right. We focus our go-to-market on the top end of the pyramid. We focus on the Global 2000. We focus on the leaders in each of those industries across the Global 2000. Why? Because those are the big heterogeneous networks. Those are the customers who are doing the most buying, say. That's where we're getting the greatest ROI of the technology and the product that we had, coupled with the sales execution to drive. So almost 3 quarters of our revenue comes from a focus on Global 2000 and government accounts. Wanted to give you that insight.

We've also talked about, like once we capture a customer, once that first land of getting a logo somewhere within their network, whether it's in the wired, the wireless campus environment, whether it's in the OT, the expansion factor is just monumental as they're trying to solve through device visibility. Like Edmond, who said at the end, talked about his expansion plan started 4 years ago and has -- still has 6 years to it, as they are kind of metabolizing on almost a hospital level. We see other companies that do much bigger kind of 0 to platform growth, but inclusive in all of this is just the role that we play within driving that device visibility. So when we focus on the Global 2000, we focus on capturing that customer, which need to internalize as the future account value that's there from both getting the additional devices as Rob hit upon, the incremental value we get from monetizing the extended modules and Pedro give you some sense to the uplift that's in play there. All of those kind of hitting across verticals, government, financial, healthcare, entertainment, technology, all driving about $10 million to $88 million on our top 20 customers, right. I just wanted to keep driving home those points, internalize the opportunity that's there from an account value.

So I'm not going to go through the whole Global 2000, but I'm going to hit the very top of the pyramid. Like, we have been very focused from a go-to-market and from a sales investment into the U.S. Fed space, both on the civilian side and the DoD. We talked about within the continuous diagnostics and mitigation program that 11 of those agencies are standardizing on ForeScout for the complete mandate.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Within the financial services, a very focused go-to-market, 11 of the top 15 banks are standardizing on ForeScout. You get a sense of where the expansion is. HSBC being one of our more recent customers and at that same message about like they thought they had 1 million devices, and then they got deeper into it, they saw they have 1.5 million just within a campus environment, let alone the other expansions they want to do. And what we did in 2016 is part of expanding our investment in our sales footprint. It was getting more diverse in terms of the named account allocations we did with our sales team. Very much focused on grabbing the leading kind of players within each of those key verticals and giving you a sense of that metric, and I'll come back to that reference point. So look, we are very focused and concentrated in the 2 verticals where we put the most sales attention historically. Put that against the backdrop of the account expansion. 2018, we also highlighted for you that our traction within the government space was also stimulated by the fact we were capturing government deals that were outside of the U.S., so that contributed to that vertical. Similarly, the state and local, the SLED part contributed to our government. What I wanted to highlight for you, and it's the first time you've seen it, is just the kind of the contribution that we're getting from the other verticals as our teams have captured those accounts and started those expansions. I'm not going to recap the entire Global 2000, but just getting up driving -- in 2017 it was capturing the next kind of leading company within the energy space, within the manufacturing space, continuing in the financial services space that contributed in 2018 by capturing another one of the leading healthcare, another one of the leading manufacturing company and financial services. Put that logo acquisition, again -- against the backdrop of the expansion slightly shared to give you sense of the trajectory and implicit account value that we look to monetizing through '19, in '20 and '21 as those companies continue to utilize it across their extended enterprise. That same theme continues on a geographic base, right. We've talked about that more of our revenue came outside of the U.S. as we were monetizing and getting more from the customers we had captured into those other industries. We saw that across EMEA and APJ and kind of the similar thing -- theme. EMEA, verticals leaders in financial services, manufacturing and energy. APJ, verticals leaders in financial services. EMEA, verticals leaders in manufacturing, right. So just giving you a sense about the traction we're getting and how we're positioned for the diversification that's implicit in our model heading into '19 and '20 and beyond.

Okay. There is a lot here for me to unpack, so I'm actually going to move over here so I can have my cheat sheet in front of me. All right. So let -- we talked about -- look, CounterACT, eyeSight and eyeControl plays across the extended enterprise, right. So there is -- we're going to hit upon that theme. The second is that the role of eyeExtend, which is the rebranded of the extended modules, has been an increasing role, right. Those very advanced control use cases as we integrate and take control actions through our integrations with this product. Mike hit upon it, it was 19% of the total revenue. In 2018, it was 24% of the product revenue. And so you saw significant growth in 2018 of the role that extended module did in terms of providing complete device visibility and control and in this case, kind of a more advanced control use cases. 2 sides of the coin of how we monetize each of the devices that we get within a network, and as we're expanding within that network.

The second part to kind of unpack is within just the license revenue, right. We've talked about the increasing role of our software being deployed without the customer requiring hardware from us. So the license revenue split between deployed in a virtual environment and one where they wanted hardware from us has continued to increase. One of the major contributors to the margin uplift that I hit upon earlier.

The second part was really around, and I wanted to give you the right flavor. This is eyeSight- CounterACT. In terms of how it's being deployed at a license level. We've talked about we did a really large deal in 2016 in the OT space, of which that allowed us to then to do the campus environment for that customer where our entry point was in the OT. In 2018, this was -- this is CounterACT being deployed into an OT environment. The vast majority of that is the CounterACT value, the contribution of silent defense was really the stub period and was very nominal to that role. It's a -- it's obviously a single digit number at this point. What I wanted to highlight for you is that several other customers who bought CounterACT, bought it for the campus deployment today. Therefore, none of those licenses are being deployed in an OT space, but they selected us because they intend to use as part of their already, internally-defined business case, expand us into the OT space. So while the actual application of the license into an OT space was relatively small, an exponentially large number of the value came from customers, because we had that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

complete solution across the extended enterprise, and then we even more so, because we were giving vision to how we were to get that time to partnerships, how we were going to get through the complete stack on the OT space. So just kind of unpacking those facets to the diversification within our license revenue.

All right, the journey that we've been on, all right. We were a unit licensing business. We were an appliance-based business. It required that we do a network solution to how our software was being deployed. That was for us very much breaking the hardware from software, separating the two, that -- so we could remove that sales friction and then when we could do a licensing of just the software, where it wasn't bundled into the hardware, gave us a lot of different options. The first was that with the centralized licensing we hit upon. The second part was the modularization of it where we could now separate the visibility into eyeSight from the control facets of eyeControl to use some of that sales friction as well. Inclusive in that, we were a perpetual-based licensing business, and we were a product-based selling business. Today, we are a centrally licensed offering in a perpetual and now with a subscription offering. But with 8.1, the product that we announced that will be released will be our first introduction to subscription licensing into the marketplace. So now customers have the CapEx model, and they have the OpEx model through the subscription-based licensing. And then if you tie that together with what Rob hit upon, as we're looking through our product roadmap, it is bringing additional subscription offerings to market to cloud-delivered SaaS software offerings. So it will be more than just a recurring revenue stream of a term-based licensing, but it will be a full ratable revenue recognition to cloud-delivered SaaS offerings.

And then ultimately, as we look to the future, look, we are focused on the Global 2000 today. We hit upon this metric. We have 21% of the Global 2000 at any logo level. 79% is greenfield. We're going to be very focused on that because that's where the big -- the best kind of return of investment of sales effort is going to come. But ultimately, we look to capture the middle market and the middle market sales will be facilitated by offering an addition to our CapEx model, and more cloud-delivered SaaS base offering as part of our future. And that's where, kind of laying that out as part of the journey.

When we think through then taking kind of the business side, and the licensing, and how we're doing the product, how does that translate into revenue that we've reported, and how it's best for us to communicate effectively with you about how the different facets of the business are changing. So recapping, right. We were an appliance-based business. Therefore, it made sense to refer to our product sales as product. Similarly, we had a license and -- and with the product and license, we had a maintenance model. And professional services, as we've hit upon, is fairly small, so we grouped it into maintenance and professional service. And that was our history. Through 2018, even though we opened up centralized licensing, we continue that. So when you look at our 10-K, you'll see product revenue, and you'll see maintenance and professional services.

As we move into 2019, which you're going to see now is -- look, it's a naming, but it's a better characterization of what we are. We are a software company that sells a little bit of hardware off the shelf Dell componentry when customers want it, but we are a license-based revenue business. Therefore, that upfront revenue, we're going to call license. The ratable part of our business today is 100% maintenance. We're going to follow what SalePoint did in terms of its classification. We're going to call that ratable part of our business, the subscription revenue. At inception, it will be 100% maintenance revenue, but as eyeSegment comes to market, as the future SaaS products come to market, will all get grouped into that line item.

And then lastly, we have the nonrecurring professional services part of our business, which is relatively small. But as we hit upon, we're offering subscription today in the form of a term-based licensing. So telling you guys what you already know. From GAAP reporting purposes, that's going to go into license revenue and when we bring eyeSegment to market and other SaaS, that's going to go into the subscription. The subscription that's in the -- that's the ratable recurring portion of it. I want to be able to give you a sense of that, plus the TBL. So we'll give you both -- excuse me, we'll give you within the non-GAAP reported revenue, both a recurring and a nonrecurring view to our revenue stream. So just kind of restating then what our 2018 revenue would look like under the structure, it is the license revenue, it is the subscription revenue, which is the recurring ratable part, which is 100% maintenance today and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

professional services. As I said, this should be familiar to you, because this is how SalePoint is doing its reporting today. As we move forward into the non-GAAP reporting, we'll start to give you a sense of the recurring portion, which is both the subscription, which is ratable, plus the term-based licensing, which will be from a GAAP perspective reported into our license revenue. Make sense, saying what should be clear, right.

All right. Recapping where we've been, right. Sales execution has now for 3 consecutive years, drove revenue growth rates north of 30%. Margins have consistently improved through the 3 drivers that I communicated earlier, and we should expect to see continued improvement as more of our offering is deployed in a virtual environment where they don't -- customers don't require hardware from us and as extended modules continues to be a more meaningful part -- excuse me, eyeExtend continues to be a more meaningful part of our revenue stream.

R&D has been consistently about 17% to 18%. The leverage we've all talked about is in sales execution. We have seen that continuing to improve from '16 to '17. And then G&A, we made our investments to be a public company in 2014. And we continue to get the economies of scale off of that. That has led to obviously something that we're proud of in terms of the operating loss improvement. And we'd like to have free cash flow positive on an annual basis in terms of 2018. Telling you the things you already know, but I want to give my color on to it, telling you what you also know.

2019 guidance. We opened up the year with 24% year-over-year growth. We communicated an OpLoss model of negative 4%, and we commit -- reaffirmed our commitment to be on an annual basis free cash flow positive. So a nominal improvement in the OpLoss margin against a -- an improvement of the year-over-year growth rate that we're starting the year, right, 24%, reflecting the maturation we've had in our sales organization, reflecting the fact that the sales productivity that those cohorts have continued at rates consistent with where they have been historically and better in some cases and the overall confidence that Mike and I have in the overall business.

In terms of kind of setting that trajectory, and I hope some of you will take -- adjust your models, specifically as it relates to R&D. Our medium-term model, which we kind of view in the 2- to 3-year time frame, puts our gross margin in that 78% to 80%. There is implicitly more operating leverage -- gross margin leverage, reflective of increased shift of customers to place in a virtual environment, but it's best, I think, to let that come to fruition and treat that as upside. The R&D, we're going to continue to invest at the 16% to 17% level, that's one area, I think, several of your models would ask you to give some attention to. We definitely are seeing the sales execution and the leverage that's implicit in our model. Where Mike and I will find the right balance is as sales execution continues to deliver at levels above where we've guided. How we translate that to the bottom line and how much we reinvest back into the sales and marketing, but this will give you a sense of the trajectory that we have in mind, which then continues to get us to that 5% to 10% operating profit in the kind of medium-term model, continuing our commitment to be free cash flow positive.

On the longer term model, reflecting that SaaS will be increasing portion as we get longer. We are setting our long-term model at 82% to 84%, reflecting a little bit of tampering back at where I think the margin could be for us on a long-term basis, reflect that we'll have more SaaS revenue. We clearly will continue to invest in our R&D, but at a lower level than where we have been historically and where I've laid out for the medium-term model. We will continue to see the economies of scale out of the G&A investments and being much more focused on getting scale and efficiency out of our back office processes, reflective of having to be a SOX-compliant company this year and getting much more effective about how we do that and a little less manual. All of that then contributing to a 22% to 25% operating profit structure on a non-GAAP basis and continuing our free cash flow positive.

I hope this gives you insight to kind of brining the threads together in terms of how we've been performing, where we think the big levers are, where we are kind of shifting to more effectively, at least in my opinion, I hope you will calibrate how we report our revenue streams to you, to reflect these changing dynamics as well as our focus on capturing the market opportunity and our balanced approach towards that profitability.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So that wraps up the presentation. I know we'll shift into Q&A at this time. And I don't know how Michelle wants to orchestrate the Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Michelle Spolver**
*Chief Communications Officer*

Oh! We were -- actually we're moving into Q&A now [indiscernible] to take a chair. I will ask Rob to take the mic. So we have 20 minutes. Open it up for questions from the audience. Melissa? Here you go.

**Melissa A. Franchi**
*Morgan Stanley, Research Division*

Melissa Franchi from Morgan Stanley. Thanks for taking my question. So I wanted to just follow up on the separation of CounterACT between eyeSight and eyeControl? And what the financial implications for that would be? So I'd imagine there were customers that were purchasing CounterACT, that weren't using the control functionality and they were just using visibility, but it was included in CounterACT. And for now with this new kind of modules that you have, they potentially could just be purchasing eyeSight and not eyeControl. Is that the scenario? What does that mean from a financial implication perspective? And then how should we think just about overall ASP, is that now you have 2 products versus 1 product?

**Michael P. DeCesare**
*CEO, President & Director*

Yes. So our expectation is that customer buying will still be fairly bundled between eyeSegment -- excuse me, eyeSight and eyeControl. At that point, it's just a completely neutral offerings, because the bundle price will be consistent with how CounterACT is priced today. But for the smaller subsegment of customers who wanted just visibility and where we found ourselves having to discount CounterACT in order to just provide a visibility value prompt, even though they were getting rights to CounterACT. This takes that off the table, and we're at again a neutral spot that excess discounting goes off the table. But now it leaves us in a spot to at least monetize what is ultimately going to be part of their journey as they move to eyeControl. But this time, they'll have to pay for it rather than having implicit and how they out negotiated us upfront.

**Fatima Aslam Boolani**
*UBS Investment Bank, Research Division*

Fatima Boolani from UBS. Thank you for having us and thank you for taking the question. Maybe a technical one for either Rob or Pedro, just around this notion of the encrypted data coming out of devices. What sort of strengths or rather opportunities or threats present themselves to organizations and even to your product roadmap as more encrypted data is omitted from these devices that are taking network resources. And then I have a follow up for Criss.

**Rob Greer**
*Chief Technology Officer*

Sure. I'll take that one. So most technology vendors now are adopting encryption. There is a lot of good reasons for that. The bad guys actually know that and so a lot of that, lot of the ways that exfiltration happens is also encrypted. So the way we see that as a challenge when we look at inspecting the content, you want to figure out what are the different ways to identify what's normal, what's not. And some of that's pretty obvious in some cases, based on the vendors and the standards or the protocols they're using. In other cases, it's not. And so that's where behavioral technologies like artificial intelligence and machine learning, algorithms will play a part there. But it absolutely is something to be aware of, something we're aware of, and we expect to be able to play our parts whether it's native or in conjunction with third-party technologies that decrypt traffic in a controlled way, inspect it and then re-encrypt it.

**Fatima Aslam Boolani**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And Criss, for you. To what extent is the sales force and the entire sales organization now socialized with the broad -- rebranding you have done in the portfolio? And how is that impacting any incentive or quota changes that you could be making to drive adoption of some of the newer SKUs that are going to be coming online?

**Christopher Harms**
*Chief Financial Officer*

Mike, why don't you handle the first half.

**Michael P. DeCesare**
*CEO, President & Director*

Your opening was to what extent is the sales force based on what?

**Fatima Aslam Boolani**
*UBS Investment Bank, Research Division*

To what extent is the entire sales organization now fully socialized on the rebranding of the portfolio? And to what extent are you tweaking sales incentive to drive adoption either in -- on an individualized basis of the disaggregated CounterACT? Or what changes are you frankly making in the base?

**Michael P. DeCesare**
*CEO, President & Director*

Short answer is none. When you get to have a very large portfolio of products like some of the bigger companies do, that's when they have to start figuring out how do we set one product over another. It's very simple at ForeScout. We hire most of our sales reps into greenfield territories. The first thing that they do is close eyeSight deals and then they begin to cross, kind of upsell the other products that we have against those accounts. So we have not yet felt like we have to get to a place where we need to actually set one product more over the other. We just came off, our sales kickoff. It will probably be a good opportunity for Brian to tell you what do he's doing to get the field organization focused on all the products we have.

**Brian Gumbel**
*Senior Vice President of Worldwide Sales*

To answer the first part of your question. My entire sales organization is trained up on the new offering already. And that's what primarily we did coming out of sales kickoff.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Sterling Auty with JPMorgan. So you talked a lot about all the different opportunities that you have in front of you. So I guess, to Mike and Criss, how do we then translate that into what your need for sales capacity hiring will be moving forward? Do you need to add 20 a year, 50 or 100 a year? How does that look to meet the opportunity need?

**Michael P. DeCesare**
*CEO, President & Director*

So I think, as you saw 2018, we're committed towards growing sales and marketing, R&D and G&A at a lower level than top line and then on own path towards profitability. Few years ago, we felt like we had to catch up a little bit on sales capacity. I don't think we feel that way anymore. I think 50 -- in a high-growth company like us, 50% of your sales organization being tenured in their territories for a couple of years is a pretty good number. We definitely feel like we have kind of more economies of scale as that gets closer to 100. But at this point, we still got countries that we are doing sizable business and we didn't have first sales team in those regions yet. So just kind of that balance between how big we believe this market can be in our own path towards profitability.

**Christopher Harms**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Financial Officer*

Yes, I want to be a little bit punchy in my response to you on that one as well, Sterling. Look, we sit back and we've -- there is a massive market opportunity that ForeScout is absolutely, if not uniquely, at least much better position to capitalize than any other player in the security. Second part of that is, we've shown we're growing at 30-plus percent, and we're doing it at scale, right? Just under $300 million in revenue. We felt like we have made big investments for the sales organization, and we've been demonstrating our ability to bring them onboard, ramp them up and have them be successful in landing new logos and expanding. We've shown the leverage that we've got within our kind of sales productivity and then you saw that manifest itself in the financials in Q3 and Q4, and similarly our increased visibility is why we opened up with the 24% year-over-year growth. But against that backdrop, when I look at our -- 2 of our 3 most direct peers, they're almost at a 2x revenue multiple than where we are. My only inference from that is that, well, we didn't have subscription revenue, and we didn't have SaaS. Well, we've shared with you where we are in that journey, which really leaves the only last lever is abound where we are relative to profitability. So that does kind of help shape where we will need to manage the business between growth and possibility, because clearly the street is rewarding a higher level of profitability as implicit in those than what we're getting credit for. That will also shape where we are from a sales capacity and how much of the execution that we overdeliver on above guidance, we translate into operating profit and how much we reinvest back in for future growth. The fact that we've been doing it fairly successful now for 2 years of kind of reported financials. I hope you're giving Mike and myself and the rest of the team credit, and we look forward to that GAAP between us and SalePoint and CyberArk starting to decrease. Thank you for a little punch...

**Srinivas Nandury**
*Summit Insights Group, L.L.C*

This is Srinivas Nandury from Summit Insights Group. This question is for Rob. What does passive scanning really mean as opposed to agentless scanning and active scanning? What does it mean when Tenable and Qualys say that they have passive scanning, and they are going to going to compete against you head-on-head?

**Rob Greer**
*Chief Technology Officer*

So there is 2 types and I'll address the difference between active and passive. So there are certain techniques that you leverage to get data and that could be actively engaging with a host or a device to get some kind of response or engage with the system involved in making the devices operate properly. And then there is passive, which is you're looking, you're sitting on the network, you're looking at traffic. The reality is, you need a combination of both to have complete coverage of the entire enterprise. With respect to how we use those techniques, it's really based on how you classify the lives. If you have good classification capabilities, you're going to use the right approach to getting that information. That's one aspect. The other is sometimes just the way IT organizations are structured, the security organization and the IT organization, they don't -- or the networking team, they don't get along, so you have to use certain techniques so that the group that's sponsoring the purchase will get the value. So there is 2 aspects here. Can I get it rolled out politically? As well as what's the right technical approach? ForeScout has the broadest solutions out there in the market that does it at scale. As far as the other vendors that you described, they are partners, frankly, with us more than they are competitors. I know that there is some technology out there that might be coming from one vendor and another that is focused on OT, but the reality is we are partners and passive -- ordinarily makes sense if I were in vulnerability management right now, because they can't see devices when they connect with the network and without their agent. So either they have ForeScout or they're trying to come up with their own solution there. Did that answer it?

**Unknown Analyst**

There are a couple of questions. So the medium-term guidance is helpful, but could you maybe help us [ free me ] with top line expectations for that period?

**Christopher Harms**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Financial Officer*

No, no. I may go back to the same thing, right? We are going to calibrate how much of the execution that we overdeliver upon, that we reinvest back into sales and marketing, and how we position ourselves for what is a sizeable market opportunity and growth opportunity. I don't want to pin us in and that's why the answer at this stage is no, but we want to at least give you a sense to where we are on that trajectory and how we expect that to unfold.

**Unknown Analyst**

Okay, got it. And the second question is just on the contribution comes to around for the CounterACT versus extended modules. So 2018 CounterACT grew roughly single digits and 2019 implies a meaningful acceleration. So I guess can you talk about both what drove the deceleration in 2018? And then what's driving the acceleration going forward?

**Christopher Harms**
*Chief Financial Officer*

We produced great extended modules. When we talk to our customers, the use case is, when you look at the vulnerability management, firewall, Splunk, ServiceNow, it's such an obvious use case. When you hope for a customer that owns ForeScout and has one of those technologies, we -- if we give ourselves kind of -- if we look at 2018 in the mirror, we probably let our sales organization focus too much on expand and not as much on land as maybe we originally would have expected them. We didn't expect to see that success be quite so strong in 2018. But now we've got it right. I think when he looks at the sales organization kind of, rep gets to about 1/2 dozen, 5 to 6 new logos that territory starts to produce more devices, more orchestration modules. But that's -- so the question earlier was asked about kind of whether we censor the products in a different way than others. We don't need to do that yet, it's in territory design. How many installed customers are in territories? How much expectation do we have on cross-sell. So I think you'll see orchestration of the extended modules kind of stay more consistent with the performance that we saw in 2018. In the fourth quarter, we added 5.5 million devices under management to an installed base to get us to 65 million. That's almost a 10% improvement on our life-to-date installed base in 1 quarter. It's because we put more focus on kind of new logos that's out there. It's a delicate balance for us because we are so happy with what our expand opportunity is, but that has to be tempered with the fact that 71% of the Global 2,000 does not -- or 79% does not use our products, and we believe we're uniquely qualified to be able to get them as customers too. So...

**Michelle Spolver**
*Chief Communications Officer*

The only thing I'd add is that while we don't guide to any particular products, it is also our assumption as it was yours that CounterACT would gain the strength that it saw in prior years. So acceleration.

**Christopher Harms**
*Chief Financial Officer*

Just -- not that you asked this, but I will make one last comment is, we are also starting now to see our piece hitting the street for visibility. Like, we've been saying this for 2 years to you guys, right? When I look at that slide that Rob put up about -- that Pedro put up, about other vendors and how they have the words visibility in their value prop, just recognize we've been doing this for a long period of time. We are finally starting to see companies that are releasing proactive RFPs for visibility, which is very encouraging to us, quite confident with our ability to compete with the market, anyway.

We can take more than one.

**Michelle Spolver**
*Chief Communications Officer*

Okay, great.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Are there any programs in place to drive subscriptions relative to perpetual license going forward?

**Michael P. DeCesare**
*CEO, President & Director*

We just -- clearly, literally, we're rolling out term-based licensing across our product set as we speak. We've kind of wrestled with whether we want to incent the subscription or term-based licenses more than the perpetual license. But it's -- there's really kind of -- it's more customer driven. We have customers that come to us and they want to spend OpEx, and we do kind of -- we work through channels and partners to try and make our product look like a subscription offering even though it's been a perpetual offer. Now we have that tool in the quiver to be able to offer the right product for the right use case. But it's not clear to us, I know the investment world, and obviously, we would like the increase in ratability, but the reality is, big enterprising substantially still likes to buy products out of CapEx and likes the perpetual nature. So I think our intention is for about a quarter just to watch it and kind of see what the split looks like. And if we feel like we need to more to incent term-based licensing, we're prepared to do that.

**Robbie David Owens**
*KeyBanc Capital Markets Inc., Research Division*

Rob Owens from KeyBanc. Criss, another question you won't answer, but relative to that 24% guidance and the puts and takes around subscription, how do you think about how 2019 might play out? That could be a headwind should your customers choose OpEx versus CapEx?

**Christopher Harms**
*Chief Financial Officer*

So you quoted the 24%, is that -- oh, in terms of the year-over-year guidance, yes?

**Robbie David Owens**
*KeyBanc Capital Markets Inc., Research Division*

Your bullish guidance for...

**Christopher Harms**
*Chief Financial Officer*

Yes, I am sorry. I started thinking extended modules and I put me in the -- I couldn't connect it, but yes. Look, we have weaved that in to our expectations of kind of a range of how subscription could play out for us. As Mike alluded to, we want to get it out of the marketplace. We obviously have tested with customers about their receptiveness to it and how they would buy in a 1-year or a 3-year structure. We'd like to get a little bit more of that under our belt. We obviously would not have put the 24% out there if we weren't completely confident in our ability to over-exceed upon it, given variability of how the subscription could play out. Yes, I think that's the color to add...

**Michael P. DeCesare**
*CEO, President & Director*

Let me just add one thing to that too. Just remember, under 606 accounting, whether they buy term-based license or perpetual from us, it's all upfront revenue on the product, that's ratable on the maintenance. So it doesn't have a different accounting treatment under 606, which is part of the reason that we kind of waited until we were in the world of 606 to offer both of those options. It's the stuff that Rob was talking about on cloud-enabling things like eyeSegment in future products that would be offered in connecting, kind of a ratable way out of the gate. So if a customer buys eyeSight and eyeControl in a perpetual or a term-based license, they both have the same financial accounting treatment.

**Robbie David Owens**
*KeyBanc Capital Markets Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And can this be looked at as more of an offensive move because you split CounterACT in half now, now you're offering subscription pricing as you see new competitors coming into what likely will be the mid-market. This probably puts you more on par with them.

**Michael P. DeCesare**
*CEO, President & Director*

We really wanted perpetual and subscription to be neutral and to let each customer just have the ultimate buying flexibility from us. The move to split eyeSight and eyeControl is also driven by the fact that there are vendors that are talking about visibility that have no capability at all of automating enforcement. So if we go up against those vendors in the future, we don't want to have to give the full CounterACT product set against a product that only offers a subset of that value prompt. So it lets the sales organization have the eyeSight product if it's a visibility-only solution and then eyeControl later. That's more of the defensive side.

**Robbie David Owens**
*KeyBanc Capital Markets Inc., Research Division*

I'll direct this question to Mike, as it actually -- it's related to something that you had, had in -- early in your presentation. You showed a slide that had your top 20 customers and how many of them are using extended modules. But the thing that caught my was that even though we've heard so much about cloud and OT, both from you guys, but also kind of in the security and IT space more broadly, right? There were only, I think, 3 check-boxes for people using your products in the cloud and 2 for OT. Can you just give us some color on how you guys think about that? Is it just really early in the process? Are those things only relevant for a subset of customers? How do you think about it?

**Michael P. DeCesare**
*CEO, President & Director*

I'll talk about the top 20 and then Pedro or Robbie, perhaps, can fill in too. So of the top 20, those are substantially campus-oriented implementations. And as you noticed, the number of checks next to the extended modules was far higher than the 20% of our installed base having bought one of those. Our cloud solution, which has been AWS, historically, we just came out with Azure last week. So when we go to a lot of these organizations, if they didn't pick AWS, then we haven't had the offerings for those spaces, so it's really only been very recent that we put out Azure as well. And then the same thing from the OT side. We have lots of customers that have bought us in the OT space, but the top 20 are still in kind of the evaluation side of that equation. But we wanted to show it to you transparently because we think there's a massive opportunity. I mean, once we have hundreds of thousands of devices running in one of these organizations, we have to really blow it. If they don't pick us for that visibility platform across cloud and OT as well, then we're quite confident that we'll be successful there. Do you guys have anything you want to add on this?

**Pedro Abreu**
*Chief Strategy and Product Officer*

I'll just add to the list of the 20, there's been a number of sales cycles going on in the last year with a lot of those customers. They have actually looked into the OT technology as part of their future-proofing of their decisions that they're making today. We didn't take those into account in terms of checkmark them, because until they actually deploy them into that network, specifically, we won't count them as business into that space. But in terms of pipeline, the amount of time that we have been in front of customers and CISOs talking about DOT and OT becoming a driver in terms of their selection of the product, it is much higher than what the revenue represents today.

**Rob Greer**
*Chief Technology Officer*

Yes, absolutely. It's really important.

**Michael P. DeCesare**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO, President & Director*
Guys, we're going to need to wrap this up. I know you guys probably have other commitments tonight as well, but just want to tell you thanks again on behalf of our entire management team. You've been incredibly focused, we appreciate you giving us a few hours. We hope we've answered questions and given you a bit more granularity of the business, and look forward to continued conversations. Thanks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.