# EXHIBIT 5

<)  FORESCOUT.

# FORESCOUT INVESTOR DAY

## MARCH 4, 2019

# AGENDA

| Time | Session | Speaker |
|---|---|---|
| **1:00 PM** | Welcome and Intro Remarks | **Michelle Spolver**, Chief Communications Officer |
| **1:05 PM** | Hitting Our Stride | **Michael DeCesare**, CEO and President |
| **1:30 PM** | Large Market Opportunity | **Pedro Abreu**, Chief Product and Strategy Officer |
| **1:55 PM** | Innovating for the Future | **Rob Greer**, Chief Technology Officer |
| **2:20 PM** | *Break* | |
| **2:35 PM** | Customer/Partner Panel Moderated by **Brian Gumbel**, SVP of Worldwide Sales | **Tim Dawson**, Managing Director, Cybersecurity, HSBC<br>**Andrew Gontarczyk**, VP, Strategy Architecture & Engineering, Symantec<br>**Esmond Kane**, Deputy CISO, Partners HealthCare<br>**Brad Medairy**, SVP, Cyber & Engineering Lead, Booz Allen |
| **3:15 PM** | Powerful Financial Model | **Criss Harms**, Chief Financial Officer |
| **3:40 PM** | Q&A | |

<) FORESCOUT. | 2

# SAFE HARBOR PROVISION

This presentation and the accompanying oral presentation contain forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act. In some cases, you can identify forward-looking statements by terms such as "anticipate," "believes," "continues," "estimates," "expects," "explores" "intends," "may," "plans," "potential," "predicts," "projects," "targets," "will" or the negative of these terms or other similar words. These statements are only predictions.

All statements other than statements of historical fact contained in this presentation and the accompanying oral presentation, including but not limited to, statements regarding our financial outlook, product development, business strategy and plans, market trends, opportunities, and positioning, and future growth trends, are forward-looking statements. These forward-looking statements are based on our management's beliefs and assumptions and on information currently available to management. Such forward-looking statements include statements regarding our expectations for our financial performance and trends in our business; our competitive position and the demand and market opportunity for our products, subscription and support offerings; the expansion of our total addressable market; trends in certain financial results and operating metrics; and continued momentum in our business.

These statements are only current predictions and are subject to known and unknown risks, uncertainties and other factors that may cause our or our industry's actual results, levels of activity, performance or achievements to be materially different from those anticipated by the forward-looking statements. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee future results, levels of activity, performance or achievements. Additional risks and uncertainties are included under the captions "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations," in our annual report on Form 10-K filed with the SEC on March 1, 2019, which is available on our website at https://investors.forescout.com and on the SEC's website at www.sec.gov.  Additional information will also be set forth in other filings that we make with the SEC from time to time. Except as required by law, Forescout Technologies, Inc. ("Forescout") undertakes no obligation to update or revise any of the forward-looking statements, whether as a result of new information, future events or otherwise, after the date of this presentation. These forward-looking statements should not be relied upon as representing Forescout's views as of any date subsequent to the date of this presentation.

This presentation also contains estimates and other statistical data made by independent parties and by Forescout relating to market size and growth and other industry data. Forescout has not independently verified the statistical and other industry data generated by independent parties and contained in this presentation and, accordingly, it cannot guarantee their accuracy or completeness. In addition, projections, assumptions and estimates of Forescout's future performance and the future performance of the industries in which it operates are necessarily subject to a high degree of uncertainty and risk due to a variety of factors. These and other factors could cause results to differ materially from those expressed in the estimates made by the independent parties and by Forescout.

This presentation and the accompanying oral presentation contain certain Forescout non-GAAP financial measures.  These non-GAAP financial measures, which include Free Cash Flow, Free Cash Flow Margin, Non-GAAP Operating Loss Margin, and non-GAAP presentations of gross margin, recurring and non-recurring revenue, research and development expenses as a percentage of revenue, sales and marketing expenses as a percentage of revenue, and general and administrative expenses as a percentage of revenue (which in each case have been calculated to exclude stock-based compensation), have been presented in order to aid understanding in Forescout's business performance.  Non-GAAP financial measures used in this presentation are not meant to be a substitute for comparable GAAP measures and are not intended to be considered in isolation from, in substitution for, or superior to, our GAAP results.

All third-party trademarks, including names, logos and brands, referenced by Forescout in this presentation are property of their respective owners and should not be construed as an endorsement of the products or services by Forescout. All references to third-party trademarks are for identification purposes only and shall be considered nominative fair use under trademark law.

**)FORESCOUT**®

INVESTOR DAY

# HITTING OUR STRIDE

March 4, 2019

**MIKE DECESARE**
Chief Executive Officer

# HITTING OUR STRIDE

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| **Addressable Connected Devices** [1] | 1.6B | 1.8B | 2.2B |
| **Devices Under Management** | ~37m | ~52m | ~65m |
| **Revenue** | $168m | $224m | $298m |
| **Customer Logos** Total Customers Since Inception | ~2,400 | ~2,800 | ~3,300 |
| **Customer Expansion within Top 20** Multiple of Initial Purchase [2] | 8.5x | 22.7x | 40.8x |
| **Free Cash Flow** | ($60m) | ($7m) | $6m |

1 - Based on the following: IDC, Worldwide Business Use Tablet Forecast, 2016–2020; Gartner, Forecast: PCs, Ultramobiles and Mobile Phones, Worldwide, 2014-2020, 3Q16 Update; IDC, Worldwide and U.S. Server Installed Base Forecast 2014-2018; Gartner Forecast: Internet of Things - Endpoints and Associated Services, Worldwide, 2016 - 2021; S&P Global Markets, BMI Research
2 - Based on the dollar-weighted median multiple of Top 20 customers



5



# EXPLODING NUMBER OF CONNECTED DEVICES



'By 2023, the average CIO will be responsible for more than **3x endpoints** they manage in 2018'

– Gartner

# EVERYTHING IS BECOMING INTERCONNECTED



'By 2021, **70%** of **OT security** will be managed directly by the CIO or CISO, up from **35%** today'

– Gartner

# ENTERPRISES ARE SEEKING AUTOMATION



'By 2021, **70%** of [large enterprises] will include **security automation and orchestration** capabilities, up from less than **5%** in 2018'

– Gartner

# TRENDS ARE CREATING TAILWINDS FOR FORESCOUT

**CONNECTED DEVICES**

**INTER-CONNECTIVITY**

**AUTOMATION**

**<・)Agentless**

Any device: managed, BYOD, IoT, virtual, and cloud workloads

**<・)Heterogeneous**

Any network type: campus, data center, cloud, and OT

**<・)Take Action**

Act on insight: respond, enforce, block, segment, notify, modify

**<・)Multivariate**

Multiple techniques: not reliant on a single approach

**<・)Scalable**

Any size network: from thousand to millions of devices

**<・)Orchestrate**

Any tool or service: coordinate and manage policy for any system

# CUSTOMERS ARE MAKING MASSIVE INVESTMENTS

## Customers with >200k device licenses

**53**

**38**

**31**







2016

2017

2018

# SUBSTANTIAL EXPANSION OPPORTUNITY

**TOP 20 CUSTOMERS**

| | Initial Purchase | LTV In Millions | Expand Factor | Dimensions of Expansion | | | |
|---|---|---|---|---|---|---|---|
| | | | | Campus | Data Center / Cloud | OT | Extended Modules |
| 1 | 2006 | $88 | 351x | ✓ | | ✓ | ✓✓✓✓+ |
| 2 | 2010 | $51 | 252x | ✓ | | | ✓✓✓✓✓+ |
| 3 | 2015 | $43 | 147x | ✓ | | | ✓✓✓ |
| 4 | 2006 | $37 | 148x | ✓ | | | ✓✓✓✓✓+ |
| 5 | 2013 | $37 | 3x | ✓ | | | ✓✓✓✓✓+ |
| 6 | 2013 | $28 | 54x | ✓ | | | ✓✓✓✓ |
| 7 | 2010 | $25 | 104x | ✓ | | | ✓✓✓✓✓ |
| 8 | 2009 | $23 | 95x | ✓ | | | ✓ |
| 9 | 2015 | $19 | 3x | ✓ | ✓ | | ✓✓ |
| 10 | 2010 | $16 | 1x | ✓ | | | ✓✓ |
| 11 | 2007 | $16 | 32x | ✓ | ✓ | | ✓✓✓✓✓+ |
| 12 | 2007 | $13 | 41x | ✓ | | | ✓✓✓✓ |
| 13 | 2010 | $13 | 40x | ✓ | | | ✓✓✓ |
| 14 | 2008 | $13 | 7x | ✓ | ✓ | | |
| 15 | 2007 | $12 | 49x | ✓ | | | ✓✓✓ |
| 16 | 2016 | $12 | 25x | ✓ | | ✓ | ✓✓ |
| 17 | 2014 | $11 | 5x | ✓ | | | ✓✓✓ |
| 18 | 2007 | $11 | 44x | ✓ | | | ✓✓ |
| 19 | 2012 | $10 | 6x | ✓ | | | ✓✓✓✓ |
| 20 | 2014 | $10 | 6x | ✓ | | | ✓✓✓✓ |



**41x**

Median expansion of top 20 customers from initial purchase



**27%**

Of customers have purchased one or more extended modules

# GTM ENGINE RAMPING WELL

## SALES MATURATION



Sales Force Efficiency
*Sales Force >2 Years Experience*

## PIPELINE IMPROVEMENT



Pipeline-to-bookings
multiple at end-of-year

## INDIRECT LEVERAGE



% of bookings originated
from indirect channels

# EXPANDING OUR PRODUCT PORTFOLIO







 EPP   SIEM   VA   NGFW   eyeExtend   UEM   PAM   ITSM   ATD

SUPPORT FOR THE EXTENDED ENTERPRISE

 Campus IT

 Campus IoT

 Data Center

 Cloud

 OT

14





INVESTOR DAY

# LARGE MARKET OPPORTUNITY

## PEDRO ABREU
Chief Product and Strategy Officer

# THE FORESCOUT MARKET OPPORTUNITY





SUPPORT FOR THE EXTENDED ENTERPRISE



Cloud



Data Center



Campus IT



Campus IoT



OT

THE MARKET LEADER IN

## DEVICE VISIBILITY & CONTROL

FOR THE EXTENDED ENTERPRISE

16

# THIS IS NOT A NEW PROBLEM

## A PATCHWORK OF TOOLS HAVE BEEN USED TO TRY AND SOLVE THIS PROBLEM



SUPPORT FOR THE EXTENDED ENTERPRISE

Cloud · Data Center · Campus IT · Campus IoT · OT

**MANAGED DEVICES**

- Network Access Control
- Unified Endpoint Management
- Endpoint Protection
- Vulnerability Management
- IT Asset Management



**~$16 BILLION**

2019 MARKET SPEND ON TOOLS WITH SOME LIMITED FUNCTIONALITY USED FOR DEVICE VISIBILITY AND CONTROL[1]

1 – Sum of markets from the following sources: IDC: Worldwide Corporate Endpoint Security Forecast, 2018–2022, IDC: Worldwide Unified Endpoint Management Software Forecast, 2018–2022, IDC: Worldwide Network Access Control Forecast, 2018–2022: Internet of Things Drives NAC Resurgence, IDC: Worldwide Security and Vulnerability Management Revenue by Segment, 2017–2022, Gartner: Forecast: Infrastructure Software Markets, Worldwide 2016-2022 4Q18 Update (ITAM only)

FORESCOUT. | 17

# BUT THE PROBLEM HAS CHANGED
## ENTERPRISES REQUIRE A NEW APPROACH



SUPPORT FOR THE EXTENDED ENTERPRISE

**Cloud**   **Data Center**   **Campus IT**   **Campus IoT**   **OT**

**ANY DEVICE, ANY NETWORK, MASSIVE SCALE, HYPER-CONNECTED**

AN EMERGING MARKET CATEGORY

# DEVICE VISIBILITY & CONTROL

### MARKET NEEDS

**<) AGENTLESS**       **<) HETEROGENEOUS**       **<) TAKE ACTION**

**<) MULTIVARIATE**       **<) SCALABLE**       **<) ORCHESTRATE**

# MANY OTHER VENDORS TRYING TO GO AFTER THIS OPPORTUNITY



'**Visibility** is the new perimeter'

https://blogs.cisco.com/security/visibility-is-the-new-perimeter-its-time-for-cisco-ise-2-2



"A **visibility and control** solution for keeping your assets safe"

https://www.qualys.com/offer/qualys-asset-inventory-visibility-control-solution-keep-your-assets-safe-0

"Deliver complete endpoint **visibility and control**"

https://www.tanium.com/products/asset/

"Live **visibility** into your cloud, containerized, virtual, and remote infrastructure"

https://www.rapid7.com/products/insightvm/use-cases/get-visibility-into-your-dynamic-network/



"Deeper **visibility** to secure network access"



"Continuous **visibility** into managed and unmanaged assets on your networks"

https://www.tenable.com/products/nessus/nessus-network-monitor

"Complete Endpoint **Visibility and Control**"

https://www.absolute.com/en

"Unified Endpoint **Visibility** – you can see, track and report on all end user devices from a single dashboard."

https://duo.com/product/endpoint-visibility



Discover all endpoints – on and off the corporate network – with real time **visibility**

https://www-03.ibm.com/security/ca-en/bigfix/



"**Visibility and control** over the entire ecosystem from device to cloud."

https://www.mcafee.com/enterprise/en-us/products/security-management-products.html

"Comprehensive **visibility** into endpoints"

https://www.carbonblack.com/why-cb/actionable-insights/

"Get full **visibility** and manage all endpoints from a single admin console."

https://www.air-watch.com/capabilities/mobile-device-management









# HOW BIG IS THE DEVICE VISIBILITY & CONTROL OPPORTUNITY?

## TAM AT THE TIME OF IPO

**TOTAL IP CONNECTED DEVICES BY CUSTOMER SEGMENT IN 2017[1]**



**LARGE ENTERPRISE AND GOV. IP CONNECTED DEVICES IN 2017**





# $9.8 Billion

## 2017 TOTAL ADDRESSABLE MARKET[2]

**Source:**
1. IDC, Worldwide Business Use Tablet Forecast, 2016–2020; Gartner, Forecast: PCs, Ultramobiles and Mobile Phones, Worldwide, 2014-2020, 3Q16 Update; IDC, Worldwide and U.S. Server Installed Base Forecast 2014-2018; Gartner Forecast: Internet of Things - Endpoints and Associated Services, Worldwide, 2016 - 2021; S&P Global Markets, BMI Research
2. To calculate our TAM, we first derived the total number of addressable devices within organizations worldwide based on independent third-party data, which includes global corporate-managed devices, BYOD devices, and IoT devices that would be found in an enterprise IT environment. We then excluded addressable devices that we believe are attributable to organizations that are currently outside of our core target market. For the purposes of this calculation, we define our core target market as enterprises with annual revenue greater than $500 million and government agencies. Using third-party data, we estimated the ratio of employees in organizations within our core target market to total employees in organizations worldwide. Next, we multiplied this ratio by the total number of addressable devices in organizations worldwide to estimate the total number of addressable devices in our core target market. Finally, we multiplied the total number of addressable devices in our core target market by a conservative assumed average sales price per device.

FORESCOUT.  20

# MULTIPLE VECTORS FOR TAM EXPANSION

**NATURAL GROWTH IN NUMBER OF DEVICES**

**EXPAND ASP THROUGH NEW OFFERINGS**

(ORCHESTRATION)

**ADDRESSING NEW DEVICE TYPES**

(OPERATIONAL TECHNOLOGY & CLOUD)

# OT SUBSTANTIALLY EXPANDS ADDRESSABLE OPPORTUNITY















Manufacturing / Discrete Automation

Building Automation

Food & Beverage

Electric Power Transmission

Electric Power Generation

Electric Power Distribution

Water Management

Oil & Gas / Process Automation

Pharmaceutical / Life Sciences

Chemicals

Maritime / Marine

Defense & Aerospace

**512 million** growing to **860 million**

2017 FORESCOUT ADDRESSABLE OT DEVICES[1]

2019 FORESCOUT ADDRESSABLE OT DEVICES[1]

1 – Gartner Forecast: Internet of Things - Endpoints and Associated Services, Worldwide, 2016 - 2021; S&P Global Markets, BMI Research

FORESCOUT.    22

# ORCHESTRATION HAS EXPANDED AVERAGE ASP SINCE IPO

## AT IPO

**~46 MILLION**

DEVICES UNDER MANAGEMENT

**<9%**

Orchestration product revenue contribution

## TODAY

**~65 MILLION**

DEVICES UNDER MANAGEMENT

**~24%**

Orchestration product revenue contribution

## IMPACT

**~25%**

Extended Module uplift on per device ASP

<)> FORESCOUT.  23

# SIZEABLE INCREASE IN TAM SINCE IPO

## TOTAL IP CONNECTED DEVICES BY CUSTOMER SEGMENT IN 2019[1]



CONSUMER

2,687M

COMMERCIAL & UNADDRESSABLE ENTERPRISE

*Number of devices in 2017*
**12,222M**

**18,339M**

## LARGE ENTERPRISE AND GOV. IP CONNECTED DEVICES IN 2019



DATA CENTER

CLOUD

IOT

OPERATIONAL TECHNOLOGY

CAMPUS MANAGED DEVICES

**2,687M**



# $27 Billion

## NEW 2019 TOTAL ADDRESSABLE MARKET[2]



**x ASP**
PER DEVICE

**1.25x**
INCREASE SINCE IPO

**Source:**
1. IDC, Worldwide Business Use Tablet Forecast, 2016–2020; Gartner, Forecast: PCs, Ultramobiles and Mobile Phones, Worldwide, 2014-2020, 3Q16 Update; IDC, Worldwide and U.S. Server Installed Base Forecast 2014-2018; Gartner Forecast: Internet of Things - Endpoints and Associated Services, Worldwide, 2016 - 2021; S&P Global Markets, BMI Research
2. To calculate our TAM, we first derived the total number of addressable devices within organizations worldwide based on independent third-party data, which includes global corporate-managed devices, BYOD devices, and IoT devices that would be found in an enterprise IT environment. We then excluded addressable devices that we believe are attributable to organizations that are currently outside of our core target market. For the purposes of this calculation, we define our core target market as enterprises with annual revenue greater than $500 million and government agencies. Using third-party data, we estimated the ratio of employees in organizations within our core target market to total employees in organizations worldwide. Next, we multiplied this ratio by the total number of addressable devices in organizations worldwide to estimate the total number of addressable devices in our core target market. Finally, we multiplied the total number of addressable devices in our core target market by a conservative assumed average sales price per device.

 FORESCOUT.  |  24



INVESTOR DAY

# INNOVATING FOR THE FUTURE

**ROB GREER**
Chief Technology Officer

# FORESCOUT IN 2016



## CounterACT

## Extended Modules


**Campus IT**


**Campus IoT**


Data Center


Cloud


OT



# FORESCOUT TODAY







SUPPORT FOR THE EXTENDED ENTERPRISE

 Campus IT

 Campus IoT

 Data Center

 Cloud

 OT

# GET COMPLETE DEVICE VISIBILITY



**eyeSight**

|  | 2016 | Today | The Future |
|---|---|---|---|
|  |  CAMPUS IT · CAMPUS IoT |     CAMPUS IT · CAMPUS IoT · DATA CENTER · CLOUD · OT |    CAMPUS IT · CAMPUS IoT · DATA CENTER · CLOUD · OT |

**Discover** what's connected

**Classify** what it is

**Assess** its security posture

| 2016 | Today | The Future |
|---|---|---|
| "STATIC" FINGERPRINTS | DEVICE CLOUD | AI/ML DRIVEN DEVICE INTELLIGENCE |
| TRADITIONAL CAMPUS PROTOCOLS | OVER 100 PROPRIETARY IT/OT PROTOCOLS | VERTICAL SPECIFIC IoT/OT USE-CASES & CONTENT |
| HARDWARE-CENTRIC LICENSE | SOFTWARE-CENTRIC LICENSE | BOTH ON-PREMISE & CLOUD DEPLOYMENT OPTIONS |
| PERPETUAL | SUBSCRIPTION | |

**Why we win**

**AGENTLESS**          **HETEROGENEOUS**          **SCALE**

# ENFORCE & AUTOMATE POLICY-BASED CONTROLS

FORESCOUT
## eyeControl

eyeSight  >  BETA eyeSegment

eyeControl

eyeExtend

<)**Evaluate** compliance

<)**Enforce** network & host controls

<)**Automate** control actions

| 2016 | Today | The Future |
|---|---|---|
|   CAMPUS IT / CAMPUS IoT |     CAMPUS IT / CAMPUS IoT / DATA CENTER / CLOUD / OT |     CAMPUS IT / CAMPUS IoT / DATA CENTER / CLOUD / OT |
| TRADITIONAL NETWORK CONTROLS | SOFTWARE-DEFINED NETWORK CONTROLS | GOOGLE CLOUD SECURITY GROUP CONTROLS |
| PC/MOBILE-CENTRIC HOST CONTROLS | IOT/OT-CENTRIC HOST CONTROLS | DEEPER INTEGRATION WITH CISCO DNA CENTER & ACI |
| HARD BUNDLED WITH COUNTERACT | AVAILABLE AS AN ADD-ON TO eyeSight | ADVANCED SEGMENTATION FUNCTIONALITY BUILT-OUT AS SEPARATE SAAS PRODUCT |

## Why we win

| POLICY DRIVEN | AUTOMATED | CONTINUOUS |
|---|---|---|

FORESCOUT    30



# AUTOMATE SEGMENTATION WITHOUT BUSINESS DISRUPTION



eyeSegment (beta)

<) **See** what is talking to what

<) **Define** desired network segments

<) **Manage** policy across enforcement points



**Why we'll win**

**UNIFIED SEGMENTATION POLICY**     **RAPID DEPLOYMENT**     **FUTURE-PROOF**

32

# SIGNIFICANT COMPETITIVE MOAT



## HETEROGENOUS

Distinct business model of being fully heterogenous & vendor-agnostic

70+ deep technical integrations and over 100 protocols



## AGENTLESS

Dozens of techniques and 100s of inputs

Intelligent use of passive & active capabilities



## UNIQUE DATA

65M+ devices providing granular network, host and 3rd party data

8M devices in device cloud

# PRODUCT FUTURE FOCUS AREAS

Enabling enterprise-wide Zero Trust Networking

Cloud-first on future products

Verticalized IoT & OT use-cases



Leveraging data from existing deployments





Deepening & expanding orchestration



INVESTOR DAY

# POWERFUL FINANCIAL MODEL



## CRISS HARMS
### Chief Financial Officer

# HITTING OUR STRIDE WITH GROWTH & LEVERAGE









Note: All figures are non-GAAP, except Revenue

# EXCEEDING OUR COMMITMENTS



**2018 Revenue Guidance Progression**

**2018 Op Loss Margin Guidance Progression**

# GLOBAL 2000 & GOVERNMENT HAVE DRIVEN REVENUE GROWTH



**~3,300** CUSTOMERS

Other        Global 2000 & Government

INCLUDES **21%** OF GLOBAL 2000

Revenue

$168M

$224M

$298M

69%

65%

72%

31%

35%

28%

2018

2016        2017        2018

FORESCOUT    38

# CUSTOMER EXPANSION FACTOR IS SIZABLE… AND  ACCELERATING!

## Top 20 Customers Expand Factor Median



IPO (Q2 '17)   2017   2018

40.8x

11.0x

22.7x

IPO (Q2'17)   2017   2018

## Top 20 Customers Expansion Factor Weighted Average



IPO (Q2 '17)   2017   2018

11.6x

4.5x

6.1x

IPO (Q2'17)   2017   2018

## Top 20 Customers Life Time to Value



$87M+
TOP CUSTOMER

$10M+
20TH CUSTOMER

COMPRISED OF CUSTOMERS ACROSS:
Government, Financial, Healthcare, Manufacturing, Technology & Entertainment

$15.6M
TOP 20 MEDIAN

$24.4M
TOP 20 AVERAGE

# WINNING MARKET LEADERS ACROSS DIVERSE VERTICALS

**~3,300** Total Customers



**11/14** Civilian Cabinets within the US Federal Government



**11/15** Top Financial Institutions



**3/11** Top Healthcare Companies



**3/9** Top Technology Companies



**5/10** Top Manufacturing Companies



**5/11** Top Energy Companies

# A DIVERSIFYING CUSTOMER BASE ACROSS VERTICALS

**2017 Revenue**

Includes landing our 5th of the Top 11 Energy customers

Includes landing our 4th of the Top 10 Manufacturing customers

Includes landing our 8th & 9th of the Top 15 Financial Services customers

3% 1% 5% 5%

**2018 Revenue**

Includes landing our 3rd of the Top 11 Healthcare customers

Includes landing our 5th of the Top 10 Manufacturing customers

Includes landing our 10th & 11th of the Top 15 Financial Services customers

3% 2% 1% 3% 7%

 Financial Services & Government

 Healthcare

 Manufacturing

 Technology

 Services

 Entertainment

 Energy

 Retail

 Education

 Other

# A DIVERSIFYING CUSTOMER BASE ACROSS GEOGRAPHIES



# DIVERSIFYING LICENSE REVENUE

## & continuing Margin Uplift



# REVENUE MODEL JOURNEY

| Historically | Q1 2018 | Today | Next | Future |
|---|---|---|---|---|
| Unit Licensing | Centralized Licensing (Flexx Licensing) | Centralized Licensing (Flexx Licensing) | + Cloud Delivered SaaS Offerings | + Cloud Delivered SaaS Offerings of eyeSight, eyeControl & eyeExtend |
| Appliances (Physical & Virtual) | Separated HW from SW | Perpetual + Subscription (Term Based Licensing) | | |
| Customer CapEx Option | Customer CapEx Option | Customer CapEx & OPEX options | | |
| GAAP Revenue Reported as: | GAAP Revenue Reported as: | GAAP Revenue Reported as: | Non-GAAP Revenue Reported as: | |
| Product | Product | License | Recurring | |
| Maintenance & Professional Services | Maintenance & Professional Services | Subscription | Non-Recurring | |
| | | Professional Services | | |

# SHAPING OUR REVENUE MODEL & REPORTING FOR THE FUTURE





# CONSISTENT GROWTH WITH MEASURED INVESTMENTS

| | 2016 | 2017 | 2018 | 2019 Guidance[2] | Medium Term Model | Long Term Target |
|---|---|---|---|---|---|---|
| Annual Revenue Growth | 33%[1] | 34% | 33% | 24% | | |
| Gross Margin | 72% | 75% | 78% | | 78 – 80% | 82 – 84% |

Reflects SaaS Revenue Mix

Operating Expenses:

| | 2016 | 2017 | 2018 | 2019 Guidance[2] | Medium Term Model | Long Term Target |
|---|---|---|---|---|---|---|
| R&D | 17% | 18% | 17% | | 16 – 17% | 14 – 16% |
| S&M | 66% | 58% | 53% | | 40 – 43% | 35 – 37% |
| G&A | 15% | 14% | 13% | | 11 – 12% | 8 – 10% |
| Non-GAAP Operating Income / (Loss) | (27%) | (15%) | (5%) | (4%) | 5 – 10% | 22 – 25% |
| Free Cash Flow | FCF - | FCF - | FCF + | FCF + | FCF + | FCF + |

Sales Efficiency & Channel Reach

[1] 2016 Y/Y growth based on 2015 revenue under ASC 605

[2] At the mid-point