# EXHIBIT 14



| | |
|---|---|
| **Company:** | FORESCOUT TECHNOLOGIES, INC |
| **Document:** | 8-K (Items: 2.02, 9.01) · 02/06/2020 |
| **Section:** | Entire Document |
| **File Number:** | 001-38253 |
| **Pages:** | 1 |

5/27/2020 2:59:24 PM

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of**
**The Securities Exchange Act of 1934**
**Date of Report (Date of earliest event reported):**
**February 6, 2020**

# FORESCOUT TECHNOLOGIES, INC.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-38253 | 51-0406800 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**190 West Tasman Drive**
**San Jose, California 95134**
**(Address of principal executive offices, including zip code)**

**(408) 213-3191**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report.)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | FSCT | The NASDAQ Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On February 6, 2020, Forescout Technologies, Inc. issued a press release announcing its financial results for the fourth quarter and full fiscal year ended December 31, 2019. A copy of the press release is furnished herewith as Exhibit 99.1 and is incorporated herein by reference.

The information set forth under this Item 2.02, and the accompanying Exhibit 99.1, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such a filing, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release dated February 6, 2020 |
| 104 | Cover Page Interactive Data File (cover page XBRL tags embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**FORESCOUT TECHNOLOGIES, INC.**

Date: February 6, 2020                    By: /s/ Darren J. Milliken

Darren J. Milliken
Senior Vice President, General Counsel, Corporate Secretary and Chief Compliance Officer

**Exhibit 99.1**



**Investor Relations Contact:**  **Media Relations Contact:**
Michelle Spolver    Katie Beck
408-721-5884    650-314-8705
michelle.spolver@forescout.com    katie.beck@forescout.com

### Forescout Technologies Reports Fourth Quarter and Full Year 2019 Financial Results

- *Fourth Quarter Revenue of $91.3 million, compared to $84.7 million in the fourth quarter of 2018; Full Year Revenue of $336.8 million, compared to $297.7 million in the full year 2019*
- *Term-based license contracts represented 21% of fourth quarter license revenue and 13% of full year license revenue*
- *Announces agreement to be acquired by Advent International for $1.9 billion in cash*
- *Cancels conference call in light of pending transaction*

**SAN JOSE, Calif., February 6, 2020** – Forescout Technologies, Inc. (NASDAQ:FSCT), the leader in device visibility and control, today announced results for its fourth quarter and full year ended December 31, 2019.

"Our results for the fourth quarter reflect strength across many parts of the business as we continue to see strong demand for device control and visibility across all segments of the market," said Michael DeCesare, CEO and President of Forescout Technologies. "We expanded our market footprint with the addition of 160 new logos and 3.2 million new devices under management and we are making progress toward our transition to a more ratable revenue model, as demonstrated by a greater mix of term-based license contracts and strong initial results for eyeSegment, our first software as a service product. We continued to face macro and execution challenges in EMEA, however, we are taking steps to improve those variables that are within our control. Finally, we are excited about the transaction we announced today with Advent International, which positions us for long-term success in the large and growing market for device visibility and control."

**Fourth Quarter 2019 Financial Highlights**
- Revenue: Total revenue was $91.3 million, an increase of 8% over the fourth quarter of 2018
  - License revenue was $48.4 million, an increase of 2% over the fourth quarter of 2018
    - License revenue included $6.6 million in one-year term-based license subscription contracts
  - Subscription revenue was $37.6 million, an increase of 14% over the fourth quarter of 2018
  - Professional Services revenue was $5.3 million, an increase of 23% over the fourth quarter of 2018
- Gross Profit: GAAP gross profit was $70.3 million, or 77% of total revenue, compared to $67.2 million in the fourth quarter of 2018, or 79% of total revenue. Non-GAAP gross profit was $71.9 million, or 79% of total revenue, compared to $68.4 million in the fourth quarter of 2018, or 81% of total revenue.
- Operating Loss: GAAP operating loss was $19.6 million, or 21% of total revenue, compared to a loss of $17.2 million in the fourth quarter of 2018, or 20% of total revenue. Non-GAAP operating loss was $3.8 million, or 4% of total revenue, compared to Non-GAAP operating income of $0.2 million in the fourth quarter of 2018, or 0% of total revenue.
- Net Loss: GAAP net loss was $20.0 million, or $0.42 per share, compared to $17.9 million in the fourth quarter of 2018, or $0.42 per share. Non-GAAP net loss was $4.4 million, or $0.09 per share, based on 47.5 million weighted average diluted shares outstanding, compared to a Non-GAAP net loss of $0.4 million in the fourth quarter of 2018, or $0.01 per share, based on 43.0 million weighted average diluted shares outstanding.

**FORESCOUT**

- Cash Flow: Net cash provided by operating activities was $10.2 million, or 11% of total revenue, compared to net cash provided by operating activities of $6.1 million in the fourth quarter of 2018, or 7% of total revenue. Free cash flow was positive $8.0 million, or 9% of total revenue, compared to positive $5.2 million in the fourth quarter of 2018, or 6% of total revenue.

**Full Year 2019 Financial Highlights**

- Revenue: Total revenue was $336.8 million, an increase of 13% over the full year 2018.
- Operating Loss: GAAP operating loss was $101.2 million, or 30% of total revenue, compared to $73.5 million in the full year 2018, or 25% of total revenue. Non-GAAP operating loss was $37.8 million or 11% of total revenue, compared to a loss of $16.1 million in the full year 2018, or 5% of total revenue.
- Net Loss: GAAP net loss was $118.5 million, or $2.58 per share, compared to $74.8 million in the full year 2018, or $1.83 per share. Non-GAAP net loss was $38.4 million, or $0.84 per share, compared to a loss of $17.4 million in the full year 2018, or $0.42 per share.
- Cash Flow: Net cash used in operating activities was $22.5 million, compared to net cash provided by operating activities of $13.5 million in the full year 2018. Free cash flow was negative $30.3 million, or 9% of total revenue, compared to positive $5.9 million in the full year 2018, or 2% of total revenue.

A reconciliation of GAAP to non-GAAP financial measures is provided in the financial statement tables included in this press release. An explanation of these measures is also included under the heading "Non-GAAP Financial Measures."

**Transaction with Advent International**

In a separate press release issued today, Forescout announced that it has entered into an agreement to be acquired by Advent International for $1.9 billion in cash, or $33.00 per share. Advent will be joined by Crosspoint Capital Partners, a private equity investment firm focused on the cybersecurity and privacy industries, as a co-investor and advisor. The transaction is expected to close in the second calendar quarter of 2020, subject to customary closing conditions, including approval by Forescout shareholders and receipt of regulatory approvals. Upon completion of the transaction, Forescout will become a private company and its common stock will no longer be listed on any public market.

**Cancellation of Conference Call and Suspension of Guidance**

In light of the announced transaction with Advent International, the Company has cancelled its fourth quarter and full year 2019 earnings conference call, previously scheduled to be held today at 1:30 p.m. Pacific time. In addition, the Company is suspending financial guidance for the first quarter and full year 2020 as a result of the pending transaction.

©2020 Forescout Technologies, Inc. All rights reserved. Forescout Technologies, Inc. is a Delaware corporation. A list of our trademarks and patents can be found at https://www.Forescout.com/company/legal/intellectual-property-patents-trademarks. Other brands, products, or service names may be trademarks or service marks of their respective owners.



**FSCT - F**

**Forward Looking Statements**

This press release contains forward-looking statements that involve risks and uncertainties, including statements regarding our pending acquisition by Advent International, including expected timing of the closing of the transaction; statements about our business model transition; and statements regarding our prospects and the markets in which we compete and our position in those markets. These forward-looking statements involve risks and uncertainties. If any of these risks or uncertainties materialize, or if any of our assumptions prove incorrect, our actual results could differ materially from the results expressed or implied by these forward-looking statements. These risks and uncertainties include risks associated with: the risk that the conditions to the closing of the transaction are not satisfied, including the risk that required approvals from the stockholders of the Company for the transaction or required regulatory approvals are not obtained; potential litigation relating to the transaction; uncertainties as to the timing of the consummation of the transaction and the ability of each party to consummate the transaction; risks that the proposed transaction disrupts the current plans and operations of the Company; the evolution of the cyberthreat landscape facing enterprises in the United States and other countries; developments and trends in the domestic and international markets for network security products; our plans to attract new customers, retain existing customers and increase our annual revenue; the development and profitability of our business model, including risks associated with the transition of our licensing model toward term-based licenses and delays or changes in the transition; risks associated with large agreements, including the length of the sales cycle and lack of predictability in the timing of the closing; the development and delivery of new products; our plans and expectations regarding software-as-a-service offerings; our ability to execute on, integrate, and realize the benefits of any acquisition; fluctuations in our quarterly results of operations and other operating measures; increasing competition; general economic, market and business conditions and the risks described in the filings we make with the Securities and Exchange Commission from time to time, including the risks described under the headings "Risk Factors" and "Management Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K, which was filed with the Securities and Exchange Commission on March 1, 2019, and which should be read in conjunction with our financial results and forward-looking statements, and is available on the SEC filings section of the Investor Relations page of our website at https://investors.Forescout.com. Additional information will also be set forth in Forescout's Annual Report on Form 10-K for the fiscal year ended December 31, 2019. All forward-looking statements in this press release are based on information available to us as of the date hereof, and we do not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made, except as required by law.



**Non-GAAP Financial Measures**

Forescout has provided in this press release financial information that has not been prepared in accordance with generally accepted accounting principles in the United States (GAAP). Forescout uses these non-GAAP financial measures internally in analyzing its financial results and believes that use of these non-GAAP financial measures is useful to investors as an additional tool to evaluate ongoing operating results and trends and in comparing Forescout's financial results with other companies in its industry, many of which present similar non-GAAP financial measures.

Non-GAAP financial measures are not meant to be considered in isolation or as a substitute for comparable GAAP financial measures and should be read only in conjunction with Forescout's consolidated financial statements prepared in accordance with GAAP. A reconciliation of Forescout's historical non-GAAP financial measures to the most directly comparable GAAP measures has been provided in the financial statement tables included in this press release, and investors are encouraged to review the reconciliation.

Non-GAAP Gross Profit. Forescout defines non-GAAP gross profit as gross profit plus stock-based compensation expense, acquisition-related expenses, and amortization of acquired intangible assets.

Non-GAAP Operating Expense. Forescout defines non-GAAP operating expense as operating expense excluding stock-based compensation expense, acquisition-related expenses, and amortization of acquired intangible assets.

Non-GAAP Operating Income (Loss). Forescout defines non-GAAP operating income (loss) as operating income (loss) excluding stock-based compensation expense, acquisition-related expenses, and amortization of acquired intangible assets.

Non-GAAP Net Loss. Forescout defines non-GAAP net loss as net loss excluding stock-based compensation expense, acquisition-related expenses, amortization of acquired intangible assets, and tax effect of non-GAAP adjustments.

Non-GAAP Net Loss Per Share. Forescout defines non-GAAP net loss per share as non-GAAP net loss divided by the weighted average diluted shares outstanding.

Free Cash Flow. Forescout defines free cash flow as net cash provided by (used in) operating activities less purchases of property and equipment. Forescout defines free cash flow margin as free cash flow as a percentage of total revenue. Forescout considers free cash flow and free cash flow margin to be profitability and liquidity measures that provide useful information to management and investors about the amount of cash generated by the business that, after the purchases of property and equipment, can be used for strategic opportunities, including investing in our business, making strategic acquisitions, and strengthening our balance sheet.

 **FORESCOUT**

**FORESCOUT TECHNOLOGIES, INC.**
**CONSOLIDATED BALANCE SHEETS**
**(Unaudited, in thousands)**

| | December 31, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 69,030 | $ | 66,895 |
| Marketable securities | | 29,181 | | 47,632 |
| Accounts receivable | | 84,168 | | 79,255 |
| Inventory | | 372 | | 1,501 |
| Deferred commissions - current | | 12,843 | | 12,543 |
| Prepaid expenses and other current assets | | 17,024 | | 13,353 |
| Total current assets | | 212,618 | | 221,179 |
| Deferred commissions - non-current | | 23,036 | | 22,831 |
| Property and equipment, net | | 23,835 | | 24,349 |
| Operating lease right-of-use assets | | 29,626 | | — |
| Restricted cash - non current | | 1,555 | | 1,266 |
| Intangible assets, net | | 19,367 | | 19,002 |
| Goodwill | | 98,018 | | 92,482 |
| Other assets | | 8,172 | | 7,369 |
| Total assets | $ | 416,227 | $ | 388,478 |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 10,692 | $ | 12,118 |
| Accrued compensation | | 34,007 | | 32,649 |
| Accrued expenses | | 16,279 | | 14,558 |
| Deferred revenue - current | | 112,232 | | 101,900 |
| Notes payable - current | | 8,248 | | 7,331 |
| Operating lease liabilities - current | | 5,840 | | — |
| Total current liabilities | | 187,298 | | 168,556 |
| Deferred revenue - non-current | | 75,366 | | 69,618 |
| Notes payable - non-current | | — | | 8,248 |
| Operating lease liabilities - non-current | | 32,125 | | — |
| Other liabilities | | 23,893 | | 14,335 |
| Total liabilities | | 318,682 | | 260,757 |
| Stockholders' equity: | | | | |
| Common stock | | 48 | | 43 |
| Additional paid-in capital | | 727,922 | | 639,237 |
| Accumulated other comprehensive loss | | (633) | | (302) |
| Accumulated deficit | | (629,792) | | (511,257) |
| Total stockholders' equity | | 97,545 | | 127,721 |
| Total liabilities and stockholders' equity | $ | 416,227 | $ | 388,478 |



**FORESCOUT TECHNOLOGIES, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited, in thousands, except per share amounts)**

|  | Three Months Ended December 31, | | Year Ended December 31, | |
|  | 2019 | 2018 | 2019 | 2018 |
|---|---|---|---|---|
| Revenue: | | | | |
| License | $ 48,401 | $ 47,482 | $ 175,115 | $ 162,667 |
| Subscription | 37,586 | 32,888 | 142,777 | 118,572 |
| Maintenance and professional services | 5,344 | 4,362 | 18,909 | 16,412 |
| Total revenue | 91,331 | 84,732 | 336,801 | 297,651 |
| Cost of revenue: | | | | |
| License | 8,180 | 6,852 | 31,301 | 27,854 |
| Subscription | 5,795 | 4,613 | 21,977 | 16,215 |
| Maintenance and professional services | 7,050 | 6,021 | 25,900 | 23,813 |
| Total cost of revenue | 21,025 | 17,486 | 79,178 | 67,882 |
| Total gross profit | 70,306 | 67,246 | 257,623 | 229,769 |
| Operating expenses: | | | | |
| Research and development | 24,302 | 17,161 | 82,795 | 61,713 |
| Sales and marketing | 49,915 | 50,464 | 213,046 | 183,880 |
| General and administrative | 15,649 | 16,849 | 63,018 | 57,721 |
| Total operating expenses | 89,866 | 84,474 | 358,859 | 303,314 |
| Loss from operations | (19,560) | (17,228) | (101,236) | (73,545) |
| Interest expense | (105) | (237) | (496) | (913) |
| Other income, net | 422 | 527 | 1,918 | 2,567 |
| Loss before income taxes | (19,243) | (16,938) | (99,814) | (71,891) |
| Income tax provision | 767 | 1,010 | 18,721 | 2,945 |
| Net loss | $ (20,010) | $ (17,948) | $ (118,535) | $ (74,836) |
| Net loss per share, basic and diluted | $ (0.42) | $ (0.42) | $ (2.58) | $ (1.83) |
| Weighted-average shares used to compute net loss per share, basic and diluted | 47,511 | 43,016 | 45,957 | 40,980 |



**FORESCOUT TECHNOLOGIES, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited, in thousands)

| | Year Ended December 31, | |
|---|---|---|
| | **2019** | **2018** |
| **Cash flows from operating activities** | | |
| Net loss | $    (118,535) | $    (74,836) |
| **Adjustments to reconcile net loss to net cash provided by (used in) operating activities** | | |
| Stock-based compensation | 55,450 | 53,497 |
| Depreciation and amortization | 11,912 | 8,003 |
| Other | 38 | 461 |
| **Changes in operating assets and liabilities, net of business acquisition** | | |
| Accounts receivable | (5,220) | (10,899) |
| Inventory | 1,129 | 2,168 |
| Deferred commissions | (506) | (2,621) |
| Prepaid expenses and other current assets | (2,289) | (3,084) |
| Other assets | (188) | (3,543) |
| Accounts payable | (1,239) | 4,632 |
| Accrued compensation | 1,370 | 7,057 |
| Accrued expenses | 3,415 | 2,667 |
| Deferred revenue | 15,939 | 30,366 |
| Other liabilities | 16,200 | (379) |
| **Net cash (used in) provided by operating activities** | (22,524) | 13,489 |
| **Cash flows from investing activities** | | |
| Purchases of property and equipment | (7,760) | (7,628) |
| Purchases of marketable securities | (63,569) | (54,530) |
| Proceeds from maturities of marketable securities | 82,345 | 130,633 |
| Business acquisition, net of cash acquired | (10,271) | (105,425) |
| **Net cash provided by (used in) investing activities** | 745 | (36,950) |
| **Cash flows from financing activities** | | |
| Repayments of notes payable | (7,500) | (7,500) |
| Proceeds from sales of shares through employee equity incentive plans | 36,380 | 31,790 |
| Payment related to shares withheld for taxes on vesting of restricted stock units | (4,538) | (11,443) |
| Payments of deferred offering costs | — | (1,542) |
| Proceeds from public offering, net of underwriting discounts and commissions | — | 13,818 |
| Others | 20 | — |
| **Net cash provided by financing activities** | 24,362 | 25,123 |
| Effect of exchange rate changes on cash and cash equivalents | (4) | (7) |
| **Net change in cash, cash equivalents, and restricted cash for period** | 2,579 | 1,655 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 69,012 | 67,357 |
| **Cash, cash equivalents, and restricted cash at end of period** | $    71,591 | $    69,012 |



**FORESCOUT TECHNOLOGIES, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP MEASURES**
**(Unaudited, in thousands, except per share amounts)**

| | Three Months Ended December 31, | | | | Year Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2019 | | 2018 |
| GAAP gross profit | $ | 70,306 | $ | 67,246 | $ | 257,623 | $ | 229,769 |
| Add: | | | | | | | | |
| Stock-based compensation expense | | 1,076 | | 883 | | 3,927 | | 3,268 |
| Acquisition-related expenses | | 6 | | 16 | | 50 | | 16 |
| Amortization of acquired intangible assets | | 471 | | 280 | | 1,875 | | 280 |
| Non-GAAP gross profit | $ | 71,859 | $ | 68,425 | $ | 263,475 | $ | 233,333 |
| GAAP operating expense: | $ | 89,866 | $ | 84,474 | $ | 358,859 | $ | 303,314 |
| Less: | | | | | | | | |
| Stock-based compensation expense | | 12,659 | | 13,070 | | 51,523 | | 50,229 |
| Acquisition-related expenses | | 957 | | 3,000 | | 4,623 | | 3,481 |
| Amortization of acquired intangible assets | | 544 | | 183 | | 1,459 | | 183 |
| Non-GAAP operating expense | $ | 75,706 | $ | 68,221 | $ | 301,254 | $ | 249,421 |
| GAAP operating loss | $ | (19,560) | $ | (17,228) | $ | (101,236) | $ | (73,545) |
| Add: | | | | | | | | |
| Stock-based compensation expense | | 13,735 | | 13,953 | | 55,450 | | 53,497 |
| Acquisition-related expenses | | 963 | | 3,016 | | 4,673 | | 3,497 |
| Amortization of acquired intangible assets | | 1,015 | | 463 | | 3,334 | | 463 |
| Non-GAAP operating (loss) income | $ | (3,847) | $ | 204 | $ | (37,779) | $ | (16,088) |
| GAAP net loss | $ | (20,010) | $ | (17,948) | $ | (118,535) | $ | (74,836) |
| Add: | | | | | | | | |
| Stock-based compensation expense | | 13,735 | | 13,953 | | 55,450 | | 53,497 |
| Acquisition-related expenses | | 963 | | 3,016 | | 4,673 | | 3,497 |
| Amortization of acquired intangible assets | | 1,015 | | 463 | | 3,334 | | 463 |
| Tax effect of non-GAAP adjustments | | (68) | | 104 | | 16,682 | | (27) |
| Non-GAAP net loss | $ | (4,365) | $ | (412) | $ | (38,396) | $ | (17,406) |
| Non-GAAP net loss per share, diluted | $ | (0.09) | $ | (0.01) | $ | (0.84) | $ | (0.42) |
| Weighted-average shares used in per share calculation for GAAP and non-GAAP, diluted | | 47,511 | | 43,016 | | 45,957 | | 40,980 |

<) FORESCOUT

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Net cash provided by (used in) operating activities | $ 10,164 | $ 6,097 | $ (22,524) | $ 13,489 |
| Less: | | | | |
| Net purchases of property and equipment | (2,149) | (862) | (7,760) | (7,628) |
| Free cash flow (non-GAAP) | $ 8,015 | $ 5,235 | $ (30,284) | $ 5,861 |
| Net cash used in investing activities | $ (3,420) | $ (72,704) | $ 745 | $ (36,950) |
| Net cash provided by financing activities | $ 7,149 | $ 4,551 | $ 24,362 | $ 25,123 |
| Free cash flow margin (non-GAAP) | 9% | 6% | (9)% | 2% |