# EXHIBIT 18



| Company: | FORESCOUT TECHNOLOGIES, INC |
|---|---|
| Document: | 10-Q (Q1 2020) · 05/11/2020 |
| Section: | Entire Document |
| File Number: | 001-38253 |
| Pages: | 37 |

6/22/2021 9:06:26 AM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

--------------

# FORM 10-Q

--------------

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended March 31, 2020**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
**Commission File Number 001-38253**

--------------

# FORESCOUT TECHNOLOGIES, INC.
**(Exact name of registrant as specified in its charter)**

--------------

| **Delaware** | **51-0406800** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**190 West Tasman Drive**

**San Jose   California   95134**

**(Address of principal executive offices, including zip code)**
**(408) 213-3191**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.001 per share | FSCT | The NASDAQ Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ Accelerated filer | ☐ |
|---|---|---|
| Non-accelerated filer | ☐ Smaller reporting company | ☐ |
| | Emerging growth company | ☐ |
| | If an emerging growth company, indicate by checkmark if the registrant has not elected to use the extended transition period for complying with any new or revised financial accounting standards providing pursuant to Section 7(a)(2)(B) of the Securities Act | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The number of shares outstanding of the registrant's common stock as of May 1, 2020 was 49,264,795.

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I - FINANCIAL INFORMATION** | | 6 |
| Item 1. | Financial Statements | 6 |
| | Condensed Consolidated Balance Sheets as of March 31,2020 and December 31, 2019 | 6 |
| | Condensed Consolidated Statements of Operations for the Three Months Ended March 31, 2020 and 2019 | 7 |
| | Condensed Consolidated Statements of Comprehensive Loss for the Three Months Ended March 31, 2020 and 2019 | 8 |
| | Condensed Consolidated Statements of Stockholders' Equity for the Three Months Ended March 31, 2020 and 2019 | 9 |
| | Condensed Consolidated Statements of Cash Flows for the Three Months Ended March 31, 2020 and 2019 | 10 |
| | Notes to Condensed Consolidated Financial Statements | 11 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 19 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 32 |
| Item 4. | Controls and Procedures | 32 |
| **PART II - OTHER INFORMATION** | | 34 |
| Item 1. | Legal Proceedings | 34 |
| Item 1A. | Risk Factors | 34 |
| Item 6. | Exhibits | 35 |
| | Signatures | |

2

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which statements involve substantial risks and uncertainties. Forward-looking statements generally relate to future events or our future financial or operating performance. In some cases, you can identify forward-looking statements because they contain words such as "may," "will," "should," "would," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these words or other similar terms or expressions that concern our expectations, strategy, plans or intentions. Forward-looking statements contained in this Quarterly Report on Form 10-Q include, but are not limited to, statements about:

- the merger agreement and our proposed acquisition by entities affiliated with Advent International Corporation ("Advent");

- the effect of the COVID-19 pandemic and related actions by individuals, governments, and private industry on our business, markets, and the economy

- the evolution of the cyberthreat landscape facing enterprises in the United States and other countries;

- developments and trends in the domestic and international markets for network security products and related services;

- our expectations regarding the size of our target market;

- our ability to educate prospective end-customers about our technical capabilities and the use and benefits of our products, and to achieve increased market acceptance of our solution;

- our beliefs and objectives regarding our prospects and our future results of operations and financial condition;

- the effects of increased competition in our target markets and our ability to compete effectively;

- our business plan and our ability to manage our growth effectively;

- our investment in our sales force and our expectations concerning the productivity and efficiency of our expanding sales force as our sales representatives become more seasoned;

- our growth strategy to maintain and extend our technology leadership, expand and diversify our end-customer base, deepen our existing end-customer relationships, and attract and retain highly skilled security professionals;

- our ability to enhance our existing products and technologies and develop or acquire new products and technologies;

- our plans to attract new end-customers, retain existing end-customers, and increase our annual revenue;

- our expectations concerning renewal rates of Software Products subscription contracts and support and maintenance contracts (collectively known as "term contracts") with end-customers;

- our plans to expand our international operations;

- our expectations regarding future acquisitions of, or investments in, complementary companies, services, or technologies;

- our ability to continue to generate a significant portion of our revenue from public sector customers;

- the effects on our business of evolving information security and data privacy laws and regulations, government export or import controls and any failure to comply with the U.S. Foreign Corrupt Practices Act and similar laws;

- our ability to maintain, protect, and enhance our brand and intellectual property;

- fluctuations in our quarterly results of operations and other operating measures (including developments and volatility arising from COVID-19 and customer uncertainty related to the acquisition);

- our expectations regarding changes in our cost of revenue, gross margins, and operating costs and expenses;

- our expectations regarding the portions of our revenue represented by license revenue, subscription revenue, and professional services revenue;

- our expectations concerning the impact on our results of operations of development of our distribution programs and sales through our channel partners;

- our expectations of material future costs related to restructuring plans;

- the impact on our revenue, gross margin, and profitability of future investments in the enhancement of Forescout eyeSight, Forescout eyeControl, Forescout eyeExtend, SilentDefense, and SilentDefense Command Center, and expansion of our sales and marketing programs;

- the impact of the Tax Cuts and Jobs Act on our business;

- our ability to successfully acquire and integrate companies and assets;

- sufficiency of our existing liquidity sources to meet our cash needs; and

- our potential use of foreign exchange forward contracts to hedge our foreign currency risk and our general use of our foreign currency.

We caution you that the foregoing list may not contain all of the forward-looking statements made in this Quarterly Report on Form 10-Q.

You should not rely upon forward-looking statements as predictions of future events. We have based the forward-looking statements contained in this Quarterly Report on Form 10-Q primarily on our current expectations and projections about future events and trends that we believe may affect our business, financial condition, operating results, cash flows, or prospects. The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors, including, but not limited to, those described in the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q and, in particular, the risks discussed in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and in Part II, Item 1A of this Quarterly Report on Form 10-Q and those discussed in other documents we file with the SEC. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Quarterly Report on Form 10-Q. We cannot assure you that the results, events and circumstances reflected in the forward-looking statements will be achieved or occur, and actual results, events or circumstances could differ materially from those described in the forward-looking statements.

The forward-looking statements made in this Quarterly Report on Form 10-Q relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Quarterly Report on Form 10-Q to reflect events or circumstances after the date of this Quarterly Report on Form 10-Q or to reflect new information, or the occurrence of unanticipated events, except as required by law. We may not actually achieve the plans, intentions, or expectations disclosed in our forward-looking statements. You should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures, or investments we may make.

**FORESCOUT TECHNOLOGIES, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited, in thousands, except per share amounts)**

| | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2020 | | 2019 |
| Revenue: | | | | |
| License | $ | 14,799 | $ | 37,680 |
| Subscription | | 37,526 | | 33,799 |
| Professional services | | 4,828 | | 4,089 |
| Total revenue | | 57,153 | | 75,568 |
| Cost of revenue: | | | | |
| License | | 5,419 | | 7,607 |
| Subscription | | 7,013 | | 5,207 |
| Professional services | | 7,165 | | 6,186 |
| Total cost of revenue | | 19,597 | | 19,000 |
| Total gross profit | | 37,556 | | 56,568 |
| Operating expenses: | | | | |
| Research and development | | 23,246 | | 18,497 |
| Sales and marketing | | 47,288 | | 55,923 |
| General and administrative | | 24,481 | | 16,213 |
| Restructuring | | 2,512 | | - |
| Total operating expenses | | 97,527 | | 90,633 |
| Loss from operations | | (59,971) | | (34,065) |
| Interest expense | | (235) | | (93) |
| Other (expense) income, net | | (601) | | 617 |
| Loss before income taxes | | (60,807) | | (33,541) |
| Income tax provision | | 432 | | 711 |
| Net loss | $ | (61,239) | $ | (34,252) |
| Net loss per share, basic and diluted | $ | (1.26) | $ | (0.78) |
| Weighted-average shares used to compute net loss per share, basic and diluted | | 48,593 | | 44,196 |

*See Notes to Condensed Consolidated Financial Statements.*

7

**Note 2.**
**Revenue, Deferred Revenue and Deferred Commissions**

*Disaggregation of Revenue*

The Company derives revenue from sale of Software Products, Hardware Products, term contracts, and professional services. All revenue recognized in the condensed consolidated statements of operations is considered to be revenue from contracts with customers.
The following table depicts the disaggregation of revenue according to revenue type and is consistent with how the Company evaluates its financial performance (in thousands):

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Revenue: | | |
| License | | |
| Software Products | | |
| Perpetual license | $ 9,359 | $ 25,759 |
| Term license | 653 | 324 |
| Hardware Products | 4,787 | 11,597 |
| Subscription | | |
| Software as a service ("SaaS") | 126 | - |
| Support and maintenance | 37,400 | 33,799 |
| Professional services | 4,828 | 4,089 |
| Total revenue | $ 57,153 | $ 75,568 |

*License Revenue*

License revenue consists of sales of Software Products and Hardware Products. Software Products are sold with either a perpetual license or a term license. License revenue includes the value allocated to license within Software Products subscription contracts. License revenue is recognized at the time of transfer of control, which is generally upon delivery of access to software downloads or shipment, provided that all other revenue recognition criteria have been met.

*Subscription Revenue*

Subscription revenue is derived from support and maintenance contracts, the value allocated to support and maintenance within Software Products subscription contracts, and software-as-a-service ("SaaS") offering contracts. SaaS customers do not have the right to take possession of the cloud-based software. Subscription contracts have terms that are generally either one or three years, but can be up to five years. Subscription revenue is recognized ratably over the term of the contract and any unearned subscription revenue is included in deferred revenue.

*Professional Services Revenue*

Professional services revenue is derived primarily from customer fees for optional installation of the Company's products or training. Generally, the Company recognizes revenue for professional services as the services are rendered.

**Revenue from Contracts with Customers**

*Contract Assets and Contract Liabilities*

A contract asset is a right to consideration in exchange for products or services that the Company has transferred to a customer when that right is conditional and is not just subject to the passage of time. The Company's payment terms typically range between 30 to 90 days. The Company has no material contract assets. A contract liability is an obligation to transfer products or services for which the Company has received consideration, or for which an amount of consideration is due from the customer. Contract liabilities include customer deposits under non-cancelable contracts included in accrued expenses, and current and non-current deferred revenue balances. The Company's contract balances are reported in a net contract asset or liability position on a contract-by-contract basis at the end of each reporting period.

Significant changes in contract liabilities during the periods presented are as follows (in thousands):

14

| | March 31, 2020 | | | | | |
| | Less Than 12 Months | | Greater Than 12 Months | | Total | |
| | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss |
|---|---|---|---|---|---|---|
| Corporate debt securities | $ 8,058 | $ (8) | $ - | $ - | $ 8,058 | $ (8) |
| Total | $ 8,058 | $ (8) | $ - | $ - | $ 8,058 | $ (8) |

Unrealized losses related to these marketable securities were immaterial. The effect of COVID-19 on our impairment assessment requires significant judgment due to the uncertainty around the impact. The Company does not intend to sell and it is not likely that the Company would be required to sell these marketable securities before recovery of their amortized cost basis, which may be at maturity.

**Note 5.**
**Restructuring**

*Q1 2020 Restructuring Plan*

In the first quarter of fiscal year 2020, the Company initiated a restructuring plan (the "Q1 2020 Restructuring Plan") as part of the Company's effort to realign its cost structure in both its go-to-market and engineering organizations. The Q1 2020 Restructuring Plan included reduction in force of approximately 90 employees within the sales, marketing, and engineering functions and was largely completed by March 31, 2020 with no material future costs expected to be incurred.

The following table summarizes the activity related to the accrual for restructuring charges (in thousands):

| | Workforce Reduction Cost |
|---|---|
| Accrual balance as at December 31, 2019 | $ - |
| Restructuring charges | 2,512 |
| Cash payments | (1,343) |
| Accrual balance as at March 31, 2020 | $ 1,169 |

The accrued restructuring balance as at March 31, 2020 is included in accrued expenses on the Company's condensed consolidated balance sheets.

17

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our (1) unaudited condensed consolidated financial statements and related notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and (2) audited consolidated financial statements and notes thereto and "Management's Discussion and Analysis of Financial Condition and Results of Operations" for the year ended December 31, 2019 included in our Annual Report on Form 10-K for the year ended December 31, 2019. This discussion contains forward-looking statements based upon current plans, expectations and beliefs that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q. See the section titled "Special Note Regarding Forward-Looking Statements."*

*Unless expressly indicated or the context requires otherwise, the terms "Forescout," "we," "us," and "our" in this document refer to Forescout Technologies, Inc., a Delaware corporation, and, where appropriate, its wholly owned subsidiaries.*

**Overview**

We offer our solution across two product groups: (i) products for visibility and control capabilities, and (ii) products for orchestration capabilities. Our products for visibility and control capabilities consist of eyeSight, eyeSegment, eyeControl, and SilentDefense. Our eyeSight, eyeSegment, and eyeControl products provide for visibility and control capabilities across the extended enterprise, from campus to data center to hybrid cloud to OT devices, while our SilentDefense product provides for visibility and control capabilities deeper within the OT portion of the network. Our products for orchestration capabilities are comprised of our portfolio of our eyeExtend family of products.

We offer our solution across two product types: (i) software products and (ii) hardware products. Our software products include eyeSight, eyeSegment, eyeControl, eyeExtend, SilentDefense, and SilentDefense Command Center ("Software Products"). Our hardware products include hardware that is sold separately for use with our Software Products and appliances that are embedded with our software ("Hardware Products").

We also offer our solution across license types and increments. Our Software Products are sold with a perpetual license or a subscription license. Customers can purchase in license increments of 100 devices, with hardware sold separately based on customer deployment requirements. Customers can manage their own deployments of our products in varying options capable of scaling and managing deployments of up to 2,000,000 devices under a single console. Customers can purchase our SilentDefense products in license increments that are on a per sensor basis.

**Proposed Merger**

On February 6, 2020, we entered into an Agreement and Plan of Merger ("Merger Agreement") with Ferrari Group Holdings, L.P., a Delaware limited partnership ("Parent"), and Ferrari Merger Sub, Inc. ("Merger Sub"), a Delaware corporation and a wholly owned subsidiary of Parent. Parent and Merger Sub are affiliates of Advent.

The Merger Agreement provides that, subject to the terms and conditions set forth in the Merger Agreement, Merger Sub will merge with and into Forescout (the "Merger"), with Forescout surviving the Merger and becoming a wholly-owned indirect subsidiary of Parent. Under the Merger Agreement, at the effective time of the Merger, each issued and outstanding share of our common stock (except for certain shares specified in the Merger Agreement) will be canceled and automatically converted into the right to receive cash in an amount equal to $33.00, without interest.

Consummation of the Merger is subject to the satisfaction or waiver of customary closing conditions, including (1) approval of the Merger Agreement by our stockholders; (2) the absence of any law or order restraining, enjoining or otherwise prohibiting the Merger; and (3) the expiration or termination of the waiting period under the United States Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, and clearance under the antitrust laws of certain non-United States jurisdictions. On February 24, 2020, the U.S. Federal Trade Commission granted early termination of the waiting period under the HSR Act. On April 23, 2020, our stockholders approved the Merger Agreement. The Merger is expected to close in the second fiscal quarter of 2020. Upon consummation of the Merger, our common stock will no longer be listed on any public market.

20

**Impact of COVID-19 on our Results of Operations**

In March 2020, the World Health Organization declared the outbreak of COVID-19 a pandemic, which continues to spread throughout the U.S. and the world and has resulted in authorities implementing numerous measures to contain the virus, including travel restrictions, quarantines, shelter-in-place orders, and business limitations and shutdowns.

The broader impact of COVID-19 on our results of operations and overall financial performance remains uncertain as the extent and duration of the impact from COVID-19 continue to evolve and additional information becomes available and will impact our business and consolidated results of operations and may impact our financial condition in the future. Our operations have been impacted by office closures globally and restrictions on employee travel and in-person meetings; however, we have generally been able to deliver our products and services remotely. To support the health and well-being of our employees, customers, partners and communities, a vast majority of our employees are working remotely as of March 15, 2020. The economic uncertainty from the COVID-19 pandemic has also impacted our customers and their available budgets to spend on our products and services, which has resulted in an unfavorable impact on our revenue growth and gross margin in the first quarter of 2020 and which may also delay the timing of future sales. We will continue to evaluate the nature and extent of the impact of COVID-19 to our business. In addition, during the first quarter of fiscal 2020, we borrowed $16.0 million under our revolving credit facility as a precautionary measure to provide additional liquidity in light of global economic uncertainty and financial market conditions caused by COVID-19. The amount borrowed has been gradually paid down and will be fully paid upon consummation of the Merger. See section titled "Risk Factors" for further discussion of the possible impact of COVID-19 on our business.

*First Quarter 2020 Financial Highlights*

Since our inception through March 31, 2020, we have sold to nearly 3,800 end-customers in nearly 100 countries, including 26% of the Global 2000. For the three months ended March 31, 2020 and 2019, we sold to 9% and 8% of the Global 2000, respectively. Our end-customers represent a broad range of industries, including government, financial services, healthcare, technology, manufacturing, energy, services, retail, entertainment, and education.

The following table summarizes our key financial highlights for the periods presented in dollars and as a percentage of our total revenue.

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2020 | | 2019 | |
| | (Dollars in thousands) | | | |
| Total revenue | $ | 57,153 | $ | 75,568 |
| Total revenue year-over-year percentage growth | | (24)% | | 27% |
| Gross margin | | 66% | | 75% |
| Loss from operations | $ | (59,971) | $ | (34,065) |
| Loss from operations as a percentage of total revenue | | (105)% | | (45)% |
| Net loss | $ | (61,239) | $ | (34,252) |
| Net cash (used in) provided by operating activities | $ | (14,463) | $ | 6,439 |

**Continued Retention and Sales to Existing End-Customers**

We believe the net-recurring revenue retention rate over the trailing 12 month period on our subscription revenue and on the annualized value of our subscription license revenue is an important metric to measure our ability to retain and increase sales to our existing end-customers. We calculate the net-recurring revenue retention rate using the following formula:

$$X = (A + B + C)/(B + D)$$

where:

21

X = net-recurring revenue retention rate

A = annualized value of term contracts renewed over the trailing 12 month period

B = trailing 12 month annualized value of term contracts not subject to renewal because the scheduled expiration date of the multi-year contract falls outside of the 12 month period under measurement

C = trailing 12 month annualized value of new term contracts from end-customers that have been end customers for more than one year

D = 12 months annualized value of term contracts scheduled to terminate or renew during the 12 month period under measurement

We believe this metric is an indication of the continuing value we provide to our end-customers because it shows the renewal rate of their support and maintenance contracts and Software Products subscription contracts. Our net-recurring revenue retention rate as of March 31, 2020 and December 31, 2019 were 121% and 122%, respectively. The 100 basis point decrease primarily reflects the decreased adoption of new Software Products subscription contracts from end-customers that have been end-customers for more than one year for the twelve months ended March 31, 2020. A net retention rate over 100% indicates that our products are expanding within our end-customer base, whereas a rate less than 100% indicates that our products are constricting within our end-customer base. Additionally, this calculation includes all changes to the annualized value of the recurring revenue from term contracts used in the calculation, which includes scheduled expiration periods, stub periods, changes in pricing, additional products purchased, lost end-customers, early renewals, and decreases in the number of devices licensed to be managed by our license under contract. This metric does not take into account perpetual license revenue or professional services revenue. The annualized value of our contracts is a legal and contractual determination made by assessing the contractual terms with our end-customers. The annualized value of our term contracts is not determined by reference to historical revenue, deferred revenue, or any other GAAP financial measure over any period.

**Recurring Revenue Rate**

We are focused on providing our customers with more licensing and delivery options from which to purchase our products. In the last 24 months, we introduced centralized licensing options as an alternative to our legacy options of licensing by individual units of physical and virtual appliances. We introduced Software Products subscription contracts in the first quarter of 2019 and began deriving revenue from these Software Products subscription contracts in the second quarter of 2019. In the future, we intend to offer our Software Products, in addition to our current on-premise offerings, in a form that also includes critical functionality being delivered from our cloud hosted facilities.

Included in our license revenue is the value allocated to license within our Software Products subscription contracts, which is recognized at the time of transfer of control, which is generally upon delivery of access to software downloads or shipment, provided that all other revenue recognition criteria have been met or upon commencement of a renewed term contract.

Included in our subscription revenue is the value allocated to support and maintenance within our Software Products subscription contracts and revenue derived from support and maintenance contracts. Subscription revenue is recognized ratably over the term of the contract.

We believe this metric is an important metric in understanding the impact of customer buying preferences for the varying Software Products options upon our reported revenue. We calculate the recurring revenue rate as a subscription revenue plus the portion of license revenue that is derived from the value allocated to license within our Software Products subscription contracts, collectively, as a percent of total revenue, as measured over the trailing 12 month period. We calculate the recurring revenue rate using the following formula:

$X = (A + B)/C$

where:

X = recurring revenue rate

22

A = subscription revenue over the trailing 12 month period

B = value allocated to license revenue within our Software Products subscription contracts over the trailing 12 month period

C = total revenue

Our recurring revenue rate as of March 31, 2020 and December 31, 2019 were 53% and 49%, respectively. The 400 basis point increase primarily reflects the increased adoption of new subscription contracts in the three months ended March 31, 2020. The numerator does not take into account perpetual license revenue or professional services revenue. The numerator does include the value allocated to license within our Software Products subscription contracts for all contract durations. Those contract durations that are greater than 12 months will raise the recurring revenue rate for the first 12 months of the contract duration and will lower the recurring revenue rate for the balance of the contract duration after the first 12 months relative to the annualized value of such Software Products subscription contracts.

**Results of Operations**

The following tables summarize our results of operations for the periods presented in dollars and as a percentage of our total revenue. The period-to-period comparison of results is not necessarily indicative of results for future periods.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| | (In thousands) | |
| **Condensed Consolidated Statements of Operations Data:** | | |
| Revenue: | | |
| License | $ 14,799 | $ 37,680 |
| Subscription | 37,526 | 33,799 |
| Professional services | 4,828 | 4,089 |
| Total revenue | 57,153 | 75,568 |
| Cost of revenue: | | |
| License [1] | 5,419 | 7,607 |
| Subscription [1] | 7,013 | 5,207 |
| Professional services [1] | 7,165 | 6,186 |
| Total cost of revenue | 19,597 | 19,000 |
| Total gross profit | 37,556 | 56,568 |
| Operating expenses: | | |
| Research and development [1] | 23,246 | 18,497 |
| Sales and marketing [1] | 47,288 | 55,923 |
| General and administrative [1] | 24,481 | 16,213 |
| Restructuring | 2,512 | - |
| Total operating expenses | 97,527 | 90,633 |
| Loss from operations | (59,971) | (34,065) |
| Interest expense | (235) | (93) |
| Other (expense) income, net | (601) | 617 |
| Loss before income taxes | (60,807) | (33,541) |
| Income tax provision | 432 | 711 |
| Net loss | $ (61,239) | $ (34,252) |

23

_____

(1) Includes stock-based compensation expense as follows:

| | Three Months Ended March 31, | |
|---|---|---|
| | 2020 | 2019 |
| | (In thousands) | |
| **Cost of revenue:** | | |
| License | $ 122 | $ 83 |
| Subscription | 524 | 443 |
| Professional services | 516 | 401 |
| Research and development | 3,683 | 3,078 |
| Sales and marketing | 5,804 | 6,486 |
| General and administrative | 3,209 | 3,337 |
| Total | $ 13,858 | $ 13,828 |

| | Three Months Ended March 31, | |
|---|---|---|
| | 2020 | 2019 |
| | (As a percentage of total revenue) | |
| **Condensed Consolidated Statements of Operations Data:** | | |
| Revenue: | | |
| License | 26% | 50% |
| Subscription | 66 | 45 |
| Professional services | 8 | 5 |
| Total revenue | 100 | 100 |
| Cost of revenue: | | |
| License | 9 | 10 |
| Subscription | 12 | 7 |
| Professional services | 13 | 8 |
| Total cost of revenue | 34 | 25 |
| Total gross profit | 66 | 75 |
| Operating expenses: | | |
| Research and development | 41 | 25 |
| Sales and marketing | 83 | 74 |
| General and administrative | 43 | 21 |
| Restructuring | 4 | - |
| Total operating expenses | 171 | 120 |
| Loss from operations | (105) | (45) |
| Interest expense | - | - |
| Other (expense) income, net | (1) | 1 |
| Loss before income taxes | (106) | (44) |
| Income tax provision | 1 | 1 |
| Net loss | (107)% | (45)% |

24

*Comparison of the Three Months Ended March 31, 2020 and 2019*

*Revenue*

Our revenue is comprised of license revenue, subscription revenue, and professional services revenue. License revenue is derived from sales of Software Products and Hardware Products, which includes the value allocated to license within our Software Products subscription contracts. Subscription revenue is derived from term contracts with terms that are generally either one or three years, but can be up to five years. Professional services revenue is generally recognized over time as the services are rendered. As a percentage of total revenue, we expect our license revenue, subscription revenue, and professional services revenue to vary from quarter to quarter based on seasonal and cyclical factors as well as the impact of COVID-19 and other factors that may impact customer behavior such as our pending transaction with Advent.

| | Three Months Ended March 31, | | | | | |
| | 2020 | | 2019 | | Change | |
| | Amount | | Amount | | Amount | % |
| | (Dollars in thousands) | | | | | |
| Revenue: | | | | | | |
| License | $ | 14,799 | $ | 37,680 | $ (22,881) | (61)% |
| Subscription | | 37,526 | | 33,799 | 3,727 | 11% |
| Professional services | | 4,828 | | 4,089 | 739 | 18% |
| Total revenue | $ | 57,153 | $ | 75,568 | $ (18,415) | (24)% |

License revenue decreased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019, primarily due to a $16.1 million decrease in Software Products revenue, and a $6.8 million decrease in Hardware Products revenue. The decrease in Software Products revenue included a $10.8 million decrease in the sales of eyeSight, eyeControl, and SilentDefense, and a $5.3 million decrease in the sale of eyeExtend. The decrease in license revenue primarily resulted from the economic slowdown caused by the global impact of the COVID-19 pandemic, as well as customer uncertainty related to the Merger.

Subscription revenue increased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019, primarily due to $3.1 million increase attributed to support and maintenance contracts that were renewals and a $0.5 million increase attributed to support and maintenance contracts associated with initial product sales.

Professional services revenue increased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019, primarily due to an increase in the sale of optional installation and training services.

*Cost of Revenue*

Our cost of revenue is comprised of cost of license revenue, cost of subscription revenue, and cost of professional services revenue.

Cost of license revenue primarily consists of costs paid to our third-party contract manufacturer for our Hardware Products. Our cost of license revenue also includes allocated costs, shipping costs and personnel costs associated with logistics for our Hardware Products, and amortization of acquired developed technology. We expect our cost of license revenue to fluctuate from quarter to quarter based on product mix between Software Products and Hardware Products; however, over time, we expect our cost of license revenue to decline as a percentage of license revenue reflecting the continuing shift towards Software Products in our product mix.

Cost of subscription revenue consists of personnel costs for our global customer support organization and warranty-related hardware support costs. We expect our cost of subscription revenue to increase in absolute dollars over time as we grow our customer support organization to accommodate our anticipated subscription revenue growth rate. In

25

addition, we also expect the cost of subscription revenue to increase in absolute dollars as costs of the infrastructure for our SaaS products increase.

Cost of professional services revenue consists of personnel costs for our global professional services organization and costs paid to third-party contractors that deliver some of our services. Although we are continuing to scale our organization and, therefore, expect that cost of professional services revenue will increase in absolute dollars, we expect our cost of professional services revenue to decline over the longer term as a percentage of our professional services revenue as we expect to scale our professional services organization at a lower growth rate than our anticipated professional services revenue growth rate.

|  | Three Months Ended March 31, | | | | Change | |
|  | 2020 | | 2019 | | | |
|  | Amount | | Amount | | Amount | % |
|  | (Dollars in thousands) | | | | | |
| Cost of revenue: | | | | | | |
| License | $ | 5,419 | $ | 7,607 | $ | (2,188) | (29)% |
| Subscription | | 7,013 | | 5,207 | | 1,806 | 35% |
| Professional services | | 7,165 | | 6,186 | | 979 | 16% |
| Total cost of revenue | $ | 19,597 | $ | 19,000 | $ | 597 | 3% |

Cost of license revenue decreased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019, primarily due to a $1.5 million decrease due to lower quantities of appliances sold that are embedded with our software and a $0.7 million decrease due to lower quantities of hardware sold separately for use with our Software Products.

Cost of subscription revenue increased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019, primarily due to increases in personnel costs related to an 11% increase in headcount in our customer support organization and an increase in cloud-based cost with the expansion of our SaaS offering.

Cost of professional services revenue increased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019, primarily due to increases in personnel costs related to a 14% increase in headcount in our professional services organization.

***Gross Profit and Gross Margin***

Gross margin, or gross profit as a percentage of revenue, has been and will continue to be affected by a variety of factors, including the mix of products sold between Software Products and Hardware Products; the mix between high-margin and low-margin Hardware Products; the mix of revenue between license, subscription, and professional services; the average sales price of our Software Products, Hardware Products, support and maintenance contracts, and professional services; amortization of acquired developed technology; and manufacturing costs.

Margin on our Software Products was approximately 94% and 98% for the three months ended March 31, 2020 and 2019, respectively. Margin on our Hardware Products varies. The average margin on hardware sold separately for use with our Software Products was approximately (8)% and 24% for the three months ended March 31, 2020 and 2019, respectively. The negative margin on hardware sold separately for use with our Software Products primarily reflects two large deals that were deeply discounted as a result of one off negotiations. Margin on appliances, which are the hardware appliances that are embedded with our software, varies. The average margin on our high-end appliances was approximately 71% and 84%, and the average margin on our low-end appliances was approximately 26% and 42%, for the three months ended March 31, 2020 and 2019, respectively.

26

We expect our margins to fluctuate from quarter to quarter based on product mix; however, over time, we expect our margins to increase as a percentage of license revenue primarily due to a shift in product mix towards increased sales of Software Products.

| | Three Months Ended March 31, | | | | Change | |
| | 2020 | | 2019 | | | |
| | Gross Profit (Loss) | Gross Margin | Gross Profit (Loss) | Gross Margin | Gross Profit (Loss) | Gross Margin % |
| | (Dollars in thousands) | | | | | |
| Gross profit: | | | | | | |
| License | $ 9,380 | 63% | $ 30,073 | 80% | $ (20,693) | (17)% |
| Subscription | 30,513 | 81% | 28,592 | 85% | 1,921 | (4)% |
| Professional services | (2,337) | (48)% | (2,097) | (51)% | (240) | 3% |
| Total gross profit | $ 37,556 | 66% | $ 56,568 | 75% | $ (19,012) | (9)% |

Gross profit decreased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019. The decrease is consistent with the changes in our revenue and cost of revenue.

Gross margin decreased for the three months ended March 31, 2020 compared to the three months ended March 31, 2019.

The decrease in margin on our license revenue was primarily driven by a shift in product mix within Hardware Products revenue due to a lower concentration of high-end appliances revenue and higher concentration of revenue from hardware sold separately for use with our Software Products for the three months ended March 31, 2020 compared to the three months ended March 31, 2019. Within Hardware Products revenue, the mix among hardware sold separately for use with our Software Products, low-end appliances that are embedded with our software, and high-end appliances that are embedded with our software shifted to 89:10:1 for the three months ended March 31, 2020, from 57:22:21 for the three months ended March 31, 2019. The mix between Software Products revenue and Hardware Products revenue was relatively consistent representing 68:32 for the three months ended March 31, 2020 and 69:31 for the three months ended March 31, 2019.

The decrease in margin on our subscription revenue was due to higher personnel costs related to increased headcount in our support organization, as compared to our subscription revenue growth. The decrease was further driven by an increase in cloud-based cost with the expansion of our SaaS offering.

The increase in margin on our professional services revenue was primarily driven by improvements made within professional services as we scale our professional services organizations at a lower growth rate than our anticipated professional services revenue growth rate.

***Operating Expenses***

Our operating expenses consist of research and development, sales and marketing, and general and administrative expenses. Personnel costs are the most significant component of operating expenses and consist of salaries, benefits, bonuses, stock-based compensation, and with regard to sales and marketing expense, sales commissions.

**PART II. OTHER INFORMATION**

**ITEM 1.**                    **LEGAL PROCEEDINGS**

From time to time, we are involved in claims and legal proceedings that arise in the ordinary course of business. Such matters are subject to many uncertainties and outcomes are not predictable with assurance.

To the extent there is a reasonable possibility that a loss exceeding amounts already recognized may be incurred, and the amount of such additional loss would be material, we will either disclose the estimated additional loss or state that such an estimate cannot be made. We do not currently believe that it is reasonably possible that additional losses in connection with litigation arising in the ordinary course of business would be material.

On January 2, 2020, a complaint was filed in the United States District Court, Northern District of California, by Christopher L. Sayce, individually, and on behalf of all others similarly situated, against the Company and two of its executive officers, for violations of the federal securities laws following the Company's pre-earnings release announcement on October 10, 2019. The complaint, which purports to be brought on behalf of a class of purchasers of the Company's securities during the period from February 7, 2019 through October 9, 2019, seeks to recover damages for such violations and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. The claim does not state a value for potential damages. Based on the Company's preliminary review, the Company believes the claim to be without merit and plans to vigorously defend itself to the maximum extent allowed by the law.

Between March 13, 2020 and April 3, 2020, one putative class action, *Smith v. Forescout Technologies, Inc., et al.*, No. 1:20-cv-00376, and three individual actions, *Blackwell v. Forescout Technologies, Inc., et al.*, No. 1:20-cv-02267, *Bushansky v. Forescout Technologies, Inc., et al.*, No. 5:20-cv-01867, and *Williams v. Forescout Technologies, Inc., et al.,* No. 1:20-cv-02784 (collectively, the "Complaints") were filed by purported Company stockholders against the Company and the members of the Company's board of directors (the "Board"). *Smith* was filed in the U.S. District Court for the District of Delaware; *Blackwell* and *Williams* were filed in the U.S. District Court for the Southern District of New York; and *Bushansky* was filed in the U.S. District Court for the Northern District of California. The Complaints generally allege that the Company's preliminary proxy statement contained false or misleading statements regarding the merger in violation of Sections 14(a) and 20(a) of the Exchange Act. The Complaints each bring a claim for violation of Section 14(a) of the Exchange Act, and Rule 14a-9 promulgated thereunder, against the Company and the members of the Board, and a claim for violation of Section 20(a) of the Exchange Act against the members of the Board as "controlling persons." The actions seek, among other things, to (1) enjoin the defendants from consummating the merger; (2) cause the defendants to disseminate revised disclosures; and (3) rescind the merger or recover damages in the event that the merger is completed. The Company has not yet responded to any of the Complaints and, based on the Company's preliminary review, the Company believes the claims to be without merit and plans to vigorously defend itself to the maximum extent allowed by law.

**ITEM 1A.**                    **RISK FACTORS**

Refer to the description of the risk factors associated with our business in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2019. Except as set forth below, there have been no material changes from the risk factors described under Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2019. Before you buy our common stock, you should know that making such an investment involves some risks and uncertainties, including, but not limited to, the risks described in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and the additional risk set forth below and elsewhere in this Quarterly Report on Form 10-Q. Additionally, any one of those risks could harm our business, financial condition

and results of operations, which could cause our stock price to decline. Additional risks and uncertainties not presently known to us or that we currently deem immaterial may also impair our business operations.

***The recent global COVID-19 outbreak has adversely affected, and could continue to adversely affect, our business and results of operations. We are unable to predict the extent to which the pandemic and related impacts will continue to adversely affect our business operations, financial performance, results of operations, and financial position.***

In March 2020 the World Health Organization declared COVID-19 to be a pandemic. This outbreak has continued to spread across the globe and is impacting worldwide economic activity and financial markets. As a result of COVID-19, we are experiencing negative impacts on our sales and marketing efforts, along with delays to, and lengthening of, our sales cycles. Any of these could harm our business and results of operations. In addition, COVID-19 may disrupt the operations of our customers and partners for an indefinite period of time, including as a result of travel restrictions and/or business shutdowns, all of which could negatively impact our business and results of operations.

More generally, the outbreak of COVID-19 has adversely affected economies and financial markets globally, potentially leading to an economic downturn, which could decrease technology spending and adversely affect demand for our offerings and harm our business and results of operations. We expect that until the pandemic subsides, we will face longer sales cycles and challenges attracting new customers and closing sales. Further, if we need to raise capital, we may not be able to do so on terms that are favorable for us or our stockholders, or at all. It is not possible at this time to estimate the impact that COVID-19 could have on our business, as the impact will depend on future developments, which are highly uncertain and cannot be predicted.

**ITEM 6.**                **EXHIBITS**

The documents listed in the Exhibit Index of this Quarterly Report on Form 10-Q are herein incorporated by reference or are filed with this Quarterly Report on Form 10-Q, in each case as indicated therein (numbered in accordance with Item 601 of Regulation S-K).

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**FORESCOUT TECHNOLOGIES, INC.**

Dated: May 11, 2020

By: /s/ Darren J. Milliken
_____
Darren J. Milliken
Senior Vice President, General Counsel, Corporate Secretary and Corporate Compliance Officer

Dated: May 11, 2020

By: /s/ Christopher Harms
_____
Christopher Harms
Chief Financial Officer
Principal Financial Officer

37