# EXHIBIT 22

**As filed with the Securities and Exchange Commission on March 19, 2018.**

**Registration No. 333-223743**

--------------

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

--------------

# AMENDMENT NO. 1 TO
# FORM S-1

## REGISTRATION STATEMENT

*UNDER*
*THE SECURITIES ACT OF 1933*

--------------

# FORESCOUT TECHNOLOGIES, INC.

**(Exact name of registrant as specified in its charter)**

--------------

| **Delaware** | **3577** | **51-0406800** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

--------------

**190 West Tasman Drive**
**San Jose, California 95134**
**(408) 213-3191**

**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

--------------

**Michael DeCesare**
**Chief Executive Officer and President**
**190 West Tasman Drive**
**San Jose, California 95134**
**(408) 213-3191**

**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

--------------

*Copies to:*

| | | |
|:---:|:---:|:---:|
| **Steven E. Bochner** | **Darren J. Milliken** | **Richard A. Kline** |
| **Lisa L. Stimmell** | **Senior Vice President, General Counsel,** | **Bradley C. Weber** |
| **Melissa S. Rick** | **Corporate Secretary, and Corporate Compliance** | **Goodwin Procter LLP** |
| **Wilson Sonsini Goodrich & Rosati** | **Officer** | **135 Commonwealth Drive** |
| **Professional Corporation** | **190 West Tasman Drive** | **Menlo Park, California 94025** |
| **650 Page Mill Road** | **San Jose, California 95134** | **(650) 752-3100** |
| **Palo Alto, California 94304** | **(408) 213-3191** | |
| **(650) 493-9300** | | |

--------------

**Approximate date of commencement of proposed sale to the public: As soon as practicable after this registration statement becomes effective.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) of the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) of the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|:---:|---|:---:|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| (Do not check if a smaller reporting company) | | Emerging growth company | ☒ |
| | | If an emerging growth company, indicate by checkmark if the registrant has not elected to use the extended transition period for complying with any new or revised financial accounting standards providing pursuant to Section 7(a)(2)(B) of the Securities Act | ☒ |

--------------

**Calculation of Registration Fee**

| Title of Each Class of Securities to be Registered | Amount to be Registered[1] | Proposed Maximum Offering Price Per Share[2] | Proposed Maximum Aggregate Offering Price[1][2] | Amount of Registration Fee[2][3] |
|---|---|---|---|---|
| Common Stock $0.001 par value per | | | | |

| | | | | |
|---|---|---|---|---|
| share | 5,072,650 | $36.38 | $184,543,007 | $22,976 |

(1) Includes the additional shares that the underwriters have the option to purchase, if any.

(2) Estimated solely for the purpose of computing the amount of the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, as amended, and is based on the average of the high and low sales price of the Registrant's common stock as reported on The NASDAQ Global Market on March 13, 2018.

(3) The Registrant previously paid $19,920 of the total registration fee in connection with the previous filing of the Registration Statement. In accordance with Rule 457(a), an additional registration fee of $3,056 is being paid in connection with this amendment to the Registration Statement.

--------------

**The Registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until this registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

*The information in this prospectus is not complete and may be changed. We and the selling stockholders may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and we and the selling stockholders are not solicitating offers to buy these securities in any jurisdiction where the offer or sale is not permitted.*

**PROSPECTUS (Subject to Completion)**
**Issued March 19, 2018**

# 4,411,000 Shares



### COMMON STOCK

------------

**ForeScout Technologies, Inc. is offering 500,000 shares of its common stock and the selling stockholders identified in this prospectus are offering 3,911,000 shares of common stock. We will not receive any proceeds from the sale of shares by the selling stockholders.**

------------

**Our common stock is listed on The NASDAQ Global Market under the symbol "FSCT." On March 16, 2018, the last reported sale price of our common stock on The NASDAQ Global Market was $34.48 per share.**

------------

**We are an "emerging growth company" under the U.S. federal securities laws. Investing in our common stock involves risks. See "Risk Factors" beginning on page 12.**

------------

### PRICE $ PER SHARE

------------

|  | Price to Public | Underwriting Discounts and Commissions[1] | Proceeds to ForeScout | Proceeds to Selling Stockholders |
|---|---|---|---|---|
| Per Share | $ | $ | $ | $ |
| Total | $ | $ | $ | $ |

----------

(1) See the section titled "Underwriters" for additional information regarding underwriters' compensation.

Certain of the selling stockholders have granted the underwriters the right to purchase up to an additional 661,650 shares of our common stock from us at the public offering price less the underwriting discount.

The Securities and Exchange Commission and any state securities regulators have not approved or disapproved of these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

The underwriters expect to deliver the shares of common stock to purchasers on , 2018.

------------

## MORGAN STANLEY                J.P. MORGAN                CITIGROUP

### UBS Investment Bank                                KeyBanc Capital Markets

### Stephens Inc.

**, 2018**











Table of Contents

## TABLE OF CONTENTS

|  | Page |  | Page |
|---|---|---|---|
| Prospectus Summary | 1 | Executive Compensation | 96 |
| Risk Factors | 12 | Certain Relationships and Related Party Transactions | 109 |
| Special Note Regarding Forward-Looking Statements | 39 | Principal and Selling Stockholders | 112 |
| Market, Industry and Other Data | 41 | Description of Capital Stock | 116 |
| Use of Proceeds | 42 | Shares Eligible For Future Sale | 120 |
| Dividend Policy | 43 | Material U.S. Federal Income Tax Consequences to Non-U.S. Holders of Our Common Stock | 122 |
| Capitalization | 44 | Underwriters | 126 |
| Dilution | 46 | Legal Matters | 133 |
| Selected Consolidated Financial and Other Data | 48 | Experts | 133 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 51 | Where You Can Find Additional Information | 133 |
| Business | 72 | Index to Consolidated Financial Statements | F-1 |
| Management | 87 |  |  |

———————————————

You should rely only on the information contained in this prospectus or contained in any free writing prospectus filed with the Securities and Exchange Commission. Neither we nor the selling stockholders nor any of the underwriters have authorized anyone to provide any information or make any representations other than those contained in this prospectus or in any free writing prospectus filed with the Securities and Exchange Commission. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. We and the selling stockholders are offering to sell, and seeking offers to buy, shares of common stock only in jurisdictions where offers and sales are permitted. The information contained in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or of any sale of the common stock. Our business, financial condition, results of operations, and prospects may have changed since such date.

For investors outside of the United States: Neither we nor the selling stockholders nor any of the underwriters have done anything that would permit this offering or possession or distribution of this prospectus in any jurisdiction where action for that purpose is required, other than in the United States. You are required to inform yourselves about, and to observe any restrictions relating to, this offering and the distribution of this prospectus outside of the United States.

Table of Contents

**PROSPECTUS SUMMARY**

*This summary highlights material information about our business and about this offering. This is a summary of material information contained elsewhere in this prospectus and is not complete and does not contain all of the information that may be important to you. For a more complete understanding of our business and this offering, you should read this entire prospectus, including the sections titled "Risk Factors," "Special Note Regarding Forward-Looking Statements," "Management's Discussion and Analysis of Financial Condition and Results of Operations," and our consolidated financial statements and related notes thereto, which are included elsewhere in this prospectus, before making an investment decision.*

*In this prospectus, unless otherwise stated or unless the context otherwise requires, "we," "us," "our," "ForeScout," and the "Company" refer to ForeScout Technologies, Inc. and its consolidated subsidiaries. References to "fiscal 2015," "fiscal 2016," and "fiscal 2017" refer to ForeScout Technologies, Inc.'s fiscal years ended December 31, 2015, 2016, and 2017, respectively.*

**FORESCOUT TECHNOLOGIES, INC.**

**Overview**

We transform security through visibility.

We have pioneered an agentless approach to network security to protect organizations against the emerging threats that exploit the billions of devices connected to organizations' networks. The traditional approach of relying on a corporate-installed software agent to secure a device has significant limitations in today's world as devices are developed using a wide variety of platforms and operating systems that cannot support agents. As the volume and variety of devices increases, an organization's ability to manage devices decreases, creating a major gap in visibility.

The threat landscape is rapidly evolving and attackers are now leveraging the gap in device visibility to gain access to organizations. Attackers are shifting their focus away from traditional enterprise devices and toward the less secure Bring Your Own Device, or BYOD, and Internet of Things, or IoT, devices, which have exponentially increased the attack surface within organizations. Responses to attacks are often both uncoordinated and manual because existing security systems operate in silos and security teams often lack the ability to share information and coordinate an attack response.

Over the past ten years, ForeScout has developed proprietary agentless technology that discovers and classifies IP-based devices in real time as they connect to the network and continuously monitors and assesses their security posture. Our solution supports heterogeneous wired and wireless networks, as well as both virtual and cloud infrastructures, while scaling to meet the needs of globally distributed organizations.

Our solution is sold as either a physical or virtual appliance through a perpetual software license, with each appliance designed to manage a certain number of connected devices within an organization. We recently started offering our solution, in limited quantities to a small number of large enterprises, as a software-only license with the enterprise license designed to manage a certain number of connected devices within an organization. End-customers typically initially deploy our solution across a region or across their wired or wireless network, then expand their usage to cover additional regions and networks. After end-customers achieve enhanced visibility and control over their devices, they can deploy new use cases that leverage third-party integrations licensed as add-on modules.

We sell into all industries and into organizations of all sizes, with a focus on those that are highly regulated or with a large footprint of transient devices. As of December 31, 2017, we have sold to over 2,700 end-customers in over 80 countries, including 18% of the Global 2000, since our inception.

For the years ended December 31, 2015, 2016, and 2017, our revenue was $126.0 million, $166.8 million, and $220.9 million, respectively, representing year-over-year growth of 32% for both periods. For the years ended December 31, 2015, 2016, and 2017, our net loss was $27.3 million, $74.8 million, and $91.2 million, respectively.

**Industry Background**

***Enterprises lack full visibility into devices connected to their networks***

An increasing number and variety of devices, which are not manageable by IT departments, are entering and connecting to enterprise networks every day. As corporate-managed devices become a smaller percentage of the total device population and as BYOD and IoT become a larger percentage of the total device population, the agent-based approach to device discovery no

1

Table of Contents

**SHARES ELIGIBLE FOR FUTURE SALE**

Future sales of substantial amounts of our common stock, including shares issued upon exercise of outstanding options, in the public market after this offering could adversely affect market prices prevailing from time to time and could impair our ability to raise capital through the sale of our equity securities.

Upon the completion of this offering, based on the number of shares outstanding as of December 31, 2017, we will have 39,191,886 shares of common stock outstanding. Of these outstanding shares, all of the 500,000 shares sold in this offering will be freely tradable, except that any shares purchased by our affiliates, as that term is defined in Rule 144 under the Securities Act, may only be sold in compliance with the limitations described below.

The remaining outstanding shares of our common stock will be deemed restricted securities as defined under Rule 144. Restricted securities may be sold in the public market only if registered or if they qualify for an exemption from registration under Rule 144 or Rule 701 promulgated under the Securities Act of 1933, as amended, or the Securities Act, which rules are summarized below. In addition, substantially all of our stockholders have entered into market standoff agreements with us or lock-up agreements with the underwriters under which they agreed, subject to specific exceptions, not to sell any of their stock as described below. Subject to the provisions of Rule 144 or Rule 701, shares are or will be available for sale in the public market as follows:

- on the date of this prospectus, assuming no exercise of the underwriters' option to purchase additional shares, 10,483,000 shares of our common stock (including all 4,411,000 shares of our common stock sold in this offering, which includes 3,911,000 shares of common stock to be sold in this offering by selling stockholders that Morgan Stanley & Co. LLC, on behalf of the underwriters, has released from lock-up restrictions, including 1,359,537 shares beneficially owned by our directors and executive officers and their affiliated entities, and all 6,072,000 shares of our common stock sold in our initial public offering to non-affiliates) are available for sale in the public market, except for the shares purchased by affiliates in this offering which are subject to the volume and other restrictions of Rule 144 as well as the lock-up agreement restrictions described below;

- approximately 11,536,050 shares will be eligible for sale on April 25, 2018 in the public market upon the expiration of lock-up agreements entered into in connection with our initial public offering, certain of such shares are held by persons subject to our insider trading policy and are subject to quarterly "black-out" restrictions on trading until after the close of trading on the second full trading day following the public release of our earnings for the quarterly period ending March 31, 2018;

- approximately 20,456,002 additional shares will be eligible for sale in the public market 90 days from the date of the final prospectus relating to this offering upon the expiration of lock-up agreements entered into in connection with this offering; and

- the remainder of the shares will be eligible for sale in the public market from time to time thereafter, subject in some cases to the volume and other restrictions of Rule 144, as described below.

We do not currently know the number of shares of common stock that will be withheld or issued in connection with the net settlement of the RSUs because it depends on many factors, including our share price on the date of settlement, foreign exchange rates applicable to international employees and the number of shares underlying RSUs that are settled on such date.

**Lock-Up Agreements**

In connection with our initial public offering, all of our directors, executive officers, the holders of substantially all of our then common stock and securities convertible into or exchangeable for our common stock entered into lock-up agreements with the underwriters prior to the commencement of this offering pursuant to which each of these persons or entities, with limited exceptions, until April 25, 2018, may not, without the prior written consent of Morgan Stanley & Co. LLC, offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase, lend or otherwise transfer or dispose of, directly or indirectly, any shares of our common stock or any securities convertible into or exercisable or exchangeable for our common stock. See the section titled "Underwriters" for additional information.

In addition, in connection with this offering, we, all directors and executive officers and the selling stockholders agreed that, without the prior written consent of Morgan Stanley & Co. LLC on behalf of the underwriters and subject to certain exceptions, we and they will not, offer, sell, or agree to sell, directly or indirectly, any shares of common stock until 90 days from the date of the final prospectus relating to this offering. See the section titled "Underwriters" for additional information.

Table of Contents

**Rule 144**

In general, under Rule 144 as currently in effect, a person who is not deemed to have been one of our affiliates for purposes of the Securities Act at any time during the 90 days preceding a sale and who has beneficially owned the shares proposed to be sold for at least six months, including the holding period of any prior owner other than our affiliates, is entitled to sell such shares without complying with the manner of sale, volume limitation, or notice provisions of Rule 144, subject to compliance with the public information requirements of Rule 144. If such a person has beneficially owned the shares proposed to be sold for at least one year, including the holding period of any prior owner other than our affiliates, then such person is entitled to sell such shares without complying with any of the requirements of Rule 144.

In general, under Rule 144, as currently in effect, our affiliates or persons selling shares on behalf of our affiliates are entitled to sell upon expiration of the lock-up agreements described below, within any three-month period beginning 90 days after the date of this prospectus, a number of shares that does not exceed the greater of:

•      1% of the number of shares of common stock then outstanding, which will equal approximately 391,919 shares immediately after this offering; or

•      the average weekly trading volume of the common stock during the four calendar weeks preceding the filing of a notice on Form 144 with respect to such sale.

Sales under Rule 144 by our affiliates or persons selling shares on behalf of our affiliates are also subject to certain manner of sale provisions and notice requirements and to the availability of current public information about us.

**Rule 701**

Rule 701 generally allows a stockholder who purchased shares of our common stock pursuant to a written compensatory plan or contract and who is not deemed to have been an affiliate of our company during the immediately preceding 90 days to sell these shares in reliance upon Rule 144 but without being required to comply with the public information, holding period, volume limitation, or notice provisions of Rule 144. Rule 701 also permits affiliates of our company to sell their Rule 701 shares under Rule 144 without complying with the holding period requirements of Rule 144. However, all holders of Rule 701 shares are required to wait until 90 days after the date of this prospectus before selling such shares pursuant to Rule 701. Substantially all Rule 701 shares are subject to a lock-up agreement as described below and elsewhere in this prospectus and will become eligible for sale upon the expiration of the restrictions set forth in those agreements.

**Rule 10b5-1 Trading Plans**

Certain of our executive officers and directors have adopted written plans, known as "Rule 10b5-1 trading plans," under which they will contract with a broker to buy or sell shares of our common stock on a periodic basis to diversify their assets and investments. Under these 10b5-1 trading plans, a broker may execute trades pursuant to parameters established by the executive officer or director when entering into the plan, without further direction from such officer or director. Such sales would not commence until the expiration of the applicable lock-up agreements entered into by such executive officer or director in connection with our initial public offering and this offering.

**Registration Rights**

Immediately following this offering, assuming no exercise of the underwriters' option to purchase additional shares, the holders of approximately 23,831,000 shares of common stock or their transferees are entitled to various rights with respect to the registration of these shares under the Securities Act. Registration of these shares under the Securities Act would result in these shares becoming fully tradable without restriction under the Securities Act immediately upon the effectiveness of the registration, except for shares purchased by affiliates. See the section titled "Description of Capital Stock-Registration Rights" for additional information.

**Registration Statements on Form S-8**

We filed registration statements on Form S-8 under the Securities Act to register shares of our common stock issued or reserved for issuance under our equity incentive plans and Employee Stock Purchase Plan. The registration statements on Form S-8 became effective immediately upon filing, and shares of our common stock covered by those registration statements are eligible for sale in the public market, upon the expiration or release from the terms of the lock-up agreements and subject to vesting of such shares and the Rule 144 limitations applicable to affiliates.

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of San Jose, State of California, on March 19, 2018.

FORESCOUT TECHNOLOGIES, INC.

By:   /s/ Michael DeCesare

Michael DeCesare

Chief Executive Officer and President

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Michael DeCesare<br>MICHAEL DECESARE | Chief Executive Officer, President & Director<br>(Principal Executive Officer) | March 19, 2018 |
| /s/ Christopher Harms<br>CHRISTOPHER HARMS | Chief Financial Officer<br>(Principal Financial Officer & Principal Accounting Officer) | March 19, 2018 |
| *<br>YEHEZKEL YESHURUN | Co-Founder and<br>Chairman of the Board of Directors | March 19, 2018 |
| *<br>DAVID G. DEWALT | Vice Chairman<br>of the Board of Directors | March 19, 2018 |
| *<br>JAMES BEER | Director | March 19, 2018 |
| *<br>T. KENT ELLIOTT | Director | March 19, 2018 |
| *<br>THERESIA GOUW | Director | March 19, 2018 |
| *<br>MARK JENSEN | Director | March 19, 2018 |
| *<br>RAMI KALISH | Director | March 19, 2018 |
| *<br>ENRIQUE SALEM | Director | March 19, 2018 |

**FORESCOUT TECHNOLOGIES, INC.**

*By:   /s/ Michael DeCesare

Michael DeCesare

Attorney-in-Fact