# EXHIBIT 28

**S&P Global**
Market Intelligence

# Forescout Technologies, Inc.

# Shareholder/Analyst Call

## Thursday, April 23, 2020 4:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants .................................................................................................................................................3

Presentation .....................................................................................................................................................4

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Darren J. Milliken**
*Former Senior VP, General Counsel,
Corporate Secretary & Chief
Compliance Officer*

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning, and welcome to Forescout's special meeting of stockholders. At this time, I would like to turn the meeting over to Darren Milliken, who will serve as the chair of the meeting. Please go ahead.

**Darren J. Milliken**
*Former Senior VP, General Counsel, Corporate Secretary & Chief Compliance Officer*

Thank you, Jacob, and good morning, everyone.

On behalf of the Forescout Board of Directors, our officers and employees, thank you for attending this meeting. I am Senior Vice President, General Counsel and Corporate Secretary of Forescout, and have been designated to preside over this meeting.

We are pleased to once again conduct our annual meeting virtually via the Internet. And in light of the current pandemic, we are grateful to have this opportunity to connect with our stockholders. We hope all of you and your loved ones are keeping safe and healthy. I now call this meeting to order.

The record date for the determination of stockholders entitled to vote at this meeting was March 20, 2020. Only stockholders of record at the close of business on that date are entitled to vote at this meeting. Copies of the notice of the special meeting, proxy statement and form of proxy were duly and properly mailed to stockholders on or about March 23, 2020. The notice of special meeting stated the date, time and meeting purpose, along with the web address for participating in today's virtual meeting. I have been given an appropriate affidavit of distribution that will be filed with the minutes of this meeting. Additionally, a list of holders of record of shares of Forescout's common stock on the record date is available at the web address for participating in today's virtual meeting and will be kept open and subject to inspection by any stockholder during the meeting.

As of the close of business on the record date, there were 49,037,194 shares of Forescout's common stock entitled to be voted at this meeting. There are no other securities entitled to be voted at this meeting. Each share of common stock is entitled to 1 vote. A quorum exists if the holders of the majority of the shares of common stock issued and outstanding and entitled to vote at this meeting are present in person or by proxy.

On a preliminary count, a quorum is present at this meeting, and it may proceed. [ Chris Vico ] of Broadridge has been appointed as the inspector of elections to supervise the vote at this meeting and has taken the oath of office, which I direct to be filed with the minutes of this meeting. The inspector of elections has been appointed for the purpose of ascertaining the number of shares outstanding, determining the shares represented at this meeting and the existence of quorum, determining the validity of proxies and votes, counting all votes and certifying the determination of the number of shares represented at this meeting and count of all votes.

We will now proceed to the formal business of the meeting. First, I will briefly review the procedures that would be followed during this meeting. There are 2 items of business to be voted on today. Information concerning these items is contained in the proxy statement furnished in connection with this meeting. After I introduced the items of business to be voted on, the polls will be open for voting.

The first item of business at this meeting is the proposal to adopt the agreement and plan of merger dated February 6, 2020, as it may be amended from time to time, by and among Forescout, Ferrari Group Holdings, L.P. and Ferrari Merger Sub, Inc. The Board of Directors unanimously recommends that you vote to adopt the merger agreement.

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

The second item of business at this meeting is a proposal to approve a nonbinding, advisory basis, the compensation that will or may become payable by Forescout to its named executive officers in connection with the merger. The Board of Directors unanimously recommends that you vote to approve the compensation that will or may become payable by Forescout to its named executive officers.

We are now ready to vote on the matters before this meeting. It is 8:04 on April 23, 2020, and the polls are now open. If you have previously submitted a proxy and do not wish to change your voting instructions, you should not vote. By voting, you will revoke your prior proxy. At this time, any stockholders that are logged on and who have not already submitted a proxy and wish to vote their shares may do so by clicking the Vote Here button on their screens. If you have questions concerning the proposals before the meeting, you may enter them now.

The polls will close shortly. Please vote now. I emphasize again that it is not necessary to vote if you have previously submitted your proxy and do not wish to change your voting instructions. I ask that all votes be cast.

[Voting]

**Darren J. Milliken**
*Former Senior VP, General Counsel, Corporate Secretary & Chief Compliance Officer*

It is 8:06 on April 23, 2020, and the polls are now closed.

At this time, all of the proxies and votes are in custody of the inspector of elections. The proxy holders have delivered to the inspector of elections proxies representing the shares of Forescout's common stock be voted at this meeting in accordance with the description of proxy voting contained in the proxy statement and the instructions given by the stockholders in such proxies.

I will now report on the preliminary results of the voting.

Based on the preliminary report of inspector of elections, stockholders voted to adopt the merger agreement and voted to approve the compensation that will or may become payable to Forescout -- by Forescout to its named executive officers. The inspector of elections will execute a certificate as to the results of the voting, and that certificate will be filed with the minutes of this meeting. As we have sufficient votes to approve the adoption of the merger agreement, the proposal on the proxy to adjourn this meeting to a later date to solicit additional proxies is rendered moot and will not be presented for a vote. The final tabulation of these votes will appear in the Form 8-K to be filed with the Securities and Exchange Commission. We currently expect the merger to be consummated on or around May 18, 2020, after buyer's remarketing period ends.

This concludes the formal portion of the meeting, and the meeting is now adjourned. We express our sincere appreciation to those stockholders who attended this meeting as well as those who submitted their proxies but were unable to attend during the meeting. We are grateful for your interest in and support of Forescout.
Thank you.

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

spglobal.com/marketintelligence

**FORESCOUT TECHNOLOGIES, INC. SHAREHOLDER/ANALYST CALL  |  APR 23, 2020**

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.


These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.


S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com  (free of charge), and www.ratingsdirect.com  and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.