# EXHIBIT 29



| | |
|---|---|
| **Company:** | FORESCOUT TECHNOLOGIES, INC |
| **Document:** | 8-K (Items: 5.07, 8.01, 9.01) · 04/24/2020 |
| **Section:** | Entire Document |
| **File Number:** | 001-38253 |
| **Pages:** | 1 |

5/19/2021 7:47:35 PM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
Date of Report (Date of earliest event reported): April 23, 2020

# FORESCOUT TECHNOLOGIES, INC.

**(Exact Name of Registrant as Specified in Charter)**

| Delaware | 001-38253 | 51-0406800 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**190 West Tasman Drive**
**San Jose, California 95134**
**(Address of principal executive offices)**
**(408) 213-3191**
**(Registrant's telephone number, including area code)**
**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | FSCT | The NASDAQ Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 5.07.        Submission of Matters to a Vote of Security Holders.**

On February 6, 2020, Forescout Technologies, Inc. (the "Company") announced its entry into an Agreement and Plan of Merger, dated February 6, 2020 (as it may be amended from time to time, the "Merger Agreement"), between Ferrari Group Holdings, L.P. ("Parent"), Ferrari Merger Sub, Inc., a wholly owned subsidiary of Parent ("Merger Sub"), and the Company. The Merger Agreement provides for Merger Sub to be merged with and into the Company, with the Company surviving as a wholly owned subsidiary of Parent (the "Merger").

The Company held a Special Meeting of Stockholders on Thursday, April 23, 2020, at 8:00 a.m., Pacific time (the "Special Meeting").

The following matters were acted upon at the Special Meeting:

| | FOR | AGAINST | ABSTAIN | BROKER NON-VOTES |
|---|---|---|---|---|
| **Proposal 1: To adopt the Merger Agreement.** | 32,196,048 | 13,763 | 59,235 | N/A |
| Proposal 1 received the necessary votes to be approved. | | | | |
| **Proposal 2: To approve, on a non-binding, advisory basis, the compensation that will or may become payable by the Company to its named executive officers in connection with the Merger.** | 31,519,290 | 616,604 | 133,152 | N/A |

Proposal 2 received the necessary votes to be approved.

In light of the approval of Proposal 1, Proposal 3 described in the Company's definitive proxy statement (relating to the adjournment of the Special Meeting) was rendered moot and was not presented at the Special Meeting.

**Item 8.01.        Other Events.**

On April 23, 2020, the Company issued a press release announcing the results of the Special Meeting. A copy of this press release is attached as Exhibit 99.1 and is incorporated by reference.

**Item 9.01. Financial Statements and Exhibits**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release, dated April 23, 2020. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized.

**FORESCOUT TECHNOLOGIES, INC.**

Date: April 24, 2020

By: /s/ Darren J. Milliken

Name: Darren J. Milliken

Title: Senior Vice President, General Counsel, Corporate Secretary and Chief Compliance Officer

**Exhibit 99.1**

### Forescout Technologies Shareholders Approve Proposed Transaction With Advent International
*On Track to Close in Second Calendar Quarter of 2020*

**SAN JOSE, Calif., April 23, 2020** – Forescout Technologies, Inc. (Nasdaq: FSCT) the leader in device visibility and control, today announced that its shareholders have approved the proposed transaction with Advent International ("Advent"). Advent has partnered with Crosspoint Capital Partners ("Crosspoint Capital"), a private equity investment firm focused on the cybersecurity and privacy industries, as a co-investor and advisor. "Today's results represent an important milestone in completing the transaction, and we thank our shareholders for their strong support," said Michael DeCesare, CEO and President of Forescout. "As a private company and through partnership with Advent and Crosspoint, we will be even better positioned to develop and deploy industry-leading cybersecurity solutions for our customers, who are relying on secure technology now more than ever for remote work. We look forward to the completion of this transaction in the coming weeks."

More than 99% of shares voted were in favor of the transaction at the Special Meeting of Shareholders. The final voting results will be reported in a Current Report on Form 8-K to be filed with the Securities and Exchange Commission.

Under the terms of the agreement, which was announced on February 6, 2020, Forescout shareholders will receive $33.00 in cash for each share of common stock they own.

Forescout continues to expect the transaction to close in the second calendar quarter of 2020 following the completion of a customary debt "marketing period" by Advent. Upon completion of the transaction, Forescout common stock will no longer be listed on any public market.

**About Forescout**

Forescout provides security at first sight. Our company delivers device visibility and control to enable enterprises and government agencies to gain complete situational awareness of their environment and orchestrate action. Learn more at <u>forescout.com</u>.

**Forward-Looking Statements**

This press release contains forward-looking statements that involve risks and uncertainties, including statements regarding the pending acquisition of Forescout by Advent International, including the expected timing of the closing of the transaction. These forward-looking statements involve risks and uncertainties. If any of these risks or uncertainties materialize, or if any of our assumptions prove incorrect, Forescout's actual results could differ materially from the results expressed or implied by these forward-looking statements. These risks and uncertainties include risks associated with: the risk that the conditions to the closing of the transaction are not satisfied; potential litigation relating to the transaction; uncertainties as to the timing of the consummation of the transaction and the ability of each party to consummate the transaction; risks that the proposed transaction disrupts the current plans and operations of Forescout; and the risks described in the filings that Forescout makes with the Securities and Exchange Commission from time to time, including the risks described under the headings "Risk Factors" and "Management Discussion and Analysis of Financial Condition and Results of Operations" in Forescout's Annual Report on Form 10-K, which was filed with the Securities and Exchange Commission on February 28, 2020, and which should be read in conjunction with Forescout's financial results and forward-looking statements, and is available on the SEC filings section of the Investor Relations page of Forescout's website at https://investors.Forescout.com. All forward-looking statements in this press release are based on information available to Forescout as of the date hereof, and Forescout does not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made, except as required by law.

**Contacts**

**Investor Relations:**
Michelle Spolver
408-721-5884
michelle.spolver@forescout.com

**Media Relations:**
Katie Beck
650-314-8705
katie.beck@forescout.com

**Cover - Cover**

| Cover | XBRL Tag Name | XBRL Prefix | Data Type | Balance Type | Period Type | Apr. 23, 2020 |
|---|---|---|---|---|---|---|
| **Cover [Abstract]** | dei_CoverAbstract | dei_ | xbrli:stringItemType | na | duration | |
| Document Type | dei_DocumentType | dei_ | dei:submissionTypeItemType | na | duration | 8-K |
| Amendment Flag | dei_AmendmentFlag | dei_ | xbrli:booleanItemType | na | duration | false |
| Document Period End Date | dei_DocumentPeriodEndDate | dei_ | xbrli:dateItemType | na | duration | Apr. 23, 2020 |
| Entity File Number | dei_EntityFileNumber | dei_ | dei:fileNumberItemType | na | duration | 001-38253 |
| Entity Registrant Name | dei_EntityRegistrantName | dei_ | xbrli:normalizedStringItemType | na | duration | FORESCOUT TECHNOLOGIES, INC. |
| Entity Central Index Key | dei_EntityCentralIndexKey | dei_ | dei:centralIndexKeyItemType | na | duration | 0001145057 |
| Entity Tax Identification Number | dei_EntityTaxIdentificationNumber | dei_ | dei:employerIdItemType | na | duration | 51-0406800 |
| Entity Incorporation, State or Country Code | dei_EntityIncorporationStateCountryCode | dei_ | dei:edgarStateCountryItemType | na | duration | DE |
| Entity Address, Address Line One | dei_EntityAddressAddressLine1 | dei_ | xbrli:normalizedStringItemType | na | duration | 190 West Tasman Drive |
| Entity Address, City or Town | dei_EntityAddressCityOrTown | dei_ | xbrli:normalizedStringItemType | na | duration | San Jose |
| Entity Address, State or Province | dei_EntityAddressStateOrProvince | dei_ | dei:stateOrProvinceItemType | na | duration | CA |
| Entity Address, Postal Zip Code | dei_EntityAddressPostalZipCode | dei_ | xbrli:normalizedStringItemType | na | duration | 95134 |
| City Area Code | dei_CityAreaCode | dei_ | xbrli:normalizedStringItemType | na | duration | 408 |
| Local Phone Number | dei_LocalPhoneNumber | dei_ | xbrli:normalizedStringItemType | na | duration | 213-3191 |
| Written Communications | dei_WrittenCommunications | dei_ | xbrli:booleanItemType | na | duration | false |
| Soliciting Material | dei_SolicitingMaterial | dei_ | xbrli:booleanItemType | na | duration | false |
| Pre-commencement Tender Offer | dei_PreCommencementTenderOffer | dei_ | xbrli:booleanItemType | na | duration | false |
| Pre-commencement Issuer Tender Offer | dei_PreCommencementIssuerTenderOffer | dei_ | xbrli:booleanItemType | na | duration | false |
| Title of 12(b) Security | dei_Security12bTitle | dei_ | dei:securityTitleItemType | na | duration | Common Stock, par value $0.001 per share |
| Trading Symbol | dei_TradingSymbol | dei_ | dei:tradingSymbolItemType | na | duration | FSCT |
| Security Exchange Name | dei_SecurityExchangeName | dei_ | dei:edgarExchangeCodeItemType | na | duration | NASDAQ |
| Entity Emerging Growth Company | dei_EntityEmergingGrowthCompany | dei_ | xbrli:booleanItemType | na | duration | false |

+ References + Details