**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

**ABRAHAM, FRUCHTER
& TWERSKY, LLP**
Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Email: TKellar@aftlaw.com

*Attorneys for Co-Lead Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>Defendants. | CASE NO.:  3:20-cv-00076-SI<br><br>**STIPULATION AND  ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge:          Hon. Susan Illston<br>Complaint File:  May 10, 2021<br>Trial Date:      None set |

STIPULATION AND [PROPOSED] ORDER RE CO-LEAD
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:20-CV-00076-SI

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Tachlit Mutual Funds Ltd. ("Co-Lead Plaintiffs") and Defendants Forescout Technologies Inc. ("Forescout"), Michael DeCesare ("DeCesare"), and Christopher Harms (with DeCesare the "Individual Defendants" and with Forescout and DeCesare "Defendants" and collectively, with Co-Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, on May 10, 2021, pursuant to the Court's Order dated April 5, 2021 (ECF No. 141), Co-Lead Plaintiffs filed a Second Consolidated Amended Complaint for Violations of the Securities Laws (the "Second Amended Complaint") (ECF No. 142);

WHEREAS, on June 24, 2021, pursuant to the Court's Order dated April 5, 2021 (ECF No. 141), Defendant Forescout and the Individual Defendants filed two separate motions to dismiss the Second Amended Complaint (ECF Nos. 143 & 145, respectively);

WHEREAS, Co-Lead Plaintiffs intend to file a single consolidated brief in opposition to Defendants' motions to dismiss the Second Amended Complaint not to exceed 50 pages, rather than file separate opposition briefs to the two pending motions, in order to save judicial resources;

WHEREAS, a 50-page consolidated brief in opposition to the motions to dismiss would be equivalent to the page limit set under Local Civil Rules 7-3(a) and 7-4(b);

WHEREAS, Defendants do not oppose Co-Lead Plaintiffs' request to file a consolidated opposition not to exceed 50 pages in length; and

WHEREAS, Defendants reserve their rights to file separate reply briefs in response to Co-Lead Plaintiffs' consolidated opposition.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties, subject to the Court's approval, that:

1.    Co-Lead Plaintiffs shall be permitted to file a single consolidated opposition brief to Defendants' motions to dismiss the Second Amended Complaint not to exceed 50 pages.

2.    This Order is without prejudice to Forescout's and the Individual Defendants' right to file separate reply briefs in response to Co-Lead Plaintiffs' consolidated opposition.

Dated:  July 16, 2021                    ABRAHAM, FRUCHTER & TWERSKY, LLP

                                         /s/    Jeffrey S. Abraham
                                         Jeffrey S. Abraham
                                         (admitted *Pro Hac Vice*)
                                         JAbraham@aftlaw.com
                                         450 Seventh Avenue, 38th Floor
                                         New York, NY 10123
                                         Telephone: (212) 279-5050

                                                 - And -

Dated:  July 16, 2021                    POMERANTZ LLP

                                         /s/    Omar Jafri
                                         Omar Jafri
                                         ojafri@pomlaw.com
                                         Ten South La Salle Street, Suite 3505
                                         Chicago, Illinois 60603
                                         Telephone: (312) 377-1181

                                         *Attorneys for Co-Lead Plaintiffs*

Dated:  July 16, 2021                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         /s/    Ignacio E. Salceda
                                         Ignacio E. Salceda
                                         isalceda@wsgr.com
                                         650 Page Mill Road
                                         Palo Alto, CA 94304
                                         Telephone: (650) 320-4908

                                         *Attorneys for Defendants Michael DeCesare
                                         and Christopher Harms*

Dated:  July 16, 2021                    ROPES & GRAY LLP

                                         /s/    Anne Johnson Palmer
                                         Anne Johnson Palmer
                                         Anne.JohnsonPalmer@ropesgray.com
                                         3 Embarcadero Center
                                         San Francisco, CA 94111
                                         Telephone: (415) 315-6337

                                         *Attorneys for Defendant Forescout Technologies Inc.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   July 16, 2021

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE