**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Email: TKellar@aftlaw.com

*Attorneys for Co-Lead Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.:  3:20-cv-00076-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> Judge:          Hon. Susan Illston <br> Complaint File:  May 10, 2021 <br> Trial Date:      None set |

STIPULATION AND [PROPOSED] ORDER RE CO-LEAD
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:20-CV-00076-SI

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Tachlit Mutual Funds Ltd. ("Co-Lead Plaintiffs") and Defendants Forescout Technologies Inc. ("Forescout"), Michael DeCesare ("DeCesare"), and Christopher Harms (with DeCesare the "Individual Defendants" and with Forescout and DeCesare "Defendants" and collectively, with Co-Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, pursuant to the Court's Order dated April 5, 2021 (ECF No. 141), Co-Lead Plaintiffs filed a Second Consolidated Amended Complaint for Violations of the Securities Laws (the "Second Amended Complaint") (ECF No. 142);

WHEREAS, on June 24, 2021, pursuant to the Court's Order dated April 5, 2021 (ECF No. 141), Defendant Forescout and the Individual Defendants filed two separate motions to dismiss the Second Amended Complaint (ECF Nos. 143 & 145, respectively);

WHEREAS, on April 6, 2021, the Court set a schedule pursuant to which Co-Lead Plaintiffs' opposition to Defendants' motions to dismiss are to be filed on or before July 26, 2021, and Defendants shall then file any replies on or before August 10, 2021;

WHEREAS, Co-Lead Plaintiffs request an additional week, or until August 2, 2021, to oppose Defendants' motion to dismiss;

WHEREAS, Defendants do not oppose Co-Lead Plaintiffs' request to extend their opposition deadline by one week; and

WHEREAS, Defendants reserve all other rights with respect to briefing their replies;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties, subject to the Court's approval, that:

1.    Co-Lead Plaintiffs shall respond to any Motions to Dismiss the Second Amended Complaint on or before August 2, 2021.

2. Defendants shall file any replies in support of the Motions to Dismiss on or before August 24, 2021.

Dated: July 21, 2021                          ABRAHAM, FRUCHTER & TWERSKY, LLP


                                              /s/    Jeffrey S. Abraham
                                              Jeffrey S. Abraham
                                              (admitted *Pro Hac Vice*)
                                              JAbraham@aftlaw.com
                                              450 Seventh Avenue, 38th Floor
                                              New York, NY 10123
                                              Telephone: (212) 279-5050

                                                      - And -

Dated: July 21, 2021                          POMERANTZ LLP

                                              /s/    Omar Jafri
                                              Omar Jafri
                                              ojafri@pomlaw.com
                                              Ten South La Salle Street, Suite 3505
                                              Chicago, Illinois 60603
                                              Telephone: (312) 377-1181

                                              *Attorneys for Co-Lead Plaintiffs*

Dated: July 21, 2021                          WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

                                              /s/    Ignacio E. Salceda
                                              Ignacio E. Salceda
                                              isalceda@wsgr.com
                                              650 Page Mill Road
                                              Palo Alto, CA 94304
                                              Telephone: (650) 320-4908

                                              *Attorneys for Defendants Michael DeCesare
                                              and Christopher Harms*

Dated: July 21, 2021                          ROPES & GRAY LLP

                                              /s/    Anne Johnson Palmer
                                              Anne Johnson Palmer
                                              Anne.JohnsonPalmer@ropesgray.com
                                              3 Embarcadero Center
                                              San Francisco, CA 94111
                                              Telephone: (415) 315-6337

                                              *Attorneys for Defendant Forescout Technologies Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    July 23, 2021

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeffrey S. Abraham, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: July 21, 2021                              /s/   Jeffrey S. Abraham
                                                        Jeffrey S. Abraham

STIPULATION AND [PROPOSED] ORDER RE CO-LEAD
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:20-CV-00076-SI                    -4-