**ABRAHAM, FRUCHTER**
   **& TWERSKY, LLP**
Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Email: TKellar@aftlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.: 3:20-cv-00076-SI <br><br> <u>CLASS ACTION</u> <br><br> **LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTIONS TO DISMISS** <br><br> Date:  September 17, 2021 <br> Time:  10:00 a.m. <br> Dept.:  Courtroom 1, 17th Floor <br><br> Before:  Hon. Susan Illston |

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:20-cv-00076-SI

Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (collectively, the "Glazer Funds") and Meitav Tachlit Mutual Funds Ltd. ("Meitav," and together with the Glazer Funds, "Lead Plaintiffs" or "Plaintiffs") hereby respectfully request that the Court consider and take judicial notice of Exhibits 1 through 6 to the Transmittal Declarations of Omar Jafri (the "Jafri Declarations").

## ARGUMENT

The Court may consider the Exhibits to the Jafri Declarations because all of the exhibits are proper subjects of judicial notice.  Each exhibit to the Jafri Declarations is a matter of public record and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

Exhibits 1, 2, 3, and 6 to the Jafri Declarations are filings made in *Forescout Technologies, Inc. v. Ferrari Holdings, L.P.*, C.A. No. 2020-0385-SG (Del. Ch.) (the "Delaware Litigation"), making them unquestionably appropriate subjects for judicial notice.  *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record.").

Exhibit 4 to the Jafri Declarations is a customer quote sheet available through Clari's website, which is also unquestionably subject to judicial notice.  *See Guilarte v. Monti*, No. 16-CV-01726-MMC, 2016 WL 4091403, at *3 (N.D. Cal. Aug. 2, 2016) (taking judicial notice of advertising materials).

Exhibit 5 to the Jafri Declarations is Forescout's bylaws as filed with the U.S. Securities and Exchange Commission (the "SEC").  Courts routinely take judicial notice of documents filed with the SEC.  *See Metzler Inv. GMBH v. Corinthian Colls. Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008).

Dated:  August 2, 2021

Respectfully submitted,

**POMERANTZ LLP**

By:  /s/ *Omar Jafri*
Patrick V. Dahlstrom
Omar Jafri
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: pdahlstrom@pomlaw.com
         ojafri@pomlaw.com

-and-

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

-and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
         ahood@pomlaw.com

**ABRAHAM, FRUCHTER
   & TWERSKY, LLP**

By:  /s/ *Jeffrey S. Abraham*
Jeffrey S. Abraham
(admitted *Pro Hac Vice*)
Michael J. Klein
(admitted *Pro Hac Vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
E-mail: JAbraham@aftlaw.com
         MKlein@aftlaw.com

-and-

Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582
E-mail: TKellar@aftlaw.com

*Co-Lead Counsel*

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE                                    -2-
Case No. 3:20-cv-00076-SI