**ABRAHAM, FRUCHTER
    & TWERSKY, LLP**
Jeffrey S. Abraham (admitted Pro Hac Vice)
Michael J. Klein (admitted Pro Hac Vice)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
E-mail: JAbraham@aftlaw.com
        MKlein@aftlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Omar Jafri
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: pdahlstrom@pomlaw.com
 ojafri@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE and CHRISTOPHER HARMS,<br><br>Defendants. | Case No. 3:20-cv-00076-SI<br><br>CLASS ACTION<br><br>**TRANSMITTAL DECLARATION OF OMAR JAFRI** |

TRANSMITTAL DECLARATION OF OMAR JAFRI
Case No. 3:20-cv-00076-SI

I, Omar Jafri, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney with Pomerantz LLP, which was appointed co-lead counsel with Abraham, Fruchter & Twersky, LLP, on November 19, 2020.  I am over eighteen years of age and have personal knowledge of the facts and, if called as a witness, I would testify competently regarding those facts.

2.      On August 2, 2021, Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Tachlit Mutual Funds Ltd. filed their Omnibus Opposition to Defendants' Motions to Dismiss (the "Opposition").

3.      The Opposition references certain documents of which the Court may take judicial notice, true and correct copies of which are attached hereto:

4.

| Exhibit No. | Description |
|---|---|
| 4 | A Clari Customer Quote Sheet, *available at* https://pages.clari.com/rs/866-BBG-005/images/Clari_What%20Customers%20Are%20Saying_v1.3.pdf |
| 5 | An excerpt from Forescout's bylaws, available at https://www.sec.gov/Archives/edgar/data/1145057/000162828017012231/exhibit32bylaws.htm |
| 6 | Advent's Motion to Require In-Person Testimony of Christopher Harms in the Delaware Litigation |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 2nd day of August, 2021.

/s/      *Omar Jafri*
OMAR JAFRI

TRANSMITTAL DECLARATION OF OMAR JAFRI                                      - 1 -
Case No. 3:20-cv-0076-SI

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 2, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/    *Omar Jafri*
OMAR JAFRI