# EXHIBIT 4



# WHAT OUR
# CUSTOMERS
## ARE SAYING

At Clari, we're obsessed with creating software that sales people love to use. We apply artificial intelligence to solve some of the biggest challenges they face in navigating the critical **opportunity-to-close** process.

**Our mission** is to set up our customers for tremendous success by transforming the way they sell, make decisions, and grow.

**Our customers** are passionate advocates. From sales reps to managers to the executive team, once they start using Clari, they can't imagine doing their jobs without us.

Here is what just a few of our customers have to say about their experience partnering with us.



# What
# **CEOs**
## are saying

---

**SURESH VASUDEVAN**
CEO



❝ *We have never seen a solutions provider bring* **so much innovation** *to the way we do sales than Clari.*

---

**ERIC YUAN**
CEO



❝ *I love Clari and literally* **can't live without the iPhone app***.*

---

**MIKE DECESARE**
CEO



❝ *Clari provides* **new visibility** *into the sales execution process that is unparalleled.*

---

**DHEERAJ PANDEY**
CEO

NUTANIX.

❝ *I count on* **Clari Mobile everyday** *to do my job. For any sales-driven CEO, Clari is a must have.*

# What
# SALES EXECS
## are saying

**STEVE HARMON**
Managing Director, Head
of US Enterprise Sales

BlackBerry

" *For me, Clari really feels like a **luxury ride** compared to my experience with our CRM. It's just easy to use and gets me to the insights I need quickly.*

**MIKE LEVY**
Director, Enterprise &
Strategic Verticals

JUNIPER NETWORKS

" *I can't say enough about Clari. It's **changed the way** I manage my business end to end.  I have much more control and view into my teams opportunities and how best to drive behavior towards success. Now my finger is "**always**" on the pulse.*

**LOU SERLENGA**
VP of Sales

Hewlett Packard
Enterprise

" *With Clari, we have experienced a **5X increase** in forecast simplicity, speed and accuracy across every single region around the globe.*

**GREG HOLMES**
Head of Sales

zoom

" *I saw that my reps would see immediate **value in Clari** and I'm just really **impressed with the people** supporting us who are clearly committed to making us successful.*

**BRIAN QUINN**
Managing Director
Americas

App Annie

" *Clari mobile allows me to **quickly vet my team's forecasts** while helping to identify which deals need deeper inspection.*

# What
# SALES OPS LEADERS
## are saying

---

**ARIEL SAKIN**
Director, Sales and
Marketing Operations



*With Clari, we now have the **ability** to see everything impacting the health of our growing business all in one place. Our entire team, from the C-suite to the rep, now gets **immediate visibility into our pipeline** risk and upside.*

---

**RICKIE GOYAL**
Sr. Director of WW
Sales Operations

NUTANIX.

*Using Clari Connect to get updates on EOQ deals is perfect.  Sales managers get the info they want with zero disruption to the rep.*

---

**STEPHANIE SAHR**
Director of Global
Sales Operations



*Before Clari I was getting way more requests for data and reports than I could possibly fulfill. Clari provides a **self-service model** for reports and analytics and my sales leadership loves it.*

---

**RODNEY TOY**
VP, Worldwide Sales
Planning and Operations



*I've deployed many tools over the course of my career, and Clari might be the first solution where there are **clear benefits** not only for management, but for everyone out in the field. "Their product is great and a big reason I went with them is **the Clari team**."*

---

**YAMINI RANGAN**
Global Head of Revenue
Excellence and Operations

Dropbox

*With Clari, the narrative on our sales calls has moved from "what the hell happened" to "**what is about to happen**."*





# clari

**Close more deals, predictably.**

Clari is the leading provider of sales execution and forecasting solutions. Sales teams from industry leading companies like Box, Juniper Networks, Symantec, Palo Alto Networks, and Hewlett Packard Enterprise use Clari to drive forecast accuracy and show their sales teams where to focus to close more business, faster. Powered by artificial intelligence, the Clari platform gives execs confidence in the forecast, makes sales managers better coaches, and puts sales reps in position to crush their numbers every quarter.

Clari is headquartered in Sunnyvale, Calif. For additional information, visit us at Clari.com and follow us @clarihq.

# EXHIBIT 5

EX-3.2 3 exhibit32bylaws.htm EXHIBIT 3.2

# AMENDED AND RESTATED BYLAWS OF

# FORESCOUT TECHNOLOGIES, INC.

(adopted on August 16, 2017 and effective as of the closing of the Corporation's initial public offering)

## TABLE OF CONTENTS

| | |
|---|---|
| **Article I – CORPORATE OFFICES** | 1 |
| 1.1 REGISTERED OFFICE | 1 |
| 1.2 OTHER OFFICES | 1 |
| **Article II – MEETINGS OF STOCKHOLDERS** | 2 |
| 2.1 PLACE OF MEETINGS | 2 |
| 2.2 ANNUAL MEETING | 2 |
| 2.3 SPECIAL MEETING | 2 |
| 2.4 ADVANCE NOTICE PROCEDURES | 3 |
| 2.5 NOTICE OF STOCKHOLDERS' MEETINGS | 7 |
| 2.6 QUORUM | 7 |
| 2.7 ADJOURNED MEETING; NOTICE | 7 |
| 2.8 CONDUCT OF BUSINESS | 8 |
| 2.9 VOTING | 8 |
| 2.10 STOCKHOLDER ACTION BY WRITTEN CONSENT WITHOUT A MEETING | 8 |
| 2.11 RECORD DATES | 8 |
| 2.12 PROXIES | 9 |
| 2.13 LIST OF STOCKHOLDERS ENTITLED TO VOTE | 9 |
| 2.14 INSPECTORS OF ELECTION | 10 |
| **Article III – DIRECTORS** | 11 |
| 3.1 POWERS | 11 |
| 3.2 NUMBER OF DIRECTORS | 11 |
| 3.3 ELECTION, QUALIFICATION AND TERM OF OFFICE OF DIRECTORS | 11 |
| 3.4 RESIGNATION AND VACANCIES | 11 |
| 3.5 PLACE OF MEETINGS; MEETINGS BY TELEPHONE | 12 |
| 3.6 REGULAR MEETINGS | 12 |
| 3.7 SPECIAL MEETINGS; NOTICE | 12 |
| 3.8 QUORUM; VOTING | 13 |
| 3.9 BOARD ACTION BY WRITTEN CONSENT WITHOUT A MEETING | 13 |
| 3.10 FEES AND COMPENSATION OF DIRECTORS | 13 |
| 3.11 REMOVAL OF DIRECTORS | 13 |
| **Article IV – COMMITTEES** | 14 |
| 4.1 COMMITTEES OF DIRECTORS | 14 |
| 4.2 COMMITTEE MINUTES | 14 |
| 4.3 MEETINGS AND ACTION OF COMMITTEES | 14 |
| 4.4 SUBCOMMITTEES | 15 |
| **Article V – OFFICERS** | 16 |
| 5.1 OFFICERS | 16 |
| 5.2 APPOINTMENT OF OFFICERS | 16 |
| 5.3 SUBORDINATE OFFICERS | 16 |
| 5.4 REMOVAL AND RESIGNATION OF OFFICERS | 16 |
| 5.5 VACANCIES IN OFFICES | 17 |

5.6 REPRESENTATION OF SHARES OR INTERESTS OF OTHER CORPORATIONS OR ENTITIES     17

5.7 AUTHORITY AND DUTIES OF OFFICERS     17

5.8 THE CHAIRPERSON OF THE BOARD     17

5.9 THE VICE CHAIRPERSON OF THE BOARD     17

5.10 THE CHIEF EXECUTIVE OFFICER     17

5.11 THE PRESIDENT     18

5.12 THE VICE PRESIDENTS AND ASSISTANT VICE PRESIDENTS     18

5.13 THE SECRETARY AND ASSISTANT SECRETARIES     18

5.14 THE CHIEF FINANCIAL OFFICER, THE TREASURER AND ASSISTANT TREASURERS     18

**Article VI – STOCK**

6.1 STOCK CERTIFICATES; PARTLY PAID SHARES     20

6.2 SPECIAL DESIGNATION ON CERTIFICATES     20

6.3 LOST, STOLEN OR DESTROYED CERTIFICATES     21

6.4 DIVIDENDS     21

6.5 TRANSFER OF STOCK     21

6.6 STOCK TRANSFER AGREEMENTS     21

6.7 REGISTERED STOCKHOLDERS     21

**Article VII – MANNER OF GIVING NOTICE AND WAIVER**     23

7.1 NOTICE OF STOCKHOLDERS' MEETINGS     23

7.2 NOTICE BY ELECTRONIC TRANSMISSION     23

7.3 NOTICE TO STOCKHOLDERS SHARING AN ADDRESS     24

7.4 NOTICE TO PERSON WITH WHOM COMMUNICATION IS UNLAWFUL     24

7.5 WAIVER OF NOTICE     24

**Article VIII – INDEMNIFICATION**     25

8.1 INDEMNIFICATION OF DIRECTORS AND OFFICERS IN THIRD PARTY PROCEEDINGS     25

8.2 INDEMNIFICATION OF DIRECTORS AND OFFICERS IN ACTIONS BY OR IN THE RIGHT OF THE CORPORATION     25

8.3 SUCCESSFUL DEFENSE     25

8.4 INDEMNIFICATION OF OTHERS     26

8.5 ADVANCE PAYMENT OF EXPENSES     26

8.6 LIMITATION ON INDEMNIFICATION     26

8.7 DETERMINATION; CLAIM     27

8.8 NON-EXCLUSIVITY OF RIGHTS     27

8.9 INSURANCE     27

8.10 SURVIVAL     28

8.11 EFFECT OF REPEAL OR MODIFICATION     28

8.12 CERTAIN DEFINITIONS     28

**Article IX – GENERAL MATTERS**     29

9.1 EXECUTION OF CORPORATE CONTRACTS AND INSTRUMENTS     29

9.2 FISCAL YEAR     29

9.3 SEAL     29

9.4 CONSTRUCTION; DEFINITIONS     29

**Article X – FORUM FOR CERTAIN ACTIONS**     30

**Article XI – AMENDMENTS**     31

duties and exercise the powers of the chairperson of the board unless otherwise determined by the board of directors.

### 5.11   THE PRESIDENT

The president shall have, subject to the supervision, direction and control of the board of directors, the general powers and duties of supervision, direction and management of the affairs and business of the Corporation customarily and usually associated with the position of president. The president shall have such powers and perform such duties as may from time to time be assigned to him or her by the board of directors, the chairperson of the board or the chief executive officer. In the event of the absence or disability of the chief executive officer, the president shall perform the duties and exercise the powers of the chief executive officer unless otherwise determined by the board of directors.

### 5.12   THE VICE PRESIDENTS AND ASSISTANT VICE PRESIDENTS

Each vice president and assistant vice president shall have such powers and perform such duties as may from time to time be assigned to him or her by the board of directors, the chairperson of the board, the chief executive officer or the president.

### 5.13   THE SECRETARY AND ASSISTANT SECRETARIES

(i)      The secretary shall attend meetings of the board of directors and meetings of the stockholders and record all votes and minutes of all such proceedings in a book or books kept for such purpose. The secretary shall have all such further powers and duties as are customarily and usually associated with the position of secretary or as may from time to time be assigned to him or her by the board of directors, the chairperson of the board, the chief executive officer or the president.

(ii)      Each assistant secretary shall have such powers and perform such duties as may from time to time be assigned to him or her by the board of directors, the chairperson of the board, the chief executive officer, the president or the secretary. In the event of the absence, inability or refusal to act of the secretary, the assistant secretary (or if there shall be more than one, the assistant secretaries in the order determined by the board of directors) shall perform the duties and exercise the powers of the secretary.

### 5.14   THE CHIEF FINANCIAL OFFICER, THE TREASURER AND ASSISTANT TREASURERS

(i)      The chief financial officer shall be responsible for maintaining the Corporation's accounting records and statements, and shall keep full and accurate accounts of receipts and disbursements in books belonging to the Corporation. The chief financial officer shall also maintain adequate records of all assets, liabilities and transactions of the Corporation and shall assure that adequate audits thereof are currently and regularly made. The chief financial officer shall have all such further powers and perform all such further duties as are customarily and usually associated with the position of chief financial officer, or as may from time to time be assigned to him or her by the board of directors, the chairperson, the chief executive officer or the president. Unless a treasurer has been appointed separately in accordance with these bylaws, the chief financial officer shall also perform the duties of treasurer prescribed in paragraph (ii) below.

18

# EXHIBIT 6

**EFiled: Jul 13 2020 03:14PM EDT**
**Transaction ID 65763877**
**Case No. 2020-0385-SG**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FORESCOUT TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff/ Counterclaim Defendant | ) ) ) ) | |
| v. | ) ) | C.A. No. 2020-0385-SG |
| FERRARI GROUP HOLDINGS, L.P., and FERRARI MERGER SUB, INC., | ) ) ) | |
| Defendants/Counterclaim Plaintiffs. | ) ) | |

### MOTION TO REQUIRE IN-PERSON TESTIMONY OF <u>CHRISTOPHER HARMS</u>

Defendants Ferrari Group Holdings, L.P. and Ferrari Merger Sub, Inc. ("Ferrari") hereby move for the entry of an order in the form submitted hereto with compelling Plaintiff Forescout Technologies, Inc. ("Forescout") to bring one of its witnesses, Christopher Harms, to trial as an in-person witness.

1. On May 28, 2020, this Court set a five-day in-person trial to begin on July 20, 2020. The stated reason for an expedited trial was that Forescout wished to obtain specific performance of the Merger Agreement at issue, and that the financing commitment of the existing lenders (according to Forescout) expired on August 6, 2020. On June 13, 2020, however, the existing financing sources wrote a letter stating that their commitment had terminated by its terms, and that they considered all of their commitments under that agreement (other than certain

procedural commitments that survive termination) to be terminated.  Accordingly, there is no possibility that the original financing sources will fund a transaction. Moreover, neither Ferrari nor Forescout has identified an available source of replacement financing. In the unlikely event that such financing becomes available, there is no requirement that such financing be consummated by August 6, 2020.

2. On July 7, 2020, the Court expressed concerns about having an in-person trial, and requested that the parties confer about conducting a portion of the trial in person, with the balance via Zoom.  In response to that concern, Ferrari wrote to the Court on July 10, 2020 stating that the existing financing commitment had been terminated, and expressing the view that the reason for the July 20 trial (to facilitate a possible specific performance remedy related to the existing financing) no longer existed.  The Court rejected that argument and held that the trial would proceed beginning on July 20, 2020.  The Court offered to hold one day of in-person testimony in Wilmington, with the balance to be via Zoom, or to hold a portion of the trial with in-person testimony in Georgetown, with other testimony via Zoom.

3. On July 11 and July 12, Ferrari wrote to Forescout asking if Forescout would bring to trial in Wilmington, as in-person witnesses, its Chief Financial Officer, Christopher Harms, and its Chief Executive Officer, Michael DeCesare. Forescout advised Ferarri late on July 12 that it will not bring either Mr. Harms or

Mr. DeCesare to trial as in-person witnesses, stating only that neither witness is "comfortable traveling to Delaware given the current state of the COVID pandemic." Messrs. Harms and DeCesare are obviously key witnesses.

4. In particular, Ferrari's ability to present its case effectively will be significantly compromised if Mr. Harms cannot be cross-examined as an in-person witnesses, as he is the author or recipient of many of the key documents in the case.

## CONCLUSION

Accordingly, given the expedited nature of the motion, Ferrari respectfully requests that the Court issue an order today in the form submitted hereto with requiring Forescout to bring Mr. Harms to trial as an in-person witness.

3

OF COUNSEL:

Peter L. Welsh (*pro hac vice*)
C. Thomas Brown (*pro hac vice*)
Kathryn Caldwell (*pro hac vice*)
Katelyn Saner (*pro hac vice*)
Daniel V. Ward (*pro hac vice*)
William Roberts (*pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Harvey Wolkoff (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Andrew J. Rossman (*pro hac vice*)
David Mader (*pro hac vice*)
Anil Makhijani (*pro hac vice*)
Matthew Fox (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Diane Cafferata (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3666

July 13, 2020

MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP

*/s/ Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
William M. Lafferty (#2755)
Ryan D. Stottmann (#5237)
Sara Toscano (#6703)
Sarah P. Kaboly (#6673)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 658-9200

*Attorneys for Defendants Ferrari
Group Holdings, L.P., and Ferrari
Merger Sub, Inc.*

Words: 493

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020 the foregoing was caused to be served upon the following counsel of record via File & Serve*Xpress*:

William B. Chandler III
Lori W. Will
Shannon E. German
Jessica A. Hartwell
Jeremy W. Gagas
Wilson, Sonsini, Goodrich & Rosati, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE  19801


*/s/ Sarah P. Kaboly*
Sarah P. Kaboly (#6673)