**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** 09/17/2021 | **Time:** 53 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorney for Plaintiff:** Patrick Dahlstrom, Omar Jafri, Jeffrey Abraham, Michael Klein
**Attorney for Defendant:** C. Thomas Brown, Charles Zagnoli, Diane Walters, Ignacio Salceda

**Deputy Clerk:** Tana Ingle                    **Court Reporter:** Ana Dub

## PROCEEDINGS

Motions to Dismiss – held.

## SUMMARY

Motions to Dismiss is taken under submission. Court to issue a written order.