UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XAVIER BECERRA,<br><br>　　　　Defendant. | Case No. 21-cv-07472-SI<br><br>Related Case No. 21-cv-06055-SI<br><br>**JUDGMENT** |

　　　The Court has dismissed the complaint without leave to amend.  Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge