1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER L. SAYCE, et al.,

              Plaintiffs,

    v.

FORESCOUT TECHNOLOGIES, INC., et al.,

              Defendants.

Case No. 20-cv-00076-SI

**JUDGMENT**

      The Second Amended Consolidated Complaint has been dismissed without leave to amend.

Accordingly, judgment is entered in favor of defendants and against plaintiffs.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated:  October 12, 2021

SUSAN ILLSTON
United States District Judge