UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GLAZER CAPITAL MANAGEMENT, L.P.; GLAZER ENHANCED FUND L.P.; GLAZER ENHANCED OFFSHORE FUND, LTD.; GLAZER OFFSHORE FUND, LTD.; HIGHMARK LIMITED; MEITAV TACHLIT MUTUAL FUNDS LTD.,

Plaintiffs-Appellants,

v.

FORESCOUT TECHNOLOGIES, INC.; MICHAEL DECESARE; CHRISTOPHER HARMS,

Defendants-Appellees.

No.    21-16876

D.C. No. 3:20-cv-00076-SI
Northern District of California,
San Francisco

ORDER

Before:  HAWKINS, BEA, and NGUYEN, Circuit Judges.

The panel unanimously votes to deny the petition for panel rehearing. Judges Hawkins and Bea recommend denying the petition for rehearing en banc. Judge Nguyen votes to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc, filed March 30, 2023, Dkt. No. 57, is DENIED.