**ROPES & GRAY LLP**
Amy Jane Longo (CSB #198304)
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Amy.Longo@ropesgray.com

*Attorneys for Defendant*
*Forescout Technologies, Inc.*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>          v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>     Defendants. | CASE NO.: 3:20-cv-00076-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' DEADLINE TO ANSWER THE OPERATIVE COMPLAINT**<br><br>Judge: Hon. Susan Illston<br>Trial Date: None set |

Pursuant to Civil Local Rule 7-12, Defendants Forescout Technologies Inc. ("Forescout"), Michael DeCesare ("DeCesare"), and Christopher Harms (with DeCesare the "Individual Defendants," and with Forescout and DeCesare, the "Defendants") and Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Tachlit Mutual Funds Ltd. ("Co-Lead Plaintiffs," and collectively, with Defendants, the "Parties"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, pursuant to the Court's Order dated April 5, 2021 (ECF No. 141), Co-Lead Plaintiffs filed a Second Consolidated Amended Complaint for Violations of the Securities Laws (the "Second Amended Complaint") (ECF No. 142);

WHEREAS, on June 24, 2021, pursuant to the Court's Order dated April 5, 2021 (ECF No. 141), Defendant Forescout and the Individual Defendants filed motions to dismiss the Second Amended Complaint (ECF Nos. 143 & 145, respectively);

WHEREAS, the Court granted Defendants' motions to dismiss on October 6, 2021 (ECF No. 158) and entered judgment in favor of Defendants on October 12, 2021 (ECF No. 162);

WHEREAS, on November 1, 2021, Co-Lead Plaintiffs filed a Notice of Appeal from the Court's October 12, 2021 Order (ECF No. 167);

WHEREAS, on March 16, 2023, the Ninth Circuit affirmed this Court's dismissal Order in part, reversed in part, and remanded the case for further proceedings;

WHEREAS, on March 30, 2023, Defendants filed a Petition for Rehearing or Rehearing *En Banc*;

WHEREAS, on April 25, 2023, the Ninth Circuit denied Defendants' Petition for Rehearing or Rehearing *En Banc*; and,

WHEREAS, on May 3, 2023, the Ninth Circuit mandated that its March 16, 2023 judgment took effect as of May 3, 2023;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Parties, subject to the Court's approval, that:

1.    Defendants shall file an Answer to the Second Amended Complaint, affirmative defenses, and any counterclaims on or before June 16, 2023.

Dated: May 11, 2023

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

  */s/ Jeffrey S. Abraham*
Jeffrey S. Abraham (admitted *pro hac vice*)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
JAbraham@aftlaw.com


    -and-


**POMERANTZ LLP**

  */s/ Omar Jafri*
Omar Jafri (admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
ojafri@pomlaw.com

*Attorneys for Co-Lead Plaintiffs*

**ROPES & GRAY LLP**

  */s/ Amy Jane Longo*
Amy Jane Longo
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Amy.Longo@ropesgray.com

*Attorneys for Defendant Forescout Technologies, Inc.*

**WILSON SONSINI GOODRICH & ROSATI, Professional Corporation**

  */s/ Ignacio E. Salceda*
Ignacio E. Salceda
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
isalceda@wsgr.com

*Attorneys for Defendants Michael DeCesare and Christopher Harms*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: May 12, 2023

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
DEADLINE TO ANSWER THE OPERATIVE COMPLAINT          CASE NO. 3:20-CV-00076-SI

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Amy Jane Longo, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

Dated: May 11, 2023

_/s/ Amy Jane Longo_
Amy Jane Longo

-4-