**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:**  July 7, 2023 | **Time:** 12:16-12:34 18 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:**
Omar Jafri, Genc Arifi, Jeffrey S. Abraham,
**Attorney for Defendant:**
Amy Jane Longo, Charles Zagnoli, Ignacio Salceda, Diane Walters

 **Deputy Clerk:** Jenny Galang                **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

Motion for Class Certification due October 27, 2023. Defendant's opposition due December 22, 2023.  Plaintiff's response due January 19, 2024.

CASE CONTINUED:  10/27/2023 at 3:00 p.m. for Further Case Management Conference via Zoom webinar.

Joint Case Management Conference Statement due October 20, 2023.