**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** October 27, 2023 | **Time:** 10:43 – 10:47 4 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:** Jeffrey Abraham, Michael Klein, Omar Jafri, Genc Arifi, Brian O'Connell
**Attorney for Defendant:** Amy Longo, Mark Gaioni, Diane Walter

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Zoom Recording

<u>**PROCEEDINGS**</u>

Further Case Management Conference – held via Zoom webinar.

<u>**SUMMARY**</u>

The case is progressing as scheduled, no additional hearings deemed necessary.  The Class Certification will be held as scheduled on **2/2/2024 at 10:00 a.m. by Zoom webinar.**

*****Counsel who wish to appear on the record for the Class Certification Hearing need to send an email to *sicrd@cand.uscourts.gov* by 1/24/2024 at 2 pm to register.*