**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>    Defendants. | ) CASE NO.: 3:20-cv-00076-SI<br>)<br>) <u>CLASS ACTION</u><br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **PLAINTIFFS' MOTION FOR CLASS**<br>) **CERTIFICATION, AND**<br>) **APPOINTMENT OF CLASS**<br>) **REPRESENTATIVES AND CLASS**<br>) **COUNSEL**<br>)<br>) Judge: Hon. Susan Illston<br>)<br>) |

On October 27, 2023, Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund, L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (collectively, the "Glazer Funds"), and Meitav Mutual Funds Ltd. (f/k/a Meitav Tachlit Mutual Funds Ltd.) ("Meitav" and, with the Glazer Funds, "Plaintiffs") filed a motion for Class Certification and Appointment of Class Representatives and Class Counsel. The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, and finding good cause for the Motion, orders as follows:

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Class Certification is GRANTED;

2. The Class is certified pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure;

3. Plaintiffs are appointed as Class Representatives; and

4. Pomerantz LLP and Abraham, Fruchter & Twersky LLP are appointed as Class Counsel.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION                    -1-
3:20-cv-00076-SI