**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.: 3:20-cv-00076-SI <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF OMAR JAFRI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** <br><br> Hearing Date: February 2, 2024 <br> Time: 10:00 a.m. <br> Judge: Hon. Susan Illston <br> Court Room: 1 – 17th Floor |

DECLARATION OF OMAR JAFRI IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
3:20-cv-00076-SI

I, Omar Jafri, hereby declare as follows:

1.    I am a partner at Pomerantz LLP, Co-Lead Counsel on behalf of Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund, L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Mutual Funds Ltd. (f/k/a Meitav Tachlit Mutual Funds Ltd.), and have personal knowledge of the facts set forth herein.

2.    I make this declaration in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.    Attached as Exhibit A is a true and correct copy of the Expert Report of Zachary Nye, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2023.

_/s/ Omar Jafri_____
Omar Jafri (admitted *pro hac vice*)

DECLARATION OF OMAR JAFRI IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION                                              -1-
3:20-cv-00076-SI

**Certificate of Service**

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing by email to counsel of record for all parties.

*/s/ Omar Jafri*