UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, District Judge

SAYCE,                          )
                                )
          Plaintiff,            )
                                )
vs.                             )   No. C 20-00076-SI
                                )
FORESCOUT TECHNOLOGIES, INC.,   )
et al.,                         )
                                )
          Defendants.           )
_____)

                                San Francisco, California
                                Friday, October 27, 2023

TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
          RECORDING 10:43 - 10:47 = 4 MINUTES

APPEARANCES:

For Plaintiff:
                         Abraham, Fruchter & Twersky,
                           LLP
                         One Penn Plaza, Suite 2805
                         New York, New York 10119
                    BY:  JEFFREY S. ABRAHAM, ESQ.
                         MICHAEL JASON KLEIN, ESQ.

                         Pomerantz, LLP
                         10 South LaSalle
                         Suite 3505
                         Chicago, Illinois 60603
                    BY:  OMAR JAFRI, ESQ.
                         BRIAN O'CONNELL, ESQ.

          (APPEARANCES CONTINUED ON NEXT PAGE)

2

APPEARANCES:   (Cont'd.)

For Forescout Technologies,
   Inc.:                       Ropes & Gray, LLP
                               Three Embarcadero Center
                               San Francisco, California
                                 94111
                          BY:  AMY JANE LONGO, ESQ.

                               Ropes & Gray, LLP
                               10250 Constellation Boulevard
                               Los Angeles, California 90067
                          BY:  MARK S. GAIONI, ESQ.

For the individual
   Defendants:                 Wilson Sonsini Goodrich &
                                 Rosati
                               650 Page Mill Road
                               Palo Alto, California 94304
                          BY:  DIANE MARIE WALTERS, ESQ.

Transcribed by:                Echo Reporting, Inc.
                               Contracted Court Reporter/
                               Transcriber
                               echoreporting@yahoo.com

3

Friday, October 27, 2023                                10:43 a.m.

P-R-O-C-E-E-D-I-N-G-S

--oOo--

THE CLERK:  Now calling civil matter 20-CV-76, Sayce versus Forescout Technologies, Incorporated, et al.

Counsel, please state your appearances for the record, starting with Plaintiff.

MR. JAFRI (via Zoom):  Good morning, your Honor. This is Omar Jafri for the Plaintiffs, from Pomerantz.

MR. ARIFI (via Zoom):  Good morning, your Honor. This is Genc Arifi, also from Pomerantz, on behalf of the Plaintiffs.

MR. O'CONNELL (via Zoom):  Good morning, your Honor.  Brian O'Connell, also from Pomerantz, on behalf of the Plaintiffs.

MR. ABRAHAM (via Zoom):  Good morning, your Honor. Jeffrey Abraham, and with me is Michael Klein of Abraham, Fruchter and Twersky, also on behalf of Plaintiffs.

MS. LONGO (via Zoom):  Good morning, your Honor. Amy Longo on behalf of Defendant Forescout Technologies.

THE COURT:  Good morning.

MR. GAIONI (via Zoom):  Good morning, your Honor. Mark Gaioni, on behalf of Defendant Forescout.

THE COURT:  Good morning.

MS. WALTERS (via Zoom):  Good morning, your Honor.

4

Diane Walters on behalf of the individual Defendants.

THE COURT:  Good morning.  That's about everyone I think.

I read your statement.  It appears that things are working along.  Maybe there are going to be some discovery disputes, but they're not quite ripe, and you will let me know promptly when they are I hope.  And we are set for the class motion to be filed October 27.  Are you still on track to do that?

MR. JAFRI:  Yes, your Honor, we are.  We will file our motion for certification today with an expert report.

THE COURT:  All right.  And then we've got a schedule for the briefing, and we are set to have a hearing on February 2nd of next year, and the parties are mindful that when we come in in February, we will need to set a schedule for the balance of the case because that's as far out as we are currently set.  You don't want to do settlement discussions yet.  And that all looks good to me.

Is there anything you need to talk about today other than what you've put in your papers?

MS. LONGO:  For Defendants, your Honor, no.  I think we've -- we've addressed the matters regarding the depositions.  As we reflected in the statements, we have those class depositions lined up for the end of November. We are meeting and conferring on some issues.  But if we

need to bring them to the Court's attention, we will.

THE COURT:  Okay.  And, Plaintiffs, anything?

MR. JAFRI:  No, your Honor, except for we will try to meet and confer again next week to see if we can resolve our disputes with respect to a few issues.

THE COURT:  All right.

MR. JAFRI:  And, you know, I hope that we can; but if we won't be able to, we will submit a joint statement to the Court pursuant to your standing order.

THE COURT:  Excellent.  Okay.  Well, I don't see a need to set a further status at this time.  I will look forward to receiving your papers, and we'll get together again on February 2nd.  That -- is that a Friday, Esther?

THE CLERK:  Yes, your Honor.

THE COURT:  Okay.  Friday is our normal law and motion day, and maybe we'll leave it there.  If it turns out we have other matters and we need more time to have this hearing, we may, as the -- as the time comes closer, we may try to specially set it earlier in the week, but we'll contact you folks and make sure that it works for your schedules.  And we can do it on Zoom.

All right.  That's -- that's all I had for today.

MR. ABRAHAM:  Thank you, your Honor.

ALL:  Thank you, your Honor.

(Proceedings adjourned at 10:47 a.m.)

6

CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

Echo Reporting, Inc., Transcriber

Tuesday, November 14, 2023