**ROPES & GRAY LLP**
Amy Jane Longo (CSB #198304)
10250 Constellation Boulevard
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Amy.Longo@ropesgray.com

*Attorney for Defendant*
*Forescout Technologies, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, | ) CASE NO.: 3:20-cv-00076-SI |
| | ) |
| | ) CLASS ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) **DECLARATION OF AMY JANE LONGO** |
| | ) **IN SUPPORT OF DEFENDANTS'** |
| | ) **OPPOSITION TO PLAINTIFFS' MOTION** |
| FORESCOUT TECHNOLOGIES, INC., | ) **FOR CLASS CERTIFICATION AND** |
| MICHAEL DECESARE, and | ) **APPOINTMENT OF CLASS** |
| CHRISTOPHER HARMS, | ) **REPRESENTATIVES AND CLASS** |
| | ) **COUNSEL** |
| Defendants. | ) |
| | ) Hearing Date: February 2, 2024 |
| | ) Time: 10:00 a.m. |
| | Judge: Hon. Susan Illston |

LONGO DECLARATION ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Case No. 3:20-cv-00076-SI

I, Amy Jane Longo, hereby declare as follows:

1.      I am a partner at the law firm of Ropes & Gray LLP, counsel of record for Defendant Forescout Technologies, Inc. ("Forescout") in this action.  I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Prof. Wei Jiang, dated December 22, 2023.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the November 20, 2023 deposition of Plaintiffs' Expert Dr. Zachary Nye in the above-captioned case.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the November 28, 2023 deposition of Ori Shemesh for Plaintiff Meitav Mutual Funds Ltd. pursuant to Federal Rule of Civil Procedure 30(b)(6) in the above-captioned case.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the November 30, 2023 deposition of Mark Ort for Plaintiff Glazer Capital Management, L.P., Glazer Enhanced Fund, L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 ("Glazer") pursuant to Federal Rule of Civil Procedure 30(b)(6) in the above-captioned case.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Forescout's press release dated August 7, 2019, filed with the United States Securities and Exchange Commission ("SEC") as Exhibit 99.1 to SEC Form 8-K on August 7, 2019.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Forescout's press release dated October 10, 2019, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on October 10, 2019.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Forescout's press release dated November 6, 2019, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on November 6, 2019.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Forescout's press release dated May 20, 2020, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on May 20, 2020.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of Forescout's Form 10-Q for the first quarter of fiscal year 2020, filed with the SEC on May 11, 2020.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of Forescout's press release dated August 17, 2020, filed with the SEC as Exhibit (a)(1)(I) to Forescout's Schedule TO Tender Offer Statement on August 17, 2020.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of an Excel spreadsheet produced by Glazer in the above-captioned case, marked with Bates stamp GlazerCapital_00001.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge, the foregoing is true and correct.

Executed this 22nd day of December, 2023, in Los Angeles, California.

_/s/ Amy Jane Longo_____
Amy Jane Longo

*Attorney for Defendant*
*Forescout Technologies, Inc.*

LONGO DECLARATION ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Case No. 3:20-cv-00076-SI