# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------------------x

CHRISTOPHER L. SAYCE,

Individually and on Behalf of

All Others Similarly Situated,

          Plaintiffs,

vs.                                    Case No.

FORESCOUT TECHNOLOGIES, INC.,   3:20-cv-00076-SI

MICHAEL DECESARE, and

CHRISTOPHER HARMS,

          Defendants.

-------------------------------------------------x

REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

ZACHARY NYE

Monday, November 20, 2023

Stenographically Reported By:

Lynne Ledanois, License No. 6811

Job No. 6309800

PAGES 1 - 96

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

conjunction with my regression estimates.                    11:10AM

Q    Does that analysis involve any weighting
or balancing as between the two different indices,
the S&P 500 and then the industry specific one that
you prepared?                                                11:10AM

A    Yes, it does.  That's produced by the
regression model.

Q    When you say it's produced by the
regression model, does that mean that the model
varies from day to day how it weights those two, or    11:10AM
is it a fixed amount for every day?

MR. JAFRI:  Objection, form.

THE WITNESS:  You can see in Exhibit 11A,
which begins on Page 103 of 193, the results of my
regression model estimation.                                 11:10AM

And it varies, because I'm doing a rolling
regression, each day.  But it's fairly constant in
terms of the weighting it assigns to the market and
in the industry index up until the announcement of
the Advent going-private transaction, at which point    11:11AM
I adjust my control period to account for the
structurally different asset price and dynamics that
you would expect after a company is expected to go
private or even merge with another company.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

BY MR. BROWN:                                          11:11AM

Q    I'm going to ask you more about that later.  But since you raised the point, what is it when you reference -- let me make sure I get your words right.                                          11:12AM

Structurally different asset pricing dynamics, how is it that the merger or, in this case, the take-private announcement changes the pricing dynamics?

A    In my Appendix A, I describe all this, in   11:12AM Paragraph 67 in particular.  It's motivated by the established academic finding that a target company's share price following takeover announcement is then determined largely by the market's assessment of the likelihood of the success of the takeover bid.          11:12AM

In Footnote 117 I cite to an academic paper that describes the theory here.  And it says, "Firms subject to takeover bids experience substantial reevaluation... in terms of a post-announcement change in the price formation          11:13AM process."

"There is a strong tendency for the conditional price volatility of target stocks to decline after the announcement of the takeover bid, which reflects a convergence of trader opinion          11:13AM

Page 64

regarding target stock value as the implied   11:13AM

probability of success drifts upward during the

course of the offer period to converge with the

offer price by the conclusion of the period."

"Thus, following a takeover announcement,   11:13AM

the target share price is determined by three

factors: the offer price, the probability of the

bid's success, and the expected post-takeover price

if it fails."

So I've changed the control period to   11:13AM

account for those -- that different price formation

process.

Q    And just so I'm clear so I understand how

the event study works, if I were to -- if I were

asking the question of, say, how the dynamics of the   11:14AM

post-takeover period affected something like the

relative inflation that might come from

misstatements, that's out of the scope of what is

going on here?  That's my understanding.  I just

want to make sure I'm correct in that.   11:14AM

MR. JAFRI:  Objection, form.

THE WITNESS:  I don't fully understand the

question.

BY MR. BROWN:

Q    Well, okay.  Let me get it a little more   11:14AM

Page 65

brass tacks or little bit more specific.                11:14AM

Assume that a merger is announced on a date where there is some residual price inflation due to an alleged misstatement.

First off, is there an economic method for   11:14AM the -- for distinguishing between what the merger price does to the value of the stock versus how much of that residual price inflation might be in it?

MR. JAFRI:  Objection, form.

THE WITNESS:  That's something I would   11:15AM need to consider carefully.  It's outside the scope of my opinions.

BY MR. BROWN:

Q    You answered my real question, which is that's not something that you are purporting to do   11:15AM in this particular report here; that's fair to say?

A    Yes, that's correct.

Q    All right.  Let me turn your attention to Exhibit 11C.  That's 116 of 193.

A    Okay.  I'm there.                           11:15AM

Q    Just to be clear, these are the companies that were used in the industry index that you referenced for purposes of the regression analysis?

A    Yes.

Q    Okay.  And were those companies equally   11:16AM

Page 66

Q    What would be the elements that would go    11:26AM
into the expected post-takeover price if a bid were
to fail?

A    It's Forescout as the public company.
Markets appreciate those risk dynamics and price it    11:26AM
efficiently previously.

The question here I think, though, is that
the defendants allegedly misled the market with
respect to the company's true revenue prospects.
But that wasn't fully appreciated under plaintiff's    11:27AM
theory of liability, is my understanding, until the
end of the class period.

Q    Just to be clear, this particular event
study analysis doesn't purport to break out the
various factors of what might go into the price on    11:27AM
any given day or the price movement, whether that be
deal likelihood, company fundamentals, potentially
alleged misstatements, it's simply whether it
reacts, not what the elements are?

MR. JAFRI:  Objection, form.    11:27AM

THE WITNESS:  The regression model is
estimating the company-specific portion of a stock's
return on every day during the class period,
including this go-private period from February
through May 2020.    11:28AM

Page 73

So those company-specific returns reflect    11:28AM
the information that the company discloses on those
days is I think the takeaway from the regression
model.

BY MR. BROWN:    11:28AM

Q    Just to make sure I'm being clear here, we
were talking about various elements that might be
factored into that price, the likelihood of the
deal, fundamentals, you know, if the deal doesn't
happen.    11:28AM

But the regression just deals with all of
those in toto, it doesn't break them out into those
particular elements; is that fair to say?

A    I don't know how to answer that question.  I
don't fully understand the question, sorry.    11:29AM

Q    If you say that you have a statistically
significant movement of price on Forescout on a
particular day after the merger has been announced,
does the event study, the regression and the event
study permit you to piece out -- P-I-E-C-E for our    11:29AM
California friends -- piece out how much of that is
due to changes and views about the likelihood of the
merger versus changes in views about the
fundamentals of Forescout's business?

A    Well, the event study is more than just a    11:29AM

Page 74

regression model.  So for the purposes of this class    11:29AM

certification report where I'm assessing market

efficiency, no, I have not disentangled the various

company-specific pieces of information and their

effects on the market price on every day during the    11:30AM

class period.

I've estimated those company-specific

reactions in total.

However, the event study methodology

includes additional analyses of that    11:30AM

company-specific return that can be utilized to

distinguish between competing information,

company-specific information and its effect.

And those analyses include discounted cash

flow modeling, looking at the academic findings with    11:30AM

respect to certain corporate events and their

conditional average effect on a stock price.

Analyst can be helpful in disentangling

company-specific information in the sense that some

analysts will model different components to an    11:30AM

informational disclosure and describe how it

influences their understanding of the price.  I

think it's called content analysis.

There's also option pricing theory can be

applied because there is an element of probabilities    11:31AM

Page 75

and under uncertainty that is part of the option          11:31AM

pricing framework that can be teased out.

There's other tools of financial economics

that can be applied that are all within the

construct of the event study, it's just that they          11:31AM

are in addition to the regression model.

Q    So that's helpful.  And tell me it's fair

to say that that's pointing to the -- those

particular tools in this particular event study are

not ones that you've pursued at this stage?          11:31AM

A    I'm sorry.  What was the question?

Q    The question is:  You just described a

number of tools to piece out the various elements of

where a particular price movement on a day has

happened.          11:32AM

But my question was simply that

understanding those tools are available, you have

not, for purposes of the analysis as it presently

stands in this opinion, carried out any of that

work; is that fair to say?          11:32AM

MR. JAFRI:  Objection, form.

THE WITNESS:  That's fair to say with

respect to my opinion on market efficiency.

With respect to my opinion on the event

study or out-of-pocket damages estimation          11:32AM

Page 76

I, LYNNE M. LEDANOIS, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [] was [x] wasn't requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: November 21, 2023

LYNNE MARIE LEDANOIS

CSR No. 6811

Page 94