# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


-------------------------------x

CHRISTOPHER L. SAYCE,

Individually and on Behalf of

All Others Similarly Situated,

      Plaintiffs,

  vs.                  Case No.

FORESCOUT TECHNOLOGIES, INC.,  3:20-cv-00076-SI

MICHAEL DECESARE, and

CHRISTOPHER HARMS,

      Defendants.

-------------------------------x


REMOTE VIDEO DEPOSITION OF

ORI SHEMESH

Tuesday, November 28, 2023


Stenographically Reported By:

RENEE HARRIS, CSR 14168, CCR, RPR

JOB NO. 6309835


PAGES 1 - 127

Page 1

Q.   Okay.  All right.  Can you describe generally the process of how you decide what securities to buy or sell for the funds?

A.   Sure.  So I have funds who are tracking the index; in our case, the cybersecurity index.   04:47:34

So we have -- I have to track the index and try to beat the index by -- by buying or selling the securities to match the same weighting list in the index to give to our customer the best return.   04:48:09

Q.   And are all the funds that you work with index funds?

A.   Yes.

Q.   Okay.  And what types of information do you look at in general in terms of deciding the   04:48:31 securities to buy or sell?

A.   I got every morning the weight, the weight of the index, the weighting, and I just need to match the weighting to the index to track the index.   04:48:51

I have kind of different things to do to try to beat the index, but usually that's what I'm doing, track the index like almost exactly.  I have some like 95/5, but I have some rules that I can deviate or something like that from the   04:49:18

Page 36

Q. Do you have any idea what the other fund is?

A. No. That's the two fund that I run, I manage. So I mean, Meitav, they are -- any funds, I don't know if --                    05:45:46

Q. But you're testifying on behalf of Meitav today --

A. Yeah --

Q. -- as a corporate witness?

A. -- yeah, but I am talking about Meitav on    05:45:53 the fund that I managed.

Q. And so you believe, however, that there's a third fund you don't manage that also invested in Forescout Technologies? Is that your testimony?                                          05:46:11

A. Maybe. I don't know.

Q. Okay. Do you have a general understanding of what Forescout's business is?

A. Not exactly.

Q. Anything you can tell me about its        05:46:24 business in general?

A. I don't know their -- their business, no.

Q. Okay. When did you first ever hear of the company Forescout?

A. Two or three month ago.                    05:46:42

Page 67

Q.    And I'm not asking for the contents of any discussions between and your lawyers, but can you tell me, other than that, how you first came to hear of the company Forescout?

A.    Yeah, because of that.  I didn't heard of    05:47:07 that before.

Q.    So only through discussions with counsel; is that correct?

A.    Correct.

Q.    In terms of the fund that you manage    05:47:18 then, do you have a general idea of when Meitav first invested in Forescout securities, a general idea?

A.    I think 2018 but not sure at all.

Q.    Okay.                                            05:47:47

A.    Maybe --

Q.    Sorry?

A.    Maybe earlier.  If -- if it was in that index, so maybe earlier.

Q.    I know we've been talking about the index    05:48:02 funds and the investment strategy for the two funds you manage.

Was the investment into Forescout part of that indexing strategy?

A.    Sorry?  What was the index strategy?       05:48:23

Page 68

Q.   No.   Was -- was the investment by the funds you managed for Meitav, the investment into Forescout securities, was part of the indexing strategy that you've been describing today?

A.   Yes.                                                05:48:35

Q.   Okay.   So because the security was in the index, that led Meitav to invest in it?

A.   Yes.

Q.   Do you have any understanding of any information about Forescout that was reviewed in     05:48:56 connection with the purchase or sales, any company-specific information?

A.   No.

Q.   Is it your belief that Meitav didn't review sort of company-specific information in     05:49:11 connection with the investments in Forescout?

A.   No.

Q.   So how would -- how would Forescout have come to be part of the portfolio?

A.   As I said, the index provider, he build     05:49:31 the index.   And by a few criterias that he said, he take all the shares, all the securities, and build the pool and we track the index.   I just need -- I just buy or sell the shares who is in the index.                                                05:49:58

Page 69

Is that something you're familiar with?

A.   No.  I don't think I understand the question.

Q.   Let me show you a document.

MS. LONGO:  Can we introduce the interrogatory responses for Meitav dated September 21?  We can mark them as Exhibit 7.    06:26:26

MR. GOODWIN:  Yes, that should now be available.

(Exhibit 7 was received and marked for identification on this date and is attached hereto.)    06:26:42

THE WITNESS:  Exhibit 7?

BY MS. LONGO:

Q.   Yes.  Do you have it there?    06:26:47

A.   Just loading.  One second.  What page?

Q.   Yes.  Well, let me just ask you generally, looking at the front of the document, is this something you've seen before?

A.   I didn't read it.    06:27:24

Q.   Okay.  If you turn to page 5.

A.   Yes.

Q.   And if you look at the Interrogatory No. 6.

It says, "State every step taken to    06:27:50

Page 94

monitor, analyze, evaluate or conduct

surveillance in any risks associated with

Forescout Securities."

Do you see that?

A.  Yes.                                             06:28:03

Q.  And if you look at the response right

under that.  I'm going to focus on the last

sentence.

That says, "Subject to and without

waiving general and specific objections,        06:28:14

Meitav states that it sought to monitor all

publicly information" -- "publicly available

information relating to Forescout Securities,

which is equally accessible and available to

Defendants."                                        06:28:23

Do you see that?

A.  Yes, I see it.

Q.  Are you aware of any way in which Meitav

sought to monitor publicly available information

about Forescout Securities?                         06:28:35

A.  No.

Q.  Did you in your role as fund manager

monitor public information relating to Forescout

securities?

A.  No.                                             06:28:50

Page 95

Q.  Do you know whether anyone else on your team who was responsible for the two funds you manage, Big Cyber and Cyber Junior, do you know whether anyone on the team monitored publicly available information about Forescout securities?    06:29:08

A.  No.

Q.  Are you aware of whether there would be some other function within Meitav?  So not you or your team, but are you aware of some other function within Meitav that would have monitored    06:29:21 publicly available information about Forescout?

A.  No.

Q.  Okay.  And prior to becoming aware of Forescout in the last couple months as you mentioned, do you believe that you looked at any    06:29:44 publicly available information about Forescout securities?

A.  In the last two or three months, you said?

Q.  No.  Prior to that.    06:29:56

A.  No.

Q.  When the index provider -- you mentioned they provide information kind of daily and quarterly; is that right?

A.  Yes.    06:30:08

Page 96

Q.   Yes.   We can kind of toggle between pages 1 and 3.

And generally, what I'm -- what I want to ask is, you know, we see here there's purchases and sales by Account 1 and 2 on different dates    06:39:44 within, you know, 2019, 2020.

Would there be any explanation for why the accounts are trading on different dates, other than, as you mentioned, kind of the daily rebalancing or daily --    06:40:04

A.   Daily inflow and outflow, I said.

Q.   Inflow and outflow, yes.

A.   That's --

Q.   Would there be any other reason why the accounts would trade on different dates other than    06:40:15 a daily inflow and outflow here?

A.    Inflow and outflow.  And hedge the fund of the currency, and as we said, rebalance, of course, yeah.  Daily -- daily rebalance. That's -- it's small changes daily, so -- but it    06:40:30 can be --

Q.   I'm sorry.  Did you have a chance to finish?

A.   No, I'm listening.

Q.   And what kind of information, again,    06:40:45

Page 104

would you look at on a daily basis for that?

Would it ever be sort of company-specific

information about the particular companies?

A.  I don't have any information of a

particular companies.  I'm not reading information    06:41:08

of particular companies, not any press conference

and not press release, sorry, and not -- and even

not the reports.

Q.  So on a daily basis, you're looking at

the inflows and outflows, the information you get    06:41:26

from the index fund; right?

A.  Correct.

Q.  And that doesn't have anything specific

about the different companies, like more on a --

you know, news about the company or anything like    06:41:38

that?

A.  Correct.

Q.  Okay.  And then you mentioned then the

quarterly rebalancing; that could potentially have

some news if it would be a reason for the company    06:41:48

coming out of the index.

But otherwise, that would be sort of the

only type of news about a specific company you

would see on a quarterly basis?

A.  Yeah.  Usually, yes.    06:41:59

Page 105

STATE OF CALIFORNIA        )

                           (    ss.

COUNTY OF LOS ANGELES      )

I, RENEE HARRIS, do hereby certify that I am a licensed Certified Shorthand Reporter, duly qualified and certified as such by the State of California;

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to tell the truth, the whole truth, and nothing but the truth;

That the said deposition was by me recorded stenographically;

And the foregoing pages constitute a full, true, complete and correct record of the testimony given by the said witness;

That I am a disinterested person, not being in any way interested in the outcome of said action, or connected with, nor related to any of the parties in said action, or to their respective counsel, in any manner whatsoever.

DATED: November 29, 2023

Renee Harris, CSR, CCR, RPR

CA CSR No. 14168,

NJ CRR No. 30XI00241200

Page 122