**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
Patrice L. Bishop (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 279-5125
Email: pbishop@aftlaw.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the Proposed Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>Defendants. | CASE NO.: 20-CV-00076-SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TWO-COURT DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 201]**<br><br>Courtroom:  1 – 17th Floor<br>Judge:      Hon. Susan Illston<br>Trial Date:  None set |

Stipulation and [Proposed] Order For Extension of Time to Respond to Admin. Mot. to Consider Whether Another Party's Material Should Be Sealed [DKT. 201]                    Case No.: 20-CV-00076-SI

Pursuant to Civil Local Rule 7-12, Co-Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (the "Glazer Funds") and Defendants Forescout Technologies Inc. ("Forescout"), Michael DeCesare ("DeCesare"), and Christopher Harms (with DeCesare the "Individual Defendants," and with Forescout and DeCesare, the "Defendants"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, pursuant to this Court's Stipulated Protective Order (Dkt. 186, the "Protective Order"), the Glazer Funds designated one document as "Highly Confidential – Attorneys' Eyes Only" (the "Designated Document");

WHEREAS, on December 22, 2023, Defendants filed their Opposition (the "Opposition") to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Class Certification Motion") (*see* Dkts. 196, 202);

WHEREAS, pursuant to Local Rule 79-5(f), Defendants concurrently filed an Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (Dkt. 201) because the Opposition quotes or references the Designated Document;

WHEREAS, due to the Christmas holiday weekend and the traveling schedule of counsel and the deponent who testified on behalf of the Glazer Funds in support of the Class Certification Motion, the Glazer Funds request a short extension to file their statement and declaration in accordance with Civil L.R. 79-5(f); and,

WHEREAS, no Party opposes the extension of time the Glazer Funds request;

///

///

///

Stipulation and [Proposed] Order For Extension of Time to Respond to Admin. Mot. to Consider Whether Another Party's Material Should Be Sealed [DKT. 201]                Case No.: 20-CV-00076-SI

-1-

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Parties, subject to the Court's approval, that:

1.    The Glazer Funds shall file their statement and declaration in response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (Dkt. 201)in accordance with Civil L.R. 79-5(f) no later than Wednesday, January 3, 2024.

Dated: December 28, 2023

| | |
|---|---|
| **ABRAHAM, FRUCHTER & TWERSKY, LLP** | **ROPES & GRAY LLP** |
| _/s/ Patrice L. Bishop_ | _/s/ Amy Jane Longo_ |
| Patrice L. Bishop (SBN 182256) | Amy Jane Longo |
| 9440 Santa Monica Blvd., Suite 301 | Three Embarcadero Center |
| Beverly Hills, CA 90210 | San Francisco, CA 94111-4006 |
| Telephone: (310) 279-5125 | Tel: (415) 315-6300 |
| pbishop@aftlaw.com | Amy.Longo@ropesgray.com |
| | |
| -and- | **Attorneys for Defendant Forescout Technologies, Inc.** |
| | |
| **POMERANTZ LLP** | **WILSON SONSINI GOODRICH & ROSATI, Professional Corporation** |
| _/s/ Omar Jafri_ | _/s/ Diane Walters_ |
| Omar Jafri (admitted _pro hac vice_) | Diane Walters |
| Ten South La Salle Street, Suite 3505 | 650 Page Mill Road |
| Chicago, Illinois 60603 | Palo Alto, CA 94304 |
| Telephone: (312) 377-1181 | Telephone: (650) 493-9300 |
| ojafri@pomlaw.com | dwalters@wsgr.com |
| **Attorneys for Co-Lead Plaintiffs** | |
| | **Attorneys for Defendants Michael DeCesare and Christopher Harms** |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: December 28, 2023

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Patrice L. Bishop, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

Dated: December 28, 2023                           _/s/ Patrice L. Bishop_____
                                                                              Patrice L. Bishop