UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORESCOUT TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-00076-SI<br><br>**ORDER RE: SCOPE OF DEFENDANTS' SUR-REPLY** |

The Court is in receipt of email correspondence from the parties' counsel concerning a dispute over the scope of defendants' sur-reply to plaintiffs' motion for class certification. On January 16, 2024, the Court issued an order regarding the parties' discovery disputes, in which it granted defendants the opportunity to "file a sur-reply if warranted after plaintiffs comply with the above ordered production." Dkt. No. 209 at 6. The Court issues this order to clarify that defendants' sur-reply is permitted to address new issues raised by the supplemental discovery.

**IT IS SO ORDERED**.

Dated: February 16, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge