**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
Patrice L. Bishop (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 279-5125
Email: pbishop@aftlaw.com

**POMERANTZ LLP**
Brian P. O'Connell (SBN 314318)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
boconnell@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the Proposed Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>Defendants. | CASE NO.: 20-CV-00076-SI<br><br>CLASS ACTION<br><br>**AMENDED**<br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING**<br>**SCHEDULING OF PLAINTIFFS'**<br>**MOTION FOR CLASS**<br>**CERTIFICATION [DKT. 196]**<br><br>Courtroom:    1 – 17th Floor<br>Judge:          Hon. Susan Illston<br>Trial Date:    None set |

Stipulation and [Proposed] Order re: Scheduling of Plaintiffs'          Case No.: 20-CV-00076-SI
Motion for Class Certification [DKT. No. 196]

Pursuant to Civil Local Rule 7-12,  Co-Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (the "Glazer Funds") and Meitav Tachlit Mutual Funds Ltd. (f/k/a Meitav Tachlit Mutual Funds Ltd.) collectively the "Plaintiffs") and Defendants Forescout Technologies Inc., Michael DeCesare, and Christopher Harms (collectively the "Defendants" and with Plaintiffs the "Parties"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, on January 16, 2024, the Court issued an Order Re: Discovery Disputes (Dkt. 209, the "Order");

WHEREAS, the Order directed the Parties "to meet and confer regarding the following dates: the deadline for plaintiffs' reply to their motion for class certification, a date for defendants' sur-reply, and a new date for the class certification hearing" and "urge[d] the parties to set the deadlines as soon as practicable" (Order at 6);

WHEREAS, on February 2, 2024, the Glazer Funds completed their Court-Ordered production (the "Production");

WHEREAS, the Parties are presently engaged in discussions regarding the schedule for the Court-Ordered supplemental deposition of the Glazer Funds, to occur the week of March 4, 2024 (the supplemental deposition and Production, together are referred to herein as "Supplemental Discovery"); and,

WHEREAS, the Parties have met and conferred regarding the deadlines identified in the Order.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Parties, subject to the Court's approval, that:

1. Plaintiffs' reply to their motion for class certification shall be filed on or before March 11, 2024;

2. Defendants may file a sur-reply to address new issues raised by the Supplemental Discovery on or before March 22, 2024; and

Stipulation and [Proposed] Order re: Scheduling of Plaintiffs'            Case No.: 20-CV-00076-SI
Motion for Class Certification [DKT. 196]

-1-

3.     The Court shall hear argument on Plaintiffs' motion for class certification on April **5** 19, 2024, or the Court's earliest availability thereafter.[1]

Dated: February 22, 2024

| | |
|---|---|
| **ABRAHAM, FRUCHTER & TWERSKY, LLP** | **ROPES & GRAY LLP** |
| | /s/ Amy Jane Longo |
| /s/ Jeffrey S. Abraham | Amy Jane Longo |
| Jeffrey S. Abraham (admitted *pro hac vice*) | Three Embarcadero Center |
| 450 Seventh Avenue, 38th Floor | San Francisco, CA 94111-4006 |
| New York, NY 10123 | Tel: (415) 315-6300 |
| Telephone: (212) 279-5050 | Amy.Longo@ropesgray.com |
| JAbraham@aftlaw.com | |
| | *Attorneys for Defendant Forescout Technologies, Inc.* |
| -and- | |
| **POMERANTZ LLP** | **WILSON SONSINI GOODRICH & ROSATI, Professional Corporation** |
| /s/ Brian P. O'Connell | /s/ Diane Walters |
| Omar Jafri (admitted *pro hac vice*) | Ignacio E. Salceda |
| Brian P. O'Connell (SBN 314318) | Diane Walters |
| Ten South La Salle Street, Suite 3505 | 650 Page Mill Road |
| Chicago, Illinois 60603 | Palo Alto, CA 94304 |
| Telephone: (312) 377-1181 | Telephone: (650) 493-9300 |
| ojafri@pomlaw.com | isalceda@wsgr.com |
| boconnell@pomlaw.com | dwalters@wsgr.com |
| | |
| *Attorneys for Co-Lead Plaintiffs* | *Attorneys for Defendants Michael DeCesare and Christopher Harms* |

---

[1] Plaintiffs request the hearing not be held between April 22, 2024, and April 30, 2024, in light of their observation of Passover.

Stipulation and [Proposed] Order re: Scheduling of Plaintiffs'                  Case No.: 20-CV-00076-SI
Motion for Class Certification [DKT. 196]

# [PROPOSED] ORDER

PURSUANT TO STIPULATION **AS AMENDED BY THE COURT**, IT IS SO ORDERED.

DATED:   February 22, 2024

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re: Scheduling of Plaintiffs'       Case No.: 20-CV-00076-SI
Motion for Class Certification [DKT. 196]

-3-

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Brian P. O'Connell, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.


Dated: February 22, 2024                          _/s/ Brian P. O'Connell_____
                                                                Brian P. O'Connell

Stipulation and [Proposed] Order re: Scheduling of Plaintiffs'                    Case No.: 20-CV-00076-SI
Motion for Class Certification [DKT. 196]

-4-