**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS,<br><br>    Defendants. | CASE NO.: 3:20-cv-00076-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF OMAR JAFRI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF AMENDED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Hearing Date: April 5, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Susan Illston<br>Court Room: 1 – 17th Floor |

I, Omar Jafri, hereby declare as follows:

1.      I am a partner at Pomerantz LLP, Co-Lead Counsel for Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund, L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (collectively, the "Glazer Funds"), and Meitav Mutual Funds Ltd. (f/k/a Meitav Tachlit Mutual Funds Ltd.), and have personal knowledge of the facts set forth herein.

2.      I make this declaration in support of Lead Plaintiffs' Amended Motion for Class Certification.

3.      Attached as Exhibit A is a true and correct copy of excerpts from the deposition of Dr. Wei Jiang.

4.      Attached as Exhibit B is a true and correct copy of excerpts from the deposition of Dr. Zachary Nye, Ph.D.

5.      Attached as Exhibit C is a true and correct copy of the Expert Reply Report of Dr. Zachary Nye, Ph.D.

6.      Attached as Exhibit D is a true and correct copy of excerpts of the deposition testimony of Mark Ort, with the phrase "[END OF CITED TESTIMONY]" inserted after the cited testimony in lieu of lines 132:8-25 and 157:12-25.

7.      Attached as Exhibit E is a true and correct copy of the Declaration of Mark Ort in Further Support of Plaintiffs' Amended Motion for Class Certification.

8.      Attached as Exhibit F is a true and correct copy of a document Bates stamped GlazerCapital_00107800, and cited on page 13 of the accompanying memorandum of law.

9.      Attached as Exhibit G is a true and correct copy of a document Bates stamped GlazerCapital_00088861-63, and cited on page 14 of the accompanying memorandum of law.

10.      Attached as Exhibit H is a true and correct copy of a document Bates stamped GlazerCapital_00074971, and cited on page 14 of the accompanying memorandum of law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2024.

/s/ *Omar Jafri*
Omar Jafri (admitted *pro hac vice*)

**<u>Certificate of Service</u>**

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing by email to counsel of record for all parties.

*/s/ Omar Jafri*

---