# Exhibit F

**From:** CHAT-fs-5EBBE4B71904010E <CHAT-fs-5EBBE4B71904010E@unknown>
**Sent:** Wednesday, May 13, 2020 7:17 PM
**To:** ADB594 <ANTHONY.BAUMANN@GLAZERCAPITAL.COM>; MARKORT <mark.ort@glazercapital.com>
**Subject:** IB: 2 Users, 7 Messages, 11 Hours 2 Minutes

---

## MESSAGE SUMMARY TABLE

**Started:** 2020-05-13 08:14:47 AM EDT | **Finished:** 2020-05-13 07:16:48 PM EDT | **Duration:** 11 Hours 2 Minutes

| Company | Participant | Bloomberg ID | Email | Joined | Duration | Messages |
|---|---|---|---|---|---|---|
| GLAZER CAPITAL MANAG | MARKORT | MARKORT@Bloomberg.net | mark.ort@glazercapital.com | 2020-05-13 08:14:47 AM EDT | 10 Hours 25 Minutes | 2 |
| GLAZER CAPITAL MANAG | ADB594 | ADB594@Bloomberg.net | ANTHONY.BAUMANN@GLAZERCAPITAL.COM | 2020-05-13 08:14:50 AM EDT | 9 Hours 17 Minutes | 5 |
| GLAZER CAPITAL MANAG | ADB594 | ADB594@Bloomberg.net | ANTHONY.BAUMANN@GLAZERCAPITAL.COM | 2020-05-13 06:35:28 PM EDT | 41 Minutes | 0 |
| GLAZER CAPITAL MANAG | MARKORT | MARKORT@Bloomberg.net | mark.ort@glazercapital.com | 2020-05-13 06:39:47 PM EDT | 37 Minutes | 0 |

## MESSAGE CONTENT

(2020-05-13 08:14:47 AM EDT)
**MARKORT** (GLAZER CAPITAL MANAG) has joined the conversation

(2020-05-13 08:14:50 AM EDT)
**ADB594** (GLAZER CAPITAL MANAG) has joined the conversation

(2020-05-13 08:15:05 AM EDT)
**ADB594** (GLAZER CAPITAL MANAG)
*** ANTHONY BAUMANN (GLAZER CAPITAL MANAG) Personal Disclaimer:

(2020-05-13 08:15:05 AM EDT)
**ADB594** (GLAZER CAPITAL MANAG)
*** GLAZER CAPITAL MANAG (30256168) Disclaimer:

(2020-05-13 04:20:43 PM EDT)
**ADB594** (GLAZER CAPITAL MANAG)
Can I open FSCT again?

(2020-05-13 04:32:36 PM EDT)
**MARKORT** (GLAZER CAPITAL MANAG)
y

(2020-05-13 04:53:46 PM EDT)
**ADB594** (GLAZER CAPITAL MANAG)
Churchill Thoughts on Spruce Point Presentation {https://extranet.churchillcap.com/F/?9uGAixdJqTyHgjQFILMaRw} FSCT breached by incurring Rx charge given deal anncd early Feb and Rx largely done by QE, believe Advent was aware or approved FSCT RCF draw not consistent with past practice given 16mm RCF draw has been gradualy paid down and will be paid at close, don�t believe Advent could terminate for FSCT breach if claiming breach, must provide FSCT 45 days notice believe FSCT would have to disclose if Advent was seeking to terminate

(2020-05-13 04:57:06 PM EDT)
**ADB594** (GLAZER CAPITAL MANAG)
GT pxd per LCD -- updating file

(2020-05-13 04:59:18 PM EDT)
**MARKORT** (GLAZER CAPITAL MANAG)
thx

(2020-05-13 05:32:09 PM EDT)
**ADB594** (GLAZER CAPITAL MANAG) has left the conversation

CONFIDENTIAL

GlazerCapital_00107800