# Exhibit G

Message
_____

| | |
|---|---|
| **From:** | Sebastian Grunebaum [sgrunebaum@colemanrg.com] |
| **Sent:** | 4/28/2020 2:21:19 PM |
| **To:** | Anthony Baumann [anthony.baumann@glazercapital.com] |
| **CC:** | Scott Miller [smiller@colemanrg.com]; Mark Ort [mark.ort@glazercapital.com]; Juanita McGonagle [juanita.mcgonagle@glazercapital.com] |
| **Subject:** | Re: Coleman Research - Gordon Boyce, Security and Access (ID: 10039006) Expert Times Provided |

Anthony,

Please see the email below for Gord's availability. Additionally, here are his answers to the Glazer compliance questions:

1. You are not currently employed by, nor have you been an employee of ForeScout, Advent International, Crosspoint Capital Partners, or any of their affiliated entities, during the past six months;
Correct

2. You understand that Glazer Capital, LLC does not wish to receive material nonpublic information at any time, and you affirm that you will not provide Glazer Capital, LLC with material nonpublic information;
I don't possess any non public information

3. Your service as a consultant to, and your participation in any meeting or discussion with, representatives of Glazer Capital, LLC does not violate any confidentiality agreement or other obligation you have with your employer; and
Agreed

4. You will not communicate to Glazer Capital, LLC any information that you are obligated to keep confidential.
I don't have any, so no

Let me know if any of these times work, or if I should follow up for alternate availability.

Best,
Sebastian

Sebastian Grunebaum
Coleman Research
Client Associate
O: +1 (646) 368-6718 I sgrunebaum@colemanrg.com<mailto:sgrunebaum@colemanrg.com>

From: <scheduling@colemanrg.com> on behalf of Scheduling <scheduling@colemanrg.com>
Date: Tuesday, April 28, 2020 at 12:46 PM
To: Anthony Baumann <anthony.baumann@glazercapital.com>
Cc: Scott Miller <smiller@colemanrg.com>, Mark Ort <mark.ort@glazercapital.com>, Juanita McGonagle <juanita.mcgonagle@glazercapital.com>
Subject: Coleman Research - Gordon Boyce, Security and Access (ID: 10039006) Expert Times Provided

Coleman Research's Expert Gordon Boyce provided available consultation times for project Security and Access (ID: 10039006).

Analyst: Anthony Baumann

Please select a time to book the consultation or Click 'Request Alternate Times'.

_____

Expert Times provided based on Client Scheduling Request

Wednesday, April 29 Eastern Time

1:30 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_b4a7db34-2D4e9e-2D4d0b-2D9ae7-2Db216169d8ba1&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0O16mAIx_JiVHHhshtUjs1SmYvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=OZZ-Z7JFO3TvJ2TOHZ2sJww9Lz2rMoql15P_1xarXIk&e=>

3:30 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_e683f701-2D045d-2D41dc-2Dbcbd-2Df185c8fb6942&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0O16mAIx_JiVHHhshtUjs1SmYvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=XvxKM-rgRmS6GA9wWpegN6Mk5i6zihREWSQx_BiJFWE&e=>

CONFIDENTIAL                                                                    GlazerCapital_00088861

4:00 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_5a815211-2Da6eb-2D4cf5-2Daab4-2D0c21e443e054&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=7Mftxp30UeAFtlefGxm5kbOBecC-23s9y9J6a4EXP-k&e=>

4:30 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_680535b1-2D71b3-2D47de-2D920a-2D7d5df0aaf03a&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=d28w79njHkwKpYd1ySlHLV69e7CJFUIjHHLeM7DLrhQ&e=>

Thursday, April 30 Eastern Time

1:00 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_3678b85a-2D472d-2D41ad-2D8c0a-2D221f213d1928&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=o5EOJ5ucDDq3nagFjhbFdCrsmIKzvUXezwWx3ZFpcjU&e=>

1:30 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_7bf3333a-2D579f-2D4bbf-2Dbc7a-2Dfc8379936d75&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=h2vCF90DZvUY3yNSEs9mkhg-xaV4OX_XClhhGMtLIfM&e=>

2:00 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_e9200e67-2D3418-2D4326-2Db070-2D25e199222ad7&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=yHI2PauQErbEVBQP63PtTIx5-R4veWFMPFfyvmUHuWM&e=>

4:00 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_bb553bc7-2D42dd-2D48ee-2Da9d0-2D579ae7488dc9&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=cjZIBwhpOkwG2Mrwm8dE9m7jFbs6ilpAr004xP41-FE&e=>

4:30 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_bcbbabae-2D1043-2D4fd9-2Db6c0-2D3e61d4b1da35&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=_oaiSkPE-LqzP2vmudJU4-T22a3fO-M80aerZxLsAZI&e=>

Friday, May 01 Eastern Time

1:00 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_10651ea2-2D100e-2D4ad2-2Db469-2D3e8f2ee7d986&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=dWLFXNCnqtHkYd4OGtt0V08QctGbDKLKmlmRDF3NdIE&e=>

1:30 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_c308ee54-2Dfff8-2D4907-2D8fe8-2D7c3edfe91b1c&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=pPO_OfspPkd3ABTvgceVDGjt7wu9qngDXoQkEmjDdTc&e=>

2:00 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_d7b206e3-2D5620-2D47c2-2D8fdd-2D1d6f6eaeb427&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=Hu0HUiKgRuV9RBO5L9kmnzT-o_UTz8W-dnJ0CpMFmlU&e=>

4:00 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_0efad364-2D1717-2D4ab6-2D8949-2D98c97aa36923&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=OaUb3RhOP8DyCy7TWRQho1KM-udCxdoLxj6JxzL_fo4&e=>

4:30 PM [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_5e7dcd31-2Dcc17-2D461a-2Db12f-2D38d2e660090a&d=DwMGaQ&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0016mAIx_JiVHHhshtUjs1Sm
Yvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=2FF3OSbtK-999c6TnuNqdcLud3_dGd3bmbMpezTOvYc&e=>

GlazerCapital_00088862

Request Alternate Times [crgapi.colemanrg.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__crgapi.colemanrg.com_capabilityurls_resolve_b33428e0-2D2dd6-2D43f4-2Db3a0-2D5618ca04ec90&d=DwMGaQ&c=dpn1WjMMQGUYK0lM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=f8WrA65Ex0O16mAIx_JiVHHhshtUjs1SmYvb2ZhQloeUp91_AnmNKBdIcdvSpoJG&m=vmxFw-4XLehEWvOa9v1eQHOrOsz0U0GvtVCPRqJlCqM&s=8TgbrWfhSiQ5jhsXOdns_BVP0Wu73a-101EPgiIICPY&e=>

————————————————————

Expert Notes:
Gordon Boyce was the Chief Executive Officer at ForeScout Technologies, Inc. (1/2006-6/2014). Gordon joined ForeScout as SVP of WW Sales and Marketing, when the company had 6 sales territories, 62 employees, numerous competitors and no market recognition. Under his leadership, the company penetrated new accounts and industries, expanded its global channel and strategic partner base, and captured market share to become a leader in Gartner's Magic Quadrant. The company grew 5-fold to over 305 employees, built-out 40 sales territories, grew from 300 to over 1700 enterprise customers, exceeded industry growth rates, expanded the product to include a MSSP offering and SAAS sales model. Given his experience as a former, Gordon can discuss ForeScout with regards to pricing, competitive dynamics, and current business trends. Gordon was most recently Senior Vice President, Commercial Business at RedSeal, Inc (08/2017-11/2019).


Company: RedSeal, Inc.
Title: Senior Vice President Commercial Business
Company: ForeScout Technologies, Inc.
Title: Chief Executive Officer
Company: Cyphort Inc.
Title: Chief Customer Officer
Company: FinalCode, Inc
Title: Chief Executive Officer, Director

————————————————————

CONFIDENTIALITY: This email and any attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose, or store or copy the information in any medium.
[Image removed by sender.]

CONFIDENTIAL

GlazerCapital_00088863