# Exhibit H

Message
_____

**From:**      Anthony Baumann [anthony.baumann@glazercapital.com]
**Sent:**      4/17/2020 2:01:36 PM
**To:**        Jonathan Salzberger [jsalzberger@innisfreema.com]
**CC:**        Mark Ort [mark.ort@glazercapital.com]
**Subject:**   RE: FSCT
_____

Jon,

Appreciate the prompt response. I left you a voicemail; I am hoping you could squeeze in a 5min call at some point this pm. You can reach me at 212-808-7311 at your convenience.

Regards and stay safe,
Anthony

From: Jonathan Salzberger <jsalzberger@innisfreema.com>
Sent: Friday, April 17, 2020 12:45 PM
To: Anthony Baumann <anthony.baumann@glazercapital.com>
Subject: FSCT

Anthony,

The FSCT IR team asked me to reach out to you per your email. I know I likely won't be able to answer all of your questions, but I can relay those I cannot and try to expedite for you.

Let me know. Thanks.

Jon

Jonathan E. Salzberger
Senior Director
Innisfree M&A Incorporated
T 212-750-5571
M 917-238-1820
jsalzberger@innisfreema.com<mailto:jsalzberger@innisfreema.com>
www.innisfreema.com [innisfreema.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.innisfreema.com_&d=DwMFAg&c=dpn1WjMMQGUYKOlM1k1w3OIaMfTHNTwPoUrrILOsxvs&r=Y5m1aEfSBI8FiXbGj5HCjlb2kwHU3rqBOcGNWrR8rrFgjd-s53xiYfeZi3hVk5i2&m=GOONSpp5wHdzSqcLfqzaxSQKuInoOkbIxAqnJhgL-t4&s=WgRegRoReLXDh7QZHcs-_DgqZbu1tl9jSYD0Il_JVOY&e=>

501 Madison Avenue, 20th Floor
New York, NY 10022

[cid:image001.jpg@01D614C0.B457FD30]

                                                    GlazerCapital_00074971