**ROPES & GRAY LLP**
Amy Jane Longo (CSB #198304)
10250 Constellation Boulevard
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Amy.Longo@ropesgray.com

*Attorney for Defendant*
*Forescout Technologies, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, <br><br> Defendants. | CASE NO.: 3:20-cv-00076-SI <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF AMY JANE LONGO IN SUPPORT OF DEFENDANTS' SUR-REPLY IN FURTHER SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** <br><br> Hearing Date: April 5, 2024 <br> Time: 10:00 a.m. <br> Judge: Hon. Susan Illston |

LONGO DECLARATION ISO DEFENDANTS' SUR-REPLY ISO THEIR OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. 3:20-cv-00076-SI

I, Amy Jane Longo, declare as follows:

1.    I am a partner in the law firm of Ropes & Gray LLP, counsel of record for Defendant Forescout Technologies, Inc. ("Forescout") in this action.  I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.    I submit this declaration in support of Defendants' Sur-Reply in Further Support of Their Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

## I.    EXHIBITS ATTACHED HERETO

3.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the March 11, 2024 continued deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) in the above-captioned case of Mark Ort, for Plaintiff Glazer Capital Management, L.P., Glazer Enhanced Fund, L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (collectively, "Glazer").

4.    Attached hereto as **Exhibit 2** is a true and correct copy of Forescout's Form DEFM 14A, filed with the SEC on March 24, 2020.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of a Bloomberg message exchange produced by Glazer bearing Bates number GlazerCapital_00060611 in the above-captioned case and marked by Defendants as Exhibit 35 in the March 11, 2024 Continued Deposition of Mark Ort (Glazer).

6.    Attached hereto as **Exhibit 4** is a true and correct copy of a Bloomberg message exchange produced by Glazer bearing Bates number GlazerCapital_00091564 in the above-captioned case and marked by Defendants as Exhibit 41 in the March 11, 2024 Continued Deposition of Mark Ort (Glazer).

7.    Attached hereto as **Exhibit 5** is a true and correct copy of a Bloomberg message exchange produced by Glazer bearing Bates number GlazerCapital_00092222 in the above-captioned case and

LONGO DECLARATION ISO DEFENDANTS' SUR-REPLY ISO THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Case No. 3:20-cv-00076-SI

marked by Defendants as Exhibit 40 in the March 11, 2024 Continued Deposition of Mark Ort (Glazer).

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a Bloomberg message exchange produced by Glazer bearing Bates number GlazerCapital_00091976 in the above-captioned case.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of a Bloomberg message exchange produced by Glazer bearing Bates number GlazerCapital_00091708 in the above-captioned case.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of a Bloomberg message exchange produced by Glazer bearing Bates number GlazerCapital_00115677 in the above-captioned case and marked by Defendants as Exhibit 47 in the March 11, 2024 Continued Deposition of Mark Ort (Glazer).

11.      Attached hereto as **Exhibit 9** is a true and correct copy of a Bloomberg message exchange produced by Glazer bearing Bates number GlazerCapital_00115606 in the above-captioned case.

## II.      GLAZER'S SUPPLEMENTAL DISCOVERY

12.      Defendants served their First Set of Requests for Production of Documents to Plaintiffs (the "Requests") on August 10, 2023.  *See* Dkt. 200, Ex. A.

13.      In response to the Requests, Glazer made document productions on November 1, 2023; December 2, 2023; and December 4, 2023.  These productions consisted of twenty-two documents, including no internal Glazer communications.

14.      Defendants took the deposition of Glazer's Rule 30(b)(6) corporate designee, Mark Ort, on November 30, 2023.

15.      Following the Court's January 16, 2024 Order Re: Discovery Disputes, Dkt. 209 (the "Order"), Glazer made additional supplemental document productions on February 2, 2024; March 4, 2024; and March 7, 2024.

16.      Glazer's February 2, 2024 production totaled 18,963 documents, consisting of (i) 18,962 emails, Bloomberg messages, and attachments, and (ii) ████████████████████████

████████████████████████████████████████

████████████████████████

LONGO DECLARATION ISO DEFENDANTS' SUR-REPLY ISO THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Case No. 3:20-cv-00076-SI

17.     After reviewing Glazer's February 2, 2024 production, Defendants notified Glazer that the production did not appear to include any of the centralized files encompassed by the Order, nor did the electronic communications produced by Glazer cover the full relevant time period of January 1, 2020 through May 20, 2020 established by the Order.

18.     Thereafter, Glazer made a supplemental production on March 4, 2024 (consisting of 14 centralized documents), and March 7, 2024 (consisting of 2,742 emails, Bloomberg messages, and attachments, for the periods of (i) January 1, 2020 through February 5, 2020 and (ii) May 17 through May 20, 2020).

19.     The productions made by Glazer following the Court's Order include documents reflecting, among other things: ██████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge, the foregoing is true and correct.

Executed this 22nd day of March, 2024, in Los Angeles, California.

_/s/ Amy Jane Longo__
Amy Jane Longo

*Attorney for Defendant*
*Forescout Technologies, Inc.*