**ROPES & GRAY LLP**
Amy Jane Longo (CSB #198304)
10250 Constellation Boulevard
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Amy.Longo@ropesgray.com

*Attorneys for Defendant*
*Forescout Technologies, Inc.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>Defendants. | CASE NO.: 20-CV-00076-SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [DKT. 196]**<br><br>Courtroom:  1 – 17th Floor<br>Judge:  Hon. Susan Illston<br>Trial Date:  None set |

Pursuant to Civil Local Rule 7-12, Forescout Technologies, Inc. ("Forescout"), Michael DeCesare, and Christopher Harms (collectively the "Defendants"), and Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (the "Glazer Funds") and Meitav Tachlit Mutual Funds Ltd. (f/k/a Meitav Tachlit Mutual Funds Ltd.) (collectively the "Plaintiffs" and with Defendants the "Parties") by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS on February 22, 2024, the Parties submitted a Stipulation and Proposed Order Regarding Scheduling of Plaintiffs' Motion for Class Certification (the "Stipulation" regarding the "Motion"), requesting that the Court set a hearing on the Motion for April 19, 2024, or at the Court's earliest convenience thereafter (Dkt. 212);

WHEREAS, also on February 22, 2024, the Court granted the Stipulation and Amended Order Regarding Scheduling of Plaintiffs' Motion for Class Certification (the "Order"), setting a hearing on the Motion for April 5, 2024 (Dkt. 213);

WHEREAS, at that time, co-lead trial counsel for Forescout, C. Thomas Brown, had a conflict with the April 5, 2024 hearing date, and co-lead trial counsel Amy Jane Longo had a potential conflict with the April 5, 2024 date, but anticipated her conflict—specifically, representation of a witness in an upcoming jury trial—might not materialize such that the April 5, 2024 hearing date would be workable;

WHEREAS, specifically, Ms. Longo represents a witness in the multi-week jury trial in *SEC v. Panuwat*, 4:21-cv-06322 (N.D. Cal.), which has been set since March 28, 2023 to commence on March 25, 2024, and has a longstanding commitment to defend that witness during his trial testimony;

WHEREAS, on Friday, March 22, 2024, the expected schedule for the *Panuwat* trial was clarified at a pretrial conference, providing that testimony will proceed on April 4, 2024 and April 5, 2024, with the result that Ms. Longo will, in fact, be unavailable for the April 5, 2024 hearing date in this matter;

Stipulation and [Proposed] Order re: Scheduling of Hearing                    Case No.: 20-CV-00076-SI
on Plaintiffs' Motion for Class Certification [DKT. 196]

-1-

WHEREAS, Mr. Brown's other longstanding conflicts remain in place, preventing him from appearing at the April 5, 2024 hearing in San Francisco as well;

WHEREAS, counsel for Defendant Forescout has taken the lead role in filing Defendants' Opposition to Plaintiffs' Motion for Class Certification (Dkt. 202) and their Sur-reply in Further Support thereof (Dkt. 217), as well as in reviewing Plaintiffs' document productions and in taking and defending all of the depositions in connection with class certification briefing;

WHEREAS, on March 23, 2024, counsel for Forescout informed the Parties of this conflict and notified the Parties of non-conflicting dates of availability that excluded blacked-out dates on the Court's schedule and dates Plaintiffs had previously indicated were unavailable due to Passover: (i) April 19, 2024, (ii) May 10, 2024, and (iii) May 17, 2024;

WHEREAS, on March 25, 2024, the Parties conferred regarding the foregoing via email correspondence and Plaintiffs indicated that they consent to continuing the April 5, 2024 hearing and that they are available on the above-referenced dates.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Parties, subject to the Court's approval, that:

1. The April 5, 2024 hearing date shall be adjourned;

2. The Court shall hear argument on Plaintiffs' Motion on ~~either (i) April 19, 2024, (ii) May 10, 2024, or~~ (iii) May 17, 2024, or the Court's earliest availability thereafter.[1]

---

[1] Plaintiffs request the hearing not be held between April 22, 2024, and May 1, 2024 on account of the Passover holiday and on May 3, 2024 because of a pre-existing conflict. The Glazer Funds' counsel also request the hearing not be scheduled for the week of May 20, 2024 because they are currently scheduled to be on trial during that week.

Stipulation and [Proposed] Order re: Scheduling of Hearing          Case No.: 20-CV-00076-SI
on Plaintiffs' Motion for Class Certification [DKT. 196]

-2-

Dated: March 25, 2024

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

___/s/ Jeffrey S. Abraham___
Jeffrey S. Abraham (admitted *pro hac vice*)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
JAbraham@aftlaw.com


                -and-

**ROPES & GRAY LLP**

___/s/ Amy Jane Longo___
Amy Jane Longo
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Amy.Longo@ropesgray.com

***Attorneys for Defendant Forescout Technologies, Inc.***


**POMERANTZ LLP**

___/s/ Omar Jafri___
Omar Jafri (admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
ojafri@pomlaw.com

***Attorneys for Co-Lead Plaintiffs***

**WILSON SONSINI GOODRICH & ROSATI, Professional Corporation**

___/s/ Ignacio E. Salceda___
Ignacio E. Salceda
Diane Walters
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
isalceda@wsgr.com
dwalters@wsgr.com

***Attorneys for Defendants Michael DeCesare and Christopher Harms***

Stipulation and [Proposed] Order re: Scheduling of Hearing on Plaintiffs' Motion for Class Certification [DKT. 196]                Case No.: 20-CV-00076-SI

-3-

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   March 26, 2024

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re: Scheduling of Hearing
on Plaintiffs' Motion for Class Certification [DKT. 196]                    Case No.: 20-CV-00076-SI

-4-

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Amy Jane Longo, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.


Dated: March 25, 2024                     /s/ Amy Jane Longo
                                          Amy Jane Longo