**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** May 17, 2024 | **Time:** 9:59 – 10:24 25 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:**  Jeffrey Abraham, Michael Klein, Omar Jafri, Genc Arifi
**Attorney for Defendant:** C. Thomas Brown, Mark Gaioni; Ignacio Salceda, Diane Walters

**Deputy Clerk:** Esther Chung                      **Court Reporter:** Marla Knox

**PROCEEDINGS**

Motion for Class Certification – held via Zoom webinar.

**SUMMARY**

The Court issued its oral tentative ruling and questioned the parties concerning the class start period, and Glazer as a class member.  The parties presented their oral argument and rebuttals. The Motion was taken under submission.