**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** August 16, 2024 | **Time:** 3:05 – 3:16 11 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:** Jeffrey Abraham, Michael Klein, Omar Jafri, Brian O'Connell
**Attorney for Defendant:** C. Thomas Brown, Mark Gaioni; Ignacio Salceda, Diane Walters

**Deputy Clerk:** Esther Chung                     **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

The Court set a Pretrial Schedule.  A separate Pretrial Preparation Order to be issued.

CASE CONTINUED:  12/20/2024 at 12:30 p.m. for Further Case Management Conference.
Joint Case Management due 7 days prior to the CMC.  Courtesy copy due following Monday after filing.
Zoom registration due by email to sicrd@cand.uscourts.gov 9 days prior to CMC date by 2 p.m.