UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORESCOUT TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.  20-cv-00076-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  12/20/2024 at 12:30 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  2/28/2025

DESIGNATION OF EXPERTS:  3/14/2025; REBUTTAL:  4/11/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  5/16/2025

DISPOSITIVE MOTIONS **SHALL** be filed by:  6/20/2025;
    Opp. Due:  8/8/2025; Reply Due:  9/12/2025;
    and set for hearing no later than 9/26/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  10/14/2025
PRETRIAL CONFERENCE DATE:  10/28/2025 at 1:30 PM.

JURY TRIAL DATE:  11/10/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

1  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
2  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 19, 2024

_____
SUSAN ILLSTON
United States District Judge