UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FORESCOUT TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-00076-SI<br><br>**ORDER RE: SEPTEMBER 27, 2024 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 243 |

In a joint statement submitted to the Court, plaintiffs request permission to increase their deposition limit from fifteen to twenty. Dkt. No. 243. Plaintiffs originally requested twenty depositions in a statement filed with the Court on June 27, 2024. Dkt. No. 228. In an order filed July 11, 2024, the Court increased plaintiffs' deposition limit to fifteen depositions due to "a sufficient showing of need to exceed the presumptive number of depositions and given the complexity of this certified class action securities case." Dkt. No. 231. The Court concluded, "If plaintiffs still believe additional depositions are necessary after taking fifteen depositions, they may seek leave from the Court to take more." *Id.* Plaintiffs have now taken eight depositions, scheduled two, noticed two, and served one, for a total of thirteen. Dkt. No. 243. In addition, plaintiffs intend to depose the two individual defendants at the end of their discovery. *Id.* While plaintiffs have not yet exhausted their current allotment, they bring their request now because they seek sufficient time to serve "three important witnesses" who live outside of the United States. *Id.* Defendants oppose the request, arguing it is premature and that "[p]laintiffs' request is at bottom driven by their own strategic choice to prioritize depositions of less-important witnesses." *Id.*

//

//

For the same reasons outlined in its July 11, 2024 order, the Court grants plaintiffs leave to take twenty depositions. *See* Dkt. No. 231. The Court cautions plaintiffs, however, that it is not inclined to increase their deposition limit any further.

**IT IS SO ORDERED**.

Dated: October 1, 2024

_____
SUSAN ILLSTON
United States District Judge