UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et al.*,<br><br>Defendants. | CASE NO.: 3:20-cv-00076-SI<br><br>**[Proposed] ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ISSUANCE OF LETTER ROGATORY**<br><br>Courtroom: 1 – 17th Floor<br>Judge: Hon. Susan Illston |

Lead Plaintiffs and Class Representatives the Glazer Funds[1] and Meitav Mutual Funds Ltd.'s Motion for Issuance of Letter Rogatory is **GRANTED**.

This Court will sign the Letter Rogatory attached to the Motion as Exhibit No. 3 to the Declaration of Omar Jafri and affix the seal of the United States District Court for the Northern District of California over said signature.

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Plaintiffs so that said Letter of Request may be issued to the appropriate court in the United Kingdom.

Plaintiffs are directed to transmit the original, signed Letter Rogatory to the appropriate court in the United Kingdom.

**IT IS SO ORDERED**.

DATED: _____, 2024

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

---

[1] The Glazer Funds refers to Glazer Capital Management, L.P., Glazer Enhanced Fund, L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2. *See* Dkt. No. 196-1.

Respectfully submitted,

**POMERANTZ LLP**
Omar Jafri (admitted *pro hac vice*)
Patrick Dahlstrom (admitted *pro hac vice*)
Brian P. O'Connell (SBN 314318)
Genc Arifi (admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
ojafri@pomlaw.com
pdahlstrom@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: (310) 405-7190
jpafiti@pomlaw.com

        *-and-*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jeffrey S. Abraham (admitted *pro hac vice*)
Michael Jason Klein (admitted *pro hac vice*)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
jabraham@aftlaw.com
mklein@aftlaw.com

Patrice L. Bishop (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
pbishop@aftlaw.com

*Class Counsel*