**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FORESCOUT TECHNOLOGIES, INC., *et al*., <br> Defendants. | CASE NO.: 3:20-cv-00076-SI <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF OMAR JAFRI IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER ROGATORY** <br><br> Hearing Date: November 22, 2024 <br> Time: 10:00 a.m. <br> Judge: Hon. Susan Illston <br> Court Room: 1 – 17th Floor |

I, Omar Jafri, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a Partner with the law firm of Pomerantz LLP, Class Counsel in the above-captioned litigation. I have been admitted *pro hac vice* to appear in this Action. I submit this declaration in support of Class Plaintiffs' Motion for Issuance of Letter Rogatory to Myles Bray ("Bray"), who was the head of Defendant Forescout Technologies Inc.'s ("Forescout" or the "Company") Europe, Middle East, and Africa ("EMEA") region during the certified Class Period.

2.    Attached hereto as Exhibit 1 is a true and correct copy of Mr. Bray's LinkedIn profile as of September 12, 2024.

3.    Attached hereto as Exhibit 2 is a true and correct copy of email correspondence among counsel concerning the potential deposition of Mr. Bray.

4.    Plaintiffs' proposed letter rogatory is attached hereto as Exhibit 3. My understanding is that it conforms with all necessary formalities and requirements of Article 3 of the Hague Convention because the proposed letter rogatory specifies: (a) the authority requesting its execution and the authority requested to execute it; (b) the names and addresses of the parties to the proceedings and their representatives; (c) the nature of the proceedings for which the evidence is required; and (d) the evidence to be obtained or other judicial act to be performed. See Hague Convention, Art. 3(a)–(d).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2024.

*/s/ Omar Jafri*
Omar Jafri

DECLARATION OF OMAR JAFRI IN SUPPORT OF CLASS PLAINTIFFS' UNOPPOSED MOTION FOR LETTER ROGATORY
Case No. 3:20-cv-00076-SI

1