# EXHIBIT 1





**Myles Bray** · 3rd

Chief Revenue Officer at Forcepoint

Forcepoint

Greater London, England, United Kingdom · **Contact info**

**500+** connections

Message   + Follow   More

## Activity

3,139 followers

Posts   Comments   Images



Myles Bray reposted this • 4mo

So excited for the launch of Forcepoint ONE Data Security, our new enterprise-grade, cloud-managed service for protecting the use of sensitive data consistently from SaaS apps to the endpoint   ...show more

91                                                                      1 comment

Myles Bray posted this • 5mo

Fantastic few days in Rome at the #Forcepoint partner conference. Loved discussing our strategy for enabling Data Security Everywhere and announcing Forcepoint DSPM, our AI powered Data Securit   ...show more

134                                                       2 comments • 6 reposts

Myles Bray reposted this • 5mo

#Forcepoint launches our AI powered #DSPM product as part of our Data Security Everywhere strategy ! Great job team, I love it !

**Forcepoint Brings AI-Powered DSPM to Customers**
forcepoint.com

43

Show all posts →

## Experience

Forcepoint
3 yrs 5 mos

**Chief Revenue Officer**
Full-time
Dec 2022 - Present · 1 yr 10 mos
London, England, United Kingdom



**Chief Revenue Officer**
**Senior Vice President, Europe, Middle East & Africa**
Arqit
May 2021 - Dec 2022 · 1 yr 8 mos
Sep 2020 - Apr 2021 · 8 mos
London

Next Generation Quantum Encryption

**Vice President, EMEA Sales**
ForeScout Technologies Inc.
Nov 2015 - Sep 2020 · 4 yrs 11 mos
London, United Kingdom

**Vice President, UK Ireland and Africa**
F5 Networks
Dec 2013 - Nov 2015 · 2 yrs
London, United Kingdom

**EMEA Sales Director**
VCE
May 2010 - Dec 2013 · 3 yrs 8 mos

**Show all 9 experiences →**

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Myles receives will appear here.

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Satya Nadella** in · 3rd
Chairman and CEO at Microsoft
11,000,849 followers

**+ Follow**

**Natalia Oropeza** in · 3rd
Global Chief Cybersecurity Officer & Chief Diversity Officer, Siemens AG |
Chairwoman of the Charter of Trust
15,828 followers

**+ Follow**

**Show all Top Voices →**

### More profiles for you

 **John D. Holmes** · 3rd
Chief Legal Officer at Forcepoint

View profile

 **Rees Johnson** · 3rd
Chief Product Officer at Thryv

View profile

 **Karl Triebes** · 3rd
Chief Product Officer @ Forcepoint | Driving Innovation in Cybersecurity

View profile

 **Manny Rivelo** · 3rd
Chief Executive Officer at Forcepoint

View profile

 **Richard Orange** · 3rd
Vice President of Sales, EMEA at Abnormal Security

View profile

Show all

### Grow your network
Premium peer suggestions

 **Joshua Savitz** · 2nd
Director of Legal Services/General Counsel at the National Fire Sprinkler
Association

+ Connect

 **Douglas Bench** · 2nd
Attorney at Burns White

+ Connect

### People you may know
From Myles's industry



**Josh Gordon**
Treasurer & SVP, Tax

**+ Connect**

**Aleksandr Volodarsky** in
Lemon.io - hire vetted engineers from Europe and LATAM

**+ Connect**

**Diane Uyar**
Independent Legal Services Professional

**+ Connect**

**Vaithish waran Gopal**
Temenos T24 | Java | Payments| Fintech | Core Banking

**+ Connect**

Show all

**You might like**
Pages for you

**NightDragon**
Venture Capital and Private Equity Principals
12,072 followers

**+ Follow**

**StrongDM**
Software Development
9,405 followers

**+ Follow**

Show all