# EXHIBIT 2

| From: | Porges, Stephanie Dowd |
|---|---|
| To: | Michael Klein |
| Cc: | Longo, Amy Jane; Brown, C. Thomas; Welsh, Peter L.; Gaioni, Mark; Goodwin, Samuel; Omar Jafri; Jeffrey S. Abraham; Patrice Bishop; Genc Arifi; Brian O"Connell |
| Subject: | RE: Sayce v. Forescout, et al., Case No. 3:20-CV-00076-SI - Deposition of Mr. Myles Bray |
| Date: | Tuesday, September 10, 2024 8:20:12 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Michael,

As we noted in May, Mr. Bray is not subject to subpoena power in connection with this action. Consistent with what we advised you in June, he will not agree to sit for a voluntary deposition, whether on Zoom or otherwise.  We note that to the extent Plaintiffs incur costs seeking to compel Mr. Bray's appearance, neither Defendants nor Mr. Bray agree nor are obliged to bear any share of such costs.


Regards,
Steph


**Stephanie Dowd Porges**
**ROPES & GRAY LLP**
T +1 617 951 7203 | M +1 781 752 6321
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Stephanie.Porges@ropesgray.com
www.ropesgray.com


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Michael Klein <mklein@aftlaw.com>
**Sent:** Tuesday, September 03, 2024 11:22 AM
**To:** Brown, C. Thomas <Thomas.Brown@ropesgray.com>; Gaioni, Mark <Mark.Gaioni@ropesgray.com>; Welsh, Peter L. <Peter.Welsh@ropesgray.com>; Longo, Amy Jane <Amy.Longo@ropesgray.com>
**Cc:** Omar Jafri <ojafri@pomlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Patrice Bishop <pBishop@aftlaw.com>; Genc Arifi <garifi@pomlaw.com>; Brian O'Connell <boconnell@pomlaw.com>
**Subject:** Sayce v. Forescout, et al., Case No. 3:20-CV-00076-SI - Deposition of Mr. Myles Bray

Dear Counsel,

As you are aware, we wish to depose Mr. Myles Bray in this matter. You will no doubt be aware as to Mr. Bray's key involvement with key aspects of this case, not least of which being that he was the

head of your client's EMEA region during the relevant period for this ongoing dispute.  Because Mr. Bray currently resides in England, we are inquiring pursuant to the English Court's requirements to depose him. Please confirm within the next 7 days whether you consent to any deposition of Mr. Bray. All of our clients' rights are reserved, including seeking any costs in connection with any application in the English courts that needs to be made.

Best regards,
Michael Klein

Michael J. Klein

Abraham, Fruchter & Twersky, LLP

450 Seventh Avenue

38th Floor

New York, NY 10123

direct: 212.634.0608

firm:  212.279.5050

fax: 212.279.3655



= = = = = = = = = = = = = = = = = = = =

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

= = = = = = = = = = = = = = = = = = = =