# Exhibit 1

## Contact

www.linkedin.com/in/steve-redman-72503736 (LinkedIn)

## Top Skills

Change Management

High Availability

Cloud Computing

# Steve Redman

Board & Business Advisory Services. Former CRO/Global Head Sales & OPs. Specifically working with Abnormal Security
Australia

## Summary

Experienced Global IT business leader specialising in cybersecurity for the last 15 years. Has run a $2B business, with over 2000 strong team, as well as smaller growth business from $30M to $350M. Skilled in go-to-market strategy, marketing and change management. Focused on integrating marketing and sales to drive consistent pipeline.

————

## Experience

**Self-employed**
Board & Business Advisory Services.
March 2021 - Present (3 years 8 months)

Strategy & GTM advisory for companies like Vehere, Exabeam & Aviso
with a focus and passion for building Value sales and leadership training/
development-Currently FT with Abnormal Security, the leader in AI security!

**Forescout Technologies Inc.**
5 years 1 month

Advisor
March 2021 - January 2022 (11 months)
Sydney, New South Wales, Australia

Chief Revenue Officer (CRO)
April 2019 - March 2021 (2 years)
San Fransisco

Global Head of sales and marketing for one of the most exciting Cyber security companies on the planet- Forescout -is the leader of securing the Enterprise of things, from IOT, OT , to the enterprise.

SVP, Chief Marketing Officer
February 2018 - April 2019 (1 year 3 months)

Vice President
January 2017 - February 2018 (1 year 2 months)

Sydney, Australia

## Palo Alto Networks
Vice President, APAC
November 2014 - October 2016 (2 years)
Sydney

## McAfee
6 years

EVP , Global Sales & Field Ops
October 2012 - October 2014 (2 years 1 month)
Santa Clara

President APAC
November 2008 - October 2012 (4 years)

## EMC
VP - Asia Pacific & Japan
2000 - 2008 (8 years)

———

## Education

Macquarie Graduate School of Management
MBA, MBS · (2002 - 2005)