# Exhibit 2

## Contact

www.linkedin.com/in/aaron-martin-1615311 (LinkedIn)

## Top Skills

Business Development
Business Planning
Business Strategy

# Aaron Martin

Head of Revenue Operations @ Cyera | CA
Sydney, New South Wales, Australia

## Summary

As the Head of Revenue Operations at Cyera, I lead the go-to-market strategy and execution for a fast-growing cyber security company that provides cloud-native data security for enterprises. I have over 20 years of experience in finance and operations, working with various hi-tech companies across different stages and markets.

My core competencies include sales, marketing, and customer success operations, business development and corporate strategy, commercial contracts and deal desk, data analytics and business enablement, and change management and leadership.

I am passionate about building great cultures through diversity and inclusion, and motivating teams through action.

I also leverage my expertise in cyber security as an advisor and mentor for several early stage companies in the industry, helping them scale and grow their businesses.

---

## Experience

Cyera
Head of Revenue Operations
December 2022 - Present (1 year 11 months)

Various Companies
Advisor and Mentor for cyber security companies
October 2022 - Present (2 years 1 month)

Vehere
Advisor
October 2021 - December 2023 (2 years 3 months)

vArmour

### Head of Revenue Operations
December 2021 - December 2022 (1 year 1 month)
Los Altos, California, United States

Lead end-to-end global Revenue Operations function for VArmour. VArmour is changing the game for how organisations are discovering, observing and controlling Application Relationships and securing data across the enterprise.

### Forescout Technologies Inc.
5 years 10 months

### Senior Vice President Revenue Operations
April 2020 - June 2021 (1 year 3 months)
San Jose, California, United States

### Vice President Business Operations and Enablement
January 2017 - March 2020 (3 years 3 months)
San Jose, California

### Vice President Finance
September 2015 - January 2017 (1 year 5 months)
San Jose, California, United States

### McAfee
5 years 7 months

### Vice President Finance
July 2013 - September 2015 (2 years 3 months)
Santa Clara, California, United States

### Vice President Finance, Asia Pacific
March 2010 - July 2013 (3 years 5 months)
Sydney, New South Wales, Australia

### Mission Australia
Finance Manager
October 2009 - March 2010 (6 months)
Sydney, New South Wales, Australia

### Avnet Technology Solutions
7 years 3 months

### Finance Director Asia Pacific
January 2005 - July 2009 (4 years 7 months)

### Commercial Director

May 2002 - January 2005 (2 years 9 months)

General Mills, Inc
Commercial Manager
January 2001 - January 2002 (1 year 1 month)

Chartered Accountants Australia and New Zealand
Accountant
January 1994 - April 2001 (7 years 4 months)

———

## Education

Chartered Accountants Australia and New Zealand
CA, Accounting · (2000 - 2002)

Western Sydney University
Bachelor of Commerce, Accounting · (1994 - 1999)

Macquarie Graduate School of Management