# Exhibit 3

Mail - Genc Arifi - Outlook

⬛ Outlook

## RE: Forescout- Deponent List

**From** Porges, Stephanie Dowd <Stephanie.Porges@ropesgray.com>

**Date** Fri 6/21/2024 11:22 AM

**To** Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Longo, Amy Jane <Amy.Longo@ropesgray.com>; Genc Arifi <garifi@pomlaw.com>; Jeffrey Abraham <jabraham@aftlaw.com>; Michael Klein <mklein@aftlaw.com>; Gaioni, Mark <Mark.Gaioni@ropesgray.com>; Brown, C. Thomas <Thomas.Brown@ropesgray.com>; Welsh, Peter L. <Peter.Welsh@ropesgray.com>; Walters, Diane <dwalters@wsgr.com>; Salceda, Ignacio <ISalceda@wsgr.com>

Brian,

Mr. Martin and Mr. Redman are not subject to subpoena power in connection with this action.  They will not make themselves available for depositions without Plaintiffs going through international service of process.

We will revert back on dates for Mr. Roberts' deposition.

Best,
Steph

**Stephanie Dowd Porges**

**ROPES & GRAY LLP**

T +1 617 951 7203 | M +1 781 752 6321

Prudential Tower, 800 Boylston Street

Boston, MA 02199-3600

Stephanie.Porges@ropesgray.com

www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Brian O'Connell <boconnell@pomlaw.com>
**Sent:** Thursday, June 20, 2024 7:20 PM
**To:** Porges, Stephanie Dowd <Stephanie.Porges@ropesgray.com>; Omar Jafri <ojafri@pomlaw.com>; Longo, Amy Jane <Amy.Longo@ropesgray.com>; Genc Arifi <garifi@pomlaw.com>; Jeffrey Abraham <jabraham@aftlaw.com>; Michael Klein <mklein@aftlaw.com>; Gaioni, Mark <Mark.Gaioni@ropesgray.com>; Brown, C. Thomas <Thomas.Brown@ropesgray.com>; Welsh, Peter L. <Peter.Welsh@ropesgray.com>; Walters, Diane <dwalters@wsgr.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Subject:** RE: Forescout- Deponent List

Steph,

Your message is silent as to non-Zoom depositions.  Are Mr. Martin and Mr. Redman both unwilling to sit for an in-person deposition, absent being legally compelled to do so?

Please provide us dates in July for Mick Roberts to sit for a deposition.

Regards,
Brian


**Brian P. O'Connell**
**POMERANTZ** LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312)-881-4859
Fax: (312)-377-1184
boconnell@pomlaw.com

---

**From:** Porges, Stephanie Dowd <Stephanie.Porges@ropesgray.com>
**Sent:** Thursday, June 20, 2024 5:05 PM
**To:** Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Longo, Amy Jane <Amy.Longo@ropesgray.com>; Genc Arifi <garifi@pomlaw.com>; Jeffrey Abraham <jabraham@aftlaw.com>; Michael Klein <mklein@aftlaw.com>; Gaioni, Mark <Mark.Gaioni@ropesgray.com>; Brown, C. Thomas <Thomas.Brown@ropesgray.com>; Welsh, Peter L. <Peter.Welsh@ropesgray.com>; Walters, Diane <dwalters@wsgr.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Subject:** RE: Forescout- Deponent List

Brian,

As we mentioned on the meet and confer, in addition to the individuals/entities you are already aware of (including Advent), Ropes & Gray represents Steve Redman and Mick Roberts. Ropes also represents Aaron Martin.

Mr. Redman and Mr. Martin – both of whom are located in Australia – will not agree to sit for a Zoom deposition.

We will follow up on whether we represent the other individuals.

Best,
Steph


**Stephanie Dowd Porges**
**ROPES & GRAY LLP**
T +1 617 951 7203 | M +1 781 752 6321
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Stephanie.Porges@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Brian O'Connell <boconnell@pomlaw.com>
**Sent:** Friday, June 14, 2024 5:17 PM
**To:** Porges, Stephanie Dowd <Stephanie.Porges@ropesgray.com>; Omar Jafri <ojafri@pomlaw.com>; Longo, Amy

Jane <Amy.Longo@ropesgray.com>; Genc Arifi <garifi@pomlaw.com>; Jeffrey Abraham <jabraham@aftlaw.com>; Michael Klein <mklein@aftlaw.com>; Gaioni, Mark <Mark.Gaioni@ropesgray.com>; Brown, C. Thomas <Thomas.Brown@ropesgray.com>; Welsh, Peter L. <Peter.Welsh@ropesgray.com>; Walters, Diane <dwalters@wsgr.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Subject:** Forescout- Deponent List

Amy,

As discussed on the call today, below is our list of deponents. We are prepared to serve all the U.S.-based employees or former employees as soon as practicable and will seek to have the subpoenas enforced if necessary. Note, the list may be subject to change.  Please tell us by early next week which Defendants Ropes and Gray represents, and whether the international-based Defendants will make themselves available for a deposition without going through international service of process.

1) 30(b)(6) [Done]
2) Rodney Toy  [Done]
3) Matt Hartley (DC)
4) Aaron Martin (Australia)
5) Brian Gumbel (New York)
6) Niels Jensen (DC)
7) Jason Anderson (Texas)
8) Myles Bray (London)
9) Michelle Spolver- Communications Chief [Done]
10) Force Management
11) Advent
12) Michael DeCesare
13) Criss Harms
14) Steve Redman (Australia)
15) Mick Roberts (Seattle)
16) Pedro Abreu (San Carlos)
17) Holly Grey (Oakland)
18) James Crowley (Boston)
19) Merlin
20) Erin O'Leary (Boston)

Regards,
Brian

**Brian P. O'Connell**
**POMERANTZ** LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312)-881-4859
Fax: (312)-377-1184
boconnell@pomlaw.com