# Exhibit 5

 

**Title Search**

NEW SOUTH WALES LAND REGISTRY SERVICES - TITLE SEARCH
--------------------------------------------------------


FOLIO: 8/10817
------

| SEARCH DATE | TIME | EDITION NO | DATE |
|---|---|---|---|
| 13/11/2024 | 10:05 AM | 7 | 20/7/2021 |


LAND
----
LOT 8 IN DEPOSITED PLAN 10817
   LOCAL GOVERNMENT AREA KU-RING-GAI
   PARISH OF GORDON   COUNTY OF CUMBERLAND
   TITLE DIAGRAM DP10817

FIRST SCHEDULE
--------------
FELICITY KATE MARTIN
AARON GRANT MARTIN
   AS JOINT TENANTS                                        (T AR257222)

SECOND SCHEDULE (2 NOTIFICATIONS)
---------------
1   RESERVATIONS AND CONDITIONS IN THE CROWN GRANT(S)
2   B601045   COVENANT

NOTATIONS
---------

UNREGISTERED DEALINGS: NIL

        ***   END OF SEARCH   ***


362146.00001                         PRINTED ON 13/11/2024

* Any entries preceded by an asterisk do not appear on the current edition of the Certificate of Title. Warning: the information appearing under notations has not been formally recorded in the Register. InfoTrack an approved NSW Information Broker hereby certifies that the information contained in this document has been provided electronically by the Registrar General in accordance with Section 96B(2) of the Real Property Act 1900.

Copyright © Office of the Registrar-General 2024                    Received: 13/11/2024 10:05:13



 **NSW Title Search** › **Address Search**

## Address Listings for 8/10817

| Address | Title Search | Other | Fee |
|---|---|---|---|
| 81 Mcintosh St, Gordon 2072 | ☐ 8/10817 | More Documents ⌄ | $0.00 |

**Total** $0.00

**Place order**



This information is provided as a searching aid only. The Registrar General does not guarantee that the information provided discloses details of all land/premises owner/leased by the party searched against. The information returned relates to owners/lessees registered from 1971 onwards except in relation to current lease information which is returned from 1998 onwards. Manual indexes are available for records registered prior to 1971. Note: *indicates Lessee name.
Copyright © Office of the Registrar-General 2024. Received: 13/11/2024 10:11:00



**LAND REGISTRY SERVICES** — NSW

**Title Search**

NEW SOUTH WALES LAND REGISTRY SERVICES - TITLE SEARCH
--------------------------------------------------------

FOLIO: 6/SP74073
------

```
              SEARCH DATE      TIME              EDITION NO    DATE
              -----------      ----              ----------    ----
              13/11/2024       10:08 AM              6        19/4/2021
```

LAND
----
LOT 6 IN STRATA PLAN 74073
     AT MANLY
     LOCAL GOVERNMENT AREA NORTHERN BEACHES

FIRST SCHEDULE
--------------
STEPHEN JAMES REDMAN                                        (T AI524413)

SECOND SCHEDULE (2 NOTIFICATIONS)
---------------
1    INTERESTS RECORDED ON REGISTER FOLIO CP/SP74073
2    AQ970695   MORTGAGE TO MACQUARIE BANK LIMITED

NOTATIONS
---------

UNREGISTERED DEALINGS: NIL

          ***   END OF SEARCH   ***

362146.00001                        PRINTED ON 13/11/2024

* Any entries preceded by an asterisk do not appear on the current edition of the Certificate of Title. Warning: the information appearing under notations has not been formally recorded in the Register. InfoTrack an approved NSW Information Broker hereby certifies that the information contained in this document has been provided electronically by the Registrar General in accordance with Section 96B(2) of the Real Property Act 1900.

Copyright © Office of the Registrar-General 2024                    Received: 13/11/2024 10:08:08



 **NSW Title Search** › **Address Search**

## Address Listings for 6/SP74073

| Address | Title Search | Other | Fee |
|---|---|---|---|
| 6/119-120 North Steyne, Manly 2095 | ☐ 6/SP74073 | **More Documents** ⌄ | $0.00 |

**Total**    $0.00

**Place order**



This information is provided as a searching aid only. The Registrar General does not guarantee that the information provided discloses details of all land/premises owner/leased by the party searched against. The information returned relates to owners/lessees registered from 1971 onwards except in relation to current lease information which is returned from 1998 onwards. Manual indexes are available for records registered prior to 1971. Note: *indicates Lessee name.
Copyright © Office of the Registrar-General 2024. Received: 13/11/2024 10:11:00

# InfoTrack

# Australian Securities & Investments Commission
Personal Name Extract
Extract Type: Current & Historical
ASIC Data Extracted 13/11/2024 at 10:03

---

**AARON GRANT MARTIN**

| | | Document No. |
|---|---|---|
| **Birth Details:** | 05/02/1976  SYDNEY  NSW | |

**- Roles Held -**

### 008 608 991  AVNET HOLDINGS (AUSTRALIA) PTY. LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 5E1643131 |
| **Address:** | 43 MACMAHON STREET WILLOUGHBY NSW 2068 | |
| **Status:** | Deregistered | |
| **ABN:** | 23 008 608 991 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 05/01/2007 | |
| **Cease Date:** | 25/05/2007 | |

### 003 085 050  AVNET PACIFIC PTY LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 5E1643132 |
| **Address:** | 43 MACMAHON STREET WILLOUGHBY NSW 2068 | |
| **Status:** | Deregistered | |
| **ABN:** | 18 003 085 050 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 05/01/2007 | |
| **Cease Date:** | 25/05/2007 | |

### 090 111 890  TECH DATA (ANZ) PTY. LTD.

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 1E4277979 |
| **Address:** | 43 MACMAHON STREET WILLOUGHBY NSW 2068 | |
| **Status:** | Registered | |
| **ABN:** | 15 090 111 890 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 02/04/2008 | |
| **Cease Date:** | 19/06/2009 | |

## AARON GRANT MARTIN

**Birth Details:**     05/02/1976   BLACKTOWN   NSW

**Document No.**

## - Roles Held -

### 078 382 028  A.C.N. 078 382 028 PTY LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 7E5002431 |
| **Address:** | 65 PLATEAU ROAD BILGOLA NSW 2107 | |
| **Status:** | Deregistered | |
| **ABN:** | 37 078 382 028 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 29/01/2013 | |
| **Cease Date:** | 25/08/2013 | |

### 078 382 028  A.C.N. 078 382 028 PTY LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 7E5002431 |
| **Address:** | 65 PLATEAU ROAD BILGOLA NSW 2107 | |
| **Status:** | Deregistered | |
| **ABN:** | 37 078 382 028 | |
| **Role Heading:** | **Secretary** | |
| **Appointment Date:** | 29/01/2013 | |
| **Cease Date:** | 25/08/2013 | |

### 115 348 797  CIPHERTRUST AUSTRALIA PTY LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 7E4594149 |
| **Address:** | 65 PLATEAU ROAD BILGOLA NSW 2107 | |
| **Status:** | Deregistered | |
| **ABN:** | 24 115 348 797 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 13/06/2012 | |
| **Cease Date:** | 26/12/2012 | |

### 115 348 797  CIPHERTRUST AUSTRALIA PTY LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 7E3220699 |
| **Address:** | 65 PLATEAU ROAD BILGOLA NSW 2107 | |
| **Status:** | Deregistered | |
| **ABN:** | 24 115 348 797 | |
| **Role Heading:** | **Secretary** | |
| **Appointment Date:** | 30/09/2010 | |
| **Cease Date:** | 26/12/2012 | |

### 058 494 223  INTEL (AUS) PTY LTD

**Details Type:** Ceased/Former                                                            7E3777675
**Address:** 65 PLATEAU ROAD BILGOLA NSW 2107
**Status:** Deregistered
**ABN:** 66 058 494 223
**Role Heading:** **Director**
**Appointment Date:** 30/06/2011
**Cease Date:** 17/02/2014

### 058 494 223  INTEL (AUS) PTY LTD

**Details Type:** Ceased/Former                                                            7E3220680
**Address:** 65 PLATEAU ROAD BILGOLA NSW 2107
**Status:** Deregistered
**ABN:** 66 058 494 223
**Role Heading:** **Secretary**
**Appointment Date:** 30/09/2010
**Cease Date:** 17/02/2014

### 125 569 673  INTERNETSAFETY.COM PTY LTD

**Details Type:** Ceased/Former                                                            023661932
**Address:** 65 PLATEAU ROAD BILGOLA NSW 2107
**Status:** Deregistered
**ABN:** 91 125 569 673
**Role Heading:** **Director**
**Appointment Date:** 15/02/2012
**Cease Date:** 07/02/2013

### 125 569 673  INTERNETSAFETY.COM PTY LTD

**Details Type:** Ceased/Former                                                            023661932
**Address:** 65 PLATEAU ROAD BILGOLA NSW 2107
**Status:** Deregistered
**ABN:** 91 125 569 673
**Role Heading:** **Secretary**
**Appointment Date:** 15/02/2012
**Cease Date:** 07/02/2013

### 069 159 539  SECURE COMPUTING AUSTRALIA PTY LTD

**Details Type:** Ceased/Former                                                            7E4594086
**Address:** 65 PLATEAU ROAD BILGOLA NSW 2107
**Status:** Deregistered
**ABN:** 62 069 159 539
**Role Heading:** **Director**
**Appointment Date:** 13/06/2012

**Cease Date:**          26/12/2012


### 069 159 539  SECURE COMPUTING AUSTRALIA PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 7E3220586 |
| **Address:** | 65 PLATEAU ROAD BILGOLA NSW 2107 | |
| **Status:** | Deregistered | |
| **ABN:** | 62 069 159 539 | |
| **Role Heading:** | **Secretary** | |
| **Appointment Date:** | 30/09/2010 | |
| **Cease Date:** | 26/12/2012 | |

**AARON GRANT MARTIN**

| | | |
|---|---|---|
| **Birth Details:** | 05/02/1976   PENRITH   NSW | **Document No.** |

**- Roles Held -**

### 681 645 492  AG MARTIN HOLDINGS PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Current | 6EGYJ9882 |
| **Address:** | 81 MCINTOSH STREET GORDON NSW 2072 | |
| **Status:** | Registered | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 18/10/2024 | |

### 681 645 492  AG MARTIN HOLDINGS PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Current | 6EGYJ9882 |
| **Address:** | 81 MCINTOSH STREET GORDON NSW 2072 | |
| **Status:** | Registered | |
| **Role Heading:** | **Secretary** | |
| **Appointment Date:** | 18/10/2024 | |

*** End of Document ***

# InfoTrack

## Australian Securities & Investments Commission
Personal Name Extract
Extract Type: Current & Historical
ASIC Data Extracted 13/11/2024 at 09:57

---

**STEPHEN JAMES REDMAN**

| | | Document No. |
|---|---|---|
| **Birth Details:** | 14/02/1963   MELBOURNE   VIC | |

**- Roles Held -**

### 078 382 028  A.C.N. 078 382 028 PTY LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 1E5231875 |
| **Address:** | 34 MONASH CRESCENT CLONTARF NSW 2093 | |
| **Status:** | Deregistered | |
| **ABN:** | 37 078 382 028 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 14/02/2009 | |
| **Cease Date:** | 29/01/2013 | |

### 115 348 797  CIPHERTRUST AUSTRALIA PTY LIMITED

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 1E5231883 |
| **Address:** | 34 MONASH CRESCENT CLONTARF NSW 2093 | |
| **Status:** | Deregistered | |
| **ABN:** | 24 115 348 797 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 14/02/2009 | |
| **Cease Date:** | 26/12/2012 | |

### 058 494 223  INTEL (AUS) PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 7E2160034 |
| **Address:** | 34 MONASH CRESCENT CLONTARF NSW 2093 | |
| **Status:** | Deregistered | |
| **ABN:** | 66 058 494 223 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 16/04/2009 | |
| **Cease Date:** | 29/01/2013 | |

### 058 494 223  INTEL (AUS) PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 7E2160034 |
| **Address:** | 34 MONASH CRESCENT CLONTARF NSW 2093 | |
| **Status:** | Deregistered | |
| **ABN:** | 66 058 494 223 | |
| **Role Heading:** | **Secretary** | |
| **Appointment Date:** | 16/04/2009 | |
| **Cease Date:** | 29/01/2013 | |

### 125 569 673  INTERNETSAFETY.COM PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 023661932 |
| **Address:** | 34 MONASH CRESCENT CLONTARF NSW 2093 | |
| **Status:** | Deregistered | |
| **ABN:** | 91 125 569 673 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 15/02/2012 | |
| **Cease Date:** | 07/02/2013 | |

### 069 159 539  SECURE COMPUTING AUSTRALIA PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 1E5231894 |
| **Address:** | 34 MONASH CRESCENT CLONTARF NSW 2093 | |
| **Status:** | Deregistered | |
| **ABN:** | 62 069 159 539 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 14/02/2009 | |
| **Cease Date:** | 26/12/2012 | |

## - Shares Held -

### Ceased/Former

---

**- Holding -**

| | | | | |
|---|---|---|---|---|
| **Class:** | ORD | **Number Held:** | 1 | 2E2337150 |
| **Beneficially Owned:** | Yes | **Fully Paid:** | Yes | |

**- Members -**

| | |
|---|---|
| **Name:** | FUTUREFUN INVESTMENTS PTY LIMITED |
| **ACN:** | 138 042 994 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 |
| **Joint Holding:** | No |

---

**- Holding -**

| | | | | |
|---|---|---|---|---|
| **Class:** | ORD | **Number Held:** | 1 | 2E2337151 |
| **Beneficially Owned:** | Yes | **Fully Paid:** | Yes | |

**- Members -**

| | |
|---|---|
| **Name:** | FIVE BRIGHT LIGHTS PTY LIMITED |
| **ACN:** | 138 043 035 |

**Address:**          UNIT 6 120 NORTH STEYNE MANLY NSW 2095
**Joint Holding:**    No

**STEPHEN JAMES REDMAN**

**Birth Details:**        14/02/1963   FOOTSCRAY   VIC

**Document No.**

**- Roles Held -**

**138 043 035  FIVE BRIGHT LIGHTS PTY LIMITED**

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 2E2337151 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 | |
| **Status:** | Deregistered | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 02/07/2009 | |
| **Cease Date:** | 15/11/2017 | |

**138 042 994  FUTUREFUN INVESTMENTS PTY LIMITED**

| | | |
|---|---|---|
| **Details Type:** | Ceased/Former | 2E2337150 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 | |
| **Status:** | Registered | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 02/07/2009 | |
| **Cease Date:** | 11/07/2016 | |

## STEPHEN JAMES REDMAN

**Birth Details:**        14/02/1963   WILLIAMSTOWN   VIC

**Document No.**

### - Roles Held -

### 663 505 664  CORNERMAN INVESTMENTS PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Current | 7ECC26228 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 | |
| **Status:** | Registered | |
| **ABN:** | 97 663 505 664 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 22/03/2023 | |

### 663 998 687  JAXY N COCO PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Current | 3EOG60382 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 | |
| **Status:** | Registered | |
| **ABN:** | 99 663 998 687 | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 22/11/2022 | |

### 663 998 687  JAXY N COCO PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Current | 3EOG60382 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 | |
| **Status:** | Registered | |
| **ABN:** | 99 663 998 687 | |
| **Role Heading:** | **Secretary** | |
| **Appointment Date:** | 22/11/2022 | |

### 611 983 816  NORTH STEYNE INVESTMENTS PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Current | 2E3551815 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 | |
| **Status:** | Registered | |
| **Role Heading:** | **Director** | |
| **Appointment Date:** | 21/04/2016 | |

### 611 983 816  NORTH STEYNE INVESTMENTS PTY LTD

| | | |
|---|---|---|
| **Details Type:** | Current | 2E3551815 |
| **Address:** | UNIT 6 120 NORTH STEYNE MANLY NSW 2095 | |

**Status:** Registered
**Role Heading:** **Secretary**
**Appointment Date:** 21/04/2016

### 673 268 972  ST REDMAN PTY LTD

**Details Type:** Current                                          6ERW25449
**Address:** UNIT 6 120 NORTH STEYNE MANLY NSW 2095
**Status:** Registered
**Role Heading:** **Director**
**Appointment Date:** 28/11/2023

### 673 268 972  ST REDMAN PTY LTD

**Details Type:** Current                                          6ERW25449
**Address:** UNIT 6 120 NORTH STEYNE MANLY NSW 2095
**Status:** Registered
**Role Heading:** **Secretary**
**Appointment Date:** 28/11/2023

### 653 623 682  STR ADVISORY SERVICES PTY LTD

**Details Type:** Current                                          2END47708
**Address:** UNIT 6 120 NORTH STEYNE MANLY NSW 2095
**Status:** Registered
**Role Heading:** **Director**
**Appointment Date:** 13/09/2021

### 653 623 682  STR ADVISORY SERVICES PTY LTD

**Details Type:** Current                                          2END47708
**Address:** UNIT 6 120 NORTH STEYNE MANLY NSW 2095
**Status:** Registered
**Role Heading:** **Secretary**
**Appointment Date:** 13/09/2021

*** End of Document ***