UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, individually and on behalf of all others similarly situated, | CASE NO.: 3:20-cv-00076-SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ISSUANCE OF LETTER ROGATORY |
| v. | |
| FORESCOUT TECHNOLOGIES, INC., *et al*., | Courtroom: 1 – 17th Floor<br>Judge: Hon. Susan Illston |
| Defendants. | |

Lead Plaintiffs and Class Representatives the Glazer Funds and Meitav Mutual Funds Ltd.'s Motion for Issuance of Letter Rogatory is **GRANTED**.

This Court will sign the Letter Rogatory attached to the Motion as Exhibit No. 4 to the Declaration of Omar Jafri and affix the seal of the United States District Court for the Northern District of California over said signature.

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Plaintiffs so that said Letter of Request may be issued to the appropriate court in the Commonwealth of Australia.

Plaintiffs are directed to transmit the original, signed Letter Rogatory to the appropriate court in the Commonwealth of Australia.

**IT IS SO ORDERED**.

DATED: November 21 , 2024

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge