**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CIVIL MINUTES

| **Date:** December 20, 2024 | **Time:** 11:32 – 11:44 12 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:** Omar Jafri, Brian O'Connell, Jeffrey Abraham, Michael Klein
**Attorney for Defendant:** Amy Longo, C. Thomas Brown, Mark Gaioni (Forescout); Ignacio Salceda, Diane Walters (Ind. Def.)

**Deputy Clerk:** Esther Chung              **Court Reporter:** Zoom Recording

### PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

### SUMMARY

Counsel were instructed to contact the Court by **1/17/2025** to let it know if the parties will hold a second mediation (and provide mediator name and date) or if they are requesting an early settlement conference with a Magistrate.

ADR to be completed by 6/13/2025.

CASE CONTINUED: 5/2/2025 at 3:00 p.m. for Status Conference.
Joint Status Report due 7 days prior to the CMC. Courtesy copy due following Monday after filing.
Zoom registration due by email to sicrd@cand.uscourts.gov 9 days prior to Status Conference date by 12 p.m.