UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SAYCE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORESCOUT TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-00076-SI<br><br>**ORDER RE: JANUARY 15, 2025 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 259 |

The parties submitted a joint statement regarding a discovery dispute on January 15, 2025. *See* Dkt. No. 259. Plaintiffs seek an order compelling a further response to their Interrogatory No. 5 regarding business deals referenced on a May 9, 2019 earnings call. While plaintiffs assert that defendants' response is evasive, the response includes the information that plaintiffs seek. Defendants confirmed the deals referenced on the call had not closed and listed what those deals were. To the extent that plaintiffs want this information conveyed in different verbiage, they may attempt to seek specific admissions in the upcoming deposition of defendant DeCesare. Accordingly, the Court DENIES plaintiffs' request to compel a further response to Interrogatory No. 5.

**IT IS SO ORDERED**.

Dated: January 21, 2025

_____
SUSAN ILLSTON
United States District Judge