**ROPES & GRAY LLP**
Amy Jane Longo (CSB #198304)
10250 Constellation Boulevard
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Amy.Longo@ropesgray.com

*Attorneys for Defendant*
*Forescout Technologies, Inc.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>Defendants. | CASE NO.: 20-CV-00076-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LIMITED EXTENSION OF DISCOVERY**<br><br>Courtroom:   1 – 17th Floor<br>Judge:       Hon. Susan Illston<br>Trial Date:  November 10, 2025 |

Stipulation and [Proposed] Order re: Limited Extension of Discovery          Case No.: 20-CV-00076-SI

Pursuant to Civil Local Rule 7-12, Forescout Technologies, Inc. ("Forescout"), Michael DeCesare, and Christopher Harms (collectively the "Defendants"), and Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2 (the "Glazer Funds") and Meitav Tachlit Mutual Funds Ltd. (f/k/a Meitav Tachlit Mutual Funds Ltd.) (collectively the "Plaintiffs" and with Defendants the "Parties") by and through their undersigned counsel of record submit the following Stipulation and [Proposed] Order for the Court's consideration:

WHEREAS, on August 21, 2024, the Court set forth the following case schedule in its Pretrial Preparation Order, ECF No. 236:

| Event | Date |
|---|---|
| Further Case Management | December 20, 2024, at 12:30pm |
| Non-Expert Discovery Cutoff | February 28, 2025 |
| Designation of Experts | March 14, 2025 |
| Designation of Rebuttal Experts | April 11, 2025 |
| Expert Discovery Cut-Off | May 16, 2025 |
| Dispositive Motions | June 20, 2025 |
| Dispositive Motions Opposition | August 8, 2025 |
| Dispositive Motions Reply | September 12, 2025 |
| Dispositive Motions Hearing | No later than September 26, 2025, at 10:00am |
| Pre-Trial Paperwork | October 14, 2025 |
| Pre-Trial Conference | October 28, 2025, at 1:30pm |
| Trial Date | November 10, 2025, at 8:30am |

Stipulation and [Proposed] Order re: Extension of Discovery          Case No.: 20-CV-00076-SI

-1-

WHEREAS, the Parties have ten fact witness depositions remaining (five by Plaintiffs, five by Defendants), which they have been working together in good faith to schedule on mutually agreeable dates prior to the non-expert discovery cutoff of February 28, 2025;

WHEREAS, despite best efforts, the Parties had been unable to schedule deposition dates until recently for some of these witnesses, including a resident of the United Kingdom;

WHEREAS, the Parties have agreed, subject to Court approval, to a one-month limited extension of the non-expert discovery cutoff solely for the purposes of taking the five depositions agreed to by the Parties, as well as a commensurate extension of the expert witness deadlines, with no extensions of any other deadlines (including the existing February 28 non-expert discovery cutoff for all purposes other than the five agreed-upon depositions), nor changes to confirmed deposition dates, in each case absent agreement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Parties, subject to the Court's approval, that:

1.    The five agreed-upon depositions may be taken on or before March 31, 2025;

2.    The expert discovery deadlines shall be extended as follows:

a.  Designation of Experts: April 4, 2025;

b.  Rebuttal Reports: May 2, 2025;

c.  Expert Discovery Cutoff: May 30, 2025;

3.    All other case deadlines shall remain unchanged, including the current non-expert discovery cutoff (for all purposes except as to the five depositions referenced herein) and the dispositive motion schedule.  For the avoidance of doubt, nothing in this Order shall prevent the Parties from agreeing to extend the response deadline for any discovery requests on or prior to February 28, 2025.

Stipulation and [Proposed] Order re: Extension of Discovery                    Case No.: 20-CV-00076-SI

-2-

Dated: February 18, 2025

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

/s/   Jeffrey S. Abraham
Jeffrey S. Abraham (admitted *pro hac vice*)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
JAbraham@aftlaw.com


-and-


**POMERANTZ LLP**

/s/   Omar Jafri
Omar Jafri (admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
ojafri@pomlaw.com


**Attorneys for Co-Lead Plaintiffs**

**ROPES & GRAY LLP**

/s/ *Amy Jane Longo*

Amy Jane Longo
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Amy.Longo@ropesgray.com

**Attorneys for Defendant Forescout Technologies, Inc.**


**WILSON SONSINI GOODRICH & ROSATI, Professional Corporation**

/s/   *Ignacio E. Salceda*

Ignacio E. Salceda
Diane M. Walters
Rebecca L. Epstein
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
isalceda@wsgr.com
dwalters@wsgr.com
bepstein@wsgr.com

**Attorneys for Defendants Michael DeCesare and Christopher Harms**

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **February 18, 2025**

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re: Extension of Discovery                    Case No.: 20-CV-00076-SI

-3-

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Amy Jane Longo, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.


Dated: February 18, 2025                    _/s/ Amy Jane Longo_
                                             Amy Jane Longo