# Exhibit F

Amy Jane Longo (CSB #198304)
Anne Johnson Palmer (CSB #302235)
Ryan H. Weinstein (CSB #240405)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Amy.Longo@ropesgray.com
Anne.JohnsonPalmer@ropesgray.com
Ryan.Weinstein@ropesgray.com

[Additional counsel on signature page]

Attorneys for Defendant
FORESCOUT TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, *et al.* | Case No.: 3:20-cv-00076-SI |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS** |
| FORESCOUT TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

PROPOUNDING PARTIES:    DEFENDANTS FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, AND CHRISTOPHER HARMS

RESPONDING PARTIES:    PLAINTIFFS GLAZER CAPITAL MANAGEMENT, L.P., GLAZER ENHANCED FUND, L.P., GLAZER ENHANCED OFFSHORE FUND, LTD., GLAZER OFFSHORE FUND, LTD., HIGHMARK LIMITED, IN RESPECT OF ITS SEGREGATED ACCOUNT HIGHMARK MULTI-STRATEGY 2, AND MEITAV TACHLIT MUTUAL FUNDS LTD

SET NUMBER:    ONE

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Forescout Technologies, Inc., Michael DeCesare, and Christopher Harms, by their attorneys, serve the following Interrogatory, which Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund, L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd., Highmark Limited, in respect of its Segregated Account Highmark Multi-Strategy 2, and Meitav Tachlit Mutual Funds Ltd. must answer under oath within thirty (30) days of service or by such other date agreed upon by the parties or ordered by the Court.  Plaintiffs shall be obligated to supplement responses to this Interrogatory at such times and to the extent required by Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

For purposes of this Interrogatory, the following definitions apply:

1.      "ACTION" shall mean any and all proceedings and litigation efforts concerning the above-captioned case.

2.      "COMPLAINT" means the Second Consolidated Amended Complaint for Violations of the Federal Securities Laws [Dkt. 142], filed on May 10, 2021, in the ACTION, as that pleading may be amended or superseded.

3.      "CONFIDENTIAL WITNESSES" means those PERSONS identified as Confidential Witnesses ("CWs") in the COMPLAINT.

4.      "DEFENDANTS" means FORESCOUT, Michael DeCesare, and Christopher Harms.

5.      "FORESCOUT" means Forescout Technologies, Inc.

6.      "PERSON" means, without limitation, any natural person, corporation, partnership, limited liability company, proprietorship, joint venture, association, government entity, group, or other form of legal entity.

7.      "YOU" and "YOUR" means the Plaintiffs to whom this Interrogatory directed.

8.      "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Interrogatory all information that might otherwise be construed to be outside of its scope.

DEFENDANTS' FIRST SET OF INTERROGATORIES
CASE NO. 3:20-CV-00076-SI

9. Each of the terms "all," "any," and "each" shall be construed as all, any and each as necessary to bring within the scope of the Interrogatory all information that might otherwise be construed to be outside of its scope.

10. Unless otherwise defined herein or in the Local Rules, all words and phrases used herein shall be accorded their usual meaning and shall be interpreted in their common, ordinary sense.

## INSTRUCTIONS

YOU are required to answer each Interrogatory set forth below, regardless of whether the information is possessed by YOU or by any successors, assigns, agents, brokers, accountants, experts, representatives, attorneys, consultants, family members, or other PERSONS acting or purporting to act on YOUR behalf. In preparing answers to this Interrogatory, YOU must inquire of all PERSONS whose knowledge, files, or information lies within YOUR control and who have or may have information responsive to the Interrogatory.

If YOU claim any part of the Interrogatory is objectionable, then (a) identify that portion of such Interrogatory claimed to be objectionable, and state the nature and basis of the objection with sufficient particularity and in sufficient detail to permit the Court to adjudicate the validity of the objection; (b) identify any information withheld pursuant to such objection with sufficient particularity and in sufficient detail to permit the Court to determine whether the information falls within the scope of such objection; and (c) answer each Interrogatory to the extent YOU do not claim it to be objectionable.

If YOU withhold any requested information under a claim of privilege or for any other reason, then at the time of responding to this Interrogatory, (a) state with specificity YOUR claim of privilege or other basis for withholding the information, and (b) identify all information by date and subject matter, without disclosing its contents, in a manner sufficient to allow it to be described to the Court for ruling on the privilege or other reason asserted.

This Interrogatory is deemed to be continuing in nature, and YOU shall promptly supply, by way of supplemental answer, any responsive information that may become known to YOU or anyone

-2-

acting on YOUR behalf after YOUR answers have been prepared and served as required by Federal Rule of Civil Procedure 26(e).

DEFENDANTS reserve their rights to serve additional or supplemental interrogatories as appropriate.

## INTERROGATORY

**INTERROGATORY NO. 1:**

Identify all CONFIDENTIAL WITNESSES referenced in the COMPLAINT, INCLUDING by listing each CONFIDENTIAL WITNESS's full name, corresponding CONFIDENTIAL WITNESS number in the COMPLAINT, title or titles during the time that the CONFIDENTIAL WITNESS worked at FORESCOUT and the dates when that title or those titles were held, current or last known title and employer, last known telephone number, last known home address and last known electronic mail address.

-3-

Date:  July 28, 2023

**ROPES & GRAY LLP**

*/s/ Amy Jane Longo*
Amy Jane Longo (CSB #198304)

| | |
|---|---|
| Amy Jane Longo (CSB #198304) | Peter L. Welsh (admitted *pro hac vice*) |
| Anne Johnson Palmer (CSB #302235) | C. Thomas Brown (admitted *pro hac vice*) |
| Ryan H. Weinstein (CSB #240405) | ROPES & GRAY LLP |
| ROPES & GRAY LLP | Prudential Tower |
| Three Embarcadero Center | 800 Boylston Street |
| San Francisco, CA 94111-4006 | Boston, MA 02199-3600 |
| Tel: (415) 315-6300 | Tel: (617) 951-7000 |
| Fax: (415) 315-6350 | Fax: (617) 951-7050 |
| Amy.Longo@ropesgray.com | Peter.Welsh@ropesgray.com |
| Anne.JohnsonPalmer@ropesgray.com | Thomas.Brown@ropesgray.com |
| Ryan.Weinstein@ropesgray.com | |

Charles D. Zagnoli (admitted *pro hac vice*)
ROPES & GRAY LLP
191 N. Wacker Dr., 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Charles.Zagnoli@ropesgray.com

*Attorneys for Defendant*
*Forescout Technologies, Inc.*

-4-

Date:  July 28, 2023

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

 /s/ Diane M. Walters
Diane M. Walters

Ignacio E. Salceda
Diane M. Walters
Rebecca L. Epstein
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 493-6811
isalceda@wsgr.com
dwalters@wsgr.com
bepstein@wsgr.com

*Attorneys for Defendants*
*Michael DeCesare; Christopher Harms*

-5-

DEFENDANTS' FIRST SET OF INTERROGATORIES
CASE NO. 3:20-CV-00076-SI

**CERTIFICATE OF SERVICE**

I am employed in the City of San Francisco, in the state of California.  I am over the age of 18 years and not a party to this action.  My business address is Ropes & Gray LLP, Three Embarcadero Center, San Francisco, CA 94111.

On July 28, 2023, I served the following document(s):

**FIRST SET OF INTERROGATORIES TO Plaintiffs**

☒       **BY E-MAIL:**  I caused the document(s) to be served electronically on the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Jeffrey S. Abraham (*admitted pro hac vice*)<br>ABRAHAM, FRUCHTER & TWERSKY<br>450 Seventh Avenue, 38th Floor<br>New York,  NY 10123<br>Telephone: (212) 279-5050<br>*JAbraham@aftlaw.com*<br><br>Attorneys for Co-Lead Plaintiffs | Omar Jafri (*admitted pro hac vice*)<br>POMERANTZ. LLP<br>Ten South La Salle Street, Suite 3505<br>Chicago. IL  60603<br>Telephone: (312) 377-1181<br>*ojafri@pomlaw.com*<br><br>Attorneys for Co-Lead Plaintiffs |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2023, at San Francisco, California.

_____
Matthew Haut

-6-

DEFENDANTS' FIRST SET OF INTERROGATORIES
CASE NO. 3:20-CV-00076-SI