**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** May 2, 2025 | **Time:** 12:50 – 12:54<br>4 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:** Omar Jafri, Brian O'Connell, Jeffrey Abraham, Michael Klein
**Attorney for Defendant:** C. Thomas Brown, Mark Gaioni (Forescout); Ignacio Salceda, Diane Walters (Ind. Defs.)

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

The Court notified the parties that trial start time will be 9 a.m. on 11/10/2025. The outstanding discovery disputes will be resolved shortly. The Court confirmed that second mediation date is set. No further hearings will be scheduled as there is a dispositive motion hearing date set.

CASE CONTINUED:   at 3:00 p.m. for
Joint Status Report due 7 days prior to the CMC. Courtesy copy due following Monday after filing.
Zoom registration due by email to sicrd@cand.uscourts.gov 9 days prior to Status Conference date by 12 p.m.