1

**ABRAHAM, FRUCHTER**
  **& TWERSKY, LLP**

2

Patrice L. Bishop (SBN 182256)
9440 Santa Monica Blvd., Suite 301

3

Beverly Hills, CA 90210

4

Telephone: (310) 279-5125
Email: pbishop@aftlaw.com

5

6

*Co-Lead Counsel for Lead Plaintiffs*
*and the Proposed Class*

7

*[Additional Counsel on Signature Page]*

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

CHRISTOPHER L. SAYCE, Individually and
on Behalf of All Others Similarly Situated,

CASE NO.: 20-CV-00076-SI

14

CLASS ACTION

15

Plaintiff,

**STIPULATION AND [PROPOSED]**
**ORDER REGARDING**
**SETTLEMENT**

16

v.

17

FORESCOUT TECHNOLOGIES, INC., *et.*
*al.*

18

Defendants.

Courtroom:   1 – 17th Floor
Judge:       Hon. Susan Illston
Trial Date:   None set

19

20

21

22

23

24

25

26

27

28

1    Co-Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer

2    Enhanced Offshore Fund, Ltd., Glazer Offshore Fund, Ltd. and Highmark Limited, in respect of

3    its Segregated Account Highmark Multi-Strategy 2 (the "Glazer Funds"), and Meitav Mutual

4    Funds Ltd. ("Meitav" and with the Glazer Funds, "Plaintiffs") and Defendants Forescout

5    Technologies Inc., Michael DeCesare, and Christopher Harms (collectively the "Defendants" and

6    with Plaintiffs the "Parties"), by and through their undersigned counsel, respectfully inform the

7    Court of the Parties' agreement in principle to fully settle all pending claims in the above-captioned

8    action (the "Action"), and submit the following stipulated request to stay all further deadlines in

9    the Action while the Parties negotiate the terms of a formal stipulation of settlement:

10    WHEREAS, pursuant to the Court's December 23, 2024 Order, the deadline for the Parties

11    to complete ADR proceedings in the Action was June 13, 2025 (Dkt. No. 255);

12    WHEREAS, the Parties participated in a second mediation session before Robert Meyer,

13    Esq. of JAMS, in Los Angeles, California, on May 9, 2025, after which, following additional

14    negotiations, the Parties reached an agreement in principle to fully settle all pending claims in this

15    Action;

16    WHEREAS, the Parties require additional time to negotiate the terms of a formal

17    stipulation of settlement and related documentation, and Plaintiffs need additional time to move

18    for preliminary approval of the Class settlement;

19    WHEREAS, the Parties wish for their litigation positions to remain undisturbed while they

20    negotiate and finalize their settlement agreement, and to preserve the Court's and the Parties'

21    resources; and

22    WHEREAS, good cause exists;

23    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between

24    the undersigned Parties, subject to the Court's approval, that:

25    1.    All further proceedings and deadlines in this Action are stayed, other than those to

26    effectuate the settlement, pending preliminary and final approval of the settlement;

27    2.    The Parties will use their best efforts to draft, finalize and execute a stipulation of

28    settlement within twenty-one (21) calendar days.

Stipulation and [Proposed] Order re: Settlement                    Case No.: 20-CV-00076-SI

1      3.    Plaintiffs will use their best efforts to file a motion for preliminary approval of the

2    Settlement within seven (7) calendar days of the execution of a stipulation of settlement.

3

4    Dated: June 18, 2025

5    **ABRAHAM, FRUCHTER**
        **& TWERSKY, LLP**

6       _/s/ Jeffrey S. Abraham_
7    Jeffrey S. Abraham (admitted *pro hac vice*)
     450 Seventh Avenue, 38th Floor
8    New York, NY 10123
     Telephone: (212) 279-5050
9    JAbraham@aftlaw.com

10        -and-

11   **POMERANTZ LLP**

12      _/s/ Omar Jafri_
     Omar Jafri (admitted *pro hac vice*)
13   Ten South La Salle Street, Suite 3505
     Chicago, Illinois 60603
14   Telephone: (312) 377-1181
     ojafri@pomlaw.com
15
     **Attorneys for Lead Plaintiffs and the Class**
16

**ROPES & GRAY LLP**

   _/s/ Amy Jane Longo_
Amy Jane Longo
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Amy.Longo@ropesgray.com

**Attorneys for Defendant Forescout**
**Technologies, Inc.**

**WILSON SONSINI GOODRICH &**
**ROSATI, Professional Corporation**

   _/s/ Diane Walters_
Ignacio E. Salceda
Diane Walters
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
isalceda@wsgr.com
dwalters@wsgr.com

17                                                        **Attorneys for Defendants Michael DeCesare**
                                                         **and Christopher Harms**

18

19

20

21

22

23

24

25

26

27

28

1

## **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:_____          _____

5                                          THE HONORABLE SUSAN ILLSTON
                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2        I, Patrice L. Bishop, am the ECF User whose identification and password are being used to

3   file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories

4   have concurred in this filing.

5

6   Dated: June 18, 2025                                    */s/ Patrice L. Bishop*
                                                            Patrice L. Bishop

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28