**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** August 8, 2025 | **Time:** 11:58 – 12:06 8 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:** Omar Jafri, Brian P. O'Connell, Jeffrey Abraham, Michael Klein, Patrice Bishop
**Attorney for Defendant:** : Amy Jane Longo, Diane Walters, Ignacio Salceda (Ind. Def.)

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Zoom Recording

**PROCEEDINGS**

Further Case Management Conference – held via Zoom webinar.

**SUMMARY**

The Court indicated that it will be approving the preliminary motion for settlement but indicated that it found the service award questionable.  The parties are to provide the Court with a new Proposed Order granting the Motion as of today's date, setting the Final Settlement Approval Hearing date for 12/5/2025 and filling-in any additional dates as needed.