UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, District Judge

SAYCE,                          )
                                )
          Plaintiff,            )
                                )
vs.                             )   No. C 20-00076-SI
                                )
FORESCOUT TECHNOLOGIES,         )
INC., et al.,                   )
                                )
          Defendants.           )
_____)

                                San Francisco, California
                                Friday, August 8, 2025

TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
          RECORDING 11:58 - 12:06 = 8 MINUTES

APPEARANCES:

For Plaintiff:
                                Pomerantz LLP
                                10 South LaSalle
                                Suite 3505
                                Chicago Illinois 60603
                           BY:  OMAR JAFRI, ESQ.
                                BRIAN O'CONNELL, ESQ.

                                Abraham, Fruchter and Twersky
                                  LLP
                                One Penn Plaza
                                Suite 2805
                                New York, New York 10119
                           BY:  JEFFREY S. ABRAHAM, ESQ.
                                MICHAEL J. KLEIN, ESQ.


          (APPEARANCES CONTINUED ON NEXT PAGE)

2

For Plaintiff:

Abraham, Fruchter &
  Twersky, LLP
9440 Santa Monica Boulevard
Suite 301
Beverly Hills, California
  90210
BY:  PATRICE L. BISHOP, ESQ.

For Defendants:

Ropes and Gray LLP
Three Embarcadero Center
San Francisco, California
  94111
BY:  AMY J. LONGO, ESQ.

Ropes and Gray LLP
10250 Constellation Boulevard
Los Angeles, California 90067
BY:  MARK S. GAIONI, ESQ.

Wilson Sonsini Goodrich &
  Rosati
650 Page Mill Road
Palo Alto, California 94304
BY:  IGNACIO E. SALCEDA, ESQ.
     DIANE M. WALTERS, ESQ.

Transcribed by:

Echo Reporting, Inc.
Contracted Court Reporter/
Transcriber
echoreporting@yahoo.com

*Echo Reporting, Inc.*

3

Friday, August 8, 2025                                    11:58 a.m.

P-R-O-C-E-E-D-I-N-G-S

--oOo--

THE CLERK:  Now calling civil matter 20-CV-76, Sayce versus Forescout Technologies, Incorporated, et al.

Counsel, please state your appearances for the record starting with Mr. Jafri.

MR. JAFRI (via Zoom):  Good morning, your Honor. Omar Jafri for the Plaintiffs.

THE COURT:  Good -- good morning.

MR. JAFRI:  Oh, good morning.  Sorry.

MR. ABRAHAM (via Zoom):  Good almost afternoon, your Honor.  Jeffrey Abraham for Plaintiffs, as well.

THE COURT:  Morning.

MR. KLEIN (via Zoom):  Michael Klein for Plaintiffs.

THE COURT:  Morning.

MR. O'CONNELL (via Zoom):  Brian O'Connell for Plaintiffs.

MS. BISHOP (via Zoom):  Good morning, your Honor. Patrice Bishop for Plaintiffs.

THE COURT:  Good morning.

MS. LONGO (via Zoom):  Good morning, your Honor. Amy Longo on behalf of Defendant Forescout Technologies.

THE COURT:  Good morning.

4

MR. GAIONI (via Zoom):  Good morning, your Honor. Mark Gaioni, also on behalf of Defendant Forescout Technologies.

THE COURT:  Good morning.

MS. WALTERS (via Zoom):  Good morning, your Honor. Diane Walters on behalf of the individual defendants.

THE COURT:  Good morning.

Is that everybody?

MR. SALCEDA (via Zoom):  And, good morning. Ignacio Salceda on beahlf of the individual defendants, as well.

THE COURT:  Good morning.

Well, this is only a status conference, but you have filed your motion for preliminary approval and there's been no opposition as I understand it, so I thought we could go ahead and talk about that today.

I've reviewed your materials and as a preliminary matter, I find that it's appropriate that we can go forward with notice to the class on the proposed settlement.  I just have a couple of comments for you.

You are proposing a $50,000 per head lead plaintiff service award.  I am skeptical that that's appropriate.  So I just -- I want you to realize that so that if that's what you're pursuing, you're going to have to put something in your papers that explains why and what the -- what the

5

justification is for that, because that strikes me as excessive.  But I recognize that you haven't put in any proof yet, so if you've got some kind of proof to justify that, I would -- I would read it.

I -- I also have been trying to understand the time line you're suggesting.  And I think -- so whatever the settlement hearing date is, 35 days before that you file your motion and the class members have to file an objection within seven days.  Is that right?

MR. JAFRI:  Yes, your Honor.

MR. ABRAHAM:  That's -- yes.

THE COURT:  And I'm concerned that that's just not enough time, because the first time they will have an opportunity to evaluate your fee request and the rest of it, will be after -- won't be until you file the settlement papers.  So, I think that should be 14 days prior to settlement hearing.  And we can work out -- maybe today we can even work out these dates, but if it were 14 days prior, that would give the class members two weeks, which I think would be a fairer approach.  And then you'll still have a week to deal --

MR. ABRAHAM:  Your Honor, that would give them 21 days if it was 14 days, I believe, because we'll be filing the papers 35 calendar days prior to the settlement hearing.

THE COURT:  Right.

6

MR. ABRAHAM:  If your Honor wishes to give any objector 14 days, I think you end up 14 days from 35, which equals 21.

THE COURT:  Okay, 21.  That's right.  They have to be multiples of seven, don't they?  Okay.  And so then you'd have two weeks still to deal with it.

So, those are my only comments and what I'd like to do -- and whoever that was who did the math for me, maybe you can do the dates for me.  If I approve it today, the preliminary approval, what will the rest of days -- dates be?

MR. ABRAHAM:  Your Honor, this is Mr. Abraham.  I did the math, but I think I might leave that to somebody else on my team to say the --

MR. JAFRI:  Your Honor, I'm happy to do it, because I expected that you might have this question.

THE COURT:  All right.

MR. JAFRI:  So, if you do -- this is Omar speaking.  If you do, your Honor, 14 days, like next -- for instance, if you had signed the order today and we --

THE COURT:  Yes.

MR. JAFRI:  -- sent out the notice in 14 days, and then you added 95 --

THE COURT:  Tell me -- tell me what the date is 14 days from today.

7

MR. ABRAHAM:  August 22.

THE COURT:  Okay.

MR. JAFRI:  August 22nd.

THE COURT:  All right.

MR. JAFRI:  So, your Honor, if you did that and then you added another 95, you would get to November 26th, and then that would mean that the next possible hearing could be the 28th of November.  But, as you know, that's black Friday and it's also a day that you have said you're not available, obviously, because of Thanksgiving.  So the next hearing that we could have would be December 5th, which would be a Friday.

THE COURT:  Okay.  So the settlement hearing date would be December 5th?

MR. JAFRI:  Yes, your Honor.

THE COURT:  And the date for objections would be?

MR. JAFRI:  So that would be, I believe 21 days before that.

THE COURT:  Seven days --

MR. JAFRI:  And that would --

THE COURT:  Seven days before that.

MR. ABRAHAM:  That's -- seven days before that is the reply to any objections, your Honor.

MR. JAFRI:  Right.  He's right about that.

MS. LONGO:  Your Honor, may I inquire -- this

8

is –

MR. ABRAHAM:  But, your Honor, all things being equal, I would rather not have our reply papers due on black -- on Thanksgiving weekend.  So maybe --

THE COURT:  Well, I'll tell you what --

MR. ABRAHAM:  -- if we could move –

THE COURT:  If -- let's -- if it's agreeable to everyone, let's set the hearing for December 5th.  That will get it done this year.

MS. LONGO:  Pardon, your Honor?

THE COURT:  Yes?

MS. LONGO:  This is Amy Longo, Counsel for Forescout.  I don't know if you're contemplating an in person or a Zoom hearing.  If it were in person, I know that my partner Tom and I are scheduled to be in New York on December 5th on another matter.  But if it were remote, I believe we could attend remotely.

THE COURT:  Well, you can either -- you can attend remotely.

MS. LONGO:  Okay.

THE COURT:  I will either have a remote hearing altogether, or we'll have it in the courtroom plus some remote.  We're getting -- we're not getting in dept, but we are getting able to do that.  So --

MS. LONGO:  Thank you.

THE COURT:  That's all right.  So let's just set that for the 5th and I will request that we adjourn here and you guys, by the end of the day, give me the order that you had -- that you would like me to sign with the dates filled in, and then I'll do that, okay?

MR. ABRAHAM:  Thank you, your Honor.

MR. JAFRI:  Yes, your Honor.

THE COURT:  All right.  And I don't care who does it, but it needs to be filled in and then submitted to me, and then if you do that then I'll issue it today.

MR. ABRAHAM:  Thank you very much.

THE COURT:  Okay.  Thank you, all.

MS. BISHOP:  Thank you, your Honor.

MR. JAFRI:  Thank you, your Honor.

(Proceedings adjourned at 12:06 p.m.)

10

# CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

Echo Reporting, Inc., Transcriber

Wednesday, August 13, 2025

*Echo Reporting, Inc.*