UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 20-CV-00076-SI |
| Plaintiff, | CLASS ACTION |
| v. | |
| FORESCOUT TECHNOLOGIES, INC., *et. al.* | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' FEE AND EXPENSE APPLICATION**

On the 5th day of December, 2025, the Court having held a Settlement Hearing to consider whether to approve the Parties' July 18, 2025, Stipulation of Settlement (Dkt. No. 272-1, the "Stipulation") and a request by Class Counsel for (1) an award of attorneys' fees; plus (2) reimbursement of actual costs and expenses; and (3) Awards to Plaintiffs, and having considered all matters submitted to it at the hearing and otherwise,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth therein.

[PROPOSED] ORDER GRANTING FEE AND EXPENSE APPLICATION                    Case No.: 20-CV-00076-SI
-1-

2.      The Court awards fees to Class Counsel of _____% of the Settlement Amount, or $_____, plus any interest accrued thereon, all to be paid from the Settlement Fund.

3.      The Court awards reimbursement of expenses to Class Counsel in the amount of $_____ plus any interest accrued thereon, all to be paid from the Settlement Fund.

4.      The Court also awards Lead Plaintiffs a compensatory award to be paid from the Settlement Fund in the amounts of:

a.   $_____ for the Glazer Funds and

b.   $_____ for Meitav.

**IT IS SO ORDERED.**

DATED:_____      _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING FEE AND EXPENSE APPLICATION          Case No.: 20-CV-00076-SI

-2-

Respectfully Submitted by:

Omar Jafri (admitted *pro hac vice*)
Brian O'Connell (SBN 314318)
Genc Arifi (admitted *pro hac vice*)
Diego Martinez-Krippner (admitted *pro hac vice*)
Jianan Jiang (admitted *pro hac vice*)
POMERANTZ LLP
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
ojafri@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com
dmartinezk@pomlaw.com
ajiang@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael Jason Klein (admitted *pro hac vice*)
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
jabraham@aftlaw.com
mklein@aftlaw.com

Patrice L. Bishop (SBN 182256)
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
(310) 279-5125
pbishop@aftlaw.com

*Class Counsel*