**ROPES & GRAY LLP**
Amy Jane Longo (CSB #198304)
10250 Constellation Boulevard
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Amy.Longo@ropesgray.com

*Attorney for Defendant*
*Forescout Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:20-CV-00076-SI |
| | <u>CLASS ACTION</u> |
| Plaintiff, | **DECLARATION OF AMY JANE LONGO REGARDING COMPLETION OF CLASS ACTION FAIRNESS ACT NOTICE** |
| vs. | |
| FORESCOUT TECHNOLOGIES, INC., MICHAEL DECESARE, and CHRISTOPHER HARMS, | |
| Defendants. | |

DECLARATION OF AMY JANE LONGO REGARDING COMPLETION OF CAFA NOTICE
Case No. 3:20-cv-00076-SI

I, Amy Jane Longo, hereby declare and state as follows:

1.      I am a partner at the law firm of Ropes & Gray LLP, counsel of record for Defendant Forescout Technologies, Inc. ("Forescout") in this action.  I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.      On behalf of Defendants Forescout, Michael DeCesare, and Christopher Harms, Ropes & Gray LLP handled the CAFA notice mailing.  In preparing the CAFA notice mailing, I consulted with Stephanie Fiereck, Esq., Senior Director of Legal Notice for Epiq Class Action & Claims Solutions, Inc. and Epiq Legal Noticing ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans and handling Class Action Fairness Act ("CAFA") notice mailings.  Stephanie Fiereck has overseen and handled CAFA notice mailings for more than 400 class action settlements.

## CAFA NOTICE IMPLEMENTATION

3.      Federal and state officials (the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories,) were identified to receive CAFA notice.  Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  This information was used to send the CAFA notice mailing.

4.      On  August 1, 2025, Ropes & Gray LLP sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via United States Postal Service ("USPS") Priority Mail to 53 officials (the Attorneys General of 47 states, the District of Columbia, and the United States Territories.  Per the direction of the Offices of the Nevada, New York and Connecticut Attorneys General, the Notice was sent to the Nevada, New York, and Connecticut Attorneys General electronically via email. The Notice was also sent via FedEx to the Attorney General of the United States.  The CAFA Notice Service List (USPS Priority Mail, Email, and FedEx) is included as **Attachment 1**.

DECLARATION OF AMY JANE LONGO REGARDING COMPLETION OF CAFA NOTICE
Case No. 3:20-cv-00076-SI

5.      The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

6.      The cover letter was accompanied by a CD, which included the following:

a.  **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**  The following complaints and amended complaints were included without accompanying exhibits.    The  exhibits  are  available  on  the  public  docket  accessible  at  https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?216598959480947-L_1_0-1.  Related Orders are also included.

     i)   Sayce Class Action Complaint for Violations of the Federal Securities Laws (filed January 2, 2020) (ECF No. 1);

     ii)  Meitav Amended Class Action Complaint for Violations of the Federal Securities Laws (filed May 22, 2020) (ECF No. 31);

     iii) Arbitrage Fund Class Action Complaint for Violations of the Federal Securities Laws  (filed  June  10,  2020)  (*The  Arbitrage  Fund,  et  al.  v.  Forescout Technologies, Inc., et al.,* Case No. 3:20-cv-03819-SI (N.D. Cal.) (ECF 1));

     iv)  Order to Consolidate Cases and Republish PSLRA Notice, dated July 22, 2020 (ECF No. 55);

     v)   Order Appointing Co-Lead Plaintiffs Glazer Funds and Meitav; Approving Selection of Co-Lead Counsel (ECF No. 115);

     vi)  First Amended Class Action Complaint for Violations of the Federal Securities Laws (filed December 18, 2020) (ECF No. 116); and

     vii) Second Amended Class Action Complaint for Violations of the Federal Securities Laws (filed May 10, 2021) (ECF No. 142).

b.  **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** On September 20, 2024, the Court issued its Order Granting Plaintiffs' Unopposed Motion for an Order Establishing a Program and Schedule for Notice to the Class.  ECF No. 242.  The

DECLARATION OF AMY JANE LONGO REGARDING COMPLETION OF CAFA NOTICE
Case No. 3:20-cv-00076-SI

Court certified a Class consisting of all Persons or entities who purchased or otherwise acquired Forescout common stock between May 10, 2019, and May 15, 2020, both dates inclusive (the "Class"). Excluded from the Class are Defendants, current or former officers and directors of Forescout, any entity in which the Defendants have or had a controlling interest; and affiliates, family members, legal representatives, heirs, successors or assigns of any of the above. Class members had a full and fair opportunity to opt-out of the Class. On January 13, 2025, Plaintiffs filed proof of compliance with that order. Dkt. No. 256. No Class member opted out of the Class. *See* ECF No. 256-1, ¶14. As a result, a second opportunity to request exclusion was not provided for the Settlement here. However, as provided in the notices of settlement described in this paragraph and filed as exhibits to the Stipulation of Settlement described in paragraph c below, Class Members had an opportunity to object to any element of the Settlement and any application for attorneys' fees or expenses.

i)   Class Counsel's Notice Regarding Class Notice Dissemination, Publication, and Requests for Exclusion Received (ECF No. 256);

ii)  Declaration of Rochelle J. Teichmiller Regarding Class Notice Dissemination, Publication, and Requests for Exclusion Received; Exhibit A to the Teichmiller Declaration: Notice of Pendency of Class Action; Exhibit B to the Teichmiller Declaration: Pomerantz LLP and Abraham, Fruchter & Twersky, LLP Announce a Notice of Pendency of Class Action in Sayce v. Forescout Technologies, Inc., et al; Exhibit C to the Teichmiller Declaration: Exclusion Summary (ECF No. 256-1);

iii) Notice of Proposed Class Action Settlement (ECF No. 272-3, Ex. A-1 to the Stipulation of Settlement);

iv)  Proof of Claim and Release Form (ECF No. 272-4, Ex. A-2 to the Stipulation of Settlement);

4

v) Summary Notice of Proposed Class Action Settlement (ECF No. 272-5, Ex. A-3 to the Stipulation of Settlement); and

vi) Postcard Notice (ECF No. 272-6, Ex. A-4 to the Stipulation of Settlement).

c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

i) Unopposed Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities (ECF No. 272);

ii) Stipulation of Settlement (ECF No. 272-1) (the "Stipulation");

iii) Exhibit A to the Stipulation of Settlement: [Proposed] Preliminary Approval Order (ECF No. 272-2);

(1) Exhibit A-1 to the Stipulation of Settlement: Notice of Proposed Class Action Settlement (ECF No. 272-3) (as referenced in paragraph b above);

(2) Exhibit A-2 to the Stipulation of Settlement: Proof of Claim and Release Form (ECF No. 272-4) (as referenced in paragraph b above);

(3) Exhibit A-3 to the Stipulation of Settlement: Summary Notice of Proposed Class Action Settlement (ECF No. 272-5) (as referenced in paragraph b above);

(4) Exhibit A-4 to the Stipulation of Settlement: Postcard Notice (ECF No. 272-6) (as referenced in paragraph b above);

iv) Exhibit B to the Stipulation of Settlement: [Proposed] Final Approval Order and Judgment (ECF No. 272-7);

v) Declaration of Patrice L. Bishop in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF 272-8);

(1) Exhibit 1 to the Bishop Declaration: NERA, Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review (ECF 272-9); and

(2) Exhibit 2 to the Bishop Declaration: Comparable Securities Class Action Settlements (ECF 272-10).

5

    d. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** At this time, it is not feasible to provide the names of individual class members who reside in each state, the estimated number of class members residing in each state, or the estimated proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. §1715(b)(7)(A) and (B).

    I declare under penalty of perjury under the laws of the United States that to the best of my knowledge, the foregoing is true and correct.

    Executed this 26ʰ day of November, 2025.

/s/ Amy Jane Longo
Amy Jane Longo

*Attorney for Defendant*
*Forescout Technologies, Inc.*

6

DECLARATION OF AMY JANE LONGO REGARDING COMPLETION OF CAFA NOTICE
Case No. 3:20-cv-00076-SI

**CERTIFICATE OF SERVICE**

I am employed in the City of Boston, in the state of Massachusetts.  I am over the age of 18 years and not a party to this action.  My business address is Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199.

On November 26, 2025, I served the following document(s):

**DECLARATION OF AMY JANE LONGO REGARDING COMPLETION OF CLASS ACTION FAIRNESS ACT NOTICE**

☒      **BY E-MAIL:**  I caused the document(s) to be served electronically on the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Jeffrey S. Abraham (*admitted pro hac vice*)<br>ABRAHAM, FRUCHTER & TWERSKY<br>450 Seventh Avenue, 38th Floor<br>New York, NY 10123<br>Telephone: (212) 279-5050<br>*JAbraham@aftlaw.com*<br><br>Attorneys for Co-Lead Plaintiffs | Omar Jafri (*admitted pro hac vice*)<br>POMERANTZ LLP<br>Ten South La Salle Street, Suite 3505<br>Chicago, IL 60603<br>Telephone: (312) 377-1181<br>*ojafri@pomlaw.com*<br><br>Attorneys for Co-Lead Plaintiffs |

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed on November 26, 2025, at Boston, Massachusetts.

*/s/ Alyssa Fixsen*
Alyssa Fixsen

DECLARATION OF AMY JANE LONGO REGARDING COMPLETION OF CAFA NOTICE
Case No. 3:20-cv-00076-SI