# ATTACHMENT 1

CFA Notice Service List

| Treg Taylor, Office of the Attorney General | 1031 W 4th Ave, Suite 200, Anchorage | AK | 99501 | USPS |
|---|---|---|---|---|
| Steve Marshall, Office of the Attorney General | 501 Washington Ave, PO Box 300152, Montgomery | AL | 36130 | USPS |
| Tim Griffin, Office of the Attorney General | 323 Center St, Suite 200, Little Rock | AR | 72201 | USPS |
| Kris Mayes, Office of the Attorney General | 2005 N Central Ave, Phoenix | AZ | 85004 | USPS |
| CAFA Coordinator, Office of the Attorney General | Consumer Protection Section, 455 Golden Gate Ave Suite 11000, San Francisco | CA | 94102 | USPS |
| Phil Weiser, Office of the Attorney General | Ralph L Carr Colorado Judicial Center, 1300 Broadway Fl 10, Denver | CO | 80203 | USPS |
| Brian Schwalb, Office of the Attorney General | 400 6th St NW, Washington | DC | 20001 | USPS |
| Kathy Jennings, Office of the Attorney General | Carvel State Bldg, 820 N French St, Wilmington | DE | 19801 | USPS |
| James Uthmeier, Office of the Attorney General | State of Florida, The Capitol PL-01, Tallahassee | FL | 32399 | USPS |
| Chris Carr, Office of the Attorney General | 40 Capitol Square SW, Atlanta | GA | 30334 | USPS |
| Anne E Lopez, Department of the Attorney General | 425 Queen St, Honolulu | HI | 96813 | USPS |
| Brenna Bird, Iowa Attorney General | Hoover State Office Building, 1305 E Walnut St, Des Moines | IA | 50319 | USPS |
| Raul Labrador, Office of the Attorney General | 700 W Jefferson St Ste 210, PO Box 83720, Boise | ID | 83720 | USPS |
| Kwame Raoul, Office of the Attorney General | 500 South Second Street, Springfield | IL | 62701 | USPS |
| Todd Rokita, Office of the Indiana Attorney General | Indiana Government Center South, 302 W Washington St Fl 5, Indianapolis | IN | 46204 | USPS |
| Kris Kobach, Office of the Attorney General | 120 SW 10th Ave 2nd Fl, Topeka | KS | 66612 | USPS |
| Russell Coleman, Office of the Attorney General | 1024 Capital Center Drive Ste 300, Frankfort | KY | 40601 | USPS |
| Liz Murrill, Office of the Attorney General | 1885 North Third St, Baton Rouge | LA | 70802 | USPS |
| Andrea Campbell, Office of the Attorney General | 1 Ashburton Pl 20th Fl, Boston | MA | 02108 | USPS |
| Anthony G Brown, Office of the Attorney General | 200 St Paul Pl, Baltimore | MD | 21202 | USPS |
| Aaron Frey, Office of the Attorney General | 6 State House Station, Augusta | ME | 04333 | USPS |
| Dana Nessel, Department of Attorney General | PO Box 30212, 525 W. Ottawa St., Lansing | MI | 48909 | USPS |

| Keith Ellison, Office of the Attorney General | State Capital, Ste 102, 75 Dr. Martin Luther King, Jr. Blvd., St Paul | MN | 55155 | USPS |
|---|---|---|---|---|
| Andrew Bailey, Missouri Attorney General's Office | 207 West High Street, PO Box 899, Jefferson City | MO | 65102 | USPS |
| Lynn Fitch, Mississippi Attorney General | PO Box 220, Jackson | MS | 39205 | USPS |
| Austin Knudsen, Office of the Attorney General | 215 N Sanders 3rd Fl, PO Box 201401, Helena | MT | 59620 | USPS |
| Jeff Jackson, Attorney General's Office | Dept. of Justice, PO Box 629, Raleigh | NC | 27602 | USPS |
| Drew H Wrigley, Office of the Attorney General | 600 E Boulevard Ave Dept 125, Bismarck | ND | 58505 | USPS |
| Mike Hilgers, Nebraska Attorney General | 2115 State Capitol, PO Box 98920, Lincoln | NE | 68509 | USPS |
| John Formella, Office of the Attorney General | NH Department of Justice, 1 Granite Place South, Concord | NH | 03301 | USPS |
| Matthew J Platkin, Office of the Attorney General | 25 Market Street, PO Box 080, Trenton | NJ | 08625 | USPS |
| Raul Torrez, Office of the Attorney General | 408 Galisteo St, Villagra Bldg, Santa Fe | NM | 87501 | USPS |
| Dave Yost, Office of the Attorney General | 30 E Broad St Fl 14, Columbus | OH | 43266 | USPS |
| Gentner Drummond, Office of the Attorney General | 313 NE 21st St, Oklahoma City | OK | 73105 | USPS |
| Dan Rayfield, Office of the Attorney General | Oregon Department of Justice, 1162 Court St NE, Salem | OR | 97301 | USPS |
| Dave Sunday, Office of the Attorney General | 16th Fl Strawberry Square, Harrisburg | PA | 17120 | USPS |
| Peter F Neronha, Office of the Attorney General | 150 S Main St, Providence | RI | 02903 | USPS |
| Alan Wilson, Office of the Attorney General | PO Box 11549, Columbia | SC | 29211 | USPS |
| Marty Jackley, Office of the Attorney General | 1302 E Hwy 14 Ste 1, Pierre | SD | 57501 | USPS |
| Jonathan Skrmetti, Office of the Attorney General | PO Box 20207, Nashville | TN | 37202 | USPS |
| Ken Paxton, Office of the Attorney General | PO Box 12548, Austin | TX | 78711 | USPS |
| Derek Brown, Office of the Attorney General | Utah State Capitol Complex, 350 North State Street Ste 230, Salt Lake City | UT | 84114 | USPS |
| Jason S Miyares, Office of the Attorney General | 202 N 9th St, Richmond | VA | 23219 | USPS |
| Charity R Clark, Office of the Attorney General | 109 State St, Montpelier | VT | 5609 | USPS |

| Nick Brown, Office of the Attorney General | 1125 Washington St. SE, PO Box 40100, Olympia | WA | 98504 | USPS |
|---|---|---|---|---|
| Josh Kaul, Office of the Attorney General | State Capitol, Room 114 East, PO Box 7857, Madison | WI | 53707 | USPS |
| John B McCuskey, Office of the Attorney General | State Capitol Complex Bldg 1 Room E 26, 1900 Kanawha Blvd E, Charleston | WV | 25305 | USPS |
| Keith Kautz, Office of the Attorney General | 109 State Capitol, 200 W. 24th St, Cheyenne | WY | 82002 | USPS |
| Gwen Tauiliili-Langkilde, Department of Legal Affairs | GHC Reid Building, Pago Plaza, 2d flr, Room 220, Territory of American Samoa, Pago Pago | AS | 96799 | USPS |
| Douglas Moylan, Attorney General Office of Guam | ITC Bldg., 590 S Marine Corps Dr Ste 706, Tamuning | GU | 96913 | USPS |
| Edward Manibusan, Office of the Attorney General | PO Box 10007, Saipan | MP | 96950 | USPS |
| Lourdes Lynnette Gómez Torres, PR Department of Justice | PO Box 9020192, San Juan | PR | 00902 | USPS |
| Gordon C. Rhea, Department of Justice | 3438 Kronprindsens Gade Fl 2, GERS BLDG, St Thomas | VI | 00802 | USPS |
| Pamela Bondi, U.S. Dept. of Justice | 950 Pennsylania Ave NW, Washington | DC | 20530 | FedEx |
| Office of the Attorney General | ag.cafa@ct.gov | CT | | Email |
| Office of the Attorney General | NVAGCAFAnotices@ag.nv.gov | NV | | Email |
| Office of the Attorney General | CAFA.notices@ag.ny.gov | NY | | Email |