# ATTACHMENT 2



ROPES & GRAY LLP
10250 CONSTELLATION BOULEVARD, 21st FLOOR
LOS ANGELES, CA 90067-6257
WWW.ROPESGRAY.COM

August 1, 2025

Amy Jane Longo
T +1 310 975 3269
amy.longo@ropesgray.com

**BY PRIORITY MAIL, FEDEX, AND EMAIL**

**Re:**     **Notice of Proposed Class Action Settlement in**
       ***Sayce v. Forescout Technologies, Inc., et al.*, No. 20-cv-00076-SI (N.D. Cal.)**

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Forescout Technologies, Inc. ("Forescout"), Michael DeCesare, and Christopher Harms relating to the proposed settlement of a class action lawsuit (the "Settlement").

- **Case:** *Sayce v. Forescout Technologies, Inc., et al.*, Case No. 20-cv-00076-SI (N.D. Cal.).

- **Court:** United States District Court for the Northern District of California.

- **Defendants:** Forescout Technologies, Inc., Michael DeCesare, and Christopher Harms.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:** The following complaints and amended complaints have been included without accompanying exhibits. The exhibits are available on the public docket accessible at https://ecf.cand.uscourts.gov/cgi-bin/login.pl. Related Orders are also included.

   - Sayce Class Action Complaint for Violations of the Federal Securities Laws (filed January 2, 2020) (ECF No. 1);

   - Meitav Amended Class Action Complaint for Violations of the Federal Securities Laws (filed May 22, 2020) (ECF No. 31);

   - Arbitrage Fund Class Action Complaint for Violations of the Federal Securities Laws (filed June 10, 2020) (*The Arbitrage Fund, et al. v. Forescout Technologies, Inc., et al., Case No. 3:20-cv-03819-SI (N.D. Cal.) (ECF No. 1));*

ROPES & GRAY LLP

- 2 -                                                                    August 1, 2025

- Order to Consolidate Cases and Republish PSLRA Notice, dated July 22, 2020 (ECF No. 55);

- Order Appointing Co-Lead Plaintiffs Glazer Funds and Meitav; Approving Selection of Co-Lead Counsel (ECF No. 115);

- First Amended Class Action Complaint for Violations of the Federal Securities Laws (filed December 18, 2020) (ECF No. 116); and

- Second Amended Class Action Complaint for Violations of the Federal Securities Laws (filed May 10, 2021) (ECF No. 142).

2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  The Court has scheduled a preliminary approval hearing for August 22, 2025.  The Court has not scheduled a final approval hearing or any other judicial hearing concerning the Settlement at this time.

3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  On September 20, 2024, the Court issued its Order Granting Plaintiffs' Unopposed Motion for an Order Establishing a Program and Schedule for Notice to the Class.  ECF No. 242.  The Court certified a Class consisting of all Persons or entities who purchased or otherwise acquired Forescout common stock between May 10, 2019, and May 15, 2020, both dates inclusive (the "Class"). Excluded from the Class are Defendants, current or former officers and directors of Forescout, any entity in which the Defendants have or had a controlling interest; and affiliates, family members, legal representatives, heirs, successors or assigns of any of the above.  Class members had a full and fair opportunity to opt out of the Class.  On January 13, 2025, Plaintiffs filed proof of compliance with that order.  Dkt. No. 256.  No Class member opted out of the Class. *See* ECF No. 256-1, ¶14.  As a result, a second opportunity to request exclusion will not be provided for the Settlement here.  However, as provided in the notices of settlement described in this paragraph and filed as exhibits to the Stipulation of Settlement described in paragraph 4 below, Class Members have an opportunity to object to any element of the Settlement and any application for attorneys' fees or expenses. The following documents are included:

- Class Counsel's Notice Regarding Class Notice Dissemination, Publication, and Requests for Exclusion Received (ECF No. 256);

- Declaration of Rochelle J. Teichmiller Regarding Class Notice Dissemination, Publication, and Requests for Exclusion Received; Exhibit A to the Teichmiller Declaration: Notice of Pendency of Class Action; Exhibit B to the Teichmiller Declaration: Pomerantz LLP and Abraham, Fruchter & Twersky, LLP Announce a Notice of Pendency of Class Action in Sayce v. Forescout Technologies, Inc., et al; Exhibit C to the Teichmiller Declaration: Exclusion Summary (ECF No. 256-1);

ROPES & GRAY LLP

- 3 -                                                            August 1, 2025

- Notice of Proposed Class Action Settlement (ECF No. 272-3, Ex. A-1 to the Stipulation of Settlement);

- Proof of Claim and Release Form (ECF No. 272-4, Ex. A-2 to the Stipulation of Settlement);

- Summary Notice of Proposed Class Action Settlement (ECF No. 272-5, Ex. A-3 to the Stipulation of Settlement); and

- Postcard Notice (ECF No. 272-6, Ex. A-4 to the Stipulation of Settlement).

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

- Unopposed Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities (ECF No. 272);

- Stipulation of Settlement (ECF No. 272-1);

  o Exhibit A to the Stipulation of Settlement: [Proposed] Preliminary Approval Order (ECF No. 272-2);

    § Exhibit A-1 to the Stipulation of Settlement: Notice of Proposed Class Action Settlement (ECF No. 272-3) (as referenced in Paragraph 3 above);

    § Exhibit A-2 to the Stipulation of Settlement: Proof of Claim and Release Form (ECF No. 272-4) (as referenced in Paragraph 3 above);

    § Exhibit A-3 to the Stipulation of Settlement: Summary Notice of Proposed Class Action Settlement (ECF No. 272-5) (as referenced in Paragraph 3 above);

    § Exhibit A-4 to the Stipulation of Settlement: Postcard Notice (ECF No. 272-6) (as referenced in Paragraph 3 above);

  o Exhibit B to the Stipulation of Settlement: [Proposed] Final Approval Order and Judgment (ECF No. 272-7);

- Declaration of Patrice L. Bishop in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 272-8);

  o Exhibit 1 to the Bishop Declaration: NERA, Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review (ECF No. 272-9); and

ROPES & GRAY LLP

- 4 -                                                                                      August 1, 2025

    o   Exhibit 2 to the Bishop Declaration: Comparable Securities Class Action Settlements (ECF No. 272-10).

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**  Please note that the parties to the Stipulation of Settlement signed a confidential Supplemental Agreement, which is referenced on Page 8 of the Stipulation of Settlement and was not filed with the Court.  *See* 28 U.S.C. § 1715(b)(5).  As is customary in class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to terminate the Stipulation of Settlement if timely requests for exclusion from the Class are submitted by eligible Class Members who meet the conditions set forth in the Supplemental Agreement.  It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out."  David F. Herr, MANUAL FOR COMPLEX LITIGATION § 21.631 (4th ed.).

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**  To date, the Court has not issued a final order, judgment, or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:**  At this time, Defendants state that it is not feasible to provide the names of individual class members who reside in each state, the estimated number of class members residing in each state, or the estimated proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. §1715(b)(7)(A) and (B).

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  To date, the Court has not issued a final order or judgment in the above-referenced action.

This Notice is submitted on behalf of all Defendants and is intended to satisfy any and all notification obligations that Defendants have pursuant to CAFA with respect to the above-captioned matter.  If you have any questions about this Notice, the lawsuit, or the enclosed materials, please contact me by telephone at (310) 975-3269 or amy.longo @ropesgray.com.

Sincerely,

Amy Jane Longo

ROPES & GRAY LLP

- 5 -                                        August 1, 2025

Enclosures

**CAFA Notice Service List USPS Priority Mail**

| Appropriate Official | Full Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | James Uthmeier | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 500 South Second Street | | Springfield | IL | 62701 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Russell Coleman | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Liz Murrill | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | 525 W. Ottawa St. | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Jeff Jackson | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Dan Rayfield | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Dave Sunday | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |

ROPES & GRAY LLP

- 6 -                                                        August 1, 2025

| Appropriate Official | Full Name | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Derek Brown | Utah State Capitol Complex | 350 North State Street Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Nick Brown | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | JB McCuskey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Gwen Tauiliili-Langkilde | GHC Reid Building, Pago Plaza, 2d flr, Room 220 | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | ITC Bldg. | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | PO Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Janet Parra-Mercado | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Gordon C. Rhea | 3438 Kronprindsens Gade | GERS BLDG 2nd Floor | St Thomas | VI | 00802 |

**CAFA Notice Service List FedEx**

| Appropriate Official | Full Name | Address | City | State |
|---|---|---|---|---|
| US Department of Justice | Pamela Bondi | 950 Pennsylvania Ave NW | Washington | DC |

**CAFA Notice Service List Email**

| Appropriate Official | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Connecticut | All documents sent to CT AG at their dedicated CAFA email inbox. | CT |
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |
| Office of the Attorney General for New York | All documents sent to NY AG at their dedicated CAFA email inbox. | NY |