# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>          Defendants. | CASE NO.: 20-CV-00076-SI<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:**

**(A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON OBJECTIONS;**

**AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eighteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and seventy-five (575) class action settlements since its inception.  I have

1

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 20-CV00076-SI

personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF THE POSTCARD NOTICE

2.      Pursuant to the Court's Preliminary Approval Order, dated August 8, 2025 (Dkt. No. 275, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure and processing of claims.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Objections, dated October 30, 2025 (Dkt. No. 279-6, the "Craig Declaration"), SCS mailed or e-mailed 2,465 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.      As reported in the Craig Declaration, a total of 13,848 Postcard Notices have been mailed to potential Class Members[2] either by SCS or nominees. Additionally, as noted in the Craig Declaration, 4,507 emails with the electronic link to the Notice and Claim Form ("Notice and Claim Link") have been sent. Since the Craig Declaration was filed, SCS received a request from one nominee to mail five Postcard Notices directly to their clients.  Since the Craig Declaration, a nominee notified SCS that they emailed an additional 252 of their clients with the Notice and Claim Link.  To date, a total of 18,612 potential Class Members were notified either by mailed Postcard Notice or emailed the Notice and Claim Link.

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of July 18, 2025 (Dkt. No. 272-1, the "Stipulation").

[2] SCS received five requests from potential Class Members for the Notice of Proposed Class Action Settlement ("Notice") and Proof of Claim and Release Form ("Claim Form") to be mailed to them. SCS immediately mailed the Notice and Claim Form to the five potential Class Members.

2

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 20-CV00076-SI

5. Since the Craig Declaration, an additional 45 Notices were returned as undeliverable. The 45 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses, and 13 were re-mailed to updated addresses.

**UPDATE ON TOLL-FREE PHONE LINE**

6. The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement and may also request a Notice and Claim Form to be mailed to them. SCS continues to promptly respond to each telephone inquiry and address Class Members' inquiries through the claims process.

**UPDATE ON SETTLEMENT WEBSITE**

7. As noted in the Craig Declaration, on August 20, 2025, SCS established a case-specific website dedicated to the Settlement at www.forescoutsecuritieslitigation.com ("Settlement Website"). The Settlement Website, which is accessible 24 hours a day, 7 days a week, allows online claim filing, and provides instructions and a claims filing template for institutional investors. The Settlement Website contains a home page; as well as an important documents page with downloadable versions of the Notice and Claim Form, the Postcard Notice, the Preliminary Approval Order, and the Stipulation with exhibits. On November 3, 2025, SCS posted to the Settlement Website downloadable versions of the Plaintiffs' Notice Of Motion And Motion For Final Approval Of Class Action Settlement And Plan Of Allocation; Memorandum Of Points And Authorities, the Joint Declaration Of Jeffrey S. Abraham And Omar Jafri In Support Of (1) Plaintiffs' Notice Of Motion And Motion For Final Approval Of Class Action Settlement And Plan Of Allocation; And (2) Plaintiffs' Notice Of Motion And Motion For An Award Of Attorneys' Fees, Litigation Expenses And Award To Plaintiffs, the Declaration Of Jeffrey S. Abraham On Behalf Of Abraham, Fruchter & Twersky, LLP In Support Of Co-Lead Counsel's Motion For Attorneys' Fees And Litigation Expenses, the Declaration Of Omar Jafri On Behalf Of Pomerantz LLP In Support Of Co-Lead Counsel's Motion For Attorneys' Fees And Litigation

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 20-CV00076-SI

Expenses, the Declaration of David Barlow In Support Of Motion For Final Approval Of Settlement And Motion For Attorneys' Fees And Reimbursement Awards To Co-Lead Plaintiffs, the Declaration Of Liat Cohen-David In Support Of Motion For Final Approval Of Settlement And Motion For Attorneys' Fees And Reimbursement Awards To Co-Lead Plaintiffs, the Declaration Of Margery Craig Concerning: (A) Mailing Of The Postcard Notice; (B) Publication Of The Summary Notice; And (C) Report On Objections, the Proposed Final Approval Order and Judgement, the Proposed Order Approving Plan of Allocation, the Plaintiffs' Notice Of Motion And Motion For An Award Of Attorneys' Fees, Litigation Expenses And Award To Plaintiffs, and the Proposed Order Granting Plaintiffs' Fee And Expense Application.  To date, the Settlement Website has received 4,291 pageviews from 1,096 unique users.

## UPDATE ON REPORT ON OBJECTIONS

8.    The Postcard Notice, Notice, Summary Notice, and Settlement Website informed Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to Plaintiffs that they are required to submit their objections in writing such that the requests were received by the Class Action Clerk no later than November 14, 2025.  As of the date of this declaration, SCS has not received any objection, and SCS has not been notified that any objection was submitted.

## CLAIMS RECEIVED TO DATE

9.    The deadline for claims submission is December 1, 2025.  Claims may either be submitted online at www.forescoutsecuritieslitigation.com or by mail and postmarked no later than that date. As of the date of this declaration, SCS has received 996 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 20-CV00076-SI

supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of November 2025, in Media, Pennsylvania.

_____
Margery Craig

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 20-CV00076-SI