UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 20-CV-00076-SI |
| Plaintiff, | CLASS ACTION |
| v. | |
| FORESCOUT TECHNOLOGIES, INC., *et. al.* | |
| Defendants. | |

**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION**

On the 5th day of December, 2025, the Court having held a Settlement Hearing to consider, among other things, whether to approve the Parties' July 18, 2025, Stipulation of Settlement (Dkt. No. 272-1, the "Stipulation") and Plaintiffs' Plan of Allocation, and having considered all matters submitted to it at the hearing and otherwise,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1.     This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth therein.

2.    The Court finds that the Plan of Allocation should be approved as a fair and reasonable method to allocate the Net Settlement Fund among Class Members.

**IT IS SO ORDERED.**

DATED:_____    _____
                                         THE HONORABLE SUSAN ILLSTON
                                         UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Omar Jafri (admitted *pro hac vice*)
Brian O'Connell (SBN 314318)
Genc Arifi (admitted *pro hac vice*)
Diego Martinez-Krippner (admitted *pro hac vice*)
Jianan Jiang (admitted *pro hac vice*)
POMERANTZ LLP
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
ojafri@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com
dmartinezk@pomlaw.com
ajiang@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael Jason Klein (admitted *pro hac vice*)
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
jabraham@aftlaw.com
mklein@aftlaw.com

Patrice L. Bishop (SBN 182256)
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
(310) 279-5125
pbishop@aftlaw.com

*Class Counsel*

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION          Case No.: 20-CV-00076-SI
-3-