UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>Defendants. | CASE NO.: 20-CV-00076-SI<br><br><u>CLASS ACTION</u> |

**<u>[PROPOSED] ORDER GRANTING PLAINTIFFS' FEE AND EXPENSE APPLICATION</u>**

On the 5th day of December, 2025, the Court having held a Settlement Hearing to consider whether to approve the Parties' July 18, 2025, Stipulation of Settlement (Dkt. No. 272-1, the "Stipulation") and a request by Class Counsel for (1) an award of attorneys' fees; plus (2) reimbursement of actual costs and expenses; and (3) Awards to Plaintiffs, and having considered all matters submitted to it at the hearing and otherwise,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth therein.

2. The Court awards fees to Class Counsel of _____% of the Settlement Amount, or $_____, plus any interest accrued thereon, all to be paid from the Settlement Fund.

3. The Court awards reimbursement of expenses to Class Counsel in the amount of $_____ plus any interest accrued thereon, all to be paid from the Settlement Fund.

4. The Court also awards Lead Plaintiffs a compensatory award to be paid from the Settlement Fund in the amounts of:

    a. $_____ for the Glazer Funds and

    b. $_____ for Meitav.

**IT IS SO ORDERED.**

DATED:_____                    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Omar Jafri (admitted *pro hac vice*)
Brian O'Connell (SBN 314318)
Genc Arifi (admitted *pro hac vice*)
Diego Martinez-Krippner (admitted *pro hac vice*)
Jianan Jiang (admitted *pro hac vice*)
POMERANTZ LLP
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
ojafri@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com
dmartinezk@pomlaw.com
ajiang@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael Jason Klein (admitted *pro hac vice*)
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
jabraham@aftlaw.com
mklein@aftlaw.com

Patrice L. Bishop (SBN 182256)
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
(310) 279-5125
pbishop@aftlaw.com

*Class Counsel*

[PROPOSED] ORDER GRANTING FEE AND EXPENSE APPLICATION        Case No.: 20-CV-00076-SI
-3-