UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>  Defendants. | CASE NO.: 20-CV-00076-SI<br><br><u>CLASS ACTION</u> |

## [~~PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION

On the 5th day of December, 2025, the Court having held a Settlement Hearing to consider, among other things, whether to approve the Parties' July 18, 2025, Stipulation of Settlement (Dkt. No. 272-1, the "Stipulation") and Plaintiffs' Plan of Allocation, and having considered all matters submitted to it at the hearing and otherwise,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1.  This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth therein.

1    2.    The Court finds that the Plan of Allocation should be approved as a fair and
reasonable method to allocate the Net Settlement Fund among Class Members.

**IT IS SO ORDERED.**

DATED: 12/5/25

*[signature: Susan Illston]*

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE