UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. SAYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FORESCOUT TECHNOLOGIES, INC., *et. al.*<br><br>        Defendants. | CASE NO.: 20-CV-00076-SI<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' FEE AND EXPENSE APPLICATION**

On the 5th day of December, 2025, the Court having held a Settlement Hearing to consider whether to approve the Parties' July 18, 2025, Stipulation of Settlement (Dkt. No. 272-1, the "Stipulation") and a request by Class Counsel for (1) an award of attorneys' fees; plus (2) reimbursement of actual costs and expenses; and (3) Awards to Plaintiffs, and having considered all matters submitted to it at the hearing and otherwise,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

    1.    This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth therein.

    2.    The Court awards fees to Class Counsel of 33% of the Settlement Amount, or $15,000,000, plus any interest accrued thereon, all to be paid from the Settlement Fund.

    3.    The Court awards reimbursement of expenses to Class Counsel in the amount of $2,452,178.55 plus any interest accrued thereon, all to be paid from the Settlement Fund.

    4.    The Court also awards Lead Plaintiffs a compensatory award to be paid from the Settlement Fund in the amounts of:

    a.  $10,000 for the Glazer Funds and

    b.  $10,000 for Meitav.

**IT IS SO ORDERED.**

DATED: 12/5/25

*[signature]*
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING FEE AND EXPENSE APPLICATION    Case No.: 20-CV-00076-SI
-2-