**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

### CIVIL MINUTES

| **Date:**  December 5, 2025 | **Time:**  10:57 – 11:03 6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-00076-SI | **Case Name:** Sayce v. Forescout Technologies, Inc. | |

**Attorneys for Plaintiffs:**  Omar Jafri, Brian P. O'Connell, Jeffrey Abraham, Michael Klein, Patrice Bishop, Genc Arifi
**Attorney for Defendant:** Amy Jane Longo, Diane Walters, Ignacio Salceda (Ind. Def.), Mark Gaioni

 **Deputy Clerk:** Esther Chung                    **Court Reporter:** April Brott

### PROCEEDINGS

Motion for Attorneys' Fees (Dkt. 280), Motion for Final Approval of Class Action Settlement (Dkt. 279) – held via Zoom webinar.

### SUMMARY

The Court provided its tentative ruling to approve the Final Motion for Class Action Settlement and Attorneys' Fees with the understanding that the service awards would be reduced.  The Motion was submitted.